# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Melinda Loe, et al.,

*Plaintiff,*

v.  Case No. 0:23−cv−01527−NEB−JFD

Tim Walz, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Tim Walz

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Emily Mawer
        500 IDS Center
        80 South Eighth Street
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance:  May 24, 2023

| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| Melinda Loe, et al. | Court File Number |
| Plaintiff, | 0:23-cv-01527-NEB-JFD |
| v. | |
| Tim Walz, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota  )
County of Hennepin  )

I, Mark Miller, state that on Friday, May 26, 2023 at 11:55 AM I served the Summons; Verified Complaint; and Civil Cover Sheet upon Tim Walz, in his official capacity as Governor of Minnesota, therein named, personally at 1100 Bremer Tower, 445 Minnesota Street, Saint Paul, MN 55101, by handing to and leaving with atthew Ferche, Assistant Attorney General, an Expressly Authorized agent of said Tim Walz, in his official capacity as Governor of Minnesota, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/26/2023   _/s/ Mark Miller_
Mark Miller, Process Server


*2603369 - 1*


METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 743534                -1-