UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA LOE and MARK LOE, on their own behalf and as next friends of their children R.L. and O.L.; DAWN ERICKSON, on her own behalf and as next friend of her child J.G.; CROWN COLLEGE; and UNIVERSITY OF NORTHWESTERN – ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>TIM WALZ, in his official capacity as Governor of Minnesota; WILLIE JETT, in his official capacity as Minnesota Commissioner of Education; and MINNESOTA DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 23-CV-1527 (NEB/JFD)<br><br>PRELIMINARY INJUNCTION ORDER |

Based on the parties' Stipulation for Preliminary Injunction, (ECF No. 18), IT IS HEREBY ORDERED THAT:

1. Defendants are ENJOINED, during the course of this action and any subsequent appeals, from enforcing the Act of May 24, 2023, ch. 55, Art. 2, sec. 45, which amends the definition of "Eligible institution" in Minnesota Statutes Section 124D.09, subdiv. 3(a) (2022);

2. The current version of Minnesota Statutes Section 124D.09, subdiv. 3(a) (2022), as last amended by the Minnesota Legislature in 2019, shall remain in full force and effect and is not affected by this Order; and

3. All other existing laws governing Minnesota's Postsecondary Enrollment Options program, including the remainder of the Act of May 24, 2023, ch. 55, Art. 2, shall remain in full and force and effect and are not affected by this Order.

Dated: June 14, 2023                     BY THE COURT:

                                                      s/Nancy E. Brasel
                                                      Nancy E. Brasel
                                                      United States District Judge