# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

MELINDA and MARK LOE, *et al.*,

    *Plaintiffs*,

  v.

WILLIE JETT, *et al.*,

    *Defendants*.

Civil No. 0:23-cv-01527-NEB-JFD

**JOINT NOTICE OF DISMISSAL OF DEFENDANT TIM WALZ**

    The parties hereby stipulate and agree to dismiss Defendant Tim Walz from this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All of the Plaintiffs' claims will remain active against Defendants Willie Jett and the Minnesota Department of Education.

    Respectfully submitted this 6th day of July, 2023.

/s/ Diana Verm Thomson
Diana Verm Thomson*
Eric S. Baxter*
Benjamin A. Fleshman*
The Becket Fund for Religious
  Liberty
1919 Pennsylvania Ave. NW,
  Suite 400
Washington, DC 20006

Telephone: (202) 955-0095
Facsimile: (202) 955-0090
dthomson@becketlaw.org

Emily E. Mawer
  (No. 0396329)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
*Admitted pro hac vice*

*Counsel for Plaintiffs*

/s/ Martha J. Casserly
Jeff Timmerman
(No. 0352561)
Martha J. Casserly
(No. 0148271)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Telephone: (651) 583-7660
Jeffrey.timmerman@ag.state.mn.us
Marty.casserly@ag.state.mn.us

*Counsel for Defendants*