UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melinda and Mark Loe, on their own behalf and as next friends of their children R.L. and O.L.; Dawn Erickson, on her own behalf and as next friend of her child J.G.; Crown College; and University of Northwestern – St. Paul,<br><br>                Plaintiffs,<br><br>    v.<br><br>Tim Walz, in his official capacity as Governor of Minnesota; Willie Jett, in his official capacity as Minnesota Commissioner of Education; and Minnesota Department of Education,<br><br>                Defendants. | Court File No. 23-CV-01527 (NEB/JFD)<br><br>**NOTICE OF APPEARANCE OF MADELEINE DEMEULES** |

TO: The Administrator of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that the undersigned attorney shall appear as counsel of record for Defendants in the above-entitled action.

Dated: July 7, 2023

        KEITH ELLISON
        Attorney General
        State of Minnesota

        */s/ Madeleine DeMeules*
        MADELEINE DEMEULES
        Assistant Attorney General
        Atty. Reg. No. 0402648

        445 Minnesota Street, Suite 1400
        St. Paul, Minnesota 55101-2131
        (651) 300-6807 (Voice)
        Madeleine.DeMeules@ag.state.mn.us

        ATTORNEY FOR DEFENDANTS