# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>WILLIE JETT, *et al.*,<br><br>*Defendants.* | Civil No. 0:23-cv-01527-NEB-JFD<br><br>**PLAINTIFFS CROWN COLLEGE AND UNIVERSITY OF NORTHWESTERN – ST. PAUL'S MEET AND CONFER STATEMENT IN SUPPORT OF THEIR MOTION TO DISMISS DEFENDANT MINNESOTA DEPARTMENT OF EDUCATION'S COUNTERCLAIMS** |

Pursuant to Local Rule 7.1(c), counsel for Plaintiffs conferred with counsel for Defendants and sought to ascertain whether Plaintiff Schools' motion to dismiss Defendant Minnesota Department of Education's counterclaims would be opposed. Defendants oppose the motion.

Respectfully submitted this 28th day of July, 2023.

/s/ *Diana Verm Thomson*
Diana Verm Thomson

*Counsel for Plaintiffs Crown College and University of Northwestern – St. Paul*