UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, on their own behalf and as next friends of their children R.L. and O.L.; DAWN ERICKSON, on her own behalf and as next friend of her child J.G.; CROWN COLLEGE; and UNIVERSITY OF NORTHWESTERN – ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>TIM WALZ, in his official capacity as Governor of Minnesota; WILLIE JETT, in his official capacity as Minnesota Commissioner of Education; and MINNESOTA DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 23-CV-01527 NEB/JFD<br><br><br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**PLEASE TAKE NOTICE** that Dion Farganis hereby withdraws as counsel for Defendants in the above-captioned matter.  Kathryn M. Nash and Richard C. Landon, who previously noticed their appearance on behalf of Defendants, will continue as counsel of record.

Dated:  September 26, 2023         **LATHROP GPM LLP**

                                                                By:      *s/ Dion Farganis*
                                                                         Richard C. Landon (#0392306)
                                                                         Kathryn M. Nash (#31496)
                                                                         Dion Farganis (#399219)
                                                                  500 IDS Center
                                                                  80 South Eighth Street
                                                                  Minneapolis, MN  55402
                                                                  Telephone: 612.632.3000

                                                                  **Attorneys for Defendants**

62515646v1