## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, on their own behalf and as next friends of their children R.L. and O.L.; DAWN ERICKSON, on her own behalf and as next friend of her child J.G.; CROWN COLLEGE; and UNIVERSITY OF NORTHWESTERN – ST. PAUL, | Case No. 23-CV-01527 NEB/JFD |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| TIM WALZ, in his official capacity as Governor of Minnesota; WILLIE JETT, in his official capacity as Minnesota Commissioner of Education; and MINNESOTA DEPARTMENT OF EDUCATION, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Dion Farganis hereby withdraws as counsel for Plaintiffs in the above-captioned matter.  Kathryn M. Nash and Richard C. Landon, who previously noticed their appearance on behalf of Defendants, will continue as counsel of record.

Dated:  September 26, 2023

**LATHROP GPM LLP**

By:   *s/ Dion Farganis*
      Richard C. Landon (#0392306)
      Kathyrn M. Nash (#31496)
      Dion Farganis (#399219)
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: 612.632.3000

**Attorneys for Plaintiffs**

62515646v1