# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants.* | Case No. 0:23-cv-01527-NEB-JFD |

## [PROPOSED] ORDER GRANTING CROWN COLLEGE AND THE UNIVERSITY OF NORTHWESTERN – ST. PAUL'S UNOPPOSED MOTION TO FILE ANSWER OUT OF TIME

Upon consideration of Plaintiffs Crown College and University of Northwestern's motion to file their answer to Defendant Minnesota Department of Education's counterclaims out of time, it is ORDERED that the motion be GRANTED.

IT IS SO ORDERED.

Dated: _____, 2024        _____
                                                                    The Honorable John F. Docherty
                                                                    United States Magistrate Judge