# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants.* | Case No. 0:23-cv-01527-NEB-JFD |

## ORDER GRANTING CROWN COLLEGE AND THE UNIVERSITY OF NORTHWESTERN – ST. PAUL'S UNOPPOSED MOTION TO FILE ANSWER OUT OF TIME

This matter is before the Court on Plaintiffs Crown College and University of Northwestern's motion to file their answer to Defendant Minnesota Department of Education's counterclaims out of time (Dkt. No. 69). For the reasons set forth in the motion, including good cause shown,

IT IS ORDERED that the motion is GRANTED.

Dated: June 17, 2024  *s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge