UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Melinda and Mark Loe, et al., | Case No. 23-cv-1527 (NEB/JFD) |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Willie Jett, et al., | |
| Defendants. | |

_____

Defendants respectfully move the Court for an Order:

1. Granting judgment in favor of Defendant/Counterclaim Plaintiff Minnesota Department of Education (MDE) on its counterclaims; and

2. Granting judgment in Defendants' favor on each of Plaintiffs' claims.

The grounds for this motion are that no genuine issues of material fact exist precluding judgment as a matter of law in MDE's favor on its counterclaims or in Defendants' favor on Plaintiffs' claims.

This motion is based on Federal Rule of Civil Procedure 56, all supporting memoranda, declarations, and exhibits filed and served in accordance with D. Minn. LR 7.1 and 5.6, and all the files, records, and proceedings herein.

|                              |                                                     |
|------------------------------|-----------------------------------------------------|
| Dated:  September 3, 2024    | Respectfully submitted,                             |
|                              |                                                     |
|                              | KEITH ELLISON                                       |
|                              | Attorney General                                    |
|                              | State of Minnesota                                  |
|                              |                                                     |
|                              | s/ Jeff Timmerman                                   |
|                              | JEFF TIMMERMAN (#0352561)                           |
|                              | MARTHA J. CASSERLY (#0148271)                       |
|                              | MADELEINE DEMEULES (#0402648)                       |
|                              | Assistant Attorneys General                         |
|                              |                                                     |
|                              | 445 Minnesota Street, Suite 1400                    |
|                              | St. Paul, MN 55101-2131                             |
|                              | (651) 583-7660 (Timmerman)                          |
|                              | (651) 757-1214 (Casserly)                           |
|                              | (651) 300-6807 (DeMeules)                           |
|                              | jeffrey.timmerman@ag.state.mn.us                    |
|                              | marty.casserly@ag.state.mn.us                       |
|                              | madeleine.demeules@ag.state.mn.us                   |
|                              |                                                     |
|                              | **ATTORNEYS FOR DEFENDANTS**                        |

|#5873496-v1