UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Melinda and Mark Loe, et al., | Case No. 23-cv-1527 (NEB/JFD) |
| Plaintiffs, | |
| v. | NOTICE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| Willie Jett, et al., | |
| Defendants. | |

_____

PLEASE TAKE NOTICE that a hearing on Defendants' Motion for Summary Judgment will be held at 10:00 a.m. on December 9, 2024, before the Honorable Nancy E. Brasel in Courtroom 13W of the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Plaintiffs' cross-motion for summary judgment will be heard at the same time.

Dated:  September 3, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ Jeff Timmerman
JEFF TIMMERMAN (#0352561)
MARTHA J. CASSERLY (#0148271)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-7660 (Timmerman)
(651) 757-1214 (Casserly)
(651) 300-6807 (DeMeules)

1

jeffrey.timmerman@ag.state.mn.us
marty.casserly@ag.state.mn.us
madeleine.demeules@ag.state.mn.us

**ATTORNEYS FOR DEFENDANTS**