UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Melinda and Mark Loe, et al., | Case No. 23-cv-1527 (NEB/JFD) |
| Plaintiffs, | |
| v. | **DEFENDANTS'**<br>**LR 5.6 STATEMENT** |
| Willie Jett, et al., | |
| Defendants. | |

_____

In accordance with D. Minn. Local Rule 5.6, Defendants state as follows:

1. Pursuant to D. Minn. LR 5.6(d)(1)(A)(ii), the following entire documents constitute or contain information designated as confidential, the redaction of which is impracticable:

   a. Exhibits 6, 7, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 71, 72, 73, 74, 75, 76, 79, 80, 86, 87, 88, 89, 90, 95, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, and 113 to the Declaration of Jeff Timmerman in Support of Defendants' Motion for Summary Judgment.

2. Pursuant to D. Minn. LR 5.6(d)(1)(A)(i), the following document partially contains information designated as confidential, an unredacted version of which is filed under seal and a redacted version of which is publicly filed:

   a. Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

Dated: September 3, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ Jeff Timmerman
JEFF TIMMERMAN (#0352561)
MARTHA J. CASSERLY (#0148271)
MADELEINE DEMEULES (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-7660 (Timmerman)
(651) 757-1214 (Casserly)
(651) 300-6807 (DeMeules)
jeffrey.timmerman@ag.state.mn.us
marty.casserly@ag.state.mn.us
madeleine.demeules@ag.state.mn.us

**ATTORNEYS FOR DEFENDANTS**

|#5873496-v1