UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Melinda and Mark Loe, et al., | Case No. 23-cv-1527 (NEB/JFD) |
| Plaintiffs, | |
| v. | **DECLARATION OF DALEY LEHMANN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Willie Jett, et al., | |
| Defendants. | |

_____

I, Daley Lehmann, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am employed with the Minnesota Department of Education (MDE) in the position of Assistant Director—School Finance. I submit this Declaration in support of Defendants' Motion for Summary Judgment.

2. In the school years 2017-2018 through 2022-2023, 64,070 students participated in Minnesota's Postsecondary Enrollment Options (PSEO) program.

3. In the school years 2017-2018 through 2022-2023, 10,648 students took PSEO courses at the University of Northwestern-St. Paul.

4. In the school years 2017-2018 through 2022-2023, 2,294 students took PSEO courses at Crown College.

5. For the school years 2017-2018 through 2022-2023, MDE paid the University of Northwestern-St. Paul $33,248,093.18 for providing PSEO courses.

6. For the school years 2017-2018 through 2022-2023, MDE paid Crown College $5,751,053.65 for providing PSEO courses.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

s/ Daley Lehmann<br>Daley Lehmann

Dated: September 3, 2024

County of Ramsey, State of Minnesota

|#5876278-v1