# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Melinda and Mark Loe, et al., | Case No. 23-cv-1527 (NEB/JFD) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| Willie Jett, et al., | |
| Defendants. | |

___

This case came before the Court on December 9, 2024, for a hearing on the parties' cross-motions for summary judgment (ECF Nos. 76 and ___). Based on the arguments of counsel and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that

1. Defendants' motion for summary judgment in granted;

2. Plaintiffs' motion for summary judgment is denied;

3. The Minnesota Department of Education is entitled to judgment as a matter of law on its counterclaims; and

4. Plaintiffs' claims are dismissed in their entirety, with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____    BY THE COURT

_____
Nancy E. Brasel
United States District Judge