UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants.* | Civil No. 0:23-cv-01527-NEB-JFD <br><br> **PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that a hearing on the Plaintiffs' Motion for Partial Summary Judgment will be held on December 9, 2024, at 10:00 a.m. before the Honorable Nancy E. Brasel in person at the United States Courthouse, 300 South Fourth Street, Courtroom 13W, Minneapolis, Minnesota 55415.

Respectfully submitted this 3rd day of September, 2024.

/s/ *Eric S. Baxter*
Eric S. Baxter*
  (DC Bar No. 479221)
Diana Verm Thomson*
Benjamin A. Fleshman*
Andrea R. Butler*

The Becket Fund for Religious
   Liberty
1919 Pennsylvania Ave. NW,
   Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
ebaxter@becketlaw.org
*Admitted pro hac vice*

Richard C. Landon
(No. 0392306)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

*Counsel for Plaintiffs*