## CERTIFICATE OF COMPLIANCE

This memorandum complies with the word limit of Local Rule 7.1(f), as modified by the Court's August 8, 2024 Order (ECF 74), because it contains 11,954 words. The word count was generated using Microsoft Word, and the word count function was set to include all text, including headings, footnotes, and quotations, except those portions exempted by Local Rule 7.1(f)(1)(C). This memorandum also complies with the type-size limitations set out in Local Rule 7.1(h).

*/s/ Eric S. Baxter*
Eric S. Baxter
The Becket Fund for
 Religious Liberty
1919 Pennsylvania Ave. NW,
 Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
ebaxter@becketlaw.org

*Counsel for Plaintiffs*