# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants.* | Civil No. 0:23-cv-01527-NEB-JFD <br><br> **STATEMENT REGARDING SEALED EXHIBITS** |

Pursuant to Local Rule 5.6(d)(B), Plaintiffs state that Exhibits 4, 7, 10-11, 19-22, 24, 26, and 28-32 to the Declaration of Eric Baxter in Support of Plaintiffs' Motion for Summary Judgment have been designated as confidential under the Protective Order in this case (ECF 42). Pursuant to the protective order and Local Rule 5.6(c)(2) and (d), these documents have been designated confidential in their entirety and are filed under temporary seal.

Respectfully submitted this 3rd day of September, 2024.

/s/ Eric S. Baxter
Eric S. Baxter*

(DC Bar No. 479221)
Diana Verm Thomson*
Benjamin A. Fleshman*
Andrea R. Butler*
The Becket Fund for Religious
  Liberty
1919 Pennsylvania Ave. NW,
  Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
exbaxter@becketlaw.org

Richard C. Landon
(No. 0396329)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

*Admitted pro hac vice

Counsel for Plaintiffs