

**Minnesota Department of Education**

Capitol Square    550 Cedar Street    Saint Paul, Minnesota 55101

August 7, 1985

### Introduction

These guidelines are intended to aid in the successful implementation of the "Postsecondary Enrollment Options Act" which was passed by the Minnesota Legislature in June 1985. This legislation was included as part of the Omnibus School Aids Act and was a component of the "Access to Excellence" program which was deliberated during the 1985 legislative session.

Cooperation and communication will be key components of the successful implementation of this legislation. Students and their parents will be making important decisions regarding participation in this program. Assistance from both the high school and the postsecondary school will be needed to assure that the decisions made by students and parents will be in their best educational interests.

The development of these guidelines has been a cooperative effort on the part of representatives from the public schools, postsecondary institutions, legislative staff, and state agencies. Their work is sincerely appreciated.

*Ruth E. Randall*

Dr. Ruth E. Randall
Commissioner of Education

MDE025751

GUIDELINES FOR THE IMPLEMENTATION OF THE
POSTSECONDARY ENROLLMENT OPTIONS ACT
FOR 11TH AND 12TH GRADE STUDENTS

I. Purpose of the Law

   A. The Postsecondary Enrollment Options Act, enacted in June 1985, enables any 11th and 12th grade public school pupil to enroll in nonsectarian courses or programs in eligible postsecondary institutions at no cost to the pupil. The specific purposes of this Act are to:

      1. Promote rigorous educational pursuits; and,
      2. Provide a wider variety of options for students.

   Students may participate in a postsecondary program under this Act on either a full time or part time basis. However, students may not participate in these programs for more than "full-time."

   The student and their parent(s), if the student is under age 18, determine whether the student will apply for enrollment in a postsecondary program under this Act. This decision should be discussed with the high school counselor and appropriate postsecondary school staff to assure that the courses or programs of interest will aid the student in meeting his or her educational goals. While the consent of the public school to attend a postsecondary program under this Act is not required, parent(s) and students are encouraged to inform the district as early as possible regarding their intent to participate in this program.

   B. Only 11th and 12th grade students enrolled in public secondary schools are eligible for this program. This is not a "shared time" program as defined in Minn. Stat. 124A.034.

   C. Students may participate in any postsecondary credit bearing courses. However, no aid is available under this program for students who attend postsecondary programs in addition to attending high school full time. A postsecondary credit bearing course is one for which the particular institution grants credit toward an educational certificate or degree. Students may not take courses at a postsecondary institution for which a passing grade in a comparable course has already been awarded the student.

   D. Students who have graduated from high school are not eligible for this program. However, students who are eligible for early graduation will be permitted to participate in this program for the remainder of that regular school year. The public school will receive the amount of aid not paid to the postsecondary institution.

   E. No aid is available under this Act for students who are residents of a member district of Intermediate Districts 916, 917 or 287 and are enrolled or will be enrolled in that Intermediate Districts' postsecondary vocational education program.

1

MDE025752