

# Postsecondary Enrollment Options (PSEO) Reference Guide

Updated November 2021

MDE000246

MDE000247

# Table of Contents

PSEO/Concurrent Enrollment Program Definitions ............................................................................. 5

Additional Terms ................................................................................................................................ 6

PSEO/Concurrent Enrollment Program Guidance ............................................................................. 8

    Eligibility: Public School Students ................................................................................................. 8

    Eligibility: Nonpublic and Home School Students ......................................................................... 9

    Residency Guidelines .................................................................................................................. 14

    Age Limits .................................................................................................................................... 15

    Participation Requirements ......................................................................................................... 15

    Participation Limits ..................................................................................................................... 15

    Eligible Institutions ..................................................................................................................... 16

    Eligible Courses ........................................................................................................................... 17

    Eligible Courses – 10th Grade CTE Pathway ............................................................................... 18

    Postsecondary Enrollment Program Notice of Student Registration ........................................... 18

    Tuition ......................................................................................................................................... 19

    Textbooks, Materials, Fees and Equipment ................................................................................ 19

    Credits and Grades ...................................................................................................................... 20

    Transportation ............................................................................................................................ 21

    Participation in High School Activities ......................................................................................... 22

PSEO Guidance for Students and Parents ....................................................................................... 23

    Choosing to Participate ............................................................................................................... 23

    How to Apply .............................................................................................................................. 24

PSEO Guidance for Districts and Postsecondary Institutions .......................................................... 25

    District Guidelines ....................................................................................................................... 25

MDE000248

Postsecondary Guidelines ................................................................................................................ 25

Funding and Reimbursements............................................................................................................ 26

PSEO State-Approved Early/Middle College Programs ................................................................... 28

PSEO Guidance for Students with an Individualized Education Program (IEP) ................................ 29

Students with IEPs Eligible for PSEO................................................................................................. 29

Students with IEPs Not Eligible for PSEO.......................................................................................... 30

Special Education Funding Examples ................................................................................................. 31

Minnesota Department of Education Resources ............................................................................... 33

Contact Information ........................................................................................................................... 33

Helpful PSEO Links.............................................................................................................................. 33

MDE000249

# PSEO/Concurrent Enrollment Program Definitions

**For the purpose of this Reference Guide, the following dual enrollment programs are defined under the Minnesota Postsecondary Enrollment Options Act (Minn. Stat. § 124D.09) and are carefully outlined on the following pages.**

**Postsecondary Enrollment Options (PSEO):** The PSEO program is a dual credit program that allows high school students to simultaneously earn high school and college credit through enrollment in and successful completion of college-level courses on a college campus or online. Students may take PSEO courses on a full- or part-time basis. The PSEO program provides students with a greater variety of class offerings as well as the opportunity to pursue more challenging coursework than may be available at the high school. The tuition, fees and required textbooks are at no cost to students.

**Concurrent Enrollment:** Concurrent Enrollment is another dual credit option that provides high school students with the opportunity to take college-credit bearing courses taught by college-approved high school teachers or college faculty, at a high school. High school students may earn both high school and college credit at no cost. There are several concurrent enrollment programs in Minnesota with branded titles, including but not limited to the following:

- College in the Schools – The University of Minnesota, Twin Cities
- Senior to Sophomore (S2S) – St. Cloud State University
- College Now – Southwest Minnesota State University

MDE000250

# Additional Terms

**Academic School Year:** For PSEO purposes, an academic school year is defined as two semesters or three quarters within a school year beginning on or after July 1 and ending no later than June 30. However, the school year for PSEO State-Approved Early/Middle College Program participants may start in June after the end of the prior school year.

**Alternative Pupil:** According to PSEO statute, an "alternative pupil" is defined as a 10th- 11th- or 12th-grade student who is a resident of Minnesota but not enrolled in a public school district. This includes students attending private schools and students who are home schooled. An alternative pupil must submit the PSEO Program Notice of Student Registration Form to the Minnesota Department of Education (MDE) to participate in PSEO.

**Alternative Student:** This term is widely used for Minnesota resident students enrolled in State-Approved Alternative Programs (SAAPs). SAAPs have been approved by MDE to enroll at-risk students, as defined in Minn. Stat. § 124D.68. These include Alternative Learning Centers (ALCs), Alternative Learning Programs (ALPs) and contract alternative programs.

**Concurrent Enrollment Aid:** Concurrent enrollment aid is intended to help defray the costs incurred by the district to deliver the concurrent enrollment course at the high school site. Districts are only eligible for aid if the college or university concurrent enrollment courses offered by the district are accredited by the National Alliance of Concurrent Enrollment Partnership (NACEP), in the process of being accredited, or are shown by clear evidence to be of comparable standard to accredited courses, or are technical courses within a recognized career and technical education program of study approved by MDE and Minnesota State.

**Courses According to Agreements:** Courses offered at a high school, or another designated location, as specified in an agreement between a public school board and the governing body of an eligible postsecondary institution (Minn. Stat. § 124D.09, subd. 10). Students enrolled in these courses earn both high school and postsecondary credit. Funding between the district and the postsecondary institution is part of the contract.

**CTE Course:** This type of course is part of a Career and Technical Education program that provides individuals with coherent, rigorous content aligned with academic standards and relevant technical knowledge and skills needed to prepare for further education and careers in current and emerging professions and provide technical skill proficiency, an industry-recognized credential, and a certificate, a diploma or an associate degree. For the purpose of PSEO reimbursement for CTE courses taken by 10th grade students Minn. Stat. § 124D.09, subd. 4(b) and 5(a), MDE will only pay for courses that are part of a career and technical education program that is not also included in the Minnesota Transfer Curriculum.

**Eligible Institutions:** Postsecondary institutions located in Minnesota, include:

- public postsecondary institutions.
- private, nonprofit two-year trade and technical schools granting associate degrees.

MDE000251

- opportunities industrialization centers accredited by an accreditor recognized by the United States Department of Education.
- private, residential, two-year or four-year, liberal arts, degree-granting college or university.

**MARSS System:** The Minnesota Automated Reporting Student System (MARSS) collects enrollment and demographic student data using a unique student identification system. The system allows MDE to track student enrollment and postsecondary enrollment option participation, among other things.

**Nonsectarian:** Not affiliated with or restricted to a particular religious group.

**Not on track to graduate:** If a school district determines a student is not on track to graduate, the limits on PSEO participation does not apply to that student.

**PSEO Funding:** Postsecondary institutions are paid by MDE for PSEO participation at specified rates. Refer to the Funding and Reimbursements section for more information.

**PSEO State-Approved Early/Middle College Programs:** Early/Middle College Programs are designed to serve students in the academic middle--especially low-income, English Learners, first generation college students, and/or students of color. Legislation passed in 2014 provides the opportunity to leverage PSEO funding for developmental coursework under specific circumstances. In order to be considered for PSEO funding, each State-Approved Alternative Program (SAAP) and its partnering postsecondary institution must submit an application and supporting documentation to be approved by MDE. For more information, go to the PSEO State-Approved Early/Middle College Programs section.

