Page 1

1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF MINNESOTA

3

4    MELINDA AND MARK LOE, ET AL.,

5         Plaintiffs,                    Case No.

6    vs.                                 0:23-cv-01527-NEB-JFD

7    WILLIE JETT, ET AL.,

8         Defendants.

9    _____/

10

11            Pursuant to Notice, the deposition of SALLY

12   REYNOLDS was taken via Zoom videoconference on Thursday,

13   April 11th, 2024, with the witness located in Minnesota,

14   beginning at 9:00 a.m. CDT before Kathryn M. Benhoff,

15   Notary Public.

16

17

18

19       ALL PARTICIPANTS VIA ZOOM VIDEOCONFERENCE

20

21

22

23

24

25

Page 2

1      A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFFS:
4      DIANA VERM THOMSON, ESQUIRE
5      ERIC S. BAXTER, ESQUIRE
6      BENJAMIN A. FLESHMAN, ESQUIRE
7      The Becket Fund for Religious Liberty
8      1919 Pennsylvania Avenue, N.W. - Suite 400
9      Washington, D.C.  20006
10   ON BEHALF OF THE DEFENDANTS:
11     JEFFREY TIMMERMAN, ESQUIRE
12     MADELEINE DEMEULES, ESQUIRE
13     ANDREA BUTLER, ESQUIRE
14     Minnesota Office of the Attorney General
15     445 Minnesota Street - Suite 1400
16     St. Paul, Minnesota  55101
17     jeffrey.timmerman@ag.state.mn.us
18     madeleine.demeules@ag.state.mn.us
19
20
21
22
23
24
25

Page 3

1      I N D E X
2  WITNESS:
3  SALLY REYNOLDS
4  EXAMINATION:
5  By Ms. Thomson           4
6
7  Exhibits (Attached):
8  Exhibit 25 - MDE 30b6 Designations and Objections  4
9  Exhibit 26 - E-Mail - MDE 024059     4
10 Exhibit 27 - Review of Oak Hill Christian   4
11     College for PSEO Eligibility
12 Exhibit 28 - E-Mail - MDE 007039     4
13 Exhibit 29 - E-Mails - Starting MDE 06965  4
14 Exhibit 30 - E-Mails - Starting MDE 033222  4
15 Exhibit 31 - E-Mails - Starting MDE 025863  4
16 Exhibit 32 - E-Mails - Starting MDE 009828  4
17 Exhibit 33 - E-Mails - Starting MDE 031188  4
18 Exhibit 34 - E-Mails - Starting MDE 020380  4
19 Exhibit 35 - Teams Chat Starting MDE 029545  4
20 Exhibit 36 - Teams Chat Starting MDE 034593  4
21 Exhibit 37 - E-Mail - MDE 029488     4
22 Exhibit 38 - E-Mails - Starting MDE 029479  4
23
24
25

Page 4

1     IT IS HEREBY STIPULATED AND AGREED that the
2  reading and signing of this deposition are not waived.
3     (All exhibits pre-marked.)
4     REPORTER:  The attorneys participating in
5  this deposition acknowledge that I am not
6  physically present in the deposition room and
7  that I will be reporting this deposition
8  remotely.  They further acknowledge that in
9  lieu of an oath administered in person, I will
10 administer the oath remotely.  The parties
11 further agree that if the witness is testifying
12 from a state where I am not a Notary that the
13 witness may be sworn in by an out-of-state
14 Notary.  If any party has an objection to this
15 manner of reporting, please state now.  And
16 hearing none, we'll proceed.
17     SALLY REYNOLDS,
18 having been duly sworn, testified as follows:
19     E X A M I N A T I O N
20 BY MS. THOMSON:
21   Q  Good morning, Sally.
22   A  Good morning.
23   Q  I'm going to skip most of the
24 preliminaries that we did the last time since you're
25 familiar with this process, but I just want to ask

Page 5

1  you if there's any reason you wouldn't be able to
2  give full, complete and truthful answers to my
3  questions today.
4   A  No, there's no reason.
5   Q  Great.  And could you tell us, do you have
6  notes prepared or anything that you have in front of
7  you for this deposition?
8   A  I do not.
9   Q  Okay.  All right.  I'm going to go ahead
10 and introduce an exhibit.  Okay.  It's Exhibit
11 No. 26, and I'm just looking at the first and second
12 page.  If you could take a minute to review.
13   A  Okay.
14   Q  Are you familiar with this document?
15   A  I am.
16   Q  Could you tell me what it is?
17   A  It is preparation and feedback on the
18  legislative proposal that was made in '22 adding the
19  language to the existing statute.
20   Q  Okay.  And it says effective date, July
21  1st, 2023; is that right?
22   A  Correct.
23   Q  Okay.  And where it says program guidance
24  in bold towards the bottom, is this something that's
25  a draft or is it guidance that's in effect

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 6

1    immediately when the statute passes?
2        A   It appeared that -- so we craft this
3    language and it is approved by leadership, and that
4    looks like what Beth was preparing.
5        Q   So it's not, so --
6        A   This version of it is what Beth sent to
7    her supervisor, who looks it over.  Then it goes to
8    the director, I look it over, and then it goes to
9    the AC and then it goes to COMS, and it is approved
10   at the commissioner level.
11       Q   So has this been approved at the
12   commissioner level yet?
13       A   With the stay, I'm not sure.  It's
14   possible, but we had lots of legislation, so I can't
15   say this one for sure was because of the lawsuit.
16       Q   Okay.  So I'm looking at where it says the
17   last line under program guidance.  It says,
18   "Post-secondary institutions must have the same
19   admission standards for on line and on campus
20   courses."  Could you explain what that means?
21       A   Correct.  So that, that if they, the
22   questions that they asked for PSEO would be common
23   across all settings, so there would not be unique
24   questions asked for on line vs. on campus.  It would
25   be standard for both.

Page 7

1        Q   What would be the purpose of that
2    provision?
3        A   That was related to the complaints that we
4    received that there were differences in on line and
5    on campus requirements to participate in PSEO.
6        Q   And is there authorization on the statute
7    for guidance like that?
8        A   I'm not clear what your question is.
9        Q   What is the authorizing statutory language
10   for that guidance?
11       A   That a eligible institution must not
12   require a statement from a secondary student seeking
13   to enroll in a PSEO course, so that would be
14   clarification that it wouldn't matter if it's on
15   line.  It would be for any course that is designated
16   and reimbursed as PSEO, so it's just a
17   clarification.  It's technical assistance.
18       Q   If a school had an on line PSEO program
19   with no faith statement, is it permitted to offer
20   only PSEO on line, or is it required to offer on
21   campus, on campus programming but no on campus PSEO
22   under this provision?
23       MR. TIMMERMAN:  Objection.  Objection,
24   vague.  You can answer if you understand.
25       A   Under this provision, it would be for any

Page 8

1    eligible institution, it would be, it would be --
2    couldn't be asked for either.  Any implementation of
3    PSEO would be standardized and that would make an
4    institution eligible or not, so it wouldn't differ,
5    it wouldn't differentiate between on line or in
6    person.
7        Q   So you can't have a faith statement for on
8    line and you can't have a faith statement for on
9    campus.  Are you allowed to offer on line but not on
10   campus PSEO courses?
11       A   I think what that, what this provision
12   clarified, if I'm -- well, I do understand it, is
13   that no PSEO -- any institution, any eligible
14   institution offering PSEO cannot have a faith
15   statement.  It doesn't matter how the PSEO course is
16   delivered.
17       Q   Okay.  But it's allowed to not offer PSEO
18   in one modality as opposed to another?
19       A   We don't -- PSEO is offered in many
20   modalities by many institutions.  This is
21   referencing more no faith statement can be presented
22   by any institution that's eligible.
23       Q   So MDE doesn't regulate which modalities
24   the schools offer?
25       A   Statute doesn't limit the modalities of

Page 9

1    what's offered.
2        Q   Okay.  Let me upload another exhibit.  Are
3    you seeing it?
4        A   Yes.
5        Q   Okay.
6        MR. TIMMERMAN:  Hang on just one sec,
7    Diana.  I haven't seen it yet.  Oh, there we
8    go.  I just had to refresh the marked exhibits.
9    All good.
10       Q   Once you've had a chance to review, let me
11   know, are you familiar with this document?
12       A   Yes, I believe this was used to determine,
13   it's a form that was used to determine institutional
14   eligibility to offer PSEO.
15       Q   Okay.  And it's from Oak Hills College?
16       A   Correct.
17       Q   Okay.  In May 2008?
18       A   Correct.
19       Q   And on the second page, it says Oak Hills
20   does not meet the criteria of offering non-sectarian
21   courses or programs; is that right?
22       A   Yes, I see that.
23       Q   Okay.  And it says under one, just below
24   that, it says, "The syllabi submitted contained
25   references to growth in and adherence to a Christian

3 (Pages 6 - 9)

Page 10

1  viewpoint and curricula and textbooks"; is that
2  right?
3      A   That is what it says, correct.
4      Q   And then I'll just upload the next
5  exhibit, and this is an e-mail from August 2008.
6  Are you familiar with this?
7      A   I am, I am not.
8      Q   Okay.  Do you know what it is?
9      A   It appears to be notification to Oak Hills
10 Christian College that they are determined to be an
11 eligible institution.
12     Q   Okay.  So in May, there was a form saying
13 they were not eligible, and then in August, they
14 were accepted.  These are the only documents I've
15 seen regarding this situation.  Do you know what
16 would have changed between May and August?
17     A   To this specific situation, no, but
18 characteristically, we would have provided technical
19 assistance I would assume to ensure that they
20 understood the elements that couldn't be contained
21 in their courses to work them towards being able to
22 offer PSEO, but I don't know that in this case.  I
23 don't know what changed.
24     Q   Are you aware of Oak Hills' current
25 admissions practices?

Page 11

1      A   I am not, no.
2      Q   Do you know if they incorporate a
3  Christian viewpoint into their PSEO courses now?
4      A   Well, statute instructs them not to, but I
5  would have no idea.
6      Q   All right.  I'll do the next one.  Okay.
7  Let me know when you see this.
8      A   I do.
9      Q   Okay.  Once you've had a chance to review,
10 let me know, are you familiar with this document?
11     A   I am not familiar with this document.
12     Q   Do you know what it is?
13     A   It appears to be an e-mail and it looks
14 like it's -- I'm not sure who Karen Johnson is.
15 Although I don't know who she is, I do know that the
16 to is to finance, school finance.
17     Q   And it looks like she's forwarding an
18 e-mail conversation with an official from Martin
19 Luther College; is that correct?
20     A   That's what it appears to be.
21     Q   Okay.  And in the forwarded e-mail, she's
22 asking questions about, it looks like she's asking
23 questions about a PSEO application to offer PSEO
24 courses; is that right?
25     A   That appears to be correct, yes.

Page 12

1      Q   Okay.  And she says you'll only be, "Is it
2  true that you'll only be enrolling high school
3  senior PSEO students even though juniors are allowed
4  to participate"; is that correct?
5      A   That seems to be the question, yes.
6      Q   Is excluding juniors an impermissible
7  barrier for PSEO schools?
8      A   No.  Eligible institutions can offer, can
9  prioritize what courses and to what grade levels
10 they, they target.
11     Q   Are there any requirements for how many
12 students a school must admit to be a PSEO school?
13     A   No, that's determined by the institution's
14 capacity.
15     Q   And MDE doesn't inquire into that?
16     A   No.
17     Q   Okay.  And then later in this same e-mail,
18 she says, "Just wanted to be clear that since you're
19 referring to the handbook may suggest that they need
20 to hold a specific faith to access public school
21 program."
22     A   What page are you on?
23     Q   The same page.  It's the last paragraph in
24 that e-mail.  Do you know if Martin Luther College
25 removed references to the handbook from their

Page 13

1  application or made a change based on this?
2      A   I do not.
3      Q   Have you ever received complaints about
4  courses at Martin Luther College relating to faith
5  statements or sectarian courses?
6      A   I do not know.
7      Q   Do you know if the current application
8  references the handbook?
9      A   I'm sorry.  I'm unclear what you're
10 asking.
11     Q   Are you aware if their current PSEO
12 application for students who want to take PSEO
13 courses references their student handbook?
14     A   I do not know.
15     Q   Are you aware that their handbook contains
16 religious learning outcomes?
17     A   I am not aware.
18     Q   Okay.  Go to the next document.  Let me
19 know when you've had a chance to look at this.  It's
20 46 pages, but I'm only looking at the first four or
21 five pages for now.
22     A   You want me to go to page 5 is what you
23 said?
24     Q   Yes, and tell me if you're familiar with
25 this document.

