**From:** "Barsness, Beth (MDE)" <beth.barsness@state.mn.us>
**To:** "Melanie Koenen" <MKoenen@anokatech.edu>
**Subject:** RE: Private School Question
**Date:** Tue, 01 Aug 2017 08:46:04 -0500
**Importance:** Normal
**Inline-Images:** image001.png

---

Nope! A student can choose any of the approved eligible postsecondary institutions. MDE will only pay for nonsectarian PSEO courses, so whether or not the college is faith-based or not is moot.

The high school *can* determine which PSEO courses they will accept for high school credit in order to receive a diploma from their school.

Does this help?

**Beth Barsness**
High School Specialist
651-582-8336  |  beth.barsness@state.mn.us

**Minnesota Department of Education**
1500 Highway 36 West, Roseville, MN 55113
education.state.mn.us



---

**From:** Melanie Koenen [mailto:MKoenen@anokatech.edu]
**Sent:** Tuesday, August 01, 2017 8:42 AM
**To:** Barsness, Beth (MDE) <beth.barsness@state.mn.us>
**Subject:** Private School Question

Hi Beth,

Random question for you: Can a private school tell students they can only go to faith-based colleges for PSEO? I had a parent tell me that the other day and wanted to follow up on it and see if that is right. I know private schools run differently but still wanted to double check. ☺

Thanks!
Mel