**From:** "Barrie, Mary (MDE)" <mary.barrie@state.mn.us>
**To:** "Palmer, Paula (MDE)" <paula.palmer@state.mn.us>, "Snyder, Kate Lynne (MDE)" <kate.lynne.snyder@state.mn.us>
**Cc:** "Mueller, Heather (MDE)" <Heather.Mueller@state.mn.us>, "Barsness, Beth (MDE)" <beth.barsness@state.mn.us>
**Subject:** Re: PSEO Religion
**Date:** Tue, 05 Nov 2019 15:03:38 -0600
**Importance:** Normal

---

There would not be a budget impact. We do not anticipate an uptick in students. It will just ensure equal access for students. University of the Northwestern takes more public dollars that any other post secondary. So while there may not be more than a handful of schools that ask for this, in terms of participants it is very large.

We have multiple complaints regarding them from both current students and students who would not provide a faith statement. For every one student who contacts us I cannot believe there are many more times that number that we do not hear about. The things we hear are extremely troublesome. Public dollars should not be used for this.

---

**From:** Palmer, Paula (MDE) <paula.palmer@state.mn.us>
**Sent:** Tuesday, November 5, 2019 2:01:41 PM
**To:** Snyder, Kate Lynne (MDE) <kate.lynne.snyder@state.mn.us>
**Cc:** Mueller, Heather (MDE) <Heather.Mueller@state.mn.us>; Barsness, Beth (MDE) <beth.barsness@state.mn.us>; Barrie, Mary (MDE) <mary.barrie@state.mn.us>
**Subject:** Re: PSEO Religion

I've sent this on for confirmation. But I do know that Northwestern University, and generates the most concurrent enrollment revenue of all post secondary institutions.

Paula


On Nov 5, 2019, at 1:52 PM, Snyder, Kate Lynne (MDE) <kate.lynne.snyder@state.mn.us> wrote:


Sending a reminder on this. Do we know how many schools currently require faith statements?

Kate Lynne

---

**From:** Snyder, Kate Lynne (MDE)
**Sent:** Thursday, October 31, 2019 3:50 PM
**To:** Palmer, Paula (MDE) <paula.palmer@state.mn.us>
**Cc:** Mueller, Heather (MDE) <Heather.Mueller@state.mn.us>
**Subject:** PSEO Religion

Question from MMB – do you know how many students this would enable to enroll in PSEO? Or how many schools?

- 1810—PSEO & Faith statement. Will more students be enrolled in PSEO because of this proposal? Our intent is that the handful of students that have not been able to enroll in PSEO or potentially in their preferred PSEO program would be able to do so, so yes, there would potentially a few ADM of shifting here. So that's a budget

<mark>item, I assume?</mark>  I spoke with Ahna—how many schools would this impact? (i.e. how many schools require a faith statement)?

Best,

**Kate Lynne Snyder**
Government Relations
O: 651-582-8856 | C: 612-387-6129 | kate.lynne.snyder@state.mn.us

**Minnesota Department of Education**
1500 Highway 36 West, Roseville, MN 55113
education.mn.gov

<image001.png>

MDE024750