# In The Matter Of:

*Melinda and Mark Loe, et al vs.*
*Willie Jett, et al*

---

*UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE*
*January 30, 2024*

*Anita Cline-Cole - Univ. of Northwestern - St. Paul Designee - 1-30-24*

---

*Shaddix & Associates*
*7400 Lyndale Avenue South*
*Suite 190*
*Richfield, MN 55423*

Min-U-Script® with Word Index

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 2 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                    Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 1

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
 2
 3    -----------------------------------------------------
               Court File No.  23-cv-1527 (NEB/JFD)
 4    Melinda and Mark Loe, on their
      behalf and as next friends of their
 5    children R.L. and O.L.; Dawn Erickson,
      on her own behalf and as next friend of
 6    her child J.G.; Crown College; and
      University of Northwestern - St. Paul,
 7
                        Plaintiffs,
 8
      vs.
 9
      Willie Jett, in his official capacity as
10    Minnesota Commissioner of Eduction;
      and Minnesota Department of Education,
11
                        Defendants.
12    -----------------------------------------------------
13            DEPOSITION and EXHIBITS of UNIVERSITY
14    OF NORTHWESTERN - ST. PAUL by ANITA CLINE-COLE, taken
15    pursuant to Federal Rule of Civil Procedure 30(b)(6) in
16    the above-styled cause pursuant to Notice at Suite 1100,
17    445 Minnesota Street, City of Saint Paul, County of
18    Ramsey, State of Minnesota, before Colleen M. Sichko,
19    Registered Professional Reporter, Stenographic reporter
20    and notary public, on the 30th day of January, 2024,
21    commencing at approximately 10:00 a.m.
22                       *      *      *
23
24
25
```

Page 2

```
 1    APPEARANCES:
 2                ERIC BAXTER, BEN FLESHMAN, DIANE
 3    THOMSON and ANDREA BUTLER, Attorneys at Law, THE
 4    BECKET FUND, Suite 400, 1919 Pennsylvania Avenue
 5    Northwest, Washington, D.C. 20006,
 6    ebaxter@becketlaw.org, bfleshman@becketlaw.org,
 7    dthomson@becketlaw.org and abutler@becketlaw.org,
 8    and RICHARD C. LANDON, Attorney at Law, LATHROP GPM,
 9    Suite 3100, 80 South Eighth Street, Minneapolis,
10    Minnesota  55402, richard.landon@lathropgpm.com,
11    appeared as counsel for and on behalf of the
12    plaintiffs.
13                JEFFREY TIMMERMAN and MADELEINE
14    DEMEULES, Assistant Attorneys General, OFFICE OF
15    THE ATTORNEY GENERAL, Suite 1400, 445 Minnesota
16    Street, Saint Paul, Minnesota  55101-2131,
17    jeffrey.timmerman@ag.state.mn.us and
18    madeleine.demeules@ag.state.mn.us, appeared as
19    counsel for and on behalf of the defendants.
20
21
22
23                (Whereupon, the following proceedings
24    were duly had, and entered of record, to-wit:)
25
```

Page 3

```
 1                    I N D E X
 2    WITNESS                                        PAGE
 3    ANITA CLINE-COLE
 4        Examination by Mr. Timmerman                  5
 5
      NORTHWESTERN DEPOSITION EXHIBITS                PAGE
 6
      1 - Amended Notice of Deposition of University  37
 7        of Northwestern - St. Paul Pursuant to
          Fed. R. Civ. P. 30(b)(6); 5 pages
 8
      2 - Declaration of Christian Community;         38
 9        LOE00000261 - 264
10    3 - Email to J. Abeler from G. Johnson,         81
          3/10/2023; LOE00001475
11
      4 - "Philosophy of Education" from Northwestern 91
12        website; 8 pages
13    5 - Memo to J. Abeler from Crown College and   104
          Northwestern University, undated;
14        LOE00000123 - 124
15    6 - Email to P. Bennett from G. Johnson,       118
          3/6/2023; LOE00002750
16
      7 - Email to J. Sommers and G. Johnson from    148
17        A. Sorenson, 2/14/2023; LOE0000751
18    8 - Eligible Courses for the Postsecondary     154
          Enrollment Options (PSEO) Program; MDE001569
19
      9 - Free College Credit for High School        158
20        Students; MDE000524
21    10 - Syllabus for Public Speaking - SPE1075;   162
           MDE002078 - 2085
22
      11 - "An Essential Guide to Public Speaking,"  167
23         Second Edition, by Quentin J. Schultze
           (excerpted, full textbook attached to
24         original transcript only)
25
```

Page 4

```
 1              I N D E X  (CONTINUED)
 2    NORTHWESTERN DEPOSITION EXHIBITS (Continued)   PAGE
 3    12 - Screenshots from Northwestern webpage;    170
           MDE001055 - 1058
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 3 of 68

UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Melinda and Mark Loe, et al vs.
Willie Jett, et al
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

Page 5

1  (Whereupon, Minnesota Statutes 486.10,
2  Chapter 215, was complied with.)
3  ANITA CLINE-COLE,
4  having been first duly sworn, was
5  examined and testified on her oath as follows:
6  **EXAMINATION**
7  **BY MR. TIMMERMAN:**
8  Q.  Good morning.  We just met informally.  My name is
9  Jeff Timmerman and I'm one of the lawyers
10  representing the Department of Education and
11  Commissioner Jett in the lawsuit that we're here for
12  today.
13     Could you just state your full name for
14  the record?
15  **A.  Sure, Anita June Cline-Cole.**
16  Q.  And you understand that you're here today to testify
17  on behalf of the University of Northwestern -
18  St. Paul?
19  **A.  Yes.**
20  Q.  Is it okay if I just refer to that as "Northwestern"
21  today?
22  **A.  Yes, that's exactly how we refer to it.**
23  Q.  Good.  I had an acronym, but it's too clunky, so
24  that's great.  And what is your position at
25  Northwestern?

Page 6

1  **A.  I currently serve as the associate vice president**
2  **for admissions.**
3  Q.  Have you ever given a deposition before?
4  **A.  No.**
5  Q.  Okay.  I'm going to go over just a couple of ground
6  rules kind of to keep us on the same page today and
7  keep us moving.  The first is, try not to talk over
8  each other.  So if you let me finish my question,
9  I'll try and let you finish your answer.  Does that
10  sound good?
11  **A.  Yes.**
12  Q.  Okay.  The second is that this is not a marathon, so
13  if you need to take a break at any point, just let
14  me know.  Okay?
15  **A.  Mm-hmm.**
16  Q.  Third is that I am not trying to trick you today and
17  lawyers have a tendency to ask bad questions or
18  confusing questions, and I probably will today at
19  some point.  If you don't understand what I've asked
20  you, just tell me and I'll try and ask it a better
21  way.  Okay?
22  **A.  Okay.**
23  Q.  And the last thing I would say is that sometimes it
24  happens that you give an answer and then, later on
25  in the day, you might remember additional

Page 7

1  information relating to an earlier answer.  If that
2  happens today, just let me know.  Okay?
3  **A.  Okay.**
4  Q.  And the last thing I will tell you is I don't want
5  to know about anything that you spoke to your
6  lawyers about.
7  **A.  Okay.**
8  Q.  They will be diligent in protecting that, as well,
9  but just to make that clear that I'm not inquiring
10  today about any communications that you've had with
11  the lawyers representing the school in this lawsuit.
12  Okay?
13  **A.  Okay.**
14  Q.  What did you do to prepare for your deposition
15  today?
16  **A.  I did meet with my attorneys.  We met via Zoom twice**
17  **and then once in person.  I also spoke to members of**
18  **the Northwestern community.  Specifically, I spoke**
19  **with our academic provost and also the president,**
20  **Corbin Hoornbeek.  I spoke with the director of the**
21  **academic program for PSEO.**
22  Q.  Okay.  Who is that?
23  **A.  Heidi Hoefs, and then one last person from our**
24  **student life community, Cory Wilder.**
25  Q.  Cory Wilder?

Page 8

1  **A.  Yes.**
2  Q.  And do you know how you spell the first name?
3  **A.  Cory, C-o-r-y, and Wilder, W-i-l-d-e-r.**
4  Q.  And what is Cory Wilder's position?
5  **A.  He currently serves as the associate dean for**
6  **student activities, so student life and activities,**
7  **something related to that.**
8  Q.  And who is the provost?
9  **A.  Janet Sommers, so Dr. Janet Sommers.  Last name is**
10  **spelled S-o-m-m-e-r-s.**
11  Q.  And Mr. Hoornbeek or Dr. Hoornbeek is the president,
12  correct?
13  **A.  Yes.**
14  Q.  And these conversations that you had with these
15  individuals, were your lawyers present for any of
16  those?
17  **A.  No.**
18  Q.  Okay.  And what did you discuss with Provost
19  Sommers?
20  **A.  We talked about the Declaration of Christian**
21  **Community, and I wanted to hear from his perspective**
22  **why he believed in the declaration as the head of**
23  **the institution.**
24  Q.  That was with President Hoornbeek?
25  **A.  With president Hoornbeek, yes.**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 4 of 68

Melinda and Mark Loe, et al vs.   ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                Univ. of Northwestern - St. Paul Designee - 1-30-24      January 30, 2024

Page 9

1  Q.  So you spoke about the Declaration of Christian
2  Community with President Hoornbeek.  Anything else
3  that you discussed with him to prepare for today?
4  A.  No.
5  Q.  And what about with Dr. Sommers?
6  A.  Dr. Sommers, we talked about the course offerings
7  through our PSEO program and the clarity and
8  understanding of how we determined if a course is
9  sectarian or nonsectarian.
10  Q.  And what about with Heidi Hoefs -- Hoefs, am I
11  pronouncing --
12  A.  Hoefs, yes.  Heidi works directly with curriculum
13  and course outcomes, so we went into a more detailed
14  conversation about some specific courses and those
15  curriculum -- curricula.
16  Q.  And, lastly, what about Cory Wilder --
17      MR. BAXTER:  And I'm just going to
18  remind you not to disclose anything you might have
19  learned discussed with counsel in that meeting, but
20  anything that you spoke about with Mr. Wilder.
21      THE WITNESS:  Yes.  So with Cory, we
22  talked about student engagement and general student
23  life experience at Northwestern.
24      BY MR. TIMMERMAN:
25  Q.  Thank you.  And aside from these four individuals

Page 10

1  and, again, not intending to implicate any
2  discussions that you've had with your lawyers, who
3  else at Northwestern have you discussed the lawsuit
4  with or the change to the PSEO law?
5  A.  No one else.
6  Q.  And does Heidi Hoefs -- does she report directly to
7  you?
8  A.  No, she reports to an associate dean, who also, in
9  turn, reports to the provost, Janet Sommers.
10  Q.  And what about Cory -- Mr. Wilder, does he report to
11  you?
12  A.  No.
13  Q.  Who does he report to?
14  A.  He reports to the vice president for student
15  experience or student life.
16  Q.  Thank you.  Do you know how "discrimination" is
17  defined in Northwestern's policies?
18  A.  I cannot give a response to that because that's not
19  a term that we use.  It's not in our policy.
20  Q.  Okay.  You don't have an antidiscrimination policy
21  that you're aware of?
22  A.  If there is any mention of discrimination in our
23  policy, it is related to student care, where we say
24  that students will all be treated equally with
25  respect and care and love.

Page 11

1  Q.  And do you know whether not using "discrimination"
2  was a decision that someone made or is it a policy
3  decision?  Are you aware of any background there?
4  A.  No.
5      MR. BAXTER:  Object as outside the
6  scope.
7      You can answer if you know.
8      BY MR. TIMMERMAN:
9  Q.  Does Northwestern permit race discrimination?
10  A.  No.
11  Q.  Does Northwestern permit sex discrimination?
12  A.  No.
13  Q.  What about age discrimination?
14  A.  No.
15  Q.  National origin discrimination?
16  A.  No.
17  Q.  Disability discrimination?
18  A.  No.
19  Q.  Does Northwestern permit any discrimination?
20  A.  No.
21  Q.  Would you agree that Northwestern excludes PSEO
22  students who aren't Christian?
23  A.  I will not agree to that, no.
24  Q.  Okay.  And why not?
25  A.  Now, Northwestern has three venues where we offer

Page 12

1  PSEO and our online venue is open to students of all
2  faith, all belief and all creed.  We have about
3  1,300 students who take our online program and over
4  half of those students do not have a Christian faith
5  belief.
6  Q.  And how do you know that, or how does Northwestern
7  know that?
8  A.  We have a report that we run on a yearly basis to
9  get an understanding of our students and where they
10  come from.
11  Q.  Do you run that same kind of report for students who
12  attend on campus?
13  A.  We do not, no.
14  Q.  Would you agree that Northwestern excludes PSEO
15  students who aren't Christian from attending
16  on-campus PSEO courses?
17  A.  I would agree, but I would clarify that there is a
18  distinction between a student identifying as one
19  religion versus a student following our Declaration
20  of Christian Community.
21  Q.  You would agree, though, that a student has to --
22  for example, if you're a Muslim student or a Jewish
23  student and you want to take PSEO courses on campus
24  at Northwestern, you have to proclaim in writing
25  that Jesus Christ is Lord, correct?

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANDY CINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

---

Page 13

1  **A.  That is correct, yes.**
2  Q.   And if you're a gay student and you want to attend
3  on-campus PSEO courses at Crown, you have to agree
4  not to be in an intimate same-sex relationship,
5  correct?
6       **MR. BAXTER:** Objection just to the
7  extent that the question is vague and lacks
8  foundation.
9       **BY MR. TIMMERMAN:**
10 Q.   I'm sorry, and your answer?
11 **A.  I'm sorry, just to clarify, Northwestern?**
12 Q.   Correct.
13 **A.  A student, every student, regardless of their sexual**
14 **orientation, regardless of their identity, are**
15 **required to sign a faith statement and complete the**
16 **full application process in order to participate in**
17 **our on-campus and our online -- I'm sorry, our**
18 **on-campus PSEO program.**
19 Q.   Okay.  And one of the provisions of that declaration
20 says that you can't -- if you're a gay student, you
21 can't have an intimate relationship with another
22 person of your same sex, correct?
23 **A.  That is correct, yes.**
24 Q.   Are heterosexual people, PSEO students, taking
25 on-campus classes allowed to date?

---

Page 14

1  **A.  Students are allowed to date, it's just that what we**
2  **ask is that they align and their behavior aligns**
3  **with what's written in our declaration.**
4  Q.   And how is the term "intimate relationship" defined
5  in the declaration?  What does that mean?
6  **A.  "Intimate relationship," by the Declaration of**
7  **Christian Community, is a consensual relationship**
8  **between male and female.**
9  Q.   Okay.  And is that a sexual relationship? a
10 nonsexual relationship?
11 **A.  Well, if we're talking about intimate, yes, we**
12 **relate it to a sexual relationship, yes.**
13 Q.   Okay.  Does Northwestern admit gay students who are
14 married?
15 **A.  Not to my knowledge, because we have never received**
16 **an application from a gay student who is married.**
17 Q.   Would you agree that if you're transgender -- do you
18 understand the use of the word "transgender" here?
19 **A.  Yes.**
20 Q.   What does that term mean to you?
21 **A.  Please forgive me if I don't sound -- if I don't use**
22 **the correct terminology, but my understanding is**
23 **it's a student -- it's an individual who has made a**
24 **choice to live a lifestyle that is separate from**
25 **their biological gender.  Is that correct?**

---

Page 15

1  Q.   Okay.  So their gender identity --
2  **A.  Yes.**
3  Q.   -- is different than their biological --
4  **A.  Than their biological, yes.**
5  Q.   Are you familiar at all with gender dysphoria?
6  **A.  From my past personal readings, yes.**
7  Q.   And what is that, per your understanding?
8  **A.  This is an individual who would have challenges with**
9  **their gender, their biological gender, and will feel**
10 **uncomfortable in their own gender of birth.**
11 Q.   Are you familiar at all with the "DSM"?
12 **A.  No.**
13 Q.   Okay.  Are you aware that gender dysphoria is a
14 "DSM" diagnosis?
15 **A.  Could you help clarify what "DSM" is?**
16      **MS. DEMEULES:** It's the "Diagnostic
17 Statistical Manual."
18      **BY MR. TIMMERMAN:**
19 Q.   It's the "Diagnostic --" I always forget that
20 acronym.  It's the "Diagnostic Statistical Manual."
21 I believe we're on version 5 now, and it's a version
22 of recognized mental health diagnoses from
23 professionals, kind of a universal standard of
24 diagnoses that the professional community has
25 approved.  Have you ever heard of that before?

---

Page 16

1  **A.  No, I have not.**
2  Q.   Is it fair to say that Northwestern doesn't want gay
3  students on campus?
4       **MR. BAXTER:** Objection.
5       Go ahead and answer if you'd like.
6       **THE WITNESS:** I think it is unfair to
7  say that Northwestern does not want gay students on
8  campus.
9       **BY MR. TIMMERMAN:**
10 Q.   Okay.  And why is that?
11 **A.  Northwestern is a welcoming, loving community and we**
12 **embrace every student regardless of their identity.**
13 **However, going back to our foundation and the ethos**
14 **of the Christian institution, the institution was**
15 **formed on specific guidelines and biblical**
16 **principles.  We ask that every member of the**
17 **Northwestern community follow those principles.  We**
18 **do not -- we embrace, like I said, every student as**
19 **long as they can follow those specific principles by**
20 **declaration.**
21 Q.   And those principles in the declaration do place
22 some limits on a gay student's ability to live;
23 would you agree with that?
24      **MR. BAXTER:** Objection,
25 mischaracterizes.

---

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 6 of 68

Melinda and Mark Loe, et al vs.     AMY PIEPER - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al     Univ. of Northwestern - St. Paul Designee - 1-30-24     January 30, 2024

Page 17

1 But you can answer if you'd like.
2 **THE WITNESS:** So a gay student who has
3 signed a declaration and has agreed to follow those
4 principles, those biblical principles, those
5 students have thrived at Northwestern.
6 **BY MR. TIMMERMAN:**
7 Q. Would you agree that if you're a transgender high
8 school student and you want to attend PSEO courses
9 on campus at Northwestern, that you can't dress in a
10 manner that corresponds to your gender identity?
11 **A. I cannot speak to that because our students are very**
12 **creative and I have seen students dress in different**
13 **manners and form that is suitable for them when they**
14 **wake up in the morning on that day and there has not**
15 **been any judgment, not to my knowledge.**
16 Q. Have you ever seen or heard of a student dressing in
17 a manner that is the opposite of their biological
18 sex?
19 **A. Yes.**
20 Q. Okay. And is that, like, for an event or on a daily
21 basis? Can you explain a little?
22 **A. I have seen students on a daily basis and some**
23 **students for events, as well.**
24 Q. And on a daily basis, students were allowed by
25 Northwestern to dress in that manner?

Page 18

1 **A. Yes, as long as the student feels comfortable. I**
2 **have not heard of any situation where a student was**
3 **told to change their outfit if that's how they felt**
4 **that day.**
5 Q. Are you aware of any transgender students who have
6 attended Northwestern?
7 **A. No, I'm not.**
8 Q. Or applied?
9 **A. Not to my knowledge.**
10 Q. Is it fair to say that Northwestern doesn't want
11 students of other faiths on its campus?
12 **A. No.**
13 Q. And why not?
14 **A. We have students who join the community, sign the**
15 **statement of faith and have various opinions about**
16 **religion. However, these students still continue to**
17 **participate in the Northwestern community where --**
18 **on the traditional side, still choose to attend**
19 **chapel and join the community to build this**
20 **spiritual -- help with the spiritual development.**
21 **So we have some situations like that where, from**
22 **personal conversation, that student may have a**
23 **different opinion; however, they want to experience**
24 **the Christian faith and abide by the declaration.**
25 Q. And how do you know this?

Page 19

1 **A. This is just personal conversations that I have had**
2 **with some students.**
3 Q. Okay. And could you describe those conversations,
4 and I want to make clear I don't want to know
5 student names --
6 **A. Sure. Absolutely. Absolutely.**
7 Q. I don't want to get into FERPA.
8 **A. Oh, yeah, absolutely. Yeah, it varies. It could be**
9 **different denominations within the Christian faith.**
10 **It could be even just their position at the time,**
11 **their -- I believed before and now I don't know or**
12 **just a different journey or timeline in their lives**
13 **where I've had a couple of students say I'm**
14 **wrestling with this, I'm not sure.**
15 But I will say that these students have
16 **the posture of wanting to be part of the community**
17 **and wanting to grow spiritually.**
18 Q. Are all of these students Christian, just at various
19 stages of their Christianity?
20 **A. At the point of application, when they submitted**
21 **their application, as far as my position as when I**
22 **served as director of admissions, they were**
23 **Christian.**
24 Q. Okay. Are you aware of any Muslim students
25 attending PSEO on campus at Northwestern?

Page 20

1 **A. Not to my knowledge, not any of the students that**
2 **I've spoken to directly.**
3 Q. Are you aware of any Jewish students attending PSEO
4 on campus at Northwestern?
5 **A. I am -- I'm not aware, no.**
6 Q. Okay, thank you. Let's talk a little bit about your
7 background. So let's start with your current
8 position. How long have you been the AVP -- in the
9 AVP role?
10 **A. Yes, so as of December 2022.**
11 Q. And who do you report directly to?
12 **A. To the vice president of enrollment and marketing.**
13 **His name is Erick Klein.**
14 Q. How many people report to you?
15 **A. Directly, four.**
16 Q. And who are they?
17 **A. Two directors, so one is the director of admissions**
18 **for our traditional college. Do you need the names**
19 **of these individuals?**
20 Q. That would great, yeah.
21 **A. Okay, Kyle Peach; then there is the director of**
22 **nontraditional admissions, so nontraditional**
23 **includes PSEO, as well as adult completion and our**
24 **graduate program, so that is Tami Treder; and then**
25 **there is the assistant director of operations,**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 7 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al
ANITA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

Page 21

1 behind the scenes I call her, so she is Hannah
2 Anderson; and then there's the assistant director of
3 events, Morgan Peterson.
4 Q. And what did you do before you were the AVP at
5 Northwestern?
6 A. I was the senior director of operations for
7 enrollment. So I served in that role for about a
8 year.
9 Q. Who did you report to in that role?
10 A. Erick Klein, who is the vice president.
11 Q. And prior to the senior director position, what was
12 your position?
13 A. Yes, I was the director of nontraditional
14 admissions, so where I -- part of my work was to
15 oversee PSEO admissions, as well as our nondegree
16 completion programs and our graduate programs.
17 Q. Is that the job that Tami Treder has now?
18 A. Yes.
19 Q. Okay. What about before Northwestern, where did you
20 work?
21 A. Before Northwestern, I was at St. Catherine
22 University for seven years.
23 Q. Great. What did you do there?
24 A. I served as the assistant director for admissions
25 for our graduate programs.

Page 22

1 Q. Did you teach there at all?
2 A. I did, yes.
3 Q. What kinds of courses?
4 A. It's an English course, more like a comprehensive
5 writing course, helping students transition from
6 writing at the high school level to the college
7 level. I still teach at St. Kate's.
8 Q. Oh, you do?
9 A. Mm-hmm.
10 Q. I have a friend who is the head of the
11 Communications Department there.
12 A. Okay.
13 Q. And what about before St. Kate's, where were you at?
14 A. I was at Northwestern.
15 Q. Okay.
16 A. And I was an admission counselor for our
17 multicultural student recruitment program, and I did
18 that for two years.
19 Q. Was that your first role out of college?
20 A. I did part-time here and there raising my boys, but
21 yes, the first full-time job out of college.
22 Q. And you have a bachelor's degree from Northwestern?
23 A. I do, yes.
24 Q. In marketing?
25 A. Yes.

Page 23

1 Q. You also have a master's in higher education
2 administration?
3 A. Yes.
4 Q. And that's from St. Cloud State?
5 A. Mm-hmm.
6 Q. Where did you go to high school?
7 A. Outside the country --
8 Q. Okay.
9 A. -- in Sierra Leone, Africa.
10 Q. I was wondering if you did PSEO, but it sounds like
11 no.
12 A. I probably would have.
13 Q. What does Northwestern do to protect students who
14 may have wavering faith beliefs or who may express
15 nonChristian beliefs --
16 A. Yes.
17 Q. -- from discrimination?
18 A. Yes. So we have a very robust caring community that
19 is housed in student life and the main goal is to
20 help that student feel welcome, feel loved, feel
21 cared for, and where there's never a form of them
22 experiencing bullying in any way. If the student so
23 chooses, they will be referred to a counseling
24 service, so these are professional counselors that
25 work at Northwestern to help students in any

Page 24

1 challenge that they are experiencing related to
2 mental health, related to even struggles with their
3 academic work and their personal lives.
4 Q. And is it the same process for students who are
5 LGBTQ?
6 A. Yes.
7 Q. So LGBTQ students can seek counseling services, as
8 well?
9 A. Yes.
10 Q. And is that one-on-one therapy that's provided?
11 A. I am not sure how that works, but my understanding
12 is that most of these are confidential. My
13 understanding is that they do have access to our
14 counseling services, yes.
15 Q. Do you know what the credentials are of the
16 individuals who provide those services?
17 A. I cannot -- I don't know. It's on our website,
18 yeah.
19 Q. Okay. Do you know what conversion therapy is?
20 A. I have heard of it, yes.
21 Q. And what do you understand that to be?
22 A. This is a therapy where an individual who has
23 expressed the desire or who has chosen to live -- if
24 we're talking about more on the place of gender,
25 that's separate from -- that's different from their

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 8 of 68

Melinda and Mark Loe, et al vs.                                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                          Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 25

1  gender of birth, they go through a therapy where
2  it's supposed to be reversed to say if a student
3  identifies -- I'm sorry, I'm mumbling.  I'm just
4  kind of --
5  Q.  You're fine.
6  A.  So if a student were to -- I'll say Anita.  If Anita
7  identifies as male and I -- and then there's a
8  therapy that I have to go through to help me feel as
9  though that's not the right gender and I need to go
10  back to the gender of my birth.  At least that's my
11  understanding of it.
12  Q.  Does Northwestern provide any therapy like that?
13  A.  I --
14       MR. BAXTER: Objection, outside the
15  scope.
16       You can answer if you know.
17       THE WITNESS: I've never heard --
18  that's why I struggle with defining it, because I
19  have never heard of that at Northwestern.
20       BY MR. TIMMERMAN:
21  Q.  Have you ever heard of any counseling provided to
22  gay students to help them not be gay?
23  A.  No.
24  Q.  You mentioned that you spoke with Dr. Sommers about
25  sectarian and nonsectarian, correct?

Page 26

1  A.  Yes.
2  Q.  How does Northwestern define nonsectarian?
3       MR. BAXTER: Objection, this is outside
4  the scope of the notice.
5       But you can answer if you know.
6       THE WITNESS: So we define nonsectarian
7  from the definition that's given to us by the
8  Minnesota Department of Education.  I'm trying to
9  remember the people it points out.  This is not my
10  area of expertise; I'm more on the admissions side,
11  enrollment, and not on the academic side.
12       The three bullet points, as I can
13  recall is, the first one is if the course's
14  intention is to train the individual to go into a
15  vocation of some kind of religion, the second point
16  is where the course has an affiliation to a specific
17  religion or based on a specific religion, and then I
18  can't recall the third point.
19       BY MR. TIMMERMAN:
20  Q.  And are all of the PSEO courses offered at
21  Northwestern nonsectarian?
22  A.  Yes.
23       MR. BAXTER: Objection just to the --
24  this -- form of the question.
25       BY MR. TIMMERMAN:

Page 27

1  Q.  I want to pivot here -- and we've been going about
2  35 minutes -- to Northwestern's denominational
3  affiliation.  I don't have a better term.  Could you
4  just explain to me kind of the -- I understand that
5  Northwestern is part of a cohort of other religious
6  institutions.
7  A.  Mm-hmm.
8  Q.  I don't know what that's called, but if you could
9  explain that to me, that would be helpful.
10  A.  So Northwestern is nondenominational; however, the
11  foundation is from the Pentecostal evangelical
12  tradition, but the institution is nondenominational.
13  Q.  Okay.  And when you say -- I understand Pentecostal
14  tradition, but when you say evangelical tradition,
15  is there a particular sect of Christianity that
16  you're referencing there?
17  A.  It's biblically based, so evangelical is mostly
18  everything that -- we see the Bible as the final
19  authority in a matter that we should conduct our
20  personal lives, yeah.
21  Q.  And view the Bible as inerrant, as well?
22  A.  Yes.
23  Q.  Is there a particular version of the Bible that
24  Northwestern has adopted as its source text?
25  A.  No.

Page 28

1  Q.  And is Northwestern affiliated with other either
2  religious schools, houses of worship, any other
3  religious institutions in any manner?
4  A.  No affiliation; however, we have a board of trustees
5  that come from the nondenominational sector.
6  Q.  You're not a member of any cohort of Christian
7  schools or Christian institutions?
8  A.  No.
9  Q.  Do you know what the HLC is?
10  A.  Yes.
11  Q.  What does that mean?
12  A.  It's the Higher Learning Commission.
13  Q.  And what is the Higher Learning Commission?
14  A.  It's an accrediting body from the North Central
15  Association of Colleges and Schools where
16  Northwestern receives accreditation for academic
17  pedagogical offerings, program offerings.
18  Q.  Is Northwestern a member of the North Central
19  Association of Colleges and Schools?
20  A.  Yes.
21  Q.  What other institutions belong to that association?
22  A.  Yeah, I believe it's most institutions, so
23  St. Catherine University for one.  So most of the
24  universities in the Twin Cities area.  So the
25  accreditation is regional.  It's regional to

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 9 of 68

Melinda and Mark Loe, et al vs.                    UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 29

1 institutions, private liberal arts institutions in
2 the Midwestern region.
3 Q.  And are those institutions of various different
4 denominations and faiths or are they all Christian?
5 How does that work?
6 A.  No, it's purely based on academia based on the
7 integrity of the academic program offerings.  I
8 believe institutions in the Twin Cities like
9 Carleton in Northfield, Macalester are all part of
10 the HLC accreditation body.
11 Q.  And so I'm going to use a couple terms and if you
12 don't understand them, please let me know.  Is
13 Northwestern a confessional or a covenant
14 organization?
15 A.  Covenant.
16 Q.  Do you know, is there a difference between
17 confessional and covenant that you're aware of?
18 A.  Yeah, I'm trying to recall.  I could be off here,
19 but my understanding is an institution that is
20 covenant is the one where members of the community
21 are expected to abide by a certain ethos or where
22 they have to sign a faith statement.  So members
23 include from the board of trustees to the
24 presidential cabinet, administration, students,
25 faculty, staff have to sign that declaration or a

Page 30

1 covenant in order to be part of that community.
2     And confessional would be an
3 institution that also has a faith-based standing,
4 but has an open enrollment where, perhaps, the
5 administration, faculty, staff have to sign a
6 covenant; however, other members of the community do
7 not.
8 Q.  Do you know what the doctrinal or biblical basis is
9 for the covenant?
10 A.  Yeah, it's all based on -- so from the foundation,
11 so going back to 1902, when the institution was
12 established, it was Northwestern Bible College and a
13 missionary training school based off of -- in
14 Minneapolis.  This is when this covenant was formed
15 purely based on the intention of building and
16 empowering Christians to grow in their faith and to
17 go out into the world and be a representation of
18 Christ.
19     So the foundation of this covenant is
20 based on our personal relationship with Jesus Christ
21 and then also living a lifestyle that is honoring,
22 God-fearing and contributing to society.
23 Q.  Are PSEO students expected to abide by all of these
24 covenant promises, as well?
25 A.  No.

Page 31

1 Q.  They are not?  Which ones are they not required to
2 abide by?
3 A.  So PSEO -- and I just want to make sure there's a
4 distinction.  So Northwestern offers PSEO programs
5 or we participate in a PSEO program.  We have
6 intentionally opened PSEO to students of all faiths
7 and all backgrounds and all creeds.  So these are
8 students who do PSEO on campus -- I'm sorry, online.
9 Q.  Yeah.
10 A.  Now, because the institution is a faith-based
11 institution and it's an institution that everyone
12 has to sign a covenant, so a student who chooses to
13 participate in our on-campus program, they have to
14 sign a declaration.  By no means do we expect a
15 16-year-old to live a certain lifestyle that for me,
16 a mature woman in my 40s, should live because I
17 understand and I have been a Christian for a long
18 time.
19     However, students who join our
20 community, including on-campus PSEO students,
21 understand that this is an institution and what our
22 covenant is based on and these are students who
23 willingly participate and want to be a part of that
24 community.  Families choose Northwestern because
25 they see this as a place for spiritual growth and

Page 32

1 development.
2 Q.  In the Christian faith, correct?
3 A.  In the Christian faith, yes.
4 Q.  Do you expect -- I think you use the phrase
5 "ambassadors of Christ" and I have seen that here in
6 some of the papers that we'll go over, but are PSEO
7 students who attend on-campus courses, are they
8 expected to be ambassadors of Christ?
9 A.  PSEO students, not in that definition, but at least
10 they are expected to -- this is when it comes to
11 behavior and, in order to participate in the
12 community, follow the behavior that's written in the
13 declaration.
14 Q.  Thank you.  You mentioned 1902 and I have -- that's
15 a very long time ago.  The covenant, to your
16 knowledge, has been around since 1902?
17 A.  Yes, not explicitly how it is written.  Some
18 language has been added over time, but yes, the
19 foundation of that was established in 1902.
20 Q.  Is that when Northwestern opened as an institution?
21 A.  Yes.
22 Q.  And to your knowledge, have students who take
23 on-campus courses at Northwestern always been
24 required to agree to a declaration or a covenant as
25 part of their --

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 10 of 68

Melinda and Mark Loe, et al vs.                    ANTA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 33

1  A.  Yes.
2  Q.  -- as part of attending courses?
3  A.  To my knowledge, yes.
4  Q.  Do you know if that declaration or covenant has
5  changed over the years?
6  A.  I will say specific language was added after the
7  George Floyd event and the emphasis on that was to
8  underscore the importance of embracing, caring for
9  and loving people of all backgrounds at the
10 University.
11 Q.  Was there a particular reason -- other than the fact
12 that George Floyd was murdered, is there a
13 particular reason why the institution decided at
14 that time to update the declaration?
15 A.  No.  It was during the time, I believe, every
16 organization, every industry was going through that
17 moment of self-reflection.
18 Q.  Okay.
19 A.  And Northwestern wasn't excluded from that.
20 Q.  So beyond that modification of the declaration, do
21 you know when it was last modified before that?
22 A.  No.
23 Q.  Have you ever seen the original covenant or
24 declaration?
25 A.  I haven't, no.

Page 34

1  Q.  Let's talk if we could a little bit about the
2  leadership structure at Northwestern.  I know
3  Dr. Hoornbeek is the president of the institution.
4  Do you know how long he's been there?
5  A.  August 2022, so he's fairly new.
6  Q.  And you mentioned a board of trustees?
7  A.  Yes.
8  Q.  How many people are on that board; do you know?
9  A.  I'm going to think about 13; could be less.
10 Q.  Do you know who leads the board of trustees?
11 A.  His name is Grover --
12 Q.  Sayers (phonetic)?
13 A.  No, he's an attorney at law.  I'm trying to think of
14 his last name.  He's the chairman of the board, and
15 that -- it changes every couple of years, so I -- I
16 would have to find out his last name.
17 Q.  I've been on the school board before, so I kind of
18 understand the function of a board --
19 A.  Yeah.
20 Q.  -- but is the board Dr. Hoornbeek's boss,
21 essentially?
22 A.  Yes.
23 Q.  And then is there what you would consider to be like
24 a senior leadership team at the college?
25 A.  Yes.  So it used to be called senior leadership

Page 35

1  team.  Now it's called the cabinet that's led by
2  Dr. Hoornbeek.
3  Q.  And who else is on the cabinet?
4  A.  Various VPs.  We have -- so there is Dr. Hoornbeek
5  and then there is Erick Klein, who is the vice
6  president for enrollment and marketing.  There is
7  Dale Engskov -- the specific spelling of his name is
8  on our website also.
9  Q.  Okay.
10 A.  He is the vice president for advancement.  There is
11 Matt Hill, he's the director of the athletics
12 department; and then our new vice president for
13 student engagement and experience, his name is Bret
14 Hyder; Senior Provost Janet Sommers, so she actually
15 would be second in command after Dr. Hoornbeek; and
16 then there is a senior vice president for media, his
17 name is Jason Sharp; and one more, he is the chief
18 financial officer, his name is John Sommerville.
19 Q.  Is Greg Johnson also --
20 A.  Oh, yes.  So Greg Johnson is -- sorry.
21 Q.  It's okay.
22 A.  We always forget about Greg, poor Greg.  So Greg
23 Johnson is the chief of staff, yeah.
24 Q.  And what is the purpose of the cabinet, to your
25 understanding?

Page 36

1  A.  Sure.  The cabinet, that's the leadership team of
2  the institution and each member has a unit that they
3  oversee, specifically departments, and their
4  position is also to make decisions related to
5  academia and sometimes the day-to-day running of the
6  institution.
7  Q.  Sure.  And does -- to your knowledge, does the
8  cabinet have any involvement in PSEO?
9  A.  They do, yes.  They have an involvement just because
10 of the specific role of each cabinet member in order
11 to ensure that their reports are following the
12 standards set by the Minnesota Department of
13 Education.
14 Q.  This was the nonsectarian standard we talked about
15 before?
16 A.  Yes, yes.
17 Q.  And what about the board, do you know whether the
18 board has any involvement in PSEO?
19 A.  I'm trying to think.  Not directly, not to my
20 knowledge.
21 Q.  That sounds about right, boards are usually a little
22 higher level.
23 A.  Yeah.
24 Q.  Who is the highest-ranking person at the college
25 with oversight of PSEO, like direct oversight?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 11 of 68

Melinda and Mark Loe, et al vs.          ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al          Univ. of Northwestern - St. Paul Designee - 1-30-24          January 30, 2024

Page 37

1 **A. So direct oversight, on the academic side it would**
2 **be Heidi Hoefs.**
3 Q. Okay. And what about on the financial side; do you
4 know?
5 **A. It would be the chief financial officer.**
6 Q. John Sommerville?
7 **A. John Sommerville, yes.**
8 **(Northwestern Deposition Exhibit 1 was**
9 **marked for identification by the court**
10 **reporter and attached hereto.)**
11 **BY MR. TIMMERMAN:**
12 Q. Ms. Cline-Cole, I'm showing you -- and I apologize,
13 are you a doctor, as well?
14 **A. No, not yet, on my way.**
15 Q. Oh, awesome, that's exciting. Ms. Cline-Cole, I'm
16 showing you what's marked as Exhibit 1 to your
17 deposition. Have you seen this document before?
18 **A. I have, yes.**
19 Q. Okay. And you understand that these are the topics
20 that you're here to testify about today?
21 **A. Yes.**
22 Q. Okay. And do you feel like you're able to testify
23 to all these topics?
24 **A. Yes.**
25 Q. You can set that aside; thank you.

Page 38

1 (Northwestern Deposition Exhibit 2 was
2 marked for identification by the court
3 reporter and attached hereto.)
4 **BY MR. TIMMERMAN:**
5 Q. I'm showing you what's been marked as Exhibit 2 to
6 your deposition. Feel free to take a moment and
7 review it. Back to my earlier point about not
8 trying to trick you, I encourage you to read
9 documents that I put in front of you and feel
10 comfortable doing so.
11 **MR. BAXTER: Take as much time as you**
12 need.
13 **BY MR. TIMMERMAN:**
14 Q. Have you had a chance to review it?
15 **A. Mm-hmm.**
16 Q. So you will see in the bottom right-hand corner
17 there are tiny little numbers and words or letters.
18 Those are just labels that we use as lawyers to make
19 sure that we're keeping our documents straight.
20 So these are -- this is a Declaration
21 of Christian Community from Northwestern, correct?
22 **A. Yes.**
23 Q. And is this the current declaration?
24 **A. Yes, it looks like it.**
25 Q. And does this entire document apply to students who

Page 39

1 take PSEO on campus?
2 **A. That's correct, yes.**
3 Q. And how long has that been the practice?
4 **A. Since we started offering PSEO on campus. I believe**
5 **our first cohort was in 2012 for on-campus PSEO.**
6 Q. So 2012 was the first school year that Northwestern
7 offered on-campus PSEO courses?
8 **A. Yes.**
9 Q. And prior to 2012, did Northwestern offer online
10 PSEO courses?
11 **A. Yes.**
12 Q. Do you know why the decision was made to introduce
13 on-campus?
14 **A. Yes. I believe, if I recall from talking to Heidi,**
15 **it was because there were some parents who felt that**
16 **they wanted their students to participate in the**
17 **same classroom setting as all the traditional**
18 **students.**
19 Q. Okay.
20 **A. And it was -- that first cohort we started with one**
21 **student and then I think the following semester we**
22 **had three other students apply for the on-campus**
23 **program.**
24 Q. And it's just kind of exploded since then, right?
25 **A. It has, yes.**

Page 40

1 Q. Do any of the current PSEO students actually live on
2 campus?
3 **A. Yes. So we have students who -- we give them the**
4 **option to stay on campus and they have to be at**
5 **least 17 years old and a senior in high school. The**
6 **number is small. Usually we get about maybe one or**
7 **two a semester who express interest in living on**
8 **campus and currently I think we have about -- a**
9 **total of about eight PSEO on-campus students living**
10 **in the residential dorms.**
11 Q. Eight currently living in the dorms?
12 **A. I believe so, yes.**
13 Q. And the others commute to and from?
14 **A. Yes.**
15 Q. And for the eight current who are living in a
16 residential hall on campus, do you know, are they
17 required to attended chapel or any other religious
18 gathering?
19 **A. They are, yes.**
20 Q. And what are they required to attend?
21 **A. So there is a spiritual formation as part of the**
22 **experience of living on campus -- living in the**
23 **dorms, and I believe that spiritual formation**
24 **credit, so to speak, not academically credit-bearing**
25 **at all, and part of their spiritual growth and**

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24                     January 30, 2024

Page 41

1 development, chapel is one of those requirements;
2 and this is only for students who live in the dorms.
3 Q.  Okay.  And I'm glad you raised the spiritual
4 formation.  I wanted to talk with you a little bit
5 about that later --
6 A.  Sure.
7 Q.  -- just so I can get some clarity, and we'll look at
8 a document about that.
9      So this is only a requirement for
10 students who are living on campus --
11 A.  On campus, yes.
12 Q.  -- and taking PSEO?
13 A.  Yes.
14 Q.  And how long has that been the practice?
15 A.  I don't know.
16 Q.  Are there consequences if the student doesn't
17 complete their spiritual formation requirements?
18 A.  Not to my knowledge, no.  The consequences for not
19 completing the spiritual formation requirements are
20 for traditional students because that attendance,
21 chapel attendance, is credit-bearing.  So
22 traditional students who are tuition-paying do have
23 a consequence of, okay, we're going to add three
24 more chapel attendances or you're going to be
25 required to do something else, but not, to my

Page 42

1 knowledge, for PSEO students on-campus residential
2 students.
3      MR. TIMMERMAN:  We've been going about
4 an hour now.  Would you like to have a break?
5      MR. BAXTER:  I think it makes sense.
6      (Short break taken from 10:59 t 11:12.)
7      BY MR. TIMMERMAN:
8 Q.  So, Ms. Cline-Cole, when we left off, we were
9 talking about the eight or so students who live on
10 campus who are required to attend chapel for the
11 spiritual formation program.  I wanted to ask you
12 about something different.
13      Why does Northwestern require students
14 who are on campus to agree to the declaration, but
15 not students who take online classes?
16 A.  Absolutely.  So the -- and this would be a cabinet
17 decision and fundamentally a board decision where
18 the program -- the institution wanted to open it to
19 every student and that's how it started.  So PSEO
20 was always done through distant education, through
21 online.
22 Q.  Okay.
23 A.  It included a request of some small community
24 members, they asked if the students would be allowed
25 to participate and take courses on campus.  I

Page 43

1 believe, from talking to Heidi Hoefs, that's how the
2 on-campus program was developed initially.  So it
3 was mostly by request, so one or two students, hence
4 that small cohort and then, over time, more students
5 wanted to have that opportunity.  But these were
6 families who felt that they would be a good fit for
7 Northwestern based on its Christian foundation and
8 then it kind of grew from that.
9 Q.  So Christian families who wanted on-campus --
10 A.  Yes, on-campus.
11 Q.  Okay.  And with respect to the online PSEO
12 community, is there a reason why a faith statement
13 is not required for that group of students?
14 A.  I think, in order to stay consistent with the
15 intention of the PSEO program, where the program
16 was, again, available to every junior and senior
17 from the state of Minnesota, the institution, I
18 believe -- and, again, I'm trying to recall.  I
19 don't know the full history.  I'm trying to recall
20 the reason for the on-campus program offering to
21 stay consistent, to continue offering online, but
22 then as the campus program grew, they separated the
23 two cohorts or two venues so to speak.
24 Q.  Okay, and I appreciate that.  I'm just trying to
25 understand, I guess, like, specifically why

Page 44

1 Northwestern doesn't require a faith statement from
2 the online students.  I understand that they
3 separated and started an on-campus cohort back in
4 2012, but why does Northwestern feel a faith
5 statement is not important for online students?
6 A.  I wouldn't say it's not important, but again, it's
7 the position, I believe, the institution took to
8 have every student to have the opportunity, without
9 the requirement of living a lifestyle according to
10 the declaration, have an opportunity to participate
11 in the PSEO program.
12 Q.  Do you know when the online PSEO program started?
13 A.  It was -- it has been offered for as long as the
14 distance education program was available, I believe
15 in the mid '90s.  I don't have a specific year.
16 Q.  And are online PSEO students presented with the
17 Declaration of Christian Community or is it sent to
18 them or referenced to them in any way?
19 A.  Never, never.
20 Q.  Okay.  Are they required to answer any questions
21 during the admissions process about their faith?
22 A.  No.
23 Q.  You mentioned earlier that you do track the faith
24 of --
25 A.  Mm-hmm.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 13 of 68

Melinda and Mark Loe, et al vs.                                                 ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                            Univ. of Northwestern - St. Paul Designee - 1-30-24                              January 30, 2024

Page 45

1  Q.  -- online students, correct?
2  A.  Yes.
3  Q.  And is that through a voluntary disclosure process
4  that they go through?
5  A.  Yes.
6  Q.  Do you know when -- in 2012, when Northwestern
7  decided to begin offering on-campus PSEO, was there
8  any conversation with the Department of Education
9  about that change?
10 A.  Not to my knowledge.  I don't know.
11 Q.  Is it fair to say that the Declaration of Christian
12 Community applies in the same respect to
13 undergraduate college students and PSEO on-campus
14 high school students?
15 A.  It is fair to say, yes.
16 Q.  Okay.  Have you ever come to learn that some kids
17 prefer an on-campus educational setting versus a
18 virtual campus setting?
19 A.  Yes.
20 Q.  Okay.  Can you tell me a little bit about that?
21 A.  We have received applications from students who
22 started off online and -- usually it starts with a
23 conversation with their academic advisor and then
24 the advisor will explain to the student the process
25 for enrolling in the on-campus setting, so "the

Page 46

1  process" meaning separate -- well, not a separate
2  application, but these additional questions that the
3  student has to answer.
4       There is a higher academic rigor for
5  on-campus only because of the challenge sometimes of
6  driving to campus, working through your schedule,
7  navigating time management, so we have a higher
8  expectation for students who are doing on-campus
9  than for a student who is taking asynchronous online
10 courses, and this is strictly on the admissions
11 side.
12      So part of the conversation that the
13 academic advisor will have with that student is to
14 say, let's look at your GPA, where you're at right
15 now.  The minimum GPA in order to stay in the
16 program is a 2.0 that an online student has to
17 maintain.  For an on-campus student, they have to
18 maintain a 3.0 GPA, so there's a little bit more
19 rigor there.  So there's a conversation about
20 academic standing and then also the spiritual fit,
21 as well.
22 Q.  And what do you mean by "spiritual fit"?
23 A.  It would be the conversation about the Declaration
24 of Christian Community.
25 Q.  That's an important admissions criteria for

Page 47

1  Northwestern, correct?
2  A.  For on-campus, yes.
3  Q.  And of those students who you're familiar with who
4  requested to possibly transition from online to
5  on-campus, do you know why they wanted to make that
6  move?
7  A.  Well, some students just -- I work on the enrollment
8  side, so I track this; and I will say my job is to
9  increase enrollment.  That's how my performance is
10 measured, so I want students to continue enrolling
11 at Northwestern.  Students who would have had some
12 classes, they would have engaged with professors, be
13 it online, and they really appreciated the
14 experience that they have had and generally want to
15 continue and they choose the on-campus option.  We
16 generally see a high matriculation rate from those
17 students who join the on-campus community
18 matriculating to the traditional program.
19 Q.  Is that one of the goals of the program, to increase
20 matriculation?
21 A.  If you're asking an enrollment person, it would be
22 my goal.  I don't know about the institution, but
23 yes, I would like to see students continue on into
24 our traditional program, yes.
25 Q.  Do you know if any of those students who were

Page 48

1  considering a transition from online to on-campus
2  ever expressed that they just learn better in
3  person?
4  A.  There are -- I believe there would be students in
5  that category, yes.
6  Q.  Students with disabilities, for example, might learn
7  better in person, correct?
8  A.  I can't speak to that, but yeah.
9  Q.  Are you aware of any student who wanted to make that
10 transition from online to on-campus, but was unable
11 to do that because of the additional requirements of
12 the faith fit?
13 A.  I am not aware, not any student specifically.
14 Q.  Do you know, has Northwestern ever allowed a student
15 to take on-campus PSEO without agreeing to abide by
16 the declaration?
17 A.  I am not aware, and I can provide some clarity to
18 that, my response.
19 Q.  Sure.
20 A.  For me to even see the application, for the
21 application to be considered complete, the
22 declaration needs to be signed, so it needs to be
23 acknowledged, reviewed and signed.  So if it's not
24 signed, it doesn't go through the process for
25 completion.  So I'm not aware of any student who

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANY OF THE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

Page 49

1 wanted to be on campus and didn't sign the
2 declaration because I would not have seen that
3 application.
4 Q.  They just would not have passed it through as a
5 completed application?
6 A.  That's correct, yes.
7 Q.  And fair to say that if a student refuses to sign
8 the declaration, they don't get to take on-campus
9 PSEO?
10 A.  I'm trying to -- I see this as the student's choice.
11 With the declaration, what we ask is, Have you read
12 the declaration?  Do you agree to the declaration?
13 So, again, I wouldn't -- I don't know and I can't
14 track who has read it and not agreed to it because,
15 again, I don't even see those files.
16 Q.  Are you aware of any instances where a student has
17 applied and refused to sign?
18 A.  No.
19 Q.  Again, that would be something that you wouldn't
20 necessarily have sightline to, correct?
21 A.  That's correct, yes.
22 Q.  Who would?
23 A.  We -- I mean, so as part of a -- how we track files,
24 there are incomplete files, but most incomplete
25 files generally fall into the category of student

Page 50

1 decided to go elsewhere, take PSEO somewhere else,
2 or they didn't quite have time to complete the file
3 to meet the deadline; but there isn't a way to track
4 what's missing from the file when it's incomplete,
5 it's just categorized as incomplete.
6 Q.  Okay.  And for students whose applications are
7 incomplete, is there any outreach from the
8 University to see why, kind of what the hold-up is?
9 A.  Not to say why, but we encourage them, here is the
10 deadline, let us know if you have any questions.
11 Q.  If you look at the last sentence, and it's not a
12 full sentence because there's a quote from
13 Galatians, I think, on the first page, it says, "We
14 will put our relationship to Jesus Christ at the
15 center of our lives and our studies."  Do you see
16 that?
17 A.  Yes.
18 Q.  And are PSEO students who attend courses on campus
19 expected to put their relationship with Jesus Christ
20 at the center of their lives and studies?
21 A.  Yes.
22 Q.  If you go to the next page, the last sentence of the
23 first paragraph, it reads, "We understand that many
24 rules and guidelines at University of Northwestern,
25 instituted and followed by the whole community for

Page 51

1 the safety and benefit of all, were created to
2 instruct and steer us into right choices, foster the
3 Christ-centered community during our years here, and
4 teach us how to spread Christ-centered community to
5 others."  Do you see that?
6 A.  Where are you reading again?
7 Q.  It's the last full sentence of this (indicating).
8 A.  Oh, okay.  So "We agree ...," here?
9 Q.  Here (indicating), if you could just read that.  I
10 think I read it correctly.
11 A.  Mm-hmm, I see it.
12 Q.  Okay.  Are PSEO students expected to learn how to
13 spread Christ-centered community to others?
14 A.  Yes.  So PSEO on-campus students who have signed the
15 declaration, any member of the Northwestern
16 on-campus community who has signed the declaration,
17 there is the expectation that what's written on the
18 declaration should be met.
19 Q.  This same sentence references "safety."  What does
20 that word mean in this context?
21   MR. BAXTER: Objection, outside the
22 scope of the notice.
23   But if you know, you can answer.
24   THE WITNESS: My definition, and this
25 is my own personal expression here, is the safety of

Page 52

1 other believers.  So when I talk about some
2 experiences that I have, I feel safe within the
3 community of other believers.  When I make
4 references to scripture, I feel safe that they
5 understand what I'm referring to.  At least for me,
6 that's what my personal interpretation is for
7 "safety."
8   BY MR. TIMMERMAN:
9 Q.  So providing safety for other students?
10 A.  Mm-hmm.
11 Q.  I'm sorry, that was a yes?
12 A.  I'm sorry, could you repeat that?
13 Q.  Yeah.  It was just providing safety for other
14 students is what I hear you saying?
15 A.  Well, individual safety and safety within the
16 community of like-minded believers, yes.
17 Q.  Is there a concern that someone who doesn't believe
18 in Jesus Christ might be a danger to the community?
19 A.  No, no concern.
20 Q.  Is there a concern that -- let me rephrase it.
21   Have you ever heard the word
22 "contamination" used in the context of ensuring that
23 only believers of Jesus Christ are on campus
24 together?
25 A.  No, I have not.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 15 of 68

Melinda and Mark Loe, et al vs.                                      ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                      Univ. of Northwestern - St. Paul Designee - 1-30-24                          January 30, 2024

Page 53

1  Q.   And if you go down to the last full paragraph on
2  this page, the fourth sentence reads, "As followers
3  of Christ, we turn from sexual immorality in its
4  many forms ..."  Do you see that?
5  A.  I do, yes.
6  Q.   Are same-sex relationships considered to be immoral
7  under this declaration?
8  A.   As defined by the declaration and as it's written
9  there, yes.
10  Q.   It is -- is a same-sex relationship considered to be
11  a "sexual sin" under this policy?
12      MR. BAXTER: Objection.  If you're
13  quoting, could you just point to where you're
14  quoting?
15      BY MR. TIMMERMAN:
16  Q.   The previous sentence says, "Believing that God
17  redeems and restores through life in Christ, we walk
18  alongside those that are seeking to overcome sexual
19  sin."  Do you see that?
20  A.   I see that, yes.
21  Q.   Is being gay a sexual sin at Northwestern?
22      MR. BAXTER: Objection, vague.
23      You can answer.
24      THE WITNESS: No.
25      BY MR. TIMMERMAN:

Page 54

1  Q.   Is a man having a relationship with another man
2  considered to be a sexual sin at Northwestern?
3  A.   It would be considered sexual sin if the student has
4  signed the declaration and still chose that
5  behavior.  It would be a sexual sin for me, as a
6  married woman, if I have signed the declaration and
7  I still choose to participate in extramarital
8  affairs.  So according to the declaration and
9  according to the Bible and the principles of the
10  declaration, yes.
11  Q.   Okay.  In this last sentence we just read, it also
12  says that "... we walk alongside those that are
13  seeking to overcome ..."
14      Is there any effort at Northwestern to
15  help students who are gay overcome being gay?
16      MR. BAXTER: Objection, vague.
17      You can answer if you know.
18      THE WITNESS: My understanding is that
19  students who have challenges in any of these forms
20  where they feel as though they need the help,
21  regardless of identity, would have that counseling
22  if they so choose, and it's all by choice.  Students
23  are never forced, they are never coerced, it's all
24  by their choice.
25      BY MR. TIMMERMAN:

Page 55

1  Q.   And in that same sentence again, it says, "... we
2  walk alongside those that are seeking to overcome
3  sexual sin."
4      What about those that are not seeking
5  to overcome sexual sin, for example a male PSEO
6  student who is in a romantic relationship with
7  another man?  Does Northwestern walk alongside that
8  student, as well?
9  A.   So the "walk alongside" is those who have asked for
10  help.  If a student has not asked for help, as an
11  institution, the institution would not know.
12  Q.   Let's move on to the next paragraph if we could,
13  starting with "We believe we are created by God ..."
14  If you could just read that full paragraph, which
15  continues on to page 3, I have some questions about
16  that.
17  A.   Okay.
18  Q.   Have you had a chance to read that?
19  A.   Mm-hmm.
20  Q.   If you could turn to page 3, the second to last
21  sentence in the declaration reads, "While we
22  acknowledge there may be confusion and brokenness
23  for some individuals in this area, we do not affirm
24  or support transgender identity or expression."
25      What does the declaration mean when it

Page 56

1  says "confusion and brokenness for some individuals
2  in this area"?
3  A.   I honestly cannot explain what's written on this
4  declaration.  I think it's -- it's very clear that
5  the reference of "confusion and brokenness" would be
6  any individual who feels as though they are -- they
7  need help and those individuals, we will come
8  alongside them.
9  Q.   But this specific reference is in a paragraph that
10  talks about individuals who are not cisgender,
11  correct?
12      MR. BAXTER: Objection, vague.
13      BY MR. TIMMERMAN:
14  Q.   You know -- let me ask you this.  Do you know what
15  the term "cisgender" means?
16  A.   I read about that.  I believe cisgender is all --
17  it's the umbrella that -- all-inclusive, yep.
18  Q.   Okay.  Cisgender actually means that your gender
19  identity aligns with your biological sex.
20  A.   I see.
21  Q.   So let me ask the question a little bit different.
22  Does Northwestern view transgender individuals as
23  confused?
24  A.   I do not -- I cannot answer that.  I don't know.
25  Q.   What about as broken?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 16 of 68

Melinda and Mark Loe, et al vs.                          ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al          Univ. of Northwestern - St. Paul Designee - 1-30-24                          January 30, 2024

Page 57

1  A.  I cannot answer that.  I don't know.
2  Q.  You don't know what the declaration means in this
3  regard?
4  A.  Oh, I understand what the declaration means, but the
5  term "brokenness" has several interpretations.
6  "Brokenness" could be I feel broken, I have had
7  difficult experiences in my life, I need help.
8  Q.  Okay.  But I'm asking you, as the individual who has
9  been identified to testify about this particular
10 document on behalf of the University to explain what
11 that sentence means in the declaration, "While we
12 acknowledge there may be confusion and brokenness
13 for some individuals in this area ..."
14 A.  Mm-hmm.
15 Q.  You would agree that "in this area" refers to gender
16 identity, correct?
17 A.  So I want to clarify that the term "brokenness," I
18 don't believe that -- so this is a term that's used
19 for somebody who needs help.  It could be brokenness
20 on the spiritual side, like I need help spiritually,
21 and it's not just specific to what you're referring
22 to.  It could be an umbrella in any situation.  It
23 could be a student who is struggling with
24 pornography, for instance, premarital sex.  It could
25 be a student who is struggling with addiction.

Page 58

1     I want to be clear that it's an
2  umbrella, it's all-arching, it's not just
3  specifically to students in the LGBTQ community.
4  Q.  But according to this Declaration of Christian
5  Community, does Northwestern believe that if you are
6  transgender, you need something to be fixed?
7     MR. BAXTER: Objection, asked and
8  answered.
9     THE WITNESS: I will say no.
10    BY MR. TIMMERMAN:
11 Q.  Okay.
12 A.  And I will go further in clarifying that, as
13 students, it is not in our place to fix anyone.  As
14 a believer and as a Christian who follows the
15 declaration, we trust in our relationship with
16 Christ and that personal relationship is what leads
17 us to redemption of any struggles that we have as
18 individuals, but not a human being can fix any other
19 human being.  That's what I'm trying to explain and
20 that's the understanding of our community, that we
21 don't have the right or authority to fix any
22 individual.
23 Q.  That belongs to Christ?
24 A.  Yes.
25 Q.  Okay.  Do you know of gay Christians?

Page 59

1  A.  I do, yes.
2  Q.  Do you know any transgender Christians?
3  A.  Mm-hmm.
4     MR. BAXTER: You need to answer yes or
5  no.
6     THE WITNESS: Oh, I'm sorry.  Yes.
7     BY MR. TIMMERMAN:
8  Q.  And do those individuals have a relationship with
9  Christ?
10    MR. BAXTER: Objection, calls for
11 speculation.
12    If you have personal knowledge, you can
13 answer.
14    BY MR. TIMMERMAN:
15 Q.  Yeah, to the extent of your knowledge, do those
16 individuals have a personal relationship with
17 Christ?
18 A.  Yes.
19 Q.  And the last sentence of this provision reads,
20 "Instead, we place our faith and trust in God's
21 redemptive plan."
22    What does the phrase "redemptive plan"
23 mean in this declaration?
24 A.  So this statement, to my knowledge, does not refer
25 to a physical plan, it's the redemptive plan of

Page 60

1  going through the walk of a believer where you
2  recognize that you need Christ in your life and you
3  accept Jesus Christ and you walk through that path
4  to, eventually, perfection when we meet him one day,
5  when we die and we meet him one day.
6     So the redemptive plan is walking the
7  life of a believer and trusting the Lord through our
8  weaknesses to help us through that path.  But I am
9  not aware of an actual -- an actual physical
10 redemptive plan.
11 Q.  If you could, turn to the last page, please.  I
12 think we touched on this a little bit earlier, but I
13 just want to go over it again.  The second sentence
14 of the second paragraph, here (indicating), "I will
15 remember that I am, above all, an ambassador of
16 Christ in His Kingdom."  Correct?
17 A.  Sorry, where did you say -- oh, yeah, "I will
18 remember that I am, above all, an ambassador of
19 Christ in His Kingdom," yes.
20 Q.  And just to clarify, you expect PSEO students who
21 take on-campus courses to be, above all, ambassadors
22 of Christ in his kingdom, correct?
23 A.  Yes.
24 Q.  And if you violate this declaration, there are
25 consequences, correct?

Melinda and Mark Loe, et al vs.
Willie Jett, et al

UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 61

1   A.   There are consequences, yes.
2   Q.   What are the consequences?
3   A.   The process would be -- so, again, just to separate
4   a student's identity from a student's behavior,
5   there are processes where the students -- a
6   violation could be the behavior contradicts what the
7   expectation is according to the declaration.  It is
8   always, always with grace and redemption.  It is
9   never to punish an individual, it is never to bring
10  shame to an individual, but you read the term
11  "coming alongside," so it's walking along with that
12  individual to help them through the challenges that
13  they are experiencing and to bring them back to
14  focus, to follow the declaration.  That's the
15  consequence really.
16  Q.   And in terms of material consequences, can students
17  be expelled for violating the Declaration of
18  Christian Community?
19  A.   Ultimately, but I will tell you I have never seen
20  that.  I have never seen a student expelled for
21  violating the Declaration of Christian Community.
22  Q.   Have you ever seen a student be suspended?
23  A.   The only suspension I am aware of is academic
24  suspension.  I have not seen, not to my knowledge, I
25  haven't.

Page 62

1   Q.   Are you aware of any material discipline that's come
2   from a violation or resulted from a violation of
3   this declaration?
4   A.   Could you give me an example of material discipline?
5   Q.   Yeah.  So what I'm talking about, we talked about
6   expulsion, we talked about suspension.  Are there
7   any other types of discipline that are handed out by
8   the University short of expulsion or suspension;
9   academic probation or probation of any type?
10  A.   Yeah, academic probation, that would be strictly on
11  the academic side, so when the student doesn't meet
12  their GPA minimum requirement.  But as far as
13  lifestyle behavior related to the declaration, not
14  to my knowledge, I have not seen that.
15  Q.   Any type of probation that you've seen related to
16  the nonacademic side of student behavior?
17  A.   I have not.  So to emphasize on the redemptive
18  position that Northwestern takes, it's a lot of
19  partnering, embracing, loving, coming alongside the
20  student, and it is where a student should never feel
21  bullied, never feel like they are put to shame.  If
22  anything, the position is loving on that student.  I
23  have not seen a situation where there are material
24  consequences because of a student's behavior as it
25  relates to the declaration.

Page 63

1   Q.   Have you ever seen a written warning of any type to
2   a student saying that you violated the declaration
3   and you need to take corrective action?
4   A.   Personally, I have not.  If it exists, I have not
5   seen it, yeah.
6   Q.   Did you speak with anyone other than your attorneys
7   about whether that's ever occurred?
8   A.   My conversation with -- my conversation with the
9   dean, because we did have a conversation, so this is
10  the associate dean that I talked about, student
11  life, Cory Wilder, because I had asked him to
12  clarify for me what stance Northwestern takes and to
13  affirm my assumptions and what I believed to be
14  true, if a student was to violate the declaration,
15  what position the institution takes.
16      And Cory was very clear to say never
17  punitive, it was always supportive and always cared
18  for.  In fact, he had -- he talked about these two
19  branches of, you know, there's a violation of the --
20  when you violate and you plagiarize, for example, or
21  you -- you're not attending classes, skipping
22  classes, so there's that violation, and then there's
23  a violation of I'm struggling with pornographic
24  thoughts or I stole my roommate's -- something,
25  whatever, so there is that separate; but, again, he

Page 64

1   did emphasize that the identity is separate from the
2   behavior and the consequences for the behavior is
3   always a redemptive position from the institution,
4   yeah.
5   Q.   Did you ask Cory specifically whether any students
6   have ever been expelled or put on probation or
7   suspended for violating the declaration?
8   A.   No, I did not.
9   Q.   Cory would be the person to talk to if we wanted
10  more information on that, correct?
11  A.   He was -- I don't know if he's the one specifically,
12  but he was the one I could reach when I had that
13  specific question.  The other individual, I'm not
14  sure -- he had said he shared that responsibility
15  with another member of Northwestern student
16  lifestyle.
17  Q.   If you violate the declaration, is there any type of
18  programming or courses or counseling that you're
19  required to seek to come back into compliance?
20  A.   Every form of course direction, if I may use that
21  term --
22  Q.   Yes.
23  A.   -- is all done through student life; and when I was
24  seeking clarity, I didn't get any specifics on what
25  the process was or the method, but the emphasis was

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 18 of 68

Melinda and Mark Loe, et al vs.                                    ANITA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                          Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 65

1  it was all done out of care and love.
2  Q.  So you don't know, for example, whether someone who
3  violated the declaration was required to attend
4  counseling?
5  A.  That I don't know.
6  Q.  Or required to attend programming?
7  A.  No.  The only time that counseling was mentioned was
8  if an individual -- so it could be a student, we've
9  had staff who have needed -- they have reached out
10  and said, look, I need counseling, and they have
11  been referred to the counseling service; never
12  coerced, it's always voluntary to say, okay, here is
13  the office, contact the director and he will assign
14  you to a professional counselor.
15      But from what I -- Cory was very clear,
16  this was never suggested to a student or to a
17  faculty or a staff member.
18  Q.  Okay.  You've mentioned a couple times this concept
19  of identity versus conduct.
20  A.  Mm-hmm.
21  Q.  Would you agree that part of the identity of being
22  gay is being attracted to people who are your same
23  sex?
24  A.  By definition, yes.
25  Q.  And would part of the identity of being gay be

Page 66

1  wanting to pursue relationships with people of the
2  same sex?
3      MR. BAXTER:  Objection, calls for
4  speculation.
5      THE WITNESS:  Not always.
6      BY MR. TIMMERMAN:
7  Q.  Sometimes?
8  A.  Yeah, I -- sometimes, yes.
9  Q.  Do you consider being married as a part of your
10  identity?
11  A.  One of, yes.
12  Q.  Are the consequences for violating the Declaration
13  of Christian Community the same regardless of
14  whether you're a PSEO student or an undergraduate
15  student taking on-campus courses?
16  A.  The consequences are the same for every member of
17  the campus community who have signed the
18  declaration.
19  Q.  Okay, thank you.  Are students encouraged to report
20  if they suspect a peer is violating the declaration?
21  A.  No.
22  Q.  Do students make reports about suspected violation?
23  A.  It is not a practice.  It is not a practice for
24  students to report if they suspect a violation.
25  There are students who have been put in some

Page 67

1  positions, for example students who serve as
2  resident assistants, who it is part of their
3  responsibility to work with students in those
4  residential dorms and there is a process that helps
5  them along the way, but besides that, I don't know
6  of any student who tells on another student.
7  Q.  Okay.  So are you aware of reports that have been
8  made by RAs who are overseeing residence halls?
9  A.  I am not aware, no.
10  Q.  But there is an understanding that -- I mean, I
11  think that's common for all RAs, right --
12  A.  Yes.
13  Q.  -- if somebody is violating conduct?
14  A.  Yes.
15  Q.  Okay.  Are you aware of a report ever being made
16  about a student who was engaging in a same-sex
17  relationship?
18  A.  No.
19  Q.  Any discipline a student has received for being in a
20  same-sex relationship?
21  A.  No, I'm not aware.
22  Q.  Again, Cory would be the person who would know that
23  firsthand, correct?
24  A.  Cory might be able to answer, but if he can't answer
25  that question, he'll refer you to the person who

Page 68

1  will be able to answer that.
2  Q.  Are you aware of any students being reported for
3  discipline for dressing in a manner that is contrary
4  to their biological sex?
5  A.  No.
6  Q.  Are you aware of any reports or discipline for
7  students being nonChristian or expressing faith in a
8  different religion?
9  A.  Reported, no, I am not aware.
10  Q.  Any discipline?
11  A.  No.
12  Q.  Has anyone ever been expelled or suspended for that?
13  A.  No.
14  Q.  Why is it important to Northwestern that same sex
15  students not have relationships as defined by your
16  declaration?
17  A.  Well, going back to the building blocks of the
18  institution, everything that we do, our lifestyle,
19  what we confess in our ethos is centered around the
20  love of Christ, and in our weakness we try to
21  practice that.  We try to practice what's written in
22  the declaration.  So that's why it's important to
23  the institution.  It's the foundation of what
24  Northwestern is about.  It's a Christ-centered
25  community, biblically-based, and everything we do is

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 19 of 68

Melinda and Mark Loe, et al vs.                                    ANITA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 69

1  centered around that as an institution.
2  Q.   Is it because the Bible says that same-sex
3  relationships are wrong?
4  A.   I don't believe the Bible explicitly says it in that
5  word, but we have to follow what the Bible says
6  because, again, Northwestern is based on biblical
7  principles.
8  Q.   I believe that -- it's been a while since I've read
9  this, but the Bible says something to the effect of
10  a man shall not lay with another man, correct?
11      MR. BAXTER: Objection, I believe
12  that's outside the scope.
13      But if you know, you can answer.
14      THE WITNESS: I don't know the
15  reference.  It sounds familiar, but I would love to
16  see the scripture related to that, yes.
17      BY MR. TIMMERMAN:
18  Q.   Have you ever reviewed that scripture?
19  A.   I have, yes.
20  Q.   In what context?
21  A.   Through my faith journey.  I've been a Christian for
22  a long time.  I have seen it at one point.  I can't
23  remember the exact -- how long ago it was, but I
24  have seen it, yeah.
25  Q.   So would you say that the doctrinal foundation for

Page 70

1  Northwestern is literalism?  Do you understand what
2  that means, that what the Bible says is literally
3  true and inerrant?
4  A.   It is inerrant, yes.  We follow the instructions of
5  the Bible and what the Bible says, yes.
6  Q.   All of the instructions?
7  A.   Well, there's some that's not applicable to -- for
8  example, we don't sacrifice goats and sheep anymore.
9  Q.   What about tattoos?  Like, I know the Bible
10  prohibits the marking of skin.  Does Northwestern
11  allow students who have tattoos to attend on-campus
12  classes?
13  A.   Students who have tattoos are part of the
14  Northwestern community, yes.
15  Q.   I know the Bible also prohibits wearing clothing
16  made from more than one type of cloth.  Are there
17  students on campus at Northwestern who wear more
18  than one kind of cloth on a daily basis?
19      MR. BAXTER: Objection, lack of
20  foundation.
21      You can answer if you know.
22      THE WITNESS: Literally, yes, you can
23  wear silk and cotton in the same fabric.
24      BY MR. TIMMERMAN:
25  Q.   Okay.  Do you know of any students who have

Page 71

1  voluntarily unenrolled from Northwestern because of
2  their religious beliefs?
3  A.   I don't know of any student.  I personally do not
4  know of any student.
5  Q.   Would you be the person who would know about
6  students who had unenrolled?
7  A.   No.
8  Q.   Who would?
9  A.   So I work with students from the point of inquiry to
10  when they enroll, when they finally join the
11  community, but beyond that, we have another team
12  that works with retention and beyond.  So I don't
13  work with that.
14  Q.   To the best of your knowledge, who on the team is
15  the person with the most knowledge of student
16  voluntary unenrollment?
17  A.   I would start with -- I mean, if you are looking at
18  the University, the provost would be the person,
19  Janet Sommers.
20  Q.   So fair to say that you don't know reasons why any
21  student would have unenrolled?
22  A.   It's -- those conversations or occurrences are kept
23  confidential for the integrity of the student and
24  institution, so it would not be a practice for me to
25  know.

Page 72

1  Q.   Okay.  So you wouldn't know, for example, if a
2  student has voluntarily unenrolled because of their
3  sexual orientation?
4  A.   No.
5  Q.   Or because of their gender identity?
6  A.   I would not know that.
7  Q.   Or because they are pregnant?
8  A.   I would not know that.
9  Q.   What is Northwestern's position with respect to
10  students who are pregnant?
11  A.   Care and love, yeah.  I'm trying to think if I have
12  seen a situation, pregnant students; yeah, married,
13  out of wedlock, it's always been care and love, not
14  expulsion.
15  Q.   Okay.  Are you aware of any students who have
16  voluntarily unenrolled because they claim to have
17  experienced some type of discrimination?
18  A.   No.
19  Q.   Are you aware of any reports to the institution
20  about discrimination on the basis of sexual
21  orientation?
22  A.   No.
23  Q.   Would that be within your purview or is that, again,
24  someone else?
25  A.   I am not aware of a situation in that manner.  The

CASE 0:23-cv-01527-NEB-JFD  Doc. 97-13  Filed 09/04/24  Page 20 of 68

Melinda and Mark Loe, et al vs.       ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al       Univ. of Northwestern - St. Paul Designee - 1-30-24       January 30, 2024

Page 73

1  provost could tell you, but again, if there is any
2  situation in that light, it would be confidential.
3  Q.  Are you aware of any inquiries or complaints that
4  Northwestern has received about the Declaration of
5  Christian Community specifically from PSEO students
6  on campus?
7  A.  Yes.
8  Q.  What do you know?
9  A.  There was a document provided to me as part of the
10 preparation for the deposition and I did see a
11 couple of instances where students expressed concern
12 that they were denied admission because they did not
13 meet -- denied admission for on-campus.
14      Then there is another instance where a
15 student, while they were completing the application,
16 they came across some questions that were related to
17 their faith in Jesus Christ and they didn't
18 understand what that was because they were not
19 Christians.
20      So, yes, I have seen -- I have seen
21 those instances and I'm aware of them.
22 Q.  And do you know whether those individuals were
23 allowed to progress in the application process?
24 A.  Well, I mean, for students -- I had explained
25 earlier, for the application to be complete, you do

Page 74

1  have to sign the declaration.  So there are
2  students -- based on the evidence that I looked at,
3  it appeared as though they were students who came
4  across those statements or those requirements and
5  then pulled back and did not complete the file.
6  Q.  So the inquiries and complaints that you're aware of
7  are based on documents that you've reviewed?
8  A.  Yes.
9  Q.  Have you spoken with anyone other than your
10 attorneys within the institution?
11 A.  About that, no.
12 Q.  Who would be the person who would know what
13 complaints and inquiries the school has received
14 about the faith statement or the faith requirement
15 for PSEO students and their families?
16 A.  So I would have some knowledge.  I'm aware of those
17 instances and if there is ever a complaint about a
18 student struggling with completing an application,
19 and there have been instances where we get a call
20 from a family member or an email from a student.  So
21 I do have -- I do have knowledge in some of those
22 cases.
23 Q.  But you're not specifically in the PSEO realm,
24 correct?
25 A.  So going back to when I was leading that, the

Page 75

1  admissions for that, yeah, I have knowledge of some
2  of those instances.
3  Q.  Okay.
4  A.  For now, the person who oversees PSEO admissions
5  reports to me directly, so that would be Tami
6  Treder.
7  Q.  Oh, that's right.  Beyond the documentation that
8  you've reviewed in preparation for today, are there
9  any other inquiries or complaints that you can
10 recall being made aware of when you were in that
11 role?
12 A.  Mm-hmm, yeah.  Yeah.
13 Q.  Can you tell me about those?
14 A.  Yeah.  There was one in particular where the student
15 had checked that they -- so the question is -- there
16 are two check boxes, two boxes that you have to
17 check.  So there's one that says you believe that
18 the Bible is the final authority and informs all
19 matters of conduct and behavior in our faith, and
20 then the other one, that you have accepted Jesus
21 Christ as Lord and Savior of your life.
22      So there were a couple instances that I
23 have seen where the student did not check the Bible
24 as the final authority and did not check the box as
25 though they were believers, but then signed the

Page 76

1  Declaration of Christian Community.  So the file was
2  completed, it came to our office, and what -- for
3  the file to be fully complete, we need to make sure
4  that the student understands what all of those
5  questions are and what they related to.
6      The step normally in that case is the
7  admission counselor will follow up with the student.
8  So there was -- with the student there was a phone
9  call or an email, I can't remember, where the
10 student -- there was conversation with the admission
11 counselor, and I'm recounting what the admission
12 counselor told me, that this one particular student
13 was -- he -- this individual said they were willing
14 to abide by the declaration, but they are not
15 believers.  What we talked about was do you have an
16 understanding or clarity of what it means to have
17 Jesus Christ as Lord and Savior of your life; and
18 the student said, I do, but I do not want to check
19 that box.
20      As we talked more about the
21 declaration, the student voluntarily pulled back and
22 said, I don't think I want to be part of your
23 community because I probably will not be able to
24 abide by those rules.  So there was that situation.
25 Q.  Okay.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 21 of 68

Melinda and Mark Loe, et al vs.                ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                             Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 77

1  A.  And that was -- it was a while ago, if I remember,
2  but our position was we wanted to encourage the
3  student to go ahead and still apply.  We took the
4  position to explain what they had signed, that they
5  understood it.  The student decided that they would
6  not pursue the application and made the option to
7  take their classes online instead.
8  Q.  Okay.
9  A.  And the student actually voluntarily said that the
10  online option would probably be a better fit for him
11  anyway because of his work schedule and his class
12  schedule, high school class schedule.  So that is
13  one situation in particular that I can recall.
14  Q.  And if the student had persisted and not signed
15  those boxes, but did sign the declaration, would
16  that student be allowed to attend on-campus PSEO?
17  A.  Well, again, for the file to be complete, those
18  checks -- we want to make sure, we absolutely want
19  to make sure that the student understands what the
20  community is, the Northwestern community that they
21  are planning to participate in.  So that's why we
22  usually make that extra step to follow up with the
23  student.
24  Q.  So those boxes have to be checked for the
25  application to be considered complete?

Page 78

1  A.  That's correct.
2  Q.  Okay.  I don't see -- if you look back to this
3  exhibit, I don't see any boxes on this declaration.
4  I certainly see the signature line and date line on
5  the last page.
6  A.  Mm-hmm.
7  Q.  Is there a different version of this document that
8  has boxes to check?
9  A.  So there is -- on the application, so if you go to
10  the online portal, there are questions, required
11  questions that the students have to respond to if
12  they are choosing to attend the on-campus option and
13  that's a part of the requirement.  There is an
14  electronic version of this where the student clicks
15  on the link and then it opens up a PDF version of
16  the declaration that they then come back and say I
17  have read and I'm signing it.  So the signing is --
18  I think there is a version where you just type in
19  your name and it submits the application.
20  Q.  That makes total sense.  I figured there might be
21  automation that was involved.
22  A.  Yeah, it's all automated.
23      MR. BAXTER:  It's been about another
24  hour.
25      MR. TIMMERMAN:  It has been another

Page 79

1  hour.  Should we take -- how long would you like for
2  lunch?
3      (Lunch break taken from 12:08 to 1:03.)
4      BY MR. TIMMERMAN:
5  Q.  Ms. Cline-Cole, I'm not going to pick up directly
6  where we left off, but kind of relatedly, if
7  Northwestern learned that a student on campus was
8  gay, what would the response be?
9  A.  So if Northwestern learned that a student on campus
10  was gay, it depends on how that information -- how
11  Northwestern learned about that.  Most times the
12  institution doesn't do anything unless the student
13  comes forward.
14      If the student approaches Northwestern,
15  meaning the administration, specifically student
16  life, there's a conversation that happens and then
17  it's usually centered around, okay, next steps,
18  where the student would either say, yeah, I want to
19  continue staying in this community; I want to follow
20  what's written in the declaration; and it's always,
21  again, that position of what can we do, you know,
22  with this and how do we come alongside you.
23  Q.  Sure.
24  A.  In most cases that's what my understanding is, and
25  this has been mostly for traditional students.  I

Page 80

1  have not heard of specifically PSEO on-campus
2  students.  So with traditional students, they
3  continue living within the community and the
4  institution works with them.  I don't --
5  Q.  What would happen if the student said, hey, I'm gay,
6  that's who I am?  Would they be allowed to continue
7  on at the college?
8  A.  Well, with the declaration, you know, one of the --
9  it's very important that if you're part of the
10  community, you want to live the life that
11  exemplifies Christ, as stated in the covenant.  So
12  if somebody willingly says, I don't want to choose
13  that option, I don't want to live that life -- they
14  signed the covenant.  It's kind of like if a student
15  is admitted to an institution and there are some
16  rules and regulations that they have to follow, like
17  in the handbook, for example.  If a student decides
18  that I don't want to choose this, they are given the
19  option.
20      I will say, though, I have not heard of
21  an expulsion, but when I look at how the process is
22  laid out, ultimately, ultimately, there will be
23  expulsion, but expulsion is not a mean thing to say
24  we're kicking you out.  This is where there's an
25  agreement that the student has decided that I don't

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 22 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

---

Page 81

1 want to be part of this community, I don't want to
2 behaviorally follow the directives of the Christian
3 community and then they make that choice to leave.
4     Again, I have not heard of a situation
5 like that in our PSEO program on campus, and just
6 speaking from the traditional side, I have also not
7 seen a situation like that.
8     (Northwestern Deposition Exhibit 3 was
9     marked for identification by the court
10    reporter and attached hereto.)
11    BY MR. TIMMERMAN:
12 Q.  This is Exhibit 3, Ms. Cline-Cole.  Please take a
13 moment and read it.
14 A.  Okay.
15 Q.  Have you had a chance to read it?
16 A.  Yes.
17 Q.  Okay.  So I'll represent to you that -- I mean, the
18 subject of this email is "Beatrice," and I'll
19 represent to you that Beatrice is someone who
20 testified in favor of the PSEO law at the
21 legislature and expressly stated that she was a
22 lesbian and couldn't have gone to Northwestern for
23 PSEO.
24    Do you agree with what Mr. Johnson says
25 here, or Dr. Johnson says here, that if she got on

---

Page 82

1 campus as a student and her chosen lifestyle was
2 revealed, she likely would have requested a meeting
3 with her, approached the topic and, if she was
4 persistent on living out this lifestyle throughout
5 her student experience, would have asked her to
6 leave?
7 A.  I agree, but I think what is missing here is
8 compassion.
9 Q.  Okay.
10 A.  Unfortunately, that's not stated in Mr. Johnson's --
11 Dr. Johnson's email response.  There is compassion
12 throughout this process, you know, kind of like I
13 highlighted.  I think if a student persists that I
14 want to live a separate lifestyle different from the
15 covenant -- and the covenant, I have to emphasize,
16 it's critical.  It's centered around what we do at
17 Northwestern as an institution.
18    So if an individual chooses not to
19 follow the lifestyle of the covenant that they have
20 signed, then the next step would be, obviously,
21 there would be conversations, there would be some
22 intervention, okay, let's talk about this, why not,
23 but if there is persistence, very similar to what
24 Dr. Johnson has written here, it is true, it is
25 expulsion.

---

Page 83

1     Now, I -- again, I will emphasize I am
2 not familiar with a case where a PSEO student has
3 been expelled from our on-campus program in any way.
4 So I'm reading this Exhibit 3.  It was also part of
5 what was provided to me and I cannot recall this
6 occurrence or somebody who has experienced this on
7 campus.
8 Q.  Do you have any idea what Dr. Johnson means with
9 "persistent in living out this lifestyle?"  What
10 does that mean?
11 A.  So if I read this correctly, it would be in the
12 context of the student -- the term that's used here,
13 being "lesbian."  So that's the persistent on living
14 out this lifestyle throughout the student
15 experience, which for me, how I see this is as --
16 does it align or not align to the declaration that
17 the student signed?  Again, I cannot confirm any of
18 this.
19 Q.  Sure.
20 A.  But that's what I interpret Dr. Johnson saying from
21 this letter.
22 Q.  I mean, I -- correct me if I'm wrong, but I
23 interpret this to mean that if you are gay and you
24 attend on campus, you have to be closeted.  Is that
25 fair?

---

Page 84

1     MR. BAXTER: Objection --
2     BY MR. TIMMERMAN:
3 Q.  Do you know what the word "closeted" means?
4 A.  I have an understanding of what the word means, yes.
5 Q.  Is it the expectation of Northwestern that gay
6 students should be closeted?
7 A.  I will say no.  I -- again, my understanding is it's
8 never presented that way.  I don't believe that we
9 will force a student to be unhappy or to live a
10 lifestyle that they choose not to live.  There is
11 always an understanding, there is always compassion,
12 there is always conversation, there is always an
13 agreement, but I don't believe that a student will
14 be forced to live a closeted lifestyle.
15 Q.  Would you agree that that's what Dr. Johnson's email
16 suggests?
17 A.  I don't see him using the word "closeted" here,
18 unfortunately.  So "persistent on living out this
19 lifestyle," this is not somebody who is closeted to
20 me.
21 Q.  So how can one not live out this lifestyle?
22     MR. BAXTER: Objection, vague.
23     THE WITNESS: I can't answer that.
24     BY MR. TIMMERMAN:
25 Q.  And Dr. Johnson concludes by saying, "This is the

---

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 23 of 68

Melinda and Mark Loe, et al vs.                                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                              Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 85

1 same approach that's taken with our current
2 traditional undergraduate students."  Do you see
3 that?
4 A.  I see that, yes.
5 Q.  Any reason for disputing that this same rule applies
6 to PSEO students that applies to undergraduate
7 students?
8 A.  The emphasis here is on behavior, behavior that
9 contradicts the Declaration of Christian Community,
10 so any behavior that contradicts the declaration and
11 the individual chooses to continue living the
12 lifestyle that is contradicting to the declaration
13 that that individual had signed and agreed upon,
14 which is the unified document that we all follow as
15 a community at Northwestern, then yes, that's that
16 individual's choice and they will not feel part of
17 the community.  If anything, I think it would be a
18 challenge for them if they are choosing a different
19 lifestyle than is different from what the
20 declaration has stated.
21 Q.  And the lifestyle in this example is being gay?
22      MR. BAXTER: Objection.
23      BY MR. TIMMERMAN:
24 Q.  Correct?
25 A.  We looked at the declaration and it would be

Page 86

1 practices that's -- that are on here; and I would
2 prefer to use the terminology that's listed on the
3 declaration.  So it could be any of those that's
4 listed on here.
5 Q.  Okay.  Well, we're referencing a cabinet member's
6 email, though, so that's what I'm asking about.
7 A.  Right.
8 Q.  Do you have any understanding of what the word
9 "lifestyle" means as he's used it here?
10 A.  I cannot speak to what was Dr. Johnson's thought
11 process at the time and what he was thinking.
12 Dr. Johnson is the chief of staff.  I think that
13 perhaps, if this was a letter from a provost, for
14 instance, that would have been something I would
15 lean more into, but again, I don't know what his
16 thought process was at the time and I cannot speak
17 to that and the use of the term and how he chose his
18 words.
19 Q.  He also references a "chosen lifestyle."  Do you see
20 that in that same paragraph?
21 A.  Can you tell me where --
22 Q.  Sure (indicating).
23 A.  Sure, yes.
24 Q.  Is it Northwestern's view that being gay is a chosen
25 lifestyle?

Page 87

1 A.  I -- I can't speak to that.  So Northwestern, if I
2 look at Northwestern and what the institution is, an
3 institution of grace, love, kindness, compassion,
4 anything that makes a student feel not part of or
5 not welcomed or not loved or not cared for,
6 Northwestern is not part of that.  So if there's
7 anything here that's condemning, Northwestern will
8 not be a part of that.
9      So, again, I don't know why Dr. Johnson
10 chose the words that he did, but I would not say
11 that this is reflective of the institution or the
12 declaration.
13 Q.  This is an email to a state senator, though,
14 correct?
15 A.  Mm-hmm.  I see that, yes.  I see that.
16 Q.  Is it your personal belief that being gay is a
17 choice?
18 A.  I don't see that being relevant.
19 Q.  Okay.
20 A.  I would prefer to keep my personal opinions to
21 myself.
22 Q.  Okay, but you have to answer my question,
23 unfortunately, unless there is an objection and
24 instruction not to.
25      MR. BAXTER: I will object as outside

Page 88

1 the scope.
2      If you want to answer -- if you have a
3 personal opinion about it, you can answer the
4 question.
5      THE WITNESS: My personal opinion is
6 that we were all created in God's image and likeness
7 and God loves us for who we are.
8      BY MR. TIMMERMAN:
9 Q.  Okay, but that wasn't my question.  My question was,
10 is it your personal opinion, subject to your
11 counsel's objections, that being gay is a choice?
12      MR. BAXTER: Objection, vague.
13      THE WITNESS: I don't have an opinion
14 on that.
15      BY MR. TIMMERMAN:
16 Q.  Do you have an opinion about whether being
17 transgender is a choice?
18 A.  No.
19      MR. BAXTER: Objection, also vague.
20      BY MR. TIMMERMAN:
21 Q.  No opinion?  Does anyone at Northwestern have an
22 opinion about whether being gay is a choice?
23      MR. TIMMERMAN: Objection, outside the
24 scope.
25      THE WITNESS: I have not had this

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 24 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 89

1 conversation with anyone at Northwestern so, no, I
2 don't know.
3   BY MR. TIMMERMAN:
4 Q.  Are you aware of any instances where a student has
5 reported discrimination or harassment based on their
6 sexual orientation?
7 A.  No, I'm not aware of that.
8 Q.  Would you be aware of those in the course of your
9 duties?
10 A.  No.
11 Q.  Who would know that?
12 A.  That would be -- if you're referencing traditional
13 students, that would be student life, so Cory might,
14 but again, Cory shares that responsibility with
15 another individual and he -- I can follow up to find
16 out who that person would be.  If you're referencing
17 any student outside of the traditional core, it
18 would be Heidi Hoefs.  Heidi Hoefs would know.
19 Q.  Suffice to say you don't know if any PSEO students
20 have complained about discrimination, correct?
21 A.  Yeah, that's correct.
22 Q.  And you don't know whether there's been any
23 investigation of sexual orientation discrimination
24 involving a PSEO student, correct?
25 A.  That's correct, I don't know.

Page 90

1 Q.  Would you agree that the Declaration of Christian
2 Community treats heterosexual and same-sex
3 relationships differently?
4   MR. BAXTER: Objection, vague.
5   You can answer if you know.
6   THE WITNESS: Going back to the
7 statements on the declaration, and there was one
8 that you pointed out to me, so I would prefer to
9 read that directly from here.  Where it says, "We
10 believe --" so this is the last sentence on page 2.
11 "We believe we are created by God in his image as
12 two distinct sexes, male and female," and the
13 scripture -- Northwest didn't create this on their
14 own, there's a scripture reference for that.  And we
15 believe that each person glorifies God and affirms
16 his infinite holiness and wisdom.
17   BY MR. TIMMERMAN:
18 Q.  That's fair.  Just suffice to say that the school's
19 position is set forth in the declaration?
20 A.  It is set forth in the declaration and, again, as a
21 member of the community, we encourage students,
22 faculty, staff, even before you sign the
23 declaration, that you know what you're signing.  We
24 don't make the rules.  This is all biblically based,
25 we didn't write it, and it's part of the foundation

Page 91

1 of the institution.  It is my responsibility as a
2 staff member and also my responsibility when I was a
3 student to follow what was written in the
4 declaration.
5 Q.  Okay.  Do you have any knowledge about Title IX
6 complaints?
7 A.  I only have knowledge based on some of the documents
8 that were provided to me in preparation for the
9 deposition.
10 Q.  Did you speak with anyone about Title IX complaints
11 other than your lawyers?
12 A.  No.
13 Q.  Who is responsible for the Title IX office?
14 A.  So the staff position is housed in human resources.
15 The individual that was cited in those complaints,
16 Kelly Frank (phonetic), is no longer at the
17 institution.  We have a new Title IX officer.  Her
18 name is Megan B.  I don't know how to pronounce the
19 last name, but she is the only Megan B.
20 Q.  The only Megan B in HR?
21 A.  The only Megan B in HR, yes.
22 Q.  Okay, that's fair.
23   (Northwestern Deposition Exhibit 4 was
24   marked for identification by the court
25   reporter and attached hereto.)

Page 92

1   BY MR. TIMMERMAN:
2 Q.  Ms. Cline-Cole, this is Exhibit 4, and I'll
3 represent to you that this is just a print-off from
4 the Northwestern website.
5 A.  Mm-hmm.
6 Q.  Take a minute -- feel free to take a minute to
7 review it.
8   MR. BAXTER: I'll just note an
9 objection that the document hasn't been
10 authenticated or produced, but we'll accept your
11 representation for purposes of the questions.
12   Take your time to read the document and
13 be familiar with it.
14   BY MR. TIMMERMAN:
15 Q.  Please, and apologies for the very large print, but
16 I couldn't get it to print smaller.
17   Have you had a chance to review it?
18 A.  Yes.  Yes, I just did.
19 Q.  Okay.  My first question for you is, does
20 Northwestern have the same philosophy of education
21 for on-campus PSEO students as it does for
22 traditional undergrad students?
23 A.  Yes.
24 Q.  And I'm just reading excerpts from this document.
25 Are PSEO courses grounded, first and foremost, in

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 25 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 93

1  the truth of the Bible and in God as the ultimate
2  reality of the universe?
3      **MR. BAXTER:** Objection, vague.
4      You can answer.
5      **THE WITNESS:** So PSEO courses like --
6  for on-campus PSEO courses, they share the same
7  catalog as our traditional courses, and all of those
8  courses are taught from a biblical worldview.
9      However, the content and how a
10  student's work is assessed is different.  So for a
11  student on campus to be able to register for a
12  course -- so each of those courses have attributes
13  to them.  An on-campus PSEO student is only able to
14  register for a course that has been vetted, that has
15  gone through the auditing process.  We have an
16  auditing body.  So the acronym is APCC and I'm not
17  familiar -- I can't recall exactly what it stands
18  for, but it's APCC.
19      So APCC thoroughly audits PSEO-eligible
20  courses twice a year to make sure that it meets the
21  definition of the Minnesota Department of Education
22  of what is sectarian and nonsectarian.  So even
23  though these courses are taught by faculty members
24  who have signed the declaration, who are Christians,
25  either adjunct or full-time, even though it may be

Page 94

1  taught from a biblical worldview, these courses are
2  nonsectarian.  They don't have a religious component
3  where a student's grade would be assessed based on
4  their religious views or their beliefs.
5      So that would be an explanation, I
6  think, as I read the philosophy of education, that
7  every course that is taught at Northwestern would be
8  taught from a biblical worldview.
9  Q.  Are PSEO students expected to be enthusiastic
10  witnesses of God's truth?
11  **A.  PSEO students --**
12  Q.  On campus.
13  **A.  -- on campus, yes, who have signed a declaration who**
14  **have professed Christ and have checked the boxes**
15  **that, yes, they are Christians and, yes, they are --**
16  **they believe in the Bible, they are not expected to**
17  **exemplify that as a way to measure their grades or**
18  **to earn their grades; however, lifestyle-wise, that**
19  **is a common expectation just because they are on**
20  **campus.**
21  Q.  So for traditional undergraduate students, are they
22  measured on their ability to fulfill the educational
23  philosophy goals?
24  **A.  Yes, there are some -- so there is this -- we talked**
25  **about it earlier.  So this is the spiritual**

Page 95

1  **development credit, so part of that is students have**
2  **to attend chapel and they have to participate in**
3  **community service.  So that's -- that's almost like**
4  **when, at any other institution, when a student does,**
5  **like, an externship and an internship.**
6  Q.  Sure.
7  **A.  So part of that is community service.  Community**
8  **service is going out and exemplifying Christ and**
9  **serving your community.  So that is one way that is**
10  **measured, so chapel attendance, spiritual**
11  **development -- spiritual development credit, and**
12  **then community service for on-campus traditional**
13  **students.**
14  Q.  This document also says that the study of the Bible
15  is central in our approach to education.  Is that
16  also true for on-campus PSEO students?
17  **A.  No, that's not true.  So for traditional students,**
18  **every traditional student is required, in order to**
19  **complete their degree, to earn 30 credits of**
20  **Bible -- Bible credits.  So those would fall under,**
21  **you know, theological studies.**
22      **Now, for PSEO students on campus, they**
23  **are not allowed to take any of those Bible classes.**
24  **If a PSEO student wants to register for a Bible**
25  **class, they would have to register for that through**

Page 96

1  **early college sort of school and they would have to**
2  **pay in order to take those classes.  So there is a**
3  **fee that's attached to it.**
4  Q.  What about those eight students, PSEO students who
5  live on campus, do they --
6  **A.  No, never.  Every PSEO student, in order to complete**
7  **your PSEO program through Northwestern, you are only**
8  **allowed to take and you only have access to the**
9  **nonsectarian courses.**
10  Q.  Are PSEO students trained to be witnesses of God's
11  redemptive glory?
12  **A.  No.**
13  Q.  If you turn to -- and I apologize, the page numbers
14  are small and in the right-hand corner, but 4 of 8.
15  You would agree, based on what we've talked about
16  today, that Northwestern requires that on-campus
17  PSEO students must profess their faith in Jesus
18  Christ as their Lord and Savior, correct?
19  **A.  That's correct, yes.**
20  Q.  Why is that important to Northwestern?
21  **A.  It's the community that -- as a member of the**
22  **Northwestern community, again, it's the expectation.**
23  **The purpose of that community is to develop**
24  **Bible-believing individuals who have professed Jesus**
25  **Christ as their Lord and Savior to develop them**

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

January 30, 2024

Page 97

1  spiritually and academically so that they will go
2  out into the world and be witnesses for Christ.
3  That is the premise of the community.  It's
4  development, it's growth, it's nurturing and,
5  really, that is being led by and motivated by the
6  love for Jesus Christ.
7  Q.  And the purpose of requiring PSEO on-campus students
8  to sign and to agree to this is to ensure that that
9  community remains intact; is that right?
10  A.  Well, I wouldn't say intact, but it's so that
11  students who choose not to participate will not
12  feel -- will not feel -- what's the word now?  Not
13  neglected, but like they don't belong, I think
14  that's the term, because there's an understanding
15  that that's what we're about.  If there's a student
16  who thinks that, oh, this is strange for me, this
17  is -- I don't want to be part of this, they will
18  feel left out.  I think that's -- that would be the
19  premise of the community, where it's for growth,
20  it's for spiritual development, essentially, so.
21  Q.  You've mentioned ethos today a couple of times in
22  terms of the ethos of the university.  What do you
23  mean by that term?
24  A.  I talk about the Christian values fundamentally, you
25  know, the heartbeat of the institution, how it was

Page 98

1  founded and the purpose, why it was founded and the
2  people who founded the institution.  So I look at
3  all of that, that full umbrella of it, the heartbeat
4  of the institution.
5  Q.  And would allowing nonChristian students to take
6  PSEO courses on campus impact that ethos?
7  A.  I think it's more where the student feels like they
8  are a part of that community.  If a nonbeliever
9  joins that community, the expectation is that you
10  have read and, if you sign it, you're professing
11  that you are a believer and you understand the ethos
12  of the community.
13  Q.  But I'm saying if the PSEO law is upheld in this
14  case and that statement is no longer required, would
15  allowing nonChristian PSEO high school kids --
16  A.  Right.
17  Q.  -- to come on campus to take courses at Northwestern
18  impact the ethos of Northwestern's campus?
19      MR. BAXTER: Objection, calls for
20  speculation, outside the scope.
21      If you have an opinion, you can offer
22  it.
23      BY MR. TIMMERMAN:
24  Q.  Is it Northwestern's position that that would impact
25  the ethos of its campus?

Page 99

1  A.  So I will say the position of Northwestern and the
2  position of the board and the cabinet, especially
3  the board of trustees who we would refer to as like
4  our governing board, have come to the decision that
5  every member of the community, in order to be part
6  of the community, you have to sign the statement of
7  faith.
8      So it's noncompromising and there are
9  two commitments that are absolutely unwavering for
10  Northwestern, regardless of the consequences, the
11  two commitments based on our constitutional rights
12  and religious freedom.  As an institution, we will
13  put Christ first as Lord and Savior of our lives
14  and, secondly, the Bible is the final authority that
15  really shows us and -- shows us light on how we
16  should live our lives.  So those are the two
17  commitments, those unwavering commitments that the
18  board has established that will always stand.
19  Q.  Has the board ever indicated why it believes
20  allowing nonChristian kids who are in high school to
21  take PSEO courses on campus would be a bad thing?
22      MR. BAXTER: Objection,
23  mischaracterizes the evidence.
24      You can answer.
25      THE WITNESS: Not to my knowledge.  I

Page 100

1  have not heard of the argument of why it would be a
2  bad thing.  The -- I think the statement that has
3  been made clear is that Northwestern will continue
4  to follow our foundational beliefs and keep to our
5  declaration.
6      BY MR. TIMMERMAN:
7  Q.  Turning back if we could to Exhibit 4 on page 6 of
8  8, under the Educational Framework section, the last
9  sentence, it says, "To this end, the curriculum is
10  designed to assist students in the pursuit of truth
11  as revealed in God's word and in the living truth
12  revealed in His creation and sustaining work in the
13  world."  Do you see that?
14  A.  Yes.
15  Q.  Does that educational framework tenet apply to
16  undergraduate courses?
17  A.  Let me read that again.
18      No, this does not apply.  So this
19  statement would apply to traditional students.  Now,
20  because the courses that students take have been
21  sort of scrubbed to ensure that they are
22  nonsectarian, it would not apply to our PSEO
23  students on campus.
24  Q.  My question, though, is would it apply to
25  undergraduate students?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 27 of 68
Melinda and Mark Loe, et al vs.                    ATTORNEY-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                January 30, 2024

Page 101

1 A.  Absolutely.
2 Q.  Would it apply to general education courses that
3 undergraduate students take?
4 A.  So yes, and I can clarify.
5 Q.  Sure.
6 A.  There are certain components that are added to some
7 of the general education courses, which has some
8 elements and conversations that are discussed in
9 class where it would be viewed from the lens of --
10 you know, from a biblical worldview, how do you see
11 this as a believer?  How can you continue in the
12 lifestyle with integrity if you are put in this
13 position or when you are in this profession?  So
14 those type of conversations happen for our
15 traditional students.
16 Q.  In general education courses?
17 A.  Generally, yes, generally.
18 Q.  And there are traditional students who are in
19 general education college courses with high school
20 students, correct?
21 A.  Yes.  Yes, you are correct.  So there are PSEO
22 classes -- well, classes that PSEO students
23 participate in alongside general traditional
24 students.
25 Q.  So with respect to those classes that are shared

Page 102

1 where this requirement exists with respect to
2 traditional undergraduate students that the
3 curriculum is designed in the pursuit of God's
4 truth --
5 A.  Mm-hmm.
6 Q.  -- is that also a core of the educational curricular
7 framework for the class that -- for the PSEO
8 students participating in those classes?
9 A.  So the classes can be taught from a biblical
10 worldview.  However, I go back to the assessment,
11 the expectation.  For a PSEO student to even be
12 eligible to sit in the classroom, so those
13 courses -- it's not just the course.  So it's the
14 course, the curriculum and the outcome of those
15 courses have been audited to ensure that they are
16 nonsectarian.  These are courses that are submitted
17 by the department chair to ensure that, okay, in my
18 department, these are the classes that would be
19 PSEO-eligible, and then APCC looks at those classes
20 to ensure that they are indeed APCC-eligible for
21 PSEO students to sit in those classes.
22     There are some courses that are not
23 accessible to PSEO students even though they may be
24 general courses, but these are courses that are,
25 most of the time, particular to a certain department

Page 103

1 like nursing or some of our business classes where
2 it's mostly, you know, limited sections, where there
3 are not enough seats, so they usually give priority
4 to upper classmen students.
5 Q.  So, for example, in these courses we have been
6 talking about with a mix of traditional
7 undergraduate and PSEO students, is there a
8 different syllabus depending on if you're a PSEO
9 student or a traditional student?
10 A.  It's the same.  It's the same.
11 Q.  What about grading, is there different grading?
12 A.  Grading would be the same.  So, again, those
13 nonsectarian courses that traditional students would
14 sit in and PSEO students are allowed to sit in, it
15 would be the same curriculum.  It's not different,
16 it would be the same -- it would be the same
17 syllabus, it would be the same outcome for those
18 specific ones.
19     We have, I would say, 100-plus courses,
20 and PSEO students have access to a limited number of
21 those courses; and the ones that PSEO students have
22 access to are, again, the ones defined as
23 nonsectarian.
24 Q.  Okay.
25 A.  That is the practice and the expectation.

Page 104

1 Q.  Let's talk a little bit about the -- actually, let's
2 do this next.  This will be 5.
3     (Northwestern Deposition Exhibit 5 was
4     marked for identification by the court
5     reporter and attached hereto.)
6     MR. BAXTER: Just for the record, this
7 is Loe document 123.
8     MR. TIMMERMAN: And 124, correct.
9     BY MR. TIMMERMAN:
10 Q.  It looks like you've had a chance to review it.
11 Have you ever seen this document before?
12 A.  No, I have not.
13 Q.  Were you involved in any correspondence with any
14 Minnesota legislators concerning the PSEO law last
15 year?
16 A.  Not at all.
17 Q.  Involved in any meetings where that was discussed?
18 A.  No.
19 Q.  So if you turn to the -- under the first heading
20 here, if you turn to the third bullet point, it says
21 in that sentence that Northwestern exercises its
22 constitutional religious rights to educate based on
23 biblical principles.  You would agree with that,
24 right?
25 A.  I would, yes.

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

January 30, 2024

Page 105

1 Q. And Northwestern wants to provide PSEO education to
2 students who desire the same thing, correct?
3 **MR. BAXTER:** Objection, the document
4 speaks for itself.
5 If you have a view, you can provide it.
6 **THE WITNESS:** Yeah, I would need more
7 context because, again, PSEO education at
8 Northwestern, even though -- if we're referring
9 specifically to on-campus students, even though we
10 ask them to sign the declaration, for us to even get
11 PSEO credit reimbursement from the State of -- the
12 Department of Education, these courses have to be
13 nonsectarian.
14 Now, the definition, like I said, was
15 defined by the MDE and we submit these courses and
16 credits, it's reviewed by the Department and, if
17 there's any error, they will send it back to us, we
18 will make the corrections; but if there is remotely
19 any course that has any kind of sectarian content,
20 we don't get paid. So that's why I would want to
21 understand the context behind this statement here.
22 **BY MR. TIMMERMAN:**
23 Q. Okay. So you submit all of your PSEO syllabi --
24 A. Mm-hmm.
25 Q. -- to MDE?

Page 106

1 A. MDE approves the courses, yes. So we have a
2 department that works within MDE to ensure that
3 those courses are sectarian -- are nonsectarian, I'm
4 sorry.
5 Q. What information does the school provide to MDE for
6 MDE to make that determination?
7 **MR. BAXTER:** Objection, outside the
8 scope.
9 If you know, you can answer.
10 **THE WITNESS:** So I can speak to
11 reimbursement. So I'm not sure how it works with
12 initially when these courses are evaluated, but,
13 generally, it would be the abbreviated course
14 syllabus, the description of those courses and the
15 outcomes. Those are submitted to MDE for review.
16 **BY MR. TIMMERMAN:**
17 Q. Do you know whether course syllabi are ever
18 submitted to MDE?
19 A. I don't know.
20 Q. And who prepares the abbreviated course
21 descriptions?
22 A. So the abbreviated course descriptions are
23 consistent all across, so these are prepared by the
24 academic departments.
25 Q. So the professors?

Page 107

1 A. So it would be the department chairs and the
2 professors. Now, professors have academic autonomy
3 to flesh out a syllabus as it aligns to the
4 discipline and their background. So, for example,
5 if we're doing a course in US History, there would
6 be a professor who has more interest in a particular
7 area under US History, the abbreviated course
8 syllabus is provided by the academic department, and
9 then the professor will flesh it out with content.
10 Textbooks are generally the same. Outcomes are the
11 same. Grading outcomes are the same.
12 Sometimes a professor might add an
13 extra reading to that particular syllabus just to
14 ensure you, you know, that it kind of aligns with their
15 strength and their background and their interests.
16 So that is the rule. Again, there is the
17 abbreviated version and then professors can add
18 content.
19 Now, I will say every syllabus most of
20 the time is reviewed by department, by the
21 department chair, and that is the practice, that is
22 generally the practice.
23 Q. And what about at the APCC level, are those --
24 A. Yes.
25 Q. Is the APCC reviewing syllabi or is the APCC

Page 108

1 reviewing course descriptions?
2 A. So they do review the syllabi and the course
3 descriptions. That is the practice. If there is a
4 course that might have slipped past or they missed
5 something, again, there would be human error, but
6 the hope is that at some point that is caught, at
7 some point.
8 **MR. BAXTER:** I would just caution the
9 witness generally to let Mr. Timmerman finish his
10 questions --
11 **THE WITNESS:** Right.
12 **MR. BAXTER:** -- before you attempt to
13 answer them.
14 **THE WITNESS:** Okay.
15 **BY MR. TIMMERMAN:**
16 Q. So who is on the APCC?
17 A. I believe it is made up of department chairs and
18 faculty members and representation from the
19 enrollment PSEO office.
20 Q. Do you know who is in charge of the APCC?
21 A. I don't know.
22 Q. Are there any written guidelines that are provided
23 to the APCC or created by the APCC for use in
24 determining whether a course is sectarian or
25 nonsectarian?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 29 of 68

Melinda and Mark Loe, et al vs.                                  ANITA CLINE-COLE — NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                               Univ. of Northwestern - St. Paul Designee - 1-30-24                January 30, 2024

Page 109

1  A.  I believe there is, yes.
2  Q.  Have you ever seen that document?
3  A.  I have seen one.  Those guidelines, language that's
4  taken from the Department of -- Minnesota Department
5  of Education.
6  Q.  Yeah, and we'll go over that in a little bit, but
7  above and beyond, I guess what I'm asking is, is
8  there any internal documentation that the APCC uses
9  to assess syllabi and course descriptions in
10  determining whether or not they have remained
11  nonsectarian?
12  A.  I have not seen one.  Again, I'm not part of the
13  APCC, but for a committee like that to be effective,
14  there would be some guidelines, but I have not seen.
15  I don't have access to it.
16  Q.  Okay.  How does Northwestern go about marketing or
17  advertising PSEO, particularly for its on-campus
18  PSEO?
19  A.  Well, we use the same process that we do for online.
20  Most of the time it's brochure, so Queens collateral
21  promotional pieces.  PSEO, we have on-campus once a
22  year PSEO events.  We just had one last week, so
23  it's called PSEO On Purpose.  We invite prospective
24  families to campus and we tell them about our PSEO
25  program.  We have done advertising through mostly

Page 110

1  social media.  We have used platforms like Facebook,
2  Instagram.  We have also done advertising through
3  radio, so Northwestern -- the Northwestern radio
4  through KTIS.
5  Q.  Is that 98.5?
6  A.  Yes, 98.5.  I'm just trying to think.  We've done
7  email communication campaigns targeting names that
8  we buy from, you know, ACT, SAT --
9  Q.  Okay.
10  A.  -- bodies.  So these would be students who would
11  qualify as jurors or seniors -- or high school
12  sophomores, juniors and seniors.  So we have done
13  that.
14  Q.  So it's just names that ACT and SAT --
15  A.  Yeah, ACT and SAT.
16  Q.  -- sell to colleges?
17  A.  Yeah, they do.
18  Q.  I had no idea.
19  A.  We had attended events where we have been present
20  and have set up tables, exhibits for our programs.
21  Q.  What kinds of events?
22  A.  There is -- so these are called information nights.
23  So schools will generally invite -- and it would be
24  public schools and private schools would invite
25  universities who offer PSEO, would invite them to

Page 111

1  their information sessions, students and families,
2  and that usually happens in an evening, like a
3  Tuesday or Wednesday evening.  So we had
4  opportunities to set up tables at various schools.
5  Q.  Have those been public schools?
6  A.  Both.
7  Q.  Both?
8  A.  It doesn't matter, both public and private.
9  Q.  And do you advertise on any other radio stations
10  other than 98.5?
11  A.  I don't know specifically for PSEO, but Northwestern
12  has advertised on the radio besides 98.5.
13  Q.  And is there, for lack of a better term, a target
14  audience that you're looking for for on-campus PSEO?
15  A.  No target audience for PSEO both on campus and
16  online.  We actually don't have any differentiating
17  way that we do advertising.  It's all done to
18  residents of the state, you know, juniors and
19  seniors who would qualify for PSEO.
20  Q.  Any outreach to the homeschool community?
21  A.  If there is any specifics -- so there is a
22  conference called MACHE.  I don't remember what the
23  acronym was, but we found that with the MACHE
24  conference it's so popular that it's not just
25  homeschool families that attend that, so it's open

Page 112

1  to everyone.  That would be specific, but that's not
2  targeting homeschool families, no.
3  Q.  Do you have any idea of the on-campus students --
4  and I'll represent to you that if you turn to
5  page 2, it says that Northwestern has 325 on-campus
6  students for the 2022-23 academic year.
7  A.  Mm-hmm.
8  Q.  Do you have any idea how many of those students come
9  from a homeschool environment as opposed to a public
10  or private traditional school?
11  A.  Yeah, I don't have the exact percentage, but it
12  would -- I don't have the exact percentage, but we
13  do have families that come from homeschool, those
14  students.
15  Q.  Would you say it's more than 10 percent?
16  A.  I don't know.
17  Q.  Turning back here to this Exhibit 5 if we could for
18  a moment, kind of in that same sentence we were just
19  looking at, it says, you know, that Northwestern
20  wants to provide PSEO education to students who
21  desire the same thing without risking the culture.
22  Do you see that?
23  A.  Mm-hmm.
24  Q.  Do you have any idea what is meant here by "risking
25  the culture"?

Melinda and Mark Loe, et al vs.
Willie Jett, et al
ANITA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

Page 113

1  MR. BAXTER: Objection, calls for
2  speculation, outside the scope.
3  You can answer if you have an opinion.
4  THE WITNESS: I don't have any idea
5  what that is.
6  BY MR. TIMMERMAN:
7  Q.  From your perspective as the representative here
8  today to testify, would allowing nonChristian
9  students to take PSEO on campus at Northwestern risk
10  the culture?
11  MR. BAXTER: Objection, vague.
12  You can answer if you have an opinion.
13  THE WITNESS: I don't have an opinion.
14  BY MR. TIMMERMAN:
15  Q.  Okay.  Then the next paragraph talks about -- I
16  guess you could describe it as a hypothetical where
17  a more local student could apply and get accepted
18  without fully realizing the culture?
19  A.  Mm-hmm.
20  Q.  Have you been a part of any conversations where that
21  hypothetical has been discussed?
22  A.  No, I have not.
23  Q.  Is that a concern, from your perspective, that
24  Northwestern has about opening up PSEO to
25  nonChristian students?

Page 114

1  A.  I don't have an opinion on that.  I haven't been a
2  part of a conversation related to that.
3  Q.  I'm just trying to square this, because you
4  testified earlier that, you know, one of the
5  concerns is having students who don't fit in end up
6  at Northwestern for PSEO on campus, and I think
7  maybe the word you were looking for is "ostracized,"
8  that people could feel ostracized, but -- I don't
9  think I even have a question there, so you can let
10  that go.
11  Let's turn -- I'd like to talk next
12  about the actual application process.  So pretend
13  like I am a high school junior who wants to apply
14  for PSEO on campus at Crown.  How do I start?
15  A.  Well, I don't know what Crown's application process
16  is.
17  Q.  I'm sorry, that's for tomorrow.
18  A.  That's okay.
19  Q.  So at Northwestern?
20  A.  So it would start with the standard requirement for
21  all PSEO students where you fill out an application
22  and you submit your transcript.  There's a minimum
23  GPA requirement.  You submit it all the same.  If
24  you choose to submit a test score, we will take it.
25  Otherwise, it's not required, so it's test-optional.

Page 115

1  So that would be the general set-up.
2  So the students then would have the
3  option to apply for on-campus or online.  If they
4  are choosing the on-campus application, the
5  additional piece of that would be to check those
6  boxes.  So the first one asks about your personal
7  relationship with Christ and the second box asks
8  about your standing, whether you believe that the
9  Bible is the final and true authority.
10  Then there is the next point where you
11  are asked to write an essay, so there are two
12  questions, two essay questions.  One is centered
13  around your faith in Christ and then the second one
14  asks about how you believe that the Northwestern
15  community will impact your spiritual growth.  I
16  can't remember the exact, how it's phrased, but
17  those two questions.
18  Then there's another part to the
19  application where the student has to submit a video
20  essay and then there are a couple of questions that
21  just ask about -- the whole point of the essay is
22  to -- just to see how the student can advocate for
23  themselves.  And then --
24  Q.  Is there a topic that's provided for the essay or is
25  it kind of free association?

Page 116

1  A.  There are a couple of free association.  I think
2  they maybe select -- from three questions, they
3  select one or two.  It's more like what activities
4  do you participate in in high school, that sort of
5  thing.
6  Then there is the last part that asks
7  that you have read the declaration and then you sign
8  it and then you click "Submit."
9  Q.  Do you have to provide references, as well?
10  A.  Excuse me, yes, so there are two references.  There
11  is the academic reference and then there is the
12  spiritual reference section, too.
13  Q.  So is it possible for someone to just lie on that
14  application and click the boxes and indicate that
15  they believe in Jesus Christ and write an essay or
16  give a video essay about topics that are relevant or
17  selected and then gain admission?
18  A.  It's possible, yes.
19  Q.  Has that happened?
20  A.  I don't know if it's happened for PSEO, not to my
21  knowledge.
22  Q.  Okay.  Has it happened for traditional
23  undergraduate?
24  A.  I have heard of at least one instance and, again,
25  that's heard.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 31 of 68

Melinda and Mark Loe, et al vs.                    UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24        January 30, 2024

Page 117

1 Q. Okay.
2 A. But I -- I cannot confirm that.
3 Q. What happened to that person?
4 A. It's a beautiful story. So the student was not a
5 believer and chose Northwestern and, at the end, he
6 accepted Christ. And I know this from -- it's more
7 on the personal side when my son was a student at
8 Northwestern, so he shared that story.
9 Q. Okay.
10 A. I don't -- again, if that's an occurrence, I don't
11 know. I can tell you that there are students who
12 have checked the box and, just from my previous
13 testimony, who may be at some point wrestling with
14 their belief and then we have had one or two
15 conversations with students in that case, but it's
16 not where they are blatantly saying I do not want to
17 be a part of this community.
18 Q. Do you know how -- the example that you gave, how
19 that person came to accept Christ?
20 A. It was just through attending chapel, just through
21 Bible study that students have that's usually led
22 by -- they have communities, you know, just like
23 groups. So my son, you know, African American, was
24 part of this tapestry community, and so they had --
25 they did more like a twice-a-week Bible study.

Page 118

1 Q. Okay.
2 A. And he shared with me that there was this particular
3 student that accepted Christ and talked about his
4 faith, that he wasn't even a believer. Again, that
5 was from what he shared with me.
6 Q. Kind of piggybacking off of that, I guess, has there
7 ever been a discussion at Northwestern about PSEO,
8 that allowing nonChristian students on campus for
9 PSEO would provide that same opportunity for people
10 to see how beautiful a life in Christ is?
11 A. Not a discussion that I have been a part of, no. If
12 that happened, no, it wasn't a discussion that I was
13 a part of.
14 MR. TIMMERMAN: Let's mark this as 6,
15 if we could.
16 (Northwestern Deposition Exhibit 6 was
17 marked for identification by the court
18 reporter and attached hereto.)
19 MR. BAXTER: And just for the record,
20 this is Loe 2750.
21 BY MR. TIMMERMAN:
22 Q. Have you had a chance to read that?
23 A. Yes.
24 Q. Okay. And I'm going to ask you some questions about
25 it, mainly about the way that Dr. Johnson has

Page 119

1 outlined the application process at Northwestern --
2 I almost said Crown again, I apologize.
3 A. That's okay.
4 Q. If I say Crown, please feel free to correct me.
5 Let's talk a little bit first about
6 just a little more context around the application
7 process. What grades are eligible to do on-campus
8 PSEO at Northwestern?
9 A. So you're referring to the GPA, the high school GPA?
10 Q. No, I'm sorry, what grade level, like tenth?
11 eleventh? twelfth?
12 A. Oh, I see. You have to be in your junior year by
13 the time you start classes. So a tenth-grader could
14 potentially apply, but by the time they start, they
15 should be in their junior year of high school, so
16 junior and senior.
17 Q. So anywhere from, I don't know, 16 to 19 years old,
18 potentially?
19 A. Yes.
20 Q. And what about online PSEO?
21 A. It's the same.
22 Q. Do online courses -- let me ask this a different
23 way. Are the same courses offered in both forums?
24 A. Not the same courses. As much as we -- we try to,
25 but online courses could sometimes be different from

Page 120

1 the on-campus courses.
2 Q. And why would that be?
3 A. So the distinction would be the on-campus courses
4 have the same catalog as the traditional courses and
5 there are some sections that we don't have faculty
6 to teach those classes on campus, so they teach them
7 online.
8 What we find is that students who are
9 doing online tend to have more options than students
10 who are taking classes on campus.
11 Q. Okay. For the students who are taking courses that
12 are offered in both venues, the same course -- let's
13 say Algebra 1. I don't know --
14 A. Right.
15 Q. Is it the same syllabus for the online course as it
16 is for the on-campus course?
17 A. It would be the same abbreviated syllabus with the
18 same description and outcome. It might -- if it's
19 the same instructor, it would be the same, it would
20 likely be the same full syllabus. If it's a
21 different instructor, there may be some variation.
22 Q. Sure. But professors who teach the same course --
23 let me ask you this. Are there professors who teach
24 the same course online and in person?
25 A. Yes.

Page 121

1 Q.   So those professors would be using the same syllabus
2 in both venues?
3 **A.   Generally.  When it comes to the detail and the**
4 **structure for online, so there's the -- most of the**
5 **courses -- I would say about 99.9 percent of those**
6 **courses are asynchronous, which means that the**
7 **content is provided, the video, whatever the case,**
8 **and then the student will follow the curriculum in**
9 **their own time.  It's not structured and sometimes**
10 **they meet once a week online at the same point in**
11 **time, but it's different from on campus because**
12 **there's the face-to-face specifically at the same**
13 **time and days a week.  So there would be some**
14 **variation with the on-campus content versus online.**
15 Q.   What other differences are there between on-campus
16 and online in terms of rigor and expectations in
17 terms of outcomes?
18 **A.   So for PSEO rigor expectations, outcomes, it would**
19 **be the same, so there would not be a difference in**
20 **that, rigor meaning on the academic level it's the**
21 **same high-quality course and -- yeah, it should be**
22 **consistent.  In order to keep to the integrity of**
23 **the program, it would be consistent.**
24 Q.   Okay.  And how many students typically apply for
25 PSEO each year?

Page 122

1 **A.   I have to -- I know this number.  I'll give you an**
2 **average.  So, generally, fall is our biggest**
3 **application.  We generally would get about maybe 250**
4 **students applying for on-campus PSEO.  So apply**
5 **doesn't mean they complete the application, some of**
6 **those students don't; and then we admit, generally,**
7 **about 175 in the fall.  That's for on-campus.**
8 **For online, at every point in time we**
9 **have about 1,300 students enrolled in our online**
10 **PSEO program.**
11 Q.   So considerably bigger?
12 **A.   Right.**
13 Q.   And so you said that a percentage of the
14 applications aren't completed.  Do you have any idea
15 what that percentage is, roughly?
16 **A.   So if I -- I had mentioned about 250-ish**
17 **applications that we receive.  Some students don't**
18 **meet the deadline, they decide to go somewhere else.**
19 **Some students decide -- again, most of the time it's**
20 **I couldn't get my transcript on time, so I'll wait**
21 **and defer to next semester; about maybe 10 percent.**
22 Q.   And I think you mentioned earlier that you don't
23 have insight into why they didn't complete --
24 **A.   Right, yeah.**
25 Q.   -- you just know they didn't, right?

Page 123

1 **A.   Right.  There's a general they just didn't complete,**
2 **but we don't have a specific as to why they didn't.**
3 Q.   Okay.  And I've seen a reference in some of the
4 documents to hybrid PSEO.  Is that a thing?
5 **A.   Mm-mm.  Hybrid?**
6 MR. BAXTER:  You need to answer yes or
7 no.
8 THE WITNESS:  I'm sorry, I'm sorry.
9 BY MR. TIMMERMAN:
10 Q.   Have you ever heard that term?
11 **A.   Nope.  No.**
12 Q.   Okay.  So your options are either -- I guess, in
13 terms of the full panoply of options for PSEO, you
14 can go on campus or you can do it online.  Is there
15 any other option --
16 **A.   Yes.**
17 Q.   -- for delivery method?
18 **A.   Yes.**
19 Q.   And what is that?
20 **A.   You can do it onsite.  So the more common term is**
21 **PSEO at the school, at the high school.**
22 Q.   And do some Northwestern students take Northwestern
23 courses at their high schools?
24 **A.   Yes.**
25 Q.   And is that -- I know the PSEO statute talks about,

Page 124

1 you know, institutions within a 40-mile radius and
2 there are some -- I think it envisions some
3 instances where it might be inconvenient.
4 **A.   Mm-hmm.**
5 Q.   Is that how PSEO at the school arises, where it's
6 just not feasible for a student to be able to
7 physically come to the campus?
8 MR. BAXTER:  Objection, outside the
9 scope.
10 If you know, you can answer that.
11 THE WITNESS:  Yes, that could be, and
12 I'm not sure how the structure is, but we have
13 partnerships with schools where we can offer a PSEO
14 program at their location, yes.
15 BY MR. TIMMERMAN:
16 Q.   And are those written agreements?
17 **A.   Yes.**
18 Q.   And for PSEO students who take PSEO at the school,
19 are they required to sign a faith statement?
20 **A.   No.**
21 Q.   Are they required to agree to the Declaration of
22 Christian Community?
23 **A.   No.**
24 Q.   Are you aware of any secondary schools that limit
25 where their students can attend PSEO; for example,

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 33 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al          Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 125

1  only Northwestern?
2    **MR. BAXTER:** Objection, outside the
3  scope.
4    If you know, you can answer.
5    **THE WITNESS:** We do not have an
6  exclusive agreement with any high school that we
7  partner with.
8    **BY MR. TIMMERMAN:**
9  Q.  Who pays for PSEO at the school?  Is that the
10  student who pays or is it reimbursed just like --
11  **A.  It's the same reimbursement process.**
12  Q.  And for kids who do PSEO at the school, do they ever
13  come onto campus for any reason for -- as part of
14  their PSEO education?
15  **A.  No.**
16  Q.  Is a student's residential proximity to Northwestern
17  considered in the application process?
18  **A.  Application process for on-campus PSEO?**
19  Q.  Correct.
20  **A.  No, it's not.**
21  Q.  And is a student's inability to commute to a
22  different institution something that you consider
23  for on-campus PSEO applications?
24  **A.  No.**
25  Q.  What about a student's financial status, is that

Page 126

1  something you consider for on-campus?
2  **A.  No.**
3  Q.  If we turn to Exhibit 6, I just want to verify a
4  couple of things.  In paragraph 1 -- and I've been
5  puzzled by this and maybe you will be able to shed
6  some light on it, but the second sentence says,
7  "Certainly there is Christ-centered and
8  faith-specific language on the website, but it is
9  carefully kept off the PSEO webpage."
10    In your experience, is that an accurate
11  statement?
12  **A.  No.**
13  Q.  So you have no idea what Dr. Johnson is referencing
14  here?  You're as confused as I am?
15  **A.  Yeah, unfortunately, I don't know how he came to**
16  **that conclusion, but that is not accurate.**
17  Q.  Where in the process does -- I want to take PSEO on
18  campus at Northwestern.  I'm doing my application.
19  Where in the process does the declaration and the
20  boxes I need to check come into play?  Is that after
21  I have completed the State application form or can
22  you just explain that a little bit?
23  **A.  Yes.  So when a student goes to the PSEO website and**
24  **they click "Apply" -- well, to apply is any button**
25  **at any point.  Then you keep -- you are given the**

Page 127

1  **options of which venue you want to apply to.  So it**
2  **could be, you know, traditional student, it -- so**
3  **you identify who you are.  If you are PSEO, it will**
4  **take you to the PSEO application website that has**
5  **the different tracks for on-campus these are the**
6  **requirements, online; but it explicitly says for**
7  **on-campus students, if you choose that option, you**
8  **will be asked to lead a -- to sign a statement of**
9  **faith.  So it's actually on there.**
10  Q.  So you know right away?
11  **A.  Yes, you know right away.**
12  Q.  Okay.  That made better sense to me.  I just wanted
13  to verify that that was the case.  So then in
14  paragraph 2(a) Dr. Johnson references things that --
15  inquiries that are made of prospective students once
16  they get into the application portal for on-campus.
17  **A.  Yeah.**
18  Q.  I think you've referenced one of these before.
19  "Have you entrusted yourself to Jesus Christ as your
20  Lord and Savior," that's one of the questions,
21  correct?
22  **A.  Yes.**
23  Q.  Then "Northwestern believes that the Bible alone is
24  the final authority and standard in all matters of
25  faith and personal conduct.  Do you agree?" that's

Page 128

1  one of the questions?
2  **A.  Yes, so these are the check boxes.  It's the yes or**
3  **no, I don't agree boxes.**
4  Q.  And the essay, it looks like -- and you referenced
5  this earlier, as well.  There's a video essay and
6  then there's a written essay, correct?
7  **A.  That's correct.**
8  Q.  And then the written essay, you're required to write
9  a unified, coherent essay about the ways in which
10  you have seen Jesus Christ work in and through your
11  life, correct?
12  **A.  Yes.**
13  Q.  And then you have to attest that you have read the
14  declaration and you agree to abide by it, correct?
15  **A.  That's correct.**
16  Q.  And then the last requirement, at least according to
17  this email, is an inquiry about whether you have any
18  information about yourself posted in a public domain
19  that would contradict anything in the declaration,
20  correct?
21  **A.  Yes, that's correct.  That's accurate.**
22  Q.  How long have these questions been in use as part of
23  the PSEO on-campus application?
24  **A.  So the check boxes and signing the declaration, that**
25  **would be as far back as I can recall, when I was**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 34 of 68

Melinda and Mark Loe, et al vs.  ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                Univ. of Northwestern - St. Paul Designee - 1-30-24                January 30, 2024

**Page 129**

1  leading this program.  The essay question has been
2  modified -- modified?  No, that's not the word --
3  yeah, modification.  It has been modified over time
4  to be consistent with making sure that it is very
5  similar to our traditional college application for
6  students on campus in our traditional program.  The
7  reason for that, again, is for consistency purposes,
8  yep.
9  Q.   Okay.  Do you know who created these requirements?
10 A.   It is -- so there's a standard for setting admission
11 requirements and that's through the academic dean of
12 the programs and enrollment/admissions.
13 Q.   Have you seen any different -- during your time at
14 Northwestern, have you seen any different versions
15 of this?
16 A.   The one different version would be the essay, the
17 video essay.  So that one replaced a face-to-face
18 interview that we used to have.
19 Q.   Okay.  How long did the face-to-face interview --
20 how long was that a requirement?
21 A.   So that was -- that had been around a long time; and
22 really why it became a video essay was because of
23 the pandemic, just the challenge of having students
24 come to campus and meet face to face, so it became a
25 more streamlined process.

**Page 130**

1  Q.   And prior to the pandemic, if anybody can remember
2  that far back, for the face-to-face interviews was
3  there a template or a guide of questions that the
4  interviewer was supposed to ask the prospective
5  student?
6  A.   I believe there was, yes.
7  Q.   Have you seen that document?
8  A.   I have, yes.
9  Q.   Okay.  And then would the interviewer complete notes
10 on how well the person did at the -- what I'll call
11 an intake interview?
12 A.   The notes were centered around was -- the student's
13 preparedness for the interview, the student's
14 readiness to take college classes on campus.  It was
15 centered around those things, so it was
16 preparedness, academically ready, ability to
17 advocate for themselves.  So it was centered around
18 those questions.
19 Q.   Was there any religious component, any questions of
20 a religious nature in the face-to-face interview
21 process?
22 A.   For on-campus, yes.  So the interview was only for
23 on-campus PSEO students and it would be similar to
24 the question that's asked here, what more of -- how
25 do you hope this community will impact your

**Page 131**

1  spiritual growth, around those issues.
2  Q.   And you mentioned earlier the video essay that's now
3  replaced the face-to-face interview.  Are there any
4  spiritual or religious questions or topics that are
5  included in that process?
6  A.   For the video?  I can't confirm that.  I would have
7  to go back and look at my notes, so I don't know.  I
8  don't know that.
9      MR. TIMMERMAN:  Do you want to take a
10 break?  We've been going about another hour and a
11 half.
12     MR. BAXTER:  Yeah.
13     MR. TIMMERMAN:  Okay, before we dig in
14 more to this.
15     MR. BAXTER:  That would be great.
16     (Short break taken from 2:24 to 2:36.)
17     BY MR. TIMMERMAN:
18 Q.   So, Ms. Cline-Cole, when we left off, we were
19 talking about kind of these admissions questions and
20 this process.  You talked about references as being
21 a requirement, I think you said one academic
22 reference and one spiritual reference, correct?
23 A.   Mm-hmm, yes.
24 Q.   So one academic reference, that makes sense.  Is it
25 usually somebody from the school?

**Page 132**

1  A.   Usually, yes, an instructor from the high school.
2  Q.   And are there guidelines on who can provide a
3  spiritual reference?
4  A.   The guidelines are more or less somebody who can
5  speak to your character and to your spiritual faith,
6  so those are the specific guidelines for a spiritual
7  reference.
8  Q.   So, for example, if an imam provided you a spiritual
9  reference, would that be sufficient for purposed of
10 the application process?
11 A.   If that is the student's choice, but generally, for
12 students who are Christians, they would seek
13 reference from people who provided spiritual
14 guidance to them, meaning, yeah, a pastor or a
15 priest or someone from their church.
16 Q.   And are there any prompts or topics that are
17 provided to their reference, to the spiritual
18 reference, this is what we need you to talk about?
19 A.   Yeah, so there are questions, and most of the time
20 it's on a scale of one to five, so it's mostly those
21 ranking questions and yes/no; and then I believe
22 there's a section where the recommender could
23 provide some context, but it's guided.  Yeah, they
24 are guided questions.
25 Q.   So there's a rating system, too?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 35 of 68

Melinda and Mark Loe, et al vs.                          ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                  Univ. of Northwestern - St. Paul Designee - 1-30-24                          January 30, 2024

Page 133

1  A.  I don't -- so I'm trying to recall if there's
2  actually a rating.  I know there's would you
3  recommend the student, would you -- but I don't --
4  so there isn't a rating.  No, there isn't a rating,
5  so I'm confusing that with something else.  There is
6  not a rating system, yes.
7  Q.  So it's just a series of questions?
8  A.  Yes, it's a series of questions and most of it is a
9  very short answer response to those questions.
10  Q.  So who -- with respect to the written essay, 250
11  words or less, who reviews those to see if it's
12  adequate?
13  A.  There is an academic review committee and it's read
14  by the committee.
15  Q.  So the committee reads each submission?
16  A.  Yes.
17  Q.  And are there written criteria regarding what the
18  committee is to look for in reviewing each of those
19  written essays?
20  A.  So you're asking if there's a rubric.  There is not
21  a rubric.
22  Q.  There is no rubric?
23  A.  Yeah, there's not a rubric.
24  Q.  Who is on that committee?
25  A.  It's made up of the admission counselor, at least

Page 134

1  one academic advisor, the director of the dual
2  enrollment/PSEO program, and in some cases the
3  director of admissions.
4  Q.  So when you were in charge of admissions, is that
5  something you would do?
6  A.  Yes.  Now, for -- yes, that would be something I
7  would do.
8  Q.  Are you aware of any instances where a student was
9  rejected from on-campus PSEO because of the content
10  of an essay?
11  A.  Yes.
12  Q.  Can you tell me about that?
13  A.  I'm trying to recall; it's been a while.  There was
14  one essay where the student spoke about their
15  belief -- sorry, I'm trying to recall.  It had to do
16  with more on the -- the content on their
17  understanding of the Christian community and the
18  Declaration of Christian Community, I believe that's
19  what it was.
20     The essay -- the content that was
21  provided showed that the student was choosing not to
22  participate even though they had signed the
23  declaration.  So the student wrote that in their
24  essay, that they would not participate in the
25  community's expectation.  So it was the community --

Page 135

1  I'm sorry, the community expectation.  So the
2  committee made a decision on -- they contacted the
3  student, so there was a phone call that was made to
4  the student to say can you help us understand your
5  position?  The subject said, yes, this is my
6  position; and we offered the online PSEO option to
7  the student and the student chose that option.
8  Q.  You said the "community expectation."  Do you mean
9  the declaration?
10  A.  The Declaration of Christian Community, yes.
11  Q.  Any other occasions?
12  A.  For essay, no.  No.
13  Q.  What about for other things?
14  A.  It would be mostly academic, the academic
15  requirement.  When we required the test score, some
16  students' tests fell below the minimum and way
17  below, and also their transcripts, the total GPA
18  fell below the minimum.
19  Q.  You mentioned test-optional.  Is that
20  SAT/ACT-optional?
21  A.  That's correct, yes, so now it's optional.
22  Q.  Who reviews the video essays, if anyone does?
23  A.  Yes, that is the committee that specifically -- the
24  video essay is accessible to every committee member.
25  Specifically who does, I don't know.

Page 136

1  Q.  The same committee you mentioned before?
2  A.  Yes, yes.
3  Q.  Okay.  Are you aware of anyone being disqualified
4  from attending on-campus PSEO because of the content
5  of their video essay?
6  A.  No.
7  Q.  Who reviews, if anyone, the religious or spiritual
8  references?
9  A.  The committee does.
10  Q.  Are you aware of anyone being disqualified because
11  of a negative or insufficient spiritual reference?
12  A.  No, I'm not aware.
13  Q.  Are you aware of any nonChristian PSEO student ever
14  taking courses on campus?
15  A.  I'm not aware.
16  Q.  Are you aware of any LGBTQ+ PSEO student ever being
17  admitted for on-campus?
18  A.  I'm not aware.
19  Q.  And I think you mentioned this earlier, but you
20  don't know if -- it sounds like if you don't
21  complete the essay, the video essay, all of the
22  requirements, then you're deemed incomplete and
23  you're not considered.  Is that correct?
24  A.  That's correct, yes.
25  Q.  And presumably, if you check "No" to the question,

Melinda and Mark Loe, et al vs.
Willie Jett, et al
ANITA CLINE-NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

Page 137

1  Have you entrusted yourself to Jesus Christ as your
2  Lord and Savior, you're not going to get into the
3  on-campus PSEO, correct?
4  **A.  The process for that is a phone call to the student**
5  **to get clarity, to understand why they checked "No"**
6  **or why they checked "I don't know"; and then if the**
7  **student says that, yep, it's true, I have not**
8  **accepted Jesus Christ, I have no intention of doing**
9  **that, then that would deem the file incomplete and**
10 **usually we don't make a decision on the application.**
11 Q.  It just gets defaulted to incomplete?
12 **A.  Well, so we offer the online program to the student.**
13 **In some cases the student would register for online.**
14 **In most cases it does -- they do register for**
15 **online, but we don't -- yeah, that's right.**
16 Q.  And what about for question number 2, if a student
17 checks --
18     MR. BAXTER: Just for the record, could
19 we get the document in front of her first so she can
20 see what you're talking about?
21     MR. TIMMERMAN: Oh, sure.
22     BY MR. TIMMERMAN:
23 Q.  This is Exhibit 6, I apologize.
24     MR. BAXTER: The very bottom one.
25 There you go.

Page 138

1     BY MR. TIMMERMAN:
2  Q.  There it is.  So if we look at 2(a), romanette ii,
3  "Northwestern believes that the Bible alone is the
4  final authority and standard in all matters of faith
5  and personal conduct," if you check "No" to that box
6  "Do you agree" and you check "No," is it the same
7  process, a phone call?
8  **A.  Yes.  A phone call, yes.**
9  Q.  And what happens if the person says that they are
10 sticking by their no?
11 **A.  Then it would be a denial, yes, and an offer for an**
12 **online program.**
13 Q.  Has that happened?
14 **A.  That has happened, yes.**
15 Q.  And has it happened where someone has checked "No"
16 or "I don't know" in response to that first question
17 and not been admitted?
18     MR. BAXTER: Objection, just vagueness
19 as to which is the first question and --
20     BY MR. TIMMERMAN:
21 Q.  Yeah, "Have you entrusted yourself to Jesus Christ
22 as your Lord and Savior?"
23 **A.  So the process would be a phone call to the student;**
24 **and where a student says no, I have not, I don't**
25 **have any intention to, then it would be a denial and**

Page 139

1  **an offer for online.**
2  Q.  Okay.  And my question was, are you aware of that
3  having happened?
4  **A.  For those two instances, yes, I am.**
5  Q.  Okay.  Let's focus next on the last requirement,
6  romanette v there, if we could.  Let me just start
7  by asking, what is -- well, let me start by asking
8  have you ever had an applicant for PSEO on-campus
9  responding yes, that they currently have information
10 about themselves posted in any public domain that
11 would contradict the declaration?  Has that ever
12 occurred?
13 **A.  No.**
14 Q.  If it did occur, is there a process for what would
15 happen next?
16 **A.  Also a phone call just to get an understanding and**
17 **clarity on the content of what is posted on the**
18 **public domain.**
19 Q.  Has it ever been part of the admissions process for
20 PSEO on campus to review prospective students'
21 social media?
22 **A.  No.**
23 Q.  Are you aware of that ever being done?
24 **A.  I'm not aware, no.**
25 Q.  Are there any written standards that dictate what

Page 140

1  would happen if -- what to look for in social media
2  or how to react if a student responds yes to that
3  question?
4  **A.  No, no written standards.**
5  Q.  Would that fall to the committee, as well, to sort
6  out?
7  **A.  I believe so, yes.**
8  Q.  Have you ever had an occasion where either an
9  academic or a spiritual reference has disclosed that
10 a student is gay or transgender?
11 **A.  No.**
12 Q.  Are these the same questions that are asked of
13 traditional undergraduate students for admission?
14 **A.  Yes, except for the video essay.**
15 Q.  Is it still a face-to-face for college?
16 **A.  I'm sorry?**
17 Q.  You say except for the interview?
18 **A.  The interview, yeah, the video essay is not part of**
19 **the application for traditional students.**
20 Q.  Is it a face-to-face interview, as well?
21 **A.  No, there is no interview.**
22 Q.  No interview at all?
23 **A.  No.**
24 Q.  Is there a reason why you would require an interview
25 for PSEO students, but not for traditional college

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 37 of 68

Melinda and Mark Loe, et al vs.                                    UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                                                                                      January 30, 2024
Univ. of Northwestern - St. Paul Designee - 1-30-24

Page 141

1  students?
2  **A.   Yes.**
3  Q.   And why is that?
4  **A.   The decision was to ensure that the student was**
5  **academically ready to handle the rigor of a college**
6  **campus setting or a college level course.**
7  Q.   If a student disclosed during the application
8  process that they were Christian, but had gay
9  parents, would that have any bearing on their
10  ability to be admitted?
11  **A.   No.**
12  Q.   Are PSEO students required to belong to a church?
13  **A.   No.**
14  Q.   Ostensibly, though, if you have to have a spiritual
15  reference, you have to have a connection to a
16  religious institution, correct?
17  **A.   Some affiliation, yes.**
18  Q.   Has Northwestern ever considered eliminating these
19  admission requirements?
20  **A.   Not in a serious context, no.**
21  Q.   In a nonserious context?
22  **A.   If I can explain?**
23  Q.   Sure.
24  **A.   It was more a reaction context.  I believe it was**
25  **when the language was added to the Bill, so there**

Page 142

1  **was just conversation just within campus about that**
2  **conversation.**
3  Q.   But, ultimately, the -- I think you said the board
4  decided to keep it, correct?
5  **A.   Yes.**
6  Q.   Are you aware of any faculty or staff at
7  Northwestern that think that these admission
8  requirements are unnecessary?
9  **MR. BAXTER:** I'm going to object as
10  outside the scope.
11  If you know, you can answer.
12  **THE WITNESS:** I was not aware of any
13  faculty and I am not aware of any current employed
14  faculty.
15  **BY MR. TIMMERMAN:**
16  Q.   Any former faculty?
17  **A.   I became aware during the preparation for the**
18  **deposition, yes.**
19  Q.   Who is that?
20  **A.   Ken Kaiser (phonetic).**
21  Q.   Let's talk next, if we could, about the curriculum
22  and course materials at Northwestern for PSEO
23  courses.  You mentioned that there is some
24  difference between online versus on-campus just
25  based on a variety of factors.  Is there a catalog

Page 143

1  that's available on Northwestern's website that
2  indicates which PSEO courses are offered?
3  **A.   It is -- yes.  There is a catalog with -- a**
4  **traditional college catalog.  There is also an**
5  **online PSEO catalog.  I'm not sure if that's**
6  **available for public access, but students who are**
7  **enrolled in the PSEO program do have access to that**
8  **catalog.  Again, I don't know on which platform it**
9  **is available, whether it's public domain or just**
10  **within the institution's domain.**
11  Q.   Is that -- so the traditional undergraduate catalog,
12  that would apply to the on-campus students, correct?
13  **A.   Yes, there is -- yes.**
14  Q.   And that is available online, I think?
15  **A.   It is.  It is available online.**
16  Q.   And is the online catalog -- I have not -- I will
17  just represent that I have not seen that.  Is that
18  something that is updated periodically?
19  **A.   It is, yes.**
20  Q.   Who decides what PSEO courses are offered on campus?
21  **A.   It's a partnership with the Department of Education**
22  **and Northwestern, more the academic personnel.  So I**
23  **would say, I believe, it would be the provost's**
24  **approval along with the academic -- the director of**
25  **the academic PSEO program and the APCC.**

Page 144

1  Q.   And is it your understanding that PSEO courses
2  offered on campus have to meet the graduation
3  requirements of the high schools?
4  **A.   That's correct.**
5  Q.   How do you ensure that happens?
6  **A.   We have professional academic advisors who are**
7  **trained and they have worked with schools, with**
8  **Department of -- Minnesota Department of Education**
9  **to ensure that those requirements are fulfilled.**
10  Q.   Okay.  So is there a dialogue?  If I'm a student and
11  I want to take on-campus PSEO, is there a dialogue
12  between academic advising staff and my high school
13  staff?
14  **A.   Yes.**
15  Q.   Okay.  To ensure that I'm not taking courses that
16  don't count?
17  **A.   Right, yes.**
18  Q.   So is it your understanding that all courses
19  provided through on-campus PSEO qualify for high
20  school graduation requirements for kids who are
21  going to school?
22  **A.   Not all courses.  So there are courses that will**
23  **meet the basic high school graduation requirements**
24  **that they take first and then other courses are**
25  **available to students.**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 38 of 68
Melinda and Mark Loe, et al vs.                                    ANITA CLINE-COLE   ANNOUNCE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                                 Univ. of Northwestern - St. Paul Designee - 1-30-24         January 30, 2024

Page 145

1  Q.   And those other courses, are they undergraduate
2  courses?
3  A.   Yes.
4  Q.   Okay.  Is there any difference between the
5  curriculum in the courses that meet high school
6  graduation requirements as opposed to those that
7  don't?
8  A.   No, there is not a difference, and I can explain a
9  little bit further.
10 Q.   Yeah, that would be great.
11 A.   So an instance where a student, in particular, if I
12 recall, did two years of on-campus PSEO, took the
13 first year to complete his high school requirements,
14 because the equivalence is one college credit is
15 equivalent to -- or one semester, I'm sorry, one
16 semester of a college course is equivalent to one
17 academic year of a high school course.  So, for
18 example, if a student has to take two years of
19 physics, one semester of physics will apply.
20      So the student completed his high
21 school requirement and then the second year he was
22 able to take courses that were related to a major of
23 interest.  For example, he took data analytics,
24 that's not required for graduation, and then some
25 other courses that he could take that he had access

Page 146

1  to from Northwestern.
2  Q.   And were those courses part of the undergraduate
3  portfolio or did he actually veer into --
4  A.   No, they were a part of the undergraduate portfolio,
5  yes.
6  Q.   Okay.  Were they part of the gen. ed. portfolio or
7  were they part of the --
8  A.   They were all part of the gen. ed. nonsectarian.
9  Q.   Are professors at Northwestern tenured?
10 A.   Some are; not all.  The adjunct professors are not
11 tenured.
12 Q.   And you mentioned earlier that Northwestern has some
13 agreements with secondary institutions to provide
14 PSEO at the schools?
15 A.   Yes.
16 Q.   Do you know what schools those agreements are with?
17 A.   So I can list maybe a couple.  There are ten high
18 schools that Northwestern has partnerships with,
19 Legacy, Southwest Christian, Heritage Academy -- I
20 should know more than this -- South -- there's
21 another one in Burnsville called South High School,
22 there is New Life Academy in Woodbury, there is
23 St. Cloud Christian High School, and then a few
24 other ones I can't recall.
25 Q.   Is Marantha one of them -- or Maranatha?

Page 147

1  A.   Oh, Maranatha?  I don't know.  I'm not sure, yeah.
2  Q.   Okay.  And all of these other schools that you just
3  listed, are these all Christian education schools?
4  A.   Yes, they are.
5  Q.   All private schools?
6  A.   All private schools, yes.
7  Q.   And I think you mentioned this earlier, but does
8  Northwestern have an exclusive PSEO agreement with
9  any of these schools?
10 A.   No.
11 Q.   Do you know what other institutions these schools
12 have agreements with?
13      MR. BAXTER: I'll object as outside the
14 scope.
15      But if you know, you can answer.
16      THE WITNESS: I wouldn't say
17 agreements, but students from all of these schools
18 are able to participate in PSEO programs that are
19 offered through the Minnesota State Colleges and
20 Universities.
21      BY MR. TIMMERMAN:
22 Q.   Who at Northwestern sets kind of curricular
23 standards?  Is there a group that sets standards for
24 all courses?
25 A.   Yes.  That would be under the purview of academia.

Page 148

1  So the provost leads that effort and she has a
2  couple of committees that do that, yeah, committees
3  that do that.
4  Q.   For these schools that you have partnership
5  agreements with, do you know, is it just their
6  students --
7  A.   Yes.
8  Q.   -- who are able to take PSEO courses on their
9  campuses?
10 A.   Yes.
11      (Northwestern Deposition Exhibit 7 was
12      marked for identification by the court
13      reporter and attached hereto.)
14      BY MR. TIMMERMAN:
15 Q.   Showing you what's been marked as Exhibit 7 to your
16 deposition, feel free to take a minute to read it.
17      MR. BAXTER: And this is Loe 761 for
18 the record.
19      BY MR. TIMMERMAN:
20 Q.   Have you had a chance to review that?
21 A.   Yes.
22 Q.   My first question for you is, who is Ann Sorenson?
23 A.   She's a faculty member in the Film and Communication
24 Department.
25 Q.   Is she a member of the cabinet?

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24                January 30, 2024

Page 149

1  A.  No, she's not.
2  Q.  Any idea why she would be attending a cabinet
3  meeting?
4  A.  She -- I believe she's currently -- she currently
5  serves as the president of the faculty board or
6  committee, I think, so she represents all faculty.
7  Q.  Is it a union?
8  A.  No, it's not.
9  Q.  Are you -- Northwestern I don't think is unionized,
10  at least as I --
11  A.  No, it's not.
12  Q.  Okay.  And is it Dr. Sorenson?
13  A.  I don't think so.  She does have a terminal degree
14  in media, but it's an MFL, master of -- MFA, master
15  of fine arts.
16  Q.  And she indicates here that one large reason that
17  people choose Northwestern is the Christian
18  worldview.  Would you agree with that statement?
19     MR. BAXTER: I'm going to object as out
20  of the scope.
21     You shouldn't speculate, but if you
22  know or have an opinion, you can provide it.
23     THE WITNESS: Students have shared that
24  they chose Northwestern because of the Christian
25  worldview, yes.

Page 150

1     BY MR. TIMMERMAN:
2  Q.  And were you involved at all in any outreach to
3  parents or families about the legislation?
4  A.  No, I wasn't.
5  Q.  You weren't involved in any -- in drafting any
6  template communications for parents or families?
7  A.  No, I wasn't.  I wasn't.
8  Q.  You weren't, okay.  Do you know who was?
9  A.  I believe that was through the Marketing Department,
10  yeah.
11  Q.  Okay.  Are students in PSEO courses on campus
12  required to pray?
13  A.  No.
14  Q.  Are you aware of that ever being the case?
15  A.  Not that I'm aware of, no.
16  Q.  Are they required, PSEO students on campus, required
17  to engage in devotion?
18  A.  No, they are not required to engage in devotion.
19  Q.  Are you aware of students ever being graded on --
20  PSEO students on campus being graded on their
21  participation in prayer and devotion?
22  A.  I am not aware of a student being graded on their
23  participation, a PSEO student.
24  Q.  And you mentioned earlier that professors create the
25  course syllabi?

Page 151

1  A.  They flesh it out, so they add context, but the
2  abbreviated version is also quite robust.  The
3  professor might add maybe a couple more reading
4  materials and things that are relevant to their area
5  of expertise.
6  Q.  And I think you mentioned the abbreviated version is
7  the version that's shared with MDE, correct?
8  A.  Generally, yes.
9  Q.  And do you know what MDE does with that information?
10  A.  No.
11  Q.  Is the APCC in charge of PSEO curricular
12  development?
13  A.  I don't know.
14  Q.  Or is that still at the professor level?
15  A.  I don't know if the APCC is part of that.
16  Q.  Are there any written rules or guidelines on how to
17  develop curriculum or syllabi for a course, for a
18  PSEO course?
19  A.  I don't know that.
20  Q.  Any rules or guidelines that are provided to
21  professors about how to ensure that their courses
22  and course syllabi are nonsectarian?
23  A.  I'm not aware of any written rules or guidelines,
24  but I know through my conversation with Heidi Hoefs
25  that there's a thorough examination and auditing of

Page 152

1  these -- of these syllabi and the course context to
2  ensure that it's nonsectarian.
3  Q.  Do you know whether there's ever been an occasion
4  where a syllabus has been returned to a professor
5  because the APCC determined that it was sectarian?
6  A.  I don't know.  I have not heard of that situation.
7  Q.  Who would know that?
8  A.  Heidi would know.
9  Q.  And is there any -- let me ask this.  Does the APCC
10  then approve syllabi for professors to use for
11  upcoming semesters?
12  A.  In the context of reviewing and auditing those
13  syllabi, I believe so, yes.
14  Q.  Is it expected at Northwestern that on-campus
15  courses that PSEO students can take will include the
16  Bible as a text?
17  A.  No.
18  Q.  Is it expected that syllabi will include biblical
19  references?
20  A.  No.
21  Q.  Biblical quotes or citations?
22  A.  No, it is not expected.
23  Q.  Is it expected at Northwestern that courses
24  on-campus PSEO students take will have a prayer or
25  devotional at the beginning of the class?

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

Page 153

1  A.  It is not expected.  That's not the standard.
2  Q.  Is that something that occurs?
3  A.  Not common practice that I'm aware of, no.
4  Q.  Are you aware of any courses that PSEO students can
5  take on campus that start with a prayer or
6  devotional?
7  A.  No, I'm not.
8  Q.  Are you aware of instructors ever -- professors ever
9  being told that they should create multiple syllabi
10  for courses?
11  A.  No.
12  Q.  Aware of multiple syllabi ever being created by
13  professors for the same course at the same time?
14  A.  I'm not aware.
15  Q.  Who decides on things like what textbooks and
16  materials and handouts and things will be in a
17  course?
18  A.  That would be the department chair and the
19  committee, as part of the academic committee, but
20  I'm not sure who -- the department chair does.
21  Q.  Are there any standards or guidelines provided to
22  department chairs to aid them in that process?
23  A.  I don't have any knowledge of that.
24  Q.  Is there an expectation that course materials
25  provided will have a biblical viewpoint?

Page 154

1  A.  No, there is no expectation.
2  Q.  Is that something --
3  A.  If we're talking about PSEO on campus, that's not
4  the expectation.
5  Q.  Does that ever occur or has that ever occurred where
6  source materials via texts or handouts had an
7  exclusively Christian viewpoint for PSEO on-campus
8  classes?
9  A.  Exclusively Christian, not that I'm aware of.
10  Again, not a common practice that I'm aware of.
11  Q.  We talked about this earlier today, so let's just
12  look at it together, then.
13      (Northwestern Deposition Exhibit 8 was
14      marked for identification by the court
15      reporter and attached hereto.)
16      BY MR. TIMMERMAN:
17  Q.  This is Exhibit 8 and it's MDE 1569.  Have you had a
18  chance to review them, Ms. Cline-Cole?
19  A.  I'm looking at it now.
20  Q.  Okay.  Please take your time.
21  A.  Okay.
22  Q.  Have you had a chance to review that?
23  A.  Yes.
24  Q.  Is this the statement of assurance that you
25  referenced earlier?

Page 155

1  A.  Yes.
2  Q.  Do you know, are these submitted annually to MDE?
3  A.  Yes, they are.
4  Q.  And did you submit these when you were in Heidi's
5  role?
6  A.  No, I didn't.
7  Q.  Okay.  Have you ever had any involvement in the
8  process of assuring that courses are nonsectarian?
9  A.  No.
10  Q.  Excuse me, that --
11  A.  No, I have not.
12  Q.  That would be the APCC again, correct?
13  A.  Yes.
14  Q.  Do you know how long this has been required of
15  Northwestern to submit?
16  A.  The earliest I can remember dates as far back, based
17  on documents that I have read, that I have access
18  to, 2008 that I've seen.
19  Q.  So there are -- I've only ever seen this one version
20  of this document.  Have you seen other versions?
21  A.  Not this document, but the requirement that the
22  courses that are offered to PSEO students are
23  nonsectarian, yes.
24  Q.  Okay.  So that's been clear since 2008?
25  A.  Yes.

Page 156

1  Q.  Do you know how long Northwestern has submitted an
2  annual assurance like this one?
3  A.  I don't know.
4  Q.  Have you ever seen any other annual assurances like
5  this one?
6  A.  No.
7  Q.  Is it your understanding, as Northwestern's
8  representative, that MDE does not reimburse for PSEO
9  courses that are nonsectarian?
10  A.  Yes.
11  Q.  And in this document, if we look at the second and
12  third bullet points -- let me start at the top.
13  I'll just read it all.  "I hereby certify that all
14  courses offered to high school students for the
15  2022-2023 academic year through the PSEO program are
16  nonsectarian in nature.  Further, these courses are
17  not:"  Bullet 1, "Specifically for education of
18  students (a) to prepare them to become ministers of
19  a particular religion; (b) to enter upon some
20  religious vocation; or (c) to prepare them to teach
21  theological subjects."
22      Bullet number 2, "Based upon one
23  particular set of religious beliefs."
24      And bullet number 3, "Intended to
25  propagate or promote any one religious belief or

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 41 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

January 30, 2024

Page 157

1 viewpoint." Did I read that correctly?
2 **A.  Yes.**
3 Q.  Do you believe that all of Northwestern's PSEO
4 courses meet these three requirements?
5   **MR. BAXTER:** Objection, calls for a
6 legal conclusion.
7   If you want to offer an opinion -- if
8 you have an opinion, you can offer it, but you
9 shouldn't speculate.
10   **THE WITNESS:** Based on the rigorous
11 process and the high process of integrity that
12 Heidi's office goes through and in partnership with
13 the Minnesota Department of Ed, yes, I believe that
14 courses offered to our PSEO students are
15 nonsectarian.
16   **BY MR. TIMMERMAN:**
17 Q.  Are you aware of any PSEO courses offered that are
18 based upon one particular set of religious beliefs?
19   **MR. BAXTER:** Objection, vague.
20   You can answer if you have an opinion.
21   **THE WITNESS:** By this definition, no.
22   **BY MR. TIMMERMAN:**
23 Q.  Are you aware of any PSEO courses that are intended
24 to propagate or promote any one religious belief or
25 viewpoint?

Page 158

1   **MR. BAXTER:** Same objection, vague and
2 ambiguous.
3   You can answer.
4   **THE WITNESS:** I'm not aware.
5   (Northwestern Deposition Exhibit 9 was
6   marked for identification by the court
7   reporter and attached hereto.)
8   **MR. TIMMERMAN:** MDE 524.
9   **BY MR. TIMMERMAN:**
10 Q.  Showing you Exhibit 9 to your deposition,
11 Ms. Cline-Cole, have you seen this document before?
12 **A.  I have not, no.**
13 Q.  Do you know what this document is?
14 **A.  This looks like a promotional piece, I believe, that**
15 **was created by the Marketing Department. I don't**
16 **know, it has Northwestern's crest on it.**
17 Q.  Okay.  And the last heading on this document is
18 "Christ-centered."  Do you see that?
19 **A.  I do, yes.**
20 Q.  And that section reads, "All of our professors have
21 a foundation of faith and teach from a biblical
22 worldview."  Do you see that?
23 **A.  I do, yes.**
24 Q.  Would you agree with me that, according to this
25 advertisement for PSEO, that Northwestern's courses

Page 159

1 are intended to promote one religious belief or
2 view?
3   **MR. BAXTER:** Objection,
4 mischaracterizes and calls for a legal conclusion.
5   **THE WITNESS:** No, it does not.
6   **BY MR. TIMMERMAN:**
7 Q.  You don't believe it does?
8 **A.  I don't believe it does.**
9 Q.  Would you agree, based on -- again, you can look
10 back to the last exhibit.
11 **A.  Yes.**
12 Q.  I believe you may have it here.  This is
13 Northwestern telling the world our professors in
14 PSEO courses teach from a biblical worldview,
15 correct?
16 **A.  Yes.**
17 Q.  Would you agree that, at least with respect to this
18 advertisement, it's promoting that Northwestern's
19 PSEO courses are based upon one particular set of
20 religious beliefs?
21   **MR. BAXTER:** Objection, vague and
22 ambiguous.
23   **THE WITNESS:** I don't believe so, and I
24 can explain.
25   **BY MR. TIMMERMAN:**

Page 160

1 Q.  Sure.
2 **A.  The courses that are defined as nonsectarian are**
3 **based on, again, assessing the students, it's based**
4 **on outcome, it's based on grading.  None of the**
5 **courses that we offer to PSEO students were graded**
6 **based on one particular religion, based on their**
7 **faith, based on their creed.  So that is why I**
8 **believe that the courses that have been approved as**
9 **defined by the Department of Ed, Minnesota**
10 **Department of Ed, are nonsectarian by that**
11 **definition that Northwestern offers.**
12   **So it is two different things.  Every**
13 **course that's taught at Northwestern is taught from**
14 **a biblical worldview.  However, courses that PSEO**
15 **students are allowed to take are not graded based on**
16 **their faith and the outcome of those courses meet**
17 **the nonsectarian definition, if that helps.**
18 Q.  It doesn't.  So, I mean, I -- you're distinguishing
19 between taught from a biblical worldview and
20 grading.
21 **A.  Mm-hmm.**
22 Q.  How does the outcome of the course make it
23 nonsectarian?
24   **MR. BAXTER:** Objection, calls for a
25 legal conclusion.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 42 of 68
Melinda and Mark Loe, et al vs.                                              ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                     Univ. of Northwestern - St. Paul Designee - 1-30-24                          January 30, 2024

Page 161

1     You shouldn't speculate, but if you
2  have an opinion, you can answer.
3        **BY MR. TIMMERMAN:**
4  Q.  Based on what you just testified.
5        **MR. BAXTER:** Same objections.
6        **THE WITNESS:** The definition of
7  "nonsectarian" is all based on outcome.  So the
8  first bullet point talks about preparing students to
9  become ministers of a particular religion based upon
10  one particular set of religious beliefs.  That's
11  measuring the student's religious beliefs and
12  grading them based on that belief.
13     The same thing with the second one,
14  intending to propagate or promote any one religious
15  belief or viewpoint to that student, and then the
16  outcome of that is to say that I will grade you
17  based on that particular religious belief.  So that
18  is the definition by the Department of Ed.
19        **BY MR. TIMMERMAN:**
20  Q.  Do you see the word "outcome" referenced anywhere in
21  Exhibit 8?
22  **A.  No.**
23  Q.  In fact, it references "courses," correct?
24  **A.  Mm-hmm, yes.**
25  Q.  So just to close the loop on this, as Northwestern's

Page 162

1  representative, it's your opinion or your testimony
2  that PSEO courses are nonsectarian because students
3  aren't graded on anything religious in nature?
4        **MR. BAXTER:** Objection,
5  mischaracterizes --
6        **BY MR. TIMMERMAN:**
7  Q.  I was just going to ask you, is that a fair
8  characterization?
9  **A.  PSEO courses taught at Northwestern are nonsectarian**
10  **because Northwestern has done a thorough review**
11  **process with a partnership with the Department of**
12  **Education to approve these courses all based on the**
13  **course curriculum, the syllabus and the outcome.**
14  **All courses taught through Northwestern's PSEO**
15  **program are nonsectarian.**
16  Q.  Does Northwestern keep copies of the course
17  descriptions that it provides to MDE?
18  **A.  Yes.**
19  Q.  How far back?
20  **A.  I don't know how far back.**
21        **MR. TIMMERMAN:** Let's mark this as 10.
22     (Northwestern Deposition Exhibit 10 was
23     marked for identification by the court
24     reporter and attached hereto.)
25        **BY MR. TIMMERMAN:**

Page 163

1  Q.  Ms. Cline-Cole -- go ahead.
2        **MR. BAXTER:** Just for the record, I'm
3  going to note this is MDE 2078 through MDE 2085.
4        **BY MR. TIMMERMAN:**
5  Q.  And I will represent to you that I received this
6  anonymously.
7  **A.  Mm-hmm.**
8  Q.  Are you ready?
9  **A.  I am.**
10  Q.  Have you seen this document before?
11  **A.  It was brought to my attention, yes.**
12  Q.  Okay.  And this purports to be a spring semester
13  2021 Public Speaking syllabus; is that correct?
14  **A.  That's correct, yes.**
15        **MR. BAXTER:** And I'll just object for
16  lack of foundation, no authentication, but go ahead.
17        **BY MR. TIMMERMAN:**
18  Q.  Sure.  Do you know who Dr. Robert Allen is?
19  **A.  No, I don't.**
20  Q.  Do you know whether this was a PSEO course?
21  **A.  I do not know whether it was.**
22  Q.  Do you know that Melinda Loe's and Dawn Erickson's
23  children took this course in PSEO at Northwestern?
24  Any reason to dispute that?
25  **A.  I can't answer that.**

Page 164

1  Q.  Okay.  So if you turn to the second page, if you
2  will, paragraph 9 says, "All students will
3  participate in opening class with a short devotional
4  and prayer."  Did I read that correctly?
5  **A.  Yes.**
6  Q.  And five points next to that, correct?
7  **A.  Yes.**
8  Q.  If you turn to the next page -- actually, if you --
9  yes, please turn to the next page.  You see here
10  again is a reference to devotion, five points,
11  correct?
12  **A.  I see that, yes.**
13  Q.  And that's in the grading rubric for this class,
14  correct?
15        **MR. BAXTER:** Objection, calls for
16  speculation.
17     If you know, you can answer.
18        **THE WITNESS:** From the rubric, the
19  grading rubric, it does look like it, yes.
20        **BY MR. TIMMERMAN:**
21  Q.  So it looks like students who took this course were
22  graded upon their participation in prayer and
23  devotion, correct?
24        **MR. BAXTER:** Objection, calls for
25  speculation.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 43 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al        Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 165

1    THE WITNESS: Based upon what's
2  presented to me, yes, I see that.
3    BY MR. TIMMERMAN:
4  Q.  Do you know if the APCC reviewed this syllabus?
5  A.  I can't speak directly to whether the APCC reviewed
6  this syllabus, but I will add that this is not
7  standard practice.  This is not something that's
8  allowed and accepted.  If the APCC had caught this,
9  it would never make it on the syllabus.
10 Q.  Well, who could I talk to on the APCC who could tell
11 me more about this?
12 A.  Well, I keep referring to the academic director,
13 Heidi Hoefs.
14 Q.  Okay.  Do you know if Northwestern was reimbursed
15 for this course by MDE?
16 A.  I don't know.
17 Q.  Do you know if this is a general education course?
18 A.  I don't know.
19 Q.  Do you know if this course is still being taught?
20 A.  The Public Speaking course is still being taught,
21 but I don't know who is -- who the instructor is.
22 Q.  And the course description is right on page 1, if
23 you could go back.  Gosh, I need new readers, sorry.
24 In the last full paragraph of the course description
25 before Course Learning Outcomes, the second sentence

Page 166

1  reads, "As Christians ..."  Starting there, do you
2  see that?
3    "As Christians, we should model God's
4  example of communication and glorify our Savior by
5  displaying excellence in communication
6  opportunities."  Did I read that correctly?
7  A.  Yes.
8  Q.  Would you agree that this is promoting a particular
9  religious viewpoint?
10 A.  As it appears, but I will emphasize this is
11 absolutely not standard practice and would not be
12 allowed.
13 Q.  Okay.  But as it appears, it is, correct?
14   MR. BAXTER: Objection, vague and
15 ambiguous.
16   BY MR. TIMMERMAN:
17 Q.  As this is drafted, it's promoting a particular
18 religious viewpoint, correct?
19   MR. BAXTER: Same objection.
20   THE WITNESS: I see this as the
21 instructor's worldview and it's a biblical worldview
22 position that the instructor has taken.
23   BY MR. TIMMERMAN:
24 Q.  In fact, the instructor is assuming that everyone
25 who takes his class is Christian, correct, and he

Page 167

1  starts that "As Christians," correct?
2    MR. BAXTER: Objection, calls for
3  speculation.
4    THE WITNESS: If this is an on-campus
5  PSEO course, then that is the assumption, yes.
6    (Northwestern Deposition Exhibit 11 was
7    marked for identification by the court
8    reporter and attached hereto.)
9    BY MR. TIMMERMAN:
10 Q.  If you would turn back to the last exhibit, if you
11 would, do you see that there's one text listed as a
12 requirement for that course?
13 A.  Yes.
14 Q.  "An Essential Guide to Public Speaking," Second
15 Edition, by Q. Schultze?
16 A.  Yep.
17 Q.  I'll represent to you that this is that second
18 edition.  This is the text from that PSEO course.
19 Have you ever seen this before?
20 A.  No.
21 Q.  Let's turn to the introduction.  Could you read this
22 sentence for the record, please, starting with "I
23 wrote ..."?
24 A.  "I wrote this book for Christians who want to learn
25 public speaking with faith, skill and virtue.  I

Page 168

1  learned public speaking by doing it myself and
2  mentoring others and teaching at Christian
3  universities and seminaries."
4  Q.  I just want to go through some of the chapter
5  headings and subheadings with you, of which there
6  are surprisingly many for a relatively short book.
7  One of them is, starting on page 7, "Listen for
8  God's Calls."  Did I read that correctly?
9  A.  Yes.
10 Q.  One of them, starting on page 58 is, "No Christian
11 Nonnegotiables."  Did I read that correctly?
12 A.  Mm-hmm.
13 Q.  And one of them, starting on page 93, is "Imitate
14 the Ethos of Jesus Christ."  Did I read that
15 correctly?
16 A.  Yes.
17 Q.  Would you agree that this book promotes a particular
18 religious view?
19   MR. BAXTER: I'm going to object for
20 lack of foundation, authentication, calls for a
21 legal conclusion.
22   If you have an opinion, you can answer
23 it.
24   THE WITNESS: I would need to read the
25 book to agree.

CASE 0:23-cv-01527-NEB-JFD    Doc. 97-13    Filed 09/04/24    Page 44 of 68

Melinda and Mark Loe, et al vs.                                    UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                                Univ. of Northwestern - St. Paul Designee - 1-30-24              January 30, 2024

Page 169

BY MR. TIMMERMAN:

Q.  Would you agree that it's based upon, at least from what you've seen, one particular set of religious beliefs?

MR. BAXTER: Same objections.

THE WITNESS: And I would respond the same, I would need to read the book in order to come to that conclusion.

BY MR. TIMMERMAN:

Q.  Does the APCC vet textbooks to make sure that the textbooks and the course materials are nonsectarian?

A.  I believe that's part of the integrity of the group, yes, and I will emphasize again this particular course content, the outcome that's listed on here, being that it's only 5 points out of 470 points, it's not standard and it is not acceptable for a nonsectarian approved PSEO course.

Q.  How do you know it's not standard?

A.  Based on conversations that Heidi and I have had and she's talked about the process of reviewing and auditing and vetting these courses and because this is outcome-based, it is not standard practice.

Q.  Have you personally reviewed any other syllabi to ensure that it's nonsectarian?

A.  I have not.

Page 170

Q.  Have you reviewed any source materials referenced as texts for any PSEO course to ensure that it's nonsectarian?

A.  I have not.

Q.  Are you aware of any other syllabi in which requirements like these are captured?

A.  I am not, not for a PSEO on campus.

(Northwestern Deposition Exhibit 12 was marked for identification by the court reporter and attached hereto.)

MR. BAXTER: I'll note this is MDE 1055 through 1058; and, I'm sorry, is this Exhibit 11 or 12?

MR. TIMMERMAN: It's 12.

MR. BAXTER: Twelve, okay.

BY MR. TIMMERMAN:

Q.  Have you had a chance, Ms. Cline-Cole, to review that?

A.  Yes, I have.

Q.  I guess my first question is, what the heck is this? Could you just explain, to the best of your knowledge, what this is?

MR. BAXTER: I'll just object for lack of authentication and foundation, but go ahead.

THE WITNESS: So I'm going by the URL

Page 171

here.  Spring of 2016, a course that was taught during the 2016 semester.  It says "Undergraduate Pathways" and this is one of the learning platforms that is available, so it would be -- it's MOD, so that would be Moodie, so Moodie is a learning platform, so this would be an online course.

BY MR. TIMMERMAN:

Q.  So this would be for an online PSEO course?

A.  It appears that some of the discussion and content is posted on the Moodie platform, yes.

Q.  Okay. So this would -- would these modules be available to students taking on-campus PSEO?

MR. BAXTER: Objection, calls for speculation.

You can answer if you know.

THE WITNESS: I don't.

BY MR. TIMMERMAN:

Q.  Do you know if those are the online PSEO students?

A.  That's the thing, I don't know.  There's nothing here to provide that context for me.  Undergrad Pathways also covered all of our online platforms, including -- and it was accessible to adult degree completion students, so I don't know.

Q.  Can you tell what class this is from?

A.  It says it's economics somewhere here.  It's an econ

Page 172

class, it looks like.

Q.  Do you know who Dan Moalusi is?

A.  No, I don't.

Q.  Is economics a course that's available to PSEO students on campus?

A.  Let me think.  Currently, I believe not.  It falls under the Business Department and is limited to students who can take those business courses.

Q.  Has it ever been part of the PSEO on-campus portfolio?

A.  I can't speak to that.  I don't know.

Q.  Has it ever been part of the online PSEO?

A.  I don't know.

Q.  Okay.  Who would know?

A.  This is 2016?  There would have to be some investigation in previous course catalogs.  I would have to find out that.  Heidi was not an employee at the time and she was not in her current role.  The person who was in that position is no longer at Northwestern.

Q.  Who was that?

A.  Dr. Tanya Groves (phonetic); yes, Dr. Tanya Groves.

Q.  She was Heidi's predecessor?

A.  In that role, yes.

Q.  Do you know where she is now?

CASE 0:23-cv-01527-NEB-JFD  Doc. 97-13  Filed 09/04/24  Page 45 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al                                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
                                                     Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 173

1  A.  I believe she currently works at the University of
2  Minnesota.
3  Q.  Do you know, did she leave on amicable terms?
4  A.  Mm-hmm, yes.
5  Q.  Are you aware, I guess just generally speaking, of
6  any online prayer rooms that are hosted by
7  professors in PSEO courses?
8  A.  No, I am not aware.
9  Q.  Who pays for on-campus PSEO -- at Northwestern, who
10  pays the students' expenses?
11  A.  Could you clarify when you say "students' expenses"?
12  Q.  Yeah, like, who pays for the textbooks, for example?
13  A.  The State does.
14  Q.  Is there a tuition for on-campus PSEO?
15  A.  No.
16  Q.  But the State reimburses Northwestern based on the
17  amount of --
18  A.  Credits, yes.
19  Q.  -- credits that are taught, correct?
20  A.  That's correct.
21  Q.  And how does that work functionally?  How does the
22  reimbursement process work?
23  A.  Yeah, so Heidi, her office will submit the
24  reimbursement request, which includes a SharePoint
25  document of all of the credits that Northwestern

Page 174

1  offered to the PSEO programs, the
2  nonsectarian credits.  The State will review that
3  and look for any errors.  There's also a State form.
4  It's called an NOSR form, Notice of Registration --
5  NOSR, Notice of Student Registration.  So each
6  student has to submit an NOSR perform per semester.
7  So it's a lot of paperwork.  So that's
8  all submitted to MDE.  There's usually several back
9  and forth where MDE reviews that and they send it
10  back for errors and then Heidi submits it.  So
11  it's -- it's quite a long process, and then once
12  everything is approved, then Northwestern receives
13  those funds and that's sent to the accounting
14  office.
15  Q.  Okay.  Is it always, like, lagging behind after --
16  A.  Mm-hmm, always.
17  Q.  Okay.  Do all students who attend on-campus PSEO at
18  Northwestern attend free of charge, nothing
19  out-of-pocket for them?
20  A.  If it's strictly only PSEO on-campus courses that's
21  offered during the fall and spring semesters, yes,
22  it's all free of charge.
23  Q.  Do any other students at Northwestern, aside from
24  scholarship students, attend free of charge?
25  A.  There's some students who may be State

Page 175

1  grant-eligible based on their FAFSA, but most
2  students do pay tuition at some point.
3  Q.  Is it fair to say that the only way for students to
4  attend PSEO on campus at Northwestern for free is if
5  the State pays for it?  Is that correct?
6  A.  Yes.
7  Q.  Is PSEO revenue a significant source of revenue for
8  Northwestern?
9      MR. BAXTER:  Objection, outside the
10  scope.
11      BY MR. TIMMERMAN:
12  Q.  If you know.
13  A.  I don't know.
14  Q.  Do you know if PSEO funds are used for anything
15  other than the provision of education?
16  A.  I don't know that.
17  Q.  Would Mr. or Dr. Somerville know that?
18  A.  Not Mr. Somerville.
19      MR. BAXTER:  You'll want to raise your
20  voice a little bit so the reporter and others can
21  hear you.
22      THE WITNESS:  Okay, sorry.
23      BY MR. TIMMERMAN:
24  Q.  Aside from its partnership with the State, has
25  Northwestern ever offered any other PSEO courses for

Page 176

1  students?
2  A.  (Indicating.)
3      MR. BAXTER:  Was that a yes or a no?
4      THE WITNESS:  I'm trying to think of a
5  response.
6      MR. BAXTER:  Oh, sorry.
7      THE WITNESS:  So by definition of PSEO,
8  it is not possible to offer any PSEO course outside
9  of the State of Minnesota.  So no, that answer is
10  no.
11      BY MR. TIMMERMAN:
12  Q.  Unless students pay for it?
13  A.  Students cannot pay out-of-pocket for PSEO.  That
14  makes it ineligible, at last the program is, yeah.
15      MR. TIMMERMAN:  Can we take five
16  minutes?
17      MR. BAXTER:  Sure, great.
18      (Short break taken from 3:52 to 4:03.)
19      BY MR. TIMMERMAN:
20  Q.  Dr. -- Ms. Cline-Cole, excuse me, we talked earlier
21  about differences between online and on-campus PSEO
22  course offerings, and just to be clear, are there
23  certain courses that are available for PSEO only to
24  on-campus students?
25  A.  I believe so, yes.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 46 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al          Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

Page 177

1  Q.  Do you know what those are?
2  A.  They would be -- I believe these are courses that
3  have some level of lab component to them, so
4  chemistry, physics, generally science courses.
5  Q.  Is there anything else that you can think of
6  difference-wise between online versus on-campus
7  other than what we've discussed today?
8  A.  Yeah, so it's the style of offering.  Modality would
9  be where the face to face, so we're having a
10  conversation, versus the asynchronous where a
11  student goes and logs in and takes the class in
12  their own time and at their own pace.
13  Q.  Are there any rules on student speech in the online
14  community?  For example, if a student posted in a
15  class forum that they don't believe in Jesus Christ,
16  does that have any repercussions?
17  A.  Absolutely not, no.
18  Q.  Would the elimination of the faith statement
19  requirements that we've talked about today, the
20  application questions and the Declaration of
21  Christian Community, would that in any way hinder
22  Northwestern's ability to educate Christian PSEO
23  students?
24      MR. BAXTER: Objection, outside the
25  scope and calls for speculation.

Page 178

1      THE WITNESS: I don't know.
2      BY MR. TIMMERMAN:
3  Q.  You don't know?
4  A.  No.
5      MR. TIMMERMAN: Probably a better
6  question for a different person.
7      That's all the questions I have; and I
8  will note before we close the record that we are
9  going to keep this deposition open, as well, with
10  our pending motion to compel and some additional
11  documents, as well.  So with that note, we can close
12  it, unless you had questions.
13      MR. BAXTER: No.
14      THE COURT REPORTER: Did you want to
15  put something on the record about Exhibit 11?
16      MR. TIMMERMAN: Yes, we do want to put
17  this on the record, good point.  So from the -- "An
18  Essential Guide to Public Speaking, Exhibit
19  Number 11, if you would, please, as part of the
20  record, reproduce the cover and then pages romanette
21  ix through romanette xviii and text pages 1 and 2,
22  and that was the entirety of -- and more of what was
23  introduced.
24      THE COURT REPORTER: Read and sign?
25      MR. BAXTER: Yes, we will.

Page 179

1      THE COURT REPORTER: And, Counsel,
2  transcript format preference for you?
3      MR. BAXTER: We -- do you mean do we
4  want a four-by-four or --
5      THE COURT REPORTER: Yes.
6      MR. BAXTER: Yeah, I think we want a
7  regular and a four-by-four.
8      (Deposition concluded at 4:07 p.m.)

Page 180

1         VERIFICATION OF DEPONENT TO TRANSCRIPT
2             I, ANITA CLINE-COLE, do hereby verify
3      that I have read the foregoing transcript consisting
4      of the preceding 179 pages and do further verify
5      that it is a true and complete transcript of the
6      testimony given by me on January 30, 2024, (except
7      for the following, stating page and line number and
8      the reason for the change).
9      Page      Line      Change/Addition        Reason
10  1.
11  2.
12  3.
13  4.
14  5.
15  6.
16  7.
17  8.
18  9.
19  10.
20
21                              _____
22                                      ANITA CLINE-COLE
                                 DATED:_____
23  _____
            Notary
24  Signed before me this ___ day of_____, 20___.
25                      COLLEEN M. SICHKO, RPR

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 47 of 68

Melinda and Mark Loe, et al vs.                                   UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                    Univ. of Northwestern - St. Paul Designee - 1-30-24                        January 30, 2024

Page 181

```
 1   STATE OF MINNESOTA)
                       )  ss.
 2   COUNTY OF DAKOTA  )

 3
                     Be it known that I took the deposition
 4   of UNIVERSITY OF NORTHWESTERN - ST. PAUL by ANITA
     CLINE-COLE, pursuant to Federal Rule of Civil Procedure
 5   30(b)(6) on the 30th day of January, 2024, at Suite 1100,
     445 Minnesota Street, Saint Paul, Minnesota;
 6
                     That I was then and there a Notary
 7   Public in and for the County of Dakota, State of
     Minnesota, and that I was duly authorized to administer an
 8   oath;

 9                   That the witness, before testifying,
     was first duly sworn to testify the truth and nothing but
10   the truth;

11                   That the testimony was recorded by
     myself and transcribed into a computer-aided transcript
12   and that the transcript is a true record of the testimony
     given by the witness to the best of my ability;
13
                     That the cost of the original
14   transcript has been charged to the party noticing the
     deposition, unless otherwise agreed upon by Counsel, and
15   that copies have been made available to all parties at the
     same cost, unless otherwise agreed upon by Counsel;
16
                     That I am not related to any of the
17   parties hereto nor interested in the outcome of the
     action;
18
                     That the reading and signing of the
19   deposition by the witness was not waived; that the
     original transcript will be retained by Mr. Timmerman.
20
                     WITNESS MY HAND AND SEAL THIS 1st day
21   of February, 2024.

22

23
                            /s/Colleen M. Sichko
24                          COLLEEN M. SICHKO
                            Registered Professional Reporter
25
```

Page 182

February 1st, 2024


Eric Baxter, Esq.              Richard C. Landon, Esq.
Ben Fleshman, Esq.             LATHROP GPM
Diane Thomson, Esq.            80 South 8th St., #3100
Andrea Butler, Esq.           Minneapolis, MN  55402
THE BECKET FUND
1919 Pennsylvania Ave. NW., #400
Washington, D.C.  20006

     Re:  Melinda and Mark Loe, et al., v. Willie Jett,
          et al.

     Deposition of UNIVERSITY OF NORTHWESTERN - ST. PAUL,
     by ANITA CLINE COLE, taken January 30, 2024

Dear Counsel:

A copy of the above-referenced deposition is enclosed,
along with the reading and signing certificates.  When
the witness has completed the reading and signing,
please return the executed certificate to me at
reporters@janetshaddix.com and copy all counsel of
record.

In accordance with the Rules of Civil Procedure, if I do
not receive the executed certificate within thirty (30)
days pursuant to the rules, I will send the unsigned
original transcript to Mr. Timmerman for proper filing.

Page 183

Should you have any questions, please do not hesitate to
contact me.

Sincerely,

SHADDIX & ASSOCIATES


/s/Colleen M. Sichko
Colleen M. Sichko
Registered Professional Reporter

Enclosure

cc:  Jeff Timmerman, AAG
     Madeleine Demeules, AAG

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 48 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

January 30, 2024

## A

**abbreviated (8)**
106:13,20,22;107:7,
17;120:17;151:2,6
**abide (8)**
18:24;29:21;30:23;
31:2;48:15;76:14,24;
128:14
**ability (5)**
16:22;94:22;130:16;
141:10;177:22
**able (11)**
37:22;67:24;68:1;
76:23;93:11,13;124:6;
126:5;145:22;147:18;
148:8
**above (4)**
60:15,18,21;109:7
**absolutely (9)**
19:6,6,8;42:16;
77:18;99:9;101:1;
166:11;177:17
**academia (3)**
29:6;36:5;147:25
**academic (38)**
7:19,21;24:3;26:11;
28:16;29:7;37:1;45:23;
46:4,13,20;61:23;62:9,
10,11;106:24;107:2,8;
112:6;116:11;121:20;
129:11;131:21,24;
133:13;134:1;135:14,
14;140:9;143:22,24,
25;144:6,12;145:17;
153:19;156:15;165:12
**academically (4)**
40:24;97:1;130:16;
141:5
**Academy (2)**
146:19,22
**accept (3)**
60:3;92:10;117:19
**acceptable (1)**
169:16
**accepted (6)**
75:20;113:17;117:6;
118:3;137:8;165:8
**access (9)**
24:13;96:8;103:20,
22;109:15;143:6,7;
145:25;155:17
**accessible (3)**
102:23;135:24;
171:22
**according (7)**
44:9;54:8,9;58:4;
61:7;128:16;158:24
**accounting (1)**
174:13
**accreditation (3)**
28:16,25;29:10

**accrediting (1)**
28:14
**accurate (3)**
126:10,16;128:21
**acknowledge (2)**
55:22;57:12
**acknowledged (1)**
48:23
**acronym (4)**
5:23;15:20;93:16;
111:23
**across (3)**
73:16;74:4;106:23
**ACT (3)**
110:8,14,15
**action (1)**
63:3
**activities (1)**
8:6,6;116:3
**actual (3)**
60:9,9;114:12
**actually (10)**
35:14;40:1;56:18;
77:9;104:1;111:16;
127:9;133:2;146:3;
164:8
**add (6)**
41:23;107:12,17;
151:1,3;165:6
**added (4)**
32:18;33:6;101:6;
141:25
**addiction (1)**
57:25
**additional (5)**
6:25;46:2;48:11;
115:5;178:10
**adequate (1)**
133:12
**adjunct (2)**
93:25;146:10
**administration (4)**
23:2;29:24;30:5;
79:15
**admission (12)**
22:16;73:12,13;76:7,
10,11;116:17;129:10;
133:25;140:13;141:19;
142:7
**admissions (17)**
6:2;19:22;20:17,22;
21:14,15,24;26:10;
44:21;46:10,25;75:1,4;
131:19;134:3,4;139:19
**admit (2)**
14:13;122:6
**admitted (4)**
80:15;136:17;
138:17;141:10
**adopted (1)**
27:24
**adult (2)**
20:23;171:22

**advancement (1)**
35:10
**advertise (1)**
111:9
**advertised (1)**
111:12
**advertisement (2)**
158:25;159:18
**advertising (4)**
109:17,25;110:2;
111:17
**advising (1)**
144:12
**advisor (4)**
45:23,24;46:13;
134:1
**advisors (1)**
144:6
**advocate (2)**
115:22;130:17
**affairs (1)**
54:8
**affiliated (1)**
28:1
**affiliation (4)**
26:16;27:3;28:4;
141:17
**affirm (2)**
55:23;63:13
**affirms (1)**
90:15
**Africa (1)**
23:9
**African (1)**
117:23
**again (47)**
10:1;43:16,18;44:6;
49:13,15,19;51:6;55:1;
60:13;61:3;63:25;
67:22;69:6;72:23;73:1;
77:17;79:21;81:4;83:1,
17;84:7;86:15;87:9;
89:14;90:20;96:22;
100:17;103:12,22;
105:7;107:16;108:5;
109:12;116:24;117:10;
118:4;119:2;122:19;
129:7;143:8;154:10;
155:12;159:9;160:3;
164:10;169:13
**age (1)**
11:13
**ago (3)**
32:15;69:23;77:1
**agree (35)**
11:21,23;12:14,17,
21;13:3;14:17;16:23;
17:7;32:24;42:14;
49:12;51:8;57:15;
65:21;81:24;82:7;
84:15;90:1;96:15;97:8;
104:23;124:21;127:25;
128:3,14;138:6;

149:18;158:24;159:9,
17;166:8;168:17,25;
169:2
**agreed (3)**
17:3;49:14;85:13
**agreeing (1)**
48:15
**agreement (4)**
80:25;84:13;125:6;
147:8
**agreements (6)**
124:16;146:13,16;
147:12,17;148:5
**ahead (5)**
16:5;77:3;163:1,16;
170:24
**aid (1)**
153:22
**Algebra (1)**
120:13
**align (3)**
14:2;83:16,16
**aligns (4)**
14:2;56:19;107:3,14
**all-arching (1)**
58:2
**Allen (1)**
163:18
**all-inclusive (1)**
56:17
**allow (1)**
70:11
**allowed (14)**
13:25;14:1;17:24;
42:24;48:14;73:23;
77:16;80:6;95:23;96:8;
103:14;160:15;165:8;
166:12
**allowing (5)**
98:5,15;99:20;113:8;
118:8
**almost (2)**
95:3;119:2
**alone (2)**
127:23;138:3
**along (3)**
61:11;67:5;143:24
**alongside (10)**
53:18;54:12;55:2,7,
9;56:8;61:11;62:19;
79:22;101:23
**always (20)**
15:19;32:23;35:22;
42:20;61:8,8;63:17,17;
64:3;65:12;66:5;72:13;
79:20;84:11,11,12,12;
99:18;174:15,16
**ambassador (2)**
60:15,18
**ambassadors (3)**
32:5,8;60:21
**ambiguous (3)**
158:2;159:22;166:15

**American (1)**
117:23
**amicable (1)**
173:3
**amount (1)**
173:17
**analytics (1)**
145:23
**Anderson (1)**
21:2
**ANITA (4)**
5:3,15;25:6,6
**Ann (1)**
148:22
**annual (2)**
156:2,4
**annually (1)**
155:2
**anonymously (1)**
163:6
**answered (1)**
58:8
**antidiscrimination (1)**
10:20
**anymore (1)**
70:8
**APCC (24)**
93:16,18,19;102:19;
107:23,25;108:16,
20,23,23;109:8,13;
143:25;151:11,15;
152:5,9;155:12;165:4,
5,8,10;169:10
**APCC-eligible (1)**
102:20
**apologies (1)**
92:15
**apologize (4)**
37:12;96:13;119:2;
137:23
**appeared (1)**
74:3
**appears (3)**
166:10,13;171:9
**applicable (1)**
70:7
**applicant (1)**
139:8
**application (40)**
13:16;14:16;19:20,
21;46:2;48:20,21;49:3,
5;73:15,23,25;74:18;
77:6,25;78:9,19;
114:12,15,21;115:4,19;
116:14;119:1,6;122:3,
5;125:17,18;126:18,
21;127:4,16;128:23;
129:5;132:10;137:10;
140:19;141:7;177:20
**applications (5)**
45:21;50:6;122:14,
17;125:23
**applied (2)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 49 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                           Univ. of Northwestern - St. Paul Designee - 1-30-24                      January 30, 2024

18:8;49:17

**applies (3)**
45:12;85:5,6

**apply (20)**
38:25;39:22;77:3;
100:15,18,19,22,24;
101:2;113:17;114:13;
115:3;119:14;121:24;
122:4;126:24,24;
127:1;143:12;145:19

**applying (1)**
122:4

**appreciate (1)**
43:24

**appreciated (1)**
47:13

**approach (2)**
85:1;95:15

**approached (1)**
82:3

**approaches (1)**
79:14

**approval (1)**
143:24

**approve (2)**
152:10;162:12

**approved (4)**
15:25;160:8;169:17;
174:12

**approves (1)**
106:1

**area (8)**
26:10;28:24;55:23;
56:2;57:13,15;107:7;
151:4

**argument (1)**
100:1

**arises (1)**
124:5

**around (12)**
32:16;68:19;69:1;
79:17;82:16;115:13;
119:6;129:21;130:12,
15,17;131:1

**arts (2)**
29:1;149:15

**aside (4)**
9:25;37:25;174:23;
175:24

**assess (1)**
109:9

**assessed (2)**
93:10;94:3

**assessing (1)**
160:3

**assessment (1)**
102:10

**assign (1)**
65:13

**assist (1)**
100:10

**assistant (3)**
20:25;21:2,24

**assistants (1)**
67:2

**associate (4)**
6:1;8:5;10:8;63:10

**Association (5)**
28:15,19,21;115:25;
116:1

**assuming (1)**
166:24

**assumption (1)**
167:5

**assumptions (1)**
63:13

**assurance (2)**
154:24;156:2

**assurances (1)**
156:4

**assuring (1)**
155:8

**asynchronous (3)**
46:9;121:6;177:10

**athletics (1)**
35:11

**attached (13)**
37:10;38:3;81:10;
91:25;96:3;104:5;
118:18;148:13;154:15;
158:7;162:24;167:8;
170:10

**attempt (1)**
108:12

**attend (21)**
12:12;13:2;17:8;
18:18;32:7;40:20;
42:10;50:18;65:3,6;
70:11;77:16;78:12;
83:24;95:2;111:25;
124:25;174:17,18,24;
175:4

**attendance (3)**
41:20,21;95:10

**attendances (1)**
41:24

**attended (3)**
18:6;40:17;110:19

**attending (8)**
12:15;19:25;20:3;
33:2;63:21;117:20;
136:4;149:2

**attention (1)**
163:11

**attest (1)**
128:13

**attorney (1)**
34:13

**attorneys (3)**
7:16;63:6;74:10

**attracted (1)**
65:22

**attributes (1)**
93:12

**audience (2)**
111:14,15

**audited (1)**
102:15

**auditing (5)**
93:15,16;151:25;
152:12;169:21

**audits (1)**
93:19

**August (1)**
34:5

**authenticated (1)**
92:10

**authentication (3)**
163:16;168:20;
170:24

**authority (8)**
27:19;58:21;75:18,
24;99:14;115:9;
127:24;138:4

**automated (1)**
78:22

**automation (1)**
78:21

**autonomy (1)**
107:2

**available (12)**
43:16;44:14;143:1,6,
9,14,15;144:25;171:4,
12;172:4;176:23

**average (1)**
122:2

**AVP (3)**
20:8,9;21:4

**aware (68)**
10:21;11:3;15:13;
18:5;19:24;20:3,5;
29:17;48:9,13,17,25;
49:16;60:9;61:23;62:1;
67:7,9,15,21;68:2,6,9;
72:15,19,25;73:3,21;
74:6,16;75:10;89:4,7,
8;124:24;134:8;136:3,
10,12,13,15,16,18;
139:2,23,24;142:6,12,
13,17;150:14,15,19,22;
151:23;153:3,4,8,12,
14;154:9,10;157:17,
23;158:4;170:5;173:5,
8

**away (2)**
127:10,11

**awesome (1)**
37:15

**B**

**bachelor's (1)**
22:22

**back (29)**
16:13;25:10;30:11;
38:7;44:3;61:13;64:19;
68:17;74:5,25;76:21;
78:2,16;90:6;100:7;
102:10;105:17;112:17;

128:25;130:2;131:7;
155:16;159:10;162:19,
20;165:23;167:10;
174:8,10

**background (4)**
11:3;20:7;107:4,15

**backgrounds (2)**
31:7;33:9

**bad (3)**
6:17;99:21;100:2

**based (45)**
26:17;27:17;29:6,6;
30:10,13,15,20;31:22;
43:7;69:6;74:2,7;89:5;
90:24;91:7;94:3;96:15;
99:11;104:22;142:25;
155:16;156:22;157:10,
18;159:9,19;160:3,3,4,
6,6,7,15;161:4,7,9,12,
17;162:12;165:1;
169:2,19;173:16;175:1

**basic (1)**
144:23

**basis (7)**
12:8;17:21,22,24;
30:8;70:18;72:20

**BAXTER (84)**
9:17;11:5;13:6;16:4,
24;25:14;26:3,23;
38:11;42:5;51:21;
53:12,22;54:16;56:12;
58:7;59:4,10;66:3;
69:11;70:19;78:23;
84:1,22;85:22;87:25;
88:12,19;90:4;92:8;
93:3;98:19;99:22;
104:6;105:3;106:7;
108:8,12;113:1,11;
118:19;123:6;124:8;
125:2;131:12,15;
137:18,24;138:18;
142:9;147:13;148:17;
149:19;157:5,19;
160:24;161:5;162:4;
163:2,15;164:15,24;
166:14,19;167:2;
168:19;169:5;170:11,
15,23;171:13;175:9,
19;176:3,6,17;177:24;
178:13,25;179:3,6

**bearing (1)**
141:9

**Beatrice (2)**
81:18,19

**beautiful (2)**
117:4;118:10

**became (3)**
129:22,24;142:17

**become (2)**
156:18;161:9

**begin (1)**
45:7

**beginning (1)**
152:25

**behalf (2)**
5:17;57:10

**behavior (15)**
14:2;32:11,12;54:5;
61:4,6;62:13,16,24;
64:2,2;75:19;85:8,8,10

**behaviorally (1)**
81:2

**behind (3)**
21:1;105:21;174:15

**belief (11)**
12:2,5;87:16;117:14;
134:15;156:25;157:24;
159:1;161:12,15,17

**beliefs (11)**
23:14,15;71:2;94:4;
100:4;156:23;157:18;
159:20;161:10,11;
169:4

**believer (7)**
58:14;60:1,7;98:11;
101:11;117:5;118:4

**believers (6)**
52:1,3,16,23;75:25;
76:15

**believes (3)**
99:19;127:23;138:3

**Believing (1)**
53:16

**belong (3)**
28:21;97:13;141:12

**belongs (1)**
58:23

**below (3)**
135:16,17,18

**benefit (1)**
51:1

**besides (2)**
67:5;111:12

**best (2)**
71:14;170:21

**better (8)**
6:20;27:3;48:2,7;
77:10;111:13;127:12;
178:5

**beyond (5)**
33:20;71:11,12;75:7;
109:7

**Bible (30)**
27:18,21,23;30:12;
54:9;69:2,4,5,9;70:2,5,
5,9,15;75:18,23;93:1;
94:16;95:14,20,20,23,
24;99:14;115:9;
117:21,25;127:23;
138:3;152:16

**Bible-believing (1)**
96:24

**biblical (18)**
16:15;17:4;30:8;
69:6;93:8;94:1,8;

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 50 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                         Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

101:10;102:9;104:23;
152:18,21;153:25;
158:21;159:14;160:14,
19;166:21
**biblically (2)**
27:17;90:24
**biblically-based (1)**
68:25
**bigger (1)**
122:11
**biggest (1)**
122:2
**Bill (1)**
141:25
**biological (7)**
14:25;15:3,4,9;
17:17;56:19;68:4
**birth (3)**
15:10;25:1,10
**bit (13)**
20:6;34:1;41:4;
45:20;46:18;56:21;
60:12;104:1;109:6;
119:5;126:22;145:9;
175:20
**blatantly (1)**
117:16
**blocks (1)**
68:17
**board (19)**
28:4;29:23;34:6,8,
10,14,17,18,20;36:17,
18;42:17;99:2,3,4,18,
19;142:3;149:5
**boards (1)**
36:21
**bodies (1)**
110:10
**body (3)**
28:14;29:10;93:16
**book (5)**
167:24;168:6,17,25;
169:7
**boss (1)**
34:20
**Both (7)**
111:6,7,8,15;119:23;
120:12;121:2
**bottom (2)**
38:16;137:24
**box (5)**
75:24;76:19;115:7;
117:12;138:5
**boxes (13)**
75:16,16;77:15,24;
78:3,8;94:14;115:6;
116:14;126:20;128:2,
3,24
**boys (1)**
22:20
**branches (1)**
63:19
**break (7)**

6:13;42:4,6;79:3;
131:10,16;176:18
**Bret (1)**
35:13
**bring (2)**
61:9,13
**brochure (1)**
109:20
**broken (2)**
56:25;57:6
**brokenness (8)**
55:22;56:1,5;57:5,6,
12,17,19
**brought (1)**
163:11
**build (1)**
18:19
**building (2)**
30:15;68:17
**bullet (7)**
26:12;104:20;
156:12,17,22,24;161:8
**bullied (1)**
62:21
**bullying (1)**
23:22
**Burnsville (1)**
146:21
**business (3)**
103:1;172:7,8
**button (1)**
126:24
**buy (1)**
110:8

## C

**cabinet (12)**
29:24;35:1,3,24;
36:1,8,10;42:16;86:5;
99:2;148:25;149:2
**call (10)**
21:1;74:19;76:9;
130:10;135:3;137:4;
138:7,8,23;139:16
**called (8)**
27:8;34:25;35:1;
109:23;110:22;111:22;
146:21;174:4
**calls (14)**
59:10;66:3;98:19;
113:1;157:5;159:4;
160:24;164:15,24;
167:2;168:8,20;
171:13;177:25
**came (5)**
73:16;74:3;76:2;
117:19;126:15
**campaigns (1)**
110:7
**campus (78)**
12:12,23;16:3,8;
17:9;18:11;19:25;20:4;

31:8;39:1,4;40:2,4,8,
16,22;41:10,11;42:10,
14,25;43:22;45:18;
46:6;49:1;50:18;52:23;
66:17;70:17;73:6;79:7,
9;81:5;82:1;83:7,24;
93:11;94:12,13,20;
95:22;96:5;98:6,17,18,
25;99:21;100:23;
109:24;111:15;113:9;
114:6,14;118:8;120:6,
10;121:11;123:14;
124:7;125:13;126:18;
129:6,24;130:14;
136:14;139:20;141:6;
142:1;143:20;144:2;
150:11,16,20;153:5;
154:3;170:7;172:5;
175:4
**campuses (1)**
148:9
**can (84)**
11:7;16:19;17:1,21;
24:7;25:16;26:5,12;
37:25;41:7;45:20;
48:17;51:23;53:23;
54:17;58:18;59:12;
61:16;69:13;70:21,22;
75:9,13;77:13;79:21;
84:21;86:21;88:3;
89:15;90:5;93:4;98:21;
99:24;101:4,11;102:9;
105:5;106:9,10;
107:17;113:3,12;
114:9;115:22;117:11;
123:14,14,20;124:10,
13,25;125:4;126:21;
128:25;130:1;132:2,4;
134:12;135:4;137:19;
141:22;142:11;145:8;
146:17;147:15;149:22;
152:15;153:4;155:16;
157:8,20;158:3;159:9,
24;161:2;164:17;
168:22;171:15,24;
172:8;175:20;176:15;
177:5;178:11
**captured (1)**
170:6
**care (5)**
10:23,25;65:1;72:11,
13
**cared (3)**
23:21;63:17;87:5
**carefully (1)**
126:9
**caring (2)**
23:18;33:8
**Carleton (1)**
29:9
**case (7)**
76:6;83:2;98:14;
117:15;121:7;127:13;

150:14
**cases (5)**
74:22;79:24;134:2;
137:13,14
**catalog (9)**
93:7;120:4;142:25;
143:3,4,5,8,11,16
**catalogs (1)**
172:16
**categorized (1)**
50:5
**category (2)**
48:5;49:25
**Catherine (2)**
21:21;28:23
**caught (2)**
108:6;165:8
**caution (1)**
108:8
**center (2)**
50:15,20
**centered (8)**
68:19;69:1;79:17;
82:16;115:12;130:12,
15,17
**Central (3)**
28:14,18;95:15
**certain (5)**
29:21;31:15;101:6;
102:25;176:23
**certainly (2)**
78:4;126:7
**certify (1)**
156:13
**chair (4)**
102:17;107:21;
153:18,20
**chairman (1)**
34:14
**chairs (3)**
107:1;108:17;153:22
**challenge (4)**
24:1;46:5;85:18;
129:23
**challenges (3)**
15:8;54:19;61:12
**chance (10)**
38:14;55:18;81:15;
92:17;104:10;118:22;
148:20;154:18,22;
170:17
**change (3)**
10:4;18:3;45:9
**changed (1)**
33:5
**changes (1)**
34:15
**chapel (9)**
18:19;40:17;41:1,21,
24;42:10;95:2,10;
117:20
**Chapter (2)**
5:2;168:4

**character (1)**
132:5
**characterization (1)**
162:8
**charge (6)**
108:20;134:4;
151:11;174:18,22,24
**check (13)**
75:16,17,23,24;
76:18;78:8;115:5;
126:20;128:2,24;
136:25;138:5,6
**checked (7)**
75:15;77:24;94:14;
117:12;137:5,6;138:15
**checks (2)**
77:18;137:17
**chemistry (1)**
177:4
**chief (4)**
35:17,23;37:5;86:12
**children (1)**
163:23
**choice (11)**
14:24;49:10;54:22,
24;81:3;85:16;87:17;
88:11,17,22;132:11
**choices (1)**
51:2
**choose (12)**
18:18;31:24;47:15;
54:7,22;80:12,18;
84:10;97:11;114:24;
127:7;149:17
**chooses (4)**
23:23;31:12;82:18;
85:11
**choosing (4)**
78:12;85:18;115:4;
134:21
**chose (6)**
54:4;86:17;87:10;
117:5;135:7;149:24
**chosen (4)**
24:23;82:1;86:19,24
**Christ (46)**
12:25;30:18,20;32:5,
8;50:14,19;52:18,23;
53:3,17;58:16,23;59:9,
17;60:2,3,16,19,22;
68:20;73:17;75:21;
76:17;80:11;94:14;
95:8;96:18,25;97:2,6;
99:13;115:7,13;
116:15;117:6,19;
118:3,10;127:19;
128:10;137:1,8;
138:21;168:14;177:15
**Christ-centered (6)**
51:3,4,13;68:24;
126:7;158:18
**Christian (53)**
8:20;9:1;11:22;12:4,

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 51 of 68

Melinda and Mark Loe, et al vs.                    30(B)(6) NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

15,20;14:7;16:14;
18:24;19:9,18,23;28:6,
7;29:4;31:17;32:2,3;
38:21;43:7,9;44:17;
45:11;46:24;58:4,14;
61:18,21;66:13;69:21;
73:5;76:1;81:2;85:9;
90:1;97:24;124:22;
134:17,18;135:10;
141:8;146:19,23;
147:3;149:17,24;
154:7,9;166:25;168:2,
10;177:21,22
**Christianity (2)**
19:19;27:15
**Christians (11)**
30:16;58:25;59:2;
73:19;93:24;94:15;
132:12;166:1,3;167:1,
24
**church (2)**
132:15;141:12
**cisgender (4)**
56:10,15,16,18
**citations (1)**
152:21
**cited (1)**
91:15
**Cities (2)**
28:24;29:8
**claim (1)**
72:16
**clarify (8)**
12:17;13:11;15:15;
57:17;60:20;63:12;
101:4;173:11
**clarifying (1)**
58:12
**clarity (7)**
9:7;41:7;48:17;
64:24;76:16;137:5;
139:17
**class (13)**
77:11,12;95:25;
101:9;102:7;152:25;
164:3,13;166:25;
171:24;172:1;177:11,
15
**classes (23)**
13:25;42:15;47:12;
63:21,22;70:12;77:7;
95:23;96:2;101:22,22,
25;102:8,9,18,19,21;
103:1;119:13;120:6,
10;130:14;154:8
**classmen (1)**
103:4
**classroom (2)**
39:17;102:12
**clear (9)**
7:9;19:4;56:4;58:1;
63:16;65:15;100:3;
155:24;176:22

**click (3)**
116:8,14;126:24
**clicks (1)**
78:14
**CLINE-COLE (14)**
5:3,15;37:12,15;
42:8;79:5;81:12;92:2;
131:18;154:18;158:11;
163:1;170:17;176:20
**close (3)**
161:25;178:8,11
**closeted (6)**
83:24;84:3,6,14,17,
19
**cloth (2)**
70:16,18
**clothing (1)**
70:15
**Cloud (2)**
23:4;146:23
**clunky (1)**
5:23
**coerced (2)**
54:23;65:12
**coherent (1)**
128:9
**cohort (6)**
27:5;28:6;39:5,20;
43:4;44:3
**cohorts (1)**
43:23
**collateral (1)**
109:20
**college (20)**
20:18;22:6,19,21;
30:12;34:24;36:24;
45:13;80:7;96:1;
101:19;129:5;130:14;
140:15,25;141:5,6;
143:4;145:14,16
**Colleges (4)**
28:15,19;110:16;
147:19
**comfortable (2)**
18:1;38:10
**coming (2)**
61:11;62:19
**command (1)**
35:15
**Commission (2)**
28:12,13
**Commissioner (1)**
5:11
**commitments (4)**
99:9,11,17,17
**committee (15)**
109:13;133:13,14,
15,18,24;135:2,23,24;
136:1,9;140:5;149:6;
153:19,19
**committees (2)**
148:2,2
**common (5)**

67:11;94:19;123:20;
153:3;154:10
**communication (4)**
110:7;148:23;166:4,
5
**communications (3)**
7:10;22:11;150:6
**communities (1)**
117:22
**community (90)**
7:18,24;8:21;9:2;
12:20;14:7;15:24;
16:11,17;18:14,17,19;
19:16;23:18;29:20;
30:1,6;31:20,24;32:12;
38:21;42:23;43:12;
44:17;45:12;46:24;
47:17;50:25;51:3,4,13,
16;52:3,16,18;58:3,5,
20;61:18,21;66:13,17;
68:25;70:14;71:11;
73:5;76:1,23;77:20,20;
79:19;80:3,10;81:1,3;
85:9,15,17;90:2,21;
95:3,7,7,9,12;96:21,22,
23;97:3,9,19;98:8,9,12;
99:5,6;111:20;115:15;
117:17,24;124:22;
130:25;134:17,18,25;
135:1,8,10;177:14,21
**community's (1)**
134:25
**commute (2)**
40:13;125:21
**compassion (4)**
82:8,11;84:11;87:3
**compel (1)**
178:10
**complained (1)**
89:20
**complaint (1)**
74:17
**complaints (7)**
73:3;74:6,13;75:9;
91:6,10,15
**complete (17)**
13:15;41:17;48:21;
50:2;73:25;74:5;76:3;
77:17,25;95:19;96:6;
122:5,23;123:1;130:9;
136:21;145:13
**completed (5)**
49:5;76:2;122:14;
126:21;145:20
**completing (3)**
41:19;73:15;74:18
**completion (4)**
20:23;21:16;48:25;
171:23
**compliance (1)**
64:19
**complied (1)**
5:2

**component (3)**
94:2;130:19;177:3
**components (1)**
101:6
**comprehensive (1)**
22:4
**concept (1)**
65:18
**concern (5)**
52:17,19,20;73:11;
113:23
**concerning (1)**
104:14
**concerns (1)**
114:5
**concluded (1)**
179:8
**concludes (1)**
84:25
**conclusion (6)**
126:16;157:6;159:4;
160:25;168:21;169:8
**condemning (1)**
87:7
**conduct (6)**
27:19;65:19;67:13;
75:19;127:25;138:5
**conference (2)**
111:22,24
**confess (1)**
68:19
**confessional (3)**
29:13,17;30:2
**confidential (3)**
24:12;71:23;73:2
**confirm (3)**
83:17;117:2;131:6
**confused (2)**
56:23;126:14
**confusing (2)**
6:18;133:5
**confusion (1)**
55:22;56:1,5;57:12
**connection (1)**
141:15
**consensual (1)**
14:7
**consequence (2)**
41:23;61:15
**consequences (11)**
41:16,18;60:25;61:1,
2,16;62:24;64:2;66:12,
16;99:10
**consider (4)**
34:23;66:9;125:22;
126:1
**considerably (1)**
122:11
**considered (9)**
48:21;53:6,10;54:2,
3;77:25;125:17;
136:23;141:18
**considering (1)**

48:1
**consistency (1)**
129:7
**consistent (4)**
43:14,21;106:23;
121:22,23;129:4
**constitutional (2)**
99:11;104:22
**contact (1)**
65:13
**contacted (1)**
135:2
**contamination (1)**
52:22
**content (13)**
93:9;105:19;107:9,
18;121:7,14;134:9,16,
20;136:4;139:17;
169:14;171:9
**context (15)**
51:20;52:22;69:20;
83:12;105:7,21;119:6;
132:23;141:20,21,24;
151:1;152:1,12;171:20
**continue (11)**
18:16;43:21;47:10,
15,23;79:19;80:3,6;
85:11;100:3;101:11
**continues (1)**
55:15
**contradict (2)**
128:19;139:11
**contradicting (1)**
85:12
**contradicts (3)**
61:6;85:9,10
**contrary (1)**
68:3
**contributing (1)**
30:22
**conversation (19)**
9:14;18:22;45:8,23;
46:12,19,23;63:8,8,9;
76:10;79:16;84:12;
89:1;114:2;142:1,2;
151:24;177:10
**conversations (10)**
8:14;19:1,3;71:22;
82:21;101:8,14;
113:20;117:15;169:19
**conversion (1)**
24:19
**copies (1)**
162:16
**Corbin (1)**
7:20
**core (2)**
89:17;102:6
**corner (2)**
38:16;96:14
**corrections (1)**
105:18
**corrective (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 52 of 68

Melinda and Mark Loe, et al vs.                    IN RE: NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                        Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

63:3
**correctly (8)**
    51:10;83:11;157:1;
    164:4;166:6;168:8,11,
    15
**correspondence (1)**
    104:13
**corresponds (1)**
    17:10
**Cory (16)**
    7:24,25;8:3,4;9:16,
    21;10:10;63:11,16;
    64:5,9;65:15;67:22,24;
    89:13,14
**C-o-r-y (1)**
    8:3
**cotton (1)**
    70:23
**counsel (2)**
    9:19;179:1
**counseling (10)**
    23:23;24:7,14;25:21;
    54:21;64:18;65:4,7,10,
    11
**counselor (6)**
    22:16;65:14;76:7,11,
    12;133:25
**counselors (1)**
    23:24
**counsel's (1)**
    88:11
**count (1)**
    144:16
**country (1)**
    23:7
**couple (14)**
    6:5;19:13;29:11;
    34:15;65:18;73:11;
    75:22;97:21;115:20;
    116:1;126:4;146:17;
    148:2;151:3
**course (71)**
    9:6,8,13;22:4,5;
    26:16;64:20;89:8;
    93:12,14;94:7;102:13,
    14;105:19;106:13,17,
    20,22;107:5,7;108:1,2,
    4,24;109:9;120:12,15,
    16,22,24;121:21;
    141:6;142:22;145:16,
    17;150:25;151:17,18,
    22;152:1;153:13,17,
    24;160:13,22;162:13,
    16;163:20,23;164:21;
    165:15,17,19,20,22,24,
    25;167:5,12,18;169:11,
    14,17;170:2;171:1,6,8;
    172:4,16;176:8,22
**courses (118)**
    9:14;12:16,23;13:3;
    17:8;22:3;26:20;32:7,
    23;33:2;39:7,10;42:25;
    46:10;50:18;60:21;

64:18;66:15;92:25;
    93:5,6,7,8,12,20,23;
    94:1;96:9;98:6,17;
    99:21;100:16,20;
    101:2,7,16,19;102:13,
    15,16,22,24,24;103:5,
    13,19,21;105:12,15;
    106:1,3,12,14;119:22,
    23,24,25;120:1,3,4,11;
    121:5,6;123:23;
    136:14;142:23;143:2,
    20;144:1,15,18,22,22,
    24;145:1,2,5,22,25;
    146:2;147:24;148:8;
    150:11;151:21;152:15,
    23;153:4,10;155:8,22;
    156:9,14,16;157:4,14,
    17,23;158:25;159:14,
    19;160:2,5,8,14,16;
    161:23;162:2,9,12,14;
    169:21;172:8;173:7;
    174:20;175:25;176:23;
    177:2,4
**course's (1)**
    26:13
**court (16)**
    37:9;38:2;81:9;
    91:24;104:4;118:17;
    148:12;154:14;158:6;
    162:23;167:7;170:9;
    178:14,24;179:1,5
**covenant (21)**
    29:13,15,17,20;30:1,
    6,9,14,19,24;31:12,22;
    32:15,24;33:4,23;
    80:11,14;82:15,15,19
**cover (1)**
    178:20
**covered (1)**
    171:21
**create (1)**
    90:13;150:24;153:9
**created (8)**
    51:1;55:13;88:6;
    90:11;108:23;129:9;
    153:12;158:15
**creation (1)**
    100:12
**creative (1)**
    17:12
**credentials (1)**
    24:15
**credit (5)**
    40:24;95:1,11;
    105:11;145:14
**credit-bearing (2)**
    40:24;41:21
**credits (7)**
    95:19,20;105:16;
    173:18,19,25;174:2
**creed (2)**
    12:2;160:7
**creeds (1)**

31:7
**crest (2)**
    158:16
**criteria (2)**
    46:25;133:17
**critical (1)**
    82:16
**Crown (4)**
    13:3;114:14;119:2,4
**Crown's (1)**
    114:15
**culture (4)**
    112:21,25;113:10,18
**current (7)**
    20:7;38:23;40:1,15;
    85:1;142:13;172:18
**currently (9)**
    6:1;8:5;40:8,11;
    139:9;149:4,4;172:6;
    173:1
**curricula (1)**
    9:15
**curricular (3)**
    102:6;147:22;151:11
**curriculum (11)**
    9:12,15;100:9;102:3,
    14;103:15;121:8;
    142:21;145:5;151:17;
    162:13

**D**

**daily (4)**
    17:20,22,24;70:18
**Dale (1)**
    35:7
**Dan (1)**
    172:2
**danger (1)**
    52:18
**data (1)**
    145:23
**date (3)**
    13:25;14:1;78:4
**dates (1)**
    155:16
**Dawn (1)**
    163:22
**day (5)**
    6:25;17:14;18:4;
    60:4,5
**days (1)**
    121:13
**day-to-day (1)**
    36:5
**deadline (3)**
    50:3,10;122:18
**dean (5)**
    8:5;10:8;63:9,10;
    129:11
**December (1)**
    20:10
**decide (2)**

122:18,19
**decided (6)**
    33:13;45:7;50:1;
    77:5;80:25;142:4
**decides (3)**
    80:17;143:20;153:15
**decision (9)**
    11:2,3;39:12;42:17,
    17;99:4;135:2;137:10;
    141:4
**decisions (1)**
    36:4
**Declaration (110)**
    8:20,22;9:1;12:19;
    13:19;14:3,5,6;16:20,
    21;17:3;18:24;29:25;
    31:14;32:13,24;33:4,
    14,20,24;38:20,23;
    42:14;44:10,17;45:11;
    46:23;48:16,22;49:2,8,
    11,12,12;51:15,16,18;
    53:7,8;54:4,6,8,10;
    55:21,25;56:4;57:2,4,
    11;58:4,15;59:23;
    60:24;61:7,14,17,21;
    62:3,13,25;63:2,14;
    64:7,17;65:3;66:12,18,
    20;68:16,22;73:4;74:1;
    76:1,14,21;77:15;78:3,
    16;79:20;80:8;83:16;
    85:9,10,12,20,25;86:3;
    87:12;90:1,7,19,20,23;
    91:4;93:24;94:13;
    100:5;105:10;116:7;
    124:21;126:19;128:14,
    19,24;134:18,23;135:9,
    10;139:11;177:20
**deem (1)**
    137:9
**deemed (1)**
    136:22
**defaulted (1)**
    137:11
**defer (1)**
    122:21
**define (2)**
    26:2,6
**defined (8)**
    10:17;14:4;53:8;
    68:15;103:22;105:15;
    160:2,9
**defining (1)**
    25:18
**definition (12)**
    26:7;32:9;51:24;
    65:24;93:21;105:14;
    157:21;160:11,17;
    161:6,18;176:7
**degree (4)**
    22:22;95:19;149:13;
    171:22
**delivery (1)**
    123:17

**DEMEULES (1)**
    15:16
**denial (2)**
    138:11,25
**denied (2)**
    73:12,13
**denominational (1)**
    27:2
**denominations (2)**
    19:9;29:4
**Department (35)**
    5:10;22:11;26:8;
    35:12;36:12;45:8;
    93:21;102:17,18,25;
    105:12,16;106:2;
    107:1,8,20,21;108:17;
    109:4,4;143:21;144:8,
    8;148:24;150:9;
    153:18,20,22;157:13;
    158:15;160:9,10;
    161:18;162:11;172:7
**departments (2)**
    36:3;106:24
**depending (1)**
    103:8
**depends (1)**
    79:10
**deposition (23)**
    6:3;7:14;37:8,17;
    38:1,6;73:10;81:8;
    91:9;23;104:3;118:16;
    142:18;148:11,16;
    154:13;158:5,10;
    162:22;167:6;170:8;
    178:9;179:8
**describe (2)**
    19:3;113:16
**description (4)**
    106:14;120:18;
    165:22,24
**descriptions (6)**
    106:21,22;108:1,3;
    109:9;162:17
**designed (2)**
    100:10;102:3
**desire (3)**
    24:23;105:2;112:21
**detail (1)**
    121:3
**detailed (1)**
    9:13
**determination (1)**
    106:6
**determined (2)**
    9:8;152:5
**determining (2)**
    108:24;109:10
**develop (3)**
    96:23,25;151:17
**developed (1)**
    43:2
**development (9)**
    18:20;32:1;41:1;

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 53 of 68

Melinda and Mark Loe, et al vs.                    RULE 30(b)(6) OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                         Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

95:1,11,11;97:4,20;
151:12
**devotion (5)**
150:17,18,21;
164:10,23
**devotional (3)**
152:25;153:6;164:3
**diagnoses (2)**
15:22,24
**diagnosis (1)**
15:14
**Diagnostic (3)**
15:16,19,20
**dialogue (2)**
144:10,11
**dictate (1)**
139:25
**die (1)**
60:5
**difference (5)**
29:16;121:19;
142:24;145:4,8
**differences (2)**
121:15;176:21
**difference-wise (1)**
177:6
**different (29)**
15:3;17:12;18:23;
19:9,12;24:25;29:3;
42:12;56:21;68:8;78:7;
82:14;85:18,19;93:10;
103:8,11,15;119:22,25;
120:21;121:11;125:22;
127:5;129:13,14,16;
160:12;178:6
**differentiating (1)**
111:16
**differently (1)**
90:3
**difficult (1)**
57:7
**dig (1)**
131:13
**diligent (1)**
7:8
**direct (2)**
36:25;37:1
**direction (1)**
64:20
**directives (1)**
81:2
**directly (10)**
9:12;10:6;20:2,11,
15;36:19;75:5;79:5;
90:9;165:5
**director (8)**
7:20;19:22;20:17,21,
25;21:2,6,11,13,24;
35:11;65:13;134:1,3;
143:24;165:12
**directors (1)**
20:17
**disabilities (1)**

48:6
**Disability (1)**
11:17
**discipline (8)**
62:1,4,7;67:19;68:3,
6,10;107:4
**disclose (1)**
9:18
**disclosed (2)**
140:9;141:7
**disclosure (1)**
45:3
**discrimination (15)**
10:16,22;11:1,9,11,
13,15,17,19,23:17;
72:17,20;89:5,20,23
**discuss (1)**
8:18
**discussed (7)**
9:3,19;10:3;101:8;
104:17;113:21;177:7
**discussion (4)**
118:7,11,12;171:9
**discussions (1)**
10:2
**displaying (1)**
166:5
**dispute (1)**
163:24
**disputing (1)**
85:5
**disqualified (2)**
136:3,10
**distance (1)**
44:14
**distant (1)**
42:20
**distinct (1)**
90:12
**distinction (3)**
12:18;31:4;120:3
**distinguishing (1)**
160:18
**doctor (1)**
37:13
**doctrinal (2)**
30:8;69:25
**document (25)**
37:17;38:25;41:8;
57:10;73:9;78:7;85:14;
92:9,12,24;95:14;
104:7,11;105:3;109:2;
130:7;137:19;155:20,
21;156:11;158:11,13,
17;163:10;173:25
**documentation (2)**
75:7;109:8
**documents (7)**
38:9,19;74:7;91:7;
123:4;155:17;178:11
**domain (5)**
128:18;139:10,18;
143:9,10

**done (10)**
42:20;64:23;65:1;
109:25;110:2,6,12;
111:17;139:23;162:10
**dorms (5)**
40:10,11,23;41:2;
67:4
**down (1)**
53:1
**Dr (29)**
8:9,11;9:5,6;25:24;
34:3,20;35:2,4,15;
81:25;82:11,24;83:8,
20;84:15,25;86:10,12;
87:9;118:25;126:13;
127:14;149:12;163:18;
172:22,22;175:17;
176:20
**drafted (1)**
166:17
**drafting (1)**
150:5
**dress (3)**
17:9,12,25
**dressing (2)**
17:16;68:3
**driving (1)**
46:6
**DSM (3)**
15:11,14,15
**dual (1)**
134:1
**duly (1)**
5:4
**during (8)**
33:15;44:21;51:3;
129:13;141:7;142:17;
171:2;174:21
**duties (1)**
89:9
**dysphoria (2)**
15:5,13

## E

**earlier (17)**
7:1;38:7;44:23;
60:12;73:25;94:25;
114:4;122:22;128:5;
131:2;136:19;146:12;
147:7;150:24;154:11,
25;176:20
**earliest (1)**
155:16
**early (1)**
96:1
**earn (2)**
94:18;95:19
**econ (1)**
171:25
**economics (2)**
171:25;172:4
**ed (6)**

146:6,8;157:13;
160:9,10;161:18
**Edition (2)**
167:15,18
**educate (2)**
104:22;177:22
**Education (28)**
5:10;23:1;26:8;
36:13;42:20;44:14;
45:8;92:20;93:21;94:6;
95:15;101:2,7,16,19;
105:1,7,12;109:5;
112:20;125:14;143:21;
144:8;147:3;156:17;
162:12;165:17;175:15
**educational (5)**
45:17;94:22;100:8,
15;102:6
**effect (1)**
69:9
**effective (1)**
109:13
**effort (2)**
54:14;148:1
**eight (5)**
40:9,11,15;42:9;96:4
**either (5)**
28:1;79:18;93:25;
123:12;140:8
**electronic (1)**
78:14
**elements (1)**
101:8
**eleventh (1)**
119:11
**eligible (2)**
102:12;119:7
**eliminating (1)**
141:18
**elimination (1)**
177:18
**else (10)**
9:2;10:3,5;35:3;
41:25;50:1;72:24;
122:18;133:5;177:5
**elsewhere (1)**
50:1
**email (9)**
74:20;76:9;81:18;
82:11;84:15;86:6;
87:13;110:7;128:17
**embrace (2)**
16:12,18
**embracing (2)**
33:8;62:19
**emphasis (3)**
33:7;64:25;85:8
**emphasize (6)**
62:17;64:1;82:15;
83:1;166:10;169:13
**employed (1)**
142:13
**employee (1)**

172:17
**empowering (1)**
30:16
**encourage (4)**
38:8;50:9;77:2;
90:21
**encouraged (1)**
66:19
**end (3)**
100:9;114:5;117:5
**engage (2)**
150:17,18
**engaged (1)**
47:12
**engagement (2)**
9:22;35:13
**engaging (1)**
67:16
**English (1)**
22:4
**Engskov (1)**
35:7
**enough (1)**
103:3
**enroll (1)**
71:10
**enrolled (2)**
122:9;143:7
**enrolling (2)**
45:25;47:10
**enrollment (9)**
20:12;21:7;26:11;
30:4;35:6;47:7,9,21;
108:19
**enrollment/admissions (1)**
129:12
**enrollment/PSEO (1)**
134:2
**ensure (16)**
36:11;97:8;100:21;
102:15,17,20;106:2;
107:14;141:4;144:5,9,
15;151:21;152:2;
169:24;170:2
**ensuring (1)**
52:22
**enter (1)**
156:19
**enthusiastic (1)**
94:9
**entire (1)**
38:25
**entirety (1)**
178:22
**entrusted (3)**
127:19;137:1;138:21
**environment (1)**
112:9
**envisions (1)**
124:2
**equally (1)**
10:24
**equivalence (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 54 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                     Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

145:14

**equivalent (2)**
145:15,16

**Erick (3)**
20:13;21:10;35:5

**Erickson's (1)**
163:22

**error (2)**
105:17;108:5

**errors (2)**
174:3,10

**especially (1)**
99:2

**essay (29)**
115:11,12,20,21,24;
116:15,16;128:4,5,6,8,
9;129:1,16,17,22;
131:2;133:10;134:10,
14,20,24;135:12,24;
136:5,21,21;140:14,18

**essays (2)**
133:19;135:22

**Essential (2)**
167:14;178:18

**essentially (2)**
34:21;97:20

**established (3)**
30:12;32:19;99:18

**ethos (10)**
16:13;29:21;68:19;
97:21,22;98:6,11,18,
25;168:14

**evaluated (1)**
106:12

**evangelical (3)**
27:11,14,17

**even (15)**
19:10;24:2;48:20;
49:15;90:22;93:22,25;
102:11,23;105:8,9,10;
114:9;118:4;134:22

**evening (2)**
111:2,3

**event (2)**
17:20;33:7

**events (5)**
17:23;21:3;109:22;
110:19,21

**eventually (1)**
60:4

**everyone (3)**
31:11;112:1;166:24

**evidence (2)**
74:2;99:23

**exact (4)**
69:23;112:11,12;
115:16

**exactly (2)**
5:22;93:17

**EXAMINATION (2)**
5:6;151:25

**examined (1)**
5:5

**example (21)**
12:22;48:6;55:5;
62:4;63:20;65:2;67:1;
70:8;72:1;80:17;85:21;
103:5;107:4;117:18;
124:25;132:8;145:18,
23;166:4;173:12;
177:14

**excellence (1)**
166:5

**except (2)**
140:14,17

**excerpts (1)**
92:24

**exciting (1)**
37:15

**excluded (1)**
33:19

**excludes (2)**
11:21;12:14

**exclusive (2)**
125:6;147:8

**exclusively (2)**
154:7,9

**Excuse (3)**
116:10;155:10;
176:20

**exemplifies (1)**
80:11

**exemplify (1)**
94:17

**exemplifying (1)**
95:8

**exercises (1)**
104:21

**Exhibit (31)**
37:8,16;38:1,5;78:3;
81:8,12;83:4;91:23;
92:2;100:7;104:3;
112:17;118:16;126:3;
137:23;148:11,15;
154:13,17;158:5,10;
159:10;161:21;162:22;
167:6,10;170:8,12;
178:15,18

**exhibits (1)**
110:20

**exists (2)**
63:4;102:1

**expect (3)**
31:14;32:4;60:20

**expectation (15)**
46:8;51:17;61:7;
84:5;94:19;96:22;98:9;
102:11;103:25;134:25;
135:1,8;153:24;154:1,
4

**expectations (2)**
121:16,18

**expected (13)**
29:21;30:23;32:8,10;
50:19;51:12;94:9,16;
152:14,18,22,23;153:1

**expelled (5)**
61:17,20;64:6;68:12;
83:3

**expenses (2)**
173:10,11

**experience (9)**
9:23;10:15;18:23;
35:13;40:22;47:14;
82:5;83:15;126:10

**experienced (2)**
72:17;83:6

**experiences (2)**
52:2;57:7

**experiencing (3)**
23:22;24:1;61:13

**expertise (2)**
26:10;151:5

**explain (13)**
17:21;27:4,9;45:24;
56:3;57:10;58:19;77:4;
126:22;141:22;145:8;
159:24;170:21

**explained (1)**
73:24

**explanation (1)**
94:5

**explicitly (3)**
32:17;69:4;127:6

**exploded (1)**
39:24

**express (2)**
23:14;40:7

**expressed (3)**
24:23;48:2;73:11

**expressing (1)**
68:7

**expression (2)**
51:25;55:24

**expressly (1)**
81:21

**expulsion (7)**
62:6,8;72:14;80:21,
23,23;82:25

**extent (2)**
13:7;59:15

**externship (1)**
95:5

**extra (2)**
77:22;107:13

**extramarital (1)**
54:7

## F

**fabric (1)**
70:23

**face (4)**
129:24,24;177:9,9

**Facebook (1)**
110:1

**face-to-face (8)**
121:12;129:17,19;
130:2,20;131:3;

140:15,20

**fact (4)**
33:11;63:18;161:23;
166:24

**factors (1)**
142:25

**faculty (14)**
29:25;30:5;65:17;
90:22;93:23;108:18;
120:5;142:6,13,14,16;
148:23;149:5,6

**FAFSA (1)**
175:1

**fair (11)**
16:2;18:10;45:11,15;
49:7;71:20;83:25;
90:18;91:22;162:7;
175:3

**fairly (1)**
34:5

**faith (38)**
12:2,4;13:15;18:15,
24;19:9;23:14;29:22;
30:16;32:2,3;43:12;
44:1,4,21,23;48:12;
59:20;68:7;69:21;
73:17;74:14,14;75:19;
96:17;99:7;115:13;
118:4;124:19;127:9,
25;132:5;138:4;
158:21;160:7,16;
167:25;177:18

**faith-based (2)**
30:3;31:10

**faiths (3)**
18:11;29:4;31:6

**faith-specific (1)**
126:8

**fall (6)**
49:25;95:20;122:2,7;
140:5;174:21

**falls (1)**
172:6

**familiar (7)**
15:5,11;47:3;69:15;
83:2;92:13;93:17

**Families (11)**
31:24;43:6,9;74:15;
109:24;111:1,25;
112:2,13;150:3,6

**family (1)**
74:20

**far (7)**
19:21;62:12;128:25;
130:2;155:16;162:19,
20

**favor (1)**
81:20

**feasible (1)**
124:6

**fee (1)**
96:3

**feel (24)**

15:9;23:20,20,20;
25:8;37:22;38:6,9;
44:4;52:2,4;54:20;
57:6;62:20,21;85:16;
87:4;92:6;97:12,12,18;
114:8;119:4;148:16

**feels (3)**
18:1;56:6;98:7

**fell (2)**
135:16,18

**felt (3)**
18:3;39:15;43:6

**female (2)**
14:8;90:12

**FERPA (1)**
19:7

**few (1)**
146:23

**figured (1)**
78:20

**file (7)**
50:2,4;74:5;76:1,3;
77:17;137:9

**files (1)**
49:15,23,24,25

**fill (1)**
114:21

**Film (1)**
148:23

**final (7)**
27:18;75:18,24;
99:14;115:9;127:24;
138:4

**finally (1)**
71:10

**financial (4)**
35:18;37:3,5;125:25

**find (4)**
34:16;89:15;120:8;
172:17

**fine (2)**
25:5;149:15

**finish (3)**
6:8,9;108:9

**first (25)**
5:4;6:7;8:2;22:19,
21;26:13;39:5,6,20;
50:13,23;92:19,25;
99:13;104:19;115:6;
119:5;137:19;138:16,
19;144:24;145:13;
148:22;161:8;170:20

**firsthand (1)**
67:23

**fit (6)**
43:6;46:20,22;48:12;
77:10;114:5

**five (4)**
132:20;164:6,10;
176:15

**fix (3)**
58:13,18,21

**fixed (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 55 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                    Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

58:6
**flesh (3)**
107:3,9;151:1
**Floyd (2)**
33:7,12
**focus (2)**
61:14;139:5
**follow (18)**
16:17,19;17:3;32:12;
61:14;69:5;70:4;76:7;
77:22;79:19;80:16;
81:2;82:19;85:14;
89:15;91:3;100:4;
121:8
**followed (1)**
50:25
**followers (1)**
53:2
**following (3)**
12:19;36:11;39:21
**follows (2)**
5:5;58:14
**force (1)**
84:9
**forced (2)**
54:23;84:14
**foremost (1)**
92:25
**forget (2)**
15:19;35:22
**forgive (1)**
14:21
**form (7)**
17:13;23:21;26:24;
64:20;126:21;174:3,4
**format (1)**
179:2
**formation (6)**
40:21,23;41:4,17,19;
42:11
**formed (2)**
16:15;30:14
**former (1)**
142:16
**forms (2)**
53:4;54:19
**forth (3)**
90:19,20;174:9
**forum (1)**
177:15
**forums (1)**
119:23
**forward (1)**
79:13
**foster (1)**
51:2
**found (1)**
111:23
**foundation (15)**
13:8;16:13;27:11;
30:10,19;32:19;43:7;
68:23;69:25;70:20;
90:25;158:21;163:16;

168:20;170:24
**foundational (1)**
100:4
**founded (3)**
98:1,1,2
**four (2)**
9:25;20:15
**four-by-four (2)**
179:4,7
**fourth (1)**
53:2
**Framework (3)**
100:8,15;102:7
**Frank (1)**
91:16
**free (10)**
38:6;92:6;115:25;
116:1;119:4;148:16;
174:18,22,24;175:4
**freedom (1)**
99:12
**friend (1)**
22:10
**front (2)**
38:9;137:19
**fulfill (1)**
94:22
**fulfilled (1)**
144:9
**full (11)**
5:13;13:16;43:19;
50:12;51:7;53:1;55:14;
98:3;120:20;123:13;
165:24
**full-time (2)**
22:21;93:25
**fully (2)**
76:3;113:18
**function (1)**
34:18
**functionally (1)**
173:21
**fundamentally (2)**
42:17;97:24
**funds (2)**
174:13;175:14
**further (3)**
58:12;145:9;156:16

**G**

**gain (1)**
116:17
**Galatians (1)**
50:13
**gathering (1)**
40:18
**gave (1)**
117:18
**gay (28)**
13:2,20;14:13,16;
16:2,7,22;17:2;25:22,
22;53:21;54:15,15;

58:25;65:22,25;79:8,
10;80:5;83:23;84:5;
85:21;86:24;87:16;
88:11,22;140:10;141:8
**gen (2)**
146:6,8
**gender (15)**
14:25;15:1,5,9,9,10,
13;17:10;24:24;25:1,9,
10;56:18;57:15;72:5
**general (10)**
9:22;101:2,7,16,19,
23;102:24;115:1;
123:1;165:17
**generally (18)**
47:14,16;49:25;
101:17,17;106:13;
107:10,22;108:9;
110:23;121:3;122:2,3,
6;132:11;151:8;173:5;
177:4
**George (2)**
33:7,12
**gets (1)**
137:11
**given (4)**
6:3;26:7;80:18;
126:25
**glad (1)**
41:3
**glorifies (1)**
90:15
**glorify (1)**
166:4
**glory (1)**
96:11
**goal (2)**
23:19;47:22
**goals (2)**
47:19;94:23
**goats (1)**
70:8
**God (6)**
53:16;55:13;88:7;
90:11,15;93:1
**God-fearing (1)**
30:22
**God's (8)**
59:20;88:6;94:10;
96:10;100:11;102:3;
166:3;168:8
**goes (3)**
126:23;157:12;
177:11
**Good (5)**
5:8,23;6:10;43:6;
178:17
**Gosh (1)**
165:23
**governing (1)**
99:4
**GPA (8)**
46:14,15,18;62:12;

114:23;119:9,9;135:17
**grace (2)**
61:8;87:3
**grade (3)**
94:3;119:10;161:16
**graded (7)**
150:19,20,22;160:5,
15;162:3;164:22
**grades (3)**
94:17,18;119:7
**grading (9)**
103:11,11,12;
107:11;160:4,20;
161:12;164:13,19
**graduate (3)**
20:24;21:16,25
**graduation (5)**
144:2,20,23;145:6,
24
**grant-eligible (1)**
175:1
**great (6)**
5:24;20:20;21:23;
131:15;145:10;176:17
**Greg (5)**
35:19,20,22,22,22
**grew (2)**
43:8,22
**ground (1)**
6:5
**grounded (1)**
92:25
**group (3)**
43:13;147:23;169:12
**groups (1)**
117:23
**Grover (1)**
34:11
**Groves (2)**
172:22,22
**grow (2)**
19:17;30:16
**growth (6)**
31:25;40:25;97:4,19;
115:15;131:1
**guess (7)**
43:25;109:7;113:16;
118:6;123:12;170:20;
173:5
**guidance (1)**
132:14
**guide (3)**
130:3;167:14;178:18
**guided (2)**
132:23,24
**guidelines (12)**
16:15;50:24;108:22;
109:3,14;132:2,4,6;
151:16,20,23;153:21

**H**

**half (2)**

12:4;131:11
**hall (1)**
40:16
**halls (1)**
67:8
**handbook (1)**
80:17
**handed (1)**
62:7
**handle (1)**
141:5
**handouts (2)**
153:16;154:6
**Hannah (1)**
21:1
**happen (4)**
80:5;101:14;139:15;
140:1
**happened (9)**
116:19,20,22;117:3;
118:12;138:13,14,15;
139:3
**happens (6)**
6:24;7:2;79:16;
111:2;138:9;144:5
**harassment (1)**
89:5
**head (2)**
8:22;22:10
**heading (2)**
104:19;158:17
**headings (1)**
168:5
**health (2)**
15:22;24:2
**hear (3)**
8:21;52:14;175:21
**heard (16)**
15:25;17:16;18:2;
24:20;25:17,19,21;
52:21;80:1,20;81:4;
100:1;116:24,25;
123:10;152:6
**heartbeat (2)**
97:25;98:3
**heck (1)**
170:20
**Heidi (16)**
7:23;9:10,12;10:6;
37:2;39:14;43:1;89:18,
18;151:24;152:8;
165:13;169:19;172:17;
173:23;174:10
**Heidi's (3)**
155:4;157:12;172:23
**help (17)**
15:15;18:20;23:20,
25;25:8,22;54:15,20;
55:10,10;56:7;57:7,19,
20;60:8;61:12;135:4
**helpful (1)**
27:9
**helping (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 56 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al              Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

22:5

**helps (2)**
67:4;160:17

**hence (1)**
43:3

**hereby (1)**
156:13

**hereto (12)**
37:10;38:3;81:10;
91:25;104:5;118:18;
148:13;154:15;158:7;
162:24;167:8;170:10

**Heritage (1)**
146:19

**heterosexual (2)**
13:24;90:2

**hey (1)**
80:5

**high (32)**
17:7;22:6;23:6;40:5;
45:14;47:16;77:12;
98:15;99:20;101:19;
110:11;114:13;116:4;
119:9,15;123:21,23;
125:6;132:1;144:3,12,
19,23;145:5,13,17,20;
146:17,21,23;156:14;
157:11

**higher (6)**
23:1;28:12,13;36:22;
46:4,7

**highest-ranking (1)**
36:24

**highlighted (1)**
82:13

**high-quality (1)**
121:21

**Hill (1)**
35:11

**hinder (1)**
177:21

**history (3)**
43:19;107:5,7

**HLC (2)**
28:9;29:10

**Hoefs (11)**
7:23;9:10,10,12;
10:6;37:2;43:1;89:18,
18;151:24;165:13

**hold-up (1)**
50:8

**holiness (1)**
90:16

**homeschool (5)**
111:20,25;112:2,9,
13

**honestly (1)**
56:3

**honoring (1)**
30:21

**Hoornbeek (10)**
7:20;8:11,11,24,25;
9:2;34:3;35:2,4,15

**Hoornbeek's (1)**
34:20

**hope (2)**
108:6;130:25

**hosted (1)**
173:6

**hour (4)**
42:4;78:24;79:1;
131:10

**housed (2)**
23:19;91:14

**houses (1)**
28:2

**HR (2)**
91:20,21

**human (4)**
58:18,19;91:14;
108:5

**hybrid (2)**
123:4,5

**Hyder (1)**
35:14

**hypothetical (2)**
113:16,21

**I**

**idea (9)**
83:8;110:18;112:3,8,
24;113:4;122:14;
126:13;149:2

**identification (12)**
37:9;38:2;81:9;
91:24;104:4;118:17;
148:12;154:14;158:6;
162:23;167:7;170:9

**identified (1)**
57:9

**identifies (2)**
25:3,7

**identify (1)**
127:3

**identifying (1)**
12:18

**identity (15)**
13:14;15:1;16:12;
17:10;54:21;55:24;
56:19;57:16;61:4;64:1;
65:19,21,25;66:10;
72:5

**ii (1)**
138:2

**image (2)**
88:6;90:11

**imam (1)**
132:8

**Imitate (1)**
168:13

**immoral (1)**
53:6

**immorality (1)**
53:3

**impact (5)**

98:6,18,24;115:15;
130:25

**implicate (1)**
10:1

**importance (1)**
33:8

**important (7)**
44:5,6;46:25;68:14,
22;80:9;96:20

**inability (1)**
125:21

**include (3)**
29:23;152:15,18

**included (2)**
42:23;131:5

**includes (2)**
20:23;173:24

**including (2)**
31:20;171:22

**incomplete (8)**
49:24,24;50:4,5,7;
136:22;137:9,11

**inconvenient (1)**
124:3

**increase (2)**
47:9,19

**indeed (1)**
102:20

**indicate (1)**
116:14

**indicated (1)**
99:19

**indicates (2)**
143:2;149:16

**indicating (5)**
51:7,9;60:14;86:22;
176:2

**individual (19)**
14:23;15:8;24:22;
26:14;52:15;56:6;57:8;
58:22;61:9,10,12;
64:13;65:8;76:13;
82:18;85:11,13;89:15;
91:15

**individuals (15)**
8:15;9:25;20:19;
24:16;55:23;56:1,7,10,
22;57:13;58:18;59:8,
16;73:22;96:24

**individual's (1)**
85:16

**industry (1)**
33:16

**ineligible (1)**
176:14

**inerrant (3)**
27:21;70:3,4

**infinite (1)**
90:16

**informally (1)**
5:8

**information (9)**
7:1;64:10;79:10;

106:5;110:22;111:1;
128:18;139:9;151:9

**informs (1)**
75:18

**initially (2)**
43:2;106:12

**inquiries (5)**
73:3;74:6,13;75:9;
127:15

**inquiring (1)**
7:9

**inquiry (2)**
71:9;128:17

**insight (1)**
122:23

**Instagram (1)**
110:2

**instance (5)**
57:24;73:14;86:14;
116:24;145:11

**instances (11)**
49:16;73:11,21;
74:17,19;75:2,2,22;89:4;
124:3;134:8;139:4

**Instead (2)**
59:20;77:7

**instituted (1)**
50:25

**institution (46)**
8:23;16:14,14;27:12;
29:19;30:3,11;31:10,
11,11,21;32:20;33:13;
34:3;36:2,6;42:18;
43:17;44:7;47:22;
55:11,11;63:15;64:3;
68:18,23;69:1;71:24;
72:19;74:10;79:12;
80:4,15;82:17;87:2,3,
11;91:1,17;95:4;97:25;
98:2,4;99:12;125:22;
141:16

**institutions (12)**
27:6;28:3,7,21,22;
29:1,1,3,8;124:1;
146:13;147:11

**institution's (1)**
143:10

**instruct (1)**
51:2

**instruction (1)**
87:24

**instructions (2)**
70:4,6

**instructor (6)**
120:19,21;132:1;
165:21;166:22,24

**instructors (1)**
153:8

**instructor's (1)**
166:21

**insufficient (1)**
136:11

**intact (2)**

97:9,10

**intake (1)**
130:11

**integrity (6)**
29:7;71:23;101:12;
121:22;157:11;169:12

**Intended (3)**
156:24;157:23;159:1

**intending (2)**
10:1;161:14

**intention (5)**
26:14;30:15;43:15;
137:8;138:25

**intentionally (1)**
31:6

**interest (3)**
40:7;107:6;145:23

**interests (1)**
107:15

**internal (1)**
109:8

**internship (1)**
95:5

**interpret (2)**
83:20,23

**interpretation (1)**
52:6

**interpretations (1)**
57:5

**intervention (1)**
82:22

**interview (13)**
129:18,19;130:11,
13,20,22;131:3;140:17,
18,20,21,22,24

**interviewer (2)**
130:4,9

**interviews (1)**
130:2

**intimate (5)**
13:4,21;14:4,6,11

**into (15)**
9:13;19:7;26:14;
30:17;47:23;49:25;
51:2;64:19;86:15;97:2;
122:23;126:20;127:16;
137:2;146:3

**introduce (1)**
39:12

**introduced (1)**
178:23

**introduction (1)**
167:21

**investigation (2)**
89:23;172:16

**invite (4)**
109:23;110:23,24,25

**involved (5)**
78:21;104:13,17;
150:2,5

**involvement (4)**
36:8,9,18;155:7

**involving (1)**

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

January 30, 2024

89:24
**issues (1)**
131:1
**IX (5)**
91:5,10,13,17;
178:21

**J**

**Janet (5)**
8:9,9;10:9;35:14;
71:19
**Jason (1)**
35:17
**Jeff (1)**
5:9
**Jesus (21)**
12:25;30:20;50:14,
19;52:18,23;60:3;
73:17;75:20;76:17;
96:17,24;97:6;116:15;
127:19;128:10;137:1,
8;138:21;168:14;
177:15
**Jett (1)**
5:11
**Jewish (2)**
12:22;20:3
**job (3)**
21:17;22:21;47:8
**John (3)**
35:18;37:6,7
**Johnson (14)**
35:19,20,23;81:24,
25;82:24;83:8,20;
84:25;86:12;87:9;
118:25;126:13;127:14
**Johnson's (4)**
82:10,11;84:15;
86:10
**join (5)**
18:14,19;31:19;
47:17;71:10
**joins (1)**
98:9
**journey (2)**
19:12;69:21
**judgment (1)**
17:15
**June (1)**
5:15
**junior (5)**
43:16;114:13;
119:12,15,16
**juniors (2)**
110:12;111:18
**jurors (1)**
110:11

**K**

**Kaiser (1)**
142:20

**Kate's (1)**
22:7,13
**keep (10)**
6:6,7;87:20;100:4;
121:22;126:25;142:4;
162:16;165:12;178:9
**keeping (1)**
38:19
**Kelly (1)**
91:16
**Ken (1)**
142:20
**kept (2)**
71:22;126:9
**kicking (1)**
80:24
**kids (5)**
45:16;98:15;99:20;
125:12;144:20
**kind (21)**
6:6;12:11;15:23;
25:4;26:15;27:4;34:17;
39:24;43:8;50:8;70:18;
79:6;80:14;82:12;
105:19;107:14;112:18;
115:25;118:6;131:19;
147:22
**kindness (1)**
87:3
**kinds (2)**
22:3;110:21
**Kingdom (3)**
60:16,19,22
**Klein (3)**
20:13;21:10;35:5
**knowledge (28)**
14:15;17:15;18:9;
20:1;32:16,22;33:3;
36:7,20;41:18;42:1;
45:10;59:12,15,24;
61:24;62:14;71:14,15;
74:16,21;75:1;91:5,7;
99:25;116:21;153:23;
170:22
**KTIS (1)**
110:4
**Kyle (1)**
20:21

**L**

**lab (1)**
177:3
**labels (1)**
38:18
**lack (5)**
70:19;111:13;
163:16;168:20;170:23
**lacks (1)**
13:7
**lagging (1)**
174:15
**laid (1)**

80:22
**language (5)**
32:18;33:6;109:3;
126:8;141:25
**large (2)**
92:15;149:16
**last (29)**
6:23;7:4,23;8:9;
33:21;34:14,16;50:11,
22;51:7;53:1;54:11;
55:20;59:19;60:11;
78:5;90:10;91:19;
100:8;104:14;109:22;
116:6;128:16;139:5;
158:17;159:10;165:24;
167:10;176:14
**lastly (1)**
9:16
**later (2)**
6:24;41:5
**law (5)**
10:4;34:13;81:20;
98:13;104:14
**lawsuit (3)**
5:11;7:11;10:3
**lawyers (8)**
5:9;6:17;7:6,11;
8:15;10:2;38:18;91:11
**lay (1)**
69:10
**lead (1)**
127:8
**leadership (4)**
34:2,24,25;36:1
**leading (2)**
74:25;129:1
**leads (3)**
34:10;58:16;148:1
**lean (1)**
86:15
**learn (5)**
45:16;48:2,6;51:12;
167:24
**learned (5)**
9:19;79:7,9,11;168:1
**Learning (5)**
28:12,13;165:25;
171:3,5
**least (10)**
25:10;32:9;40:5;
52:5;116:24;128:16;
133:25;149:10;159:17;
169:2
**leave (3)**
81:3;82:6;173:3
**led (3)**
35:1;97:5;117:21
**left (4)**
42:8;79:6;97:18;
131:18
**Legacy (1)**
146:19
**legal (4)**

157:6;159:4;160:25;
168:21
**legislation (1)**
150:3
**legislators (1)**
104:14
**legislature (1)**
81:21
**lens (1)**
101:9
**Leone (1)**
23:9
**lesbian (2)**
81:22;83:13
**less (3)**
34:9;132:4;133:11
**letter (2)**
83:21;86:13
**letters (1)**
38:17
**level (9)**
22:6,7;36:22;107:23;
119:10;121:20;141:6;
151:14;177:3
**LGBTQ (3)**
24:5,7;58:3
**LGBTQ+ (1)**
136:16
**liberal (1)**
29:1
**lie (1)**
116:13
**life (20)**
7:24;8:6;9:23;10:15;
23:19;53:17;57:7;60:2,
7;63:11;64:23;75:21;
76:17;79:16;80:10,13;
89:13;118:10;128:11;
146:22
**lifestyle (24)**
14:24;30:21;31:15;
44:9;62:13;64:16;
68:18;82:1,4,14,19;
83:9,14;84:10,14,19,
21;85:12,19,21;86:9,
19,25;101:12
**lifestyle-wise (1)**
94:18
**light (3)**
73:2;99:15;126:6
**likely (2)**
82:2;120:20
**like-minded (1)**
52:16
**likeness (1)**
88:6
**limit (1)**
124:24
**limited (3)**
103:2,20;172:7
**limits (1)**
16:22
**line (2)**

78:4,4
**link (1)**
78:15
**list (1)**
146:17
**listed (5)**
86:2,4;147:3;167:11;
169:14
**Listen (1)**
168:7
**literalism (1)**
70:1
**literally (2)**
70:2,22
**little (17)**
17:21;20:6;34:1;
36:21;38:17;41:4;
45:20;46:18;56:21;
60:12;104:1;109:6;
119:5,6;126:22;145:9;
175:20
**live (17)**
14:24;16:22;24:23;
31:15,16;40:1;41:2;
42:9;80:10,13;82:14;
84:9,10,14,21;96:5;
99:16
**lives (7)**
19:12;24:3;27:20;
50:15,20;99:13,16
**living (16)**
30:21;40:7,9,11,15,
22,22;41:10;44:9;80:3;
82:4;83:9,13;84:18;
85:11;100:11
**local (1)**
113:17
**location (1)**
124:14
**Loe (3)**
104:7;118:20;148:17
**Loe's (1)**
163:22
**logs (1)**
177:11
**long (19)**
16:19;18:1;20:8;
31:17;32:15;34:4;39:3;
41:14;44:13;69:22,23;
79:1;128:22;129:19,
20,21;155:14;156:1;
174:11
**longer (3)**
91:16;98:14;172:19
**look (17)**
41:7;46:14;50:11;
65:10;78:2;80:21;87:2;
98:2;131:7;133:18;
138:2;140:1;154:12;
156:11;159:9;164:19;
174:3
**looked (2)**
74:2;85:25

Shaddix & Associates - Stenographic Court Reporters
(952)888-7687 - reporters@janetshaddix.1.com

(10) issues - looked

CASE 0:23-cv-01527-NEB-JFD Doc. 97-13 Filed 09/04/24 Page 58 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24
January 30, 2024

**looking (5)**
71:17;111:14;
112:19;114:7;154:19
**looks (7)**
38:24;102:19;
104:10;128:4;158:14;
164:21;172:1
**loop (1)**
161:25
**Lord (10)**
12:25;60:7;75:21;
76:17;96:18,25;99:13;
127:20;137:2;138:22
**lot (2)**
62:18;174:7
**love (8)**
10:25;65:1;68:20;
69:15;72:11,13;87:3;
97:6
**loved (2)**
23:20;87:5
**loves (1)**
88:7
**loving (4)**
16:11;33:9;62:19,22
**lunch (2)**
79:2,3

**M**

**Macalester (1)**
29:9
**MACHE (2)**
111:22,23
**main (1)**
23:19
**mainly (1)**
118:25
**maintain (2)**
46:17,18
**major (1)**
145:22
**makes (5)**
42:5;78:20;87:4;
131:24;176:14
**making (1)**
129:4
**male (4)**
14:8;25:7;55:5;
90:12
**man (5)**
54:1,1;55:7;69:10,10
**management (1)**
46:7
**manner (6)**
17:10,17,25;28:3;
68:3;72:25
**manners (1)**
17:13
**Manual (2)**
15:17,20
**many (7)**
20:14;34:8;50:23;

53:4;112:8;121:24;
168:6
**Maranatha (2)**
146:25;147:1
**Marantha (1)**
146:25
**marathon (1)**
6:12
**mark (2)**
118:14;162:21
**marked (15)**
37:9,16;38:2,5;81:9;
91:24;104:4;118:17;
148:12,15;154:14;
158:6;162:23;167:7;
170:9
**marketing (6)**
20:12;22:24;35:6;
109:16;150:9;158:15
**marking (1)**
70:10
**married (5)**
14:14,16;54:6;66:9;
72:12
**master (2)**
149:14,14
**master's (1)**
23:1
**material (4)**
61:16;62:1,4,23
**materials (7)**
142:22;151:4;
153:16,24;154:6;
169:11;170:1
**matriculating (1)**
47:18
**matriculation (2)**
47:16,20
**Matt (1)**
35:11
**matter (2)**
27:19;111:8
**matters (3)**
75:19;127:24;138:4
**mature (1)**
31:16
**may (12)**
18:22;23:14,14;
55:22;57:12;64:20;
93:25;102:23;117:13;
120:21;159:12;174:25
**maybe (8)**
40:6;114:7;116:2;
122:3,21;126:5;
146:17;151:3
**MDE (21)**
105:15,25;106:1,2,5,
6,15,18;151:7,9;
154:17;155:2;156:8;
158:8;162:17;163:3,3;
165:15;170:11;174:8,9
**mean (21)**
14:5,20;28:11;46:22;

49:23;51:20;55:25;
59:23;67:10;71:17;
73:24;80:23;81:17;
83:10,22,23;97:23;
122:5;135:8;160:18;
179:3
**meaning (4)**
46:1;79:15;121:20;
132:14
**means (13)**
31:14;56:15,18;57:2,
4,11;70:2;76:16;83:8;
84:3,4;86:9;121:6
**meant (1)**
112:24
**measure (1)**
94:17
**measured (3)**
47:10;94:22;95:10
**measuring (1)**
161:11
**media (5)**
35:16;110:1;139:21;
140:1;149:14
**meet (14)**
7:16;50:3;60:4,5;
62:11;73:13;121:10;
122:18;129:24;144:2,
23;145:5;157:4;160:16
**meeting (3)**
9:19;82:2;149:3
**meetings (1)**
104:17
**meets (1)**
93:20
**Megan (4)**
91:18,19,20,21
**Melinda (1)**
163:22
**member (17)**
16:16;28:6,18;36:2,
10;51:15;64:15;65:17;
66:16;74:20;90:21;
91:2;96:21;99:5;
135:24;148:23,25
**members (7)**
7:17;29:20,22;30:6;
42:24;93:23;108:18
**member's (1)**
86:5
**mental (2)**
15:22;24:2
**mention (1)**
10:22
**mentioned (18)**
25:24;32:14;34:6;
44:23;65:7,18;97:21;
122:16,22;131:2;
135:19;136:1,19;
142:23;146:12;147:7;
150:24;151:6
**mentoring (1)**
168:2

**met (3)**
5:8;7:16;51:18
**method (2)**
64:25;123:17
**MFA (1)**
149:14
**MFL (1)**
149:14
**mid (1)**
44:15
**Midwestern (1)**
29:2
**might (12)**
6:25;9:18;48:6;
52:18;67:24;78:20;
89:13;107:12;108:4;
120:18;124:3;151:3
**minimum (5)**
46:15;62:12;114:22;
135:16,18
**ministers (2)**
156:18;161:9
**Minneapolis (1)**
30:14
**Minnesota (13)**
5:1;26:8;36:12;
43:17;93:21;104:14;
109:4;144:8;147:19;
157:13;160:9;173:2;
176:9
**minute (3)**
92:6,6;148:16
**minutes (2)**
27:2;176:16
**mischaracterizes (4)**
16:25;99:23;159:4;
162:5
**missed (1)**
108:4
**missing (2)**
50:4;82:7
**missionary (1)**
30:13
**mix (1)**
103:6
**Mm-hmm (29)**
6:15;22:9;23:5;27:7;
38:15;44:25;51:11;
52:10;55:19;57:14;
59:3;65:20;75:12;78:6;
87:15;92:5;102:5;
105:24;112:7,23;
113:19;124:4;131:23;
160:21;161:24;163:7;
168:12;173:4;174:16
**Mm-mm (1)**
123:5
**Moalusi (1)**
172:2
**MOD (1)**
171:4
**Modality (1)**
177:8

**model (1)**
166:3
**modification (2)**
33:20;129:3
**modified (4)**
33:21;129:2,2,3
**modules (1)**
171:11
**moment (4)**
33:17;38:6;81:13;
112:18
**Moodie (3)**
171:5,5,10
**more (35)**
9:13;22:4;24:24;
26:10;35:17;41:24;
43:4;46:18;64:10;
70:16,17;76:20;86:15;
98:7;105:6;107:6;
112:15;113:17;116:3;
117:6,25;119:6;120:9;
123:20;129:25;130:24;
131:14;132:4;134:16;
141:24;143:22;146:20;
151:3;165:11;178:22
**Morgan (1)**
21:3
**morning (2)**
5:8;17:14
**most (16)**
24:12;28:22,23;
49:24;71:15;79:11,24;
102:25;107:19;109:20;
121:4;122:19;132:19;
133:8;137:14;175:1
**mostly (5)**
27:17;43:3;79:25;
103:2;109:25;132:20;
135:14
**motion (1)**
178:10
**motivated (1)**
97:5
**move (2)**
47:6;55:12
**moving (1)**
6:7
**much (2)**
38:11;119:24
**multicultural (1)**
22:17
**multiple (2)**
153:9,12
**mumbling (1)**
25:3
**murdered (1)**
33:12
**Muslim (2)**
12:22;19:24
**must (1)**
96:17
**myself (2)**
87:21;168:1

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 59 of 68

Melinda and Mark Loe, et al vs.                    RULE 30(b)(6) NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                 Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

**N**

name (15)
5:8,13;8:2,9;20:13;
34:11,14,16;35:7,13,
17,18;78:19;91:18,19
names (4)
19:5;20:18;110:7,14
National (1)
11:15
nature (3)
130:20;156:16;162:3
navigating (1)
46:7
necessarily (1)
49:20
need (21)
6:13;20:18;25:9;
38:12;54:20;56:7;57:7,
20;58:6;59:4;60:2;
63:3;65:10;76:3;105:6;
123:6;126:20;132:18;
165:23;168:24;169:7
needed (1)
65:9
needs (3)
48:22,22;57:19
negative (1)
136:11
neglected (1)
97:13
new (5)
34:5;35:12;91:17;
146:22;165:23
next (15)
50:22;55:12;79:17;
82:20;104:2;113:15;
114:11;115:10;122:21;
139:5,15;142:21;
164:6,8,9
nights (1)
110:22
nonacademic (1)
62:16
nonbeliever (1)
98:8
nonChristian (9)
23:15;68:7;98:5,15;
99:20;113:8,25;118:8;
136:13
noncompromising (1)
99:8
nondegree (1)
21:15
nondenominational (3)
27:10,12;28:5
None (1)
160:4
Nonnegotiables (1)
168:11
nonsectarian (38)
9:9;25:25;26:2,6,21;

36:14;93:22;94:2;96:9;
100:22;102:16;103:13,
23;105:13;106:3;
108:25;109:11;146:8;
151:22;152:2;155:8,
23;156:9,16;157:15;
160:2,10,17,23;161:7;
162:2,9,15;169:11,17,
24;170:3;174:2
nonserious (1)
141:21
nonsexual (1)
14:10
nontraditional (3)
20:22,22;21:13
Nope (1)
123:11
normally (1)
76:6
North (2)
28:14,18
Northfield (1)
29:9
Northwest (1)
90:13
Northwestern (184)
5:17,20,25;7:18;
9:23;10:3;11:9,11,19,
21,25;12:6,14,24;
13:11;14:13;16:2,7,11,
17;17:5,9,25;18:6,10,
17;19:25;20:4;21:5,19,
21;22:14,22;23:13,25;
25:12,19;26:2,21;27:5,
10,24;28:1,16,18;
29:13;30:12;31:4,24;
32:20,23;33:19;34:2;
37:8;38:1,21;39:6,9;
42:13;43:7;44:1,4;
45:6;47:1,11;48:14;
50:24;51:15;53:21;
54:2,14;55:7;56:22;
58:5;62:18;63:12;
64:15;68:14,24;69:6;
70:1,10,14,17;71:1;
73:4;77:20;79:7,9,11,
14;81:8,22;82:17;84:5;
85:15;87:1,2,6,7;
88:21;89:11;91:23;92:4,
20;94:7;96:7,16,20,22;
98:17;99:1,10;100:3;
104:3,21;105:1,8;
109:16;110:3,3;
111:11;112:5,19;
113:9,24;114:6,19;
115:14;117:5,8;118:7,
16;119:1,8;123:22,22;
125:1,16;126:18;
127:23;129:14;138:3;
141:18;142:7,22;
143:22;146:1,9,12,18;
147:8,22;148:11;
149:9,17,24;152:14,23;

154:13;155:13;156:1;
158:5;159:13;160:11,
13;162:9,10,16,22;
163:23;165:14;167:6;
170:8;172:20;173:9,
16,25;174:12,18,23;
175:4,8,25
Northwestern's (15)
10:17;27:2;72:9;
86:24;98:18,24;143:1;
156:7;157:3;158:16,
25;159:18;161:25;
162:14;177:22
NOSR (1)
174:4,5,6
note (5)
92:8;163:3;170:11;
178:8,11
notes (3)
130:9,12;131:7
notice (4)
26:4;51:22;174:4,5
number (7)
40:6;103:20;122:1;
137:16;156:22,24;
178:19
numbers (2)
38:17;96:13
nursing (1)
103:1
nurturing (1)
97:4

**O**

oath (1)
5:5
Object (8)
11:5;87:25;142:9;
147:13;149:19;163:15;
168:19;170:23
Objection (50)
13:6;16:4,24;25:14;
26:3,23;51:21;53:12,
22;54:16;56:12;58:7;
59:10;66:3;69:11;
70:19;84:1,22;85:22;
87:23;88:12,19,23;
90:4;92:9;93:3;98:19;
99:22;105:3;106:7;
113:1,11;124:8;125:2;
138:18;157:5,19;
158:1;159:3,21;
160:24;162:4;164:15,
24;166:14,19;167:2;
171:13;175:9;177:24
objections (3)
88:11;161:5;169:5
obviously (1)
82:20
occasion (2)
140:8;152:3
occasions (1)

135:11
occur (2)
139:14;154:5
occurred (3)
63:7;139:12;154:5
occurrence (2)
83:6;117:10
occurrences (1)
71:22
occurs (1)
153:2
off (8)
29:18;30:13;42:8;
45:22;79:6;118:6;
126:9;131:18
offer (12)
11:25;39:9;98:21;
110:25;124:13;137:12;
138:11;139:1;157:7,8;
160:5;176:8
offered (17)
26:20;39:7;44:13;
119:23;120:12;135:6;
143:2,20;144:2;
147:19;155:22;156:14;
157:14,17;174:1,21;
175:25
offering (5)
39:4;43:20,21;45:7;
177:8
offerings (5)
9:6;28:17,17;29:7;
176:22
offers (2)
31:4;160:11
office (7)
65:13;76:2;91:13;
108:19;157:12;173:23;
174:14
officer (3)
35:18;37:5;91:17
old (2)
40:5;119:17
on-campus (100)
12:16;13:3,17,18,25;
31:13,20;32:7,23;39:5,
7,13,22;40:9;42:1;
43:2,9,10,20;44:3;45:7,
13,17,25;46:5,8,17;
47:2,5,15,17;48:1,10,
15;49:8;51:14,16;
60:21;66:15;70:11;
73:13;77:16;78:12;
80:1;83:3;92:21;93:6,
13;95:12,16;96:16;
97:7;105:9;109:17,21;
111:14;112:3,5;115:3,
4;119:7;120:1,3,16;
121:14,15;122:4,7;
125:18,23;126:1;
127:5,7,16;128:23;
130:22,23;134:9;
136:4,17;137:3;139:8;

142:24;143:12;144:11,
19;145:12;152:14,24;
154:7;167:4;171:12;
172:9;173:9,14;
174:17,20;176:21,24;
177:6
once (5)
7:17;109:21;121:10;
127:15;174:11
one (81)
5:9;7:23;10:5;12:18;
13:19;20:17;26:13;
28:23;29:20;35:17;
39:20;40:6;41:1;43:3;
47:19;60:4,5;64:11,12;
66:11;69:22;70:16,18;
75:14,17,20;76:12;
77:13;80:8;84:21;90:7;
95:9;109:3,12,22;
114:4;115:6,12,13;
116:3,24;117:14;
127:18,20;128:1;
129:16,17;131:21,22,
24;132:20;134:1,14;
137:24;145:14,15,15,
16,19;146:21,25;
149:16;155:19;156:2,
5,22,25;157:18,24;
159:1,19;160:6;
161:10,13,14;167:11;
168:7,10,13;169:3;
171:3
one-on-one (1)
24:10
ones (5)
31:1;103:18,21,22;
146:24
online (62)
12:1,3;13:17;31:8;
39:9;42:15,21;43:11,
21;44:2,5,12,16;45:1,
22;46:9,16;47:4,13;
48:1,10;77:7,10;78:10;
109:19;111:16;115:3;
119:20,22,25;120:7,9,
15,24;121:4,10,14,16;
122:8,9;123:14;127:6;
135:6;137:12,13,15;
138:12;139:1;142:24;
143:5,14,15,16;171:6,
8,18,21;172:12;173:6;
176:21;177:6,13
only (20)
41:2,9;46:5;52:23;
61:23;65:7;91:7,19,20,
21;93:13;96:7,8;125:1;
130:22;155:19;169:15;
174:20;175:3;176:23
onsite (1)
123:20
onto (1)
125:13
open (5)

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 60 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

PRINCIPAL - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
January 30, 2024

12:1;30:4;42:18;
111:25;178:9
**opened (2)**
31:6;32:20
**opening (2)**
113:24;164:3
**opens (1)**
78:15
**operations (2)**
20:25;21:6
**opinion (2)**
18:23;88:3,5,10,13,
16,21,22;98:21;113:3,
12,13;114:1;149:22;
157:7,8,20;161:2;
162:1;168:22
**opinions (2)**
18:15;87:20
**opportunities (2)**
111:4;166:6
**opportunity (4)**
43:5;44:8,10;118:9
**opposed (2)**
112:9;145:6
**opposite (1)**
17:17
**option (12)**
40:4;47:15;77:6,10;
78:12;80:13,19;115:3;
123:15;127:7;135:6,7
**optional (1)**
135:21
**options (4)**
120:9;123:12,13;
127:1
**order (12)**
13:16;30:1;32:11;
36:10;43:14;46:15;
95:18;96:2,6;99:5;
121:22;169:7
**organization (2)**
29:14;33:16
**orientation (5)**
13:14;72:3,21;89:6,
23
**origin (1)**
11:15
**original (1)**
33:23
**Ostensibly (1)**
141:14
**ostracized (2)**
114:7,8
**others (5)**
40:13;51:5,13;168:2;
175:20
**Otherwise (1)**
114:25
**out (29)**
22:19,21;26:9;30:17;
34:16;62:7;65:1,9;
72:13;80:22,24;82:4;
83:9,14;84:18,21;

89:16;90:8;95:8;97:2,
18;107:3,9;114:21;
140:6;149:19;151:1;
169:15;172:17
**outcome (11)**
102:14;103:17;
120:18;160:4,16,22;
161:7,16,20;162:13;
169:14
**outcome-based (1)**
169:22
**outcomes (7)**
9:13;106:15;107:10,
11;121:17,18;165:25
**outfit (1)**
18:3
**outlined (1)**
119:1
**out-of-pocket (2)**
174:19;176:13
**outreach (3)**
50:7;111:20;150:2
**outside (19)**
11:5;23:7;25:14;
26:3;51:21;69:12;
87:25;88:23;89:17;
98:20;106:7;113:2;
124:8;125:2;142:10;
147:13;175:9;176:8;
177:24
**over (10)**
6:5,7;12:3;32:6,18;
33:5;43:4;60:13;109:6;
129:3
**overcome (5)**
53:18;54:13,15;55:2,
5
**oversee (2)**
21:15;36:3
**overseeing (1)**
67:8
**oversees (1)**
75:4
**oversight (3)**
36:25,25;37:1
**own (6)**
15:10;51:25;90:14;
121:9;177:12,12

---

**P**

**pace (1)**
177:12
**page (19)**
6:6;50:13,22;53:2;
55:15,20;60:11;78:5;
90:10;96:13;100:7;
112:5;164:1,8,9;
165:22;168:7,10,13
**pages (2)**
178:20,21
**paid (1)**
105:20

**pandemic (2)**
129:23;130:1
**panoply (1)**
123:13
**papers (1)**
32:6
**paperwork (1)**
174:7
**paragraph (12)**
50:23;53:1;55:12,14;
56:9;60:14;86:20;
113:15;126:4;127:14;
164:2;165:24
**parents (4)**
39:15;141:9;150:3,6
**part (57)**
19:16;21:14;27:5;
29:9;30:1;31:23;32:25;
33:2;40:21,25;46:12;
49:23;65:21,25;66:9;
67:2;70:13;73:9;76:22;
78:13;80:9;81:1;83:4;
85:16;87:4,6,8;90:25;
95:1,7;97:17;98:8;
99:5;109:12;113:20;
114:2;115:18;116:6;
117:17,24;118:11,13;
125:13;128:22;139:19;
140:18;146:2,4,6,7,8;
151:15;153:19;169:12;
172:9,12;178:19
**participate (19)**
13:16;18:17;31:5,13,
23;32:11;39:16;42:25;
44:10;54:7;77:21;95:2;
97:11;101:23;116:4;
134:22,24;147:18;
164:3
**participating (1)**
102:8
**participation (3)**
150:21,23;164:22
**particular (26)**
27:15,23;33:11,13;
57:9;75:14;76:12;
77:13;102:25;107:6,
13;118:2;145:11;
156:19,23;157:18;
159:19;160:6;161:9,
10,17;166:8,17;
168:17;169:3,13
**particularly (1)**
109:17
**partner (1)**
125:7
**partnering (1)**
62:19
**partnership (5)**
143:21;148:4;
157:12;162:11;175:24
**partnerships (2)**
124:13;146:18
**part-time (1)**

22:20
**passed (1)**
49:4
**past (2)**
15:6;108:4
**pastor (1)**
132:14
**path (2)**
60:3,8
**Pathways (2)**
171:3,21
**Paul (1)**
5:18
**pay (4)**
96:2;175:2;176:12,
13
**pays (6)**
125:9,10;173:9,10,
12;175:5
**PDF (1)**
78:15
**Peach (1)**
20:21
**pedagogical (1)**
28:17
**peer (1)**
66:20
**pending (1)**
178:10
**Pentecostal (2)**
27:11,13
**people (12)**
13:24;20:14;26:9;
33:9;34:8;65:22;66:1;
98:2;114:8;118:9;
132:13;149:17
**per (2)**
15:7;174:6
**percent (3)**
112:15;121:5;122:21
**percentage (4)**
112:11,12;122:13,15
**perfection (1)**
60:4
**perform (1)**
174:6
**performance (1)**
47:9
**perhaps (2)**
30:4;86:13
**periodically (1)**
143:18
**permit (3)**
11:9,11,19
**persisted (1)**
77:14
**persistence (1)**
82:23
**persistent (4)**
82:4;83:9,13;84:18
**persists (1)**
82:13
**person (24)**

7:17,23;13:22;36:24;
47:21;48:3,7;64:9;
67:22,25;71:5,15,18;
74:12;75:4;89:16;
90:15;117:3,19;
120:24;130:10;138:9;
172:19;178:6
**personal (20)**
15:6;18:22;19:1;
24:3;27:20;30:20;
51:25;52:6;58:16;
59:12,16;87:16,20;
88:3,5,10;115:6;117:7;
127:25;138:5
**Personally (3)**
63:4;71:3;169:23
**personnel (1)**
143:22
**perspective (3)**
8:21;113:7,23
**Peterson (1)**
21:3
**philosophy (3)**
92:20;94:6,23
**phone (7)**
76:8;135:3;137:4;
138:7,8,23;139:16
**phonetic (4)**
34:12;91:16;142:20;
172:22
**phrase (2)**
32:4;59:22
**phrased (1)**
115:16
**physical (2)**
59:25;60:9
**physically (1)**
124:7
**physics (3)**
145:19,19;177:4
**pick (1)**
79:5
**piece (2)**
115:5;158:14
**pieces (1)**
109:21
**piggybacking (1)**
118:6
**pivot (1)**
27:1
**place (5)**
16:21;24:24;31:25;
58:13;59:20
**plagiarize (1)**
63:20
**plan (6)**
59:21,22,25,25;60:6,
10
**planning (1)**
77:21
**platform (3)**
143:8;171:6,10
**platforms (3)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 61 of 68

Melinda and Mark Loe, et al vs.                                    ANITA CLINE-COLE
Willie Jett, et al                                                 RULE 30(b)(6) OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
                              Univ. of Northwestern - St. Paul Designee - 1-30-24              January 30, 2024

110:1;171:3,21

**play (1)**
126:20

**Please (10)**
14:21;29:12;60:11;
81:12;92:15;119:4;
154:20;164:9;167:22;
178:19

**pm (1)**
179:8

**point (21)**
6:13,19;19:20;26:15,
18;38:7;53:13;69:22;
71:9;104:20;108:6,7;
115:10,21;117:13;
121:10;122:8;126:25;
161:8;175:2;178:17

**pointed (1)**
90:8

**points (7)**
26:9;12;156:12;
164:6,10;169:15,15

**policies (1)**
10:17

**policy (5)**
10:19,20,23;11:2;
53:11

**poor (1)**
35:22

**popular (1)**
111:24

**pornographic (1)**
63:23

**pornography (1)**
57:24

**portal (2)**
78:10;127:16

**portfolio (4)**
146:3,4,6;172:10

**position (27)**
5:24;8:4;19:10,21;
20:8;21:11,12;36:4;
44:7;62:18,22;63:15;
64:3;72:9;77:2,4;
79:21;90:19;91:14;
98:24;99:1,2;101:13;
135:5,6;166:22;172:19

**positions (1)**
67:1

**possible (3)**
116:13,18;176:8

**possibly (1)**
47:4

**posted (5)**
128:18;139:10,17;
171:10;177:14

**posture (1)**
19:16

**potentially (2)**
119:14,18

**practice (16)**
39:3;41:14;66:23,23;
68:21,21;71:24;

103:25;107:21,22;
108:3;153:3;154:10;
165:7;166:11;169:22

**practices (1)**
86:1

**pray (1)**
150:12

**prayer (6)**
150:21;152:24;
153:5;164:4,22;173:6

**predecessor (1)**
172:23

**prefer (4)**
45:17;86:2;87:20;
90:8

**preference (1)**
179:2

**pregnant (1)**
72:7,10,12

**premarital (1)**
57:24

**premise (2)**
97:3,19

**preparation (4)**
73:10;75:8;91:8;
142:17

**prepare (4)**
7:14;9:3;156:18,20

**prepared (1)**
106:23

**preparedness (2)**
130:13,16

**prepares (1)**
106:20

**preparing (1)**
161:8

**present (2)**
8:15;110:19

**presented (3)**
44:16;84:8;165:2

**president (15)**
6:1;7:19;8:11,24,25;
9:2;10:14;20:12;21:10;
34:3;35:6,10,12,16;
149:5

**presidential (1)**
29:24

**presumably (1)**
136:25

**pretend (1)**
114:12

**previous (3)**
53:16;117:12;172:16

**priest (1)**
132:15

**principles (9)**
16:16,17,19,21;17:4,
4;54:9;69:7;104:23

**print (2)**
92:15,16

**print-off (1)**
92:3

**prior (3)**

21:11;39:9;130:1

**priority (1)**
103:3

**private (6)**
29:1;110:24;111:8;
112:10;147:5,6

**probably (5)**
6:18;23:12;76:23;
77:10;178:5

**probation (5)**
62:9,9,10,15;64:6

**process (45)**
13:16;24:4;44:21;
45:3,24;46:1;48:24;
61:3;64:25;67:4;73:23;
80:21;82:12;86:11,16;
93:15;109:19;114:12,
15;119:1,7;125:11,17,
18;126:17,19;129:25;
130:21;131:5,20;
132:10;137:4;138:7,
23;139:14,19;141:8;
153:22;155:8;157:11,
11;162:11;169:20;
173:22;174:11

**processes (1)**
61:5

**proclaim (1)**
12:24

**produced (1)**
92:10

**profess (1)**
96:17

**professed (2)**
94:14;96:24

**professing (1)**
98:10

**profession (1)**
101:13

**professional (4)**
15:24;23:24;65:14;
144:6

**professionals (1)**
15:23

**professor (6)**
107:6,9,12;151:3,14;
152:4

**professors (18)**
47:12;106:25;107:2,
2,17;120:22,23;121:1;
146:9,10;150:24;
151:21;152:10;153:8,
13;158:20;159:13;
173:7

**program (42)**
7:21;9:7;12:3;13:18;
20:24;22:17;28:17;
29:7;31:5,13;39:23;
42:11,18;43:2,15,15,
20,22;44:1,11,12,14;
46:16;47:18,19,24;
81:5;83:3;96:7;109:25;
121:23;122:10;124:14;

129:1,6;134:2;137:12;
138:12;143:7,25;
156:15;162:15;176:14

**programming (2)**
64:18;65:6

**programs (8)**
21:16,16,25;31:4;
110:20;129:12;147:18;
174:1

**progress (1)**
73:23

**prohibits (2)**
70:10,15

**promises (1)**
30:24

**promote (4)**
156:25;157:24;
159:1;161:14

**promotes (1)**
168:17

**promoting (3)**
159:18;166:8,17

**promotional (2)**
109:21;158:14

**prompts (1)**
132:16

**pronounce (1)**
91:18

**pronouncing (1)**
9:11

**propagate (3)**
156:25;157:24;
161:14

**prospective (4)**
109:23;127:15;
130:4;139:20

**protect (1)**
23:13

**protecting (1)**
7:8

**provide (14)**
24:16;25:12;48:17;
105:1,5;106:5;112:20;
116:9;118:9;132:2,23;
146:13;149:22;171:20

**provided (17)**
24:10;25:21;73:9;
83:5;91:8;107:8;
108:22;115:24;121:7;
132:8,13,17;134:21;
144:19;151:20;153:21,
25

**provides (1)**
162:17

**providing (2)**
52:9,13

**provision (2)**
59:19;175:15

**provisions (1)**
13:19

**provost (9)**
7:19;8:8,18;10:9;
35:14;71:18;73:1;

86:13;148:1

**provost's (1)**
143:23

**proximity (1)**
125:16

**PSEO (233)**
7:21;9:7;10:4;11:21;
12:1,14,16,23;13:3,18,
24;17:8;19:25;20:3,23;
21:15;23:10;26:20;
30:23;31:3,4,5,6,8,20;
32:6,9;36:8,18,25;39:1,
4,5,7,10;40:1,9;41:12;
42:1,19;43:11,15;
44:11,12,16;45:7,13;
48:15;49:9;50:1,18;
51:12,14;55:5;60:20;
66:14;73:5;74:15,23;
75:4;77:16;80:1;81:5,
20,23;83:2;85:6;89:19,
24;92:21,25;93:5,6,13;
94:9,11;95:16,22,24;
96:4,6,7,10,17;97:7;
98:6,13,15;99:21;
100:22;101:21,22;
102:7,11,21,23;103:7,
8,14,20,21;104:14;
105:1,7,11,23;108:19;
109:17,18,21,22,23,24;
110:25;111:11,14,15,
19;112:20;113:9,24;
114:6,14,21;116:20;
118:7,9;119:8,20;
121:18,25;122:4,10;
123:4,13,21,25;124:5,
13,18,18,25;125:9,12,
14,18,23;126:9,17,23;
127:3,4;128:23;
130:23;134:9;135:6;
136:4,13,16;137:3;
139:8,20;140:25;
141:12;142:22;143:2,
5,7,20,25;144:1,11,19;
145:12;146:14;147:8,
18;148:8;150:11,16,20,
23;151:11,18;152:15,
24;153:4;154:3,7;
155:22;156:8,15;
157:3,14,17,23;158:25;
159:14,19;160:5,14;
162:2,9,14;163:20,23;
167:5,18;169:17;
170:2,7;171:8,12,18;
172:4,9,12;173:7,9,14;
174:1,17,20;175:4,7,
14,25;176:7,8,13,21,
23;177:22

**PSEO-eligible (2)**
93:19;102:19

**public (15)**
110:24;111:5,8;
112:9;128:18;139:10,
18;143:6,9;163:13;

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 62 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                        Univ. of Northwestern - St. Paul Designee 1-30-24                        January 30, 2024

165:20;167:14,25;
  168:1;178:18
**pulled (2)**
  74:5;76:21
**punish (1)**
  61:9
**punitive (1)**
  63:17
**purely (2)**
  29:6;30:15
**purports (1)**
  163:12
**purpose (5)**
  35:24;96:23;97:7;
  98:1;109:23
**purposed (1)**
  132:9
**purposes (2)**
  92:11;129:7
**pursue (2)**
  66:1;77:6
**pursuit (2)**
  100:10;102:3
**purview (2)**
  72:23;147:25
**put (10)**
  38:9;50:14,19;62:21;
  64:6;66:25;99:13;
  101:12;178:15,16
**puzzled (1)**
  126:5

**Q**

**qualify (3)**
  110:11;111:19;
  144:19
**Queens (1)**
  109:20
**quite (3)**
  50:2;151:2;174:11
**quote (1)**
  50:12
**quotes (1)**
  152:21
**quoting (2)**
  53:13,14

**R**

**race (1)**
  11:9
**radio (4)**
  110:3,3;111:9,12
**radius (1)**
  124:1
**raise (1)**
  175:19
**raised (1)**
  41:3
**raising (1)**
  22:20
**ranking (1)**

132:21
**RAs (2)**
  67:8,11
**rate (1)**
  47:16
**rating (5)**
  132:25;133:2,4,4,6
**reach (1)**
  64:12
**reached (1)**
  65:9
**react (1)**
  140:2
**reaction (1)**
  141:24
**read (37)**
  38:8;49:11,14;51:9,
  10;54:11;55:14,18;
  56:16;61:10;69:8;
  78:17;81:13,15;83:11;
  90:9;92:12;94:6;98:10;
  100:17;116:7;118:22;
  128:13;133:13;148:16;
  155:17;156:13;157:1;
  164:4;166:6;167:21;
  168:8,11,14,24;169:7;
  178:24
**readers (1)**
  165:23
**readiness (1)**
  130:14
**reading (5)**
  51:6;83:4;92:24;
  107:13;151:3
**readings (1)**
  15:6
**reads (7)**
  50:23;53:2;55:21;
  59:19;133:15;158:20;
  166:1
**ready (3)**
  130:16;141:5;163:8
**reality (1)**
  93:2
**realizing (1)**
  113:18
**really (5)**
  47:13;61:15;97:5;
  99:15;129:22
**realm (1)**
  74:23
**reason (10)**
  33:11,13;43:12,20;
  85:5;125:13;129:7;
  140:24;149:16;163:24
**reasons (1)**
  71:20
**recall (16)**
  26:13,18;29:18;
  39:14;43:18,19;75:10;
  77:13;83:5;93:17;
  128:25;133:1;134:13,
  15;145:12;146:24

**receive (1)**
  122:17
**received (6)**
  14:15;45:21;67:19;
  73:4;74:13;163:5
**receives (2)**
  28:16;174:12
**recognize (1)**
  60:2
**recognized (1)**
  15:22
**recommend (1)**
  133:3
**recommender (1)**
  132:22
**record (11)**
  5:14;104:6;118:19;
  137:18;148:18;163:2;
  167:22;178:8,15,17,20
**recounting (1)**
  76:11
**recruitment (1)**
  22:17
**redeems (1)**
  53:17
**redemption (2)**
  58:17;61:8
**redemptive (3)**
  59:21,22,25;60:6,10;
  62:17;64:3;96:11
**refer (5)**
  5:20,22;59:24;67:25;
  99:3
**reference (20)**
  56:5,9;69:15;90:14;
  116:11,12;123:3;
  131:22,22,24;132:3,7,
  9,13,17,18;136:11;
  140:9;141:15;164:10
**referenced (6)**
  44:18;127:18;128:4;
  154:25;161:20;170:1
**references (10)**
  51:19;52:4;86:19;
  116:9,10;127:14;
  131:20;136:8;152:19;
  161:23
**referencing (5)**
  27:16;86:5;89:12,16;
  126:13
**referred (2)**
  23:23;65:11
**referring (5)**
  52:5;57:21;105:8;
  119:9;165:12
**refers (1)**
  57:15
**reflective (1)**
  87:11
**refused (1)**
  49:17
**refuses (1)**
  49:7

**regard (1)**
  57:3
**regarding (1)**
  133:17
**regardless (6)**
  13:13,14;16:12;
  54:21;66:13;99:10
**region (1)**
  29:2
**regional (2)**
  28:25,25
**register (6)**
  93:11,14;95:24,25;
  137:13,14
**Registration (2)**
  174:4,5
**regular (1)**
  179:7
**regulations (1)**
  80:16
**reimburse (1)**
  156:8
**reimbursed (2)**
  125:10;165:14
**reimbursement (5)**
  105:11;106:11;
  125:11;173:22,24
**reimburses (1)**
  173:16
**rejected (1)**
  134:9
**relate (1)**
  14:12
**related (12)**
  8:7;10:23;24:1,2;
  36:4;62:13,15;69:16;
  73:16;76:5;114:2;
  145:22
**relatedly (1)**
  79:6
**relates (1)**
  62:25
**relating (1)**
  7:1
**relationship (21)**
  13:4,21;14:4,6,7,9,
  10,12;30:20;50:14,19;
  53:10;54:1;55:6;58:15,
  16;59:8,16;67:17,20;
  115:7
**relationships (5)**
  53:6;66:1;68:15;
  69:3;90:3
**relatively (1)**
  168:6
**relevant (3)**
  87:18;116:16;151:4
**religion (9)**
  12:19;18:16;26:15,
  17,17;68:8;156:19;
  160:6;161:9
**religious (30)**
  27:5;28:2,3;40:17;

71:2;94:2,4;99:12;
  104:22;130:19,20;
  131:4;136:7;141:16;
  156:20,23,25;157:18,
  24;159:1,20;161:10,11,
  14,17;162:3;166:9,18;
  168:18;169:3
**remained (1)**
  109:10
**remains (1)**
  97:9
**remember (11)**
  6:25;26:9;60:15,18;
  69:23;76:9;77:1;
  111:22;115:16;130:1;
  155:16
**remind (1)**
  9:18
**remotely (1)**
  105:18
**repeat (1)**
  52:12
**repercussions (1)**
  177:16
**rephrase (1)**
  52:20
**replaced (2)**
  129:17;131:3
**report (11)**
  10:6,10,13;12:8,11;
  20:11,14;21:9;66:19,
  24;67:15
**reported (3)**
  68:2,9;89:5
**reporter (17)**
  37:10;38:3;81:10;
  91:25;104:5;118:18;
  148:13;154:15;158:7;
  162:24;167:8;170:10;
  175:20;178:14,24;
  179:1,5
**reports (9)**
  10:8,9,14;36:11;
  66:22;67:7;68:6;72:19;
  75:5
**represent (7)**
  81:17,19;92:3;112:4;
  143:17;163:5;167:17
**representation (3)**
  30:17;92:11;108:18
**representative (3)**
  113:7;156:8;162:1
**representing (2)**
  5:10;7:11
**represents (1)**
  149:6
**reproduce (1)**
  178:20
**request (3)**
  42:23;43:3;173:24
**requested (2)**
  47:4;82:2
**require (3)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 63 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                    Univ. of Northwestern - St. Paul Designee - 1-30-24                    January 30, 2024

42:13;44:1;140:24
**required (27)**
13:15;31:1;32:24;
40:17,20;41:25;42:10;
43:13;44:20;64:19;
65:3,6;78:10;95:18;
98:14;114:25;124:19,
21;128:8;135:15;
141:12;145:24;150:12,
16,16,18;155:14
**requirement (16)**
41:9;44:9;62:12;
74:14;78:13;102:1;
114:20,23;128:16;
129:20;131:21;135:15;
139:5;145:21;155:21;
167:12
**requirements (20)**
41:1,17,19;48:11;
74:4;127:6;129:9,11;
136:22;141:19;142:8;
144:3,9,20,23;145:6,
13;157:4;170:6;177:19
**requires (1)**
96:16
**requiring (1)**
97:7
**residence (1)**
67:8
**resident (1)**
67:2
**residential (5)**
40:10,16;42:1;67:4;
125:16
**residents (1)**
111:18
**resources (1)**
91:14
**respect (8)**
10:25;43:11;45:12;
72:9;101:25;102:1;
133:10;159:17
**respond (2)**
78:11;169:6
**responding (1)**
139:9
**responds (1)**
140:2
**response (7)**
10:18;48:18;79:8;
82:11;133:9;138:16;
176:5
**responsibility (5)**
64:14;67:3;89:14;
91:1,2
**responsible (1)**
91:13
**restores (1)**
53:17
**resulted (1)**
62:2
**retention (1)**
71:12

**returned (1)**
152:4
**revealed (3)**
82:2;100:11,12
**revenue (2)**
175:7,7
**reversed (1)**
25:2
**review (15)**
38:7,14;92:7,17;
104:10;106:15;108:2;
133:13;139:20;148:20;
154:18,22;162:10;
170:17;174:2
**reviewed (10)**
48:23;69:18;74:7;
75:8;105:16;107:20;
165:4,5;169:23;170:1
**reviewing (5)**
107:25;108:1;
133:18;152:12;169:20
**reviews (4)**
133:11;135:22;
136:7;174:9
**right (23)**
25:9;36:21;39:24;
46:14;51:2;58:21;
67:11;75:7;86:7;97:9;
98:16;104:24;108:11;
120:14;122:12,24,25;
123:1;127:10,11;
137:15;144:17;165:22
**right-hand (2)**
38:16;96:14
**rights (2)**
99:11;104:22
**rigor (6)**
46:4,19;121:16,18,
20;141:5
**rigorous (1)**
157:10
**risk (1)**
113:9
**risking (2)**
112:21,24
**Robert (1)**
163:18
**robust (2)**
23:18;151:2
**role (9)**
20:9;21:7,9;22:19;
36:10;75:11;155:5;
172:18,24
**romanette (4)**
138:2;139:6;178:20,
21
**romantic (1)**
55:6
**roommate's (1)**
63:24
**rooms (1)**
173:6
**roughly (1)**

122:15
**rubric (7)**
133:20,21,22,23;
164:13,18,19
**rule (2)**
85:5;107:16
**rules (9)**
6:6;50:24;76:24;
80:16;90:24;151:16,
20,23;177:13
**run (2)**
12:8,11
**running (1)**
36:5

# S

**sacrifice (1)**
70:8
**safe (2)**
52:2,4
**safety (8)**
51:1,19,25;52:7,9,13,
15,15
**same (65)**
6:6;12:11;13:22;
24:4;39:17;45:12;
51:19;55:1;65:22;66:2,
13,16;68:14;70:23;
85:1,5;86:20;92:20;
93:6;103:10,10,12,15,
16,16,17;105:2;107:10,
11,11;109:19;112:18,
21;114:23;118:9;
119:21,23,24;120:4,12,
15,17,18,19,19,20,22,
24;121:1,10,12,19,21;
125:11;136:1;138:6;
140:12;153:13,13;
158:1;161:5,13;
166:19;169:5,7
**same-sex (7)**
13:4;53:6,10;67:16,
20;69:2;90:2
**SAT (3)**
110:8,14,15
**SAT/ACT-optional (1)**
135:20
**Savior (9)**
75:21;76:17;96:18,
25;99:13;127:20;
137:2;138:22;166:4
**Sayers (1)**
34:12
**saying (6)**
52:14;63:2;83:20;
84:25;98:13;117:16
**scale (1)**
132:20
**scenes (1)**
21:1
**schedule (4)**
46:6;77:11,12,12

**scholarship (1)**
174:24
**school (42)**
7:11;17:8;22:6;23:6;
30:13;34:17;39:6;40:5;
45:14;74:13;77:12;
96:1;98:15;99:20;
101:19;106:5;110:11;
112:10;114:13;116:4;
119:9,15;123:21,21;
124:5,18;125:6,9,12;
131:25;132:1;144:12,
20,21,23;145:5,13,17,
21;146:21,23;156:14
**schools (25)**
28:2,7,15,19;110:23,
24,24;111:4,5;123:23;
124:13,24;144:3,7;
146:14,16,18;147:2,3,
5,6,9,11,17;148:4
**school's (1)**
90:18
**Schultze (1)**
167:15
**science (1)**
177:4
**scope (17)**
11:6;25:15;26:4;
51:22;69:12;88:1,24;
98:20;106:8;113:2;
124:9;125:3;142:10;
147:14;149:20;175:10;
177:25
**score (2)**
114:24;135:15
**scripture (5)**
52:4;69:16,18;90:13,
14
**scrubbed (1)**
100:21
**seats (1)**
103:3
**second (16)**
6:12;26:15;35:15;
55:20;60:13,14;115:7,
13;126:6;145:21;
156:11;161:13;164:1;
165:25;167:14,17
**secondary (2)**
124:24;146:13
**secondly (1)**
99:14
**sect (1)**
27:15
**sectarian (7)**
9:9;25:25;93:22;
105:19;106:3;108:24;
152:5
**section (4)**
100:8;116:12;
132:22;158:20
**sections (2)**
103:2;120:5

**sector (1)**
28:5
**seek (3)**
24:7;64:19;132:12
**seeking (5)**
53:18;54:13;55:2,4;
64:24
**select (2)**
116:2,3
**selected (1)**
116:17
**self-reflection (1)**
33:17
**sell (1)**
110:16
**semester (9)**
39:21;40:7;122:21;
145:15,16,19;163:12;
171:2;174:6
**semesters (2)**
152:11;174:21
**seminaries (1)**
168:3
**senator (1)**
87:13
**send (2)**
105:17;174:9
**senior (9)**
21:6,11;34:24,25;
35:14,16;40:5;43:16;
119:16
**seniors (3)**
110:11,12;111:19
**sense (4)**
42:5;78:20;127:12;
131:24
**sent (2)**
44:17;174:13
**sentence (20)**
50:11,12,22;51:7,19;
53:2,16;54:11;55:1,21;
57:11;59:19;60:13;
90:10;100:9;104:21;
112:18;126:6;165:25;
167:22
**separate (8)**
14:24;24:25;46:1,1;
61:3;63:25;64:1;82:14
**separated (2)**
43:22;44:3
**series (2)**
133:7,8
**serious (1)**
141:20
**serve (2)**
6:1;67:1
**served (3)**
19:22;21:7,24
**serves (2)**
8:5;149:5
**service (6)**
23:24;65:11;95:3,7,
8,12

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 64 of 68
Melinda and Mark Loe, et al vs.                                    ATTORNEY OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                                                 Univ. of Northwestern - St. Paul Designee - 1-30-24        January 30, 2024

services (3)
24:7,14,16
serving (1)
95:9
sessions (1)
111:1
set (11)
36:12;37:25;90:19,
20;110:20;111:4;
156:23;157:18;159:19;
161:10;169:3
sets (2)
147:22,23
setting (6)
39:17;45:17,18,25;
129:10;141:6
set-up (1)
115:1
seven (1)
21:22
several (2)
57:5;174:8
sex (9)
11:11;13:22;17:18;
56:19;57:24;65:23;
66:2;68:4,14
sexes (1)
90:12
sexual (16)
13:13;14:9,12;53:3,
11,18,21;54:2,3,5;55:3,
5;72:3,20;89:6,23
shall (1)
69:10
shame (2)
61:10;62:21
share (1)
93:6
shared (7)
64:14;101:25;117:8;
118:2,5;149:23;151:7
SharePoint (1)
173:24
shares (1)
89:14
Sharp (1)
35:17
shed (1)
126:5
sheep (1)
70:8
Short (7)
42:6;62:8;131:16;
133:9;164:3;168:6;
176:18
showed (1)
134:21
showing (5)
37:12,16;38:5;
148:15;158:10
shows (2)
99:15,15
side (12)

18:18;26:10,11;37:1,
3;46:11;47:8;57:20;
62:11,16;81:6;117:7
Sierra (1)
23:9
sightline (1)
49:20
sign (21)
13:15;18:14;29:22,
25;30:5;31:12,14;49:1,
7,17;74:1;77:15;90:22;
97:8;98:10;99:6;
105:10;116:7;124:19;
127:8;178:24
signature (1)
78:4
signed (19)
17:3;48:22,23,24;
51:14,16;54:4,6;66:17;
75:25;77:4,14;80:14;
82:20;83:17;85:13;
93:24;94:13;134:22
significant (1)
175:7
signing (4)
78:17,17;90:23;
128:24
silk (1)
70:23
similar (3)
82:23;129:5;130:23
sin (8)
53:11,19,21;54:2,3,
5;55:3,5
sit (4)
102:12,21;103:14,14
situation (11)
18:2;57:22;62:23;
72:12,25;73:2;76:24;
77:13;81:4,7;152:6
situations (1)
18:21
skill (1)
167:25
skin (1)
70:10
skipping (1)
63:21
slipped (1)
108:4
small (4)
40:6;42:23;43:4;
96:14
smaller (1)
92:16
social (3)
110:1;139:21;140:1
society (1)
30:22
somebody (7)
57:19;67:13;80:12;
83:6;84:19;131:25;
132:4

someone (7)
11:2;52:17;65:2;
72:24;81:19;116:13;
132:15;138:15
Somerville (2)
175:17,18
sometimes (8)
6:23;36:5;46:5;66:7,
8;107:12;119:25;121:9
somewhere (3)
50:1;122:18;171:25
Sommers (9)
8:9,9,19;9:5,6;10:9;
25:24;35:14;71:19
S-o-m-m-e-r-s (1)
8:10
Sommerville (3)
35:18;37:6,7
son (2)
117:7,23
sophomores (1)
110:12
Sorenson (2)
148:22;149:12
sorry (23)
13:10,11,17;25:3;
31:8;35:20;52:11,12;
59:6;60:17;106:4;
114:17;119:10;123:8,
8;134:15;135:1;
140:16;145:15;165:23;
170:12;175:22;176:6
sort (4)
96:1;100:21;116:4;
140:5
sound (2)
6:10;14:21
sounds (4)
23:10;36:21;69:15;
136:20
source (4)
27:24;154:6;170:1;
175:7
South (2)
146:20,21
Southwest (1)
146:19
speak (13)
17:11;40:24;43:23;
48:8;63:6;86:10,16;
87:1;91:10;106:10;
132:5;165:5;172:11
speaking (8)
81:6;163:13;165:20;
167:14,25;168:1;
173:5;178:18
speaks (1)
105:4
specific (16)
9:14;16:15,19;26:16,
17;33:6;35:7;36:10;
44:15;56:9;57:21;
64:13;103:18;112:1;

123:2;132:6
Specifically (17)
7:18;36:3;43:25;
48:13;58:3;64:5,11;
73:5;74:23;79:15;80:1;
105:9;111:11;121:12;
135:23,25;156:17
specifics (2)
64:24;111:21
speculate (3)
149:21;157:9;161:1
speculation (9)
59:11;66:4;98:20;
113:2;164:16,25;
167:3;171:14;177:25
speech (1)
177:13
spell (1)
8:2
spelled (1)
8:10
spelling (1)
35:7
spiritual (32)
18:20,20;31:25;
40:21,23,25;41:3,17,
19;42:11;46:20,22;
57:20;94:25;95:10,11;
97:20;115:15;116:12;
131:1,4,22;132:3,5,6,8,
13,17;136:7,11;140:9;
141:14
spiritually (3)
19:17;57:20;97:1
spoke (8)
7:5,17,18,20;9:1,20;
25:24;134:14
spoken (2)
20:2;74:9
spread (2)
51:4,13
spring (3)
163:12;171:1;174:21
square (1)
114:3
St (7)
5:18;21:21;22:7,13;
23:4;28:23;146:23
staff (12)
29:25;30:5;35:23;
65:9,17;86:12;90:22;
91:2,14;142:6;144:12,
13
stages (1)
19:19
stance (1)
63:12
stand (1)
99:18
standard (12)
15:23;36:14;114:20;
127:24;129:10;138:4;
153:1;165:7;166:11;

169:16,18,22
standards (6)
36:12;139:25;140:4;
147:23,23;153:21
standing (3)
30:3;46:20;115:8
stands (1)
93:17
start (10)
20:7;71:17;114:14,
20;119:13,14;139:6,7;
153:5;156:12
started (6)
39:4,20;42:19;44:3,
12;45:22
starting (6)
55:13;166:1;167:22;
168:7,10,13
starts (2)
45:22;167:1
state (16)
5:13;23:4;43:17;
87:13;105:11;111:18;
126:21;147:19;173:13,
16;174:2,3,25;175:5,
24;176:9
stated (4)
80:11;81:21;82:10;
85:20
statement (19)
13:15;18:15;29:22;
43:12;44:1,5;59:24;
74:14;98:14;99:6;
100:2,19;105:21;
124:19;126:11;127:8;
149:18;154:24;177:18
statements (2)
74:4;90:7
stations (1)
111:9
Statistical (2)
15:17,20
status (1)
125:25
statute (1)
123:25
Statutes (1)
5:1
stay (4)
40:4;43:14,21;46:15
staying (1)
79:19
steer (1)
51:2
step (3)
76:6;77:22;82:20
steps (1)
79:17
sticking (1)
138:10
still (10)
18:16,18;22:7;54:4,
7;77:3;140:15;151:14;

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 65 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al              Univ. of Northwestern - St. Paul Designee 1-30-24                    January 30, 2024

165:19,20

**stole (1)**
63:24

**story (1)**
117:4,8

**straight (1)**
38:19

**strange (1)**
97:16

**streamlined (1)**
129:25

**strength (1)**
107:15

**strictly (3)**
46:10;62:10;174:20

**structure (3)**
34:2;121:4;124:12

**structured (1)**
121:9

**struggle (1)**
25:18

**struggles (2)**
24:2;58:17

**struggling (4)**
57:23,25;63:23;
74:18

**student (187)**
7:24;8:6,6;9:22,22;
10:14,15,23;12:18,19,
21,22,23;13:2,13,13,
20;14:16,23;16:12,18;
17:2,8,16;18:1,2,22;
19:5;22:17;23:19,20,
22;25:2,6;31:12;35:13;
39:21;41:16;42:19;
44:8;45:24;46:3,9,13,
16,17;48:9,13,14,25;
49:7,16,25;54:3;55:6,8,
10;57:23,25;61:20,22;
62:11,16,20,20,22;
63:2,10,14;64:15,23;
65:8,16;66:14,15;67:6,
6,16,19;71:3,4,15,21,
23;72:2;73:15;74:18,
20;75:14,23;76:4,7,8,
10,12,18,21;77:3,5,9,
14,16,19,23;78:14;
79:7,9,12,14,15,18;
80:5,14,17,25;82:1,5,
13;83:2,12,14,17;84:9,
13;87:4;89:4,13,17,24;
91:3;93:11,13;95:4,18,
24;96:6;97:15;98:7;
102:11;103:9,9;
113:17;115:19,22;
117:4,7;118:3;121:8;
124:6;125:10;126:23;
127:2;130:5;133:3;
134:8,14,21,23;135:3,
4,7,7;136:13,16;137:4,
7,12,13,16;138:23,24;
140:2,10;141:4,7;
144:10;145:11,18,20;

150:22,23;161:15;
174:5,6;177:11,13,14

**students (252)**
10:24;11:22;12:1,3,
4,9,11,15;13:24;14:1,
13;16:3,7;17:5,11,12,
22,23,24;18:5,11,14,
16;19:2,13,15,18,24;
20:1,3;22:5;23:13,25;
24:4,7;25:22;29:24;
30:23;31:6,8,19,20,22;
32:7,9,22;38:25;39:16,
18,22;40:1,3,9;41:2,10,
20,22;42:1,2,9,13,15,
24;43:3,4,13;44:2,5,16;
45:1,13,14,21;46:8;
47:3,7,10,11,17,23,25;
48:4,6;50:6,18;51:12,
14;52:9,14;54:15,19,
22;58:3,13;60:20;61:5,
16;64:5;66:19,22,24,
25;67:1,3;68:2,7,15;
70:11,13,17,25;71:6,9;
72:10,12,15;73:5,11,
24;74:2,3,15;78:11;
79:25;80:2,2;84:6;
85:2,6,7;89:13,19;
90:21;92:21,22;94:9,
11,21;95:1,13,16,17,
22;96:4,4,10,17;97:7,
11;98:5;100:10,19,20,
23,25;101:3,15,18,20,
22,24;102:2,8,21,23;
103:4,7,13,14,20,21;
105:2,9;110:10;111:1;
112:3,6,8,14,20;113:9,
25;114:5,21;115:2;
117:11,15,21;118:8;
120:8,9,11;121:24;
122:4,6,9,17,19;
123:22;124:18,25;
127:7,15;129:6,23;
130:23;132:12;140:13,
19,25;141:1,12;143:6,
12;144:25;147:17;
148:6;149:23;150:11,
16,19,20;152:15,24;
153:4;155:22;156:14,
18;157:14;160:3,5,15;
161:8;162:2;164:2,21;
171:12,18,23;172:5,8;
174:17,23,24,25;175:2,
3;176:1,12,13,24;
177:23

**students' (4)**
135:16;139:20;
173:10,11

**student's (14)**
16:22;49:10;61:4,4;
62:24;93:10;94:3;
125:16,21,25;130:12,
13;132:11;161:11

**studies (3)**

50:15,20;95:21

**study (3)**
95:14;117:21,25

**style (1)**
177:8

**subheadings (1)**
168:5

**subject (3)**
81:18;88:10;135:5

**subjects (1)**
156:21

**submission (1)**
133:15

**submit (11)**
105:15,23;114:22,
23,24;115:19;116:8;
155:4,15;173:23;174:6

**submits (2)**
78:19;174:10

**submitted (7)**
19:20;102:16;
106:15,18;155:2;
156:1;174:8

**Suffice (2)**
89:19;90:18

**sufficient (1)**
132:9

**suggested (1)**
65:16

**suggests (1)**
84:16

**suitable (1)**
17:13

**support (1)**
55:24

**supportive (1)**
63:17

**supposed (2)**
25:2;130:4

**Sure (34)**
5:15;19:6,14;24:11;
31:3;36:1,7;38:19;
41:6;48:19;64:14;76:3;
77:18,19;79:23;83:19;
86:22,23;93:20;95:6;
101:5;106:11;120:22;
124:12;129:4;137:21;
141:23;143:5;147:1;
153:20;160:1;163:18;
169:10;176:17

**surprisingly (1)**
168:6

**suspect (2)**
66:20,24

**suspected (1)**
66:22

**suspended (3)**
61:22;64:7;68:12

**suspension (2)**
61:23,24;62:6,8

**sustaining (1)**
100:12

**sworn (1)**

5:4

**syllabi (16)**
105:23;106:17;
107:25;108:2;109:9;
150:25;151:17,22;
152:1,10,13,18;153:9,
12;169:23;170:5

**syllabus (17)**
103:8,17;106:14;
107:3,8,13,19;120:15,
17,20;121:1;152:4;
162:13;163:13;165:4,
6,9

**system (2)**
132:25;133:6

---

## T

**tables (2)**
110:20;111:4

**talk (14)**
6:7;20:6;34:1;41:4;
52:1;64:9;82:22;97:24;
104:1;114:11;119:5;
132:18;142:21;165:10

**talked (18)**
8:20;9:6,22;36:14;
62:5,6;63:10,18;76:15,
20;94:24;96:15;118:3;
131:20;154:11;169:20;
176:20;177:19

**talking (10)**
14:11;24:24;39:14;
42:9;43:1;62:5;103:6;
131:19;137:20;154:3

**talks (4)**
56:10;113:15;
123:25;161:8

**Tami (3)**
20:24;21:17;75:5

**Tanya (2)**
172:22,22

**tapestry (1)**
117:24

**target (2)**
111:13,15

**targeting (2)**
110:7;112:2

**tattoos (3)**
70:9,11,13

**taught (15)**
93:8,23;94:1,7,8;
102:9;160:13,13,19;
162:9,14;165:19,20;
171:1;173:19

**teach (10)**
22:1,7;51:4;120:6,6,
22,23;156:20;158:21;
159:14

**teaching (1)**
168:2

**team (5)**
34:24;35:1;36:1;

71:11,14

**telling (1)**
159:13

**tells (1)**
67:6

**template (2)**
130:3;150:6

**ten (1)**
146:17

**tend (1)**
120:9

**tendency (1)**
6:17

**tenet (1)**
100:15

**tenth (1)**
119:10

**tenth-grader (1)**
119:13

**tenured (2)**
146:9,11

**term (17)**
10:19;14:4,20;27:3;
56:15;57:5,17,18;
61:10;64:21;83:12;
86:17;97:14,23;
111:13;123:10,20

**terminal (1)**
149:13

**terminology (2)**
14:22;86:2

**terms (7)**
29:11;61:16;97:22;
121:16,17;123:13;
173:3

**test (2)**
114:24;135:15

**testified (4)**
5:5;81:20;114:4;
161:4

**testify (5)**
5:16;37:20,22;57:9;
113:8

**testimony (2)**
117:13;162:1

**test-optional (2)**
114:25;135:19

**tests (1)**
135:16

**Textbooks (5)**
107:10;153:15;
169:10,11;173:12

**texts (2)**
154:6;170:2

**theological (2)**
95:21;156:21

**therapy (6)**
24:10,19,22;25:1,8,
12

**thinking (1)**
86:11

**Third (4)**
6:16;26:18;104:20;

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 66 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al

ANITA CLINE-COLE - NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

January 30, 2024

156:12

**thorough (2)**
151:25;162:10

**thoroughly (1)**
93:19

**though (17)**
12:21;25:9;54:20;
56:6;74:3;75:25;80:20;
86:6;87:13;93:23,25;
100:24;102:23;105:8,
9;134:22;141:14

**thought (2)**
86:10,16

**thoughts (1)**
63:24

**three (6)**
11:25;26:12;39:22;
41:23;116:2;157:4

**thrived (1)**
17:5

**throughout (3)**
82:4,12;83:14

**timeline (1)**
19:12

**times (3)**
65:18;79:11;97:21

**TIMMERMAN (101)**
5:7,9;9:24;11:8;
13:9;15:18;16:9;17:6;
25:20;26:19,25;37:11;
38:4,13;42:3,7;52:8;
53:15,25;54:25;56:13;
58:10;59:7,14;66:6;
69:17;70:24;78:25;
79:4;81:11;84:2,24;
85:23;88:8,15,20,23;
89:3;90:17;92:1,14;
98:23;100:6;104:8,9;
105:22;106:16;108:9,
15;113:6,14;118:14,
21;123:9;124:15;
125:8;131:9,13,17;
137:21,22;138:1,20;
142:15;147:21;148:14,
19;150:1;154:16;
157:16,22;158:8,9;
159:6,25;161:3,19;
162:6,21,25;163:4,17;
164:20;165:3;166:16,
23;167:9;169:1,9;
170:14,16;171:7,17;
175:11,23;176:11,15,
19;178:2,5,16

**tiny (1)**
38:17

**Title (4)**
91:5,10,13,17

**today (18)**
5:12,16,21;6:6,16,
18;7:2,10,15;9:3;
37:20;75:8;96:16;
97:21;113:8;154:11;
177:7,19

**together (2)**
52:24;154:12

**told (3)**
18:3;76:12;153:9

**tomorrow (1)**
114:17

**took (6)**
44:7;77:3;145:12,23;
163:23;164:21

**top (1)**
156:12

**topic (2)**
82:3;115:24

**topics (5)**
37:19,23;116:16;
131:4;132:16

**total (3)**
40:9;78:20;135:17

**touched (1)**
60:12

**track (5)**
44:23;47:8;49:14,23;
50:3

**tracks (1)**
127:5

**tradition (3)**
27:12,14,14

**traditional (38)**
18:18;20:18;39:17;
41:20,22;47:18,24;
79:25;80:2;81:6;85:2;
89:12,17;92:22;93:7;
94:21;95:12,17,18;
100:19;101:15,18,23;
102:2;103:6,9,13;
112:10;116:22;120:4;
127:2;129:5,6;140:13,
19,25;143:4,11

**train (1)**
26:14

**trained (1)**
96:10;144:7

**training (1)**
30:13

**transcript (3)**
114:22;122:20;179:2

**transcripts (1)**
135:17

**transgender (10)**
14:17,18;17:7;18:5;
55:24;56:22;58:6;59:2;
88:17;140:10

**transition (4)**
22:5;47:4;48:1,10

**treated (1)**
10:24

**treats (1)**
90:2

**Treder (3)**
20:24;21:17;75:6

**trick (2)**
6:16;38:8

**true (7)**

63:14;70:3;82:24;
95:16,17;115:9;137:7

**trust (2)**
58:15;59:20

**trustees (5)**
28:4;29:23;34:6,10;
99:3

**trusting (1)**
60:7

**truth (5)**
93:1;94:10;100:10,
11;102:4

**try (6)**
6:7,9,20;68:20,21;
119:24

**trying (18)**
6:16;26:8;29:18;
34:13;36:19;38:8;
43:18,19,24;49:10;
58:19;72:11;110:6;
114:3;133:1;134:13,
15;176:4

**Tuesday (1)**
111:3

**tuition (2)**
173:14;175:2

**tuition-paying (1)**
41:22

**turn (15)**
10:9;53:3;55:20;
60:11;96:13;104:19,
20;112:4;114:11;
126:3;164:1,8,9;
167:10,21

**Turning (2)**
100:7;112:17

**twelfth (1)**
119:11

**Twelve (1)**
170:15

**twice (2)**
7:16;93:20

**twice-a-week (1)**
117:25

**Twin (2)**
28:24;29:8

**Two (23)**
20:17;22:18;40:7;
43:3,23,23;63:8;
75:16,16;90:12;99:9,
11,16;115:11,12,17;
116:3,10;117:14;
139:4;145:12,18;
160:12

**type (8)**
62:9,15;63:1;64:17;
70:16;72:17;78:18;
101:14

**types (1)**
62:7

**typically (1)**
121:24

---

**U**

**ultimate (1)**
93:1

**Ultimately (4)**
61:19;80:22,22;
142:3

**umbrella (4)**
56:17;57:22;58:2;
98:3

**unable (1)**
48:10

**uncomfortable (1)**
15:10

**under (8)**
53:7,11;95:20;100:8;
104:19;107:7;147:25;
172:7

**undergrad (2)**
92:22;171:20

**undergraduate (17)**
45:13;66:14;85:2,6;
94:21;100:16,25;
101:3;102:2;103:7;
116:23;140:13;143:11;
145:1;146:2,4;171:2

**underscore (1)**
33:8

**understands (2)**
76:4;77:19

**understood (1)**
77:5

**unenrolled (5)**
71:1,6,21;72:2,16

**unenrollment (1)**
71:16

**unfair (1)**
16:6

**Unfortunately (4)**
82:10;84:18;87:23;
126:15

**unhappy (1)**
84:9

**unified (2)**
85:14;128:9

**union (1)**
149:7

**unionized (1)**
149:9

**unit (1)**
36:2

**universal (1)**
15:23

**universe (1)**
93:2

**universities (4)**
28:24;110:25;
147:20;168:3

**University (11)**
5:17;21:22;28:23;
33:10;50:8,24;57:10;
62:8;71:18;97:22;

173:1

**unless (4)**
79:12;87:23;176:12;
178:12

**unnecessary (1)**
142:8

**unwavering (2)**
99:9,17

**up (12)**
17:14;76:7;77:22;
78:15;79:5;89:15;
108:17;110:20;111:4;
113:24;114:5;133:25

**upcoming (1)**
152:11

**update (1)**
33:14

**updated (1)**
143:18

**upheld (1)**
98:13

**upon (9)**
85:13;156:19,22;
157:18;159:19;161:9;
164:22;165:1;169:2

**upper (1)**
103:4

**URL (1)**
170:25

**use (13)**
10:19;14:18,21;
29:11;32:4;38:18;
64:20;86:2,17;108:23;
109:19;128:22;152:10

**used (8)**
34:25;52:22;57:18;
83:12;86:9;110:1;
129:18;175:14

**uses (1)**
109:8

**using (3)**
11:1;84:17;121:1

**usually (12)**
36:21;40:6;45:22;
77:22;79:17;103:3;
111:2;117:21;131:25;
132:1;137:10;174:8

---

**V**

**vague (14)**
13:7;53:22;54:16;
56:12;84:22;88:12,19;
90:4;93:3;113:11;
157:19;158:1;159:21;
166:14

**vagueness (1)**
138:18

**values (1)**
97:24

**variation (2)**
120:21;121:14

**varies (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 67 of 68

Melinda and Mark Loe, et al vs.                    ANITA CLINE-COLE NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Willie Jett, et al                         Univ. of Northwestern - St. Paul Designee 1-30-24                    January 30, 2024

19:8
**variety (1)**
142:25
**various (5)**
18:15;19:18;29:3;
35:4;111:4
**veer (1)**
146:3
**venue (2)**
12:1;127:1
**venues (1)**
11:25;43:23;120:12;
121:2
**verify (2)**
126:3;127:13
**version (13)**
15:21,21;27:23;78:7,
14,15,18;107:17;
129:16;151:2,6,7;
155:19
**versions (2)**
129:14;155:20
**versus (7)**
12:19;45:17;65:19;
121:14;142:24;177:6,
10
**vet (1)**
169:10
**vetted (1)**
93:14
**vetting (1)**
169:21
**via (2)**
7:16;154:6
**vice (8)**
6:1;10:14;20:12;
21:10;35:5,10,12,16
**video (14)**
115:19;116:16;
121:7;128:5;129:17,
22;131:2,6;135:22,24;
136:5,21;140:14,18
**view (4)**
27:21;56:22;86:24;
105:5;159:2;168:18
**viewed (1)**
101:9
**viewpoint (7)**
153:25;154:7;157:1,
25;161:15;166:9,18
**views (1)**
94:4
**violate (4)**
60:24;63:14,20;
64:17
**violated (2)**
63:2;65:3
**violating (6)**
61:17,21;64:7;66:12,
20;67:13
**violation (8)**
61:6;62:2,2;63:19,
22,23;66:22,24

**virtual (1)**
45:18
**virtue (1)**
167:25
**vocation (2)**
26:15;156:20
**voice (1)**
175:20
**voluntarily (5)**
71:1;72:2,16;76:21;
77:9
**voluntary (3)**
45:3;65:12;71:16
**VPs (1)**
35:4

## W

**wait (1)**
122:20
**wake (1)**
17:14
**walk (7)**
53:17;54:12;55:2,7,
9;60:1,3
**walking (2)**
60:6;61:11
**wants (4)**
95:24;105:1;112:20;
114:13
**warning (1)**
63:1
**wavering (1)**
23:14
**way (16)**
6:21;23:22;37:14;
44:18;50:3;67:5;83:3;
84:8;94:17;95:9;
111:17;118:25;119:23;
135:16;175:3;177:21
**ways (1)**
128:9
**weakness (1)**
68:20
**weaknesses (1)**
60:8
**wear (2)**
70:17,23
**wearing (1)**
70:15
**webpage (1)**
126:9
**website (7)**
24:17;35:8;92:4;
126:8,23;127:4;143:1
**wedlock (1)**
72:13
**Wednesday (1)**
111:3
**week (3)**
109:22;121:10,13
**welcome (1)**
23:20

**welcomed (1)**
87:5
**welcoming (1)**
16:11
**weren't (2)**
150:5,8
**what's (11)**
14:3;37:16;38:5;
50:4;51:17;56:3;68:21;
79:20;97:12;148:15;
165:1
**Whereupon (1)**
5:1
**whole (2)**
50:25;115:21
**whose (1)**
50:6
**Wilder (7)**
7:24,25;8:3;9:16,20;
10:10;63:11
**W-i-l-d-e-r (1)**
8:3
**Wilder's (1)**
8:4
**willing (1)**
76:13
**willingly (2)**
31:23;80:12
**wisdom (1)**
90:16
**within (10)**
19:9;52:2,15;72:23;
74:10;80:3;106:2;
124:1;142:1;143:10
**without (4)**
44:8;48:15;112:21;
113:18
**WITNESS (51)**
9:21;16:6;17:2;
25:17;26:6;51:24;
53:24;54:18;58:9;59:6;
66:5;69:14;70:22;
84:23;88:5,13,25;90:6;
93:5;99:25;105:6;
106:10;108:9,11,14;
113:4,13;123:8;
124:11;125:5;142:12;
147:16;149:23;157:10,
21;158:4;159:5,23;
161:6;164:18;165:1;
166:20;167:4;168:24;
169:6;170:25;171:16;
175:22;176:4,7;178:1
**witnesses (3)**
94:10;96:10;97:2
**woman (2)**
31:16;54:6
**wondering (1)**
23:10
**Woodbury (1)**
146:22
**word (13)**
14:18;51:20;52:21;

69:5;84:3,4,17;86:8;
97:12;100:11;114:7;
129:2;161:20
**words (4)**
38:17;86:18;87:10;
133:11
**work (15)**
21:14,20;23:25;24:3;
29:5;47:7;67:3;71:9,
13;77:11;93:10;
100:12;128:10;173:21,
22
**worked (1)**
144:7
**working (1)**
46:6
**works (7)**
9:12;24:11;71:12;
80:4;106:2,11;173:1
**world (4)**
30:17;97:2;100:13;
159:13
**worldview (13)**
93:8;94:1,8;101:10;
102:10;149:18,25;
158:22;159:14;160:14,
19;166:21,21
**worship (1)**
28:2
**wrestling (2)**
19:14;117:13
**write (4)**
90:25;115:11;
116:15;128:8
**writing (3)**
12:24;22:5,6
**written (22)**
14:3;32:12,17;51:17;
53:8;56:3;63:1;68:21;
79:20;82:24;91:3;
108:22;124:16;128:6,
8;133:10,17,19;
139:25;140:4;151:16,
23
**wrong (2)**
69:3;83:22
**wrote (3)**
134:23;167:23,24

## X

**xviii (1)**
178:21

## Y

**year (14)**
21:8;39:6;44:15;
93:20;104:15;109:22;
112:6;119:12,15;
121:25;145:13,17,21;
156:15
**yearly (1)**

12:8
**years (9)**
21:22;22:18;33:5;
34:15;40:5;51:3;
119:17;145:12,18
**yep (4)**
56:17;129:8;137:7;
167:16
**yes/no (1)**
132:21

## Z

**Zoom (1)**
7:16

## 1

**1 (7)**
37:8,16;120:13;
126:4;156:17;165:22;
178:21
**1,300 (2)**
12:3;122:9
**1:03 (1)**
79:3
**10 (4)**
112:15;122:21;
162:21,22
**10:59 (1)**
42:6
**100-plus (1)**
103:19
**1055 (1)**
170:11
**1058 (1)**
170:12
**11 (4)**
167:6;170:12;
178:15,19
**11:12 (1)**
42:6
**12 (3)**
170:8,13,14
**12:08 (1)**
79:3
**123 (1)**
104:7
**124 (1)**
104:8
**13 (1)**
34:9
**1569 (1)**
154:17
**16 (1)**
119:17
**16-year-old (1)**
31:15
**17 (1)**
40:5
**175 (1)**
122:7
**19 (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-13   Filed 09/04/24   Page 68 of 68

Melinda and Mark Loe, et al vs.
Willie Jett, et al

UNIV. OF NORTHWESTERN DESIGNEE - ANITA CLINE-COLE
Univ. of Northwestern - St. Paul Designee - 1-30-24

January 30, 2024

119:17
**1902 (4)**
  30:11;32:14,16,19

### 2

**2 (7)**
  38:1,5;90:10;112:5;
  137:16;156:22;178:21
**2.0 (1)**
  46:16
**2:24 (1)**
  131:16
**2:36 (1)**
  131:16
**2008 (2)**
  155:18,24
**2012 (5)**
  39:5,6,9;44:4;45:6
**2016 (3)**
  171:1,2;172:15
**2021 (1)**
  163:13
**2022 (2)**
  20:10;34:5
**2022-2023 (1)**
  156:15
**2022-23 (1)**
  112:6
**2078 (1)**
  163:3
**2085 (1)**
  163:3
**215 (1)**
  5:2
**250 (2)**
  122:3;133:10
**250-ish (1)**
  122:16
**2750 (1)**
  118:20
**2a (2)**
  127:14;138:2

### 3

**3 (6)**
  55:15,20;81:8,12;
  83:4;156:24
**3.0 (1)**
  46:18
**3:52 (1)**
  176:18
**30 (1)**
  95:19
**325 (1)**
  112:5
**35 (1)**
  27:2

### 4

**4 (4)**

91:23;92:2;96:14;
  100:7
**4:03 (1)**
  176:18
**4:07 (1)**
  179:8
**40-mile (1)**
  124:1
**40s (1)**
  31:16
**470 (1)**
  169:15
**486.10 (1)**
  5:1

### 5

**5 (5)**
  15:21;104:2,3;
  112:17;169:15
**524 (1)**
  158:8
**58 (1)**
  168:10

### 6

**6 (5)**
  100:7;118:14,16;
  126:3;137:23

### 7

**7 (3)**
  148:11,15;168:7
**761 (1)**
  148:17

### 8

**8 (5)**
  96:14;100:8;154:13,
  17;161:21

### 9

**9 (3)**
  158:5,10;164:2
**90s (1)**
  44:15
**93 (1)**
  168:13
**98.5 (4)**
  110:5,6;111:10,12
**99.9 (1)**
  121:5