| | |
|---|---|
| **From**: | Johnson, Greg L [gljohnson@unwsp.edu] |
| **Sent**: | 3/6/2023 1:31:55 PM |
| **To**: | Peggy Bennett [rep.peggy.bennett@house.mn.gov] |
| **Subject**: | UNW PSOC Application |
| **Attachments**: | 2928_001.pdf |

Peggy,

To your question about the faith statement as part of the admissions process at Northwestern:

1. Specific to PSEO, members of the public will not find faith-specific language on Northwestern's website when looking at the application process. Certainly there is Christ-centered and faith language on the website, but it is carefully kept off the PSEO page. UNW's online PSEO population is not required to submit a faith statement as part of their admission process.

2. For postsecondary on campus, which DOES require a faith statement, the website says the following as part of the application process: "The on-campus PSEO program is very competitive with limited availability. You will be asked to submit an unedited video essay and two recommendations as a part of the application process."
   a. Once a prospective student gets into the actual application portal, there are several questions that specifically pertain to faith (see attached for example):
   i. Have you entrusted yourself to Jesus Christ as your Lord and Savior?
   ii. Northwestern believes that the Bible alone is the final authority and standard in all matters of faith and personal conduct. Do you agree?
   iii. In 250 words or less, please write a unified, coherent essay about the ways in which you have seen Jesus Christ work in and through your life. How do you hope Northwestern and its community will impact your spiritual growth and development?
   iv. I have read the Declaration of Christian Community. If I am accepted and subsequently enroll as a student, I will gladly adhere to its spirit and standards and seek to be a positive, active member of the Northwestern community.
   v. Do you currently have any information about yourself posted in any public domain (websites, blogs, social media, etc.) that would contradict anything in the Declaration of Christian Community or anything you are including in this application?

Please let me know if you have any other questions or need further clarity.

Greg



**Greg Johnson, Ph.D. '05, M'09**
Vice President for Strategy & Chief of Staff
651-631-5377
gljohnson@unwsp.edu   |   www.unwsp.edu

*Equipping Christ-centered learners and leaders
to invest in others and impact the world.*

- Home
- Pick Your Major
- Personal Background
- Relationship Information
- School Information
- Activities and Distinctions
- Additional Information
- References
- Signature
- Review

# Additional Information

Minnesota residents: have you lived here for 12 or more months?
- ◉ Yes
- ○ No

If less than 12 months, when did you move to Minnesota?

Have you ever been convicted of a felony?
- ○ Yes
- ◉ No

Have you ever been found responsible for a disciplinary violation at any educational institution you have attended from the 9th grade (or the international equivalent) forward, whether related to academic misconduct or behavioral misconduct that resulted in a disciplinary action? These actions could include, but are not limited to: probation, suspension, removal, dismissal, or expulsion from the institution.
- ○ Yes
- ◉ No

**Religious Affiliation**

What is the name of the church you attend?

Church City/State

Have you entrusted yourself to Jesus Christ as your Lord and Savior?
- ◉ Yes
- ○ No
- ○ I'm not sure

Northwestern believes that the Bible alone is the final authority and standard in all matters of faith and personal conduct. Do you agree?
- ◉ Yes
- ○ No
- ○ I'm not sure

In 250 words or more please write a unified, coherent essay about the ways in which you have seen Jesus Christ work in and through your life. How do you hope Northwestern and its community will impact your spiritual growth and development?

> I like Jesus

247 words remaining

I have read the Declaration of Christian Community. If I am accepted and subsequently enroll as a student, I will gladly adhere to its spirit and standards and will seek to be a positive, active member of the University of Northwestern community.
- ◉ Yes
- ○ No

Do you currently have any information about yourself posted in any public domain (websites, blogs, social media, etc.) that would contradict anything in the Declaration of Christian Community or anything you are including in this application?
- ○ Yes
- ◉ No

How did you hear about us?

[ CONTINUE ]