| | |
|---|---|
| From: | Johnson, Greg L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AE9EEF3C2234047AE0950130BD5644E-GLJOHNSON] |
| Sent: | 3/10/2023 5:23:38 AM |
| To: | Sen. Jim Abeler [sen.jim.abeler@senate.mn] |
| Subject: | Beatrice |

Jim,

I watched Beatrice's testimony again this morning. While she embellishes a few things, I can't refute that what she stated didn't or wouldn't have happened.

1.      If students are applying to our on-campus PSEO program (not the online-only platform), that process includes are several questions that specifically pertain to faith:
a.      Have you entrusted yourself to Jesus Christ as your Lord and Savior?
b.      Northwestern believes that the Bible alone is the final authority and standard in all matters of faith and personal conduct. Do you agree?
c.      In 250 words or less, please write a unified, coherent essay about the ways in which you have seen Jesus Christ work in and through your life. How do you hope Northwestern and its community will impact your spiritual growth and development?
d.      I have read the [Declaration of Christian Community](#). If I am accepted and subsequently enroll as a student, I will gladly adhere to its spirit and standards and seek to be a positive, active member of the Northwestern community.
e.      Do you currently have any information about yourself posted in any public domain (websites, blogs, social media, etc.) that would contradict anything in the Declaration of Christian Community or anything you are including in this application?

2.      She said that if she would have been kicked out of Northwestern because of her identity if she revealed that she was a lesbian. While the process not that cut and dry, her testimony is not that far off. If she got on campus as a student and her chosen lifestyle was revealed, we likely would have requested a meeting with her, approached the topic, and if she was persistent on living out this lifestyle throughout her student experience, would have asked her to leave. This is the same approach that is taken with our current, traditional undergraduate students.

Again, these are for the on-campus programs only.

Thanks again for your help this session. I appreciate it.

Greg



**Greg Johnson, Ph.D. '05, M'09**
Vice President for Strategy & Chief of Staff
651-631-5377
[gljohnson@unwsp.edu](mailto:gljohnson@unwsp.edu)   |   [www.unwsp.edu](http://www.unwsp.edu)

*Equipping Christ-centered learners and leaders
to invest in others and impact the world.*