| | |
|---|---|
| From: | Andrew Denton [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59088A4993D540BB80177B2A9F586550-DENTONA] |
| Sent: | 6/6/2023 12:56:47 PM |
| To: | Pfeifer, Gene [gpfeifer@blc.edu] |
| CC: | Hoornbeek, Corbin M [cmhoornbeek@unwsp.edu] |
| Subject: | RE: PELSB and PSEO follow up |
| Attachments: | Crown Community Covenant 6.5.23.png |

Hi Gene,

I hope you are having a wonderful summer. Thank you for the update on PELSB. Attached is our Crown Community Covenant. In addition, below are three questions we ask our applicants for our on-campus enrollment. We require our students to have made a commitment to Jesus for admission. Let me know if you have any further questions.

1. Please tell us how you committed your life to Jesus.
2. Please share with us how your faith affects your daily life. List any experiences or influences that impact your spiritual development.
3. Crown College is a distinctly and intentionally Christian environment. Students are required to attend weekly chapels, serve others and the community, complete Christian Studies courses, and to conduct themselves in a Christ-like manner (see below). With that in mind, please describe why you are interested in attending Crown College and how this environment fits with your character.

Blessings,



Dr. Andrew C. Denton
President
Phone: 952-446-4112
www.crown.edu

---

**From:** Pfeifer, Gene <gpfeifer@blc.edu>
**Sent:** Monday, June 5, 2023 11:58 AM
**To:** Andrew Denton <dentona@crown.edu>; Hoornbeek, Corbin M <cmhoornbeek@unwsp.edu>
**Subject:** PELSB and PSEO follow up

Greetings Andrew and Corbin,

I hope this note finds you both well! Perhaps you've both gotten in a little bit of respite already this summer, or hopefully it will be coming soon. For me, I'll be getting away for a long weekend out in Washington state beginning later this week to do some outdoor work on a property my wife and I own. The fresh air will be good and I'm sure I'll feel pretty achy by the time I leave!

In this email I've got a promised update for you on Bethany's approach to PELSB, and then I'm also requesting a little more info from the both of you in response to the PSEO challenge.

**Regarding PELSB ... attached please find the approach to PELSB that Bethany is currently taking. My Board of Regents approved the working plan at their May meeting.**

In the attached document you'll see that we're basically saying we're going to try to remain in PELSB for as long as possible without compromising our Christian worldview and Scriptural teachings on sex and gender. What my education department is hoping for is that by continuing to do what we're already doing ... teaching about bias, prejudice, etc and in choosing materials, but not condoning LGBTQ, they will allow our program to exist. That's what we're hoping for based on what the law judge stated and what was stated in a Star Tribune article by a person from PELSB. We can teach our students to treat all people with respect and dignity.

Let me know if you have questions or advice on what I've written in the attached document.

Regarding PSEO, I see that your colleges have filed a suit and that you've both made the news. Congratulations! I'm very hopeful your challenge will be successful.

At this time I don't feel Bethany is a part of your suit because I sense the statement we have students sign is a little different from what you have your students sign. I had a couple of my board members, however, ask me specifically how Bethany's statement for students is different than yours. So that I can lay it out for them, **would you mind sharing with me the statements you have your students sign? For your review, Bethany's statement for students is attached.** As you can see, at Bethany we take a Great Commission approach to enrollment. That means we have what I call a "messy" ministry, but it is one that enables us to share the Gospel message of Jesus Christ with all of our students, and requires all students to be respectful of what we teach. It works, and the work of the Holy Spirit is powerful and has led students at Bethany each year to be baptized over the course of their time on our campus.

So, again, to help some of my Board members out with their question, might you be able to share with me the statement you have students sign to enroll in your colleges.

Again, please feel welcome to share feedback or to offer input.

Continued blessings to both of you!

Gene


**Gene R. Pfeifer, Ph.D.**
President

Bethany Lutheran College
700 Luther Drive
Mankato, MN 56001
Office: 507.344.7317  | Toll Free: 800.944.3066
Gene.Pfeifer@blc.edu  | www.blc.edu

LOE00002499