Crown College Community Covenant

Crown College is a Christ-centered community which emphasizes spiritual transformation, academic excellence, and global engagement. We affirm our desire to love the Lord with all our heart, soul, mind and strength and our neighbor as ourselves (Mark 12:29-31). We agree together to the following standards that reinforce and support our love of God and each other.

**We commit to the Word of God as our authority.** The Bible is without error in what it teaches and is our ultimate authority for what to believe and how to behave (2 Timothy 3:16).

**We commit to the Lordship of Christ.** As Christ's followers we are called to live in humble submission to Him (Colossians 2:6, Luke 6:46). Jesus desires a personal relationship with every individual and invites us to enter into new life through the power of the Holy Spirit (Ephesians 5:18). In submission to Christ's authority, we commit ourselves to His Church, to prayer, worship, Bible study, fasting, discipleship, witnessing, and using our time, gifts and finances for His glory.

**We commit to live out Christian character toward one another.** We believe God calls us to develop spiritually, physically, intellectually, emotionally and socially (Luke 2:52).

The Bible calls us to love, joy, peace, patience, kindness, goodness, faithfulness, gentleness, and self-control (Galatians 5:22-23). We are to be people who forgive, who demonstrate humility, hospitality, integrity, generosity, who care for the oppressed, who are committed to justice and the recognition of the rights and needs of others. This occurs when we submit to the indwelling power of the Holy Spirit.

Living out Christ's character also requires us to say no to our sinful nature. We are to put away behaviors such as abusive anger, malice, jealousy, lust, sexually immoral behavior (E.g., all sexual relations outside the bounds of marriage between a man and a woman), impure desires, prejudice (based on race, gender, or socioeconomic status), greed, idolatry, slander, profanity, lying, drunkenness, stealing and dishonesty (1 Corinthians 6:9-11; Galatians 5:19-21). We need the transforming power of Christ for change to take place in these areas (Romans 12:1-2).

**We commit to this Community Covenant and the expectations outlined in the Student and Employee handbooks.** This is binding for all who choose to become part of the Crown College Community including the Board of Trustees, employees of Crown College, ministry students in the School of Online Studies & Graduate School, and students in the School of Arts and Sciences.

We will hold each other accountable to these commitments (Galatians 6:1, Matthew 18). For those who disregard these commitments, appropriate action will be taken to reconcile, discipline, or even dismiss from Crown College. We will strive to have all disciplinary procedures characterized by Christian love. This Community Covenant is subject to change only by action of the Board of Trustees.

Personal Commitment
I commit myself to full compliance with the Crown College Community Covenant, the Crown College Catalog, and the Crown College Student Handbook while enrolled at Crown College, including holidays and summer breaks. I agree that my conduct will be in keeping with the regulations and policies written in these documents. I agree that this application is accurate and complete to the best of my knowledge. I understand that withholding information requested in the application or giving false information may render me ineligible for admission to Crown College and may lead to dismissal from the College if I am an enrolled student.

By clicking yes, I acknowledge I have read the Crown College Community Covenant and commit myself to full compliance while enrolled at Crown College.
○ Yes
● No

The Community Covenant is an integral part of the student experience at Crown College. In the space below, please describe any areas of concern you personally have with upholding these standards.

Have no concerns