

MEMO:

**To:** Representative Jim Nash, Representative Harry Niska, Senator Julia Coleman
**From:** Crown College President Andrew C. Denton and Vice President of Academic Affairs, Dr. Chris Mathews
**Regarding:** House File 1269, specifically PSEO Eligible Institutions (lines 19.01 – 19.17)

### H.F. 1269 and S.F. 1311 Details:
**H.F. 1269 Description:** Prekindergarten through grade 12 provisions modified, including general education accountability and transparency, education excellence, American Indian education, charter schools, discipline, teachers, special education, and early learning; and reports required.
**H.F. 1269 Status:** Laid over in Education Policy
**H.F. 1269:** Authors: Representative Pryor
**H.F. 1269 Senate Companion:** SF 1311
**S.F. 1311:** Authors: Senators Cwodzinski; Kunesh; Gustafson; Westlin; Boldon
**S.F. 1311 Status:** Referred to Education Policy – Senate Hearing 2/15/23


### H.F. 1269 Impact on Crown College and Future PSEO Students
- Crown College classroom and student culture are heavily based on scripture and an agreement to our biblical/scriptural standards. If H.F. 1269 is adopted with the current PSEO language, Crown will have to make decisions on continuing our On-Campus PSEO program.
- Many PSEO students desire to attend a college like Crown College. If the existence of the PSEO program is called into question, their right to attend a Christian College for PSEO is also called into question.
- Crown College exercises its constitutional religious rights to educate based on biblical principles and wants to provide PSEO education to students who desire the same thing without risking the culture.

- With H.F. 1269 enacted, it is entirely possible a more local student could apply and get accepted to get their PSEO education at Crown without fully realizing the culture in which they are taking PSEO classes. This would not provide that particular student, other students in the class, and possibly the faculty with an optimal learning classroom environment.

### Crown College PSEO Program Overview
- Crown College provides PSEO options both on-campus and online
    - On-campus includes both residential and commuter options
- Application Process for On-Campus students:
    - Step One: Complete and submit the Crown College PSEO Application for Admission, which includes the Community Covenant and Spiritual Life Essay
    - Step Two: Submit official transcripts from high school
    - Step Three: Parents complete and sign the registration form
    - Step Four: Complete additional forms at school with their high school counselor
- Crown College admits 70 on-campus students each year

### Why Students Choose Crown College for PSEO
- Jump-start their future at Crown College
- Crown provides a quality and convenient way for academically advanced high school students to meet their high school requirements and get a head start on college through a Christ-centered community.
- Residential Crown College students can fully participate in student life.
- Courses are specifically selected to ease PSEO students into the college experience while meeting all of the state PSEO requirements.
- Crown College focuses heavily on faculty/staff mentorship and provides PSEO students with a unique and enriched experience.

### H.F. 1269 PSEO-Specific Language

LOE00000105

19.1 Sec. 16. Minnesota Statutes 2022, section 124D.09, subdivision 3, is amended to read:
19.2 Subd. 3. **Definitions.** For purposes of this section, the following terms have the meanings
19.3 given to them.
19.4 (a) "Eligible institution" means a Minnesota public postsecondary institution, a private,
19.5 nonprofit two-year trade and technical school granting associate degrees, an opportunities
19.6 industrialization center accredited by an accreditor recognized by the United States
19.7 Department of Education, or a private, residential, two-year or four-year, liberal arts,
19.8 degree-granting college or university located in Minnesota. An eligible institution must not
19.9 require a faith statement during the application process or base any part of the admission
19.10 decision on a student's race, creed, ethnicity, disability, gender, or sexual orientation or
19.11 religious beliefs or affiliations.
19.12 (b) "Course" means a course or program.
19.13 (c) "Concurrent enrollment" means nonsectarian courses in which an eligible pupil under
19.14 subdivision 5 or 5b enrolls to earn both secondary and postsecondary credits, are taught by
19.15 a secondary teacher or a postsecondary faculty member, and are offered at a high school
19.16 for which the district is eligible to receive concurrent enrollment program aid under section
19.17 124D.091.

LOE00000106