| | |
|---|---|
| From: | Darin Mather [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7722B354B6A3438BBD09EAF64EFCBD4C-MATHERD] |
| Sent: | 2/14/2023 2:15:24 PM |
| To: | Emily Cano [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=02cf34ef273b4f5db7c8e3277ede19ae-canoen]; Kellee Metz [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=06682c3fc13a4f339c0be93f6f10532e-metzk] |
| Subject: | RE: Bill in the MN Senate about Statement of Faith for PSEO |

Good to know.  I hope there's a real groundswell of opposition to this change.

Darin

**Darin Mather, PhD, MDiv**
Associate Dean, School of Online Studies
651-500-9129

---

**From:** Emily Cano <canoen@crown.edu>
**Sent:** Tuesday, February 14, 2023 1:01 PM
**To:** Darin Mather <matherd@crown.edu>; Kellee Metz <metzk@crown.edu>
**Subject:** RE: Bill in the MN Senate about Statement of Faith for PSEO

I talked with a lady yesterday who is heading to the Capitol tomorrow with other homeschooling families to speak against this.

---

**From:** Darin Mather <matherd@crown.edu>
**Sent:** Tuesday, February 14, 2023 9:58 AM
**To:** Kellee Metz <metzk@crown.edu>; Emily Cano <canoen@crown.edu>
**Subject:** RE: Bill in the MN Senate about Statement of Faith for PSEO

Kellee,

Thanks for sharing this.  Northwestern reached out to Fawn about this last week and we are joining with some of the other Christian schools in the area to lobby against it.  I understand that a number of different homeschool groups are also organizing and advocating.  If you hear of any activity or information from your homeschool contacts that would be helpful for us, please let us know.

As it is written, we think this would only affect on on-campus PSEO as we don't require any statements for our online PSEO programs.

We need to hope and pray that this part of the legislation is removed before approval.

Darin

**Darin Mather, PhD, MDiv**
Associate Dean, School of Online Studies
651-500-9129

---

**From:** Kellee Metz <metzk@crown.edu>
**Sent:** Monday, February 13, 2023 11:03 AM
**To:** Darin Mather <matherd@crown.edu>; Emily Cano <canoen@crown.edu>

**Subject:** Bill in the MN Senate about Statement of Faith for PSEO
**Importance:** High

You probably are already aware of this, but I am forwarding an email from a homeschool mom below concerned about a bill in the MN Senate that will not allow PSEO at institutions with a Statement of Faith. I have heard from more than one family that this is why they are considering PSEO at Crown – our commitment to being boldly Christian.

## Kellee Metz

PSEO COORDINATOR

—

CROWN COLLEGE

**Office: 952-446-4245 | www.crown.edu**
8700 College View Drive, St. Bonifacius, MN 55375

---

**From:** Amy Stockton <astockton9@gmail.com>
**Sent:** Monday, February 13, 2023 10:55 AM
**To:** Kellee Metz <metzk@crown.edu>
**Subject:** Re: Documents Needed for Your Application for Online PSEO at Crown College for 2023-24

Kellee,

We will get those filled out and back to you this week.

I wanted to reach out to make sure Crown has heard about proposed legislation currently being debated in the MN Senate. We are very concerned about the wording regarding PSEO options only allowed at schools that do not have a statement of faith. Please read the attached email from MACHE and see the attached photo of the PSEO portion of the bill.

Thank you for your time and know, we as homeschoolers will fight hard to keep PSEO possible at Christian universities and colleges!

Amy Stockton

From Mache: We are hearing early and very positive messages on the potential resolution of our concerns on this bill (SF1311/HF1269); however, we believe we need to stay the course until this is brought to official closure. Yes, the rumors are good, but it's not time to stand down.
Your standing up has mattered.

Please be praying over this issue any many others at hand.

The hearing/rally is scheduled for WEDNESDAY, FEBRUARY 15, 2022 - 12:30 pm �Room 1200 - Minnesota Senate Building

They are asking us all to wear yellow/gold and signs are allowed. My family is planning to go, and I invite you to join us😊 there are free capital tours and if you call ahead you may be able to meet with your representatives, ideas if you want to make this into a field trip day.

Here is the list of senators on the committee who will be hearing this bill on Wednesday. Please call and email them. Take note that Erin Maye Quade is also sponsoring the kiddnapping bill SF 63 asking for CPS to be able to remove children from homes that won't provide trans "care" and she is also the sponsor of the abortion bill SF40 that would

LOE00000028

prevent health care from being given to children born after unsuccessful abortions. She is literally asking that newborns be set on an operating table to slowly die 😭 if your already calling her office, you can address all 3 issues with her.

https://www.senate.mn/committees/committee_bio.html?cmte_id=3120&ls=93

I have some very helpful statistics/information to use if you're calling colleges concerning the purposed changes to PSEO. Let me know if you need them. The PSEO portion of the bill is posted in the comments.

LOE00000029