| | |
|---|---|
| From: | Hill, Matt B [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=91DA54D96E294FD5AB1AF1E1A7E270E8-MBHILL] |
| Sent: | 6/1/2023 6:03:45 AM |
| To: | Klein, Erick P [epklein@unwsp.edu]; Sommerville, John M [jmsommerville@unwsp.edu] |
| Subject: | Fwd: PSEO Program at Bethel |

+++++++++++++++++
Dr. Matt Hill
Athletic Director
NCAA Management Council
University of Northwestern
St. Paul, MN
651-631-5362 O
651-592-2410 M
www.unweagles.com
@UNW_AD

Message sent from my iPhone so please excuse any misspellings.

Begin forwarded message:

**From:** Michael Meloch <michael.meloch@tpac.com>
**Date:** May 31, 2023 at 6:10:56 PM EDT
**To:** "Hill, Matt B" <mbhill@unwsp.edu>
**Subject: FW: PSEO Program at Bethel**

**[EXTERNAL EMAIL]** What does this mean?

FYI

**Michael Meloch**
Direct: 763.231.8805 | Cell: 612.749.3484

**From:** Bethel Alumni <alumni@e.bethel.edu>

**Date:** Wednesday, May 31, 2023 at 5:00 PM

**To:** Michael Meloch <michael.meloch@tpac.com>

**Subject:** PSEO Program at Bethel

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Michael—

Last week, Governor Walz signed legislation regarding the state's PSEO program. Consistent with the draft language we had been following, the provision states that institutions who participate in the PSEO program cannot base admissions decisions for PSEO students on their "race, creed, ethnicity, disability, gender, or sexual orientation or religious beliefs or affiliations. Additionally, institutions participating in the program "must not require faith statements from students as part of the application process for the PSEO program."

At this time, **this legislation does not represent a change or a challenge to Bethel's participation in the PSEO program.** We will continue to welcome all students who meet our academic qualifications to participate in the PSEO program at Bethel, as we have since the beginning of the PSEO program in Minnesota almost 40 years ago. Students who pursue the PSEO program at Bethel will continue to meet the requirements for both free tuition and high school credit (per their high school's graduation requirements). Our faith requirement for our traditional undergraduate students remains due to the unique nature of the residential and faith formation experience.

LOE00000282

We recognize that this new legislation does, however, impact the PSEO program at some of our peer institutions. Bethel joins with all institutions in the Council for Christian Colleges and Universities in our deeply held belief in the right of Christian higher education institutions to practice their sincerely held religious beliefs in pursuit of their mission as permitted under state and federal religious exemptions and the U.S. Constitution.

As we look toward the future, it has never been a better time to be a PSEO student at Bethel. For the second year, our incoming PSEO students are setting records—over 410 students are joining the Bethel community for the first time, and 183 PSEO students are returning for their second year of PSEO or as freshman students at Bethel. These students are enriching their high school experience through academically excellent, college-level courses—taught by faculty who are deeply committed to their Christian faith—and experiencing firsthand the transformational impact of a Bethel education.

With Christ as our compass, our commitment to our mission—preparing graduates to serve in strategic capacities to renew minds, live out biblical truth, transform culture, and advance the gospel—has never been stronger. Thank you for your partnership as we continue to empower students to become who God is calling them to be.

-Robin

LOE00000283

Robin Rylaarsdam

Provost

  

Bethel University | 3900 Bethel Drive | Saint Paul, MN 55112 | 651.638.6400 | www.bethel.edu

You're receiving this message because you're a Bethel alumni. If you'd no longer like to receive alumni news emails, you can unsubscribe at any time.

Update Preferences

42935

Confidentiality Statement: This electronic transmission and any attachments are intended solely for the use of the person/entity to which it is addressed and may contain Protected Health Information (PHI). To the extent the information contains PHI, you are legally obligated to maintain PHI in a secure and confidential manner. If you have received this communication in error, please notify me immediately by telephone, destroy this message and delete any copies held electronically. Unauthorized use and/or re-disclosure, or failure to maintain confidentiality of PHI may subject you to penalties under applicable state and federal laws.

LOE00000284