| | |
|---|---|
| From: | Daniel Johnson [slow.as.a.sloth@gmail.com] |
| Sent: | 5/25/2023 6:50:27 PM |
| To: | Office of the President [president@crown.edu]; Bill Kuhn [kuhnb@crown.edu]; College Relations [collegerelations@crown.edu] |
| Subject: | Re: PSEO Legislation and Lawsuit |

Hi there,

As an alum of Crown College, I feel like I ought to respond to this and voice my concerns for this decision. I trust it will be read in good faith.

After reviewing the legislative changes to PSEO qualifications for college offerings, I have certain frustrations with the response of Crown's administration.

From what I understand, the new legislation would *not* eliminate Crown's ability to offer its PSEO program - only disallow Crown from barring PSEO students who do not fit with Crown's religious statement.

To be very honest, the statement of faith acts merely as a formality so that the administration, funders, and some students can believe in the rosey conception that Crown and it's body acts in full accordance with the Christian faith. I believe a significant fraction of students, PSEO and otherwise, don't even know that they have signed the statement - I was so nervous about being accepted *I* don't remember signing.

Furthermore, the number of signatures recorded on that statement have *no* correlation with the spiritual wellbeing of Crown's campus (if that were the case, I believe I would not have been called a f*got by ministry students nearly as often). If it were truly believed that students who did not personally accept the statement of faith declined admission into the college, we all would not have had to endure innumerable and banal alter calls at chapel.

All that to say, the statement of faith is truly unhelpful in creating a culture of obedience and service to Christ. So what I perceive the Office of the President is attempting to state here, is that this institution is once again more concerned with the metrics of branding itself as a conservative Christian college than it is providing affordable and quality academic services.

Instead of being upset that a government funded program is amended to avoid discriminating people based on religious belief, what are better ways this institution can spend its time, funds, and energy doing? Feeding the poor? Tending the environment? Disrupting structural racism? Working to end violence and assault? Caring for the outcast and marginalized?

Shame on this administration for taking such a disappointing and frivolous stance disguised as a brave, Christian act. I am immensely disappointed.

-Dan


On Wed, May 24, 2023, 2:47 PM Office of the President <president@crown.edu> wrote:

Friends of Crown College,

Throughout the last several months, the Minnesota Department of Education and our state's respective legislative branches of government have sponsored legislation that would eliminate Crown College's ability to offer our on-campus PSEO (Post-Secondary Enrollment Options) program due to our Christian faith and its application to our admissions standards. Today, Governor Tim Walz signed that legislation into law; it is scheduled to take effect on July 1, 2023. This new law impacts our on-campus PSEO program only. PSEO will still be offered in all modalities for this upcoming 2023-2024 academic year.

In response to this new law, Crown College has joined Minnesota high school students and families, along with our friends at Northwestern, as plaintiffs in a federal lawsuit filed today. We believe this new law is unconstitutional and discriminates against people of faith and our 1st Amendment rights. Crown College has partnered with the Becket Fund, a friend of the Council of Christian Colleges and Universities (CCCU) and defender of religious liberty in our country, to lead our legal strategy in a pro bono capacity.

For over 100 years, Crown College has remained a boldly Christian college dedicated to our mission *to provide a biblically based education for Christian leadership in the Christian and Missionary Alliance, the church-at-large, and the world.* Even in the face of legislation designed to hinder students who want the education we can provide, we remain steadfast in our commitment to protecting our mission and our community's deeply held religious beliefs. The First Amendment protects our current and future PSEO students' right to participate in PSEO without abandoning our faith. The Supreme Court has upheld that right at least three times in the last six years. Minnesota is going out of its way to discriminate against Crown because of our religion. The time is now for Christians to stand firm in *proclaiming the kingdom of God with boldness and without hindrance* (Acts 28:31).

Recently, the Board of Trustees and the President's Cabinet have taken unanimous votes of affirmation in our boldly Christian mission and the Community Covenant. In application, this means that all faculty, staff, and on-campus students profess their personal faith in Jesus Christ and commit to a lifestyle in keeping with the college's Statement of Faith and Community Covenant based on Crown's theological beliefs. We will not adjust or amend our Statement of Faith or our Community Covenant requirement for PSEO students attending class on campus.

As we move forward, I take heart in God's words to Joshua in Joshua 1:9 *"Have I not commanded you? Be strong and courageous. Do not be frightened, and do not be dismayed, for the Lord your God is with you wherever you go."*

This experience has further unified our community and will only serve to strengthen our commitment to the Gospel, rather than diminish our resolve. Please pray for Crown College and our leadership during this season.

Serving Together,
Dr. Andrew C. Denton
President



Unsubscribe From This List | Manage Email Preferences

LOE00002160