Ex. 114

**Expert Witness report Provided for Minnesota Department of Education**

**Dr. Jenifer K. McGuire**

Preliminary Statement

1. My name is Jenifer K. McGuire. I am a Professor and Extension Specialist at the University of Minnesota, Twin Cities Campus. I have been tenured in the Department of Family Social Science since July 2014. I was previously Assistant, then Associate Professor (with tenure) in the Department of Human Development at Washington State University in Pullman, WA, beginning in 2006. In this research-intensive university, I am a tenured professor engaged in a considerable research agenda, as well as teaching and community extension activities. The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vita, as is a complete list of my publications. This is included as an accurate and true copy and is attached as Ex. A to this declaration. I earned my Ph.D. in Human Development and Family Studies at The University of Arizona, 2003. I additionally earned a Master of Science in Human Development and Family Studies, 1998, and a Master's in Public Health, 2001, also at The University of Arizona.

2. I have been engaged by counsel for the Minnesota Department of Education, to provide an evaluation of the negative consequences to students enrolled or planning to enroll in Post-Secondary Education Options (PSEO) if required to sign faith statements attesting to Christian faith and anti-LGBTQ+ activities. Because of my research background, I have actual knowledge of the matters stated in this declaration. I was compensated $10,000 to prepare this report and will be paid $300/hour for any additional services or testimony. My compensation does not depend on the outcome of this case, the opinions I express, or the testimony I provide.

3. I have not testified as an expert at trial or by deposition in the last four years for any other case. In 2021, I submitted a sworn affidavit in the following case: "Christopher White" (Bexar County, TX). I was not deposed or called as a witness after I submitted this affidavit.

4. Following is a complete statement of my opinions and the basis for those opinions in this case. After that will be a complete list of references cited, and additional relevant studies not specifically cited in the text.

# School climate for LGBTQ+ youth

Research has long established the deleterious effects of discrimination in education on LGBTQ+ young people. A journal database search including the terms LGBTQ+, adolescents, and schools yielded over 3,700 published articles (mostly empirical social science studies) from 1980 to 2024. Intervention programs in the late 1970's and early 1980's sought to provide youth specific services for LGBTQ+ adolescents. For example, the Hetrick Martin Institute, focused solely on youth, and including an LGBTQ+ high school, opened in 1979. The first Gay Straight Alliance (GSA- now commonly called Gender and Sexualities Alliance) was started in 1988 at a high school in Massachusetts, due to concerns about the ill treatment of lesbian and gay students (Koelz, 2018). In 1986, Minnesota was the first state to include items assessing sexual orientation in the Minnesota Adolescent Health Survey (DeChants, et al., 2021), and data from this study provided some of the foundational studies regarding LGBTQ+ young people's well-being and school experiences. Journal articles in the1980's and early 1990's described interventions to bring youth out of the closet in high school (Rofes, 1990), to support families of LGBTQ+ youth in being more understanding (Myers, 1982), and to intervene with adolescents to be more accepting of LGBTQ+ peers (Sears, 1991; Uribe and Harbeck, 1991). By the mid-1990's, the first articles examining negative social attitudes, social isolation, and victimization (Pilkington and D'Augelli, 1995) and linking those to suicide risk for LGBTQ+ youth were published (e.g. Proctor, 1994; Remafedi, 1998). In the mid 1990's the term "gay-related stress" came into more prevalent use (Rosario, et al, 1996). Studies during this time frame also linked harassment at school to absenteeism (Rivers, 2000). During this time frame, most studies were isolated, existing within a single school, and often retrospectively collected among young adults looking back on high school years.

By 2003, Illan Meyer (Meyer, 2003) published his landmark theoretical framework naming Minority Stress, by linking prejudice, social stress and mental health in lesbians and gay men. The Minority Stress framework has been the foundation of LGBTQ+ focused research in the intervening decades. Due to the preponderance of data pointing toward school harassment as a major health and mental health risk for LGBTQ youth, the national Youth Risk Behavior Survey (YRBS) began to add sexual orientation items on their statewide school surveys in more states after 1995 (e.g. Washington, California, and Massachusetts; DeChants, et al., 2021). In 1999, GLSEN (formerly called Gay, Lesbian, Straight Education Network) began to collect the annual national school climate survey, which recruited across states with a focus on youth who were connected to LGBTQ+ school groups, or other online support systems. Between these two sources of data, the number of research studies, sizes of the samples, and sophistication of the findings has expanded logarithmically in the intervening 20+ years.

A minority stress framework describes the negative impact that environmental conditions have on a person with a minority status (Meyer, 2003). For LGBTQ+ person, minority stress works through several specific mechanisms relevant to the current case. Minority stress framework describes the process of enacted stigma (when bad things happen) expected rejection (concern that others will reject LGBTQ+ status) and concealment of LGBTQ+ status. Each of these

factors work independently to suppress an LGBTQ+ persons' identity and well-being. This framework has dominated research over the past 20 years regarding the health and well-being of LGBTQ+ persons. The enacted stigma of discrimination wears away at the resilience of an individual and enhances long term psychological and physical suffering.

The most robust outcome of this extensive body of research is the overwhelming consistency of the findings, across states, over time, and across specific types of outcomes (suicide, feelings of safety, absenteeism, mental health concerns, exercise, eating problems, etc.). There is even an extensive field of research documenting the deleterious effects of negative school climates in other countries, including Canada, Spain, China and Italy (among others). There are several basic findings that shine through these many studies and many different approaches to examine outcomes. The preponderance of evidence is clear in these three primary research findings about school climate for LGBTQ+ youth.

First, young people encounter negative experiences in school with alarming frequency. Children are exposed to homophobic epithets from other students as well as at times from teachers/ school personnel, teachers are slow to intervene, and the more students hear these epithets either indirectly, or experience direct harassment, the more mental health burden they report.

Second, schools vary from each other in the amount of homophobic content students report. Students in some schools report far fewer experiences than in other schools. These findings have been held for many years across hundreds of thousands of students representing thousands of schools. There is clearly a "school level" effect.

Third, there are actions that schools can take (have a policy, intervene to stop harassment, provide resources, have visible signs of inclusion, and create safe spaces) to both reduce the likelihood of negative experiences for LGBTQ+ youth, or to mitigate the impact of those experiences. Across many studies, schools that forgo these steps have students who report worse experiences and more negative outcomes.

Below I will provide a brief summary of the research in each of these three domains.

**Young people encounter negative school climates**

The ubiquitousness of negative school climate experiences for LGBTQ+ students has long been established in the scientific research (Kosciw et al., 2020). This type of negative experience is often labelled Bias-Based Bullying in Social science research, but is sometimes also called victimization, or experience of homophobic epithets. Documentation of teachers or staff intervening to reduce student bias-based bullying is limited, suggesting little is done when such bullying occurs.  In my own early study of transgender youth experiences in school, I found that transgender students were more likely to experience negative epithets from a teacher or staff person, than for a staff person to intervene on another student's epithet (McGuire, et al., 2010).

A recent summative analysis of over 728,000 students in California collected between 2013 and 2015 documented the extent of bias-based bullying experiences and the links of such experiences to mental health (Fish et al., 2023). These data represent thousands of schools, and youth in grades 7, 9 and 11. Just over 6% of that sample identified as LGBTQ+. In the full sample about

8% had experiences sexual orientation-based bullying, and 7% had experienced gender-based bullying in the past year. However, when differences between sexual orientation and gender identity groups are examined, the authors found that 45% and 42% of LGB boys and girls (respectively) experienced sexual orientation bullying, Transgender youth reported experiencing sexual orientation bullying by 35% and 30% experienced gender-based bullying in the past year. Similarly, LGBTQ+ youth reported high rates of depression (44-67%) compared to non-LGBTQ+ youth (19-38%). Differences in homophobic and gender-based bullying existed across all age groups and were highest for the youngest and oldest transgender students (age 11, and age 18+). Depressive symptoms were similarly elevated especially for LGB girls. When bias-based bullying is accounted for in the model, transgender youth no longer showed elevated depression symptoms, suggesting that bullying is a major contributor within this subpopulation. This study provides definitive evidence of the pervasive disparities in bullying and depression for LGBTQ+ youth, and their persistence across adolescence (Fish et al., 2023). This study is one example of the hundred or more studies documenting disparity in bias-based bullying for LGBTQ+ youth (see references not cited at the end of this document).

**Schools vary from each other in both the amount of and response to bullying.**

A large proportion of the variability in any one person's experience will be due to characteristics of that person. For example, students with an LGBTQ+ identity are far more likely to experience anti-LGBTQ+ harassment than their heterosexual peers. However, there are characteristics of social environments and schools that make some schools harder places to be for LGBTQ+ persons than others. This research has benefitted from the availability of large data sets representing hundreds of schools that can be rated for their climate, or the climate of the surrounding community. One recent, innovative study (Hobiaca, 2021) examined the impact of conservative communities on predicting bias-based bullying in schools. This study included 49,500 students representing 227 school districts in Wahington. The findings indicated that in more conservative districts (higher proportion of votes for Trump) LGBTQ+ students reported more bullying and less teacher intervention when bullying occurred. This study corroborates other studies in confirming the role of community norms and values in the experience of bias based bullying, and response of persons in authority to such bullying (Hobiaca, 2021).

Another example of an approach that examines contextual effects is a study by Chan and Lam (2023) that used multi-level modelling to examine the impact of school level attitudes about gender to perpetration and victimization experiences among 3020 students in 10 schools. Heterosexual students in schools with overall more traditional gender role attitudes and greater amounts of sexual prejudice were more likely to engage in homophobic perpetration against LGBTQ+ students. Conversely, LGBTQ+ students in such schools were more likely to experience victimization than peers in more accepting schools (Chan and Lam, 2023).

**School interventions**

Schools can engage in a variety of interventions to improve the climate for youth and reduce the odds of bias-based bullying for LGBTQ+ youth. Research on these interventions has expanded dramatically in the past ten years. Here I will summarize a few seminal studies. In a Chicago

school district, staff were required to complete professional development on supporting transgender, gender nonconforming and nonbinary youth. An evaluation of over 19,000 staff members found that after receiving the program staff were more able to report better capacity to intervene in supportive ways such as politely correcting a colleague, using appropriate pronouns, and intervening in suspected cases of harassment or bullying. Educators felt more confident in their ability to enact supportive measures, and more willing to try supportive measures after receiving the program (Jarpe-Ratner, 2023).

Another important and well-established intervention approach includes having and supporting a gender and sexuality alliance for students. Longstanding research has found benefits of GSA for all students, including those who participate in a GSA and those who do not. In fact, presence of a GSA at a school is associated with improved school climate reports even among students who did not know there was a GSA. A recent daily diary study of GSA experiences documents the powerful impact of GSA participation to enhance mood in the days after attending a GSA meeting especially when positive support is experienced. Participants also report empathetic negative mood after GSA meetings when they learn about negative events. Overall, the experience of GSA was one that enhanced emotional openness among participants as measured in real time responses to events (Poteat, et al., 2022).

### Impact of Faith Statements for LGBQ+ Students

Policies like Northwestern's Declaration of Christian Community and Crown's Community Covenant contribute to the harm experienced by LGBTQ+ students through a variety of mechanisms. These statements are counter to the extensive research documenting the importance of an accepting school climate, teaching LGBTQ+ issues in the curricula, including LGBTQ+ persons as full members of society, and supporting their LGBTQ+ specific social needs described above. Such faith statements speak to an element of LGBTQ+ experience that is often described as among the most painful and harmful forms of rejection – moral isolation and condemnation. Faith statements deny the LGBTQ+ student access to a safe space where they can feel included and valued for who they are, which can interfere with learning capacity and long-term health. Finally, they enforce concealment among LGBTQ+ students who would like to attend PSEO, or students who begin to develop awareness of their LGBTQ+ identity during this period of life. Concealment is a particularly harmful element of minority stress.

Below I will summarize the evidence for both specific harms.

### Moral Isolation and Condemnation

A systematic review of studies of religion and spirituality and links to mental health among LGBTQ+ youth was published in 2023 that identified 98 articles published on this topic (Lekwauwa, et al., 2023), of which they evaluated 18 that focused specifically on transgender youth. From those 18 studies, six found negative links between religious practices or beliefs and mental health, and another seven found mixed results. The mixed studies suggested that connection to an affirming religion was supportive, and negative outcomes such as enhanced suicidality and self-harming behaviors were linked to religious judgement and condemnation. Only two studies found positive associations between religious beliefs and well-being among

transgender youth, with one of those being a study of an intervention to promote spiritual acceptance of LGBTQ+ youth (Lekwauwa, et al., 2023).

One study in particular was focused on the well-being of LGBTQ+ adults who had participated in Christian home schools as adolescents. The data were based on follow-up alumni study of young people in a Christian home-school organization. Among the alumni, 15% (n=651 persons) identified as LGBTQ+ and were the focus of these analyses. Reported mental health burden was well beyond population averages, even for LGBTQ+ adults, with 72% reporting suicidal thoughts and 62% engaging in self-harm. When analyses examined predictors of enhanced mental health burden, the findings indicated that a longer period in Christian home-school, having multiple school settings, and less access to internet were strong predictors of mental health burden (suicide thoughts, suicide attempts and self-harm). Conversely, having parents with positive attitudes towards LGBTQ+ persons (just 10% of the sample) was associated with less mental health burden such as less suicidal thoughts, attempts or self-harm and less substance use (Anderson and Lough, 2021). Although this study cannot be determinative for all LGBTQ+ youth in Christian families, it is particularly relevant here because of how closely the sample aligns to the population at hand (Christian home-school students).

Several qualitative studies have delved into the experiences of LGBTQ+ youth in Christian environments, and how religious beliefs, practices and exclusion is experienced by young people. One study, (Gibbs et al., 2021) described the concept of religious identity dissonance when LGBTQ+ persons have distinct parts of themselves that are incongruent, including anti-LGBTQ+ messages from a religion, coupled with personal LGBTQ+ feeling or identity awareness. The stress of this incongruence was significant. The majority of participants (41 of 46 people aged 14-19, identified as LGBTQ+ and were raised in a Christian environment) received anti-LGBTQ+ messages from their religion, families or both. Messages received indicated to youth that they were not normal, sinful or would be damned to hell (or not get into heaven) because of their LGBTQ+ identity. Youth reported being made to feel unwelcome in their home religious environments and given the message they needed to change their sexual orientation. Youth managed this dissonance either through broadening religious beliefs (e.g. "God made me this way and God does not make mistakes"), or distancing from religion and religious people. Another similar qualitative study (Anderson and McGuire, 2021) described loss of religion due to LGBTQ+ status as an ambiguous loss- meaning the religion was still psychologically present, but physically absent in the lives of youth. The distinct ambiguous loss that young people described in this study included attempting to retain faith in their beliefs, while simultaneously being distanced from the psychological family of faith. Taken together, the preponderance of studies regarding LGBTQ+ young people in religious settings suggests that rejection based on religious foundations is particularly painful for youth and linked to enhanced mental health burden such as self-harm and suicide risk. The faith statements by both schools as written make clear that a member of the LGBTQ+ community will not be welcomed into the faith family at these schools. Such an exclusion creates an unresolvable loss for religious young people who are seeking to connect with others of their same faith.

**Denial of a Safe Space and Enforced Concealment**

Victimization among LGBTQ+ youth has been repeatedly linked to negative health outcomes, including long term elevated inflammation (Mishra, et al., 2023). A developmental and evolutionary analyses of these types of findings offers an explanation for why negative climates are associated with long term negative health outcomes (Diamond and Alley, 2022). Negative experiences such as violence, victimization of feeling unsafe are associated with a state called hyper-vigilance. When humans experience hyper-vigilance, they are often "revved up," and unable to relax. This is an evolutionary response to our long human history of surviving in unsafe spaces. Humans are typically not able to reduce their hyper-vigilance until they are in a safe space. Safe spaces include physical safety (such as behind a locked door) but also psychological safety, such as being with a trusted parent expected to protect a child from harm. In the case of bias-based bullying, adolescents are not afforded the opportunity to reduce hyper-vigilance while at school. There is always a threat of harassment or physical attack. Heterosexual students may have some threats as well, but the preponderance of evidence suggests the threat is greater and more pervasive for LGBTQ+ youth. This higher proportion of time spent in hyper-vigilance is associated with long term strain on the body's stress response mechanisms and is linked to long term inflammatory processes (Diamond and Alley, 2022). This area of research is developing still but shows great promise in explaining the longstanding differences in age related health declines for LGBTQ+ persons, especially those who experienced greater victimization during the early years (Masurak, et al., 2022).

## Impact on other Non-LGBTQ+ students

Discrimination effects on LGBTQ+ individuals are not limited to only the LGBTQ+ students or those who directly experience harassment. Numerous studies have documented lower feelings of safety among all students in cases where a school climate is deemed to be negative.

Considerable research has found that schools with negative school climates overall are harmful for all students, not just the ones directly targeted by the harassment. This is known as the bystander effect. When students (or anyone) exist in a context where any individual is singled out, treated unequally, harassed, or bullied, the experiences of all students are diminished (Fowler, 2022).

Research specifically on school climates for LGBTQ+ students has found that when efforts are made to improve the climate for LGBT students, all students in the system benefit. Specifically, studies have identified five approaches that individually and in combination improve school climates for LGBTQ youth: 1) inclusive non-discrimination and anti-harassment policies, 2) including LGBTQ issues in the curriculum, 3) providing resources specific to LGBTQ students, 4) intervening to stop harassment and bullying, and 5) improving social inclusion with groups like GSAs. Restroom policies that allow students to use the accommodations that match their identities send a message to the entire school that the school is a welcoming and affirming environment for a diverse range of people (Russell & McGuire, 2008).

The research documenting the importance of school level actions for all students has expanded dramatically in the past 10 years. As new data sources have become available, and improved

statistical methodologies have become more accessible and refined, large multi-school studies have been more able to isolate the impact of school actions, or lack thereof on student well-being. For example, in a study of over 20,000 students across 30 high schools, data revealed that students in schools with more LGBTQ+ resources (e.g. well-advertised GSA, anti-bullying training for staff) were less likely to report suicide attempts during the prior year. This finding held independently for heterosexual as well as LGBTQ+ and questioning youth (Eisenberg et al., 2021).