**State-Approved Alternative Program (SAAP):** State-Approved Alternative Programs have been approved by MDE to enroll at-risk students, as defined in Minn. Stat. § 124D.68. These include Alternative Learning Centers (ALCs), Alternative Learning Programs (ALPs) and contract alternative programs.

MDE000252

# PSEO/Concurrent Enrollment Program Guidance

## Eligibility: Public School Students

**9th-and 10th-Graders (PSEO and Concurrent Enrollment):** Any public or American Indian-controlled tribal contract or grant student classified as a 9th- or 10th-grader who meets residency requirements outlined in the Residency Guidelines section. These students may enroll only in the following:

1. PSEO Courses on the postsecondary campus or another location through Courses According to Agreements (Minn. Stat. § 124D.09, subd. 10) when the district makes payment directly to the postsecondary institution. One of the following must apply:

   - The school district and the eligible postsecondary institution providing the course agree to the student's enrollment (documentation must be on file at both schools indicating mutual agreement), or

   - The course is a world language course currently available to 11th- and 12th-grade students, and consistent with Minn. Stat. § 120B.022 governing world language standards, certificates, and seals.

2. Concurrent Enrollment Courses in the high school when the district makes payment directly to the postsecondary institution. One of the following must apply:

   - The school district and the eligible postsecondary institution providing the course agree to the student's enrollment (documentation must be on file at both schools indicating mutual agreement), or

   - The course is a world language course currently available to 11th- and 12th-grade students, and consistent with Minn. Stat. § 120B.022 governing world language standards, certificates, and seals.

**10th-Graders (PSEO):** Any public or American Indian-controlled tribal contract or grant student classified as a 10th-grader who meets residency requirements outlined in the Residency Guidelines section. These students may enroll in the following *during the first term of enrollment*:

1. **One** Career or Technical Education (CTE) course as identified by a Minnesota state college or university on the postsecondary campus when MDE makes payment directly to the postsecondary institution. One of the following must apply:

   - The student must have received a passing score (proficiency level of "meets or exceeds") on the 8th grade Minnesota Comprehensive Assessment (MCA) in reading, or

   - If the student did not take the 8th grade MCA, another reading assessment can be substituted if accepted by the enrolling postsecondary institution. Note: Eligible students can access the Alternate Eligibility Options Policy, for 10th grade students with a disability who wish to participate in Career and Technical Education courses through the PSEO Program.

Additionally, the student must also meet the specific course requirements and prerequisites of the CTE course in which he/she wishes to enroll. A student who is refused enrollment by a Minnesota state college or university

MDE000253

may apply to an eligible institution offering a career or technical education course. If the student receives a grade of "C" or better in the first CTE course, the student is allowed to take additional postsecondary courses at the same institution the subsequent semester.

**11th- and 12th-Graders (PSEO and Concurrent Enrollment):** Any public or American Indian-controlled tribal contract or grant student classified as an 11th or 12th grader who meets residency requirements outlined in the Residency Guidelines section. These students, if accepted by a postsecondary institution, may enroll in nonsectarian courses or programs at that postsecondary institution. Each participating college and university sets its own requirements for admission into PSEO or courses and programs.

- **State-Approved Alternative Program (SAAP) Students:** These students are held to the same participation requirements as traditional students as outlined in the next sections. Note: Charter schools are not considered SAAPs.

- **SAAP Students enrolled in a PSEO State-Approved Early/Middle College Program:** 11th- and 12th-grade students who are enrolled in a core school day SAAP are eligible to enroll in traditional nonsectarian courses for dual credit, and/or developmental college courses – both of which are paid for by the state.

**Students eligible for Special Education:** Students who have an Individualized Education Program (IEP) are eligible to apply to participate in PSEO or concurrent enrollment courses and programs available to all students in Minnesota. Admissions requirements for acceptance into the program are determined by the postsecondary institution.

## Eligibility: Nonpublic and Home School Students

**10th-Graders (PSEO):** A nonpublic or home school student classified as a 10th-grader who meets residency requirements outlined in the Residency Guidelines section. These students may enroll in the following *during the first term of enrollment*:

1. **One** Career or Technical Education (CTE) course as identified by a Minnesota state college or university on the postsecondary campus when MDE makes payment directly to the postsecondary institution. One of the following must apply:

   - The student must have received a passing score (proficiency level of "meets or exceeds") on the 8th grade Minnesota Comprehensive Assessment (MCA) in reading, or

   - If the student *did not take* the 8th grade MCA, another reading assessment can be substituted if accepted by the enrolling postsecondary institution. Note: Eligible students can access the Alternate Eligibility Options Policy, for 10th grade students with a disability who wish to participate in Career and Technical Education courses through the PSEO Program.

Additionally, the student must also meet the specific course requirements and prerequisites of the CTE course in which he/she wishes to enroll. A student who is refused enrollment by a Minnesota state college or university

MDE000254

may apply to an eligible institution offering a career or technical education course. If the student receives a grade of "C" or better in the first CTE course, the student is allowed to take additional postsecondary courses at the same institution the subsequent semester.

**11th- and 12th-Graders (PSEO):** Any nonpublic or home school student classified as an 11th- or 12th-grader who meets residency requirements outlined in the Residency Guidelines section. These students, if accepted by a postsecondary institution, may enroll in nonsectarian courses or programs at that postsecondary institution. Each participating college and university sets its own requirements for admission into PSEO or courses and programs.

*Nonpublic and home school 9th-grade students are not eligible to participate in PSEO, including CTE courses.*

**9th-, 10th-, 11th-, 12th -Graders (Concurrent Enrollment):**

*Nonpublic and home school 9th-, 10th-, 11th-, and 12th-grade students are not eligible for concurrent enrollment aid. However, upon district approval, these students may be able to register for a course offered at a public high school as shared-time students. The postsecondary institution decides whether or not these students are eligible for postsecondary credit.*

MDE000255

*Eligibility Chart: Public School Students*

| Grade | Traditional PSEO § 124D.09, Subd. 5 | PSEO Career Technical Education (CTE) § 124D.09, Subd. 5a | Courses According to Agreements § 124D.09, Subd. 10 | Early/Middle College Programs § 124D.09, Subd. 9b |
|---|---|---|---|---|
| 9 | | | An eligible 9th-grade student can participate in a nonsectarian course taught by a secondary teacher or a postsecondary faculty member and offered at a secondary school or another location **if one of the following apply:** <br> • The school district and the eligible postsecondary institution agree to the student's enrollment, or <br> • The course is a world language course currently available to 11th- and 12th-grade students, and consistent with section 120B.022 governing world language standards, certificates, and seals. | |
| 10 | | An eligible 10th-grade student must have received a passing score on the 8th- grade MCA in reading as a condition of enrollment or <br> • If the student did not take the 8th- grade MCA in reading, the student may substitute another reading assessment accepted by the enrolling PSI. <br> • If the student receives a grade of "C" or better in the one CTE course during the first term of enrollment, the PSI must allow the student to take additional postsecondary courses for secondary credit. | An eligible 10th-grade student can participate in a nonsectarian course taught by a secondary teacher or a postsecondary faculty member and offered at a secondary school or another location **if one of the following apply:** <br> • The school district and the eligible postsecondary institution agree to the student enrollment, or <br> • The course is a world language course currently available to 11th- and 12th-grade students, and consistent with section 120B.022 governing world language standards, certificates, and seals. | |