4 (Pages 10 - 13)

Page 14

1    A   I am not familiar with it.
2    Q   Okay.  What is it?
3    A   It appears to be a request in 2017 from
4  Larry Pogemiller that the Red Lake Nation College
5  was transitioning into their own entity, their own
6  org, and no longer a satellite campus at Leech Lake,
7  to Leech Lake.
8    Q   And they wanted to offer PSEO courses,
9  correct?
10   A   They wanted to continue to offer PSEO
11  courses, it appears.
12   Q   Okay.  And I'm looking at the first course
13  description on page -- let's see.  At the bottom of
14  page 3 and the top of page 4.
15   A   Okay.
16   Q   And it says in course learning outcome
17  No. 1 on the top of the page that students will
18  develop an Anishinaabe personal philosophy, paying
19  special attention to Anishinaabe values; is that
20  correct?
21   A   That is what it says.
22   Q   Would that be considered sectarian?
23   A   I wouldn't know just from that
24  description.  I would say no, it references values,
25  but --

Page 15

1    Q   Is, would MDE consider, does MDE consider
2  Native American philosophy to be religious?
3    A   No, we would not.
4    Q   Has MDE ever advised a tribal school that
5  they may not teach courses from a sectarian point of
6  view?
7    A   They would receive the same guidance as
8  all institutions offering PSEO.
9    Q   So they're considered, tribal schools are
10  considered PSIs?
11   A   Yes, they have to meet the same criteria,
12  yes.
13   Q   And do they submit the same statements of
14  assurance that were required up until this last year
15  to not provide non-sectarian courses?
16   A   The expectation would be that all
17  institutions offering PSEO would, had to submit the
18  assurances, correct.
19   Q   Including public schools?
20   A   Correct.
21   Q   Okay.  How was the decision made that
22  Native American philosophy is not considered to be
23  religious?
24       MR. TIMMERMAN:  Objection,
25  mischaracterizes prior testimony.  You can

Page 16

1  answer.
2    A   I didn't make this decision.  My
3  assumption would be that they looked at the
4  curriculum and had conversations and provided
5  technical assistance to get clarification to make a
6  decision.
7    Q   Who would have made that call?
8    A   It would have been between Beth Barsness,
9  Andy Johnson and finance.
10   Q   But you know that this would have been
11  approved?
12   A   I, I don't know that it was approved.  I'm
13  assuming it was approved.  I believe they offer it
14  now, so at some point, it was approved, but I don't
15  have understanding of the technical assistance that
16  went into approving it.
17   Q   Have you ever received complaints about
18  tribal schools based on sectarian content of the
19  courses or admissions processes?
20   A   I'm unaware of any complaints.
21   Q   Do the courses that they submit for PSEO
22  reimbursement, are they reviewed for sectarian
23  content in the same way that others, private
24  schools' courses are reviewed?
25   A   Exactly the same, and just to clarify,

Page 17

1  those are titles.  We get titles of courses.  We
2  don't review curriculum unless we receive a
3  complaint.
4    Q   You just review the title of the course
5  when you receive the --
6    A   That's what -- correct.
7    Q   So if a determination is being made about
8  whether a course is sectarian or not, is there, are
9  courses ever denied without conversation?  Are there
10  ever between MDE employees --
11   A   Not sure what you're asking.
12   Q   Is there always a conversation, when
13  there's, when there's a question about a sectarian
14  course, whether it's sectarian or not, is there
15  always a conversation between MDE employees, or can
16  one employee make, make the call on his or her own?
17   A   It depends, so I don't -- uniformly, if
18  the specialist determines that something looks
19  sectarian, they always reach out to the program to
20  have further conversation, provide technical
21  assistance.  It just, it depends.  Sometimes the
22  specialist may go to their supervisor, especially if
23  there have been standing issues previously and this
24  is, these are repeated conversations, so it really
25  just depends.

5 (Pages 14 - 17)

Page 18

1    Q   Okay.  Great.  Okay.  I'm introducing the
2  next exhibit, 31.  And I'm just looking -- so
3  there's the first two pages are mostly blocked out.
4  The e-mail starts at the bottom of the second page,
5  and I'm looking at the e-mail chain on pages 2 and 3
6  of the PDF.  If you could let me know if you're
7  familiar with this.
8    A   I am not familiar with this specific
9  example.
10    Q   Okay.  It looks like an e-mail chain from
11  November 2015 between MDE staff about sectarian
12  courses at Bethel; is that correct?
13    A   That appears correct.
14    Q   Okay.  Then it says Jeannie reviewed
15  courses taught by 19 students at Bethel.  She
16  identified eight courses that were potentially
17  sectarian, and then Beth reviewed and determined
18  that only one was non-sectarian, and Jeannie was
19  asked to stop reviewing courses until a definition
20  of sectarian could be determined.  So my question
21  from this e-mail is what happens when there's
22  disagreement within MDE about whether a course is
23  sectarian?
24    A   If there are questions from the
25  specialist, so Jeannie is finance.  She receives the

Page 19

1  list from the post-secondary seeking reimbursement
2  for the courses with the course titles.  If there's
3  question, then the specialist, who's Beth, reviews
4  it, and if there are continued questions, then it
5  appears that it goes up to the supervisor and
6  director level in both divisions to have continued
7  conversations for clarity because they're working
8  with course titles.
9    Q   And are you, you're the supervisor level
10  now?
11    A   I'm the director level.
12    Q   Director level.  Who's the supervisor now?
13    A   Eric Billiet.
14    Q   Okay.  In this case, did Beth make the
15  call, or did she have a conversation with her
16  supervisor or director?
17    A   This doesn't tell me what the decision
18  was, and I don't know.  I'm unaware of what the
19  decision on this specific issue was.
20    Q   Okay.  Was there a new definition of
21  sectarian developed in 2015?
22    A   I am unaware.
23    Q   Was there a new process for reviewing
24  sectarian courses developed after this?
25    A   The process is the same.  I don't know --

Page 20

1  I wasn't there in 2015 and I wasn't the director in
2  2015.  I don't know what the process was.
3    Q   Did Jeannie start reviewing courses again?
4    A   Jeannie always reviews the courses.  She
5  is, she receives them first.
6    Q   So the e-mail says that she, excuse me,
7  the e-mail says she stopped reviewing courses, but
8  you're saying that at some point, you know she
9  started again?
10    A   Well, these are reimbursement requests
11  from the post-secondaries, so we have a 30-day, when
12  an invoice is received, which is what these would
13  be, we have a 30-day pay out policy, so unless she
14  contested them, either contesting them or the
15  process of paying them would have to be resolved, so
16  my assumption is she continued to review at some
17  point.
18    Q   Okay.  And now, she does review?
19    A   She continues to receive the reimbursement
20  requests, and when needed, she collaborates with
21  program to, Beth to determine if she has questions,
22  and it continues along the same, same process of
23  going to supervisor, director, AC, assistant
24  commissioner, legal, gov relations.  We consult with
25  one another to resolve questions.

Page 21

1    Q   Okay.  Further down in this, on this PDF,
2  page 7, 8 and 9, there's, there's another e-mail
3  exchange about courses that were denied at Bethel.
4  Could you take a look at those?
5    A   Okay.
6    Q   It looks like they were denied funding for
7  three courses, Christianity in Western Culture,
8  Humanities Greco Roman and Intro to Biblical Greek.
9  Is that correct from what you understand?
10    A   That appears to be correct.
11    Q   I'm curious about Biblical Greek.  Are you
12  aware, is that still considered to be a sectarian
13  course?
14    A   So the title alone doesn't tell me one way
15  or the other.  It must have been the content of the
16  course.
17    Q   Well, we can see the course description on
18  the last page.  Would they have had more information
19  than that to make that determination?
20    A   I do not know that.  They may have talked
21  with, like we would have talked to someone at
22  Bethel, which is referenced I think in a different
23  part of the e-mail, but I don't know.
24    Q   Does the course description give you
25  enough information to determine whether it's

6 (Pages 18 - 21)

Page 22

1  sectarian?
2     A   Using the New Testament to build
3  vocabulary would, would raise the question, yes.
4     Q   Would the course title alone raise the
5  question?
6     A   Not necessarily.
7     Q   Do you see any problems with a public
8  university offering a Biblical Greek course and
9  teaching from the New Testament vocab?
10     A   I would.  To understand elements of
11  grammar and syntax related to Greek could be done
12  using other texts rather than the New Testament.  I
13  think that would be the question and the
14  conversation with the institution.
15     Q   Are you aware that the University of
16  Minnesota offers a Biblical Greek course?
17     A   I am not.
18     Q   Would anyone have considered whether a
19  public university offers that kind of course when
20  that course was denied?
21        MR. TIMMERMAN:  Objection, calls for
22  speculation.  You can answer if you know.
23     A   I do not know.
24     Q   And it says Beth deemed, on page 7, it
25  says Beth deemed the PSEO courses as sectarian.  Was

Page 23

1  that Beth's call?
2     A   She's the specialist, so it appears that
3  with all the -- it says also attached is an e-mail
4  string from Sally Weary, who was the supervisor at
5  the time, Darren, Paula, myself and Carol.  Those
6  are all leadership folks, so clearly, there were
7  conversations beyond that, but it is Beth's call
8  because she's the education specialist at MDE for
9  dual credit, and that's the way that Jeannie chose
10  to frame it, so.
11     Q   Would Bethel have had recourse to
12  challenge that description?  That decision, sorry.
13     A   Certainly, they could have.  It would have
14  been continued conversation.  They, they could have
15  requested further conversation about it, but that,
16  this clarifies what MDE's action would be, and so
17  that would be what was moving forward.  Again, given
18  time lines of finance and what's reimbursable and
19  completing invoices, this would be clarifying what
20  MDE's action is, but it could certainly request
21  further conversation.
22     Q   So if you saw a course for Biblical
23  Hebrew, would you -- and that's, you only saw the
24  title, would you think that that would be religious?
25     A   It would, it would raise to the level of

Page 24

1  asking a question, correct, seeking clarification.
2     Q   So I think you said that there are two
3  ways that courses are reviewed for sectarian
4  content:  If there's a complaint or if it's, or
5  Jeannie sees the title and flags it for review
6  within that 30-day period; is that right?
7     A   Those are the two primary ways.  There may
8  be others that I am unfamiliar because I'm not the
9  educational specialist nor finance, but those are
10  the two that I'm familiar with.
11     Q   So how many course titles is Jeannie
12  reviewing over the course of one semester?
13     A   Thousands.
14     Q   So she has 30 days to review thousands of
15  course titles to consider whether they're sectarian
16  or not?
17     A   Correct.  Approximately that, yep.
18     Q   Is she able to review all of them in that
19  time?
20     A   She seeks assistance from the specialist
21  and from her supervisor if she needs additional
22  support.
23     Q   So she's not the only one reviewing?
24     A   She is the person assigned to review the
25  reimbursement requests from the post-secondary

Page 25

1  institutions, and she works with her supervisor if
2  she needs assistance or she reaches out to Beth if
3  she needs assistance, but she has been able to have
4  them reviewed, and I may have the time frame -- I
5  think it's 30 days that she has, but it could be, it
6  could be longer.  There may be an exception for the
7  PSEO reimbursement.
8     Q   And when she's reviewing it, she only has
9  the course title, she doesn't have the course
10  description; is that correct?
11     A   She receives only the invoice for the
12  student and the name of the course that the student
13  took.
14     Q   What would you say is the purpose of the
15  non-sectarian provision in the statute?
16     A   These, these are publicly funded PSEOs, a
17  publicly funded program, so it is, in my
18  understanding, it is to ensure that all students
19  have access to PSEO that is not through one lens or
20  a specific lens.
21     Q   Is that a religious lens?
22     A   Not necessarily.
23     Q   So sectarian means something different
24  than religious?
25     A   I am not an expert on what it is or isn't,

7 (Pages 22 - 25)

Page 26

1  but it, in our work, it tends to be religious.
2      Q   So when you say you're not an expert on
3  what sectarian is or isn't, does that mean you don't
4  know what it means?
5      A   I do know what it means, that it is not
6  through a specific world view where students don't
7  have a opportunity to explore alternate points of
8  view, so that's why we require non-sectarian.
9      Q   But exploring a Native American point of
10  view would not be considered sectarian?
11      A   If we received a complaint that a student
12  or community member was concerned about the content,
13  we would have the same conversation.  It would be
14  the same process.
15      Q   And if you saw a course description like
16  the one in the e-mail we reviewed earlier about
17  requiring students to adopt a philosophy, a Native
18  American philosophy, that would not be considered a
19  particular world view?
20      Q   I didn't see adopt.  I saw explore, so
21  that would make a difference.  Adopt would be a
22  different conversation.
23      Q   Let's see.  We can go back to that.
24  That's Exhibit 30.  On page 4 of the PDF in Exhibit
25  30, it says, "Students will develop an Anishinaabe