Similarly, Lowry et al. (2022) reported on nationally representative data combined from 3 waves of the YRBS  (2015, 2017, and 2019) including over 40,000 high school students. They found that heterosexual students were just as likely to miss school due to safety reasons if they had been exposed to violence as were LGBTQ+ students. The difference was that LGBTQ+ students were routinely exposed to more violence at school. This study makes the critical point that it is violence exposure that contributes to lack of safety and absenteeism, and that violence exposure is harmful regardless of the sexual orientation of the victim (Lowry, et al., 2022). Other studies have concurrent findings that efforts to reduce violence or improve climates for LGBTQ+ studies have benefitted heterosexual students as well (Day et al., 2019; Poteat et al., 2023; Poteat et al., 2012).

The impact of environment on all students (not just LGBTQ+) was affirmed within Minnesota schools in a study using the 2019 Minnesota School Survey (MSS) which included over 166,000 students aged 10-18, with 15% reporting suicidal ideation or attempts in the past year (Mandatori, et al., 2023). Researchers again found that victimization was associated with suicide ideation and attempts similarly in heterosexual and LGBTQ+ youth, the difference was that LGBTQ+ youth reported more victimization.

### Support for LGBTQ+ well-being

In the population, LGBTQ+ students continue to suffer from lack of support and inadequate resources to meet their social, educational and mental health needs. This concern is magnified among home-school students who reported as described above.

In Minnesota, efforts have been made to ensure that most of the population is enrolled in health insurance. Other efforts at meeting young people's needs include allowing youth to access mental health care and sexual health care without requiring parent approval. However, as a state, we also have a shortage of available providers, especially with regard to LGBTQ+ specific care needs. Furthermore, in the case of students who were previously home-schooled, or attending a school that is overtly rejecting of their identity, those students are less likely to believe that they can legitimately seek care. In a sense, the limits on care are installed internally through messages that an individual is not entitled to live as an out LGBTQ+ person, without facing the rejection of their school peers, families and religion.

### LGBTQ+ discrimination compared to other Protected statuses

Finally, I would like to examine the effects of LGBTQ+ based discrimination as it compares to discrimination based on other protected statuses such as race or religion. In this particular case,

the faith statements required would also likely constitute discrimination based on religion (and thus likely ethnicity in some cases) because they require a student to be Christian and therefore not Jewish, Muslim, Hindu, Buddhist or another religion. These limitations could also mean that excluded students are from a different race or ethnic group than White (such as Middle Eastern, Asian, African, or Hasidim). LGBTQ+ discrimination works both independently of other forms of discrimination, but also works intersectionally with other marginalized statuses.

As an independent factor, LGBTQ+ persons are most likely born to and raised by parents who are not also LGBTQ+. Of course there is some overlap, but the vast majority of LGBTQ+ persons do not have any LGBTQ+ immediate family members (unless they have married and have an LGBTQ+ spouse, but that is unlikely in the case of PSEO). In this regard, LGBTQ+ persons experience a unique form of discriminatory stress, because they are likely to have families that have not experienced this stress and have not socialized them to deal with this stress or helped them find ways to avoid it. In fact, many LGBTQ+ people report rejection from their families as a primary source of minority stress (Fish and Ezra, 2023). For racial and ethnic minorities, there is a well-documented family process called racial socialization, whereby parents teach their young children about the realities of discrimination and provide their kids with tools and support necessary to both combat discrimination and to recover from it. In identity discrepant families, parents will not have the experience or tools to naturally socialize their children and may not even realize until their kids are grown and have left the house that their children have an LGBTQ+ identity.

For people from ethnic or religious minority groups, who also have an LGBTQ+ identity, discrimination can work intersectionally (Crenshaw, 1991), to enhance the burden even further. For example, LGBTQ+ persons of color have been found to experience especially high rates of anti-LGBTQ discrimination compared to their white, middle-class LGBTQ+ peers.

**Conclusion**

It is my professional opinion, based on the extensive available research, and my own longstanding career in this field, that the required signature of a faith statement poses a significant threat to the well-being of LGBTQ+ students who will or will choose not to attend such schools for PSEO.


Dated: 4/1/21        s/Jenifer K. McGuire

                     Jenifer K McGuire [Printed Name]

                     Professor [Title]

### References Cited

Anderson, S. O., & Lough, B. J. (2021). Sexual and gender minoritized youth in Christian home schools: Perceptions of climate and support. *Journal of LGBT Youth*, *18*(4), 438–458. Academic Search Premier.

Anderson, S. O. & McGuire, J. K. (2021). "I feel like god doesn't like me": Faith and ambiguous loss among transgender youth. Family Relations: An Interdisciplinary Journal of Applied Family Studies, No Pagination Specified. https://doi.org/10.1111/fare.12536

Chan, R. C. H., & Lam, M. S. (2023). Contextual Influence of School-Level Gender Role Attitudes and Sexual Prejudice on Allyship, Bullying, and Internalized Homonegativity. *Journal of Youth & Adolescence*, *52*(5), 980–995. Academic Search Premier.

Crenshaw, K. (1991). Mapping the Margins: Intersectionality, Identity Politics, and Violence against Women of Color. *Stanford Law Review*, *43*(6), 1241–1299. https://doi.org/10.2307/1229039

Day JK, Ioverno S, ST Russell. Safe and supportive schools for LGBT youth: Addressing educational inequities through inclusive policies and practices. J Sch Psychol. 2019;74:29–43. https://doi.org/10.1016/j. jsp.2019.05.007.

DeChants, J., Green, A.E., Price, M.N, & Davis, C. (2021). Measuring Youth Sexual Orientation and Gender Identity. West Hollywood, CA: The Trevor Project

Diamond, L. M., and Alley, J. (2022). Rethinking minority stress: A social safety perspective on the health effects of stigma in sexually-diverse and gender-diverse populations. Neuroscience and Biobehavioral Reviews 138. https://doi.org/10.1016/j.neubiorev.2022.104720

Eisenberg, M. E., Wood, B. A., Erickson, D. J., Gower, A. L., Kessel Schneider, S., & Corliss, H. L. (2021). Associations Between LGBTQ+-Supportive School and Community Resources and Suicide Attempts Among Adolescents in Massachusetts. *American Journal of Orthopsychiatry*, *91*(6), 800–811. Academic Search Premier.

Fish, J. N., Bishop, M. D., & Russell, S. T. (2023). Age Trends in Bias-Based Bullying and Mental Health by Sexual Orientation and Gender Identity. *Prevention Science*, *24*(6), 1142–1151. Academic Search Premier.

Fish, J. N., & Ezra, P. (2023). Parental support is not enough: How parental socialization theories can advance LGBTQ+ youth family research, practice, and health. Journal of Family Theory & Review, 15(4), 677–684. https://doi.org/10.1111/jftr.12533

Fowler, J. A., & Buckley, L. (2022). A socioecological review of LGBTQI+ adolescent bias-based bullying: What characterizes a bystander, and where do we go from here? *Journal of Gay & Lesbian Mental Health*, 1–31. Academic Search Premier.

Gibbs, J. J., & Goldbach, J. T. (2021). Religious Identity Dissonance: Understanding How Sexual Minority Adolescents Manage Antihomosexual Religious Messages. *Journal of Homosexuality*, *68*(13), 2189–2213. Academic Search Premier.

Hobaica, S., Kwon, P., Reiter, S. R., Aguilar-Bonnette, A., Scott, W. D., Wessel, A., & Strand, P. S. (2021). Bullying in schools and LGBTQ+ youth mental health: Relations with voting for Trump. *Analyses of Social Issues & Public Policy*, *21*(1), 960–979. Academic Search Premier.

Jarpe-Ratner, E., Bloedel, A., Little, D., DiPaolo, M., Belcher, K., Mangiaracina, M., & Marshall, B. (2023). Evaluation of a Mandatory Professional Development on Supporting Transgender, Nonbinary, and Gender-Nonconforming Students in Chicago Public Schools. *Health Promotion Practice*, 1. Academic Search Premier.

Kosciw, J. G., Clark, C. M., Truong, N. L., & Zongrone, A. D. (2020). *The 2019 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools*. GLSEN. https:// files. eric. ed. gov/ fullt ext/ ED608534. pdf

Lekwauwa, R., Funaro, M. C., & Doolittle, B. (2023). Systematic review: The relationship between religion, spirituality and mental health in adolescents who identify as transgender. *Journal of Gay & Lesbian Mental Health*, *27*(4), 421–438. Academic Search Premier.

Lowry, R., Kennedy, K., Johns, M. M., Harper, C. R., & Wilkins, N. J. (2022). Associations Between School Absence and School Violence by Sexual Identity. *American Journal of Preventive Medicine*, *63*(3), 384–391. Academic Search Premier.

Mandatori, F., Paez, G. R., Briones Robinson, R., & Severson, R. (2023). Comparing the Effects of Victimization, School Connectedness, and Social Support on Heterosexual and Sexual Minority Adolescent Suicidality in the United States: A Partial Test of Minority Stress Theory. *Journal of Interpersonal Violence*, *38*(15/16), 9563–9589. Academic Search Premier.

Marusak, H. A. (2022). Editorial: Growing up in a High-Stigma Context: An Unseen Driver of Neurodevelopment, Health, and Pathology. *Journal of the American Academy of Child & Adolescent Psychiatry*, *61*(6), 749–751. Academic Search Premier.

McGuire, J. K., Anderson, C. R. [1], Toomey, R. B. [1], & Russell, S. T. (2010). School climate for transgender youth: A mixed method investigation of student experiences and school responses. *Journal of Youth and Adolescence, 39*(10), 1175-1188. https//doi.org/10.1007/s10964-010-9540-7, **PMID: 20428933**

Mishra, A. A., Halpern, C. T., Schwab-Reese, L. M., & Harris, K. M. (2023). Cumulative life-course victimization and inflammation in a U.S. national sample: Comparing intersections based on sexual orientation, gender, race/ethnicity, and education. *Preventive Medicine*, *169*, N.PAG-N.PAG. Academic Search Premier.

Myers, M. F. (1981). COUNSELING THE PARENTS OF YOUNG HOMOSEXUAL MALE PATIENTS. *Journal of Homosexuality*, *7*(2/3), 131–143. Academic Search Premier.

Pilkington, N. W., & D'Augelli, A. R. (1995). Victimization of Lesbian, Gay, and Bisexual Youth in Community Settings. *Journal of Community Psychology*, *23*(1), 34–56. Academic Search Premier.

Poteat VP, Sinclair KO, DiGiovanni CD, Koenig BW, ST Russell. Gaystraight alliances are associated with student health: a multischool comparison of LGBTQ and heterosexual youth. J Res Adolesc. 2012;23 (2):319–330. https://doi.org/10.1111/j.1532-7795.2012.00832.x.

Poteat, V. P., Yoshikawa, H., Marx, R. A., Sherwood, S. H., Richburg, A., Murchison, G. R., Lipkin, A., Yang, M. K., & Calzo, J. P. (2023). Engagement in Gender-Sexuality

Alliances Predicts Youth's Positive and Negative Affect: An 8-Week Weekly Diary Study. *Journal of Youth & Adolescence*, *52*(1), 1–14. Academic Search Premier.

Poteat, V. P., Yoshikawa, H., Rosenbach, S. B., Sherwood, S. H., Finch, E. K., & Calzo, J. P. (2023). GSA Advocacy Predicts Reduced Depression Disparities Between LGBQ+ and Heterosexual Youth in Schools. *Journal of Clinical Child & Adolescent Psychology*, 1–13. Academic Search Premier.

Proctor, C. D., & Groze, V. K. (1994). Risk Factors for Suicide among Gay, Lesbian, and Bisexual Youths. *Social Work*, *39*(5), 504–513. Academic Search Premier.

Remafedi, G., & Remafedi, G. (1999). Sexual orientation and youth suicide. *JAMA: Journal of the American Medical Association*, *282*(13), 1291–1292. Academic Search Premier.

Rivers, I. (2000). Social Exclusion, Absenteeism And Sexual Minority Youth. *Support for Learning*, *15*(1), 13. Academic Search Premier.

Rofes, E. (1990). Opening up the Classroom Closet. *Education Digest*, *56*(3), 16–19. Academic Search Premier.

Rosario, M., Rotherarn-Borus, M. J., & Reid, H. (1996). Gay-Related Stress and Its Correlates Among Gay and Bisexual Male Adolescents of Predominantly Black and Hispanic Background. *Journal of Community Psychology*, *24*(2), 136–159. Academic Search Premier.

Russell, S. T., McGuire, J. K., & Laub, C.[2] (2008). School climate for Lesbian, Gay, Bisexual, and Transgender (LGBT) students: Within- and between-school variability. In M. Shinn and H. Yoshikawa, (Eds.) *Toward positive youth development: Transforming schools and community programs* (pp. 133-149). Oxford University Press. https//doi.org/10.1093/acprof:oso/9780195327892.003.0008.

Sears, J. T. (1991). Helping Students Understand and Accept Sexual Diversity. *Educational Leadership*, *49*(1), 54–56. Academic Search Premier.

Uribe, V., & Harbeck, K. M. (1991). Addressing the Needs of Lesbian, Gay, and Bisexual Youth: The Origins of PROJECT 10 and School-Based Intervention. *Journal of Homosexuality*, *22*(3/4), 9–28. Academic Search Premier.

### Additional Relevant References Not Directly Cited

Abreu, R. L., Skidmore, S. J., Badio, K. S., Lefevor, G. T., Gattamorta, K. A., & Watson, R. J. (2023). Sexual harassment, sexual assault, violence, self-esteem, and the role of LGBTQ-specific parental support in a sample of Latinx sexual and gender minority youth. *Journal of Adolescence*, 1. Academic Search Premier.

Adhia, A., Pugh, D., Lucas, R., Rogers, M., Kelley, J., & Bekemeier, B. (2024). Improving School Environments for Preventing Sexual Violence Among LGBTQ+ Youth*. *Journal of School Health*, *94*(3), 243–250. Academic Search Premier.

Arango, A., Brent, D., Grupp-Phelan, J., Barney, B. J., Spirito, A., Mroczkowski, M. M., Shenoi, R., Mahabee-Gittens, M., Casper, T. C., & King, C. (2023). Social connectedness and adolescent suicide risk. *Journal of Child Psychology & Psychiatry*, 1. Academic Search Premier.

Ayer, L., & Colpe, L. J. (2023). The Key Role of Schools in Youth Suicide Prevention. *Journal of the American Academy of Child & Adolescent Psychiatry*, *62*(1), 19–21. Academic Search Premier.

Bailey, S., Newton, N., Perry, Y., Davies, C., Lin, A., Marino, J. L., Skinner, R. S., Grummitt, L., & Barrett, E. (2024). Minority stressors, traumatic events, and associations with mental health and school climate among gender and sexuality diverse young people in Australia: Findings from a nationally representative cohort study. *Journal of Adolescence*, *96*(2), 275–290. Academic Search Premier.

Balakrishnan, K., Haregu, T., Hill, A. O., Young, J. T., & Armstrong, G. (2022). Discrimination experienced by sexual minority males in Australia: Associations with suicidal ideation and depressive symptoms. *Journal of Affective Disorders*, *305*, 173–178. Academic Search Premier.

Candace Christensen, M., Jeon, J., Hostetter, R., Doyle, M., & Kynn, J. (2023). Facilitators and barriers to sexual and gender minority youth development: Addressing accessibility and "Isms", building collaborations, and supporting mental health in community-based organizations. *Children & Youth Services Review*, *152*, N.PAG-N.PAG. Academic Search Premier.

Cederved, C., Glasdam, S., & Stjernswärd, S. (2024). A Clash of Sexual Gender Norms and Understandings: A Qualitative Study of Homosexual, Bisexual, Transgender, and Queer Adolescents' Experiences in Junior High Schools. *Journal of Adolescent Research*, *39*(1), 3–29. Academic Search Premier.

Chen, D. (2023). 1.6 MENTAL HEALTH AND PSYCHOSOCIAL FUNCTIONING IN TRANSGENDER YOUTH AFTER 2 YEARS OF HORMONES. *Journal of the American Academy of Child & Adolescent Psychiatry*, *62*(10), S135–S135. Academic Search Premier.

Coulter, R. W., Henderson, E. R., Corey, S. L., Gagnon, K., Chugani, C. D., Egan, J. E., Murphy, C. E., Plenn, E. R., Routh, N., Roig, A., & Miller, E. (2022). Exploring How U.S. High School Staff Support, Protect, and Affirm Sexual and Gender Minority Youth: Methods and Lessons Learned from a Qualitative Interview Study. *International Journal of Qualitative Methods*, *21*, 1–18. Academic Search Premier.

Da'as, R., & Slobodin, O. (2024). "God Did Not Create Us This Way": An Investigation into the Experiences of School Counselors Working with Arab-Muslim LGBTQ Youth. *Journal of Homosexuality*, 1–25. Academic Search Premier.

De Luca, S. M., Caramanis, C., & Zhang, A. (2021). A longitudinal study examining the associations of bullying victimization and suicidal ideation among sexual minority adolescents. *Suicide & Life-Threatening Behavior*, *51*(6), 1138–1147. Academic Search Premier.

De Pedro, K. T., & Gorse, M. M. (2023). Substance use among transgender youth: Associations with school-based victimization and school protective factors. *Journal of LGBT Youth*, *20*(2), 390–406. Academic Search Premier.

Depa, N., Desai, S., Patel, S., Silvi, S., Hanif, S., Rizvi, S., Rahman, F., Ortega, G., Hsieh, Y.-C., Malik, P., Pathrose, R. P. M., Parikh, T., & Mansuri, Z. (2022). Mental health disparities amongst sexual-minority adolescents of the US – A national survey study of YRBSS-CDC. *Psychiatry Research*, *314*, N.PAG-N.PAG. Academic Search Premier.

Eisenberg, M. E., Gower, A. L., Brown, C., Yoon-Sung Nam, & Ramirez, M. R. (2022). School-Based Diversity Education Activities and Bias-Based Bullying Among Secondary School Students. *Journal of Interpersonal Violence*, *37*(17/18), NP15992–NP16012. Academic Search Premier.