MDE000256

| Grade | Traditional PSEO § 124D.09, Subd. 5 | PSEO Career Technical Education (CTE) § 124D.09, Subd. 5a | Courses According to Agreements § 124D.09, Subd. 10 | Early/Middle College Programs § 124D.09, Subd. 9b |
|---|---|---|---|---|
| 11 | An eligible 11th-grade pupil may apply to enroll in nonsectarian courses offered by an eligible postsecondary institution. | | An eligible 11th-grade pupil may enroll in a nonsectarian course taught by a secondary teacher or a postsecondary faculty member and offered at a secondary school or another location. | An eligible 11th-grade State-Approved Alternative Program (SAAP) student (who meets the graduation incentives criteria) and is enrolled full-time in a State-Approved Early Middle College Program may earn secondary school credit by successfully completing nonsectarian:<br>• remedial or developmental courses for developmental college credit, and/or<br>• courses or programs for postsecondary credit.<br>Note: Charter schools are not considered SAAPs. |
| 12 | An eligible 12th-grade pupil may apply to enroll in nonsectarian courses offered by an eligible postsecondary institution. | | An eligible 12th-grade pupil may enroll in a nonsectarian course taught by a secondary teacher or a postsecondary faculty member and offered at a secondary school or another location. | An eligible 12th-grade State-Approved Alternative Program (SAAP) student (who meets the graduation incentives criteria) and is enrolled full time in a State-Approved Early Middle College Program may earn  secondary school credit by successfully completing nonsectarian:<br>• remedial or developmental courses for developmental college credit, and/or<br>• courses or programs for postsecondary credit.<br>Note: Charter schools are not considered SAAPs. |

MDE000257

*Eligibility Chart: Nonpublic and Home School Students*

| Grade | Traditional PSEO § 124D.09, Subd. 5 | PSEO Career Technical Education (CTE) § 124D.09, Subd. 5a | Courses According to Agreements § 124D.09, Subd. 10 | Early/Middle College Programs § 124D.09, Subd. 9b |
|---|---|---|---|---|
| 10 | | An eligible 10th-grade student must have received a passing score on the 8th- grade MCA in reading as a condition of enrollment or<br>• If the student did not take the 8th- grade MCA in reading, the student may substitute another reading assessment accepted by the enrolling PSI.<br>• If the student receives a grade of "C" or better in the one CTE course during the first term of enrollment, the PSI must allow the student to take additional postsecondary courses for secondary credit. | | |
| 11 | An eligible 11th-grade pupil may apply to enroll in nonsectarian courses offered by an eligible postsecondary institution. | | | |
| 12 | An eligible 12th-grade pupil may apply to enroll in nonsectarian courses offered by an eligible postsecondary institution. | | | |

MDE000258

## Residency Guidelines

A Minnesota resident student is defined as a student who physically resides in Minnesota with a parent or court-appointed legal guardian who also physically resides in Minnesota.[1]

Unlike postsecondary institutions' residency policies, a secondary student does not need to live in Minnesota for a specific length of time before they are eligible to access public education, including the PSEO program. A student's immigration/citizenship status alone does not have any bearing on their residency status or ability to access PSEO. Please review the following guidelines for eligible and non-eligible students.

**Eligible Students:**

1. Minnesota resident students who are:

   - Attending a public school district, charter school, home school or nonpublic school in Minnesota. Note: Students who are open enrolled to a district are eligible to participate in PSEO through the open enrolled district.

   - Attending a public school district or nonpublic school out of state through a tuition arrangement between the out of state district and the Minnesota public school district.

   - Attending a nonpublic school in another state, whether or not the parent is paying tuition.

2. South Dakota resident students attending a Minnesota district under the Minnesota-South Dakota Reciprocity Agreement (includes only border districts).

**Non-Eligible Students:**

1. Minnesota resident students who are:

   - Attending a South Dakota district under the Minnesota-South Dakota Reciprocity Agreement.

   - Attending a public out-of-state district for which the parent pays tuition.

2. Non-Minnesota resident students, which include:

   - Students in cultural foreign exchange programs (J-1 visa) and students from another country attending a Minnesota school under an F1 student visa or B visitor visa.

   - Students living in Minnesota without a parent or court-appointed legal guardian.

---

[1] According to the Attorney General's Opinion (1985), if a student is living in a district solely for education purposes, the student would be considered a non-Minnesota resident and not be eligible for PSEO.

MDE000259

- Students from Minnesota who are living in another state or abroad (with or without a parent or court-appointed legal guardian.)

## Age Limits

Guidance was developed to provide assistance on questions regarding the age limitation for students eligible for education services, including PSEO. Because different statutes apply, there are flow charts for regular education students and another for students with an Individualized Education Program (IEP). Please refer to the flow charts located in School Attendance Age Limitations.

## Participation Requirements

**All courses taken in PSEO must meet graduation requirements at the high school.** Subdivision 12 (d): The secondary credits granted to a pupil must be counted toward the graduation requirements and subject area requirements of the district.

**To access PSEO, a student must first give up one class at the high school during the core school day.** This allows a student to participate on a part-time or full-time basis – and enroll in classes during the day, evening or weekend – in an online or face-to-face setting.

**Example 1:** If a student is enrolled full-time at the high school without any study halls, the student would have to give up one of their classes in order to participate in PSEO. The student can access PSEO classes during the day or evening (or both).

**Example 2:** If a student is enrolled full-time at the high school that includes a study hall, the student typically would give up the study hall to participate in PSEO. The student can access PSEO classes during the day or evening (or both). NOTE: The study hall time does not generate PSEO high school hours on MARSS.

**Example 3:** If a student chooses to NOT give up any classes, the student can still take a class at a postsecondary institution, but he/she would have to pay his/her own tuition. In this situation, the postsecondary class would be eligible for postsecondary credit. The student can also request that the postsecondary class be applied to secondary school credit. A district must accept the credit (see Minn. Stat. § 124D.09, subd. 12).

**Example 4:** If a student is taking a full course load at the college, as long as he/she has given up at least one high school class, the student is still eligible to take a class at the high school.

## Participation Limits

A student who first enrolls in PSEO in grade 9 may participate for four academic years. If first enrollment is in grade 10, he/she may participate for three academic years; for first enrollment in grade 11, two academic years; and for first enrollment in grade 12, one academic year.