Page 27

1  personal philosophy, paying special attention to
2  Anishinaabe values."
3      A   Correct.  I don't interpret develop the
4  same as adopt.
5      Q   If it says students will develop a
6  Christian personal philosophy, paying special
7  attention to Christian values, would that be
8  considered sectarian?
9          MR. TIMMERMAN:  Objection, calls for
10  speculation.  You can answer.
11      A   Yeah, I don't know.
12      Q   So you don't know what MDE would do if it
13  saw a course description that said, that used those
14  exact words but replaced Christian with Anishinaabe?
15      A   So it says Anishinaabe values, which is a
16  culture and a community, and again, I don't know
17  that questions weren't asked about this.  I would
18  not ask questions about this, but if it said
19  Christian --
20      Q   -- considered religious?
21      A   Anishinaabe is a culture.  No, it's not
22  considered religious.
23      Q   And that's why it's permitted?
24      A   Well, Anishinaabe are a people, so no,
25  it's not considered religious.  It would be

Page 28

1  characterized as cultural.
2      Q   And Christian is not characterized as
3  cultural?
4      A   Well, Anishinaabe are people, so if it --
5  I mean, if I can offer an example, if it said we are
6  going to explore the, and develop a Swiss personal
7  philosophy, right, we wouldn't object to that.  The
8  Swiss are a people and they obviously aren't a
9  monolith, but that would be, that's different.  I
10  mean, Anishinaabe are a people and a culture within
11  the State of Minnesota.  It is not considered --
12  Christians come from many different communities,
13  also not a monolith, but it's not a country, a
14  specific culture of people.
15      Q   Is ethnicity considered a protected
16  characteristic under the PSEO statute?
17      A   I wouldn't know.  I wouldn't venture to
18  answer that.
19      Q   And would you say that this selects, this
20  discriminates on the basis of ethnicity?
21          MR. TIMMERMAN:  Objection, calls for
22  speculation.
23      A   I don't have an answer for that.
24      Q   So when you say people, you mean something
25  different than ethnicity?

Page 29

1      A   I wouldn't, I wouldn't say that it
2  excluded to ethnicity.  When I say a people, it is a
3  people with a history and a culture and is not a
4  specific institution for worship or communing or
5  belief.
6      Q   So we've been going about an hour, not
7  quite an hour, and we have about another hour to go.
8  Would you like to take a break?
9      A   Sure.
10      Q   Okay.
11          MR. TIMMERMAN:  How long would you like,
12  Diana?
13      Q   How about ten minutes?
14          MR. TIMMERMAN:  Sure.
15      Q   We'll come back at, let's come back at 11,
16  so that'll be nine minutes on my clock.
17          MR. TIMMERMAN:  Okay.
18          (Brief recess.)
19  BY MS. THOMSON:
20      Q   So we were looking at Exhibit 30 before,
21  and I asked what is the purpose of the non-sectarian
22  provision in the statute, and I think you said
23  something along the lines of not limiting students
24  to one world view?
25      A   Correct.

1    Q   Okay.  So is it okay to have religious
2 content in courses as long as other world views can
3 be explored in the courses?
4        MR. TIMMERMAN:  Objection, calls for
5    speculation.  You can answer.
6    A   There are courses that explore religions.
7 I mean, I certainly had them in college as well, but
8 they are not asking anyone to adopt that world view.
9 It is an academic look at a world view.
10   Q   Are you prepared to testify about how MDE
11 considers the sectarian requirement in a statute?
12   A   I am, I am prepared to describe how MDE
13 views the sectarian or non-sectarianness of courses
14 that are offered through PSEO, correct.
15   Q   Okay.  I'm not sure how my question was
16 speculative, Jeff, so I'll keep --
17       MR. TIMMERMAN:  Okay.
18   Q   So is it possible, would it be possible
19 for a Christian school to present religious topics
20 without requesting anyone adopt them?
21   A   I can speak to if they offer a course that
22 maybe has a religious title, but then we talk
23 further and they are not presenting the adoption of
24 a specific world view, yes, it would be the same as
25 other institutions.

1    Q   And we were talking about the Anishinaabe
2 philosophy.  Are you aware that Anishinaabe culture
3 includes religion or not?
4    A   I know those who consider themselves
5 Anishinaabe and they practice different religions,
6 but I'm aware Anishinaabe is a culture.
7    Q   Have you heard anyone at MDE express
8 discomfort in deciding what is or is not religious?
9    A   From a title of a course.
10   Q   Or in response to a complaint.
11   A   I have not heard any discomfort, although
12 it's challenging, which is why we consult with legal
13 and others to get clarification, so no one is
14 expected to do it on, to figure all of these things
15 out on their own, but I have not heard discomfort,
16 no.
17   Q   So when you say you consult with legal,
18 have you been provided any standards for how to
19 decide what is or is not religious?
20   A   We've had conversations about what's
21 sectarian and non-sectarian.
22   Q   Have you developed standards under, on
23 that basis?
24   A   Not that I have seen.
25   Q   Okay.  Let's look at the next exhibit.  I

1 think this is Exhibit 32, and it's an e-mail chain
2 from 2016, and if you could look at it and tell me
3 if you're familiar with it or not.
4    A   I am not familiar with it.
5    Q   Let me know when you've had a chance to
6 review.
7    A   All five pages?
8        MR. TIMMERMAN:  Yeah, go ahead, Sally, and
9    review all five pages.
10   A   Okay.  Okay.
11   Q   Okay.  So I'm looking at the third page,
12 and Sharon Peck, there is an e-mail saying, "My
13 sense of the conclusion at the earlier internal
14 meetings of the burden of assuring courses submitted
15 for payment were non-sectarian should be on the
16 post-secondary institutions."  And then in that same
17 paragraph, she says, "It was considered undesirable
18 to discuss a new assurance document because it might
19 imply that MDE was responsible for monitoring course
20 content."  Is it true that MDE is not responsible
21 for monitoring course content?
22   A   We do not monitor course content of
23 post-secondaries unless there's a need, but it's
24 nothing that we do as a part of our work, no.
25   Q   Okay.  So I'm looking at the first page of

1 this document, Tom Melcher sending an e-mail about a
2 memo.  It looks like guidance is being sent to
3 schools?
4    A   I see that.
5    Q   Okay.  And he says, his last sentence is,
6 "I think this will take care of the issue without
7 raising so many red flags."  Do you know what red
8 flags he was talking about?
9    A   I do not.
10   Q   And I think you said this last school
11 year, MDE does not require any more statements of
12 assurance from schools about sectarian content of
13 their courses; is that correct?
14   A   We do not require a signed assurance, no.
15   Q   Does that mean that the submitted courses
16 are reviewed more closely?
17   A   The submitted courses are reviewed in the
18 same way that they were previous to the assurances.
19   Q   Okay.  Other than the courses are
20 non-sectarian, are there other eligibility
21 requirements for courses?
22   A   They have to provide credit to students
23 towards graduation as determined between the high
24 school and the post-secondary and the student.
25   Q   Any requirements for the curriculum of

1  PSEO courses?
2     A   Well, the curriculum has to meet the
3  standards for graduation within the course
4  requirements, so if there are, if they exist, unless
5  they're elective courses, but they have to follow
6  the same basic requirements that a high school does,
7  but they offer dual credit and are offered at a
8  post-secondary institution.
9     Q   But they're dual credit and they're
10  offered at a post-secondary, those are the two
11  requirements?
12     A   Well, and they have to meet some standards
13  for state graduation --
14     Q   Who sets --
15     A   -- course requirements.
16     Q   Sorry.  Who sets those standards?
17     A   They exist at the Minnesota Department of
18  Education.  There's a long process of which
19  standards include review I believe every ten years
20  for each content area and involves partners and work
21  groups.
22     Q   And did you say that's just for -- that's
23  not for electives?
24     A   Some electives do, depending.  Like health
25  has some, and I believe those are new this year.

1  That is not my area of expertise, but yes, we do
2  have some standards.  It changes based on
3  legislation.
4     Q   So is that the case for every, that's,
5  those curricular requirements apply to every high
6  school course and every PSEO course?
7     A   If the high school that the student is a
8  resident of does not believe that the course they
9  are taking meets the standards of the course that
10  would be offered at the high school, there is an
11  appeals process.
12     Q   And is it the high school that makes the
13  determination of whether the curricula, the
14  curriculum meets their requirements?
15     Q   The high school makes a determination that
16  the course receives credit at the high school, on
17  the high school diploma and for what course, so if
18  the course has to be awarded dual credit, it is the
19  high school that could say we don't want to offer
20  credit, this does not meet our, meet the standards
21  say for eligibility for world history and so we will
22  not provide dual credit, and in which case the
23  post-secondary would not receive reimbursement
24  because the course is not a dual credit course.
25     Q   So if MDE isn't reviewing course content,

1  does that mean MDE is not reviewing curricula to
2  make sure it meets those standards?
3     A   We do not review curriculum.
4     Q   Are there requirements for how students
5  are graded?
6     A   No.  That's up to the individual post-
7  secondary institution.  That's a local decision as
8  well for districts, as is curriculum.  Those are
9  locally determined.
10     Q   Are there requirements for the number of
11  courses that a school has to offer under PSEO as a
12  PSEO institution?
13     A   No.
14     Q   Is there a core curriculum that schools
15  are required to offer if they offer PSEO, any
16  required courses?
17     A   So that's two questions.  We don't --
18  curriculum is local.  Courses are according to
19  standards, so we, we provide standards that have to
20  be addressed, but courses, the name of a course is
21  locally determined in most instances.
22     Q   Okay.  Is an institution that offers PSEO
23  required to provide any specific courses?
24     A   No.
25     Q   Is there any requirement about who can

1  teach a PSEO course?
2     A   That is determined by the post-secondary
3  institution, and there are the office of higher ed
4  has -- that's not a MDE consideration, so if they're
5  employing someone to teach a specific course, that's
6  at the post-secondary level.
7     Q   So schools retain discretion over who to
8  hire?
9     A   Post-secondary institutions?
10     Q   Uh-huh.
11     A   We do not get involved with their hiring
12  practices, no.
13     Q   Okay.  Let's look at the next exhibit.
14  Once you've had a chance to review, let me know if
15  you're familiar with this.
16     A   I am not familiar with it, but I'm reading
17  it.
18     Q   Okay.  It looks like it's an e-mail
19  exchange that started with an inquiry from a high
20  school counselor about whether or not a course would
21  be a PSEO course, a world religions course?
22     A   Correct.
23     Q   And then Dr. Mary Barrie responded and
24  said no, it would not be -- no, public dollars
25  cannot be used for those?

1    A   It came from the post-secondary mailbox.
2  Oh, yeah, she answered it.  That was her assessment.
3    Q   And so then Beth responds just to
4  Dr. Barrie and says, "You might have a hard time
5  arguing that this course is not non-sectarian",
6  correct?
7    A   I would agree with Beth's assessment,
8  correct.  That is what she says.
9    Q   A lot of double negative, but basically,
10  Beth is saying that this would be permissible, a
11  world religions course would be permissible; is that
12  correct?
13    A   That's how I interpret it, yes.
14    Q   Okay.  So Dr. Barrie sent that e-mail.
15  Did she have the authority to make the call about
16  that course at that time?
17    A   She responded.  Beth took issue.  Beth is
18  a specialist, so I don't know what happened after
19  this, but if Beth said, if Beth, it appears Beth
20  differed from what Mary said, they would have
21  reached out to the organization, I'm sure, and had
22  further conversation, because Beth is the
23  specialist.
24    Q   So she would have had the authority to
25  make the call over Dr. Barrie?

1    A   I don't know that it's so much authority,
2  but there would have been continued conversation.
3  If the specialist says this appears to be legit,
4  they would have had further conversation and, and
5  addressed it.
6    Q   You know why Dr. Barrie said that course
7  wasn't permissible?
8    A   I do not know why.
9    Q   But you agree with Beth's assessment that
10  MDE would consider a world religions course to be
11  permissible without further information?
12    A   Based on this description, I wouldn't have
13  concerns.
14    Q   Do you know if MDE has ever declined to
15  reimburse a school for a world religions class?
16    A   I do not know.
17    Q   Do you know if Dr. Barrie changed her
18  position after she discussed it with Beth?
19    A   I do not know.
20    Q   And you don't know the outcome of any
21  follow-up from this e-mail conversation?
22    A   I do not.
23    Q   Okay.  Has MDE ever dealt with a
24  post-secondary institution that created barriers on
25  the basis of ethnicity in PSEO?