Eisenberg, M. E., Lawrence, S. E., Eadeh, H.-M., Suresh, M., Rider, G. N., & Gower, A. L. (2024). Emotional Distress Disparities Across Multiple Intersecting Social Positions: The Role of Bias-Based Bullying. *Pediatrics*, *153*(2), 1–10. Academic Search Premier.

Feinstein, B. A., van der Star, A., Dorrell, K. D., & Blashill, A. J. (2024). Sexual orientation and mental health in a US cohort of children: A longitudinal mediation study. *Journal of Child Psychology & Psychiatry*, *65*(2), 188–198. Academic Search Premier.

Fenaughty, J., Tan, K., Ker, A., Veale, J., Saxton, P., & Alansari, M. (2023). Sexual Orientation and Gender Identity Change Efforts for Young People in New Zealand: Demographics, Types of Suggesters, and Associations with Mental Health. *Journal of Youth & Adolescence*, *52*(1), 149–164. Academic Search Premier.

Girouard, A., Dion, J., Bőthe, B., O'Sullivan, L., & Bergeron, S. (2021). Bullying Victimization and Sexual Wellbeing in Sexually Active Heterosexual, Cisgender and Sexual/Gender Minority Adolescents: The Mediating Role of Emotion Regulation. *Journal of Youth & Adolescence*, *50*(11), 2136–2150. Academic Search Premier.

Gordián-Arroyo, A., Schnall, R., Garofalo, R., Kuhns, L. M., Pearson, C., Bruce, J., Batey, D. S., Radix, A., Belkind, U., Hirshfield, S., & Hidalgo, M. A. (2022). Homonegative Victimization and Perceived Stress among Adolescent Sexual Minority Males: The Attenuating Role of Peer and Family Support. *International Journal of Sexual Health*, *34*(4), 691–701. Academic Search Premier.

Gordon, A. R., Egan, K. A., Wang, M. L., Ziyadeh, N. J., Kenney, E. L., Rosario, M., & Austin, S. B. (2023). Weight-based discrimination and disordered eating behaviors in a cohort of U.S. sexual minority young adults. *International Journal of Eating Disorders*, *56*(10), 1983–1990. Academic Search Premier.

Gordon, J. H., Tran, K. T., Visoki, E., Argabright, S. T., DiDomenico, G. E., Saiegh, E., Hoffman, K. W., Erez, G., & Barzilay, R. (2024). The Role of Individual Discrimination

and Structural Stigma in the Mental Health of Sexual Minority Youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, *63*(2), 231–244. Academic Search Premier.

Gorse, M. (2022). Risk and Protective Factors to LGBTQ+ Youth Suicide: A Review of the Literature. *Child & Adolescent Social Work Journal*, *39*(1), 17–28. Academic Search Premier.

Gorse, M. M., Bacolores, J. P., Cheung, J., & De Pedro, K. T. (2021). Teen, Queer, and Asian: Lesbian, Gay, Bisexual, Transgender, Queer, Plus Asian American Students' Experiences in Schools. *Journal of School Health*, *91*(11), 906–914. Academic Search Premier.

Grant, M. J., Gilreath, T. D., Smith-Douglas, A., Bowring, A., & Pacheco, N. (2023). Predictors of suicide and associated factors in Texas high school adolescents. *Cogent Psychology*, *10*(1), 1–11. Academic Search Premier.

Harder, V. S., Lor, J., Omland, L., & Rettew, D. C. (2023). Protective Associations between Supportive Environment and Suicidality among Minority and Majority Adolescents. *Archives of Suicide Research*, 1–15. Academic Search Premier.

Herrick, S. S. C., & Duncan, L. R. (2023). A systematic scoping review of physical education experiences from the perspective of LGBTQ+ students. *Sport, Education & Society*, *28*(9), 1099–1117. Academic Search Premier.

Herry, E., & Mulvey, K. L. (2024). Students in the margins: Lesbian, gay, and bi+ students' perceptions of school climate and discrimination. *Journal of LGBT Youth*, 1–23. Academic Search Premier.

Hong, J. S., Lee, J. M., Rivas-Koehl, M. M., Butler-Barnes, S., de Lara, E. W., & Voisin, D. R. (2023). Correlates of Perceived School Safety Among Black Adolescents in Chicago: Are There Sexual Orientation Differences? *Clinical Social Work Journal*, *51*(1), 86–99. Academic Search Premier.

Hong, J. S., Wade, R. M., Kim, J., Espelage, D. L., Washington, T., & Voisin, D. R. (2023). Future Orientation as a Moderator of Bullying Victimization and School Outcomes: Comparing Heterosexual and Sexual Minority Urban African American Adolescents. *Education & Urban Society*, *55*(8), 899–921. Academic Search Premier.

Horton, C. (2023). Gender minority stress in education: Protecting trans children's mental health in UK schools. *International Journal of Transgender Health*, *24*(2), 195–211. Academic Search Premier.

Ioverno, S., & Russell, S. T. (2022). School climate perceptions at the intersection of sex, grade, sexual, and gender identity. *Journal of Research on Adolescence (Wiley-Blackwell)*, *32*(1), 325–336. Academic Search Premier.

Jackson, S. D., Harvey, T. D., Watson, R. J., Pereira, K., & Clark, K. A. (2023). Multilevel Stigma and Depression Among a National Sample of Black and Latinx LGBTQ+ Adolescents in the United States. *Journal of Psychopathology & Clinical Science*, *132*(5), 577–589. Academic Search Premier.

Janssen, T., Gamarel, K. E., Mereish, E. H., Colby, S. M., Haikalis, M., & Jackson, K. M. (2023). Associations Among Enacted Stigma, Perceived Chances for Success, Life Satisfaction, and Substance Use Among Sexual Minority and Heterosexual Youth. *Substance Use & Misuse*, *58*(9), 1121–1131. Academic Search Premier.

Jarpe-Ratner, E., Marshall, B., Choudry, M., Wishart, M., Reid, B., Perez, E., & Fagen, M. (2022). Strategies to Support LGBTQ+ Students in High Schools: What Did We Learn in Chicago Public Schools? *Health Promotion Practice*, *23*(4), 686–698. Academic Search Premier.

Kaltiala, R., & Ellonen, N. (2022). Transgender identity and experiences of sexual harassment in adolescence. *Child Abuse Review*, *31*(4), 1–14. Academic Search Premier.

Kaufman, T. M. L., Lessard, L. M., & Watson, R. J. (2023). Heterogenous associations between Gender-Sexuality Alliances and LGBTQ adolescents' maladjustment across individual victimization level. *Journal of Research on Adolescence (Wiley-Blackwell)*, *33*(3), 890–898. Academic Search Premier.

Kesler, K., Gerber, A., Laris, B., Anderson, P., Baumler, E., & Coyle, K. (2023). High School FLASH Sexual Health Education Curriculum: LGBTQ Inclusivity Strategies Reduce Homophobia and Transphobia. *Prevention Science*, *24*, 272–282. Academic Search Premier.

Kiekens, W. J., Fish, J. N., Gordon, A. R., & Russell, S. T. (2022). Everyday Discrimination and Alcohol use among Sexual Minority Adults in a U.S. National Probability Sample. *Substance Use & Misuse*, *57*(9), 1383–1391. Academic Search Premier.

Kingsbury, M., Hammond, N. G., Johnstone, F., & Colman, I. (2022). Suicidality among sexual minority and transgender adolescents: A nationally representative population-based study of youth in Canada. *Canadian Medical Association Journal (CMAJ)*, *194*(22), E767–E774. Academic Search Premier.

Klocke, U. (2024). Sexualization of Children or Human Rights? Attitudes Toward Addressing Sexual-Orientation Diversity in School. *Journal of Homosexuality*, *71*(3), 600–631. Academic Search Premier.

Kreski, N. T., Chen, Q., Olfson, M., Cerdá, M., Martins, S. S., Mauro, P. M., Branas, C. C., Rajan, S., & Keyes, K. M. (2022). Experiences of Online Bullying and Offline Violence-Related Behaviors Among a Nationally Representative Sample of US Adolescents, 2011 to 2019. *Journal of School Health*, *92*(4), 376–386. Academic Search Premier.

Kreski, N. T., Chen, Q., Olfson, M., Cerdá, M., Martins, S. S., Mauro, P. M., Hasin, D. S., & Keyes, K. M. (2022). National Trends and Disparities in Bullying and Suicidal Behavior Across Demographic Subgroups of US Adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry*, *61*(12), 1435–1444. Academic Search Premier.

Lawrence, S. E., Watson, R. J., Eadeh, H., Brown, C., Puhl, R. M., & Eisenberg, M. E. (2024). Bias-based bullying, self-esteem, queer identity pride, and disordered eating behaviors among sexually and gender diverse adolescents. *International Journal of Eating Disorders*, *57*(2), 303–315. Academic Search Premier.

Layland, E. K., Bränström, R., Murchison, G. R., & Pachankis, J. E. (2023). Kept in the Closet: Structural Stigma and the Timing of Sexual Minority Developmental Milestones Across 28 European Countries. *Journal of Youth & Adolescence*, *52*(10), 2012–2030. Academic Search Premier.

Levine, E. C., & Button, D. M. (2022). Interpersonal Violence Among Heterosexual and Sexual Minority Youth: Descriptive Findings From the 2017 Youth Risk Behavior Surveillance

System. *Journal of Interpersonal Violence*, *37*(13/14), NP12564–NP12583. Academic Search Premier.

Lin, K., & Liu, L. (2023). Friendly Teasing or Traumatic Bullying? Examining the Conditioning Effect of Social Distance on the Negative Psychological Outcomes of Homophobic Name-Calling. *Journal of School Violence*, *22*(3), 429–441. Academic Search Premier.

Liu, L., Batomen, B., Pollock, N. J., Contreras, G., Jackson, B., Pan, S., & Thompson, W. (2023). Suicidality and protective factors among sexual and gender minority youth and adults in Canada: A cross-sectional, population-based study. *BMC Public Health*, *23*(1), 1–13. Academic Search Premier.

Lo, C. O., Hu, S.-F., Sungur, H., & Lin, C.-H. (2022). Giftedness, Gender Identities, and Self-Acceptance: A Retrospective Study on LGBTQ+ Postsecondary Students. *Gifted Child Quarterly*, *66*(3), 171–187. Academic Search Premier.

Marquez, J., Humphrey, N., Black, L., Cutts, M., & Khanna, D. (2023). Gender and sexual identity-based inequalities in adolescent wellbeing: Findings from the #BeeWell Study. *BMC Public Health*, *23*(1), 1–19. Academic Search Premier.

Marzetti, H., McDaid, L., & O'Connor, R. (2022). "Am I really alive?": Understanding the role of homophobia, biphobia and transphobia in young LGBT+ people's suicidal distress. *Social Science & Medicine*, *298*, N.PAG-N.PAG. Academic Search Premier.

McCauley, P. S., Lessard, L. M., Babcock, N., Sun, N., Eaton, L. A., & Watson, R. J. (2024). Sexual Minority Youth Reporting SOGIE-Based Harassment to Adults at School: The Roles of Experienced Harassment, Outness, Safety, and Adult Support at School. *Journal of Youth & Adolescence*, *53*(3), 669–684. Academic Search Premier.

McClellan, L. S., van der Miesen, A. I. R., Tishelman, A. C., Fischbach, A. L., Song, M., Campos, L. A., & Strang, J. F. (2023). Cognitive and Developmental Profiles Associated with Self-Reported Sexual and Gender Minority Stigmatization Among Binary Transgender Adolescents. *Journal of Clinical Child & Adolescent Psychology*, 1–17. Academic Search Premier.

Mereish, E. H., Cox, D. J., & Goldbach, J. T. (2023). Heterosexist Bullying Victimization and Perpetration and Substance Use Among Heterosexual Adolescents. *International Journal of Behavioral Medicine*, *30*(3), 431–437. Academic Search Premier.

Mereish, E. H., Parra, L. A., Watson, R. J., & Fish, J. N. (2022). Subtle and Intersectional Minority Stress and Depressive Symptoms Among Sexual and Gender Minority Adolescents of Color: Mediating Role of Self-Esteem and Sense of Mastery. *Prevention Science*, *23*(1), 142–153. Academic Search Premier.

Mersky, J. P., Lee, C. P., & Hami, D. (2024). Adverse Childhood Experiences and Sexual Orientation: An Intersectional Analysis of Nationally Representative Data. *American Journal of Preventive Medicine*, *66*(3), 483–491. Academic Search Premier.

Murchison, G. R., Aguayo-Romero, R. A., Lett, E., Katz-Wise, S. L., Agénor, M., & Gordon, A. R. (2023). Transgender/nonbinary young adults' exposure to cissexism-related social stressors: Variation across gender groups. *Social Science & Medicine*, *329*, N.PAG-N.PAG. Academic Search Premier.

Park, I. Y., Speer, R., Whitfield, D. L., Kattari, L., Walls, E. N., & Christensen, C. (2022). Predictors of bullying, depression, and suicide attempts among youth: The intersection of

race/ethnicity by gender identity. *Children & Youth Services Review*, *139*, N.PAG-N.PAG. Academic Search Premier.

Parodi, K. B., Holt, M. K., Green, J. G., Katz-Wise, S. L., Shah, T. N., Kraus, A. D., & Xuan, Z. (2022). Associations between school-related factors and mental health among transgender and gender diverse youth. *Journal of School Psychology*, *90*, 135–149. Academic Search Premier.

Philbin, M. M., Wurtz, H. M., McCrimmon, T., Kelly, E., Homan, P., & Guta, A. (2023). How social policies shape the health and well-being of sexual- and gender-minority youth: Pathways of influence, social side effects and implications for life course trajectories. *Social Science & Medicine*, *317*, N.PAG-N.PAG. Academic Search Premier.

Pletta, D. R., Austin, S. B., Chen, J. T., Radix, A. E., Keuroghlian, A. S., Hughto, J. M. W., & Reisner, S. L. (2024). Lower levels of social support are associated with risk for future suicide attempts in a clinical sample of transgender and gender diverse adults. *Social Psychiatry & Psychiatric Epidemiology*, 1–12. Academic Search Premier.

Price, M. A., Hollinsaid, N. L., Bokhour, E. J., Johnston, C., Skov, H. E., Kaufman, G. W., Sheridan, M., & Olezeski, C. (2023). Transgender and Gender Diverse Youth's Experiences of Gender-Related Adversity. *Child & Adolescent Social Work Journal*, *40*(3), 361–380. Academic Search Premier.

Ray, C. M., Norris, A. L., Liu, G. S., Bogen, K. W., Pearlman, D. N., Reidy, D. E., Estefan, Lianne. F., & Orchowski, L. M. (2023). Interpersonal Violence Victimization Experiences of Middle School Youth: An Exploration by Gender and Sexual/Romantic Attraction. *Journal of Homosexuality*, *70*(12), 2901–2924. Academic Search Premier.

Renley, B. M., Burson, E., Simon, K. A., Caba, A. E., & Watson, R. J. (2022). Youth-specific sexual and gender minority state-level policies: Implications for pronoun, name, and bathroom/locker room use among gender minority youth. *Journal of Youth & Adolescence*, *51*(4), 780–791. Academic Search Premier.

Rivas-Koehl, M., Valido, A., Espelage, D. L., Robinson, L. E., Hong, J. S., Kuehl, T., Mintz, S., & Wyman, P. A. (2022). Understanding Protective Factors for Suicidality and Depression Among U.S. Sexual and Gender Minority Adolescents: Implications for School Psychologists. *School Psychology Review*, *51*(3), 290–303. Academic Search Premier.

Sabina, C., Wills, C., Robles, G., & Cuevas, C. A. (2022). Victimization of Sexual Minority Latinx Youth: Results From a National Survey. *Journal of Interpersonal Violence*, *37*(23/24), NP23513–NP23526. Academic Search Premier.

Sava, L. M., Earnshaw, V. A., Menino, D. D., Perrotti, J., & Reisner, S. L. (2021). LGBTQ Student Health: A Mixed-Methods Study of Unmet Needs in Massachusetts Schools. *Journal of School Health*, *91*(11), 894–905. Academic Search Premier.

Sedillo-Hamann, D. (2023). Building Adolescent Self-efficacy and Resilience Through Social Action. *Child & Adolescent Social Work Journal*, *40*(3), 409–417. Academic Search Premier.

Smith, D. M., Johns, N. E., & Raj, A. (2022). Do Sexual Minorities Face Greater Risk for Sexual Harassment, Ever and at School, in Adolescence?: Findings From a 2019 Cross-Sectional Study of U.S. Adults. *Journal of Interpersonal Violence*, *37*(3/4), NP1963–NP1987. Academic Search Premier.

Suarez, N. A., Cooper, A. C., Kaczkowski, W., Li, J., Robin, L., & Sims, V. M. (2022). Associations of a Multilevel School Health Program and Health Outcomes Among Lesbian, Gay, and Bisexual Youth. *AIDS Education & Prevention*, *34*(5), 395–412. Academic Search Premier.

Sutton, T. E., Edwards, K. M., Siller, L., & Shorey, R. C. (2022). An Exploration of Factors that Mediate the Relationship Between Adverse Childhood Experiences and Sexual Assault Victimization Among LGBTQ+ College Students. *Child Maltreatment*, *27*(4), 539–549. Academic Search Premier.

Tabaac, A. R., Johns, M. M., Zubizarreta, D., Haneuse, S., Tan, A. S. L., Austin, S. B., Potter, J., Lindberg, L., & Charlton, B. M. (2023). Associations between sexual orientation, sex education curriculum, and exposure to affirming/disaffirming LGB content in two US-based cohorts of adolescents. *Sex Education*, *23*(5), 506–523. Academic Search Premier.

Tassi, C., Billman, M., & Roden, R. C. C. (2023). 111. Transgender Youths' Perception of Safety at School and at Home. *Journal of Pediatric & Adolescent Gynecology*, *36*(2), 220–220. Academic Search Premier.

Teasdale, B., & Bradley, M. S. (2022). Weapon Carrying and Weapon Brandishing at School: Responses to Strain Among Same-Sex Attracted Youth. *Journal of Interpersonal Violence*, *37*(9/10), NP6112–NP6134. Academic Search Premier.