MDE000260

An academic year is defined as two semesters or three quarters within a school year beginning on or after July 1 and ending no later than June 30. A student has utilized one academic year by enrolling in any combination of the following as of the end of the academic year:

- Semester 1 only
- Semester 2 only
- Both semester 1 and 2
- Quarter 1 only
- Quarter 2 only
- Quarter 3 only
- Quarter 1, 2 and/or 3

**Example:** If a student takes PSEO courses for only one semester during their 11th-grade year, he/she has used up one academic year of eligibility. The student has one year of eligibility left as a 12th-grade student.

**Exception:** If a student is enrolled in a State-Approved Alternative Program (SAAP) and participates in PSEO during the summer term, that time does not count against the student's eligibility.

Limits on participation apply to all programs available under the PSEO law. If a student participates in dual credit courses via courses according to agreements or a concurrent enrollment course at any time during a school year, the student has used up one academic year of eligibility.

**Students who have been awarded a diploma:** A student who has been awarded a diploma is no longer eligible to participate in PSEO. He/she may participate up to the point the diploma is issued.

**Students who are not on track to graduate:** In 2015, the following language was added to Minnesota Statues, section 124D.09, subdivision 8: "If a school district determines a pupil is not on track to graduate, the limit on participation does not apply to that pupil." This applies only to public school students.

In order to waive the participation limits, the PSEO Verification of Extended PSEO Eligibility form must be completed and signed by the enrolling district. This form must accompany the PSEO Notice of Student Registration Form for each instructional term and postsecondary institution the student attends. These forms are available on the Career and College Success PSEO page and the School Finance PSEO page.

## Eligible Institutions

According to Minn. Stat. § 124D.09, subd. 3a, "'Eligible institution' means a Minnesota public postsecondary institution, a private, nonprofit two-year trade and technical school granting associate degrees, an opportunities industrialization center accredited by an accreditor recognized by the United States Department of Education, or a private, residential, two-year or four-year, liberal arts, degree-granting college or university located in Minnesota."

A postsecondary institution must make a request in writing to the Commissioner of Education asking to be recognized as an approved institution for participation in the PSEO program. Along with the request, the

MDE000261

institution must submit its mission statement, PSEO course catalog including course descriptions and any other information required by the Commissioner.

Visit the list of PSEO Participating Institutions approved to offer PSEO in Minnesota. **Students are allowed to take courses from more than one eligible postsecondary institution at a time.**

## Eligible Courses

**All courses taken in PSEO must meet graduation requirements at the high school.** Subdivision 12 (d): The secondary credits granted to a pupil must be counted toward the graduation requirements and subject area requirements of the district.

According to Minn. Stat. 124D.09, subd. 2, PSEO courses must be "nonsectarian courses or programs at eligible postsecondary institutions." Postsecondary institutions may not claim reimbursement for courses that are determined to be sectarian in nature, specifically those that: 1) prepare students to become ministers of a particular religion, enter a religious vocation, or prepare them to teach theological subjects; 2) are based upon one particular set of religious beliefs; 3) propagate or promote any one religious belief or viewpoint.

In general, a course is deemed PSEO eligible if the following criteria are met:

- The course is available to both high school and postsecondary students.
- The course is listed in the postsecondary institution's syllabus.
- The course generates both high school and college credit and counts toward the graduation requirements at the high school.
- The course is non-sectarian.
- The course is college-level.
- The course is not considered to be a developmental or remedial course unless it is part of a PSEO State-Approved Early/Middle College Program for students enrolled full-time in State-Approved Alternative Programs.

**Postsecondary institutions determine admission standards to participate in specific PSEO programs and courses.** School districts do not make this determination. The postsecondary institution also determines the eligibility of a PSEO student to continue in the program if his/her grade(s) falls below a certain threshold.

**Postsecondary institutions determine the number of postsecondary courses a student can take.** This could be one or more courses as allowed by the postsecondary institution for enrollment.

**School districts must allow students to enroll in high school courses in addition to any number of postsecondary courses.** High school students are always eligible to enroll in high school courses in addition to any number of postsecondary courses as long as the student has at least one free period at the high school. Refer to the Participation Limits section for additional information.

MDE000262

**School districts cannot set a minimum number of high school classes as a prerequisite for participating in PSEO.** The high school sets the graduation requirements; however, a school district cannot require a student to take a certain number of courses at the high school in order to take a PSEO class.

**School districts cannot set a minimum OR limit the number of PSEO courses the student can take.** The district receives aid based on the number of credit-bearing class hours a student takes at the high school, not how many courses a student takes at the college.

## Eligible Courses – 10th Grade CTE Pathway

For the purpose of PSEO reimbursement for CTE courses taken by 10th grade students, MDE will only pay for courses that are part of a career and technical education program that is not also included in the Minnesota Transfer Curriculum. 10th grade students are limited to **one** CTE course during the first term of enrollment.

- A "career or technical course" is a course that is part of a career and technical education program that provides individuals with coherent, rigorous content aligned with academic standards and relevant technical knowledge and skills needed to prepare for further education and careers in current and emerging professions and provide technical skill proficiency, an industry recognized credential, and a certificate, a diploma, or an associate degree.
- The Minnesota Transfer Curriculum consists of general education courses and goal area definitions and competencies designed for transfer among Minnesota public colleges and universities.

**For Example:** SPEE1020 and ENGL1150 are included in several CTE programs but are also part of the Minnesota Transfer Curriculum as general education courses. These courses will not be paid by MDE for the first semester of CTE for a 10th grader.

## Postsecondary Enrollment Program Notice of Student Registration

To assist the district in planning, a student shall inform the district by May 30 of each year of the student's intent to enroll in postsecondary courses during the following school year. A student is bound by notifying or not notifying the district by May 30.

The PSEO Program Notice of Student Registration is available at the bottom of the Career and College Success PSEO page and the School Finance PSEO page.

Section one of this PSEO Program Notice of Student Registration must be completed by the student (and signed by the parent if the student is under age 18). Section two requests a signature from the secondary school or home school parent if the student is determined eligible to apply for participation in the PSEO program. After sections one and two are completed, section three must be completed by the postsecondary institution.

The postsecondary institution will then mail the form to MDE. Students and secondary schools do not mail this form to MDE. If sections one and three are not complete, MDE cannot pay aid to the postsecondary institution.

MDE000263

## Tuition

**PSEO students cannot be charged for either high school or postsecondary credits earned through the PSEO program.** Postsecondary institutions are paid by the state for PSEO courses offered at the postsecondary institution.

**PSEO students cannot be charged for non-optional fees that are charged by the postsecondary institution for attending the school.** These fees include, but are not limited to, technology fees, access to e-books, library services and expenses that are required to participate in the PSEO course.