1    A   I couldn't answer that.
2    Q   Because you don't know?
3    A   Correct.
4    Q   None that you're aware of?
5    A   None that I'm aware of, but I wouldn't
6  necessarily -- yeah, I'm not aware.
7    Q   Do you know if you ever received any
8  complaints about discrimination on the basis of
9  ethnicity?
10    A   I, I have not received any complaints or
11  been aware of any complaints.
12    Q   Any applications to participate in PSEO
13  from a post-secondary institution that would have
14  raised that as an issue?
15    A   Can you state that again, please?
16    Q   Have you ever seen -- had MDE ever
17  received an application from a post-secondary
18  institution to participate in PSEO that would have
19  raised ethnicity as an issue?
20    A   No.
21    Q   Okay.  Has MDE ever received complaints
22  that a PSI created barriers on the basis of
23  disability?
24    A   I am unaware.
25    Q   Have you ever seen any applications that

1  raised issues, applications from a PSI to
2  participate in PSEO that raised issues related to
3  disability discrimination?
4    A   I have not seen any.
5    Q   Have you ever heard about any disability
6  discrimination in PSEO?
7    A   I'm unaware.
8    Q   Have you ever dealt with a PSI that was
9  creating barriers on the basis of race in PSEO?
10    A   No, not, not in PSEO.
11    Q   No complaints from students or parents or
12  community members?
13    A   Not that I'm aware.
14    Q   No applications that were submitted by
15  PSEO schools or PSIs to participate in PSEO that
16  would have raised race discrimination questions?
17    A   Not that I'm aware of.
18    Q   How about gender?  Have you received
19  complaints on the basis of sex or gender?
20    A   Not that I recall.
21    Q   And you're not aware of any issues of PSIs
22  dealing with creating barriers on the basis of sex
23  or gender?
24    A   Not that I'm aware of.
25    Q   Okay.  Let's look at the next exhibit.

Page 42

1 This is an e-mail chain. Basically, it's, after the
2 top of the second page, it's redacted, so once
3 you've had a chance to look at it, could you let me
4 know if you're familiar with it?
5    A  I'm in the e-mail chain, so I should be
6 more familiar with it, but I am reading through it
7 to make sure I recall.
8    Q  Definitely refresh your recollection.
9    A  Okay.
10    Q  Is this e-mail chain about the PSEO
11 amendment?
12    A  Yes, it appears to be that we would have
13 received maybe something to provide feedback on.
14    Q  And you said, "We have until the end of
15 the day tomorrow to noodle over the language to get
16 to the same intent while removing faith language
17 which is threatening to tank it." What was the
18 faith language threatening to tank?
19    A  I believe there were conversations within,
20 I don't remember if it was the House or the Senate
21 or both that really -- this would have been fairly
22 early on, that didn't, didn't want to have the word
23 faith language. They didn't want to reference faith
24 specifically, and so they were, so government
25 relations I believe was consulting with us to say

Page 43

1 how could we get to the same intent without using
2 the word faith.
3    Q  What was the same intent that you're
4 referring to?
5    A  The intent for nondiscrimination around
6 enrollment in PSEO by students to participate on
7 any, any, with any eligible provider.
8    Q  And that was based on the complaints you'd
9 received about Crown and Northwestern; is that
10 right?
11    A  Correct.
12    Q  Okay. Let's look at the next exhibit.
13 When you've had a chance to review, let me know if
14 you're familiar with this.
15    A  Okay.
16    Q  This looks like a Teams chat between you
17 and Megan Arriola; is that right?
18    A  Correct.
19    Q  And at the bottom of the first page, she
20 asks for data on the demographics of the students
21 attending PSEO at Crown and Northwestern, that the
22 commissioner had requested that. Do you know why
23 she was asking for data just from Crown and
24 Northwestern?
25    A  I do not.

Page 44

1    Q  And then on the next, the top of the next
2 page, she says, Megan says, "I don't know much about
3 Crown aside from the terrible conversation on
4 Friday," and you said, "Yeah, not pleasant." Do you
5 know what conversation she was referring to?
6    A  I do.
7    Q  Why was it terrible?
8    A  It was a discussion about the proposed
9 language, and they were clearly not happy with it.
10    Q  The PSEO amendment?
11    A  Correct.
12    Q  Who was present at that meeting?
13    A  Oh, I don't recall. There were
14 representatives from both Crown and Bethel, I
15 believe, or it was Crown and Northwestern, I don't
16 even remember, and then government relations. I
17 don't even remember who all was at that meeting.
18 There were a number of people at the meeting.
19    Q  Do you recall their primary reasons to not
20 be happy about it?
21    A  Well, they would be unable I guess to
22 provide PSEO courses unless they changed -- they
23 would be, they would be unable to be reimbursed for
24 the courses that being offered as PSEO, and as a
25 program, they would be deemed as ineligible to offer

Page 45

1 PSEO.
2    Q  Did they, did anyone at that meeting
3 express concern that they hadn't been consulted
4 about the language before it was proposed?
5    A  No. Not that I recall, but no, I don't
6 recall that.
7    Q  After that meeting, were any changes made
8 as a result of objections made by Crown or
9 Northwestern or any of the private schools?
10    A  No.
11    Q  Okay. Later in this conversation -- yeah,
12 right after that, Megan asks, "I don't see a
13 breakdown of student demographics. The commissioner
14 is particularly interested in the IPOC student
15 numbers at the top five private PSIs", correct?
16    A  That's what it says, yeah.
17    Q  And so do you know which of the top five
18 private PSIs?
19    A  I have no idea.
20    Q  Is Crown one of them?
21    A  I have no idea.
22    Q  Do you know if this data got to the
23 commissioner?
24    A  I do not.
25    Q  Do you know why she would have asked for

12 (Pages 42 - 45)

Page 46

1 Crown and Northwestern in the first sentence and
2 then asked for the top five private PSIs at the end
3 of the conversation later --
4    A   I do not.
5    Q   Okay.  Let's look at the next exhibit,
6 pull it up.  I'm looking starting at page 2.  Looks
7 like a Teams chat between Christy Irrgans and Beth
8 Barsness.
9    A   Okay.
10      MR. TIMMERMAN:  And I'm going to object on
11 foundation grounds here since Sally was not
12 part of the chat, but you can ask questions.
13    Q   That's my first question.  Were you aware
14 of this chat at the time it happened or --
15    A   No.
16    Q   And have you reviewed this before?
17    A   I have not.
18    Q   In preparation for this deposition?
19    A   I don't believe so.
20    Q   Okay.  So in one of these chats, Beth said
21 you can, you can still participate in their on line
22 -- oh, no, sorry.  That's the wrong thing I'm
23 looking at.  Hang on.  On the third page, I'm
24 looking on the third page that has a long chat, and
25 and at the bottom, she says, "If you do use a faith

Page 47

1 statement, then we will not pay, so just take it out
2 and quit your whining."
3    A   At the bottom of page 3 or --
4    Q   Uh-huh.  At the bottom of the first chat
5 on page 3.
6    A   Okay.
7    Q   So the last time we spoke, you said you
8 had heard expressions of frustration from MDE staff
9 that schools had not been told to remove their faith
10 statement and they hadn't.  Would you say this was a
11 typical expression of frustration like the ones
12 you've described?
13      MR. TIMMERMAN:  Objection,
14 mischaracterizes prior testimony, but you can
15 answer.
16    A   It is clearly a statement of frustration.
17    Q   And then Christy responds and says, "Will
18 they give up their morales and remove the statement
19 or will they say no, we don't want their money?"
20 And in our last conversation, you mentioned that you
21 hadn't really, that you weren't aware of MDE
22 considering whether the schools would drop PSEO if
23 their faith statements were excluded.  Is this an
24 example of an MDE employee recognizing the schools
25 might have a moral or religious problem with

Page 48

1 dropping their faith statements?
2      MR. TIMMERMAN:  Objection, foundation.
3 The document speaks for itself.  You can
4 answer.
5    A   I was not on here, so I mean, they're both
6 education specialists and they're having a
7 conversation.
8    Q   So do you recall hearing anyone at MDE
9 talking about whether schools might drop PSEO
10 courses, stop offering PSEO if they were required to
11 choose between offering faith statements and
12 offering PSEO?
13      MR. TIMMERMAN:  Objection, asked and
14 answered at prior deposition, but you can
15 answer again.
16    A   I would confirm like the same thing.  I
17 mean, it's not a decision that's made at their, at
18 their level and -- or even at my level, and
19 considering all the possibilities, yes, that would
20 be an option for them.
21    Q   Okay.  Let me know when you've had a
22 chance to review this.
23    A   Okay.
24    Q   Looks like this is a Microsoft Teams
25 meeting invitation from you to Eric Billiet and Beth

Page 49

1 Barsness; is that correct?
2    A   Correct.
3    Q   For last March 2023, correct?
4    A   Correct.
5    Q   Do you recall this meeting?
6    A   It would have been likely one of many, but
7 I don't recall this specific meeting, though.
8    Q   It says the subject was PSEO faith?
9    A   Correct.
10    Q   Do you know what the purpose of that
11 meeting was?
12    A   I don't specifically remember, but given
13 the time frame and the name of the subject line, it
14 was likely a legislative act around the proposal, so
15 it could have, it could have been a request from gov
16 relations or -- but that would have been the topic.
17    Q   You don't recall who else would have been
18 at the meeting?
19    A   Well, only Eric and Beth were invited, so
20 my assumption, it was the three of us.
21    Q   And you don't recall what you discussed?
22    A   I do not recall.
23    Q   Okay.  I'm introducing Exhibit 38.  Looks
24 like this is an e-mail chain about a voice mail that
25 you're on.  Once you've had a chance to review, let

13 (Pages 46 - 49)

Page 50

1   me know if you're familiar with this.
2       A   Okay.
3       Q   Are you familiar with this?  Do you recall
4   this e-mail chain?
5       A   I vaguely recall, but I am reminded.
6       Q   Do you remember the voice mail that the
7   e-mails are discussing?
8       A   I do not.
9       Q   It sounds like it was about a
10  transportation, about students who wanted to claim
11  transportation mileage for transportation to a PSEO
12  course from the context of the e-mail.  Is that --
13      A   That's what I, that's what I see, yes.
14      Q   Are transportation issues a barrier for
15  students who want to receive PSEO credits?
16      A   For some, yes.
17      Q   When Beth said in her e-mail this falls
18  under transportation, do you know what she meant?
19      A   Yes.  Transportation reimbursement exists
20  in finance.
21      Q   So that's under MDE?
22      A   Correct.
23      Q   When you said that those students wouldn't
24  make it through in your e-mail, did you mean that
25  they wouldn't get funding for transportation because

Page 51

1   they didn't meet the criteria under the statute?
2       A   I don't recall.  I don't recall what that
3   was in reference to specifically.  I don't know if
4   it was in reference to all of the paperwork that
5   they needed to do or -- I don't know.
6       Q   Beth says, "Don't get me started on how
7   this process is ridiculous for low income families";
8   is that correct?
9       A   That is what she says, yes.
10      Q   Has MDE considered any legislative
11  proposals to make it easier for PSEO students to get
12  transportation funding?
13      A   We have submitted those proposals in the
14  past, yes, as have external partners around PSEO
15  have also.  I believe there's, there might be one
16  this year, too.
17      Q   Do you recall the substance of those?
18      A   Some is increasing the per mile rate that
19  they receive, which is a very old Federal
20  reimbursement rate for mileage.  Streamlining the
21  process to make it easier for families to request
22  reimbursement.
23      Q   So those were two suggestions or two
24  proposals that you mentioned.  Were those adopted?
25      A   They were not.

Page 52

1       Q   Do you know why not?
2       A   That's a legislative question.  I cannot
3   answer.
4       Q   Great.  Let's take a five-minute break.
5           MR. TIMMERMAN:  Okay.
6           (Brief recess.)
7           MS. THOMSON:  I don't have any further
8   questions.
9           MR. TIMMERMAN:  That was easy enough.
10          THE WITNESS:  Yeah.
11          MR. TIMMERMAN:  I don't have any
12  questions, either.  We'll read and sign for
13  this one, and Kathy, just a condensed
14  electronic only is fine for us.
15          REPORTER:  Okay.  Thank you.
16          (The deposition concluded at 10:52 a.m. CDT.)