Truong, N. L., & Zongrone, A. D. (2022). The role of GSA participation, victimization based on sexual orientation, and race on psychosocial well-being among LGBTQ secondary school students. *Psychology in the Schools*, *59*(1), 181–207. Academic Search Premier.

Wallace, E. R., O'Neill, S., & Lagdon, S. (2024). Risk and protective factors for suicidality among lesbian, gay, bisexual, transgender, and queer (LGBTQ+) young people, from countries with a high global acceptance index (GAI), within the context of the socio-ecological model: A scoping review. *Journal of Adolescence*, 1. Academic Search Premier.

WATSON, R. B. (2023). A NEW SEX EDUCATION: THE TITLE IX DEFENSE AGAINST "DON'T SAY GAY". *Indiana Law Review*, *57*(2), 403–419. Academic Search Premier.

Wright, M. F., & Wachs, S. (2024). Homophobic cyberbullying involvement and academic outcomes among LGBTQIA adolescents: Moderating effect of perceived social support from Gay-Straight Alliances. *European Journal of Developmental Psychology*, 1–17. Academic Search Premier.

Wright, M. F., Wachs, S., & Gámez-Guadix, M. (2022). The Role of Perceived Gay-Straight Alliance Social Support in the Longitudinal Association Between Homophobic Cyberbullying and LGBTQIA Adolescents' Depressive and Anxiety Symptoms. *Journal of Youth & Adolescence*, *51*(7), 1388–1396. Academic Search Premier.

Zhao, Z., Toomey, R. B., & Anhalt, K. (2021). Sexual orientation disclosure to classmates among Latinx sexual minority high school and college youth. *Journal of Research on Adolescence (Wiley-Blackwell)*, *31*(4), 1235–1245. Academic Search Premier.

Zhao, Z., Toomey, R. B., & Anhalt, K. (2024). Sexual Orientation-Based Victimization and Internalized Homonegativity Among Latinx Sexual Minority Youth: The Moderating Effects of Social Support and School Level. *Journal of Homosexuality*, *71*(1), 1–27. Academic Search Premier.

Exhibit A to McGuire Report

## CURRICULUM VITAE FOR PROMOTION AND TENURE

## JENIFER K. MCGUIRE

### IDENTIFYING INFORMATION

#### Academic Rank

Professor and Extension Specialist in Department of Family Social Science (FSOS)
College of Education and Human Development (CEHD)
Graduate Faculty Appointment in Department of Family Social Science
University of Minnesota (UMN)
jmcguire@umn.edu

#### Education

| Degree | Institution | Date Degree Granted |
|--------|-------------|---------------------|
| B.A. | University of Colorado, Boulder<br>*Magna Cum Laude*<br>Communications & Psychology | 1992 |
| M.S. | University of Arizona, Tucson<br>Family Studies | 1998 |
| MPH | University of Arizona, Tucson<br>Family and Community Health | 2001 |
| Ph.D. | University of Arizona, Tucson<br>Human Development and Family Studies<br>Mentor Dr. Bonnie Barber | 2003 |

#### Positions/Employment

**University of Minnesota, Twin Cities**,                                    (2014 – current)
Department of Family Social Science
Previous rank (Associate Professor)                                            (2014-2021)
Current rank (Professor)                                                (2021- current)

**Vrie Universitat Medical Center (VUMC), Amsterdam, NL**        (2012-2013)
Center for Expertise on Gender Dysphoria
Visiting Research Scientist (on research leave from WSU)

**John Cabot University, Rome, Italy**                                                (2012)
Summer Psychology Instructor, Adolescent Development

**Washington State University, Pullman**                                    (2006-2014)
Department of Human Development
Previous rank (Associate Professor)                                            (2012-2014)
Previous rank (Assistant Professor)                                            (2006-2012)

*Major intellectual contribution, [1]Student co-authors
[2]Extension Educator Or Community Practitioner

**University of Arizona, Tucson** (2003-2006)
*Institute for Children, Youth and Families,*
Post-doctoral Researcher, Mentor Dr. Stephen Russell, (2003-2006)
Internship Coordinator, Supervisor Dr. Mari Wilhelm (1998-1999)
*Division of Family Studies / Human Development*
Research Associate, Supervisor Dr. Bonnie Barber (2002-2003)
Program Evaluation Coordinator –Cooperative Extension (1996-1998)

**LeCroy and Milligan Associates, Tucson, AZ** (1998-2002)
Evaluation Specialist

**University of Colorado, Boulder**
*Institute for Behavioral Sciences*
Research Assistant, Mentor Dr. Jacquelynne Eccles (1993-1995)

**Boulder County Mental Health System**
*Halcyon Adolescent Day Treatment Program*
Director of Extended Day and Summer Programming (1994-1995)
*Longmont Child Day Treatment Program*
Director of extended day and group leader for summer programming (1993)
Volunteer and Intern (1991-1992)

**Current Memberships in Professional Organizations**
National Council on Family Relations (NCFR)
Society for Research on Adolescence (SRA)
Society for Research in Child Development (SRCD)
World Professional Association for Transgender Health (WPATH)
U.S. Professional Association for Transgender Health (USPATH)

## HONORS AND AWARDS FOR RESEARCH/CREATIVE WORK, TEACHING, PUBLIC ENGAGEMENT, AND SERVICE

### University of Minnesota – Post Tenure

2023 CEHD outstanding research award

2022 Department Nomination for McKnight Distinguished Professorship

2018 Deans Award for Distinguished Campus Based Faculty, University of Minnesota Extension

2016-17 Scholar in Residence, Institute for Children Youth and Families, University of Minnesota, College of Extension

### External Sources - Post Tenure

2022 Communications Award—Learning Module/Notebook National Finalist, *A Changing Way of Life: Ambiguous Loss and Farming*. National Association of County Agricultural Agents

2020-21 LEAD21 Leadership Development Program

2019 Mary W. Wells Memorial Diversity Award, National Educational Association for Family and Consumer Scientists, MFLN 2018 Virtual Conference - Cultural Competency Awareness, Action, and

Advocacy, 1st Place National Winner and 1st Place Central Region Winner, Co-award with Military Families Learning Network (MFLN)

2014 National Council on Family Relations, Innovative Research Award. Kuvalanka, K., Goldberg, A., and McGuire, J. K. The Trans* Kids Project.

**External Sources - Pre Tenure**

2010 Hugo G. Beigel Award, *The Journal of Sex Research*, award for best article of the year to: McGuire, J. K. & Barber, B. L. (2010). Late adolescent sexual styles: A person centered approach to the multifaceted nature of sexual behavior. *The Journal of Sex Research, 47*, 301-313.

2010 Society for Research on Adolescence Social Policy Publication Award: Best Edited Book. Russell, S. T., McGuire, J. K., & Laub, C. (2008). School climate for Lesbian, Gay, Bisexual, and Transgender (LGBT) students: Within- and between-school variability. In M. Shinn & H. Yoshikawa (Eds.), *Toward positive youth development: Transforming schools and community programs* (pp. 133-149). New York: Oxford University Press.

2009 Leadership Fellows Award: Washington Campus Compact

**Visiting Professor, Scholar, Research Scientist appointments**

National Center for Gender Spectrum Health, Program in Human Sexuality, University of Minnesota Department of Family and Community Medicine, (2017 – 2021) Co-Associate Director for Research

University of Maryland, College Park, Department of Family Science, 2019, Honorary Graduate Faculty in order to participate on a PhD committee

Vrie Universitat Medical Center (VUMC), Netherlands, Center for Expertise in Gender Dysphoria, 2012-2013, longitudinal clinical and community based research with children and adolescents who have gender dysphoria

John Cabot University, Rome Italy, 2012, Summer Lecturer Department of Psychology

**RESEARCH, SCHOLARSHIP, AND CREATIVE WORK**

**Grants and Contracts**

    **External Sources**

        **Received at the University of Minnesota**
        Co-Investigator
        Espinoza, S. & McGuire J.K.
        Williams Institute Transgender sports participation initiative
        Minding the Gap: Examining Sports participation among Transgender Youth Athletes.
        (2022-2024)
        $5,400 direct costs (no salary)

        Collaborator
        Olson, P.D., & Katras, M. J. (CO-PIs), University of Minnesota Extension
        MDH – Minnesota Department of Agriculture

*Rural Stress and Farm Safety: Year four initiative* (2023-2024)
Contribution: Ambiguous Loss in Farm Families Facilitator training, evaluation, program development
$45,000, direct costs (2% salary)


Olson, P.D., & Katras, M. J. (CO-PIs), University of Minnesota Extension
MDH – Minnesota Department of Agriculture
*Rural Stress and Farm Safety: Bend Don't Break Initiative* (2022-2023)
Contribution: Ambiguous Loss in Farm Families Facilitator training
$30,000, direct costs (no salary)

Olson, P.D., & Krekelberg, M. J. (CO-PIs), University of Minnesota Extension
MDH – Minnesota Department of Health
*Rural Stress and Farm Safety* (2021-2022)
Contribution: Ambiguous Loss in Farm Families Facilitator training
$60,000, direct costs (no salary)

Collaborator
Olson, P.D., & Katras, M. J. (CO-PIs), University of Minnesota Extension
NIFA – National Institute of Food and Agriculture
*Rural Stress and Farm Safety* (2020-2021)
Contribution: Ambiguous Loss in Farm Families
$35,000, direct costs, $10,000 is my portion.

Collaborator
Becher, E. H., & Katras, M. J. (CO-PIs), University of Minnesota Extension
SAMHSA - Substance Abuse and Mental Health Services Administration
*Building Capacity in Rural Sioux Communities* (2019-2022)
Contribution: Consultation on sexual orientation, gender identity and family relationships
$330,722, direct costs, 1% is my portion.

Co-coordinator
McGuire, J. K., & Oswald, R. F. (UIUC) Co-coordinators
USDA - Department of Agriculture, North Central Region Multi-state Research Awards
North Central Extension/ Education Research Activity (NCERA 218).
Health, Economic Development and Well-being of Sexual and Gender Minority Persons in Rural America." (2018-2023 - 5 year approval)
Each institution covers travel costs to annual meetings and administrative costs
$2,500 per year for 5 years is my portion.

Co-coordinator
McGuire, J. K., & Oswald, R. F. (UIUC) Co-coordinators
USDA - Department of Agriculture, North Central Region Multi-state Development Awards
North Central Development Committee (NCDC 229).
Health, Economic Development and Well-being of Sexual and Gender Minority Persons in Rural America." (2015-2017 - 2 year development approval)
Each institution covers travel costs to annual meetings and administrative costs
$2,500 per year for 2 years is my portion.

*Major intellectual contribution, [1]Student co-authors
[2]Extension Educator Or Community Practitioner

Co-Investigator
Kuvalanka, K. (PI – Miami U.), Golberg, A. E. (Clark U.) & McGuire, J. K. (Co-I)
NCFR - National Council on Family Relations, Innovative Research Award.
The Trans* Kids Project (2014 – 2016)
$10,000, direct costs.

### Received at the University of Minnesota – Student Grants

Adviser: MA/Ph.D. Candidate
Morrow, Q. J., (PI)
NSF - National Science Foundation Graduate Research Fellowship
Genderfluid Experiences in a Transgender Community-Based Sample (2019- 2022)
$132,000, direct costs.

Campus Mentor: Co-adviser, PhD Candidate
Hunt, Q (PI)
Active Minds Emerging Scholars Award: Scattergood Foundation
Suicidality among transgender youth (2016)
$1,250 + travel and training costs

### Received at other universities

Principal Investigator
Brown, M., (Co-I)
AACU - Association of American Colleges and Universities,
Bringing theory to practice, Types and conditions of service learning: Associations with civic responsibility, self-efficacy, and wellbeing, (2011-2012)
$7,400, direct costs.

Co-Investigator
Rogers, K. B., (Co-I)
Department of Health and Human Services, Clarkston Washington
Community Based Abstinence Education Evaluation, 2008-2009
$29,000

Principal Investigator
NICHD Summer Scholars Institute,
Health and Well-being of transgender youth, (2007)
Travel costs and training (~$ 2,500)

Principal Investigator
SPSSI - for the Psychological Study of Social Issues
Internship award, Community services to support transgender youth, (2004)
$2,500

## University Sources
### Received at University of Minnesota

#### Competitive

Principal Investigator

McGuire, J. K.,
College of Education and Human Development, Sabbatical leave research grant
Leadership Development to Enhance Research and Programming
(2021)
$22,000, direct costs

Principal Investigator
McGuire, J. K., & Callaway, K. J.
Family Social Science, Departmental Grant
Queer and Trans Family Relationships and Resource Access during the Covid 19 Pandemic
(2020)
$3,000, direct costs

Consultant
Piehler, T. & Becher-Ingwalson, A. (Co-PIs)
CTSI - Center for Translational Science Institute, UMN
Pilot Prevention Program Development for Parents and their Gender Nonconforming
Adolescents (2020-2022)
$30,000 direct costs, 1% is my portion

Principal Investigator
AES - Agricultural Experiment Station, Competitive departmental grant, UMN
Health and economic opportunity for rural transgender persons, (2017-18)
$35,000, direct costs.

Principal Investigator
AES - Agricultural Experiment Station, Competitive departmental grant, UMN
Well-being among rural LGBT persons, (2015-16)
$25,000, direct costs.

**Noncompetitive**

Principal Investigator
Berg, D. R., Spencer, K., Rider, N. (Co-I)
NCGSH - National Center for Gender Spectrum Health, UMN, Department of Family and
Community Medicine
Development of measures to assess multidimensional gender characteristics across a broad
spectrum of gender expression using nonbinary indicators appropriate for longitudinal
analyses. 2015- 2021
Ongoing support of $10,000 direct costs per year plus .25 FTE GRA support, plus 2,000
travel costs

Principal Investigator
CYFC - Children Youth and Families Consortium, UMN Extension
Scholar in Residence, Supporting the well-being of transgender youth, (2017, Sept- Dec)
$28,000, direct costs.

Principal Investigator
CYFC - Children Youth and Families Consortium, UMN Extension
Scholar in Residence, Supporting the well-being of transgender youth, (2016- June 17)
$74,000, direct costs.

*Major intellectual contribution, [1]Student co-authors
[2]Extension Educator Or Community Practitioner

Principal Investigator
Center for Family Development, UMN Extension
Parents Forever sex and gender minority coparent education research, (2015-2017)
$26,000 (support for .25 FTE GRA, plus $10,000 direct research costs)

**Received at other Universities**
Principal Investigator
Alcohol and Drug Abuse Research Program, Washington State University,
Family Relationships and substance use among transgender adolescents and young adults,
(2010-2013)
$34,000, direct costs.

**Received at the University of Minnesota – Student Grants**
Adviser
Sloan Okrey Anderson
Seashore Graduate Fellowship, College of Education and Human Development
Family environment and relationships in non-affirming Christian families: A qualitative study
with SGM adults and their siblings (2020-2021)
$2,200, direct costs.

**Pending and unfunded proposals**
  **External sources**

   **Unfunded**
Multiple-Principal Investigator
Strang, J., McGuire, J. K., Toomey, R.T & Poteat, T. (Co-PI)
NIH, NIMHD - National Institutes of Health, Minority Health and Health Disparities
R01 Barriers and Facilitators to Accessing Time-Dependent Gender Supports and Care for
Multi-Disparity Gender Minority Youth and their Families (2022-2027)
$2,500,000 Direct costs of total multi-site grant, $712,000 to UMN
Discussed not funded Fall 2021

Multiple-Principal Investigator
McGuire, J. K., Strang, J., & Tischelman, A. (Co-PI)
NIH, NIMHD - National Institutes of Health, Minority Health and Health Disparities
R01 Helping gender minority youth obtain the care they need: The development and
validation of a dimensional gender-based screening and assessment tool for clinical and
community settings (2021-2026) Submitted 2020
$2,500,000 Direct costs of total multi-site grant, $688,000 to UMN

Multiple-Principal Investigator
McGuire, J. K., & Strang, J. (Co-PI)
NIH, NIMHD - National Institutes of Health, Minority Health and Health Disparities
R21 Validating individual, family, and community assessments of acceptance, rejection, and
support in gender minority youth across the socioeconomic spectrum (2021-2023) Submitted
2020, $275,000 Direct costs of total multi-site grant, $132,000 to UMN

Advisory board member
Jody Russon (PI), Virginia Tech University, Human Development and Family Science

AFSP - American Foundation for Suicide Prevention
National needs assessment for transgender and gender nonconforming youth with suicidal thoughts and behaviors (2021-2024), resubmitted in 2021.
$60,000, direct costs.

Consultant
Katie Heiden-Rootes (PI), Saint Louis University, School of Medicine.
NIH, NICHHD - National Institutes of Health, Child Health and Human Development
R21 A family resilience investigation into critical family processes influencing transgender and gender non-conforming adolescent health and development (2021-2023).
$275,000 direct costs, $4,500 – my portion.

Advisory-Consultant
Hunt, Q. (PI)
BYU – Brigham Young University, *Diversity, Collaboration, and Inclusion Grant.*
Funding to support qualitative research with transgender people that are current or ex-members of the Church of Jesus Christ of Latter-day Saints about religion, family relationships, and suicide (2020-2021).
$4,995, direct costs.

Principal application
Bush Foundation
Application to become Leadership Fellow (2020-2021).
Final status: Quarter-finalist
$100,000, direct costs

Principal Investigator
William T. Grant Foundation
Food insecurity among LGBTQ youth: Researching cultural adaptation of evidence based approaches (Letter of Inquiry, 2019)
$575,000, direct costs.

Principal Investigator
NIH, NICHHD - National Institutes of Health, Child Health and Human Development
R01 Measurement development for transgender and genderqueer clinical care. (2018)
$2,500,000 Direct costs across multi-site grant

Principal Investigator
USDA Department of Agriculture, CYFAR, Children Youth and Families at Risk
Well-being for rural LGBT adolescents, (2017)
Direct costs $500,000

Co-Investigator
PI Quevedo – UMN Psychiatry (2017)
NIH, NICHHD - National Institutes of Health, Child Health and Human Development
Suicidality and parent affirmation among transgender adolescents.
$275,000 direct costs.