**The state will pay for a course only once unless the student fails the course.** A student can re-take a failed PSEO course, and the state will cover the cost as long as the student has not previously been awarded credit for the course and still meets PSEO eligibility and participation guidelines. The state will not pay the postsecondary institution for a student to repeat a course in which the student received a low but not failing grade.

- Postsecondary institutions will be paid for a student who withdraws from a PSEO course after the first 14 days of the quarter or semester.

- Postsecondary institutions will not be paid for a student who withdraws during the first 14 days of the quarter or semester or who has been absent from the postsecondary institution for the first 15 consecutive school days of the quarter or semester and is not receiving instruction in the home or hospital.

## Textbooks, Materials, Fees and Equipment

Subdivision 19 of the Postsecondary Enrollment Act addresses textbooks, materials, fees and equipment. In general, students who are enrolled in postsecondary courses for secondary and postsecondary credit cannot be charged for textbooks, materials or fees that are required for the course or enrollment at the postsecondary institution. However, students may be charged fees in specific situations. Please see below for details.

**PSEO students may not be charged for the following:**

- **Textbooks and materials.** Any textbooks required for the course--including access to e-books--must be provided by the postsecondary institution. Any materials required for the course, including but not limited to, calculators, software and consumables (i.e., art supplies used during a course) must be provided by the postsecondary institution. Textbooks and materials provided to the student are the property of the postsecondary institution and must be returned by the student after the course has ended.

- **Fees.** Any fees required to attend the institution must be provided by the postsecondary institution. Some examples include, but are not limited to, placement tests, internet or technology fees, and library services. Non-instructional charges required by some courses or programs (i.e., background checks or malpractice insurance) must be provided by the postsecondary institution.

MDE000264

- **Travel experiences.** If a travel experience is a course requirement in order for a PSEO student to earn credit, the postsecondary institution is responsible for the costs.

**PSEO students may be charged fees for the following:**

- **Equipment.** If the equipment required for a course becomes the property of the pupil after the course has ended, the postsecondary institution may charge the student for this equipment.

- **Not returning textbooks or materials.** Each pupil is required to return all textbooks and materials to the postsecondary institution after the course has ended. Postsecondary institutions may charge the student a fee for the late return or no return of textbooks or materials. Textbooks or materials not returned may be charged to the student at the used price.

- **Placement retest.** Depending on a postsecondary institution's policy for placement testing, a student may be charged for retesting.

Note: Concurrent enrollment or courses according to agreements are funded through an agreement between a college or university and their school district. Textbooks and materials under these arrangements are typically regulated through the agreement. Refer to the Pupil Fee Law, Minn. Stat. § 123B.36 (Authorized fees) and Minn. Stat. § 123B.37 (Prohibited fees).

## Credits and Grades

**The high school determines the amount of secondary credit to be awarded upon successful completion of the PSEO course.** According to Minn. Stat. § 124D.09, subd. 12b, "A district shall grant academic credit to a pupil enrolled in a course for secondary credit if the pupil successfully completes the course. Seven quarter or four semester credits equal at least one full year of high school credit. Fewer college credits may be prorated."

In other words, the conversion of postsecondary college credits to high school credits has to be at least a 4:1 ratio, not any less. Whatever is considered one year of high school credit in a district for a subject area is equivalent to at least four college credits.

**Example 1:** If a high school student takes a postsecondary English course for four college credits, the student would have earned at least one full year of high school English credit.

If a student is in a high school where one full year of high school English receives one credit of English, the year of English would be the equivalent of four college credits.

**Example 2:** If a high school block schedule (i.e., 4-5 periods/day) is used whereby a student earns the equivalent of one full year of high school English credit in one semester, the corresponding high school credits earned in the semester would be equivalent to four college credits.

**Example 3:** If a high school traditional schedule (i.e., 6-7 periods/day) is used whereby a student earns the equivalent of one full year of high school English credit in two semesters, the corresponding high school credits would be equivalent to four college credits.

MDE000265

**Credits and grades received at a postsecondary institution are on the student's record and count as courses completed at that institution.**

- The postsecondary institution determines if a PSEO student's grades can be expunged from their postsecondary transcript.

- Transferring credits to another institution is dependent upon the transfer rules of that institution.

**Grade Weighting Policy:** According to Minn. Stat. § 124D.09, subd. 12c, a school board must adopt a policy regarding weighted grade point averages for any high school or dual enrollment course. The policy must state whether or not the district offers weighted grades. A school board must annually publish a list of weighted courses on its website.

**Minnesota Transfer Curriculum:** Minn. Stat. § 123B.36, subd. 12 states: "All Minnesota State Colleges and Universities (MnSCU)[2] institutions must give full credit to a secondary pupil who completes for postsecondary credit a postsecondary course or program that is part or all of a goal area or a transfer curriculum at a MnSCU institution when the pupil enrolls in a MnSCU institution after leaving secondary school. Once one MnSCU institution certifies as completed a secondary student's postsecondary course or program that is part or all of a goal area or a transfer curriculum, every MnSCU institution must consider the student's course or program for that goal area or the transfer curriculum as completed."

## Transportation

Districts are not obligated to provide transportation for PSEO students between the high school and the postsecondary institution. If a Special Education student has transportation needs related to his/her disability, contact the district.

If requested by the parents or guardians, school districts must reimburse low-income families for certain transportation costs incurred traveling to and from courses held on college campuses. Certain mileage limits apply. Qualifying students (as determined by income levels set by the federal government) will be reimbursed at 15 cents per mile for travel from their homes to the postsecondary institution or from their high schools to the postsecondary institution, whichever is less.

Public school districts apply for mileage reimbursement through the state on behalf of eligible public school students. Nonpublic and home-schooled students apply for mileage reimbursement through their postsecondary institution. Visit the School Finance Reporting page for mileage reimbursement instructions and forms.

---

[2] MnSCU is now known as Minnesota State.

MDE000266

## Participation in High School Activities

Students participating in PSEO are high school students and should not be prohibited from participating in activities sponsored by the student's high school.

Students participating in PSEO are eligible to participate in their high school graduation ceremonies.

MDE000267

# PSEO Guidance for Students and Parents

PSEO courses are a great way for high school students to challenge themselves academically, earn college credit, and save time and money. Students may attend PSEO courses either part-time or full-time during the fall and spring academic school year; the PSEO program is not available during the summer, unless the student is enrolled in a State-Approved Alternative Program (SAAP). Tuition, fees and textbooks related to the course are provided at no cost to the student. These courses are taught by college instructors on the college campus or online.

Many Minnesota colleges accept credit transfers of these courses in the same manner they would accept credits from another college; some do not. Students should check that the college they plan to attend after high school will apply these credits toward their chosen college degree.

## Choosing to Participate

The decision to participate in PSEO is an important one, and students should start planning early. The student will be expected to be a responsible, self-starting independent learner. Students and parents should seek out additional information and counseling at the high school and at the postsecondary institution to ensure that they are making the best choice for themselves and their educational future.