Page 53

1           STATE OF MARYLAND
2       I, Kathryn M. Benhoff, a Notary Public in and
    for the State of Maryland, do hereby certify that the
3   within named SALLY REYNOLDS personally appeared before
    me at the time and place herein set according to the law
4   and was interrogated by counsel.
5       I further certify that the examination was
    recorded stenographically by me and then transcribed
6   from my stenographic notes to the within printed matter
    by means of computer assisted transcription in a true
7   and accurate manner.
8       I further certify that the stipulations
    contained herein were entered into by counsel in my
9   presence.
10      I further certify that I am not of counsel to
    any of the parties, not an employee of counsel, nor in
11  any way related to any of the parties, nor in any way
    interested in the outcome of this action.
12
        AS WITNESS my hand and Notarial Seal this 25th day
13  of April, 2024.
14
15          _Kip M. Tiff_
16          _____
            Kathryn M. Benhoff, Notary Public
17
18  My Commission expires October 7th, 2027.
19
20
21
22
23
24
25

14 (Pages 50 - 53)

Page 54

1  Jeffrey Timmerman, Esquire
2  jeffrey.timmerman@ag.state.mn.us
3         April 25, 2024
4  RE:   Loe, Melinda And Mark v. Jett, Willie Et Al.
5     4/11/2024, Sally Reynolds (#6630032)
6     The above-referenced transcript is available for
7  review.
8       Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-midatlantic@veritext.com.
16  Return completed errata within 30 days from
17 receipt of testimony.
18   If the witness fails to do so within the time
19 allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions
24
25

Page 56

1  Loe, Melinda And Mark v. Jett, Willie Et Al.
2  Sally Reynolds (#6630032)
3        ACKNOWLEDGEMENT OF DEPONENT
4    I, Sally Reynolds, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____   _____
12 Sally Reynolds            Date
13 *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20___.
16
17
18       _____
19       NOTARY PUBLIC
20
21
22
23
24
25

Page 55

1  Loe, Melinda And Mark v. Jett, Willie Et Al.
2  Sally Reynolds (#6630032)
3        E R R A T A   S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Sally Reynolds            Date
25

15 (Pages 54 - 56)

**[007039 - ahead]**                                             Page 1

**0**

**007039**  3:12
**009828**  3:16
**01527**  1:6
**020380**  3:18
**024059**  3:9
**025863**  3:15
**029479**  3:22
**029488**  3:21
**029545**  3:19
**031188**  3:17
**033222**  3:14
**034593**  3:20
**06965**  3:13
**0:23**  1:6

**1**

**1**  14:17
**10:52**  52:16
**11**  29:15
**11th**  1:13
**1400**  2:15
**18006**  53:15
**19**  18:15
**1919**  2:8
**1st**  5:21

**2**

**2**  18:5 46:6
**20**  56:15
**20006**  2:9
**2008**  9:17 10:5
**2015**  18:11
  19:21 20:1,2
**2016**  32:2

**2017**  14:3
**2023**  5:21 49:3
**2024**  1:13
  53:13 54:3
**2027**  53:18
**22**  5:18
**25**  3:8 54:3
**25th**  53:12
**26**  3:9 5:11
**27**  3:10
**28**  3:12
**29**  3:13

**3**

**3**  14:14 18:5
  47:3,5
**30**  3:14 20:11
  20:13 24:6,14
  25:5 26:24,25
  29:20 54:16
**30b6**  3:8
**31**  3:15 18:2
**32**  3:16 32:1
**33**  3:17
**34**  3:18
**35**  3:19
**36**  3:20
**37**  3:21
**38**  3:22 49:23

**4**

**4**  3:5,8,9,10,12
  3:13,14,15,16
  3:17,18,19,20
  3:21,22 14:14
  26:24

**4/11/2024**  54:5
**400**  2:8
**445**  2:15
**46**  13:20

**5**

**5**  13:22
**55101**  2:16

**6**

**6630032**  54:5
  55:2 56:2

**7**

**7**  21:2 22:24
**7th**  53:18

**8**

**8**  21:2

**9**

**9**  21:2
**9:00**  1:14

**a**

**a.m.**  1:14 52:16
**able**  5:1 10:21
  24:18 25:3
**above**  54:6
  56:7
**ac**  6:9 20:23
**academic**  30:9
**accepted**  10:14
**access**  12:20
  25:19
**accuracy**  54:9
**accurate**  53:7
**acknowledge**
  4:5,8

**acknowledge...**
  56:3
**acknowledg...**
  54:12
**act**  49:14
**action**  23:16,20
  53:11
**adding**  5:18
**additional**
  24:21
**additions**  56:6
**addressed**
  36:20 39:5
**adherence**  9:25
**administer**
  4:10
**administered**
  4:9
**admission**  6:19
**admissions**
  10:25 16:19
**admit**  12:12
**adopt**  26:17,20
  26:21 27:4
  30:8,20
**adopted**  51:24
**adoption**  30:23
**advised**  15:4
**ag.state.mn.us**
  2:17,18 54:2
**agree**  4:11 38:7
  39:9
**agreed**  4:1
**ahead**  5:9 32:8

**al** 1:4,7 54:4
  55:1 56:1
**allotted** 54:19
**allowed** 8:9,17
  12:3
**alternate** 26:7
**amendment**
  42:11 44:10
**american** 15:2
  15:22 26:9,18
**andrea** 2:13
**andy** 16:9
**anishinaabe**
  14:18,19 26:25
  27:2,14,15,21
  27:24 28:4,10
  31:1,2,5,6
**answer** 7:24
  16:1 22:22
  27:10 28:18,23
  30:5 40:1
  47:15 48:4,15
  52:3
**answered** 38:2
  48:14
**answers** 5:2
**appeals** 35:11
**appeared** 6:2
  53:3
**appears** 10:9
  11:13,20,25
  14:3,11 18:13
  19:5 21:10
  23:2 38:19
  39:3 42:12

**appended** 56:7
**applicable** 54:8
**application**
  11:23 13:1,7
  13:12 40:17
**applications**
  40:12,25 41:1
  41:14
**apply** 35:5
**approved** 6:3,9
  6:11 16:11,12
  16:13,14
**approving**
  16:16
**approximately**
  24:17
**april** 1:13
  53:13 54:3
**area** 34:20 35:1
**arguing** 38:5
**arriola** 43:17
**aside** 44:3
**asked** 6:22,24
  8:2 18:19
  27:17 29:21
  45:25 46:2
  48:13
**asking** 11:22,22
  13:10 17:11
  24:1 30:8
  43:23
**asks** 43:20
  45:12
**assessment**
  38:2,7 39:9

**assigned** 24:24
**assistance** 7:17
  10:19 16:5,15
  17:21 24:20
  25:2,3
**assistant** 20:23
**assisted** 53:6
**assume** 10:19
**assuming** 16:13
**assumption**
  16:3 20:16
  49:20
**assurance**
  15:14 32:18
  33:12,14
**assurances**
  15:18 33:18
**assuring** 32:14
**attached** 3:7
  23:3 54:11
**attending**
  43:21
**attention** 14:19
  27:1,7
**attorney** 2:14
  54:13
**attorneys** 4:4
**august** 10:5,13
  10:16
**authority** 38:15
  38:24 39:1
**authorization**
  7:6
**authorizing** 7:9

**available** 54:6
**avenue** 2:8
**awarded** 35:18
**aware** 10:24
  13:11,15,17
  21:12 22:15
  31:2,6 40:4,5,6
  40:11 41:13,17
  41:21,24 46:13
  47:21

**b**

**back** 26:23
  29:15,15
**barrie** 37:23
  38:4,14,25
  39:6,17
**barrier** 12:7
  50:14
**barriers** 39:24
  40:22 41:9,22
**barsness** 16:8
  46:8 49:1
**based** 13:1
  16:18 35:2
  39:12 43:8
**basic** 34:6
**basically** 38:9
  42:1
**basis** 28:20
  31:23 39:25
  40:8,22 41:9
  41:19,22
**baxter** 2:5
**becket** 2:7

**[beginning - communing]** Page 3

**beginning** 1:14
**behalf** 2:3,10
**belief** 29:5
**believe** 9:12
  16:13 34:19,25
  35:8 42:19,25
  44:15 46:19
  51:15
**benhoff** 1:14
  53:2,16
**benjamin** 2:6
**beth** 6:4,6 16:8
  18:17 19:3,14
  20:21 22:24,25
  25:2 38:3,10
  38:17,17,19,19
  38:19,22 39:18
  46:7,20 48:25
  49:19 50:17
  51:6
**beth's** 23:1,7
  38:7 39:9
**bethel** 18:12,15
  21:3,22 23:11
  44:14
**beyond** 23:7
**biblical** 21:8,11
  22:8,16 23:22
**billiet** 19:13
  48:25
**blocked** 18:3
**bold** 5:24
**bottom** 5:24
  14:13 18:4
  43:19 46:25

47:3,4
**break** 29:8 52:4
**breakdown**
  45:13
**brief** 29:18
  52:6
**build** 22:2
**burden** 32:14
**butler** 2:13

**c**

**c** 2:1
**call** 16:7 17:16
  19:15 23:1,7
  38:15,25
**calls** 22:21 27:9
  28:21 30:4
**campus** 6:19,24
  7:5,21,21,21
  8:9,10 14:6
**capacity** 12:14
**care** 33:6
**carol** 23:5
**case** 1:5 10:22
  19:14 35:4,22
**cdt** 1:14 52:16
**certainly** 23:13
  23:20 30:7
**certify** 53:2,5,8
  53:10
**chain** 18:5,10
  32:1 42:1,5,10
  49:24 50:4
**challenge** 23:12
**challenging**
  31:12

**chance** 9:10
  11:9 13:19
  32:5 37:14
  42:3 43:13
  48:22 49:25
**change** 13:1
  55:4,7,10,13,16
  55:19
**changed** 10:16
  10:23 39:17
  44:22
**changes** 35:2
  45:7 54:10
  56:6
**characteristic**
  28:16
**characteristic...**
  10:18
**characterized**
  28:1,2
**chat** 3:19,20
  43:16 46:7,12
  46:14,24 47:4
**chats** 46:20
**choose** 48:11
**chose** 23:9
**christian** 3:10
  9:25 10:10
  11:3 27:6,7,14
  27:19 28:2
  30:19
**christianity**
  21:7
**christians**
  28:12

**christy** 46:7
  47:17
**claim** 50:10
**clarification**
  7:14,17 16:5
  24:1 31:13
**clarified** 8:12
**clarifies** 23:16
**clarify** 16:25
**clarifying**
  23:19
**clarity** 19:7
**class** 39:15
**clear** 7:8 12:18
**clearly** 23:6
  44:9 47:16
**clock** 29:16
**closely** 33:16
**collaborates**
  20:20
**college** 3:11
  9:15 10:10
  11:19 12:24
  13:4 14:4 30:7
**come** 28:12
  29:15,15
**commission**
  53:18
**commissioner**
  6:10,12 20:24
  43:22 45:13,23
**common** 6:22
**communing**
  29:4

**communities**
28:12
**community**
26:12 27:16
41:12
**complaint** 17:3
24:4 26:11
31:10
**complaints** 7:3
13:3 16:17,20
40:8,10,11,21
41:11,19 43:8
**complete** 5:2
56:8
**completed**
54:16
**completing**
23:19
**computer** 53:6
**coms** 6:9
**concern** 45:3
**concerned**
26:12
**concerns** 39:13
**concluded**
52:16
**conclusion**
32:13
**condensed**
52:13
**confirm** 48:16
**consider** 15:1,1
24:15 31:4
39:10

**consideration**
37:4
**considered**
14:22 15:9,10
15:22 21:12
22:18 26:10,18
27:8,20,22,25
28:11,15 32:17
51:10
**considering**
47:22 48:19
**considers** 30:11
**consult** 20:24
31:12,17
**consulted** 45:3
**consulting**
42:25
**contained** 9:24
10:20 53:8
**contains** 13:15
**content** 16:18
16:23 21:15
24:4 26:12
30:2 32:20,21
32:22 33:12
34:20 35:25
**contested** 20:14
**contesting**
20:14
**context** 50:12
**continue** 14:10
**continued** 19:4
19:6 20:16
23:14 39:2

**continues**
20:19,22
**conversation**
11:18 17:9,12
17:15,20 19:15
22:14 23:14,15
23:21 26:13,22
38:22 39:2,4
39:21 44:3,5
45:11 46:3
47:20 48:7
**conversations**
16:4 17:24
19:7 23:7
31:20 42:19
**copies** 54:14
**core** 36:14
**correct** 5:22
6:21 9:16,18
10:3 11:19,25
12:4 14:9,20
15:18,20 17:6
18:12,13 21:9
21:10 24:1,17
25:10 27:3
29:25 30:14
33:13 37:22
38:6,8,12 40:3
43:11,18 44:11
45:15 49:1,2,3
49:4,9 50:22
51:8 56:8
**corrections**
56:6

**counsel** 53:4,8
53:10,10 54:14
**counselor**
37:20
**country** 28:13
**course** 7:13,15
8:15 14:12,16
17:4,8,14
18:22 19:2,8
21:13,16,17,24
22:4,8,16,19,20
23:22 24:11,12
24:15 25:9,9
25:12 26:15
27:13 30:21
31:9 32:19,21
32:22 34:3,15
35:6,6,8,9,16
35:17,18,24,24
35:25 36:20
37:1,5,20,21,21
38:5,11,16
39:6,10 50:12
**courses** 6:20
8:10 9:21
10:21 11:3,24
12:9 13:4,5,13
14:8,11 15:5
15:15 16:19,21
16:24 17:1,9
18:12,15,16,19
19:2,24 20:3,4
20:7 21:3,7
22:25 24:3
30:2,3,6,13