Consultant
Lipstein, E. (PI) Cincinnati Children's hospital (2017)
NIH, NICHHD - National Institutes of Health, Child Health and Human Development

Decision making for gender affirming hormone therapy.
$275, 000 direct costs.

Co-Investigator
Bockting, (PI)
NIH, NICHHD - National Institutes of Health, Child Health and Human Development
R01, Resiliency among Genderqueer and non-binary identified transpersons (2017-2022)
$300,000 direct costs over five years (MN portion)

Co-investigator
PI Bockting
NIH, NICHHD - National Institutes of Health, Child Health and Human Development
Supplement, Co-I, Resiliency among transgender persons (2015).
$100,000 direct costs.

Principal Investigator
NIH, NICHHD - National Institutes of Health, Child Health and Human Development
R03 Gender Identity Development among Gender Dysphoric Youth, (2014)
(Scored at 11th percentile, not funded),
$100,000 direct costs.

**University sources**
**Pending and Unfunded**

Co-Investigator, MN Futures
Piehler, T. (PI) Educational support for transgender and gender nonconforming children.
Submission planned March 2022

Co-Principal Investigator
Berg, D. R. (Co-I)
OACA  - Office of Academic Consulting Multi-college collaboration
Family support and acceptance for adolescents who are gender diverse (2019-2021)
$200,000, direct costs.

Principal Investigator
OACA - Office of Academic Consulting, Big Ideas Proposal
Two Spirit support, advisory and consultation (2020)
$30,000, direct costs.

**Publications**

**The following link provides a complete bibliography of publications listed in PubMed:**
https://www.ncbi.nlm.nih.gov/sites/myncbi/jenifer.mcguire.1/bibliography/49115628/public/?sort=date&direction=descending

**Refereed Journal Articles, under review or revision for resubmission**

Callahan, C, & McGuire, J.K. (under review). Parental identity development for transgender and gender
        nonconforming young adults.  Under review at *Family Relations*.

*Major intellectual contribution, [1]Student co-authors
[2] Extension Educator Or Community Practitioner

Naderi, S. & McGuire, J. K. (under review) Police experiences for transgender and gender nonconforming adults, links to well-being. Under review at *Psychology of Violence*.

Quin J. Morrow 1 , Jenifer K. McGuire 1 , Logan L. Barsigian 2 , Phillip L. Hammack 2 , & Stephen T. Russell. (under review). Gender Queries: Validating the Genderqueer Identity Scale Using Deductive Qualitative Analysis. Article under review *PSOGD*

Callaway, K.J., & McGuire, J. K. (under review) Family financial socialization among queer and trans young adults. Paper under review *Journal of Family Economics*

### Refereed Journal Articles, Published or in Press

Espinoza, S. & McGuire, J.K. (2023) Physical activity disparity among gender diverse youth. *Journal of Adolescent Health*, online advince print queue.

Morrow, Q. J., & McGuire, J. K. (2023). A qualitative inquiry of associations between family environment and suicidality for transgender youth experiencing homelessness. *Journal of Adolescent Research*.

Strang, John F, Wallace, Gregory L, Michaelson, Jacob J, Fischbach, Abigail L, Thomas, Taylor R, Jack, Allison, et al. (2023). The Gender Self-Report: A multidimensional gender characterization tool for gender-diverse and cisgender youth and adults. *American Psychologist*, No Pagination Specified. https://doi.org/10.1037/amp0001117

Allen, S. H., Fish, J. N., McGuire, J. K., & Leslie, L. A. (2022). Beyond the (family) binary: Family environment heterogeneity and associations with health outcomes among transgender adults. *Journal of Marriage & Family.* Allen, Samuel H, Fish, Jessica N, McGuire, Jenifer K & Leslie, Leigh A. (2022). Beyond the (family) binary: Family environment heterogeneity among transgender adults. *Journal of Marriage and Family*, *84*, 941-961. https://doi.org/10.1111/jomf.12835

Becher, E.[2], Lim S.[1], McGuire, J.K. Powell, S.[2], Cronin, S.,[1] McCann, E.[2], Deenanath, V.[1].(2022) Divorce and Predictors of Child Outcomes: The Impact of Divorce Education, Parenting, Coparenting and Adult Quality of Life. Family Science Review, 26, issue 2. DOI: 10.26536/KCGI5128

* Callahan, Connor J & McGuire, Jenifer K. (2022). Sexual orientation labelling: Relational processes of trans identity development. *Culture, Health & Sexuality*, No Pagination Specified. https://doi.org/10.1080/13691058.2021.1992014

Strang, J. F., Knauss, M., van der Miesen, A. I. R., McGuire, J. K, Kenworthy, L., Caplan, R., Freeman, A. J., Sadikova, E., Zacks, Z., Pervez, N., Balleur, A., Rowlands, D. W., Sibarium, E., Willing, L., McCool, M. A., Ehrbar, R. D., Wyss, S. E., Wimms, H., Tobing, J., Thomas, J., Austen, J., Pine, E., Griffin, A. D., Janssen, A., Gomez-Lobo, A., Brandt, A., Morgan, C., Meagher, H., Gohari, D., Kirby, L., Russell, L., Powers, M., & Anthony, L. G. (2022). A clinical program for transgender and gender-diverse autistic/ neurodiverse adolescents developed through community-based participatory design. *Journal of Clinical Child and Adolescent Psychology.* https://doi.org/10.1080/15374416.2020.1731817, PMID Pending**.**

*McGuire, J. K., Okrey-Anderson, S. [1], & Michaels, C. M. [2] (2021). "I don't think you belong in here:" The impact of gender segregated bathrooms on the safety, health, and equality of transgender people. *Journal of Gay and Lesbian Social Services.*

Okrey Anderson, Sloan & McGuire, Jenifer K. (2021). "I feel like god doesn't like me": Faith and ambiguous loss among transgender youth. Family Relations: An Interdisciplinary Journal of Applied Family Studies, No Pagination Specified. https://doi.org/10.1111/fare.12536

McGuire, J. K., & Reilly, A. (2020). Aesthetic Identity Development among Trans Adolescents and Young Adults. *Clothing and Textiles Research Journal.*  doi: 10.1177/0887302X20975382

Powell, S. [2], Cronin, S., [1] McCann, E. [2], McGuire, J., Becher, E.H. [2], & Hall, E. [1] (*2020*). Parent well-being in divorce education. *Journal of Family Strengths, 20:1*(2) 1-1. : https://digitalcommons.library.tmc.edu/jfs/vol20/iss1/2

McCann, E. [2], Powell, S. [2], McGuire, J. K., & Becher, E. H. [2] (2020). Reinvisioning coparent curriculum: Meeting the needs of a changing population. *Adult Learning*. https//doi.org/1045159519892681

*McGuire, J.K., Berg, D.R., Catalpa, J.M.[1], Morrow, Q.J. [1], Fish, J.N., Rider, G.N., Steensma, T. D., Cohen-Kettenis, P. T., & Spencer, K. (2020). Utrecht Gender Dysphoria Scale - Gender Spectrum (UGDS-GS): Construct validity among transgender, nonbinary, and LGBQ samples, *International Journal of Transgender Health*. https//doi.org/10.1080/26895269.2020.1723460

Bishop, A. [1], Overcash, F., McGuire, J., & Reicks, M. (2020). Diet and physical activity behaviors among adolescent transgender students: School survey results. *Journal of Adolescent Health, 66*(4), 484-490. .  doi: 10.1016/j.jadohealth.2019.10.026

Hunt, Q. A.[1], Weiler, L. M., Mendenhall, T. S., McGuire, J., Kobak, R., & Diamond, G. (2020). Testing basic assumptions of the Interpersonal Needs Questionnaire-15 in a sample of clinically depressed and suicidal youth. *Suicide and Life-Threatening Behavior*, *50*(2), 372-386. https//doi.org/10.1111/sltb.12594

Daley, T., Grossoehme, D.[2]; McGuire, J. K., Corathers, S, Conard, L., & Lipstien, E. (2019). "I couldn't see a downside": Decision-making about gender-affirming hormone therapy. *Journal of Adolescent Health, 65*(2), 274-279. https//doi.org/10.1016/j.jadohealth.2019.02.018

*Okrey-Anderson, S.[1], & McGuire, J. K. (2019). Personal faith and professional ethics: Best practice with families of sexual and gender minority youth. *Social Work, 64*(4), 365-372. https//doi.org/10.1093/sw/swz030

*Hunt, Q. A. [1]. Morrow, Q. J. [1], & McGuire, J. K., (2020). Experiences of suicide in trans-identified youth: A qualitative community based study. *Archives of Suicide Research, 24*, S340-S355. https://doi.org/10.1080/13811118.2019.1610677

*Reilly, A., Catalpa, J. M. [1], & McGuire, J. K. (2019). Clothing fit issues for trans people. *Fashion Studies, 1*(2), *1-21*. https://www.fashionstudies.ca/clothing-fit-issues-for-trans-people

Kuvalanka, K. A., Bellis, C.[2], Goldberg, A., & McGuire, J. K. (2019). An exploratory study of custody challenges experienced by affirming mothers of transgender and gender non-conforming children: Custody challenges involving trans children. *Family Court Review, 57*, 54-71.

*Catalpa, J. M.[1], McGuire, J. K., Berg, D. R., Fish, J. N., Rider, G. N., & Bradford, N. J. [1] (2019). Predictive validity of the Genderqueer Identity Scale (GQI): Differences between genderqueer, transgender and cisgender sexual minority individuals. *International Journal of Transgenderism, 20*(2-3), 305-314. https//doi.org/10.1080/15532739.2018.1528196

Becher, E. H.[2], Kim, H.[1], Cronin, S. E.[1], Deenanath, V.[1], McGuire, J. K., McCann, E.[2], & Powell, S[2]. (2019). Positive parenting and parental conflict: Contributions to resilient coparenting during divorce. *Family Relations: An Interdisciplinary Journal of Applied Family Studies*, *68*(1), 15-164. https://doi.org/10.1111/fare.12349

*McGuire, J. K., Beek, T. F.[1], Catalpa, J. M.[1], & Steensma, T. D. (2018). The Genderqueer Identity (GQI) scale: Measurement and validation of four distinct subscales with trans and LGBQ clinical and community samples in two countries. *International Journal of Transgenderism*, *20*(2-3), 298-304. https://doi.org/10.1080/15532739.2018.1460735

Rodgers, K. B., Tarimo, P.[1], McGuire, J. K., & Diversi, M. (2018). Motives, barriers, and ways of communicating in mother-daughter sexuality communication: A qualitative study of college women in Tanzania. *Sex Education, 18*(6), 626-639. https://doi.org/10.1080/14681811.2018.1451988

*Becher, E. H.[2], McGuire, J. K., McCann, E. M.[2], Powell, S.[2], Cronin, S. E.[1], & Deenanath, V.[1] (2018). Extension-based divorce education: A quasi-experimental design study of the Parents Forever program. *Journal of Divorce & Remarriage*, *59*(8) 633-652. https://doi.org/10.1080/10502556.2018.1466256

Bradford, N. J[1], Rider, G. N., Catalpa, J. M.[1], Morrow, Q. J.[1], Berg, D. R., Spencer, K. G., & McGuire, J. K. (2018). Creating gender: A thematic analysis of genderqueer narratives. *International Journal of Transgenderism*, *20*(2-3), 155-168. https://doi.org/10.1080/15532739.2018.1474516

*Catalpa, J. M.[1], & McGuire, J. K. (2018). Family boundary ambiguity among transgender youth. *Family Relations: An Interdisciplinary Journal of Applied Family Studies, 67*, 88-103. https://doi.org/10.1111/fare.12304

Oswald, R., Routon, J. M.[1], McGuire, J. K., & Holman, E. G. (2018). Tolerance versus support: Perceptions of residential community climate among LGB parents. *Family Relations: An Interdisciplinary Journal of Applied Family Studies*, *67*, 41-54. https://doi.org/10.1111/fare.12292

Cronin, S.[1], Becher, E. H.[2], McCann, E.[2], McGuire, J. K., & Powell, S.[2] (2017). Relational conflict and outcomes from an online divorce education program. *Evaluation and Program Planning, 62*, 49-55. https://doi.org/10.1016/j.evalprogplan.2017.02.008

Kuvalanka, K. A., Mahan, D.[1], J., McGuire, J. K., & Hoffman, T. K.[2] (2017). Perspectives of mothers of transgender and gender-nonconforming children with Autism Spectrum Disorder. *Journal of Homosexuality, 65*, 1167-1189. https://doi.org/10.1080/00918369.2017.1406221

*Norris, A. L.[1]., McGuire, J. K., & Stolz, C.[2] (2017). Direct and indirect experiences with heterosexism: How slurs impact all students. *Applied Developmental Science*, *22*, 154-167. https://doi.org/10.1080/10888691.2016.1245101

*McGuire, J. K., Dworkin, J., Borden, L. M., Perkins, D., & Russell, S. T. (2016). Youth motivations for program participation. *Journal of Youth Development, 11*(3) 7-25. http://jyd.pitt.edu/ojs/jyd/article/view/457/437

Dworkin, J., McCann, E.[2], & McGuire, J. K. (2016). Coparenting in the digital era: Exploring divorced parents' use of technology. In G. Gianesini, S. L. Blair (Eds.), *Divorce, separation, and remarriage: The transformation of family (Contemporary Perspectives in Family Research, Volume 10) (*pp.279 - 298). Emerald Group Publishing Limited.

*McGuire, J. K., Doty, J. L.[1], Catalpa, J. M.[1], & Ola, C.[1] (2016) Body image in transgender young people: Findings from a qualitative, community based study. *Body Image, 18*, 96-107. https://doi.org/10.1016/j.bodyim.2016.06.004, PMID: 27352103

*McGuire, J. K., Catalpa, J. M.[1], Lacey, V.[2], & Kuvalanka, K. (2016). Ambiguous loss as a framework for interpreting gender transitions in families. *Journal of Family Theory and Review, 8*(3)*, 372-385.* https//doi.org/10.1111/jftr.12159

*McGuire, J. K., Kuvalanka, K., Catalpa, J. M.[1], & Toomey, R. B. (2016). Transfamily theory: How the presence of Trans* family members informs gender development in families. *Journal of Family Theory and Review, 8*(1), 60-73. https//doi.org/10.1111/jftr.12125

*Snapp, S., McGuire, J. K., Sinclair, K. O., Gabrion, K., & Russell, S. T. (2015). LGBTQ-Inclusive curriculum: Why supportive curriculum matters. *Sex Education, 15*, 580-596. https://doi.org/10.1080/14681811.2015.1042573

Cleveland, H. H., Wiebe, R., McGuire, J., & Zheng, Y[1]. (2015). Predicting the drinking of minority adolescents from their exposure to white schoolmates: Differences and similarities between Hispanic, Black, and Asian adolescents. *Journal of Ethnicity in Substance Abuse, 14*, 166-186. https://doi.org/10.1080/15332640.2014.973626

*de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment, *Pediatrics, 134*(4), 696-704. https//doi.org/10.1542/peds.2013-2958, PMID: 25201798

*Steensma, T. D.[1], McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*, 582-590. https://doi.org/10.1016/j.jaac.2013.03.016, PMID: 23702447

*Rodgers, K. B., & McGuire, J. K. (2012). Adolescent sexual risk and multiple contexts: Interpersonal violence, parenting, and poverty. *Journal of Interpersonal Violence, 27*, 2091-2107. https://doi.org/10.1177/0886260511432148

*Toomey, R.[1], McGuire, J. K., & Russell, S. T. (2012). Perceptions of school safety for gender nonconforming peers: Within- and between-school variability in hetero-normative climates. *Journal of Adolescence, 35*(1) 187-196.  https://doi.org/10.1016/j.adolescence.2011.03.001

*McGuire, J. K., & Conover-Williams, M.[1] (2010). Creating spaces to support transgender youth. *The Prevention Researcher, 17*(4), 17-20.

*McGuire, J. K., & Barber, B. L. (2010). Late adolescent sexual styles: A person centered approach to the multifaceted nature of sexual behavior. *The Journal of Sex Research, 47, 301-313.* https://doi.org/10.1080/00224490903062266

*McGuire, J. K., Anderson, C. R.[1], Toomey, R. B.[1], & Russell, S. T. (2010). School climate for transgender youth: A mixed method investigation of student experiences and school responses. *Journal of Youth and Adolescence, 39*(10), 1175-1188*.* https://doi.org/10.1007/s10964-010-9540-7, PMID: 20428933

*McGuire, J. K., & Doty, V.[2] (2010). Innovations in teaching: Students as practitioners in a service learning context. *Michigan Family Review, 14, 110-121.*

*Broberg, D. M. [1], Broberg, K. A. [1], & McGuire, J. K. (2009). Policy approaches to offset food insecurity and obesity at the individual, family and community level. *Journal of Family and Consumer Sciences, 101*, 44-49.

*Rodgers, K.B., & McGuire, J.K., (2009). Poverty as a context for understanding adolescent sexual risk taking: Links to parental values. *International Journal of Child and Adolescent Health*, *2*(1), 109-115. http://ovidsp.ovid.com/ovidweb.cgi?T=JS&PAGE=reference&D=psyc6&NEWS=N&AN=2009-06365-011.

Hill, L. G., Parker, L. A., McGuire, J. K., & Sage, R. [1] (2009). Institutionalising science-based practices in children's services. *Journal of Child Services, 3*, 32-45.

*Russell, S. T., McGuire, J. K., Lee, S. A. [1], & Larriva, J. C. [1] (2008). Adolescent perceptions of school safety for students with lesbian, gay, bisexual, and transgender parents. *Journal of LGBT Youth, 5*, 11-27.

*McGuire, J. K. & Gamble, W. C. (2006). Community service for youth: The value of psychological engagement over number of hours spent. *Journal of Adolescence, 29*, 289-298. https//doi.org/10.1016/j.adolescence.2005.07.006

*McGuire, J. K., Walsh, M. B., & LeCroy, C. W. (2005). Content analyses of Title V Abstinence Only Education programs. Links between program topics and participant responses. *Sexuality Research & Social Policy: A Journal of the NSRC, 2*, 18-31. https//doi.org/10.1525/srsp.2005.2.4.18

*Adam, M. B., McGuire, J. K., Walsh, M., Basta, J. & LeCroy, C. W. (2005). Acculturation as a predictor of the onset of sexual intercourse among Hispanic teens and White teens. *Archives of Pediatric and Adolescent Medicine, 159*, 261-265.