NOTE: Nonpublic schools are not required to follow all sections of the PSEO law. Students and families attending nonpublic schools are encouraged to discuss the school's PSEO policy with a counselor or program advisor well in advance of participation in this program.

Students and parents should consider the following:

- **High School Graduation Requirements:** Students should meet with their high school guidance counselor and review the courses needed to graduate. Enrollment in an incorrect PSEO class could result in delayed high school graduation, so careful planning and communication with the high school is very important. The high school should allow students flexibility in choosing generally comparable courses to meet requirements.

- **Academic Ability:** Is the student ready for college-level course work?

- **Maturity:** Is the student mature, responsible and self-disciplined enough to be successful in a college setting?

- **Scheduling and Transportation:** Will the student be able to manage schedules at two locations and have the transportation means to get to each location?

MDE000268

## How to Apply

**Talk to the high school counselor.** Students should consult with their high school counselor about their interest in postsecondary courses and which requirements are still needed for graduation. Counselors can help students come up with a plan.

**Be aware of postsecondary admissions requirements and deadlines.** It is the postsecondary institution that determines admissions requirements into their postsecondary courses – not the high school. Postsecondary institutions also set their own application deadlines and timelines for admission. For example, fall semester application deadlines range from April-June the previous academic year, while spring semester application deadlines range from October-December.

Many postsecondary institutions create admissions guidelines for PSEO students based on class rank, GPA and/or specific score minimum on a nationally standardized, norm-referenced test (like the ACT, PSAT or SAT).

Most schools allow an appellate process for students who do not meet those criteria; in general, students must provide documentation or proof of their readiness and ability to perform college-level work, as determined by the postsecondary institution. In addition to program admissions requirements, students need to meet the college course prerequisites.

**Discuss and determine transportation options.** Districts are not obligated to provide transportation for PSEO students between the high school and the postsecondary institution. If requested by the parents or guardians, school districts must reimburse low-income families for certain transportation costs incurred traveling to and from courses held on college campuses. Refer to the Transportation section for more information.

**Decide where to enroll – and which courses to take.** There is no list of available PSEO courses available across the state. Students should locate the list of PSEO courses offered by the postsecondary institution where they would like to enroll. Refer to the list of PSEO Participating Institutions approved to offer PSEO in Minnesota.

Most postsecondary institutions on the list have their own PSEO webpage and contact information for PSEO coordinators on the college campus. These contacts can help families navigate the admissions process, find or explain classes and schedules, and provide general information. Many colleges offer PSEO orientation nights or informational sessions. Participation in PSEO is based on space availability in the desired course.

**Notify your district of your intent to enroll in PSEO by May 30.** PSEO law states that students should notify their district of their intent to enroll in PSEO courses during the following school year by May 30.

MDE000269

# PSEO Guidance for Districts and Postsecondary Institutions

## District Guidelines

**Dissemination of PSEO Information:** School districts and charter schools must annually provide up-to-date information about PSEO options on their websites and in materials that are distributed to parents and students by whichever date is earlier: 1) three weeks prior to the date student's must register for district courses for the following school year, or 2) March 1. Information about PSEO--including enrollment requirements and the ability to earn postsecondary credit—should be provided to all students in grades 8, 9, 10 and 11. There is suggested PSEO language for district websites and materials on the PSEO Program webpage.

**Counseling:** The school or school district must provide information on the PSEO program including who may enroll, what institutions and courses are eligible for participation, the decision-making process for granting academic credits, financial arrangements for tuition, books and materials, eligibility criteria for transportation aid, available support services, the need to arrange an appropriate schedule, consequences of failing or not completing a course in which the student enrolls, the effect of enrolling in this program on the student's ability to complete the required high school graduation requirements, and the academic and social responsibilities that must be assumed by the students and their parents or guardian. The person providing counseling shall encourage students and their parents or guardian to also use available counseling services at the postsecondary institutions before the quarter or semester of enrollment to ensure that anticipated plans are appropriate.

**Access to building and technology:** According to Minn. Stat. § 124D.09, subd.11a, "A school district must allow a student enrolled in a PSEO course to remain at the school site during regular school hours. Districts must adopt a policy that provides PSEO students reasonable access during regular school hours to a computer and other technology resources that the student needs to complete coursework for a PSEO course" and which are available to other students enrolled at the high school.

## Postsecondary Guidelines

**Advertising to Schools, Students and Parents:** A postsecondary institution may provide information about its programs to a secondary school or to a student or parent and it may advertise or otherwise recruit or solicit a secondary student to enroll in its programs on educational and programmatic grounds.

Note: For the 2014-2015 through 2019-2020 school years only, an eligible postsecondary institution may advertise or otherwise recruit or solicit a secondary student residing in a school district with 700 students or more in grades 10, 11, and 12, to enroll in its programs on educational, programmatic, or financial grounds.

**Eligible Courses:** Colleges and universities determine which courses are eligible for PSEO participation and should have a list readily accessible on their website for public viewing. Refer to the Eligible Courses section for a list of criteria for PSEO eligible courses. Postsecondary institutions are required to complete the Annual Statement of Assurance Form, located on Career and College Success PSEO page, to verify that courses offered to PSEO students are nonsectarian in nature.

MDE000270

**Enrollment Priority for PSEO Students:** A postsecondary institution shall give priority to its postsecondary students when enrolling 10th-, 11th-, and 12th-grade students in its courses.

An institution must not enroll secondary students for postsecondary enrollment options purposes in remedial, developmental, or other courses that are not college level unless the student is enrolled in a PSEO State-Approved Early/Middle College Program specifically designed to allow the student to earn dual high school and college credit. In this case, the student shall receive developmental college credit and not college credit for completing remedial or developmental courses (Minn. Stat. § 124D.09, subd. 9).

Once a secondary PSEO student is enrolled in a PSEO course, that student cannot be displaced by another student.

If a postsecondary institution enrolls a secondary school student in a course, the postsecondary institution also must enroll in the same course an otherwise enrolled and qualified postsecondary student who qualifies as a veteran as defined in Minn. Stat. § 197.477, and demonstrates to the postsecondary institution's satisfaction that the institution's established enrollment timelines were not practicable for that student.

Postsecondary institutions must allow secondary students to enroll in online courses under this section consistent with the institution's policy regarding postsecondary student enrollment in online courses.

**Supporting Documentation for Eligibility Purposes:** A student may be requested to provide a high school transcript indicating credits completed and credits needed for graduation.

## Funding and Reimbursements

**PSEO:** Postsecondary institutions are paid by MDE for PSEO participation at the following rates:

| 2018-2019 | 2019-2020 | 2020-2021 |
|---|---|---|
| $138.15 / quarter credit | $141.11 / quarter credit | $144.13 / quarter credit |
| $207.22 / semester credit | $211.66 / semester credit | $216.20 / semester credit |

- Postsecondary institutions will not be paid for a student who withdraws during the first 14 days of the quarter or semester or who has been absent from the postsecondary institution for the first 15 consecutive school days of the quarter or semester and is not receiving instruction in the home or hospital.