32:14 33:13,15
33:17,19,21
34:1,5 36:11
36:16,18,20,23
44:22,24 48:10
**court** 1:1
**craft** 6:2
**created** 39:24
40:22
**creating** 41:9
41:22
**credit** 23:9
33:22 34:7,9
35:16,18,20,22
35:24
**credits** 50:15
**criteria** 9:20
15:11 51:1
**crown** 43:9,21
43:23 44:3,14
44:15 45:8,20
46:1
**cs** 54:15
**cultural** 28:1,3
**culture** 21:7
27:16,21 28:10
28:14 29:3
31:2,6
**curious** 21:11
**current** 10:24
13:7,11
**curricula** 10:1
35:13 36:1
**curricular** 35:5

**curriculum**
16:4 17:2
33:25 34:2
35:14 36:3,8
36:14,18
**cv** 1:6

**d**

**d** 3:1
**d.c.** 2:9
**darren** 23:5
**data** 43:20,23
45:22
**date** 5:20 55:24
56:12
**day** 20:11,13
24:6 42:15
53:12 56:15
**days** 24:14 25:5
54:16
**dealing** 41:22
**dealt** 39:23
41:8
**decide** 31:19
**deciding** 31:8
**decision** 15:21
16:2,6 19:17
19:19 23:12
36:7 48:17
**declare** 56:4
**declined** 39:14
**deemed** 22:24
22:25 44:25
56:6
**defendants** 1:8
2:10

**definitely** 42:8
**definition**
18:19 19:20
**delivered** 8:16
**demeules** 2:12
**demographics**
43:20 45:13
**denied** 17:9
21:3,6 22:20
**department**
34:17
**depending**
34:24
**depends** 17:17
17:21,25
**deponent** 54:13
56:3
**deposing** 54:13
**deposition** 1:11
4:2,5,6,7 5:7
46:18 48:14
52:16
**describe** 30:12
**described**
47:12
**description**
14:13,24 21:17
21:24 23:12
25:10 26:15
27:13 39:12
**designated**
7:15
**designations**
3:8

**determination**
17:7 21:19
35:13,15
**determine** 9:12
9:13 20:21
21:25
**determined**
10:10 12:13
18:17,20 33:23
36:9,21 37:2
**determines**
17:18
**develop** 14:18
26:25 27:3,5
28:6
**developed**
19:21,24 31:22
**diana** 2:4 9:7
29:12
**differ** 8:4
**differed** 38:20
**difference**
26:21
**differences** 7:4
**different** 21:22
25:23 26:22
28:9,12,25
31:5
**differentiate**
8:5
**diploma** 35:17
**director** 6:8
19:6,11,12,16
20:1,23

**disability** 40:23
41:3,5
**disagreement**
18:22
**discomfort**
31:8,11,15
**discretion** 37:7
**discriminates**
28:20
**discrimination**
40:8 41:3,6,16
**discuss** 32:18
**discussed** 39:18
49:21
**discussing** 50:7
**discussion** 44:8
**district** 1:1,2
**districts** 36:8
**divisions** 19:6
**document** 5:14
9:11 11:10,11
13:18,25 32:18
33:1 48:3
**documents**
10:14
**dollars** 37:24
**double** 38:9
**dr** 37:23 38:4
38:14,25 39:6
39:17
**draft** 5:25
**drop** 47:22
48:9
**dropping** 48:1

**dual** 23:9 34:7
34:9 35:18,22
35:24
**duly** 4:18

### e

**e** 2:1,1 3:1,9,12
3:13,14,15,16
3:17,18,21,22
4:19 10:5
11:13,18,21
12:17,24 18:4
18:5,10,21
20:6,7 21:2,23
23:3 26:16
32:1,12 33:1
37:18 38:14
39:21 42:1,5
42:10 49:24
50:4,7,12,17,24
55:3,3,3
**earlier** 26:16
32:13
**early** 42:22
**easier** 51:11,21
**easy** 52:9
**ed** 37:3
**education** 23:8
34:18 48:6
**educational**
24:9
**effect** 5:25
**effective** 5:20
**eight** 18:16
**either** 8:2 20:14
52:12

**elective** 34:5
**electives** 34:23
34:24
**electronic**
52:14
**elements** 10:20
22:10
**eligibility** 3:11
9:14 33:20
35:21
**eligible** 7:11
8:1,4,13,22
10:11,13 12:8
43:7
**employee** 17:16
47:24 53:10
**employees**
17:10,15
**employing** 37:5
**enroll** 7:13
**enrolling** 12:2
**enrollment**
43:6
**ensure** 10:19
25:18
**entered** 53:8
**entity** 14:5
**eric** 2:5 19:13
48:25 49:19
**errata** 54:11,13
54:16
**especially**
17:22
**esquire** 2:4,5,6
2:11,12,13

54:1
**et** 1:4,7 54:4
55:1 56:1
**ethnicity** 28:15
28:20,25 29:2
39:25 40:9,19
**exact** 27:14
**exactly** 16:25
**examination**
3:4 53:5
**example** 18:9
28:5 47:24
**exception** 25:6
**exchange** 21:3
37:19
**excluded** 29:2
47:23
**excluding** 12:6
**excuse** 20:6
**exhibit** 3:8,9,10
3:12,13,14,15
3:16,17,18,19
3:20,21,22
5:10,10 9:2
10:5 18:2
26:24,24 29:20
31:25 32:1
37:13 41:25
43:12 46:5
49:23
**exhibits** 3:7 4:3
9:8
**exist** 34:4,17
**existing** 5:19

**exists**  50:19
**expectation**
  15:16
**expected**  31:14
**expert**  25:25
  26:2
**expertise**  35:1
**expires**  53:18
**explain**  6:20
**explore**  26:7,20
  28:6 30:6
**explored**  30:3
**exploring**  26:9
**express**  31:7
  45:3
**expression**
  47:11
**expressions**
  47:8
**external**  51:14

**f**

**fails**  54:18
**fairly**  42:21
**faith**  7:19 8:7,8
  8:14,21 12:20
  13:4 42:16,18
  42:23,23 43:2
  46:25 47:9,23
  48:1,11 49:8
**falls**  50:17
**familiar**  4:25
  5:14 9:11 10:6
  11:10,11 13:24
  14:1 18:7,8
  24:10 32:3,4

37:15,16 42:4
42:6 43:14
50:1,3
**families**  51:7
  51:21
**federal**  51:19
**feedback**  5:17
  42:13
**figure**  31:14
**finance**  11:16
  11:16 16:9
  18:25 23:18
  24:9 50:20
**fine**  52:14
**first**  5:11 13:20
  14:12 18:3
  20:5 32:25
  43:19 46:1,13
  47:4
**five**  13:21 32:7
  32:9 45:15,17
  46:2 52:4
**flags**  24:5 33:7
  33:8
**fleshman**  2:6
**folks**  23:6
**follow**  34:5
  39:21
**follows**  4:18
**foregoing**  56:5
**form**  9:13
  10:12
**forward**  23:17
**forwarded**
  11:21

**forwarding**
  11:17
**foundation**
  46:11 48:2
**four**  13:20
**frame**  23:10
  25:4 49:13
**friday**  44:4
**front**  5:6
**frustration**
  47:8,11,16
**full**  5:2
**fund**  2:7
**funded**  25:16
  25:17
**funding**  21:6
  50:25 51:12
**further**  4:8,11
  17:20 21:1
  23:15,21 30:23
  38:22 39:4,11
  52:7 53:5,8,10

**g**

**gender**  41:18
  41:19,23
**general**  2:14
**give**  5:2 21:24
  47:18
**given**  23:17
  49:12 56:9
**go**  5:9 9:8
  13:18,22 17:22
  26:23 29:7
  32:8

**goes**  6:7,8,9
  19:5
**going**  4:23 5:9
  20:23 28:6
  29:6 46:10
**good**  4:21,22
  9:9
**gov**  20:24
  49:15
**government**
  42:24 44:16
**grade**  12:9
**graded**  36:5
**graduation**
  33:23 34:3,13
**grammar**  22:11
**great**  5:5 18:1
  52:4
**greco**  21:8
**greek**  21:8,11
  22:8,11,16
**grounds**  46:11
**groups**  34:21
**growth**  9:25
**guess**  44:21
**guidance**  5:23
  5:25 6:17 7:7
  7:10 15:7 33:2

**h**

**h**  55:3
**hand**  53:12
**handbook**
  12:19,25 13:8
  13:13,15

**hang**  9:6 46:23
**happened**
  38:18 46:14
**happens**  18:21
**happy**  44:9,20
**hard**  38:4
**health**  34:24
**heard**  31:7,11
  31:15 41:5
  47:8
**hearing**  4:16
  48:8
**hebrew**  23:23
**hereto**  56:7
**high**  12:2 33:23
  34:6 35:5,7,10
  35:12,15,16,17
  35:19 37:19
**higher**  37:3
**hill**  3:10
**hills**  9:15,19
  10:9,24
**hire**  37:8
**hiring**  37:11
**history**  29:3
  35:21
**hold**  12:20
**hour**  29:6,7,7
**house**  42:20
**huh**  37:10 47:4
**humanities**
  21:8

## i

**idea**  11:5 45:19
  45:21
**identified**
  18:16
**immediately**
  6:1
**impermissible**
  12:6
**implementati...**
  8:2
**imply**  32:19
**include**  34:19
**includes**  31:3
**including**  15:19
**income**  51:7
**incorporate**
  11:2
**increasing**
  51:18
**individual**  36:6
**ineligible**  44:25
**information**
  21:18,25 39:11
**inquire**  12:15
**inquiry**  37:19
**instances**  36:21
**institution**  7:11
  8:1,4,13,14,22
  10:11 22:14
  29:4 34:8 36:7
  36:12,22 37:3
  39:24 40:13,18
**institution's**
  12:13

**institutional**
  9:13
**institutions**
  6:18 8:20 12:8
  15:8,17 25:1
  30:25 32:16
  37:9
**instructs**  11:4
**intent**  42:16
  43:1,3,5
**interested**
  45:14 53:11
**internal**  32:13
**interpret**  27:3
  38:13
**interrogated**
  53:4
**intro**  21:8
**introduce**  5:10
**introducing**
  18:1 49:23
**invitation**
  48:25
**invited**  49:19
**invoice**  20:12
  25:11
**invoices**  23:19
**involved**  37:11
**involves**  34:20
**ipoc**  45:14
**irrgans**  46:7
**issue**  19:19
  33:6 38:17
  40:14,19

**issues**  17:23
  41:1,2,21
  50:14

## j

**jeannie**  18:14
  18:18,25 20:3
  20:4 23:9 24:5
  24:11
**jeff**  30:16
**jeffrey**  2:11
  54:1
**jeffrey.timme...**
  2:17 54:2
**jett**  1:7 54:4
  55:1 56:1
**jfd**  1:6
**johnson**  11:14
  16:9
**july**  5:20
**juniors**  12:3,6

## k

**karen**  11:14
**kathryn**  1:14
  53:2,16
**kathy**  52:13
**keep**  30:16
**kind**  22:19
**know**  9:11 10:8
  10:15,22,23
  11:2,7,10,12,15
  11:15 12:24
  13:6,7,14,19
  14:23 16:10,12
  18:6 19:18,25

20:2,8 21:20
21:23 22:22,23
26:4,5 27:11
27:12,16 28:17
31:4 32:5 33:7
37:14 38:18
39:1,6,8,14,16
39:17,19,20
40:2,7 42:4
43:13,22 44:2
44:5 45:17,22
45:25 48:21
49:10 50:1,18
51:3,5 52:1

**l**

**lake** 14:4,6,7
**language** 5:19
6:3 7:9 42:15
42:16,18,23
44:9 45:4
**larry** 14:4
**law** 53:3
**lawsuit** 6:15
**leadership** 6:3
23:6
**learning** 13:16
14:16
**leech** 14:6,7
**legal** 20:24
31:12,17 54:23
**legislation** 6:14
35:3
**legislative** 5:18
49:14 51:10
52:2

**legit** 39:3
**lens** 25:19,20
25:21
**level** 6:10,12
19:6,9,11,12
23:25 37:6
48:18,18
**levels** 12:9
**liberty** 2:7
**lieu** 4:9
**likely** 49:6,14
**limit** 8:25
**limiting** 29:23
**line** 6:17,19,24
7:4,15,18,20
8:5,8,9 46:21
49:13 55:4,7
55:10,13,16,19
**lines** 23:18
29:23
**list** 19:1
**local** 36:7,18
**locally** 36:9,21
**located** 1:13
**loe** 1:4 54:4
55:1 56:1
**long** 29:11 30:2
34:18 46:24
**longer** 14:6
25:6
**look** 6:8 13:19
21:4 30:9
31:25 32:2
37:13 41:25
42:3 43:12