**Invited Works – refereed/ peer reviewed**

Reilly, A., & McGuire, J. K. (2023). Negotiating gender dialectics with dress. *Handbook of Men and Masculinities*

McGuire, J. K. (2022) Queer and Trans Theory. In A. Few-Demo, K. Roy (Eds.) *Sourcebook of Family Theory and Review.*

Fish, J. N., Baams, L., & McGuire, J. K. (2021). Sexual and gender minority mental health issues among children and youth. In E. Rothblum, (Ed.), O*xford handbook of sexual and gender minority mental health* (pp. 229-243). Oxford University Press.

McGuire, J. K., & Morrow, Q. J.[1] (2020). Pathways of gender development. In G van Schalwyk, J. Turban, & M. Forcier (Eds.), *Pediatric gender identity: Psychiatric comorbidities* (pp. 33-46). Springer.

McGuire, J. K., Berg, D., Catalpa, J. M.[1], & Steensma, T. D. (2019). Genderqueer Identity Scale (GQI). In R. R. Milhausen, J. K. Sakaluk, T. D. Fisher, C. M. Davis, & W. L. Yarber, (Eds.), *Handbook of sexuality-related measures, 4th Ed*. (pp. 355-359). Routledge.

McGuire, J. K., Rider, N. G., Catalpa, J. M.[1], Steensma, T. D., Cohen-Kettenis, P. T., & Berg, D. (2019). Utrecht Gender Dysphoria Scale – Gender Spectrum (UGDS-GS). In R. R. Milhausen, J. K. Sakaluk, T. D. Fisher, C. M. Davis, & W. L. Yarber, (Eds.), *Handbook of sexuality-related measures, 4th Ed*. (pp. 359-362). Routledge.

Catalpa, J. M.[1], & McGuire, J. K. (2019). Mirror epiphany. In A. Reilly & B. Barry (Eds.) *Crossing boundaries: Fashion to deconstruct and reimagine gender* (pp. 47-59)*.* Intellect Books.

*McGuire, J. K. (2016). Review of S*isterhood is powerful: An anthology of writings from the women's liberation movement*. *Journal of Family Theory & Review, 8*, 227-231. doi:10.1111/jftr.12136

*McGuire, J. K., & Chrisler, A.[1] (2016). Body art among transgender youth. In Y. Kiuchi, & F. Villarruel, (Eds.), *The young are making their world: Essays on the power of youth culture*, (pp. 97-118). McFarland & Company.

*McGuire, J. K, & Brown, M. B.[2] (2016). Types and conditions of service learning: Links to student outcomes. In J. Field, B. Schmidt-Hertha, & A, Waxenegger (Eds.), *Universities and engagement: International perspectives on higher education and lifelong learning*, (pp. 117-129). Routledge Press.

*Rodgers, K. B., & McGuire, J. K. (2011). Poverty as a context for understanding adolescent sexual risk taking: Links to parental values. In J. Merrick (Ed.), *Child and adolescent health yearbook, 2009* (pp. 135-143).  Nova Biomedical Books. http://ovidsp.ovid.com/ovidweb.cgi?T=JS&PAGE=reference&D=psyc8&NEWS=N&AN=2013-16359-010

### Invited Works – editor reviewed
*McGuire, J. K. (2023). Transgender youth well-being. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies, 2nd ed*. Sage.

*McGuire, J. K. (2023). Puberty suppression for transgender youth. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies, 2nd ed.* Sage.

*McGuire, J. K. (2023). International and U.S. gender clinics. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies, 2nd ed.* Sage.

*McGuire, J. K., Callahan, C. (2023). Sexuality education LGBTQ inclusion mandates. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies, 2nd ed*. Sage.

*McGuire, J. K., & Catalpa, J. M.[1] (2018). Transgender youth. In R. Levesque (Ed.), *Encyclopedia of adolescence, 2nd Ed*. Springer.

*McGuire, J. K. (2016). Transgender youth well-being. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies*. Sage.

*McGuire, J. K. (2016). Puberty suppression for transgender youth. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies.* Sage.

*McGuire, J. K. (2016). International and U.S. gender clinics. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies*. Sage.

*McGuire, J. K. (2016). Sexuality education LGBTQ inclusion mandates. In A. E. Goldberg (Ed.), *Encyclopedia of LGBTQ Studies*. Sage.

de Vries, A. L. C., Kreukels, B., Steensma, T. D.; & McGuire, J. K. (2015). Gender identity development. In B. Kreukels, A. L. C. de Vries, T. D. Steensma, (Eds.); J. K. McGuire, (Assc. Ed.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge, (pp.* 53-80)*.* Springer Science + Business Media, https://doi.org/10.1007/978-1-4614-7441-8_3.

Kreukels, B., de Vries, A. l. C., Steensma,T. D.,  Eds; McGuire, J. K., Associate editor, (2015). *Gender dysphoria and disorders of sex development*: *Progress in care and knowledge.* Springer Science + Business Media, US; https//doi.org/10.1007/978-1-4614-7441-8_3.

*McGuire, J. K. (2012). Transgender youth. In R. Levesque (Ed.), *Encyclopedia of Adolescence*. Springer.

*Russell, S. T., McGuire, J. K., & Laub, C. [2] (2008). School climate for Lesbian, Gay, Bisexual, and Transgender (LGBT) students: Within- and between-school variability. In M. Shinn and H. Yoshikawa, (Eds.) *Toward positive youth development: Transforming schools and community programs* (pp. 133-149). Oxford University Press. https//doi.org/10.1093/acprof:oso/9780195327892.003.0008.

*Russell, S. T., & McGuire, J. K. (2006). Critical mental health issues for sexual minority adolescents. In F. A. Villaruel, and T. Luster (Eds.) *The crises in youth mental health: Critical issues and effective programs, Volume 2: Disorders in adolescence* (pp. 213-238). Greenwood Publishing Group Inc.

### Abstracts or Letters to the Editor – refereed

Krekelberg, E., McGuire, J.K. (2022). 2022 North American Agricultural Safety Summit: A New Day for Safety - Conference Abstracts, Abstract JA:2022-18: Support for mental health as a production tool in farming: An ambiguous loss perspective. Journal of Agromedicine, online. https://doi-org.ezp1.lib.umn.edu/10.1080/1059924X.2022.2112419

Strang, J. F., Janssen, A., Tishelman, A., Leibowitz, S. F., Kenworthy, L., McGuire, J. K., Edwards-Leeper, L., Mazefsky, C. A., Rofey, D., Bascom, J., Caplan, R., Gomez-Lobo, V., Berg., D., Zaks, Z., Wallace, G. L., Wimms, H., Pine-Twaddell, E., Shumer, D., Register-Brown, K., Sadikova, E., & Anthony, L. G. (2018). Letter to the Editor. Revisiting the link: Evidence of the rates of autism in studies of gender diverse individuals. *Journal of the American Academy of Child & Adolescent Psychiatry, 57*(11), 885-887. https//doi.org/10.1016/j.jaac.2018.04.023

*McGuire, J. K, Rash, J. [1], & Beets, N. [1] (2011). Family relationships as contexts for sexual health among transgender youth: 593. *Journal of Sexual Medicine, 8,* 231-232. http://ovidsp.ovid.com/ovidweb.cgi?T=JS&PAGE=reference&D=ovftl&NEWS=N&AN=01222926-201106003-00596.

*McGuire, J. K., & Russell, S. T. (2007). Health care utilization by sexual minority adolescents. *Journal of Adolescent Health, 40,* S28.

### Research Summaries for Professionals

Toomey, R.B., McGuire, J.K. Olson, K.R., Fish, J.N., Baams, L. (2022) Gender-Affirming Policies Support Transgender and Gender Diverse Youth's Health . State of the Evidence Research Brief, *Society for Research on Child Development*.

McGuire, J. K., Kuvalanka, K., Leslie, L. (April, 2021). Critical Benefits of Familial and Community Support for Transgender Youth. Research review submitted to the NCFR Board of Directors.

National Council on Family Relations (NCFR) Board (2021, April 26, supporting co-author). NCFR Board of Directors' Statement in Response to Recent Anti-Transgender Legislation

Michaels, C. [2], McGuire, J. K., Hoelscher, M. C. [2], Lacey, V. [2], Okrey-Anderson, S. [1], & Mahan, D. [1] (2017). ereview Summary: Mental Health of Transgender Youth: The Role of Family, School,

and Community in Promoting Resilience. University of Minnesota Extension. https://drive.google.com/file/d/1C6Ow1fK_UE0Ibuj4_uVFEykcZdi_axO8/view

*McGuire, J. K., Mahan, D. [1], Hoelscher, C. [2], & Lacey, V. [2] (2107).  Supportive contexts for transgender youth. McGuire, J., & Michaels, C. (Eds.) *Children's Mental Health ereview*. https://conservancy.umn.edu/handle/11299/187823

McCann, E. [2], Olson, K. [2], Hall, E. [1], Giles, M., & McCullough, R. (2015). Children in Common: Ensuring the Emotional Well-being of Children When Parenting Apart. McGuire, J. K., & Michaels, C. (Eds.) *Children's Mental Health ereview*. https://hdl.handle.net/11299/175941

McGuire, J. K. (2016-17). Certified Expert Witness before 7th circuit court of appeals for case regarding school discrimination against transgender student. Plaintiff awarded damages.


### Proceedings of Conferences – Refereed

### Invited Conference Presentations

McGuire, J.K. Invited Paneleist National Council on Family Relations. Policies and practices for transgender youth. November 2023

McGuire, J.K. (2023) Invited Panelist Society for Research on Adolescence. Global persectives on transgender youth.

McGuire, J. K., Chen, M.[1], Krasovec, I.[1], &,  Callahan, C.[1], (2021, November). *Future Possible Parenting Identity and Relationship Goals as They Intersect with Gender Affirmation Processes.* Invited Paper presentation at the International Conference on HIV/ AIDS among Transgender People Virtual.

Okrey-Anderson, S.[1], & McGuire, J. K. (2019, November). Spiritual ambiguous loss and resilience among transgender youth. In J. K. McGuire (Chair) *It's Complicated: The Lived Experiences of LGBTQ Individuals from Religious Families and Communities*. Invited symposium at the annual conference on the National Council on Family Relations, Fort Worth, Texas

*McGuire, J. K. (2018, September). Family rejection as a root cause of health disparity: Links between family support for transgender persons and health care access. Invited presentation at the European Society for the Study of Family Relations, Porto, Portugal.

*McGuire, J. K. (2018, March). Conceptualizing genderqueer as a multidimensional latent construct. Invited symposium at the Society for research on Adolescence, Minneapolis, MN.

*McGuire, J. K., & Russell, S.T. (2008, June). School climate for transgender students. Invited paper presented at the National Education Association Summer Institute on LGBT issues in the classroom.


### Conference Presentations and Posters

Piehler, T., Lessard, A., Maestre, F., Callahan, C. J., Wang, G., McGuire, J., Chan, A. C. Y., Rohovit, J., Morrell, N. Aamp; Winters, K. (2023, April). The Development of a Technology-Based, Preventive Resource for Gender-Expansive Adolescents. Paper presented at the 2023 Society for Research in Adolescence (SRA) Biennial Meeting, San Diego, CA.

Callahan, C. J., Wang, Y., McGuire, J. K., Fish, J. N., Schaefer, C., Allen, S. H., & Naderi, S. (2023, November). *Testing the Construct Validity of the Family Gender Environment Measure:Gender*

*Based Group Differences in Family Gender Environment.* Poster presented at the 2023 National Council on Family Relations (NCFR) Annual Conference, Orlando, FL.

Naderi, S., Callahan, C. J., & McGuire, J. K. (2023, November). *Model of the Relationship Between Police Experiences and Well-Being With the Mediation of Social Support in Gender-Diverse People.* Poster presented at the 2023 National Council on Family Relations (NCFR) Annual Conference, Orlando, FL.

Callahan, C. J., & McGuire, J. K. (2023, November). *A Systematic Review of How Trans and Gender Expansive Youth and Their Parents Navigate Gender-Affirming Care.* Poster presented at the 2023 National Council on Family Relations (NCFR) Annual Conference, Orlando, FL.

Callahan, C. J., & McGuire, J. K. (2023, September). *Clinical Considerations for Assisting Parents and Trans Youth Navigate Gender Affirming Care: A Critical Review of the Literature.* Poster presented at the 2023 American Association of Marriage and Family Therapist - Intervention Research for Systemic Therapy (AAMFT) Annual Conference, Provo, UT.

Krekelberg, E. & McGuire, J.K. (2023, May) Ambiguous Loss in Farm Families. National Health Outreach Conference. Ithaca New York.

McGuire, J.K. & Radar, S. (2023, February) Gender development in young childhood, family support and acceptance. Minnesota Parent Family Education Conference, Bloomington.

McGuire, J.K. (2022, November). Chair and moderator: Symposium title: Looking back, moving forward: Evolving family processes to support gender diverse and LGB young people. Callaway, Callahan, & McGuire.   Family of origin, chosen family and identity management strategies that predict quality of life for LGBTQ young adults. Symposium presented at National Concil on Family Relations (November, Minneapolis).

Callaway, Callahan, & McGuire.  (2022). Family of origin, chosen family and identity management strategies that predict quality of life for LGBTQ young adults. Symposium presented at LGBTQ Symposium (June, Kansas- Virtual).

Krekelberg, E.& McGuire, J. K.  (2022). Support for mental health as a production tool in farming: An ambiguous loss perspective. Agricultural Issues Seminar. Annual Meeting and Professional Improvement Conference of the National Association of County Agricultural Agents Proceedings.

Krekelberg, E., McGuire, J.K. (2022). Support for mental health as a production tool in farming: An ambiguous loss perspective. Poster presentation. North American Agricultural Safety Summit Proceedings, Las Vegas.

McGuire, J. K., Chen, M.[1], Krasovec, I.[1], &, Callahan, C.[1], (2021, November). *Future Possible Parenting Identity and Relationship Goals as They Intersect with Gender Affirmation Processes.* Symposium presentation at the National Council on Family Relations annual conference, Virtual.

Callaway, K. J.[1], McGuire, J. K., & Dworkin, J. (2020, March). *Technology as a resilience factor for identity development among trans and gender non-conforming youth*. Poster accepted for Society for Research on Adolescence (SRA) Biennial Conference, San Diego, CA. (Conference Cancelled).

Okrey-Anderson, S.[1], & McGuire, J. K. (2020, March). Religion-based and gender-based harassment of religious trans and gender non-conforming adolescents. Presentation accepted for Society for Research on Adolescence, San Diego, CA. (Conference Cancelled).

Okrey-Anderson, S.[1], & McGuire, J. K. (2019, November). Multiple ambiguous losses among religious and spiritual transgender people. In J. K. McGuire (Chair), *LBGTQ+ ambiguous loss theory: New extensions and applications* [Symposium]. National Council on Family Relations, Fort Worth, Texas

Morrow, Q. J.[1], & McGuire, J. K. (2019, November). *Ambiguous loss and transgender youth in foster care: Considerations for mental health.* In J. K. McGuire (Chair), *LGBTQ+ ambiguous loss*

*theory: New extensions and applications* [Symposium]. National Council on Family Relations, Fort Worth, TX.

Morrow, Q. J.[1], & McGuire, J. K. (2019, May). *Ambiguous loss and transgender youth in foster care: Considerations for mental health*. In J. K. McGuire (Chair), LGBTQ+ ambiguous loss theory: New extensions and applications [Symposium] 7th Annual LGBTQ Research Symposium, University of Illinois at Urbana-Champaign.

McGuire, J. K., Okrey-Anderson, S.[1], Schaefer, C.[1], Conner, J., & Berg, D. R. (2019, March). *Measurement of family gender environment (FGE) in transgender and cisgender young and middle adolescents and their parents*. Presentation at the 2019 Society for Research in Child Development (SRCD) Biennial Meeting, Baltimore, Maryland

Okrey-Anderson, S.[1], & McGuire, J. K. (2019, March). "*I feel like god doesn't like me": Faith and ambiguous loss among trans youth*. Poster Presentation at the 2019 CEHD Research Day Symposium, University of Minnesota, Minneapolis, Minnesota

Okrey-Anderson, S.[1], **&** McGuire, J. K. (2019, May*). Spiritual ambiguous loss and resilience among transgender youth*. Presentation at the 7th Annual LGBTQ Research Symposium, University of Illinois at Urbana-Champaign

*McGuire, J. K., & Berg, D. (2018, November). *The family environment scale: Examining parental support for TGNC adolescents*. Paper Presentation at the 25th Biennial WPATH Symposium, Buenos Aires, Argentina.

*McGuire, J. K., & Fish, J. N. (2018, November). *Family gender environment links to psychological well-being*. Paper presented at National Council on Family Relations, San Diego.

*Powell, S.[2], McGuire, J. K., & McCann, E[2]. (2018, November). *Intersectionality and identity salience in support seeking strategies of Sexual Gender Minority (SGM) parents following Divorce*. Paper presented at National Council on Family Relations, San Diego.

Smithee, L. C.[1], Grafsky, E. L., & McGuire, J. K. (2018, November). *Experiences of support and rejection from siblings and extended family members: Perspectives from transgender youth & young adults.* Presentation at the 8th Annual National Conference on Family Relations, San Diego, CA.

Morrow, Q. J.[1], & McGuire, J. K., (2018, November). *Family environment of transgender youth who have experienced homelessness*. Paper presented at the National Council for Family Relations Annual Conference, San Diego, CA.

Okrey-Anderson, S.[1], **&** McGuire, J. K. (2018, November). "*I feel like god doesn't like me": Faith and ambiguous loss among trans youth*. Poster Presentation at the annual conference on the National Council on Family Relations, San Diego, CA.

Chen, M.[1], McGuire, J. K., & Krasovec, I.[1] (2018, November). *Formation of future parental or non-parental identities in transgender young people: A qualitative study*. Paper presentation at the National Council on Family Relations annual conference, San Diego, CA.