- Postsecondary institutions will be paid for a student who withdraws from a PSEO course after the first 14 days of the quarter or semester.

- Postsecondary institutions must notify the district when a PSEO participant withdraws from a course.

- Districts must report a student as a PSEO participant to MDE up through the date of the PSEO course withdrawal if it occurs after the first 14 days.

MDE000271

- Districts must report a student who withdraws within the first 14 days of the quarter or semester as a part-time student if the student does not have a full schedule at the high school. Districts do not need to identify the student as a PSEO participant.

It is the postsecondary institution's right to establish enrollment eligibility into the PSEO program. If a student eligible under Minn. Stat. § 124D.09, subd. 8 is allowed to enroll in PSEO, MDE will pay PSEO aid to the postsecondary institution. Postsecondary institutions should only submit PSEO aid requests to MDE for eligible students and courses, e.g., Minnesota residents, nonsectarian courses, courses for secondary credit, etc.

**Concurrent Enrollment:** Concurrent enrollment or courses according to agreements are funded through an agreement between a postsecondary institution and a participating school district. The agreement outlines the high school reimbursement to the college or university to cover the costs associated with the students receiving college credit. Textbooks under these arrangements are typically regulated through the agreement.

Concurrent enrollment aid is intended to help defray the costs incurred by the district to deliver the course at the high school site. Districts are eligible for aid only if the college or university concurrent enrollment courses offered by the district are accredited by the National Alliance of Concurrent Enrollment Partnership (NACEP), in the process of being accredited, or are shown by clear evidence to be of comparable standard to accredited courses, or are technical courses within a recognized career and technical education program of study approved by MDE and Minnesota State.

MDE000272

# PSEO State-Approved Early/Middle College Programs

Legislation passed in 2014 provides the opportunity to leverage PSEO funding for developmental coursework under specific circumstances. Minn. Stat. § 124D.09, subd. 9b reads:

"An institution must not enroll secondary pupils, for postsecondary enrollment options purposes, in remedial, developmental, or other courses that are not college level except when a student eligible to participate and enrolled in the graduation incentives program under section 124D.68 enrolls full time in a middle or early college program. A middle or early college program must be specifically designed to allow the student to earn dual high school and college credit with a well-defined pathway to allow the student to earn a postsecondary degree or credential. In this case, the student shall receive developmental college credit and not college credit for completing remedial or developmental courses."

**Definition:** For this purpose, a Middle College Program is a high school program that allows a student to earn a high school diploma while also earning postsecondary credits towards a degree or credential including a certificate, diploma or an associate's degree.  An Early College Program is a high school program that allows a student to earn a high school diploma while also conferring a certification, associate's degree, or up to two years of credit towards a Bachelor's Degree. Early/Middle College Programs are designed to serve students in the academic middle--especially low-income, English Language Learners, first generation college students and/or students of color.

**Student Eligibility:** Students are considered eligible if they are exclusively enrolled in a core school day State-Approved Alternative Program (SAAP) under the graduation incentives program as defined by the Minnesota Department of Education. Students enrolled in an Early/Middle College Program are restricted to the participation limits in the PSEO program. Under Minn. Stat. § 124D.09, any program that does not meet the qualification of an Early or Middle College Program as defined above must not enroll secondary students, for postsecondary enrollment options purposes, in remedial, developmental, or other courses that are not college level.

**Program Eligibility and Application Process:** Only eligible postsecondary institutions as outlined in Minn. Stat. § 124D.09, subd. 3a are allowed to apply. Each high school program and its partnering postsecondary institution must submit an application and documentation to support the required elements of the program. Complete applications will be considered for state PSEO funding for developmental coursework in their program for eligible students. The application deadline for new programs is March 1 of each year.

The Early/Middle College Program Identification Application is available to districts and their postsecondary partners on the Career and College Success PSEO page. To comply with statute language, students identified to participate in these programs will need to submit the PSEO Early/Middle College Program Notice of Student Registration by May 30. These forms will be given to PSEO State-Approved Early/Middle Colleges upon notification of program approval and annually for approved programs.

If you have any questions regarding the application process, contact Beth Barsness at 651-582-8336 or beth.barsness@state.mn.us.

MDE000273

# PSEO Guidance for Students with an Individualized Education Program (IEP)

Students who have an IEP are eligible to apply for participation in the PSEO program available to all students in Minnesota. These students are held to the same eligibility requirements and participation limits as students without disabilities, including:

- Admission requirements set by the postsecondary institution.

- Participation limits defined in Minn. Stat. § 124D.09, subd. 8.

- Courses must be a regular, college-level course offered by the postsecondary institution. It can be offered on campus or at a high school via Courses According to Agreement or Concurrent Enrollment.

- Developmental/remedial courses are not eligible unless they are provided through a PSEO State-Approved Early/Middle College Program.

- In order for MDE to pay the postsecondary institution, the credits earned must be dual credit (i.e., count as college and high school credit).

For more information, visit the Student Eligibility, Residency Guidelines and Participation Limits sections of this guide.

## Students with IEPs Eligible for PSEO

If a student is eligible to participate in PSEO, only PSEO funds may be used to pay tuition to the postsecondary institution. The student's case manager and guidance counselor should be working together to ensure that the appropriate arrangement is made for PSEO.

The postsecondary institution must inform the student of support services available; if the student's IEP or 504 plan specifies general education support and accommodations, the postsecondary institution must provide them, and the postsecondary institution and the district shall negotiate an agreement on the rate to be charged for these services. The student's case manager should work with the postsecondary institution if any accommodations or adaptations are needed for the student.

> **Example:** A student requires a technology device in order to be able to participate in the PSEO course, but the postsecondary institution's student services do not readily provide the device. In this case, the postsecondary institution would work with the student's case manager and/or guidance counselor to provide the device. The device could be purchased by the postsecondary institution and billed to the resident district, or the resident district could purchase the device. In both cases, the device would be eligible for special education funding and entered on EDRS for reimbursement.

MDE000274

## Students with IEPs Not Eligible for PSEO:

Students with IEPs who do not meet the PSEO eligibility requirements may be able to attend a postsecondary institution to meet goals in the student's IEP. **This arrangement does not fall under the PSEO program.** The postsecondary institution is not obligated to accept the contracted student placement.

The goals and objectives of the IEP are designed to meet students' unique needs and prepare them for further education, employment and independent living. The services are the supports and programs that will enable the student to reach their goals and objectives.

> **Example 1:** If the student's annual instructional goal is to get a job, special education funding will pay for a course that will assist the student in job searches, interviewing skills and application completion. Special education funding will not pay for the student's wages.