46:5
**looked** 16:3
**looking** 5:11
6:16 13:20
14:12 18:2,5
29:20 32:11,25
46:6,23,24
**looks** 6:4,7
11:13,17,22
17:18 18:10
21:6 33:2
37:18 43:16
46:6 48:24
49:23
**lot** 38:9
**lots** 6:14
**low** 51:7
**luther** 11:19
12:24 13:4

**m**

**m** 1:14 4:19
53:2,16
**made** 5:18 13:1
15:21 16:7
17:7 45:7,8
48:17 56:5
**madeleine** 2:12
**madeleine.de...**
2:18
**mail** 3:9,12,21
10:5 11:13,18
11:21 12:17,24
18:4,5,10,21
20:6,7 21:2,23
23:3 26:16

32:1,12 33:1
37:18 38:14
39:21 42:1,5
42:10 49:24,24
50:4,6,12,17,24
**mailbox** 38:1
**mails** 3:13,14
3:15,16,17,18
3:22 50:7
**make** 8:3 16:2
16:5 17:16,16
19:14 21:19
26:21 36:2
38:15,25 42:7
50:24 51:11,21
**makes** 35:12,15
**manner** 4:15
53:7
**march** 49:3
**mark** 1:4 54:4
55:1 56:1
**marked** 4:3 9:8
**martin** 11:18
12:24 13:4
**mary** 37:23
38:20
**maryland** 53:1
53:2
**matter** 7:14
8:15 53:6
**mde** 3:8,9,12
3:13,14,15,16
3:17,18,19,20
3:21,22 8:23
12:15 15:1,1,4

17:10,15 18:11
18:22 23:8
27:12 30:10,12
31:7 32:19,20
33:11 35:25
36:1 37:4
39:10,14,23
40:16,21 47:8
47:21,24 48:8
50:21 51:10
**mde's**  23:16,20
**mean**  26:3 28:5
28:10,24 30:7
33:15 36:1
48:5,17 50:24
**means**  6:20
25:23 26:4,5
53:6
**meant**  50:18
**meet**  9:20
15:11 34:2,12
35:20,20 51:1
**meeting**  44:12
44:17,18 45:2
45:7 48:25
49:5,7,11,18
**meetings**  32:14
**meets**  35:9,14
36:2
**megan**  43:17
44:2 45:12
**melcher**  33:1
**melinda**  1:4
54:4 55:1 56:1

**member**  26:12
**members**  41:12
**memo**  33:2
**mentioned**
47:20 51:24
**microsoft**
48:24
**midatlantic**
54:15
**mile**  51:18
**mileage**  50:11
51:20
**minnesota**  1:2
1:13 2:14,15
2:16 22:16
28:11 34:17
**minute**  5:12
52:4
**minutes**  29:13
29:16
**mischaracteri...**
15:25 47:14
**modalities**  8:20
8:23,25
**modality**  8:18
**money**  47:19
**monitor**  32:22
**monitoring**
32:19,21
**monolith**  28:9
28:13
**moral**  47:25
**morales**  47:18
**morning**  4:21
4:22

**moving**  23:17

**n**

**n**  2:1 3:1 4:19
4:19
**n.w.**  2:8
**name**  25:12
36:20 49:13
**named**  53:3
**nation**  14:4
**native**  15:2,22
26:9,17
**neb**  1:6
**necessarily**
22:6 25:22
40:6
**necessary**  56:6
**need**  12:19
32:23
**needed**  20:20
51:5
**needs**  24:21
25:2,3
**negative**  38:9
**new**  19:20,23
22:2,9,12
32:18 34:25
**nine**  29:16
**non**  9:20 15:15
18:18 25:15
26:8 29:21
30:13 31:21
32:15 33:20
38:5
**nondiscrimin...**
43:5

**noodle**  42:15
**northwestern**
43:9,21,24
44:15 45:9
46:1
**notarial**  53:12
**notary**  1:15
4:12,14 53:2
53:16 56:13,19
**note**  54:10
**noted**  56:7
**notes**  5:6 53:6
**notice**  1:11
**notification**
10:9
**november**
18:11
**number**  36:10
44:18
**numbers**  45:15

**o**

**o**  4:19
**oak**  3:10 9:15
9:19 10:9,24
**oath**  4:9,10
**object**  28:7
46:10
**objection**  4:14
7:23,23 15:24
22:21 27:9
28:21 30:4
47:13 48:2,13
**objections**  3:8
45:8

**obviously**  28:8
**october**  53:18
**offer**  7:19,20
  8:9,17,24 9:14
  10:22 11:23
  12:8 14:8,10
  16:13 28:5
  30:21 34:7
  35:19 36:11,15
  36:15 44:25
**offered**  8:19
  9:1 30:14 34:7
  34:10 35:10
  44:24
**offering**  8:14
  9:20 15:8,17
  22:8 48:10,11
  48:12
**offers**  22:16,19
  36:22
**office**  2:14 37:3
**official**  11:18
**oh**  9:7 38:2
  44:13 46:22
**okay**  5:9,10,13
  5:20,23 6:16
  8:17 9:2,5,15
  9:17,23 10:8
  10:12 11:6,9
  11:21 12:1,17
  13:18 14:2,12
  14:15 15:21
  18:1,1,10,14
  19:14,20 20:18
  21:1,5 29:10

29:17 30:1,1
  30:15,17 31:25
  32:10,10,11,25
  33:5,19 36:22
  37:13,18 38:14
  39:23 40:21
  41:25 42:9
  43:12,15 45:11
  46:5,9,20 47:6
  48:21,23 49:23
  50:2 52:5,15
**old**  51:19
**once**  9:10 11:9
  37:14 42:2
  49:25
**ones**  47:11
**opportunity**
  26:7
**opposed**  8:18
**option**  48:20
**org**  14:6
**organization**
  38:21
**outcome**  14:16
  39:20 53:11
**outcomes**  13:16
**own**  14:5,5
  17:16 31:15

---

**p**

**p**  2:1,1
**page**  5:12 9:19
  12:22,23 13:22
  14:13,14,14,17
  18:4 21:2,18
  22:24 26:24

32:11,25 42:2
  43:19 44:2
  46:6,23,24
  47:3,5 55:4,7
  55:10,13,16,19
**pages**  13:20,21
  18:3,5 32:7,9
**paperwork**
  51:4
**paragraph**
  12:23 32:17
**parents**  41:11
**part**  21:23
  32:24 46:12
**participants**
  1:19
**participate**  7:5
  12:4 40:12,18
  41:2,15 43:6
  46:21
**participating**
  4:4
**particular**
  26:19
**particularly**
  45:14
**parties**  4:10
  53:10,11
**partners**  34:20
  51:14
**party**  4:14
**passes**  6:1
**past**  51:14
**paul**  2:16

**paula**  23:5
**pay**  20:13 47:1
**paying**  14:18
  20:15 27:1,6
**payment**  32:15
**pdf**  18:6 21:1
  26:24
**peck**  32:12
**pennsylvania**
  2:8
**people**  27:24
  28:4,8,10,14,24
  29:2,3 44:18
**period**  24:6
**permissible**
  38:10,11 39:7
  39:11
**permitted**  7:19
  27:23
**person**  4:9 8:6
  24:24
**personal**  14:18
  27:1,6 28:6
**personally**  53:3
**philosophy**
  14:18 15:2,22
  26:17,18 27:1
  27:6 28:7 31:2
**physically**  4:6
**place**  53:3
**plaintiffs**  1:5
  2:3
**pleasant**  44:4
**please**  4:15
  40:15

**[pogemiller - questions]**

**pogemiller**  14:4
**point**  15:5
  16:14 20:8,17
  26:9
**points**  26:7
**policy**  20:13
**position**  39:18
**possibilities**
  48:19
**possible**  6:14
  30:18,18
**post**  6:18 19:1
  20:11 24:25
  32:16,23 33:24
  34:8,10 35:23
  36:6 37:2,6,9
  38:1 39:24
  40:13,17
**potentially**
  18:16
**practice**  31:5
**practices**  10:25
  37:12
**pre**  4:3
**preliminaries**
  4:24
**preparation**
  5:17 46:18
**prepared**  5:6
  30:10,12
**preparing**  6:4
**presence**  53:9
**present**  4:6
  30:19 44:12

**presented**  8:21
**presenting**
  30:23
**previous**  33:18
**previously**
  17:23
**primary**  24:7
  44:19
**printed**  53:6
**prior**  15:25
  47:14 48:14
**prioritize**  12:9
**private**  16:23
  45:9,15,18
  46:2
**problem**  47:25
**problems**  22:7
**proceed**  4:16
**process**  4:25
  19:23,25 20:2
  20:15,22 26:14
  34:18 35:11
  51:7,21
**processes**  16:19
**program**  5:23
  6:17 7:18
  12:21 17:19
  20:21 25:17
  44:25
**programming**
  7:21
**programs**  9:21
**proposal**  5:18
  49:14

**proposals**
  51:11,13,24
**proposed**  44:8
  45:4
**protected**
  28:15
**provide**  15:15
  17:20 33:22
  35:22 36:19,23
  42:13 44:22
**provided**  10:18
  16:4 31:18
**provider**  43:7
**provision**  7:2
  7:22,25 8:11
  25:15 29:22
**pseo**  3:11 6:22
  7:5,13,16,18,20
  7:21 8:3,10,13
  8:14,15,17,19
  9:14 10:22
  11:3,23,23
  12:3,7,12
  13:11,12 14:8
  14:10 15:8,17
  16:21 22:25
  25:7,19 28:16
  30:14 34:1
  35:6 36:11,12
  36:15,22 37:1
  37:21 39:25
  40:12,18 41:2
  41:6,9,10,15,15
  42:10 43:6,21
  44:10,22,24

**proposals**
  45:1 47:22
  48:9,10,12
  49:8 50:11,15
  51:11,14
**pseos**  25:16
**psi**  40:22 41:1,8
**psis**  15:10
  41:15,21 45:15
  45:18 46:2
**public**  1:15
  12:20 15:19
  22:7,19 37:24
  53:2,16 56:19
**publicly**  25:16
  25:17
**pull**  46:6
**purpose**  7:1
  25:14 29:21
  49:10
**pursuant**  1:11

**q**

**question**  7:8
  12:5 17:13
  18:20 19:3
  22:3,5,13 24:1
  30:15 46:13
  52:2
**questions**  5:3
  6:22,24 11:22
  11:23 18:24
  19:4 20:21,25
  27:17,18 36:17
  41:16 46:12
  52:8,12

**quit** 47:2
**quite** 29:7

**r**

**r** 2:1 55:3,3
**race** 41:9,16
**raise** 22:3,4
  23:25
**raised** 40:14,19
  41:1,2,16
**raising** 33:7
**rate** 51:18,20
**rather** 22:12
**reach** 17:19
**reached** 38:21
**reaches** 25:2
**read** 52:12 54:9
  56:5
**reading** 4:2
  37:16 42:6
**really** 17:24
  42:21 47:21
**reason** 5:1,4
  54:11 55:6,9
  55:12,15,18,21
**reasons** 44:19
**recall** 41:20
  42:7 44:13,19
  45:5,6 48:8
  49:5,7,17,21,22
  50:3,5 51:2,2
  51:17
**receipt** 54:17
**receive** 15:7
  17:2,5 20:19
  35:23 50:15

51:19
**received** 7:4
  13:3 16:17
  20:12 26:11
  40:7,10,17,21
  41:18 42:13
  43:9
**receives** 18:25
  20:5 25:11
  35:16
**recess** 29:18
  52:6
**recognizing**
  47:24
**recollection**
  42:8
**recorded** 53:5
**recourse** 23:11
**red** 14:4 33:7,7
**redacted** 42:2
**reference** 42:23
  51:3,4
**referenced**
  21:22 54:6
**references** 9:25
  12:25 13:8,13
  14:24
**referencing**
  8:21
**referring** 12:19
  43:4 44:5
**refresh** 9:8
  42:8
**regarding**
  10:15

**regulate** 8:23
**reimbursable**
  23:18
**reimburse**
  39:15
**reimbursed**
  7:16 44:23
**reimbursement**
  16:22 19:1
  20:10,19 24:25
  25:7 35:23
  50:19 51:20,22
**related** 7:3
  22:11 41:2
  53:11
**relating** 13:4
**relations** 20:24
  42:25 44:16
  49:16
**religion** 31:3
**religions** 30:6
  31:5 37:21
  38:11 39:10,15
**religious** 2:7
  13:16 15:2,23
  23:24 25:21,24
  26:1 27:20,22
  27:25 30:1,19
  30:22 31:8,19
  47:25
**remember**
  42:20 44:16,17
  49:12 50:6
**reminded** 50:5