Allen, S. H.[1] & McGuire, J. K. (2018, November). *That is the most important thing, that she is happy:' resilient parenting of a transgender young adult.* Poster presented at the National Council on Family Relations (NCFR) annual conference, San Diego, California, November 9TH.

Morrow, Q. J.[1], McGuire, J. K., & Russell, S. T. (2018, May). *Not trans enough? A qualitative study of diversity in genderqueer identity*. Paper presented at the 6th Annual LGBTQ Research Symposium, University of Illinois at Urbana-Champaign.

Allen, S. H.[1] & McGuire, J. K. (2018, May). *That is the most important thing, that she is happy:' resilient parenting of a transgender young adult*. Paper presented at the 6TH annual LGBTQ research symposium, Urbana-Champaign, IL, May 25TH.

Okrey-Anderson, S.[1], & McGuire, J. K. (2018, May). *Faith community boundary ambiguity for transgender youth and young adults*. Paper presentation at the 6th Annual LGBT Research Symposium, University of Illinois at Urbana-Champaign

*McGuire, J. K., Rider, G. N., & Catalpa, J. M.[1] (2018, March). *Gender identity based discipline disparities: Erosion of trust among trans students of color*. Paper presentation at the Society for Research on Adolescence, Minn. MN.

*McGuire, J. K., & Catalpa, J. M.[1] (2017, November). *Measurement of family environment for transgender people*. Paper presentation at the 2016 National Council on Family Relationships Annual Conference, Orlando, FL.

Reilly, A., Catalpa, J.[1], & McGuire, J. K. (2017). Transpeople and issues with fit of RTW clothing. Presented during *Inequalities around fashion bodies, style, and beauty: A seminar examining social injustices related to the apparel industry, discipline, and/or personal aesthetics*. Paper presentation at International Textile and Apparel Association, St. Petersburg, FL.

Catalpa, J. M.[1], & McGuire, J. K. (2017, September). *Mirror epiphany: transpersons' use of dress to create and sustain their affirmed gender identities*. Presentation at the 16th Annual Philadelphia Transgender Health Conference, Philadelphia, PA.

Catalpa, J. M.[1], & McGuire, J. K. (2017, May). *Queer methods: towards gender literate measurement*. Presentation at the 5th Annual LGBTQ Research Symposium, Champaign-Urbana, Il.

Catalpa, J. M.[1], & McGuire, J. K. (2017, March). *Sexual identity development among transgender youth*. Poster presented at CEHD Research Day 2017, Minneapolis, MN

Catalpa, J. M[1], & McGuire, J. K. (2017, February). *Building resiliency among transgender young adults*. Presentation at the Inaugural USPATH Symposium, Los Angeles, CA.

McGuire, J. K., & Catalpa, J. M.[1] (2017, February). *Revision of the Utrecht Gender Dysphoria Scale*. Presentation at the Inaugural USPATH Symposium, Los Angeles, CA.

Catalpa, J. M.[1], & McGuire, J. K., (2017, February). *Transgender youth sexuality: A qualitative analysis of sexual identity consolidation among transgender youth.* Presentation at the Inaugural USPATH Symposium, Los Angeles, CA.

Catalpa, J. M[1], Callahan, C.[1], & McGuire, J. K, (2016, November). *Transgender sexuality: A qualitative analysis of sexual identity development among transgender adolescents.* Presentation at the National Council on Family Relations Annual Conference, Minneapolis, MN.

Callahan, C.,[1] Catalpa, J. M.,[1] & McGuire, J. K. (2017, March). *Transgender sexuality: Changes in sexual orientation labelling and identity.* Presentation at the Society for Research on Adolescence, Baltimore, MD.

McGuire, J. K., & Catalpa, J. M.[1] (2016, November). *Primacy of gender in parenting trans young adults: A qualitative analysis.* Presentation at the 2016 National Council on Family Relations Annual Conference, Minneapolis, MN.

*Major intellectual contribution, [1]Student co-authors
[2]Extension Educator Or Community Practitioner

McGuire, J. K., Berg, D., Catalpa, J. M.[1], & Steensma, T. D. (2016, June). *Assessment and longitudinal research with adolescents referred for gender services*. Symposium Presentation at the 24th Biennial WPATH Symposium, Amsterdam, NL.

Berg, D., Spencer, K., Becker-Warner, R., Vencill, J, Catalpa, J. M.[1], & McGuire, J. K. (2016, June). *The Trans-affirmative developmental model of psychotherapy (TADMP): Transforming psychotherapy within transgender health care across the lifespan*. Symposium Presentation at the 24th Biennial WPATH Symposium, Amsterdam, NL.

Catalpa, J. M.,[1] & McGuire, J. K. (2016, June). *Community based description of non-binary identities*. Presentation at the 24th Biennial WPATH Symposium, Amsterdam, NL.

Catalpa, J. M.,[1] & McGuire, J. K. (2016, June). *Building resiliency among transgender young adults*. Presentation at the 24th Biennial WPATH Symposium, Amsterdam, NL.

Catalpa, J. M.[1] & McGuire, J. K. (2016, May). *Family Transitions: A qualitative analysis of ambiguous loss among transgender youth*. Presentation at the 4th Annual LGBTQ Research Symposium, Urbana- Champagne, IL

Hunt, Q.[1], McGuire, J. K., & Catalpa, J.[1] (2016, November). *Suicide and sexual minorities: Implications for family science*. Paper presentation at the National Council on Family Relations Annual Conference, Minneapolis, MN.

Hunt, Q.[1], McGuire, J. K., & Catalpa, J.[1] (2016, May). *Suicide as self-preservation: Contradictory resilience in trans-identified youth.* Paper presentation at the LGBT Research Symposium Annual Conference, Champaign, IL.

Hunt, Q.[1], Catalpa, J.[1], Zhang, N.[1], & McGuire, J. K. (2016, April). *Validation of the interpersonal theory of suicide in trans-identified youth.* Paper presentation at the American Association of Suicidology Annual Conference, Chicago, IL.

Hall, E. L.[1], & McGuire, J., K. (2016, May). *Separation and custody negotiations in sex and gender minority (SGM) couples*. Paper presented at the 3rd Annual LGBTQ Symposium, UIUC.

Hall, E. L.[1], & McGuire, J., K. (2016, November). *Barriers to relevant separation and coparent services for separating sex and gender minority (SGM) couples*. Poster presented at the National Council on Family Relations, Minneapolis, MN.

Sano, Y., McGuire, J. K., & Ontai, L. (2015, November). *Parental mental health and child outcomes*. Poster Presentation at the National Council on Family Relationships Annual Conference, Vancouver, BC.

Dyk, P., Greder, K., Sano, Y., McGuire, J. K., & Ontai, L. (2015, November). *Psycho-social risk and child obesity in low-income, rural, families*. Poster Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

McGuire, J. K., Bretherson, S., Powell, S.[2], Becher, E.[2], Hall, E. L.[1], Cronin, S.[1], & McCann, E.[2] (2015, November). *Improving outcomes for families following divorce and separation: Evidence from Minnesota's Parents Forever program*. Paper Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

Dworkin, J., McCann, E.[2], & McGuire, J. K. (2015, November). *Coparenting in the digital era: Exploring divorced parents' use of technology*. Paper Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

Catalpa, J.[1], Zhang, N.[1] & McGuire, J. K. (2015, November). *Kinship networks among transgender youth; Connecting to and breaking away from queer and trans\* communities.* Paper Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

McGuire, J. K & Catalpa, J. M.[1] (2015, June). *Negotiating Kinship Ties for Transgender Young People.* Paper presentation at Queer Kinship and Relationships Conference, Warsaw (Olsztyn), Poland.

Doty, J. L.[1], McGuire, J. K., & Catalpa, J. M.[1] (2015, May). *Gender, body size, and body image: A qualitative analysis of transgender youth.* Paper Presentation at LGBTQ Research Symposium, Urbana- Champagne, IL.

McGuire, J. K., Catalpa, J. M[1]., & Davison, S.[1] (2015, March). *Resilience among transgender youth who experienced homelessness prior to age 18.* Paper Presentation at the Biennial meeting of the Society for Research on Child Development, Philadelphia, PA.

McGuire, J. K., Oswald, R., Zvoncovic, A., & Allen, K. A. (2014, November). *Incorporating feminist concepts into academic mentoring.* Workshop presented at The National Council on Family Relations, Baltimore, MD.

McGuire, J. K., (2014, March). *Body image among transgender youth.* Paper Presentation at Society for Research on Adolescence, Austin, TX.

McGuire, J. K., (2013, November). *Family relationships among transgender youth.* Paper Presentation at National Council on Family Relations, San Antonio, TX.

de Vries, A .L. C., McGuire, J. K., Steensma., T.[1], & Cohen-Kettenis, P. (2013, March). *Prospective young adult outcomes of puberty suppression in transgender adolescents.* Society for Research on Child Development, Seattle, WA.

McGuire, J. K., & Brown, M. B.[2] (2012, May). *Forms and conditions of service learning: Links to student outcomes.* Paper Presentation at Conference on University Lifelong Learning, European Continuing Education Network (EUCEN), Graz, Austria.

\*McGuire, J. K., Beets, N.[1], Glenn, J.[1], & Rash, J. A.[1] (2011, June). *Family relationships as contexts for sexual health among transgender youth.* Poster presented at the World Association for Sexual health, Glasgow, UK.

\*McGuire, J. K., Beets, N.[1], Glenn, J.[1], & Rash, J. A.[1], (2011, April). *Family relationships as contexts for sexual health among transgender youth.* Poster presented at the Biennial meeting of the society for Research on Child development, Montreal, CA.

\*Beets, N.[1], Wilcox, J. L.[1], McGuire, J. K., & LeCroy, C. W. (2011, April). *Reservation as a context for Native American youth substance use.* Poster presentation at the biennial meeting of the Society for Research on Child Development, Montreal, CA.

\*Rash, J. A.[1], Broberg, D.[1], & McGuire, J. K. (2010, November). *From policy to outcome: How cognitive changes after a pregnancy prevention program predict adolescent childbearing.* Poster presentation at the annual meeting of the National Council on Family Relations, Minneapolis, MN.

\*Rodgers, K. B., McGuire, J. K., & Ewest, W. C.[1] (2010, November). *Trajectories of support on educational outcomes among adolescent mothers in poverty.* Poster presentation at the annual meeting of the National Council on Family Relations, Minneapolis, MN.

\*McGuire, J. K., & Conover-Williams, M.[1] (2010, March). *Family relationships as contexts for development among transgender youth: Links to internalizing and externalizing risk behaviors.*

Paper presentation at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

*Van Campen, K.[1], Toomey, R. B.[1], McGuire, J. K., & LeCroy, C. W. (2010, March). *"I have what?": How sexual self-efficacy and sexuality education are associated with STD risk in adolescence.* Poster presentation at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

*McGuire, J. K. (2009, November). *Perspectives on Therapy Use within sexual minority populations.* Round table presentation at the annual meeting of the National Council on Family Relations, San Francisco, CA.

*McGuire, J. K., & Doty, V.[2] (2009, April). *13 hours: An interactive, broad-based, prevention program for at-risk youth.* Paper presentation at the annual Washington Campus Coalition, Continuums of Service Conference, Seattle, WA.

*Boyer, C[1], Broberg, D.[1], & McGuire, J. K. (2008, November). *Adolescent identity formation and reasons to have sex: Links to sexual risk taking.* Poster presentation at the annual meeting of the National Council on Family Relations, Little Rock, AR.

*McGuire, J. K., & Russell, S. T. (2008, November). *Family relationships among transgender youth.* Paper presentation at the annual meeting of the National Council on Family Relations, Little Rock, AR.

Kaestle, C., Russell, S. T., & McGuire, J. K. (2008, November). *Identification and measurement of sexual minority status.* Round table presentation at the annual meeting of the National Council on Family Relations, Little Rock, AR.

*McGuire, J. K., Anderson, C. R.[1], & Russell, S. T. (2008, March). *Peer and teacher influences on perceptions of school safety for gender non-conforming students.* Paper presentation at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

*Dralle, D. L.[1], McGuire, J. K., & Myers, M.[1] (2008, March). *Harassment and teacher intervention in middle and high school: Links to teacher trust and feelings of safety.* Paper presentation at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Kaestle, C., Russell, S. T., & McGuire, J. K. (2007, November*). Use of the Add Health Data for family and developmental research*. Round table presentation at the annual meeting of the National Council on Family Relations, Pittsburgh, PA.

*McGuire, J. K., & Russell, S. T. (2007, March). *Health care utilization by sexual minority adolescents.* Poster presented at the annual meeting of the Society for Adolescent Medicine, Denver, CO.

*McGuire, J. K., Russell, S. T., & Anderson, C. R.[1] (2007, February). *Health care utilization by sexual minority adolescents: Links with young adult well-being.* Paper presented at the annual meeting of the Society for the Study of Emerging Adulthood, Tucson, AZ.

*McGuire, J. K., Russell, S. T., & Anderson, C. R.[1] (2006, November). *Transgender youth in community centers for lesbian, gay, bisexual and transgender people.* Paper presentation at the annual meeting of the National Council on Family Relations, Minneapolis, MN.

*McGuire, J. K., Russell, S. T., & Laub, C.[2] (2006, April). *School climate for lesbian, gay, bisexual, and transgender (LGBT) students: Within- and between-school variability.* Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

*Major intellectual contribution, [1]Student co-authors
[2] Extension Educator Or Community Practitioner

*Lee, S. A.[1], Larriva, J.[1], McGuire, J. K., & Russell, S. T. (2005, November). *Perceptions of school safety for students with lesbian, gay, bisexual, and transgender parents*. Paper presentation at the annual meeting of the National Council on Family Relations, Phoenix, AZ.

*McGuire, J. K., Russell, S. T., Barber, B. L., & Stone, M. R., (2004, November). *Parenting styles and early onset of sexual intercourse*. Paper presented at the annual meeting of the National Council on Family Relations, Phoenix, AZ.

*McGuire, J. K., Russell, S. T., & Laub, C. (2005, March). *Adolescent bullying based on sexual orientation and gender presentation*. Paper presented at the biennial meeting of the Society for Research on Child Development, Atlanta, GA.

*Barber, B. L., McGuire, J. K., Stone, M. R., & Russell, S. T. (2004, November). *Parenting styles in early adolescence*. Paper presented at the annual meeting of the National Council on Family Relations, Orlando, FL.

*McGuire, J. K. & Barber, B. L. (2004, March). *Late adolescent sexual styles: Links to concepts of self and others*. Paper presented at the biennial meeting of the Society for Research on Adolescence, Baltimore, MD.

*McGuire, J. K., & Walsh, M. (2002, November). *Ruling in the program: Assessment of curricular components in a multi-site sexuality education program*. Paper presented at the American Evaluation Association Conference, Washington DC.

*McGuire, J. K., Barber, B. L., & Cota-Robles, S.[1] (2002, April). *Parental dating monitoring and communication in late adolescence: Links to age of first intercourse and safer sex during the transition to adulthood*. Poster presented at the biennial meeting of the Society for Research on Adolescence, New Orleans, LA.

*McGuire, J. K., Walsh M., & Adam, M. (2001, April). *Running the bases: Development of pre-coital sexual behaviors in adolescence*. Paper presented at the biennial meeting of the Society for Research on Child Development, Minneapolis, MN.

*McGuire, J. K., & Cota-Robles, S.[1] (2001, April). *What's to notice: Menarcheal status, breast development and delinquent behavior among Hispanic and Caucasian adolescent females*. Poster presented at the biennial meeting of the Society for Research in Child Development, Minneapolis, MN.

*McGuire, J. K., & Gamble, W. C. (2000, June). *Social connection and identity development: A review of theories and a description of process*. Paper presented at the International Society for the Study of Behavioral Development, Beijing, China.

*Basta, J., & McGuire, J. K. (2000, April). *Evaluation of the Arizona abstinence education programs: Lessons learned in a multi-site evaluation*. Presentation at the Arizona Evaluation Network, Tucson, AZ.

*McGuire, J. K., Collins, D. M.[1], & Gamble, W. C. (1999, April). *Intentionality and repeated program exposure as predictors of subsequent onset of sexual intercourse*. Poster presented at the biennial meetings of the Society for Research in Child Development, Albuquerque, NM.

Maggs, J. L., Vesterdahl, W. J.[1], McGuire, J. K., & Schulenberg, J. (1999, April). *Within person predictors of change in alcohol use across adolescence.* Paper presented at the biennial meetings of the Society for Research in Child Development, Albuquerque, NM.

*McGuire, J. K., Collins, D. M.[1], & Gamble, W. C. (1998, October). *Relation of personal assets to health promotion and risk behaviors among a sample of teen leaders for the Postponing Sexual Involvement Program*. Poster Presented at the Adolescent Health and Sexuality Conference, Tucson, AZ.

Woulbroun Holmquist, E. J., & McGuire, J. K., (1998, March). *The impact of illness burden and family relationships on adjustment: A comparison of children with illnesses and their siblings*. Poster presented at the biennial meetings of the Society for Research on Adolescence, San Diego, CA.

*McGuire, J. K., Collins, D. M.[1], & Gamble, W. (1998, March). *Social support and sexual self-understanding: Prevention program implications for early adolescents*. Poster presented at the biennial meetings of the Society for Research on Adolescence, San Diego, CA.

*McGuire, J. K. (1997, November). *Adolescent community service and clarification of personal sexual values: The mediating role of parent- adolescent communication*. Poster presented at the annual meetings of the National Council on Family Relations, Washington, DC.

Maggs, J. L., McGuire, J. K., Peekson, D. S.[1], & Schulenberg, J. (1997, July). *To drink or not to drink: AMPS curriculum effects on developmental trends in motivations to use or avoid alcohol*. Poster presented at the annual meeting of the Research Society on Alcoholism, San Francisco, CA.

*McGuire, J. K., Gamble, W., & Betts, S., (1997, April). *Sexual self-efficacy and sexual behavior: Prevention program effects for early adolescents*. Poster presented at the biennial meeting of the Society for Research on Child Development, Washington D.C.

*McGuire, J., Eccles, J., & Gamble, W. (1996, August). *Mothers' constructions of children's personalities*. Poster presented at the biennial meetings of the International Society for the Study of Behavioral Development, Quebec City, Canada.