> **Example 2:** If the student's annual instructional goal is for the student to attain independent living skills, special education funding will pay for a course which teaches daily living skills (i.e., cooking, personal finance). Special education funding will not pay for the student's apartment.

> **Example 3:** If the student's annual instructional goal is for the student to attend college, special education funding will pay for a course that is introductory in nature and specifically designed instruction is provided by the school district to prepare students for attending the college/university.

- Services and supports that are eligible for special education funding could be a college readiness course designed to improve studying and note-taking skills, time and stress management, complete financial aid forms and setting goals to name a few. The purpose of these services and supports is to enable the student to be prepared to go to college upon graduation.

- Special education funding will not pay for college courses if the course results in receiving college credit; special education funding will pay for introductory college courses that do not count towards a degree. If the student is not eligible for PSEO, and the IEP team still writes that the student will take postsecondary courses that result in college credit, the funding to pay for these classes must come from the district's general education funds. The district would be able to claim the student's membership time spent in the course at the postsecondary institution. The general education funds would be available to pay for the course. Districts would not be able to report these costs for reimbursement on EDRS as they are not eligible for special education funding.

MDE encourages students, parents and IEP teams to discuss goals and options related to postsecondary education and what services are available. This information should be provided so the student can be successful upon graduation.

MDE000275

## Special Education Funding Examples

When a student with an IEP is not eligible to utilize PSEO state aid, the following examples illustrate three scenarios where Special Education funds are considered. Not all of the examples below may generate Special Education funding.

> **Example 1:** A student with an IEP attends an intermediate district program that is located at a postsecondary institution but is taught by the intermediate district's special education licensed staff. The program teaches basic skills, independent living, goal setting and academic and career planning. There is also a Microsoft Office component to the class, and upon completion of the course, the student will receive a certificate and a high school, college credit or both for being Microsoft certified.

**Special Education funding may be claimed to pay for this course.** The course described above is eligible for special education reimbursement. The teachers are secondary and licensed to teach special education students. The class is introductory in nature and is providing students with support and services to prepare them for future success.

> **Example 2:** The student does not qualify for PSEO per the guidelines set forth in Minn. Stat. § 124D.09, subd. 8. The student's IEP requires that he/she still needs specifically-designed instruction to prepare for postsecondary education. The student will meet with special education district staff for 30 minutes every other week to go over progress. The student's IEP references two courses at the postsecondary institution:

- First-Year Experience (note-taking, navigating the campus, test taking, self-advocacy, accessing student services, etc.

- Spanish 3 (intermediate level)

**Special Education funding may be claimed to pay for only one of two college courses.** In the above example, the First-Year Experience course would be eligible for special education reimbursement, whereas the Spanish 3 course would not:

- The First-Year Experience course would be eligible for special education funding because it is a preparatory class focused on teaching students how to be successful in college. This course is similar to courses taught in many transition classes throughout the state. The course generally focuses on time and stress management, studying and test-taking skills, college resources and navigations, completing a Free Application for Federal Student Aid (FAFSA) and goal setting. Taking a course such as this at the postsecondary level provides the student time on the campus and services to satisfy the IEP.

- The Spanish 3 course is not considered a special education course because it is not designed specifically for students with IEPs. Furthermore, special education funding is to be used to help students with disabilities access programs and services similar to general education students. If a student is not eligible to participate in PSEO per the guidelines set forth in Minn. Stat. § 124D.09, subd. 8, then a student with an IEP should not be given an advantage and have the cost paid for by special education funding. The

MDE000276

time the student is in the Spanish 3 course would generate student membership for purposes of general education revenue. In this example, the Spanish 3 course is referenced in the student's IEP, the funding to pay the tuition would need to come out of the school's general fund. Supplementary aids and services necessary to access this course as indicated in the IEP would be eligible for special education funding.

**Example 3:** The student does not qualify for PSEO per the guidelines set forth in Minn. Stat. § 124D.09, subd. 8. The student's IEP requires that he/she still needs skills training or similar work and would benefit from a college experience. The student meets with the school district staff for 30 minutes every other week to go over progress. The student takes two courses at the postsecondary institution:

- English Composition

- Intermediate Algebra

**Special Education funding may not be claimed to pay for these two college courses.** In the above example, neither college course taken at the postsecondary institution is eligible for special education reimbursement. Please refer to the explanation for the Spanish 3 course in Example 2. Supplementary aids and services necessary to access this course as indicated in the IEP would be eligible for special education funding. The skill-training services and monitoring that are being provided at the enrolling district could be coupled with courses in the public school district. The college experience could easily be attained along with social skills through taking an introductory college success course or a transition class offered by the enrolling district or contracted with another district.

MDE000277

# Minnesota Department of Education Resources

## Contact Information

**Career and College Success Division**

Mary Barrie, Supervisor, High School to Postsecondary Initiatives - Mary.Barrie@state.mn.us | 651-582-8567

Beth Barsness, PSEO/Concurrent Enrollment Specialist – Beth.Barsness@state.mn.us | 651-582-8336

**School Finance Division**

Sharon Peck, Supervisor, Data Management - Sharon.Peck@state.mn.us | 651-582-8811

Paul Ferrin, Supervisor, Special Education Funding - Paul.Ferrin@state.mn.us | 651-582-8864

Jeanne Krile, PSEO Finance Specialist - Jeanne.Krile@state.mn.us | 651-582-8637

Kelly Garvey, Transportation Specialist - Kelly.Garvey@state.mn.us | 651-582-8524

Kelly Wosika, Student Accounting Specialist (Residency) – Kelly.Wosika@state.mn.us | 582-8855

**Special Education Division**

Tom Delaney, Supervisor, Interagency Partnerships - Thomas.Delaney@state.mn.us | 651-582-8324

## Helpful PSEO Links

**Minnesota Statutes:**

Minn. Stat. § 124D.09 Postsecondary Enrollment Options Act

Minn. Stat. § 124D.091 Concurrent Enrollment Program Aid

Minn. Stat. § 120B.021 Required Academic Standards

**PSEO Program and Finance Information:**

MDE Career and College Success PSEO Page

MDE School Finance PSEO Page

Participating PSEO Postsecondary Institutions

PSEO Program Notice of Student Registration (bottom of page)

PSEO Verification of Extended PSEO Eligibility (bottom of page)

MDE000278

**PSEO Transportation:**

PSEO Mileage Reimbursement Program Instructions

PSEO Mileage Reimbursement Forms (scroll down to find the following forms under "Mileage Reimbursement")

- Monthly Transportation Reimbursement Request - Postsecondary Enrollment Options Program
  *Districts and charter schools use this form to submit a claim for postsecondary claims to the state.*

- Application for Student Transportation Reimbursement - Postsecondary Enrollment Options Program
  *Parents or guardians submit this form to the districts to verify eligibility based on income.*

- Student Transportation Reimbursement Report - Postsecondary Enrollment Options Program
  *Parents or guardians use this form to summarize mileage and submit to the district or charter school.*

MDE000279