**remotely** 4:8,10
**remove** 47:9,18
**removed** 12:25
**removing**
  42:16
**repeated** 17:24
**replaced** 27:14
**reporter** 4:4
  52:15
**reporting** 4:7
  4:15
**representatives**
  44:14
**request** 14:3
  23:20 49:15
  51:21
**requested**
  23:15 43:22
**requesting**
  30:20
**requests** 20:10
  20:20 24:25
**require** 7:12
  26:8 33:11,14
**required** 7:20
  15:14 36:15,16
  36:23 48:10
  56:13
**requirement**
  30:11 36:25
**requirements**
  7:5 12:11
  33:21,25 34:4
  34:6,11,15
  35:5,14 36:4

36:10
**requiring**
26:17
**resident** 35:8
**resolve** 20:25
**resolved** 20:15
**responded**
37:23 38:17
**responds** 38:3
47:17
**response** 31:10
**responsible**
32:19,20
**result** 45:8
**retain** 37:7
**return** 54:13,16
**review** 3:10
5:12 9:10 11:9
17:2,4 20:16
20:18 24:5,14
24:18,24 32:6
32:9 34:19
36:3 37:14
43:13 48:22
49:25 54:7
**reviewed** 16:22
16:24 18:14,17
24:3 25:4
26:16 33:16,17
46:16
**reviewing**
18:19 19:23
20:3,7 24:12
24:23 25:8
35:25 36:1

**reviews** 19:3
20:4
**reynolds** 1:12
3:3 4:17 53:3
54:5 55:2,24
56:2,4,12
**ridiculous** 51:7
**right** 5:9,21
9:21 10:2 11:6
11:24 24:6
28:7 43:10,17
45:12
**roman** 21:8
**room** 4:6

**s**

**s** 2:1,5 55:3
**sally** 1:11 3:3
4:17,21 23:4
32:8 46:11
53:3 54:5 55:2
55:24 56:2,4
56:12
**satellite** 14:6
**saw** 23:22,23
26:15,20 27:13
**saying** 10:12
20:8 32:12
38:10
**says** 5:20,23
6:16,17 9:19
9:23,24 10:3
12:1,18 14:16
14:21 18:14
20:6,7 22:24
22:25 23:3

26:25 27:5,15
32:17 33:5
38:4,8 39:3
44:2,2 45:16
46:25 47:17
49:8 51:6,9
**school** 7:18
11:16 12:2,12
12:12,20 15:4
30:19 33:10,24
34:6 35:6,7,10
35:12,15,16,17
35:19 36:11
37:20 39:15
**schools** 8:24
12:7 15:9,19
16:18,24 33:3
33:12 36:14
37:7 41:15
45:9 47:9,22
47:24 48:9
**seal** 53:12
**sec** 9:6
**second** 5:11
9:19 18:4 42:2
**secondaries**
20:11 32:23
**secondary** 6:18
7:12 19:1
24:25 32:16
33:24 34:8,10
35:23 36:7
37:2,6,9 38:1
39:24 40:13,17

**sectarian** 9:20
13:5 14:22
15:5,15 16:18
16:22 17:8,13
17:14,19 18:11
18:17,18,20,23
19:21,24 21:12
22:1,25 24:3
24:15 25:15,23
26:3,8,10 27:8
29:21 30:11,13
31:21,21 32:15
33:12,20 38:5
**sectarianness**
30:13
**see** 9:22 11:7
14:13 21:17
22:7 26:20,23
33:4 45:12
50:13
**seeing** 9:3
**seeking** 7:12
19:1 24:1
**seeks** 24:20
**seems** 12:5
**seen** 9:7 10:15
31:24 40:16,25
41:4
**sees** 24:5
**selects** 28:19
**semester** 24:12
**senate** 42:20
**sending** 33:1
**senior** 12:3

**[sense - sure]**

| | | | |
|---|---|---|---|
| **sense** 32:13 | **specialists** 48:6 | **starts** 18:4 | **student** 7:12 |
| **sent** 6:6 33:2 | **specific** 10:17 | **state** 4:12,13,15 | 13:13 25:12,12 |
| 38:14 54:14 | 12:20 18:8 | 28:11 34:13 | 26:11 33:24 |
| **sentence** 33:5 | 19:19 25:20 | 40:15 53:1,2 | 35:7 45:13,14 |
| 46:1 | 26:6 28:14 | **statement** 7:12 | **students** 12:3 |
| **set** 53:3 | 29:4 30:24 | 7:19 8:7,8,15 | 12:12 13:12 |
| **sets** 34:14,16 | 36:23 37:5 | 8:21 47:1,10 | 14:17 18:15 |
| **settings** 6:23 | 49:7 | 47:16,18 | 25:18 26:6,17 |
| **sex** 41:19,22 | **specifically** | **statements** | 26:25 27:5 |
| **sharon** 32:12 | 42:24 49:12 | 13:5 15:13 | 29:23 33:22 |
| **sheet** 54:11 | 51:3 | 33:11 47:23 | 36:4 41:11 |
| **sign** 52:12 | **speculation** | 48:1,11 | 43:6,20 50:10 |
| 54:12 | 22:22 27:10 | **states** 1:1 | 50:15,23 51:11 |
| **signature** 53:15 | 28:22 30:5 | **statute** 5:19 6:1 | **subject** 49:8,13 |
| **signed** 33:14 | **speculative** | 7:6 8:25 11:4 | **submit** 15:13 |
| 54:19 | 30:16 | 25:15 28:16 | 15:17 16:21 |
| **signing** 4:2 | **spoke** 47:7 | 29:22 30:11 | **submitted** 9:24 |
| **situation** 10:15 | **st** 2:16 | 51:1 | 32:14 33:15,17 |
| 10:17 | **staff** 18:11 47:8 | **statutory** 7:9 | 41:14 51:13 |
| **skip** 4:23 | **standard** 6:25 | **stay** 6:13 | **subscribed** |
| **solutions** 54:23 | **standardized** | **stenographic** | 56:14 |
| **sorry** 13:9 | 8:3 | 53:6 | **substance** |
| 23:12 34:16 | **standards** 6:19 | **stenographic...** | 51:17 |
| 46:22 | 31:18,22 34:3 | 53:5 | **suggest** 12:19 |
| **sounds** 50:9 | 34:12,16,19 | **stipulated** 4:1 | **suggestions** |
| **speak** 30:21 | 35:2,9,20 36:2 | **stipulations** | 51:23 |
| **speaks** 48:3 | 36:19,19 | 53:8 | **suite** 2:8,15 |
| **special** 14:19 | **standing** 17:23 | **stop** 18:19 | **supervisor** 6:7 |
| 27:1,6 | **start** 20:3 | 48:10 | 17:22 19:5,9 |
| **specialist** 17:18 | **started** 20:9 | **stopped** 20:7 | 19:12,16 20:23 |
| 17:22 18:25 | 37:19 51:6 | **streamlining** | 23:4 24:21 |
| 19:3 23:2,8 | **starting** 3:13 | 51:20 | 25:1 |
| 24:9,20 38:18 | 3:14,15,16,17 | **street** 2:15 | **support** 24:22 |
| 38:23 39:3 | 3:18,19,20,22 | **string** 23:4 | **sure** 6:13,15 |
| | 46:6 | | 11:14 17:11 |

**[sure - under]**                                              Page 16

29:9,14 30:15
36:2 38:21
42:7
**swiss**  28:6,8
**sworn**  4:13,18
56:14
**syllabi**  9:24
**syntax**  22:11

**t**

**t**  4:19 55:3,3
**take**  5:12 13:12
21:4 29:8 33:6
47:1 52:4
**taken**  1:12
**talk**  30:22
**talked**  21:20,21
**talking**  31:1
33:8 48:9
**tank**  42:17,18
**target**  12:10
**taught**  18:15
**teach**  15:5 37:1
37:5
**teaching**  22:9
**teams**  3:19,20
43:16 46:7
48:24
**technical**  7:17
10:18 16:5,15
17:20
**tell**  5:5,16
13:24 19:17
21:14 32:2
**ten**  29:13 34:19

**tends**  26:1
**terrible**  44:3,7
**testament**  22:2
22:9,12
**testified**  4:18
**testify**  30:10
**testifying**  4:11
**testimony**
15:25 47:14
54:9,17 56:8
**textbooks**  10:1
**texts**  22:12
**thank**  52:15
**thing**  46:22
48:16
**things**  31:14
**think**  8:11
21:22 22:13
23:24 24:2
25:5 29:22
32:1 33:6,10
**third**  32:11
46:23,24
**thomson**  2:4
3:5 4:20 29:19
52:7
**thousands**
24:13,14
**threatening**
42:17,18
**three**  21:7
49:20
**thursday**  1:12
**time**  4:24 23:5
23:18 24:19

25:4 38:4,16
46:14 47:7
49:13 53:3
54:18
**timeframe**  54:8
**timmerman**
2:11 7:23 9:6
15:24 22:21
27:9 28:21
29:11,14,17
30:4,17 32:8
46:10 47:13
48:2,13 52:5,9
52:11 54:1
**title**  17:4 21:14
22:4 23:24
24:5 25:9
30:22 31:9
**titles**  17:1,1
19:2,8 24:11
24:15
**today**  5:3
**told**  47:9
**tom**  33:1
**tomorrow**
42:15
**took**  25:13
38:17
**top**  14:14,17
42:2 44:1
45:15,17 46:2
**topic**  49:16
**topics**  30:19
**towards**  5:24
10:21 33:23

**transcribed**
53:5
**transcript**  54:6
54:19 56:5,8
**transcription**
53:6
**transitioning**
14:5
**transportation**
50:10,11,11,14
50:18,19,25
51:12
**tribal**  15:4,9
16:18
**true**  12:2 32:20
53:6 56:8
**truthful**  5:2
**two**  18:3 24:2,7
24:10 34:10
36:17 51:23,23
**typical**  47:11

**u**

**uh**  37:10 47:4
**unable**  44:21
44:23
**unaware**  16:20
19:18,22 40:24
41:7
**unclear**  13:9
**under**  6:17
7:22,25 9:23
28:16 31:22
36:11 50:18,21
51:1

**understand**
7:24 8:12 21:9
22:10
**understanding**
16:15 25:18
**understood**
10:20
**undesirable**
32:17
**unfamiliar**
24:8
**uniformly**
17:17
**unique**  6:23
**united**  1:1
**university**  22:8
22:15,19
**upload**  9:2 10:4
**use**  46:25
**used**  9:12,13
27:13 37:25
54:19
**using**  22:2,12
43:1

**v**

**v**  54:4 55:1
56:1
**vague**  7:24
**vaguely**  50:5
**values**  14:19,24
27:2,7,15
**venture**  28:17
**verify**  54:9
**veritext**  54:14
54:23

**veritext.com.**
54:15
**verm**  2:4
**version**  6:6
**videoconfere...**
1:12,19
**view**  15:6 26:6
26:8,10,19
29:24 30:8,9
30:24
**viewpoint**  10:1
11:3
**views**  30:2,13
**vocab**  22:9
**vocabulary**
22:3
**voice**  49:24
50:6
**vs**  1:6 6:24

**w**

**waived**  4:2
**want**  4:25
13:12,22 35:19
42:22,23 47:19
50:15
**wanted**  12:18
14:8,10 50:10
**washington**  2:9
**way**  16:23
21:14 23:9
33:18 53:11,11
**ways**  24:3,7
**we've**  29:6
31:20

**weary**  23:4
**went**  16:16
**western**  21:7
**whining**  47:2
**willie**  1:7 54:4
55:1 56:1
**witness**  1:13
3:2 4:11,13
52:10 53:12
54:8,10,12,18
**word**  42:22
43:2
**words**  27:14
**work**  10:21
26:1 32:24
34:20
**working**  19:7
**works**  25:1
**world**  26:6,19
29:24 30:2,8,9
30:24 35:21
37:21 38:11
39:10,15
**worship**  29:4
**wrong**  46:22

**x**

**x**  3:1 4:19

**y**

**yeah**  27:11
32:8 38:2 40:6
44:4 45:11,16
52:10
**year**  15:14
33:11 34:25

51:16
**years**  34:19
**yep**  24:17

**z**

**zoom**  1:12,19

Minnesota Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

Rule 30.05 Review by Witness; Changes; Signing
If requested by the deponent or a party before
completion of the deposition, the deponent shall
have 30 days after being notified by the officer
that the transcript or recording is available in
which to review the transcript or recording and, if
there are changes in form or substance, to sign a
statement reciting such changes and the reasons
given by the deponent for making them. The officer
shall indicate in the certificate prescribed by
Rule 30.06(1) whether any review was requested and,
if so, shall append any changes made by the
deponent during the period allowed.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.