Maggs, J.L., Schulenberg, J., & McGuire, J. (1996, June). *Altering trajectories of adolescent alcohol misuse: Continuity, change and mediating mechanisms*. Paper presented at the meetings of the Family Research Consortium, San Diego, CA.

*Cota-Robles, S.[1], McGuire, J. K., & Betts, S. (1996, April). *Delinquency and parental monitoring of girls: An intercultural comparison*. Poster presented at the 1996 Nebraska Symposium for the Study of Motivation and Delinquency, Lincoln, NB.

*McGuire, J. K., & McCarthy, K. (1994, March). *Parent differential treatment and sibling conflict: A longitudinal and within family study*. Poster presented at the biennial meetings of The Society for Research on Adolescence, San Diego, CA.

**Evaluation Reports and Fact Sheets**

Kuvalanka, K., Thompson, H., Goldberg, A., & McGuire, J. K. (2019). 10 Trans teaching tips: Creating a gender-inclusive classroom. Created by Katherine Kuvalanka & Hannah Thompson of Miami University, Abbie Goldberg of Clark University, and Jenifer McGuire of the University of Minnesota, with inspiration from "Teaching beyond the gender binary in the university classroom" by Brielle Harbin, CFT Senior Graduate Teaching Fellow 2015-2016, Vanderbilt University.

*McGuire, J. K., Michaels, C., Hesse, N., & Myers, J. (2018). Meeting the needs of transgender youth. Children Youth and Families Consortium, Scholar in Residence Annual Evaluation report. University of Minnesota Extension, center for Family Development.

*Major intellectual contribution, [1]Student co-authors
[2]Extension Educator Or Community Practitioner

*McGuire, J. K. (2016). Supportive community programs for LGBT youth. 4H Technical Assistance program.

*McGuire, J. K., Catalpa, J. M.[1], & Lacey, V. (2015) Transgender youth in Ireland. Fact sheet. University of Minnesota, Department of Family Social Sciences.

Dworkin, J., & McGuire, J. (2014). *Exploring technology use among divorced parents*. Available: http://www.cehd.umn.edu/fsos/projects/parent20/pdf/p20report-dec2014.pdf

*McGuire, J. K.; Stolz, C., & Harris, E.[1] (2012). Diversity exposure and campus connection at Washington State University (GIESO commission).

*McGuire, J. K., (2010). Evaluation report: Washington Campus Compact Learn and Serve America 2006-2009 Sub-Grant Program. Washington Campus Compact.

*McGuire, J. K., Clarke, T. J.[1], Anderson, C. R.[1], & Russell, S. T. (2010). Understanding school safety for transgender youth. (California Safe Schools Coalition Research Brief No. 13). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., McGuire, J. K., Toomey, R. B.[1], & Anderson, C. R.[1] (2010). Gender non-conformity and school safety: Documenting the problem and steps schools can take. (California Safe Schools Coalition Research Brief No. 12). San Francisco, CA: California Safe Schools Coalition.

*McGuire, J. K., Dixon, A.[1], & Russell, S. T. (2009). School safety for middle school students. (California Safe Schools Coalition Research Brief No. 11). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., McGuire, J. K., & Laub, C. (2009). Understanding differences between schools in overall LGBT school safety. (California Safe Schools Coalition Research Brief No. 9). San Francisco, CA: California Safe Schools Coalition.

Hill, L. G., McGuire, J. K., Parker, L. A., & Sage, R.[1] (2009). Program evaluation using science-based practices in children's services. *4H Youth Development.*

*McGuire, J. K., Russell, S. T., Anderson, C.[1] (2007). Assessment of resources and needs for transgender identified adolescents within the context of sexual minority focused community centers. Society for the Psychological Study of Social Issues: Internship Award Report.

*LeCroy & Milligan Associates, Inc (Eds.). (2007) Arizona's Title V Abstinence Only Education Programs: Comparison of births among abstinence program participants and non-participants statewide. LeCroy and Milligan Associates, Inc (Eds.). Phoenix AZ: Arizona Department of Health Services.

*Russell, S. T., Toomey, R.[1], & McGuire, J. K. (2007). Adolescent gender nonconformity, school safety, and adolescent well-being. Written testimony submitted to: Senate Select Committee Hearing on Transgender School Safety Issues. Children's Hospital Los Angeles, October 15, 2007.

*Russell, S. T., McGuire, J. K., Laub, C., Manke, E., O'Shaughnessy, M., Heck, K., & Calhoun, C. (2006). Harassment in school based on actual or perceived sexual orientation: Prevalence and consequences. (California Safe Schools Coalition Research Brief No. 2). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., McGuire, J. K., Laub, C., & Manke, E. (2006). LGBT student safety: Steps schools can take. (California Safe Schools Coalition Research Brief No. 3). San Francisco, CA: California Safe Schools Coalition.

*Major intellectual contribution, [1]Student co-authors
[2] Extension Educator Or Community Practitioner

*Russell, S. T., Kostroski, O. [1], McGuire, J. K., Laub, C., & Manke, E. (2006). Safe schools research brief: LGBT issues in the curriculum promotes school safety. (California Safe Schools Coalition Research Brief No. 4). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., McGuire, J. K., Larriva, J. C. [1], Manke, E., & Rosen, A. (2006). School safety for students with LGBT parents. (California Safe Schools Coalition Research Brief No. 6). San Francisco, CA: California Safe Schools Coalition

*LeCroy & Milligan Associates, Inc. (2003). Evaluation of the Arizona abstinence only education program: Year five. Arizona Department of Health Services: Phoenix.

*LeCroy & Milligan Associates, Inc. (2002). Evaluation of the Arizona abstinence only education program: Year four. Arizona Department of Health Services: Phoenix.

*Basta, J., Walsh, M., McGuire, J., LeCroy, C., Harle, K, & Adam, M. (2001). Evaluation of the Arizona abstinence only education program: Year three. Arizona Department of Health Services: Phoenix.

*Basta, J., Walsh, M., McGuire, J., LeCroy, C., Gamble, W., Harle, K, & Adam, M. (2000). Evaluation of the Arizona abstinence only education program: Year two - program process and short term program outcomes. Arizona Department of Health Services: Phoenix.

**Webinars and Trainings for Professionals**
*Extension Webinars*
Ambiguous Loss in Farming (presented 3 times in 2021, ~30 each time)
Legislation focused on transgender youth presented Dec 2021 ~15 people

*Children, Youth and Families Consortium Scholar*
Lessons from the field: Meeting the needs of transgender youth. (2017-2018): 7 Workshops in: Andover, Bemidji, Minneapolis, Rochester, Morris, St. Cloud, Grand Rapids.
   Content covered: research translation from my own and others' research
   1. Ambiguous Loss as a Frame for Family Transitions
   2. Body Image for transgender youth
   3. Food Security for Transgender youth
   4. Mental health and well-being for transgender youth


*Minnesota Department of Education Technical Outreach*
Sexual and Gender Minority Research Task Force. Proposed Revisions to the Minnesota School Survey for LGBT Inclusion (4/24/2105).
Sexual and Gender Minority Research Ad-Hoc Committee. Protected Class Status & Discrimination: Updates to the Minnesota Student Survey. (2015).
Supportive sexuality education curricula: Why LGBTQ sensitivity benefits everyone. Presentation to MDE Committee for development of sexuality education Standards. (10/6/2015).
Family Relationships among Transgender Youth: Ambiguous Loss as a Frame for Support. (4/20/2017) In person workshop to four technical assistance special program sites. Maplewood Public Library, "Community Room"
Improving LGBTQ Student Well-being: Understanding Parent Acceptance (May 5,2017). Webinar for practitioners. Program supported by the Centers for Disease Control and Prevention, Division of Adolescent and School Health (DASH) - http://www.cdc.gov/healthyyouth/partners/funded/hiv.htm


*Other Webinars/ public lectures*

National Education Association, invited speaker to NEA Summer Summit on LGBT issues in the classroom (2008)

Well-being for transgender youth: Medical, school, and family contexts. University of Minnesota Saturday Scholars. November 2015.

Gender Development and Transgender Youth: Understanding and Supporting Gender Variance in Families. Keynote Address, Minnesota Council on Family Relations, 2015.

Family Relationships and Well-Being among Transgender Youth. Center for Sexual Health, June 2016, Brown Bag Symposium

Children Youth and Families at Risk (CYFAR) Webinar- LGBT Youth. Jan 2016, Professional Development Series

The Abcs of LGBT. March, 2017. EYFS. Evergreen Youth and Family Services.

The ABCs of LGBT: Learning Language and Inclusive Practices in Work with LGBT Families. Family Development. Military Families Learning Network. Department of Defense. April 13, 2017 *https://learn.extension.org/events/3008*

TRANSforming Conversations: Addressing Needs of Transgender Youth and Their Families.  Family Development. Military Families Learning Network. Department of Defense. April 10, 2017. *https://learn.extension.org/events/300*

Reddit expert for a day- Transgender youth, Summer 2017

**Websites**

Transgender Toolkit

https://extension.umn.edu/child-development/transgender-toolkit

> This website houses secondary basic information for professionals about transgender youth and well-being. It also serves as the repository for holding original content links such as powerpoints from community webinars, videos developed for community use of my and colleagues talks, and copies of reports and the *Children's Mental Health ereview.* I provide intellectual oversight for the content, and some of the content is of my talks and reports.

National Center for Gender Spectrum Health

https://www.sexualhealth.umn.edu/ncgsh/measures

> This website houses links to the measures that I have developed in conjunction with the National Center for Gender Spectrum Health, and the Center for Expertise on Gender Dysphoria. I am first author on four of the five measures available for free download at this site.

Mom enough podcast: (2019)

https://momenough.com/2019/07/parenting-transgender-nonconforming-youth

> I was the guest for a "Mom Enough" podcast focused on transgender youth.

## TEACHING AND CURRICULUM DEVELOPMENT

### University of Minnesota, Extension

Krekelberg, E., & McGuire, J.K. (2023**) Curriculum**: **A Changing Way of Life: Ambiguous Loss in Farm Families**. I co-authored this curriculum which will be used to provide programming for farm families in Minnesota and other North Central regional states.

Krekelberg, E., & McGuire, J.K. (2022) **Facilitator Training**: **A Changing Way of Life: Ambiguous Loss in Farm Families**. I co-authored and presented this faciliatotor training (six hour workshop) at nine total training days between April 2022 and January 2023 (six in 2022).

*Major intellectual contribution, [1]Student co-authors
[2] Extension Educator Or Community Practitioner

Krekelberg, E., & McGuire, J.K. (2021) **A Changing Way of Life: Ambiguous Loss in Farm Families**. Contributions: I co-authored this 2nd edition revision of a booklet and curriculum for farming families, based on the original document, *Losing a Way of Life* authored by Pauline Boss in 2000. My contributions include updating the theoretical perspective to accommodate recent changes. Developing activities and worksheets to further illustrate the concepts of ambiguous loss in farming families, updating content to reflect modernized conceptualizations of gender and family, and supporting my co-author, an Educator in Agricultural Safety by providing the expertise in family and ambiguous loss.

In 2021 the curriculum and worksheet supplements were published. We also received funding from MN Dept. of Health to provide training of trainers and facilitators to enact the program throughout Minnesota and the North Central Region in 2022. We have conducted 3 "Train the Trainer" workshops with one ore scheduled, and will conduct 3 facilitator trainings.

**Parents Forever™,** is a coparenting curriculum taught to 1500-2000 individuals in Minnesota each year. It is one of only 2 approved curricula by the Minnesota Supreme Court to be used in cases of challenged custody.
*Contributions:* I provided review for sexual orientation and gender identity (SOGI) content early on, and have consulted with online development and as the program was modified into a four hour version to fit the needs of other states. I have also been working with the team to create supplemental materials for SOGI education and additional modules (forthcoming).


**ADVISING AND MENTORING**

**University of Minnesota, Family Social Science**

**Undergraduate Student Activities**
*Research assistants:*
Kelli Smith, Lexi Niska, Connor Callahan, Maxwell Schulz, Chase Underwood, Milo Durgan
*Research Assistants supervised by Doctoral Candidate:*
Mars Helmuth, Liseth Rosas, Carolyn Sowada, Emilie Gruell, Sahar Khanpour, Sarah Jasa
*Honors Thesis:*
Maxwell Schulz (director), Manon Andre (Reader)

**Graduate Student Activities**
*Masters' Students Advised*
Jory Catalpa (2016)
Quin Morrow (2019)
Kenzi Callaway (anticipated 2022)

*Masters' Thesis Committee*
Anna Bishop (2019) [Nutrition]

*Doctoral Students Advised*
Quintin Hunt, The interpersonal psychological theory of suicide in suicidal adolescents: Psychometric tests and family factors, graduated 2018
Sloan Okrey Anderson (Graduated 2022)
Quin Morrow (2019-2022)

*Major intellectual contribution, [1]Student co-authors
[2] Extension Educator Or Community Practitioner

Connor Callahan (Anticipated 2024)
Catherine Schaefer (Anticipated 2024)

*Doctoral Committees Served on*
Muzi Chen, Kyle Zrenchik, Sarah Cronin [Ed Psych], Samuel Allen [University of Maryland], Lauren Smithee [Virginia Tech], Rea Wang

**Other Mentoring Activities**
Ellie McCann – Extension educator, Associate to full extension professor
Cari Michaels - Extension educator, Associate to full extension professor

## Washington State University, Human Development

### Undergraduate Student Activities
*Honors advising:*
Cheri Boyer, Danielle Broberg
*McNair advising:*
Yoland Kukuia, Cindy Ola

### Graduate Student Activities
*Masters Theses Directed*
Jno Glenn (20012)
Lana Wood (2010)
Charles Anderson (2008)


# SERVICE AND PUBLIC OUTREACH

## Professional and Disciplinary Service

### *Editorships/Journal Reviewer Experience*

Editorial Board:
*Journal of LGBT Youth* (2010 current)
*International Journal of Transgender Health* (2014 current),

Ad Hoc reviewer:
*Journal of Research on Adolescence, Journal of Sex Research, Journal of Youth and Adolescence, Journal of School Health, Journal of Interpersonal Violence, Aggressive Behavior, Social Problems, Journal of Homosexuality, Journal of LGBT family issues*, *Journal of Sexual Health, Family Relations, Journal of Family Theory and Review*

### *Committee memberships*
Coordinator of GLBTSA focus group for NCFR (National Council on Family Relations; 2009 – 2012, 2017 - current)
NCFR Elections Council, elected position 2020-2023, Co-chair 2021-2022.
SRCD Society for Research on Child Development, Sexual Orientation and Gender Identity/ Expression (SOGIE) Caucus, program committee (2017-18)
Recruiting activities (table/ reception) at NCFR (2007- 2020)

Washington Campus Compact, consulting in evaluation (2010-2012)

***Review panels for external funding agencies, foundations, etc.***
Reviewer for NIH special study section, K01 awards  (2023)
Reviewer for NIH special study section, scientific review intersection of sex and gender (2020, 2021)
Reviewer for NIH Cognition and Perception study section (2016)
Reviewer for NICHD Summer Scholars Institute program (2009)

## Service to the University/College/Department

### *University of Minnesota*

*University-wide service*
Senate Committee for Faculty Affairs (2018-2024)

*Collegiate Service and Intercollegiate Service*
Extension Center for Family Development leadership team (2020 - current)
College of Education and Human Development Faculty (CEHD) Consultative Committee (2019-current)
Search committee, UMN Extension Associate Dean Center for Family Development (2018)
Extension faculty consultative committee (EFCC) UMN (2016- 2020)
    Directed ad hoc subcommittee to study salary equity
Promotion and tenure committee- College of Extension, Family Development center (2017)
Completion of CEHD Leadership Development (LEADS) program (2016)
Completion of CEHD Writing Winning Grants (2015)

*Department Service*
Member Leadership team, extension and consultative committee rep (2022-2023)
Member graduate studies committee (2022-2023)
Member admissions committee (2022-2023)
Chair, previously Co-chair peer evaluation committee, FSOS, 2015-2018
Member, Diversity, equity and inclusion committee, FSOS 2019-2020

### *Washington State University/ University of Arizona*

*University, College and Department Service*
Chair University Presidents Commission on Gender Identity/ Expression and sexual Orientation, (2009- 2014 except 2012-13 academic year)
Washington Campus Compact *Leadership Fellow* (2009)
Center for Civic Engagement Advisory Council (2009-2012)

Scholarship reader- College of Agricultural. Human and Natural Resource Sciences (2009)
Developed and implemented a service learning component for Advanced Adolescent Development (HD 408) Students developed and conducted a prevention program retreat for youth at risk in Whitman county Washington. (2008 - 2010)
Graduate studies committee – Human Development department (2007 – current)
Scholarship committee- Human Development department (2006 – current)

*Community Outreach in Washington and Arizona*
Initiated *Rainbow Families* group in Pullman, a group for LGBT families (2008- 2012)

Consultation with Arizona Department of Health Services - Program Evaluation (2003-2007)
Member, Board of Directors for Wingspan, Southern Arizona's Lesbian, Gay, Bisexual and Transgender Community Center, Chair of program committee (2004-2006)
City of Tucson, Commission on GLBT Issues, Consulting in research (2002-2006)
Organization / teaching of comprehensive sexuality education to adolescents, (1999-2002)

*Pre-Tenure Professional Development Activities:*
Completion of writing and publication workshops (2009, 2010)
Completion of Academic Advising Workshops -WSU ACADA, Advising 101, 102 (2010)
Completion of COACH Women in Leadership program for junior faculty (2008)
Completion of experiential education workshops, Academic Programs (2008, 2009, 2010)
Completion of one week training seminar on mixed modeling using MPLUS (2008)
National Institute of Child Health and Human Development Summer Scholars Institute (2007)
Completion of Productive Proposal Writing seminar series via OGRD, WSU (2006-07)
Completion of Writing Winning Grants, (2006-07)
Completion of training seminar in Item Response Analyses (2005)
Hierarchical Linear Modeling and Advanced Hierarchical Linear Modeling at the University of Michigan's Inter-University Consortium for Social and Political Research – ICPSR (2001)

*Major intellectual contribution, [1]Student co-authors
[2] Extension Educator Or Community Practitioner