**Ex. 117**

# In The Matter Of:

*Melinda and Mark Loe, et al vs.*
*Willie Jett, et al*

---

*MELINDA LOE*
*February 9, 2024*
*Melinda Loe - 2-9-24*

---

*Shaddix & Associates*
*7400 Lyndale Avenue South*
*Suite 190*
*Richfield, MN 55423*

*Min-U-Script® with Word Index*

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 2 of 38

Melinda and Mark Loe, et al vs.                    Melinda Loe                           MELINDA LOE
Willie Jett, et al                                  2-9-24                              February 9, 2024

## Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MINNESOTA

 3  -----------------------------------------------

 4  Melinda and Mark Loe, on their
    own behalf and as next friends
 5  of their children R.L. and O.L.;
    Dawn Erickson, on her own behalf
 6  and as next friend of her child
    J.G.; Crown College; and
 7  University of Northwestern
    St. Paul,
 8
            Plaintiffs,
 9
    vs.                         Case No. 23-CV-1527
10                                        (NEB/JFD)
    Willie Jett, in his official
11  capacity as Minnesota
    Commissioner of Education;
12  and Minnesota Department of
    Education,
13
            Defendants.
14
    -----------------------------------------------
15

16

17              Deposition of

18              Melinda Loe

19            February 9, 2024

20           1:05 p.m. - 3:48 p.m.

21

22

23  Taken by:  Jackie Young, RPR

24

25
```

## Page 2

```
 1  APPEARANCES:

 2

 3  BECKET LAW
    1919 Pennsylvania Avenue Northwest
 4  Suite 400
    Washington, D.C. 20006
 5  Dthomson@becketlaw.org
    BFleshman@becketlaw.org
 6

 7  By:  Ms. Diana Verm Thomson, Esquire
             Mr. Eric Baxter, Esquire
 8       Mr. Benjamin Fleshman, Esquire
             Ms. Andrea Butler, Esquire
 9       Appeared on behalf of the Plaintiffs

10

11

12  MINNESOTA ATTORNEY GENERAL'S OFFICE
    445 Minnesota Street
13  Suite 1400
    St. Paul, Minnesota 55101-2131
14  Jeffrey.Timmerman@ag.state.mn.us
    Madeleine.demeules@ag.state.mn.us
15
    By:  Mr. Jeffrey Timmerman, Esquire
16       Ms. Madeleine Demeules, Esquire
             Appeared on behalf of the Defendants
17

18

19

20

21

22

23

24

25
```

## Page 3

```
 1                     I N D E X

 2                                           PAGE:

 3  TITLE.............................................   1

 4  APPEARANCES.......................................   2

 5  INDEX.............................................   3

 6  EXAMINATION BY:

 7     MR. TIMMERMAN..................................   4

 8  EXHIBITS MARKED:

 9  No. 1:  (Verified Complaint)......................  76

10  No. 2:  (PSEO Committee Summary)..................  91

11  No. 3:  (Text messages re Taking Action for PSEO)..  93

12  OBJECTIONS BY MS. BUTLER:  36, 37, 49, 50, 51, 52, 53,
    54, 55, 64, 65, 66, 67, 68, 70, 71, 74, 78, 79, 81, 82,
13  86, 87, 88, 89, 90, 91, 95, 96

14  REPORTER'S CERTIFICATE............................  98

15  VERIFICATION......................................  99

16

17  *Original transcript and exhibits are in the custody of
    Mr. Timmerman.
18

19

20

21

22

23

24

25
```

## Page 4

```
 1     P R O C E E D I N G S

 2     (Minnesota Statute 486.10 was

 3  complied with.)

 4     MELINDA LOE,

 5  called as a witness, being first

 6  duly sworn, was examined and

 7  testified on her oath as follows:

 8     EXAMINATION

 9     BY MR. TIMMERMAN:

10  Q.  Ms. Loe, we met informally in the elevator, but

11  I'll --

12  A.  Yes.

13  Q.  -- formally introduce myself.  I'm Jeff Timmerman,

14  and I'm one of the lawyers representing

15  Commissioner Jett and the Department of Education in

16  the lawsuit.  Thank you for coming in.

17  A.  Yes.

18  Q.  Have you ever done this before?

19  A.  No.

20  Q.  Have you ever given court testimony?

21  A.  No.

22  Q.  Okay.  I'm going to go over a couple of ground

23  rules.  They're as much for my benefit as they are

24  for yours.

25  A.  Okay.
```

Melinda and Mark Loe, et al vs.
Willie Jett, et al
Melinda Loe
2-9-24
MELINDA LOE
February 9, 2024

Page 5

1 Q.   Number one, this is not a marathon, so if you need
2 to take a break at any point, just tell me.
3 A.   Okay.  Will do.
4 Q.   We'll probably take breaks about every hour.  I
5 don't think we'll be here that long today.
6 A.   Okay.
7 Q.   Number two, I'm not trying to trick you, so if I
8 ask a bad question, and lawyers do that a lot, just
9 tell me you don't understand what I was asking and
10 I'll try to ask it in a better way.  Okay?
11 A.   Okay.
12 Q.   Number three is, if you remember something later in
13 the day that relates to an answer or something that
14 I asked earlier, we can stop and we can go back and
15 talk about that again.  Okay?
16 A.   Okay.
17 Q.   Number four is, I don't want to know anything that
18 you've talked about with your lawyers.  I don't get
19 to know that and I don't want to know that.  And so
20 any conversations you were a part of where your
21 lawyers were also present at, I'm not trying to ask
22 about those.
23     I'm sure your lawyers will jump in and
24 stop you from answering anyway, but just know that
25 if your answer -- answering would require you to

Page 6

1 disclose that, you can just say I can't answer that
2 without --
3 A.   Okay.
4 Q.   I'm sure I'll think of other ground rules as we move
5 forward, but those are the big ones.
6 A.   Okay.
7 Q.   Oh, I guess another big one is talking over each
8 other.  That's easy to do.  We have a court reporter
9 and she's taking everything down.  If you let me
10 try and finish my questions, I'll try and let you
11 finish your answers.  Okay?
12 A.   Sounds good.
13 Q.   And also, I do this a lot, but if you could refrain
14 from answering questions, you know, by shaking your
15 head or saying ah-ha, that's just easier for the
16 court reporter if we can avoid that.  Okay?
17 A.   Okay.
18     COURT REPORTER: And I'll just chime
19 in that you need to speak a little bit louder so
20 everybody in the room can hear you.
21     THE WITNESS: Okay.  Will do.
22 Q.   So let's talk a little bit about you.  Where do you
23 currently reside?
24 A.   I live in Excelsior, Minnesota.
25 Q.   Where are you from originally?

Page 7

1 A.   I was born and raised in Minnesota.
2 Q.   In the Twin Cities metro?
3 A.   Ugh-ugh.  I was born in Cottonwood, Minnesota.
4 Q.   I'm not a native Minnesotan, so where is Cottonwood
5 at?
6 A.   It's in southwestern Minnesota.
7 Q.   Where did you attend high school?
8 A.   I went to Lakeview High School.
9 Q.   Is that a public school?
10 A.   Yes.
11 Q.   And did you go on to college after high school?
12 A.   Yes, I did.
13 Q.   Where did you go to college?
14 A.   I went to Bethel College.
15 Q.   And when did you graduate from Bethel?
16 A.   I graduated in 1999.
17 Q.   Me too.
18 A.   All right.
19 Q.   Let's see.  Bethel.  What was your degree in?
20 A.   I have a bachelor's degree in family and child
21 development.
22 Q.   And did you go on after Bethel to get a graduate
23 degree?
24 A.   No, I did not.
25 Q.   Okay.  Did you do --  I'm going to be using the

Page 8

1 word PSEO today to refer to Minnesota's
2 Post-Secondary Enrollment Options program.  Okay?
3 A.   Okay.
4 Q.   Did you do PSEO while you were in high school?
5 A.   I did not do PSEO in high school.  There were
6 college credits offered at my high school, but I do
7 not think they were called PSEO.
8 Q.   Okay.  So I know there is a program where college
9 credits can be taught in high schools.  Did you
10 participate in that program?
11 A.   I think that's what that was, yes.
12 Q.   Okay.  And do you know, was it a college teacher
13 who came in and taught those courses?
14 A.   No, they were high school teachers.
15 Q.   High school teachers.  And did you get college
16 credit for those courses?
17 A.   Yes, I did.
18 Q.   I realize it's been a while since high school, but
19 do you remember the courses that you took, just
20 generally, through the -- just specifically the ones
21 that were part of this dual enrollment.
22 A.   I remember there was a math class, English.  I think
23 like a voice class.  I don't remember any others
24 besides that.
25 Q.   And I know sometimes high schools will offer college

Melinda and Mark Loe, et al vs.
Willie Jett, et al
Melinda Loe
2-9-24
MELINDA LOE
February 9, 2024

Page 9

1  credits at the high school through agreements or
2  partnerships with colleges.  Was there a particular
3  college that came in and -- or worked with your
4  high school at Lakeview to provide those courses?
5  **A.  It was partnered with -- I think at the time it was**
6  **called Southwest State University.  I think it has**
7  **a different name now.**
8  Q.  And were you able to take those credits that you
9  earned and then use them when you got to Bethel?
10  **A.  Yes, I did.**
11  Q.  Great.  And how was that experience?  Was it a good
12  experience for you?
13  **A.  As I recall, yeah, it was something really great or**
14  **bad about it.  It was fun.**
15  Q.  And do you know, were there students of other
16  faiths who were taking those classes with you?
17  **A.  I have no idea.**
18  Q.  Do you recall any other kids who took the classes
19  with you?
20  **A.  A couple maybe.**
21  Q.  Okay.  Were any of the students who took the
22  classes with you gay or lesbian that you know of?
23  **A.  I have no idea.**
24  Q.  So after 1999, you graduate from Bethel with a
25  degree in family and child development.

Page 10

1  **A.  Um-uhm.**
2  Q.  Did you go to work immediately?
3  **A.  I did.**
4  Q.  Where did you work at coming out of college?
5  **A.  I worked as a parent educator for ECC, and I taught**
6  **preschool.**
7  Q.  Through the ECFE program?
8  **A.  Yes, it was parent educator with ECC.**
9  Q.  It's a great program.
10  **A.  It is.**
11  Q.  Where did you teach preschool?
12  **A.  I taught preschool in a private home-based**
13  **preschool.  Several families hired me to teach their**
14  **kids.**
15  Q.  How long did you do that for?
16  **A.  A couple of years.**
17  Q.  And what did you do next?
18  **A.  I became a mom.**
19  Q.  And were you a stay-at-home mom?
20  **A.  Um-uhm.**
21  **COURT REPORTER:** Just remember to
22  answer out loud.
23  **A.  Oh, sorry.  Yes.**
24  Q.  And are you still a stay-at-home mom?
25  **A.  Yes, I am.**

Page 11

1  Q.  And just so you know, we're going to talk about
2  your children today, but we'll be redacting some
3  information that's sensitive.
4  So how many children do you have?
5  **A.  I have seven children.**
6  Q.  And could you just start from the oldest to the
7  youngest and tell me their names and ages?
8  **A.  Sure thing.  G.L. is 23.  J.L. is 20.**
9  Q.  Okay.
10  **A.  R.L. is 17, O.L. is 14.  S.L. is forever 11.  E.L.**
11  **is 9.  No, no.  I'm sorry.  He's -- he's 11.  And**
12  **J.L. is about to turn nine.  She's 8.**
13  Q.  And I know there were some initials used in the
14  Complaint in this case.  R.L., I presume that
15  refers to R.L.?
16  **A.  Yes.**
17  Q.  And O.L. would refer to O.L.?
18  **A.  Yes.**
19  Q.  And did G.L. do PSEO when she was in high school?
20  **A.  Yes, she did.**
21  Q.  Where did G.L. do PSEO at?
22  **A.  At Crown College.**
23  Q.  And do you know what years in high school she was
24  when she did PSEO at Crown?
25  **A.  She was a junior and a senior.**

Page 12

1  Q.  And did she do the online classes or did she do the
2  in-person classes?
3  **A.  She was in person.**
4  Q.  On campus?
5  **A.  On campus at Crown College.**
6  Q.  How close is St. Bonifacius to Excelsior?
7  **A.  It's pretty close.**
8  Q.  Was that one of the factors that you considered in
9  determining if Crown was a good fit for PSEO?
10  **A.  It was one of several.**
11  Q.  And did G.L. go on to do undergraduate studies from
12  there?
13  **A.  No, she did not.**
14  Q.  And J.L., did J.L. do PSEO?
15  **A.  Yes, he did.**
16  Q.  Where did J.L. do PSEO?
17  **A.  He did PSEO at Northwestern.**
18  Q.  And for J.L., do you know, did he do it his junior
19  and senior years?
20  **A.  Yes, he did.**
21  Q.  And do you know, did he do online courses or did he
22  do in person on campus too?
23  **A.  He did a mixture of both.**
24  Q.  And has J.L. gone on to college?
25  **A.  Yes, he has.**

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

---

Page 13

1 Q. Where is J.L. going or where did he go?
2 A. He is at Palm Beach Atlantic University.
3 Q. I was going to say Palm Beach, California, but then
4 you said Atlantic. Where is that located?
5 A. It's in West Palm Beach, Florida.
6 Q. Okay. I was just there. It's a nice area.
7 A. Yes.
8 Q. And, I guess, how close is Excelsior to
9 Northwestern? Is it relatively close as well?
10 A. No, it's quite a difference.
11 Q. It is. So was location one of the factors that you
12 considered in his PSEO or not?
13 A. I'm sorry. Could -- I'm not exactly sure what
14 you're asking.
15 Q. Yeah. Was the location of Crown something that you
16 considered in -- or excuse me, of Northwestern,
17 something that was considered in choosing
18 Northwestern as a PSEO school for J.L.?
19 A. Are you asking as a benefit for him going there?
20 I'm just like --
21 Q. Yeah. Was it just a factor that you considered?
22 A. Well, I mean, location is a consideration.
23 Q. Okay.
24 A. Um-uhm.
25 Q. How far away is it? How far of a drive?

---

Page 14

1 A. It's about 45 minutes on a good day.
2 Q. No traffic?
3 A. Right.
4 Q. Is there a reason why G.L. chose to do in-person
5 classes as opposed to online?
6 A. I don't think there's a particular reason, but she
7 wanted to be with, you know, students and be in
8 person in a learning environment in the classroom.
9 That was her preference.
10 Q. And you said J.L. did a mix of in-person and online.
11 Do you know what led to that decision to split it
12 up?
13 A. COVID was part of it.
14 Q. So there was a period of time when in person was not
15 available?
16 A. Right.
17 Q. Aside from that period of time with COVID, did he
18 attend in person?
19 A. Yes.
20 Q. And so for the online courses that he took during
21 COVID, was he living at home at the time, I would
22 assume?
23 A. Yes.
24 Q. Do you know what I mean by the term asynchronous?
25 A. No.

---

Page 15

1 Q. Have you done any online courses?
2 A. No.
3 Q. So this is a term I wasn't familiar with until my
4 kids did online COVID learning.
5 A. Gotcha.
6 Q. Asynchronous is where typically it's not live talk;
7 it's kind of where you do it at your own pace and
8 there's videos and materials that you watch and
9 read.
10 Synchronous is where there's actually a
11 professor or teacher teaching the course live while
12 the students participate in realtime. Do you know
13 for J.L., was his online experience asynchronous or
14 synchronous?
15 A. I believe it was asynchronous. I guess I'm not
16 positive.
17 Q. And did he like that better or worse than being in
18 person?
19 A. He preferred being in person.
20 Q. Did he feel like he got a better education in
21 person?
22 A. I don't think it was a better education. I think
23 he just liked the environment of being in person
24 better.
25 Q. Being around other people?

---

Page 16

1 A. Um-uhm.
2 Q. Did J.L. ever express any frustration to you about
3 the online courses at Northwestern?
4 A. I don't recall any. No frustrations expressed.
5 Q. Did you have any frustrations?
6 A. I don't think so, no. Not that I can recall.
7 Q. Were there any particular classes that R.L. was
8 hoping to take in PSEO for a future profession?
9 A. Yes. She plans to be a nurse and so she needs lab
10 science classes, which need to be taken in person.
11 Q. Is it your understanding that those can't be taken
12 on online because they're lab courses?
13 A. Correct.
14 Q. And for J.L., was that a consideration for him as
15 well, attending in person any courses that he could
16 only take in the classroom as opposed to online?
17 A. I don't recall if that was a consideration for him.
18 He just desired an in-person experience.
19 Q. Did R.L. consider any other PSEO schools aside from
20 Crown College?
21 A. No, the University of Northwestern. Well, she's
22 going to the University of Northwestern. R.L. or
23 are you talking about G.L.?
24 Q. I'm sorry. I'm talking about G.L. Yeah. Did G.L.
25 consider any other schools other than Crown College?

---

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 17

1  A.  Yes, she did.
2  Q.  What other schools did she consider?
3  A.  She was accepted at the University of Minnesota for
4  PSEO.
5  Q.  For in-person courses?
6  A.  Correct.
7  Q.  And did she kind of seriously consider going to the
8  University of Minnesota?
9  A.  Yeah, she did.
10  Q.  Do you know why she ultimately decided to go to
11  Crown instead?
12  A.  You'd have to ask her to be certain, I think.
13  Q.  Would you have been okay if she had gone to
14  Minnesota?  Would that have been okay with you?
15  A.  I want to support, you know, her, what she feels is
16  best for her education.
17  Q.  So if she had said, I really want to go to the
18  University of Minnesota, you would have supported
19  that?
20  A.  Yes.
21  Q.  And did J.L. consider any other PSEO schools aside
22  from Northwestern?
23  A.  I think the only place he applied was Northwestern.
24  Q.  Let's talk about R.L. next.  Is R.L. currently in
25  PSEO?

Page 18

1  A.  Yes, she is.
2  Q.  And where is she going?
3  A.  The same, Northwestern.
4  Q.  And is it --  I apologize.  Is it -e-l R.L. or e-a-l
5  R.L.?
6  A.  A-e-l.
7  Q.  A-e-l.  Okay.  And is R.L. doing on campus at the
8  University of Northwestern?
9  A.  Yes, she is.
10  Q.  Has she ever done any online there?
11  A.  She's taking a couple of online classes this
12  semester.
13  Q.  Through Northwestern?
14  A.  Correct.
15  Q.  What has been her experience with the online
16  courses, if you know?
17  A.  I don't -- I don't know.
18  Q.  Do you know if she prefers online versus on campus?
19  A.  She's only been taking them for a couple three --
20  you know, like a month, so I don't know.
21  Q.  Just for the new semester?
22  A.  Yes.  Correct.
23  Q.  Do you know what led her to decide to take some
24  courses online?
25  A.  Winter in Minnesota.

Page 19

1  Q.  And is she simultaneously still doing some on
2  campus?
3  A.  Correct.  Um-uhm.
4  Q.  Is she taking any courses that are kind of geared
5  toward what she hopes to do some day?
6  A.  Yes.  I think you asked me about her earlier and
7  maybe you were meaning G.L.
8  Q.  I was.  So R.L. wants to be a nurse?
9  A.  Yes.  Correct.
10  Q.  So she's needing the lab science courses?
11  A.  Correct.
12  Q.  And G.L., what about G.L.?  Did she have any
13  specific profession she was considering when she
14  was thinking about PSEO?
15  A.  As I recall, she was exploring a lot of different
16  ideas.
17  Q.  Did R.L. consider any other options for PSEO in
18  terms of schools?
19  A.  No, she did not.
20  Q.  Is that attributable in part to the experience that
21  J.L. had at Northwestern?
22  A.  Um-uhm.  Yes.
23  Q.  And do you know, does R.L. have a place that she
24  hopes to attend for college when she's done with
25  high school?

Page 20

1  A.  Yes.  She's hoping to go to the University of
2  Northwestern.
3  Q.  And complete their nursing program?
4  A.  Yes.
5  Q.  Let's talk about O.L. next.
6  A.  Um-uhm.
7  Q.  And O.L., I'm guessing, is --  I have a 14 year as
8  well.  She's too young for PSEO; correct?
9  A.  Yes.  Correct.
10  Q.  Is she a freshman?
11  A.  She is.
12  Q.  Has she told you where she hopes to do PSEO some
13  day?
14  A.  She's debating.  Like Northwestern or Crown are her
15  two choices.
16  Q.  Are there any other schools that she's considering
17  that you know of?
18  A.  Not that I know of.
19  Q.  And do you know, is she hoping to do in person,
20  online, or a mix of the two?
21  A.  I don't know.
22  Q.  Does she have -- 14 is pretty young to have a
23  profession in mind, at least it was for me.
24  A.  Um-uhm.
25  Q.  Does she have any field of interest at this point?

Page 21

1  A.  No, she doesn't.
2  Q.  So when G.L. was doing PSEO, did she live at home?
3  A.  She did.
4  Q.  And J.L., did he live at home as well?
5  A.  Yes, he did.
6  Q.  And I presume R.L. does too since R.L. is in high
7  school?
8  A.  Yes, she is.
9  Q.  Where did G.L. go to high school?
10  A.  To high school?
11  Q.  Yeah.
12  A.  We home schooled.
13  Q.  Did you home school all the children?
14  A.  Yes.
15  Q.  I believe, if you're a home school provider, you
16  have to essentially come up with graduation
17  criteria or requirements that your children have to
18  meet; is that correct?
19  A.  Well, we have to follow the state's requirements
20  for graduation.  Um-uhm.
21  Q.  And so for G.L. and J.L., were they home schooled
22  from kindergarten?
23  A.  G.L. was home schooled from first grade through 12.
24  J.L. was home schooled from kindergarten through
25  12th grade.

Page 22

1  Q.  And R.L. from kindergarten?
2  A.  Correct.  Um-uhm.
3  Q.  Was there --  Where did G.L. do kindergarten at?
4  A.  She did kindergarten at public school in Montclair,
5  New Jersey.
6  Q.  And did you relocate to Minnesota for first grade?
7  A.  Correct.
8  Q.  And was there a particular reason why you decided
9  to home school her at that point rather than enroll
10  her in a public or a private school?
11  A.  Yes.
12  Q.  And why is that?
13  A.  So there are a few different reasons.
14  Q.  Okay.  What are they?
15  A.  One is that we wanted to have her to be raised and
16  learn in a home school environment.
17  Q.  Okay.
18  A.  Because we wanted to be influential in her
19  education.  She was also working much above her age
20  grade peers, and so we could provide a personalized
21  education for her that way.
22  Q.  Any other reasons?
23  A.  Those are the two biggest ones.
24  Q.  And were those the same reasons or are those the
25  same reasons why you decided to home school J.L.

Page 23

1  and R.L.?
2  A.  Yeah.  Ultimately we felt that God was calling us to
3  home school our kids.
4  Q.  And when did you first have that revelation that God
5  was calling you?
6  A.  When G.L. was in kindergarten.
7  Q.  Okay.  And S.L., E.L., and J.L., are they all home
8  schooling?
9  A.  Yes.
10  Q.  So talking about the graduation requirements.  This
11  is new to me, but how do you go about ensuring that
12  you're meeting the state's graduation requirements
13  when you're doing a home school?
14  A.  You know, I -- they're listed, you know, on the
15  website, and so I just made sure that we've ticked
16  off all the things that were required.
17  Q.  Provided all the content?
18  A.  Right.  Um-uhm.
19  Q.  And is religion, your -- your faith, one of the
20  aspects of the home schooling that you're providing
21  your children?
22  A.  Absolutely.
23  Q.  And what is your faith?
24  A.  I'm a Christian.
25  Q.  I know that's a pretty broad term.  I grew up

Page 24

1  Lutheran.  Do you have a particular faith sector or
2  denomination that you identify with?
3  A.  Well, I have like a world view I identify with as a
4  Christian.  I mean, if you would like me to share
5  that, I can.
6  Q.  Sure.
7  A.  Okay.  I believe in an eternal God, who in the
8  beginning created the heavens and the earth and
9  everything in it.  The pinnacle of his creation were
10  Adam and Eve and he made them in His Image.  They
11  walked in close fellowship with God until they
12  disobeyed him, at which point sin and death entered
13  the world and a great chasm developed between man
14  and God.  God, in his mercy and love, provided his
15  son Jesus as a bridge to cross that great divide.
16  Jesus lived a perfect, sinless life, was crucified
17  on the cross where he bore the full penalty of our
18  sins, and was raised from the dead three days later
19  defeating sin and death.
20      In that, he offers us the free gift of
21  salvation because of his sacrifice to all who accept
22  that gift and belief.
23  Q.  That's very well put.
24  A.  Thank you.
25  Q.  And do you attend a church?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 8 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 25

1  A.  I do.
2  Q.  Which church do you attend?
3  A.  I attend Grace Church.
4  Q.  And what denomination, if any, is that associated
5  with?
6  A.  I believe it's just nondenominational.
7  Q.  And is that in Excelsior?
8  A.  No.  Ugh-ugh.  The main campus is in Eden Prairie.
9  We attend the Chaska campus.
10  Q.  Okay.  What made you choose that particular church
11  to attend?
12  A.  It best aligns with our beliefs.
13  Q.  I know it's a little easier today with the Internet
14  to see kind of doctrinal beliefs, but is that
15  something that you would have considered when
16  choosing a home church?
17  A.  I'm sorry?
18  Q.  Doctrinal beliefs or theological positions, are
19  those things that you considered when choosing a
20  church?
21  A.  We believe that our beliefs are in alignment with
22  the theological positions of the church we attend.
23  Q.  And I should have asked you this earlier when we
24  were talking about it.  I assume you're married to
25  Mark Loe?

Page 26

1  A.  Yes, I am.
2  Q.  Okay.  And what does Mr. Loe do for a living?
3  A.  He works in finance.
4  Q.  And how long have you been married?
5  A.  Twenty-five years.
6  Q.  And did you meet at Bethel?
7  A.  No.  We're high school sweethearts.
8  Q.  Oh, great.  So he's from Cottonwood as well?
9  A.  Yes, he is.
10  Q.  What ultimate -- ultimately made you decide to
11  relocate from southwestern Minnesota to the
12  Twin Cities?
13  A.  Well, we both went to college at Bethel.
14  Q.  Okay.  If any of your children approached you and
15  asked you to go to PSEO at Bethel, is that something
16  that you would support?
17  A.  Perhaps.
18  Q.  Would you have any reservations about supporting
19  that?
20  A.  Yes.  I would not be as wholehearted as at
21  Northwestern or Crown.
22  Q.  And why is that?
23  A.  We really appreciate the faith statement that
24  Northwestern and Crown provides.
25  Q.  Were you required, when you did your undergraduate

Page 27

1  studies at Bethel, to sign a faith statement?
2  A.  Yes, we were.
3  Q.  Do you know anyone who has taken PSEO at Bethel?
4  A.  I don't think so.
5  Q.  So you prefer Crown and Northwestern, but if G.L.,
6  for example, had come to you and said, I really
7  want to do Bethel for PSEO, would you have
8  ultimately okayed that?
9  A.  We would have talked about it.
10  Q.  And if you talked about it and she was
11  passionate, would you have had said okay?
12  A.  I mean, it's hard to go back now and think about it,
13  but we would have considered it.
14  Q.  Okay.  So what about for O.L., when O.L. gets to
15  PSEO age and she really -- let's say she really
16  wants to go to Bethel, is that something that you
17  would be supportive of?
18  A.  I think we would have to have a long conversation
19  about it.  Um-uhm.
20  Q.  Can you see a world in which you can agree with
21  that, with sending her to Bethel?
22  A.  Perhaps.
23  Q.  And I know I'm talking about hypotheticals here, so
24  forgive me.  If O.L. came to you and kind of like
25  G.L. did and said, I'm really considering the

Page 28

1  University of Minnesota for PSEO, is that something
2  that you would support her in?
3  A.  I think we'd have serious conversations about that
4  as well.
5  Q.  Okay.  And do you think, based on those
6  conversations, is it possible that you would
7  support her at the University of Minnesota?
8  A.  It's possible, but I'm not sure.
9  Q.  Have you ever been in any other lawsuits?
10  A.  No.
11  Q.  Well, I hope that this is not painful for you.  I'm
12  trying to not make it painful for you.
13  And, again, with the caveat that I
14  don't want to know anything you and your lawyers
15  have talked about, and really actually anything
16  that you and your husband have talked about.
17  A.  Um-uhm.
18  Q.  It's probably something that I don't get to know
19  either.
20  Who else have you discussed either the
21  PSEO law change in 2023 or the lawsuit?
22  A.  You mean, like the law change before it became a
23  law, after it became a law?
24  Q.  Yeah.  So if you think back to when you first
25  learned that the legislature was proposing to

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 9 of 38

Melinda and Mark Loe, et al vs.    Melinda Loe    MELINDA LOE
Willie Jett, et al                 2-9-24         February 9, 2024

Page 29

1 change the PSEO law, fast forward until today --
2 **A. Right.**
3 Q. -- who else have you discussed that with?
4 **A. Lots of people.**
5 Q. Okay. Is there a medium through which you've
6 primarily communicated?
7 **A. Mostly in person.**
8 Q. Have you discussed either the law or the lawsuit
9 with anyone from Crown College in conversations
10 where your lawyers weren't present?
11 **A. Yes.**
12 Q. Who from Crown?
13 **A. Jen Niska.**
14 Q. Anyone else from Crown?
15 **A. I don't believe so.**
16 Q. What about from Northwestern?
17 **A. Greg Johnson.**
18 Q. Anyone else from Northwestern?
19 **A. I don't think so. Ugh-ugh. There was a professor**
20 **at Crown too that I talked to about the law change**
21 **before it happened.**
22 Q. And who was that?
23 **A. Her name was Melissa Henderson.**
24 Q. And what does she teach at Crown?
25 **A. I actually don't know.**

Page 30

1 Q. And what did you discuss with Melissa?
2 **A. I had talked to her about constitutional law.**
3 Q. And is she a lawyer?
4 **A. I think so. That's my understanding.**
5 Q. Did either Jen or Greg try to persuade you to join
6 this lawsuit?
7 **A. No.**
8 Q. Did you try and persuade anyone to join this
9 lawsuit?
10 **A. I did not try to persuade anyone else to join the**
11 **lawsuit, no.**
12 Q. Did you invite anyone to join the lawsuit?
13 **A. Yes.**
14 Q. Who did you invite?
15 **A. I asked someone I knew through this process.**
16 Q. And who was that?
17 **A. Carrie Feltz (phonetic).**
18 Q. Have you ever discussed the lawsuit with
19 Dawn Erickson? And, again, aside from conversations
20 with your lawyers present?
21 **A. Ugh-ugh.**
22 Q. Did you know -- or do you know Dawn Erickson?
23 **A. No.**
24 Q. Have you ever met her?
25 **A. Not outside of the lawsuit.**

Page 31

1 Q. I understand that you moderated or were a leader
2 on a Facebook page?
3 **A. Correct.**
4 Q. And that Facebook page, as far as I can tell -- I'm
5 not on Facebook so I don't know.
6 **A. Okay.**
7 Q. -- that kind of predates when the law was passed;
8 correct?
9 **A. Correct. Um-uhm.**
10 Q. What's the name of that Facebook group?
11 **A. I think it's called Taking Action for PSEO,**
12 **Minnesota, something like that.**
13 Q. And were you -- Did you create that group?
14 **A. Yes, I did.**
15 Q. Do you recall when?
16 **A. It would have been the end of February or March of**
17 **last year.**
18 Q. And is it a private group on Facebook?
19 **A. Yes.**
20 Q. So you have to, at least again, forgive me, I was on
21 Facebook 15 years ago. That was a while ago. I
22 think that was before private groups even. Do you
23 have to ask permission to be admitted?
24 **A. Yes.**
25 Q. And are you the person who decides who gets to be

Page 32

1 admitted?
2 **A. Yes.**
3 Q. And did you communicate about the PSEO law change
4 on that Facebook page?
5 **A. Yes.**
6 Q. Did you communicate about the lawsuit on that
7 Facebook page?
8 **A. Just we announced that there was a lawsuit.**
9 Q. Have you -- So we served what are called discovery
10 requests --
11 **A. Um-uhm.**
12 Q. -- in this case. Have you taken a look at that
13 Taking Action for PSEO Facebook page to see if
14 there's any material on there that might be
15 responsive to the requests that we made?
16 **A. I have no idea.**
17 Q. Is the site still active, the page?
18 **A. It's still there, yes. It's not really active.**
19 Q. And do you recall, again, an estimate here, how
20 many people were ultimately admitted?
21 **A. More than 500.**
22 Q. And were any people denied admission?
23 **A. I don't recall.**
24 Q. Were there any dissenting viewpoints that were
25 provided in that forum? And by that I mean anybody

Melinda and Mark Loe, et al vs.
Willie Jett, et al
Melinda Loe
2-9-24
MELINDA LOE
February 9, 2024

Page 33

1  who said, hey, I hear your concerns but I think
2  that this law is okay?
3  **A.  I don't remember specifically, no.**
4  Q.  Have you discussed the lawsuit with any state
5  legislatures?  Now, I want to carve -- make a
6  carveout here.  I understand that you provided
7  legislative testimony; correct?
8  **A.  Right.  Um-uhm.**
9  Q.  With the exception of that testimony, which is
10 publicly available --
11 **A.  Right.**
12 Q.  -- did you have any discussions with state
13 legislators about the PSEO law change?
14 **A.  I did not have any personal conversations with any**
15 **legislators.  Like -- Well, I mean, I talked to**
16 **them after, when I did the testimony.  Is that what**
17 **you're talking about?**
18 Q.  Yeah.  Did you have any face-to-face meetings with
19 any state legislators?
20 **A.  We chatted like after the committee meeting.**
21 Q.  After the committee meeting that you testified at
22 or --
23 **A.  Um-uhm.  Yes.**
24 Q.  Did you chat after other committee meetings as well?
25 **A.  No.**

Page 34

1  Q.  Do you remember who you chatted with after the
2  committee meeting that you testified at?
3  **A.  Oh, good question.  I know I talked to Ben Vakeberg**
4  **(phonetic) I think, and Bennett Knutson.  And then**
5  **I know I -- I know I talked to my representative,**
6  **but I can't remember her name right now.  Why can't**
7  **I remember her name?  I don't remember.**
8  Q.  Do you know if your representative voted in favor
9  of the PSEO law?
10 **A.  She didn't.  She -- she wanted the law changed.  We**
11 **have opposing viewpoints on this.**
12 Q.  Okay.  And did -- at any point in time did you
13 communicate with any legislators by e-mail or text
14 message about the law change and the lawsuit?
15 **A.  I mean, I sent my concerns to legislators, you know,**
16 **like --**
17 Q.  Did you ever have any conversations with -- with
18 your representative about her opposing viewpoint?
19 **A.  Well, that was my frustration.  She wouldn't respond**
20 **to me via e-mail, and so when we talked in person,**
21 **I expressed my concerns.**
22 Q.  And when did you talk in person?
23 **A.  After one of the committee meetings.**
24 Q.  And what did she say, if you recall?
25 **A.  Something like, she's just very busy or something.**

Page 35

1  **She was very dismissive.**
2  Q.  Did she mention to you her viewpoints on the law?
3  **A.  No, she didn't seem very interested to me, which**
4  **was disappointing.**
5  Q.  Did you talk with any other -- or communicate in
6  any way with any other legislators who disagreed
7  with your viewpoint?
8  **A.  Yeah.  I sent -- I sent e-mails to a lot of**
9  **legislators.**
10 Q.  Did you get responses from any of them?
11 **A.  There were a lot of like canned replies.**
12 Q.  Did any of them who you communicated with explain
13 to you why they were -- why their viewpoint was
14 different than yours?
15 **A.  Yes.  Like there's a lot of canned responses.  They**
16 **weren't engaging me specifically.**
17 Q.  And do you recall what those canned responses said?
18 **A.  It would have been like some of the talking points;**
19 **you know, that this is -- we're trying to, I think,**
20 **open access for students.**
21 Q.  Okay.  And do you have an understanding of what
22 they meant by that?
23 **A.  I think they do, but I disagree.**
24 Q.  Okay.  And what do you think they meant by open
25 access?

Page 36

1     **MR. FLESHMAN:** Objection; calls for
2  speculation.
3  Q.  If you know.
4     **MR. FLESHMAN:** You can answer.
5  **A.  I'm sorry.  What was the question?**
6  Q.  Yeah.  Did any of them explain to you what they
7  meant by open access?
8  **A.  Not specifically, no.  I have an idea of what they**
9  **were trying to get at.**
10 Q.  And what is your idea?
11 **A.  I think they want to force the schools to remove**
12 **the faith requirements, and the schools, in not**
13 **doing so, it will actually reduce the choices for**
14 **students, so I disagree with that.**
15 Q.  Because you think it will reduce the number of
16 choices?
17 **A.  Yes.  There will be fewer PSEO slots available for**
18 **students if Crown and Northwestern remove their**
19 **PSEO programs from on-campus learning.**
20 Q.  Unless another institution increases its capacity;
21 correct?  In the same amount potentially?
22 **A.  But it wouldn't be the same environments.**
23 Q.  And when you communicated with Jen Niska and
24 Melissa Henderson and legislators and Greg Johnson
25 as well about the lawsuit, did you do that by

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

---

Page 37

1  cellphone, e-mail, when you were doing written
2  communication?
3  **A.  That would have been, yeah, by cellphone.**
4  Q.  Okay.  And any e-mails that you can recall sending?
5  **A.  Who are you asking about again?**
6  Q.  Craig Johnson, Jen Niska, Melissa Henderson, or any
7  legislator.
8  **A.  Again, I e-mailed legislators, but I did not e-mail**
9  **the others.**
10  Q.  Have you taken a look to see if you have any of
11  those e-mails and given them to your lawyers?
12  **A.  I haven't looked.**
13  Q.  Have you looked for any documents at all that might
14  be responsive to the lawsuit?
15  **A.  No.**
16  Q.  Are you aware that the Department of Education
17  requested some documents from you?
18     MR. FLESHMAN: Objection; calls for a
19  legal conclusion, I guess.
20  **A.  No.**
21  Q.  All right.  So your church and your faith, is there
22  a particular version of the Bible that is considered
23  to be the guiding text?
24  **A.  No.**
25  Q.  And in your faith do you believe that the Bible is

---

Page 38

1  inerrant?  And by that I mean perfect, there are no
2  mistakes.
3  **A.  I believe that the Bible is the inspired word of**
4  **God.  All scripture is God breathed and Psalm 12**
5  **and 19 says it is perfect and flawless.**
6  Q.  So do you believe you should follow everything the
7  Bible says?
8  **A.  I believe that -- Well, what do you mean exactly**
9  **by that, everything the Bible says?**
10  Q.  Yeah.  The Bible gives a command, do you believe
11  that you should follow that in your life?
12  **A.  It depends on what command you're talking about.**
13  Q.  Any command.  I'm just asking generally.  If a
14  Bible gives a command or a rule, is that something
15  that you believe you should follow in your life?
16  **A.  Well, there are different commands and rules that**
17  **the Bible gives.  Some were given to the Israelites**
18  **in the time of theocracy that do not necessarily**
19  **apply to the New Testament church today.**
20  Q.  So you believe that the commands and rules given to
21  the Israelites at the time of theocracy or
22  anachronistic are no longer applicable?
23  **A.  There are some that are no longer applicable.**
24  Q.  How do you know which ones are not?
25  **A.  Well, Jesus came to fulfill the law and he affirmed**

---

Page 39

1  **parts of the law that we still hold to.**
2  Q.  So if Jesus essentially reinforced what -- what the
3  old command or rule and the old theocracy was, you
4  believe that that was a command that you should
5  follow in your life?
6  **A.  Correct.**
7  Q.  What about commands or rules that, you know, Jesus
8  didn't -- that the Bible doesn't mention Jesus
9  taking a position on, is it your belief that those
10  are still valid or that really the focus is on only
11  those that Jesus has adopted?
12  **A.  We live in the New Testament church now and the time**
13  **after Jesus.**
14  Q.  So only those that Jesus has adopted?
15  **A.  Well, you'd have to be more specific.**
16  Q.  Yeah.  So, for example --
17  **A.  I mean, the Bible is full of commands and -- and**
18  **rules and you could pull out really picky ones from**
19  **the Old Testament and then, you know, hold me to**
20  **that and ask me and I can respond to those, but as**
21  **a general rule, Jesus fulfilled the law.**
22  Q.  Okay.
23  **A.  And we follow what he says now.**
24  Q.  So do you --  One of those old picky ones is, and I
25  don't think Jesus had anything to say about this,

---

Page 40

1  is that people should not wear more than one kind
2  of fabric.
3  **A.  Right.**
4  Q.  I'm sure you've heard that one.  Since Jesus didn't
5  have anything to say about that, do you believe that
6  that is kind of a relic?
7  **A.  That was a law that was given to the Israelites for**
8  **a specific time and a specific purpose.**
9  Q.  So that essentially is no longer effective?
10  **A.  Right.**
11  Q.  What about same sex relationships or same sex
12  attraction, was that a law that was given to the
13  Israelites as well?
14  **A.  That's, I'm sure, a complicated issue.**
15  Q.  Yeah.  I'm just asking you from your belief
16  perspective.  So do you know whether -- what book
17  of the Bible talks about having a relationship with
18  someone of your own sex?
19  **A.  I'm not sure of the specific book, but I know that**
20  **that was -- that was a command given in the Old**
21  **Testament times.**
22  Q.  And that was given to the Israelites; correct?
23  **A.  Correct.  Um-uhm.**
24  Q.  And did Jesus have anything to say about that?
25  **A.  Yes.**

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 41

1 Q.   What did Jesus say?
2 A.   When he was asked about marriage and divorce, he
3 went out of his way to describe marriage as being
4 between man and woman.
5 Q.   And what did he say about divorce?
6 A.   I'm sorry?
7 Q.   What did Jesus say about divorce?
8 A.   I'm trying to remember exactly.  Well, I mean,
9 that's not God's plan for marriage.
10 Q.   So you mentioned marriage, Jesus talking about how
11 marriage is between a man and a woman.
12 A.   Um-uhm.
13 Q.   Do you know if Jesus said anything about
14 relationships that weren't marriage between people
15 of the same sex?  So dating, for example.
16 A.   I don't believe he talked about dating in the
17 Bible.  It wasn't exactly a thing then.
18 Q.   You don't think same sex relationships were a thing
19 then?
20 A.   You said dating.
21 Q.   Or dating.  Okay.
22 A.   Yeah.  I said I don't think dating was a thing then.
23 That's what you're talking about; correct?
24 Q.   Yeah.
25 A.   You said dating in the Bible.

Page 42

1 Q.   I don't think there were long courtships in that
2 time.  I think you're right.
3     You understand that there are different
4 Christian faith traditions that all believe in
5 Jesus; correct?
6 A.   Yes.
7 Q.   So Catholicism would be one; correct?
8 A.   Um-uhm.
9 Q.   And Lutheranism would be another?
10 A.   (No response.)
11 Q.   Correct.
12 A.   I'm sorry.  Yes.  I was just nodding.  Yes.
13 Q.   And Protestantism is another; correct?
14 A.   Sure.
15 Q.   Is your home church Catholic?  You said it's
16 nondenominational; correct?
17 A.   No, it is not.
18 Q.   Did you grow up Catholic?
19 A.   No.
20 Q.   Did you grow up in church?
21 A.   I did.
22 Q.   What kind of church background do you have?
23 A.   Evangelical free.
24 Q.   Do you have any concerns about your children
25 attending PSEO courses with students who aren't

Page 43

1 Christian?
2 A.   What do you mean?
3 Q.   Yeah.  So a kid who identifies either as an atheist
4 or agnostic or a different faith tradition?
5 A.   I don't have a problem with that, but we would
6 prefer that they were in an environment that is
7 Christ centered.
8 Q.   So you would be okay if they attended with kids who
9 aren't Christian but you'd prefer a Christian
10 environment?
11 A.   Right.
12 Q.   Do you have any problem or concerns with your
13 children attending PSEO courses with students who
14 are gay?
15 A.   No.
16 Q.   Do your children have gay friends?
17 A.   I'm not sure.
18 Q.   Do you?
19 A.   Not close.
20 Q.   Acquaintances?
21 A.   Yeah.  Acquaintances, sure.
22 Q.   Do you have any problems or concerns about your
23 children attending PSEO classes with students who
24 are transgender or nonbinary?
25 A.   No, but we prefer that they were in like a

Page 44

1 Northwestern and Crown College environment.
2 Q.   Where those kids are not attending?
3 A.   No, they do -- they can attend there.
4 Q.   They can attend there?
5 A.   Well, I'm sorry.  Can you ask the question again?
6 Q.   Yeah.
7     MR. TIMMERMAN:  Could you read it back?
8 (Last question read back)
9 A.   No.
10 Q.   Do you know if your children have any friends who
11 are transgender or nonbinary?
12 A.   I'm not sure about that.
13 Q.   Do you?
14 A.   I don't think so.
15 Q.   Do you believe that gay students can attend PSEO on
16 campus at Crown and Northwestern?
17 A.   I believe if they sign the faith statement they can.
18 Q.   Do you know what that faith statement says about
19 them?
20 A.   No.
21 Q.   Have you ever reviewed the faith statements from
22 the schools?
23 A.   I'm sure I have, but it's been a long time.
24 Q.   Do you think that transgender and nonbinary students
25 can attend on-campus PSEO at Crown and Northwestern?

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 45

1  A.   I'm not sure.
2  Q.   We've been going about an hour.  Would you like to
3  take a break?
4  A.   That would be great.
5      (Recess taken from 1:59 p.m. to
6      2:13 p.m.)
7      BY MR. TIMMERMAN:
8  Q.   Okay.  Well, I'm going to pick up on a little bit
9  of a different line here.  So if this law is upheld,
10 would R.L. continue to do PSEO?
11 A.   I'm not sure.
12 Q.   What would your options be at that point?
13 A.   Well, it depends on what the schools decide to do
14 if the law is upheld.
15 Q.   So if the law is upheld and the schools decide to
16 keep providing on-campus PSEO, would R.L. continue
17 to do on-campus PSEO at Northwestern?
18 A.   If they continue to offer PSEO.  So you're saying
19 if they drop the faith statement?
20 Q.   Yeah.
21 A.   I mean, I'm not sure.  We would be very disappointed
22 if they made that choice.
23 Q.   Okay.  Would you at least consider still sending
24 R.L. to Northwestern for PSEO?
25 A.   I think it would maybe be a consideration.

Page 46

1  Q.   Would you consider online PSEO as an option for
2  R.L.?
3  A.   I'm not sure that's an option for her.
4  Q.   Why is that?
5  A.   Because she will need the lab science classes.
6  Q.   That's right.  What about for O.L., if the schools
7  drop their faith statements, would she still
8  consider going to Northwestern?
9  A.   Or Crown.
10 Q.   Crown, excuse me.
11 A.   Crown or Northwestern.
12 Q.   Right.
13 A.   I'm not sure which one she would go to.  I don't
14 know.  She doesn't have a firm, you know, thought
15 of what she wants to do after high school, so we
16 just have to have conversations about it.
17 Q.   If she was interested in a certain profession that
18 like A University that provides PSEO specializes in,
19 would you consider sending O.L. to that PSEO
20 institution?
21 A.   We would just have to have lots of conversations
22 about it.
23 Q.   Yeah.  I'm just thinking about the University of
24 Minnesota since it's so big and it has so many
25 different specialties.

Page 47

1  A.   Right, but, you know, the primary goal for our
2  family as home educators, first we want them to be
3  Godly and then we want them to be smart.
4  Q.   Is there concern that if the faith statements are
5  dropped, that that will impact the smart aspect of
6  your goal?
7  A.   No.  It just changes -- it might change their
8  experience.
9  Q.   How would it change their experience?
10 A.   Well, it just depends on what they decide to do.  My
11 understanding is that Northwestern and Crown will
12 not continue to offer PSEO if they are forced to
13 drop the faith statement, so then it would not be a
14 possibility for them.
15 Q.   Is it your position that your children can only
16 receive a Godly PSEO education at an institution
17 that requires a faith statement?
18 A.   Here's the thing.  Like many -- I'm just trying
19 to decide how to explain this the way that you will
20 understand.
21      We believe that any and all sin
22 separates us from God; and so we all, as humans,
23 have a shared identity as a sinner.  I'm a sinner,
24 you're a sinner, everyone in this room is a sinner.
25 I can say, though, that I'm a sinner redeemed by

Page 48

1  the blood of Jesus, and because of that, that
2  informs how I live my life, how I make my choices,
3  and that what I do and how I live is one that is
4  seeking after a life in accordance with how Christ
5  lived - to be sanctified and becoming more Christ
6  like.  And that certainly informative years are
7  easier if you're surrounded by people seeking that
8  same thing.
9  Q.   So you prefer that your children do PSEO at an
10 institution that's also focused on pursuing a
11 Christ-like life?
12 A.   A Christ-centered environment, um-uhm.  Right.
13 Q.   And do you believe that both Northwestern and Crown
14 provide a Christ-centered environment for PSEO
15 students?
16 A.   Yes, they do.
17 Q.   And what is that based on?
18 A.   Well, as I understand it, they share that same
19 particular understanding of the Christian faith that
20 Representative Pryor discussed on the floor and
21 said that they were targeting these two institutions
22 because they shared the same faith as we do.
23 Q.   Is the fact that Crown and Northwestern provide
24 Christ-centered PSEO education the biggest factor
25 in your decision?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 14 of 38

Melinda and Mark Loe, et al vs.          Melinda Loe                      MELINDA LOE
Willie Jett, et al                        2-9-24                      February 9, 2024

Page 49

1 A. I think so, yes.
2 Q. Are you concerned that your children will be
3 negatively influenced if they attend PSEO with
4 students that aren't focused on a Christ-centered
5 life?
6 A. What do you mean by negatively influenced?
7 Q. That they will be exposed to harmful influences.
8 A. I'm not concerned that they will be exposed in that
9 way. They are strong-minded individuals. They
10 think for themselves.
11 Q. Do you believe it's ever okay to discriminate?
12     MR. FLESHMAN: Objection; calls for a
13 legal conclusion. You can answer if you know.
14 A. I'm not sure what you mean by discriminate.
15 Q. Do you have a general understanding of what
16 discriminate means?
17     MR. FLESHMAN: Same objection. You
18 can answer if you know.
19 Q. According to your understanding.
20 A. Well, according to my understanding, this law is
21 doing exactly that and discriminating against my
22 children and not allowing them to take their
23 dollars that belong to them and use them at a
24 faith-based institution of their choosing.
25 Q. I understand that's your position. I'm asking

Page 50

1 you your understanding of what -- Since you said
2 that, I think you understand what discrimination
3 means; correct?
4 A. Well, I mean, I have an idea of what it means. I
5 don't know if it's the same way as you're
6 describing.
7 Q. Sure. So what do you think it means?
8 A. To like force people to not -- to shut people out
9 or to exclude. Is that what you would be saying
10 discriminate is?
11 Q. Yeah. Based on some factor; right?
12 A. Right.
13 Q. Some characteristic.
14 A. In this case you are trying to exclude my students
15 from participating in a faith-based institution of
16 their choosing.
17 Q. Do you believe it's ever okay to discriminate based
18 on religion?
19     MR. FLESHMAN: Objection; calls for a
20 legal conclusion. You can answer.
21 A. Well, I think it depends.
22 Q. What does it depend on?
23 A. The situation.
24 Q. How so?
25 A. Well, I don't know what you're asking exactly. Like

Page 51

1 what situation are you talking about?
2 Q. Just ever. I'm saying, do you believe it's ever
3 okay to discriminate based on religion?
4     MR. FLESHMAN: Same objection. You
5 can answer if you know.
6 A. I don't think I know exactly -- I feel like you're
7 trying to get at something and I'm not sure what
8 you're trying to get at, and so I'm not sure how to
9 answer in a way that is, you know, consistent with
10 what I think about things. You know, I think we're
11 just looking at things in different ways.
12 Q. Let's come back to that question. Do you think it
13 is ever okay to discriminate based on race?
14     MR. FLESHMAN: Same objection. You can
15 answer.
16 A. No.
17 Q. Do you think it's ever okay to discriminate based
18 on gender?
19     MR. FLESHMAN: Same objection.
20 A. I don't know. I don't think so, but --
21 Q. What about disability status, do you think it's
22 okay to discriminate against someone based on their
23 disability?
24     MR. FLESHMAN: Same objection.
25 A. I think it depends on what you're talking about.

Page 52

1 Q. Just in life in general.
2 A. Well, but it depends on what you're talking about.
3 Q. Sure. Do you think it's fair as a personal value
4 that you hold to treat someone differently in a
5 negative manner because they're disabled?
6 A. In general, no, but I think there are circumstances
7 where one could say you'd be discriminating against
8 someone who, say, is blind and say they cannot be a
9 firefighter. You know, is that discrimination
10 because they can't race into a burning building that
11 they're unfamiliar with to save someone? Is that --
12 are you -- Do you understand what I'm saying?
13 Q. Sure.
14 A. There are instances where you select people to do a
15 certain task or do a certain job based on certain
16 qualities; correct?
17 Q. Sure.
18 A. And if you're excluding them based on the qualities
19 or qualifications or just based on your criteria, I
20 mean, that's a selection. I don't know it's
21 discrimination. So I think that's where I'm not
22 sure where we're headed here.
23 Q. Do you think it's okay for a school to discriminate
24 in admissions based on skin color?
25     MR. FLESHMAN: Objection; calls for a

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 15 of 38

Melinda and Mark Loe, et al vs.                 Melinda Loe                      MELINDA LOE
Willie Jett, et al                               2-9-24                        February 9, 2024

Page 53

1 legal conclusion. You can answer.
2 A.  I don't think so.
3 Q.  Do you think it's okay for a school to discriminate
4 in admissions based on sexual orientation?
5     MR. FLESHMAN: Same objection.
6 A.  I think all schools have selection criteria that
7 they use to admit students. The University of
8 Minnesota, as I recall last year on their website,
9 said they had 1,600 applicants for PSEO but they
10 only admitted 45 percent. I don't know what
11 selection criteria they used to admit or not admit
12 students.
13 Q.  Okay. But my question was just a little bit
14 different.
15     MR. TIMMERMAN: Could you read it back,
16 please?
17     (Last question read back)
18 A.  Are you asking if -- if I think Northwestern and
19 Crown discriminates based on sexual orientation?
20 Q.  I'm asking you for your belief.
21 A.  I'm not sure how to answer that.
22 Q.  Is there some part of it that you don't understand?
23 A.  Well, I just think we're -- you know, again we're
24 talking about different things, and so I'm having a
25 hard time understanding what you're getting at, I

Page 54

1 guess.
2 Q.  I think it was a pretty simple question. I'm
3 asking you your belief. Do you think it's okay for
4 a school to discriminate based on sexual orientation
5 in the admission process?
6     MR. FLESHMAN: Objection to the extent
7 it calls for a legal conclusion. You can answer if
8 you know.
9 A.  Well, I don't -- I don't think I know exactly. I
10 mean --
11 Q.  You don't have a belief one way or the other on
12 that?
13 A.  Well, I just --
14     MR. FLESHMAN: Melinda, you don't
15 have to answer yes or no. If you want to explain
16 what you think about it, you can explain.
17     THE WITNESS: Okay. Thank you.
18 A.  I just don't think that is anything that colleges
19 do. I don't think they're doing that. I don't
20 think they're excluding people based on their
21 sexual orientation, so I don't think it matters
22 what I think about it. I don't think that's what
23 they're doing.
24 Q.  That's fine, but I've asked you what you think
25 about it, so I've asked you a different question.

Page 55

1 I've asked you what you think about it.
2 A.  I don't think it's something that is done.
3 Q.  Okay. Do you believe it's okay to do that, though?
4 A.  I think schools have a right to select students.
5 Q.  And by that you mean select whatever characteristics
6 they prefer?
7     MR. FLESHMAN: Objection to the extent
8 it mischaracterizes her testimony. You can answer.
9 A.  I'm just trying to think. Again, I just don't
10 think that is what's happening and I don't think
11 that is what they do so.
12 Q.  Okay. But that was not my question.
13 A.  Right. I'm sorry. What is your question again?
14 Q.  The question is, do you think it's okay, do you
15 believe, in your belief, it's okay for a school to
16 discriminate on the basis of sexual orientation in
17 the admissions process?
18 A.  I'm not sure.
19 Q.  Okay. Do you believe it's okay for a school to
20 discriminate on the basis of gender identity --
21     MR. FLESHMAN: Objection.
22 Q.  -- in the admissions process?
23     MR. FLESHMAN: Objection to the extent
24 it calls for a legal conclusion. You can answer if
25 you know or if you have an opinion.

Page 56

1 A.  I guess I'm just not sure.
2 Q.  You don't have a belief one way or the other?
3 A.  I don't have a belief about this particular issue
4 as it relates to discrimination in admission to
5 schools.
6 Q.  Okay. Have you ever paid anything out-of-pocket for
7 your children to attend PSEO?
8 A.  We have not.
9 Q.  What is your understanding about how PSEO is funded?
10 A.  Well, I don't understand a lot about the details.
11 Q.  What is your understanding of who paid for your
12 children's PSEO?
13 A.  I believe the money comes from the state via tax
14 dollars to our child, who then takes it to the
15 school of their choosing. Schools are approved by
16 the Minnesota Department of Education to offer PSEO.
17 Q.  So you said that you believe the money comes to the
18 student to take with them. You didn't get a check
19 from the state, did you?
20 A.  No.
21 Q.  The money was just sent to the institutions that
22 your children ended up attending?
23 A.  Yes.
24 Q.  Has your family ever borne any out-of-pocket
25 expenses for PSEO textbooks or materials?

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

---

Page 57

1  A.  No.
2  Q.  Are you familiar with the PSEO courses that R.L. is
3  currently taking at Northwestern?
4  A.  Generally, yes.
5  Q.  Which courses?
6  A.  Currently she's taking an anatomy class and she's
7  taking a math class, a writing class, and I believe
8  a history class.
9  Q.  Have you ever seen a syllabi for any of those
10 classes?
11 A.  No, not for those.
12 Q.  Have you ever seen any textbooks or course materials
13 for any of those classes?
14 A.  Probably in passing in my house.
15 Q.  Have you seen a syllabi for any PSEO courses at
16 Crown and Northwestern?
17 A.  I can remember looking at my son's for one of his
18 classes.  I don't remember which one.
19 Q.  One of J.L.'s classes?
20 A.  Um-uhm.  Yes.
21 Q.  Do you know whether R.L., J.L., or G.L. had prayed
22 in PSEO classes?
23 A.  I don't know.
24 Q.  I'd have to ask them that?
25 A.  Right.

---

Page 58

1  Q.  Do you know whether any of the three of them have
2  read the Bible or Bible verses in any of their PSEO
3  classes?
4  A.  I don't know.
5  Q.  Would you expect that is something that should be
6  part of their PSEO education?
7  A.  I don't know.
8  Q.  Have R.L. or G.L. or J.L. ever expressed to you any
9  discomfort with any of their peers in any PSEO
10 classes?
11 A.  No.
12 Q.  What about with any of their professors?
13 A.  Not that I can recall.
14 Q.  Have you met any of the professors?
15 A.  I don't think so, no.
16 Q.  I assume that R.L. has access to her current course
17 syllabi; correct?
18 A.  Yes.
19 Q.  Do you know if J.L. and G.L. have access to their
20 old course syllabi?
21 A.  I don't know.  I would doubt it, but I don't know.
22 Q.  How did you come to learn --  So let's think back
23 to the time when you were looking at PSEO with G.L.
24 And I apologize.  She went to Crown; correct?
25 A.  Correct.

---

Page 59

1  Q.  How did you come to understand that Crown was
2  offering PSEO?
3  A.  Well, initially she applied to go to Northwestern
4  because she lived up just the road from
5  Northwestern.  When we moved to Excelsior, we were
6  closer to Crown, so that became more of an option
7  for her.
8  Q.  And do you know how you learned that Crown offered
9  PSEO or Northwestern?
10 A.  Probably an Internet search.  I don't recall.
11 Q.  As someone who home schools your kids, you seem
12 really invested in your children's education, so I
13 would assume that you would have researched Crown
14 or Northwestern to some extent before you decided to
15 enroll your children?
16 A.  Sure.
17 Q.  What did you do to check out Crown or Northwestern
18 for your children?
19 A.  We talked to other people who had kids who went
20 there.
21 Q.  And what did they say?
22 A.  They spoke very highly of their experiences there.
23 Q.  Did they mention any particular aspects of their
24 experiences that were positive?
25 A.  Not anything specific, I guess.

---

Page 60

1  Q.  Is it fair to say that you want -- you've wanted
2  your students to do PSEO at Crown and Northwestern
3  because you wanted them to have a Christian
4  education?
5  A.  Um-uhm.
6  Q.  That's a yes?
7  A.  We want them to be in a Christ-centered environment.
8  Q.  And receive a Christian education; correct?
9  A.  Yes.
10 Q.  So how involved were you with the actual --  Let's
11 go back.  Let's think about G.L. here.
12 A.  Yeah.
13 Q.  We're jogging everyone's memory, but do you recall
14 when G.L. applied for PSEO at Crown, do you recall
15 what kind of a process she had to go through at
16 Crown?
17 A.  Oh, my goodness.  It does seem like a long time ago.
18      There was an application process.  I
19 know I had to pull together a transcript.  And I
20 don't remember much beyond that.  Sorry.
21 Q.  Do you know, did G.L. need a spiritual reference at
22 all?
23 A.  I don't recall.
24 Q.  Do you know if G.L. had to answer any questions
25 about her faith?

---

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

---

Page 61

1  A.  I don't recall.
2  Q.  Have you ever seen Crown's statement of faith?
3  A.  I'm sure I have.
4  Q.  Have you ever seen Crown's community covenant?
5  A.  Probably so.
6  Q.  Do you recall what those documents say?
7  A.  Not specifically.
8  Q.  Do you know if G.L. had to give an interview to be
9  admitted at Crown PSEO?
10  A.  I don't remember.
11  Q.  Did G.L. ever get any discipline during her time at
12  PSEO at Crown?
13  A.  Discipline?
14  Q.  Yeah.
15  A.  I don't think so.  I can't imagine.
16  Q.  What about for J.L. and R.L., how involved were you
17  with the application process at Northwestern?
18  A.  You know, I encouraged them in the process, you
19  know.  They're of the age where I'm coaching them.
20  I'm not doing things for them anymore.
21  Q.  Have you ever seen the application process from
22  Northwestern, what it looks like?
23  A.  Again, I believe there's an application and, you
24  know, I had to provide a transcript, and I believe
25  there was a submitted video of some sort.

Page 62

1  Q.  A video essay?
2  A.  I think so.  Something like that.  I don't know.
3  Q.  Did you help with that?
4  A.  I don't think so.  They're pretty on-their-own kids.
5  Q.  Did you ever see their videos?
6  A.  No.  I think it was like a -- you submit and it's
7  gone kind of a thing.
8  Q.  Like --
9  A.  Like you do it -- it's like live --  It's not live,
10  but I think it's not like we recorded it and then
11  sent it.  It was something that they just did and
12  it was done and I wasn't there for it.
13  Q.  Oh, okay.  Do you know if either G.L. -- or excuse
14  me, J.L. or R.L. ever had to provide a spiritual
15  reference as part of their application process?
16  A.  I don't remember.  I don't recall.
17  Q.  Do you know if either of them had to sign a faith
18  statement?
19  A.  For who are you talking about?
20  Q.  J.L. and R.L.
21  A.  I assume so.
22  Q.  Do you know what that faith statement says?
23  A.  No.
24  Q.  Did you ever review it?
25  A.  I probably did, but I don't recall the details.

Page 63

1  Q.  Do you know whether J.L. and R.L. had to agree to
2  abide by any type of a covenant or conduct document
3  at Northwestern?
4  A.  I'm not sure.
5  Q.  Have you seen any kind of a declaration or a
6  covenant or conduct document from Crown or
7  Northwestern?
8  A.  I don't know.
9  Q.  Do you think it's fair for a kid, a high school kid,
10  to have to state that they believe that in Jesus
11  Christ even if they don't in order to take on-campus
12  classes at Crown and Northwestern?
13  A.  What do you mean by fair?
14  Q.  Yeah.  Do you think it's fair?  Your internal sense
15  of fairness?
16  A.  So like right?
17  Q.  Right.  So if I'm a Muslim kid --
18  A.  Right.
19  Q.  -- and I live a block from Northwestern and I want
20  to do on-campus PSEO, is it fair for me to have to
21  say that I believe in Jesus Christ to do on-campus
22  PSEO at Northwestern?
23  A.  Well, if the Islamic University of Minnesota offered
24  PSEO classes, would it be fair for Christian
25  students to have to sign a faith statement to go to

Page 64

1  that school or wear a hijab to go to that school?
2  Q.  That's not what my question is.
3  A.  Right, but it is --
4  Q.  Could you answer my question?
5  A.  Well, it would be fair, right, if the schools have a
6  right to select students.
7  Q.  Would you agree with me that in that instance the
8  students are having to essentially proclaim
9  something that's contrary to their personal faith?
10     MR. FLESHMAN: Objection.
11  A.  They don't have to sign it.
12     MR. FLESHMAN: Objection to the extent
13  it mischaracterizes your testimony but you can
14  answer and clarify.
15  A.  No one is forcing them to sign it.
16  Q.  Do you know if they can attend on campus if they
17  don't sign it?
18  A.  I don't know.
19  Q.  Would it surprise you to learn that they can't?
20  A.  No.
21  Q.  Do you think that's fair?
22  A.  Sure.
23  Q.  Do you think that discriminates against that student
24  on the basis of religion?
25     MR. FLESHMAN: Objection to the extent

---

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 18 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 65

1 it calls for a legal conclusion. You can answer.
2 A. No. They have lots of other choices where they
3 could go to be in an environment surrounded by
4 people who think like them.
5 Q. Well, you're assuming a lot of things when you say
6 that, though; right? You're assuming that they
7 have the means to get to a different environment,
8 you're assuming that they have family support to
9 help transport them someplace; right? That's loaded
10 with assumptions, would you agree?
11 A. No, because the same could be said for any Christian
12 student, a student like mine who would desire to
13 attend Crown or Northwestern in a Christ-centered
14 community and then would be forced not to do so
15 because the schools have been forced by the state
16 to close their programs.
17 Q. So you think that your children's right to attend a
18 school that has a Christ-centered environment is
19 more important than the rights of an Islamic kid to
20 attend on campus at Northwestern?
21    MR. FLESHMAN: Objection.
22 Q. Is that fair to say?
23    MR. FLESHMAN: To the extent it
24 mischaracterizes your testimony and calls for a
25 legal conclusion.

Page 66

1 A. I did not say that.
2 Q. Is that fair to say?
3 A. That's not what I said.
4 Q. But I'm asking you, is that a fair statement?
5 A. Can you repeat what you were saying I'm saying?
6 Q. Yeah. That your children's right to attend
7 on-campus PSEO at Northwestern in a Christ-like
8 environment or a Christ-centered environment is
9 more important than the rights of an Islamic student
10 who lives next to Northwestern to attend Crown --
11 or excuse me, to attend Northwestern on campus?
12 A. I don't think my children have rights that are more
13 important than any other child.
14 Q. You don't?
15 A. No. I don't think they have rights that are more
16 important than anyone else. That's not what I
17 said.
18 Q. Do you think it's fair for a high school kid who's
19 gay and who wants to attend on-campus PSEO courses
20 at Northwestern to sign a statement saying that
21 their sexual identity is immoral and a sin?
22    MR. FLESHMAN: Objection; lacks
23 foundation. You can answer.
24 A. I think, as I stated before, that my world view,
25 which I believe is shared by the institutions we're

Page 67

1 talking about, Crown and Northwestern, is that our
2 identity is not in our actions but our identity is
3 in Christ as sinners redeemed by the blood of
4 Christ, and that is what's more important than
5 anything else.
6 Q. But my question was a little bit different.
7    MR. TIMMERMAN: Could you read it
8 back for us. Sorry.
9    (Last question read back)
10 A. I'm not familiar with what that statement says.
11 Q. You're not familiar with what?
12 A. Are you saying that Northwestern or Crown has a
13 statement that says that?
14 Q. Yes.
15 A. I'm not familiar with the statement.
16 Q. Well, assuming that Northwestern does have a
17 statement that says that, do you think it would be
18 fair for a gay student to have to do that?
19    MR. FLESHMAN: Objection; lacks
20 foundation.
21 A. My understanding is that Crown and Northwestern
22 share the same understanding as I do of scripture,
23 and sexual identity is not a sin. There is a
24 difference between actions that are done and
25 temptations that are -- you know, actively sitting

Page 68

1 and passively being tempted. Even Jesus was
2 tempted, but he did not sin. So we may all have
3 struggles or challenges with things, proclivities
4 to sin in different ways, but all students that
5 attend Crown and Northwestern are pursuing the
6 model of Christ.
7    And so to ask students to join
8 together in supporting one another in an environment
9 where they're in pursuit of Christ and following
10 his commands and his teachings and becoming more
11 Christ like, I think is a good goal to have for the
12 students.
13 Q. Okay. But again that was not my question.
14 A. I'm sorry. I'm not following your question very
15 well.
16 Q. My question was, do you think it's fair for a kid
17 who's gay, who wants to attend Northwestern for
18 PSEO, to have to sign a statement saying that their
19 sexual identity is a sin and immoral?
20 A. Okay.
21    MR. FLESHMAN: Objection; lacks
22 foundation.
23 A. So when you -- what are you saying when you say who
24 is gay? This is where I think we're missing each
25 other.

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 69

1  Q.  Whose sexual orientation is gay.
2  A.  Right.
3  Q.  Who is born gay.
4  A.  Again, my world view is just different than yours.
5  Q.  You don't believe people are born gay?
6  A.  I think we're all born sinners.
7  Q.  Do you believe people are born gay?
8  A.  I think that's a complicated issue that I don't --
9  I'm not a scientist or have any research backing to
10  know the answer to that question.
11  Q.  Do you have a belief one way or the other?
12  A.  Well, I think there's some genetically -- I'll say
13  alcoholism; correct?
14  Q.  Between being gay and having --
15  A.  No.  I'm just saying I think that we have --
16  research does support there are genetic things to
17  being an alcoholic, but as someone who is in pursuit
18  of Christ, I would push aside -- you know, I would
19  work to not follow those tendencies, to not fall
20  into those temptations towards sin.  And so if
21  you're saying that someone is born of a tendency
22  towards sin, we are all born towards a tendency
23  towards sin.
24  Q.  So you equate being gay with being an alcoholic?
25  A.  That's not what I said.

Page 70

1  Q.  That's the analogy you just said.
2      MR. FLESHMAN: Objection to the
3  extent it mischaracterizes her testimony.
4  A.  Okay.  I'm trying to explain that I believe we are
5  all sinners.  We are all born with a tendency
6  towards sin.  It's part of the broken world we live
7  in since the fall.  And now we live in a broken
8  world and so we are all born with a tendency towards
9  sin.  Some people are born with different tendencies
10  than others.
11  Q.  I think hear what you're saying.  You believe it's
12  okay to be gay so long as you don't act on it?
13      MR. FLESHMAN: Objection to the extent
14  it mischaracterizes her testimony, but you can
15  clarify.
16  A.  Okay.  I believe that there is a difference between
17  actively sinning and passively being tempted to sin.
18  Q.  And actively sinning, in your belief, is to be
19  having a same sex relationship?
20  A.  For that particular --  Yes.  Just as I would say
21  having a heterosexual sexual relationship outside
22  of marriage would also be sin.
23  Q.  Even dating?
24  A.  No.  Actually having sexual relations outside of
25  marriage.

Page 71

1  Q.  Do you think that same sex individuals dating each
2  other would be sin?
3  A.  I believe pursuing sin is sin.
4  Q.  So how would that be pursuing sin?
5  A.  Because God has ordained marriage as between male
6  and female.
7  Q.  So having a same sex relationship would be pursuing
8  sin in your viewpoint?
9  A.  Yes.
10  Q.  Would having a heterosexual relationship and not
11  having sexual intercourse be being pursuing sin for
12  you?
13  A.  No.  God has designed marriage between male and
14  female.  It is his design for humans and it's the
15  best for human flourishing.
16  Q.  Are you aware of what Crown's or Northwestern's
17  faith statements or covenants or declarations say
18  about gender identity?
19  A.  No.  I'm not completely familiar with that, no.
20  Q.  Are you aware that Northwestern's declaration of
21  Christian community refers to individuals who have
22  a different gender identity than their biological
23  identity as being, and I quote here, broken and
24  confused?
25      MR. FLESHMAN: Objection to the

Page 72

1  extent -- or it lacks foundation.  If you're going
2  to quote from a document, you need to let her look
3  at it.
4      MR. TIMMERMAN: I'm just asking if
5  she's aware.
6  A.  I haven't read it.
7  Q.  Okay.  Did G.L. or J.L. or R.L. during their time
8  at Crown and Northwestern, were they ever required
9  to attend a religious gathering or chapel or things
10  of that nature?
11  A.  Not that I'm aware of.
12  Q.  Were they ever encouraged; do you know?
13  A.  Not that I'm aware of.
14  Q.  You would agree, I think, that your kids could go
15  to a different PSEO school for PSEO and still be
16  Christian; right?
17  A.  Yes, they could.
18  Q.  Still hold their same Christian beliefs; correct?
19  A.  It would not be the same, but yes.  It would not be
20  the same environment but, yes, they would still be
21  Christians.
22  Q.  Their beliefs would be the same; correct?
23  A.  Yes.
24  Q.  So not being able to attend Crown or Northwestern
25  wouldn't have any impact on their beliefs; it would

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 73

1 just have an impact on the environment they're
2 attending. Correct?
3 **A. It would impact the environment and, I mean,**
4 **environments are influential, so it could impact**
5 **their beliefs. I don't know.**
6 Q. Any reason to believe that any of your children
7 couldn't still exercise their religious practice in
8 faith if they went to a different PSEO school?
9 **A. It would be a different experience.**
10 Q. Any reason to believe they couldn't still exercise
11 their faith and religious practices?
12 **A. In what way?**
13 Q. In any way.
14 **A. Well, I'm not sure. Like what -- Like would they**
15 **not be able to pray anymore? Is that what you're**
16 **asking? Like what exactly are you asking?**
17 Q. Yeah. I'm asking, would it impact their ability to
18 live their faith or practice their religion?
19 **A. I don't know.**
20 Q. If Crown and Northwestern dropped their faith
21 statement and instead requested that students sign
22 the faith statement but didn't require it, would
23 you be comfortable sending your kids to Crown and
24 Northwestern for PSEO still?
25 **A. We would have to consider it. We would prayerfully**

Page 74

1 **consider it and decide.**
2 Q. Do you believe that the amendment that's been
3 proposed for the change to the PSEO law in any way
4 impacts your children's right to exercise their
5 religion?
6 **MR. FLESHMAN:** Objection to the extent
7 it calls for a legal conclusion. You can answer if
8 you have an opinion.
9 **A. I think, as I stated before, yes, I do.**
10 Q. How so?
11 **A. Because they can no longer go to the institution of**
12 **their choosing if Crown and Northwestern drop their**
13 **PSEO programs.**
14 Q. Any other way?
15 **A. I'm sorry. Any other way what? Sorry. I'm getting**
16 **tired.**
17 Q. That's okay. Any other way that you believe it
18 would impact your children's right to practice their
19 religion?
20 **A. I'm not sure.**
21 Q. Okay. Would you like to take another break?
22 **A. I would like to take another break. Thank you.**
23 **MR. TIMMERMAN:** We can take another
24 break. This is not a marathon so.
25 (Recess taken from 2:50 p.m. to

Page 75

1 3:06 p.m.)
2 **BY MR. TIMMERMAN:**
3 Q. You testified earlier that J.L. and R.L. have done
4 online PSEO; correct?
5 **A. Yes.**
6 Q. Are you aware of whether there's a faith statement
7 required for online PSEO?
8 **A. I've heard that there's not.**
9 Q. Okay. If there's not, and I'll represent that
10 there's not, do you have any issue with R.L. and
11 J.L. attending online PSEO?
12 **A. No. I don't understand why there's not, but --**
13 Q. You wish that there were?
14 **A. I wouldn't have a problem with that.**
15 Q. Do you have any idea why the schools decided not to
16 require a faith statement for online?
17 **A. You would have to ask the schools.**
18 Q. Okay. Do you recall when you last reviewed or saw
19 Crown and Northwestern's faith statements and
20 covenants?
21 **A. Ugh-ugh. No, I don't remember if I looked last year**
22 **when the legislation was happening or not. It was**
23 **just part of the process. Yeah, I don't remember.**
24 Q. Do you know if it was something that you reviewed
25 before you testified before the legislature?

Page 76

1 **A. I don't -- I don't recall. I mean, I reviewed the**
2 **changes in the law a lot. I don't recall.**
3 Q. What changes in the law do you take issue with?
4 What is it about the amendment that you take issue
5 with?
6 **A. They are saying that schools -- Well, actually can**
7 **I see -- can I see the law again? It's been a while**
8 **since I've looked at it.**
9 Q. Yeah.
10 **MR. TIMMERMAN:** We can just mark this
11 as Exhibit 1.
12 (Exhibit No. 1 marked for
13 identification)
14 **BY MR. TIMMERMAN:**
15 Q. And this is the Complaint from the lawsuit. I
16 think you signed this on the last page. Second --
17 Maybe not. Page 37 maybe.
18 **A. Yes, I did.**
19 Q. Thirty-six.
20 **A. I just don't recall the exact wording at this**
21 **moment.**
22 Q. Okay. Yeah. Is that your signature on Page 36?
23 **A. Yes, it is.**
24 Q. Okay. Did you review this document before you
25 signed it?

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 21 of 38

Melinda and Mark Loe, et al vs.       Melinda Loe       MELINDA LOE
Willie Jett, et al               2-9-24       February 9, 2024

Page 77

1  A.  Yes, I did.
2  Q.  Okay.  Could you turn to Page 7.
3  A.  Yes.
4  Q.  In Paragraph 41 there, No. 41, I believe that sets
5  forth the text of the law, and I'll just -- I'll
6  just read it for the record.  "An eligible
7  institution must not require a faith statement from
8  a secondary student seeking to enroll in a
9  postsecondary course under this section during the
10  application process or base any part of the
11  admission decision on a student's race, creed,
12  ethnicity, disability, gender, or sexual orientation
13  or religious beliefs or affiliations."
14      Did I read that correctly?
15  A.  Yes.  Thank you for refreshing my memory.
16  Q.  For sure.  Yeah.  What -- what part of this law do
17  you take issue with?
18  A.  I take issue with the change that an eligible
19  institution must not require a faith statement from
20  a secondary student seeking to enroll in a
21  postsecondary course because, as Representative
22  Pryor testified, they were targeting the specific
23  faith that Northwestern and Crown share.
24  Q.  Are you aware of any other postsecondary PSEO
25  institutions that require a faith statement?

Page 78

1  A.  I'm not certain.  I think there might be a couple,
2  but I'm not sure.
3  Q.  Any other language in this statute that you take
4  issue with?
5      MR. FLESHMAN: Objection to the extent
6  it calls for a legal conclusion.  You can answer if
7  you have an opinion.
8  A.  I don't have an opinion.
9  Q.  No opinion about the rest?
10  A.  Well, I think the religious beliefs or affiliations,
11  I think the secondary -- postsecondary institutions
12  have the ability to select based on that.
13  Q.  So you believe that postsecondary institutions
14  should be able to base admissions decisions on
15  religious beliefs or affiliations?
16      MR. FLESHMAN: Objection to the extent
17  it calls for a legal conclusion.  You can answer if
18  you have an opinion.
19  A.  Well, yes, I do.
20  Q.  Even though it's public taxpayer dollars?
21      MR. FLESHMAN: Objection; lacks
22  foundation.
23  A.  Public taxpayer dollars are the students' dollars,
24  and I believe the Supreme Court has recently and
25  repeatedly said that students have a right to take

Page 79

1  publicly available dollars and bring it to the
2  institution of their choice.  So, yes, they do.
3  Q.  You're not a lawyer, though; correct?
4  A.  No, I'm not.
5  Q.  And you testified earlier that the money is not
6  coming to the students, it's going to the
7  postsecondary institution; correct?
8  A.  The money is not paid to the student, but it is the
9  students' money that they can direct to the
10  institution, as I understand it.
11      MR. FLESHMAN: I'm just going to
12  object to the extent it calls for a legal conclusion
13  about the money.
14  Q.  Yeah.  Why -- why is it the students' money in your
15  judgment?
16      MR. FLESHMAN: Same objection.
17  A.  It's available for the PSEO program.
18  Q.  Okay.  If a PSEO program required a statement of
19  Islamic belief, would that be okay with you?
20  A.  Yes.
21  Q.  What if it was right next to your house and the
22  most convenient PSEO option?
23  A.  I would be happy if there are other options for me
24  to go to, you know, and thankfully there is in
25  Northwestern and Crown, and we travel a great

Page 80

1  distance to go to those colleges.
2  Q.  Aside from Northwestern -- I think I just asked
3  this, but you don't know the answer.  You're not
4  aware of any other schools that require faith
5  statements other than these two; correct?
6  A.  No.  I mean, I thought there were others.  I'm not
7  certain.
8  Q.  Okay.  What if there was only one PSEO provider in
9  Minnesota and it required an Islamic faith statement
10  for its mission, would you be okay with that?
11  A.  I'm sorry.  One more time.
12  Q.  What if there is only one PSEO provider in
13  Minnesota, and to gain admission you had to profess
14  your faith in Islam.  Would you be okay with that?
15  A.  We wouldn't participate.
16  Q.  So you just would choose not to do it?
17  A.  Correct.
18  Q.  Even though your children would have no other
19  options?
20  A.  It wouldn't be an option we would use.
21  Q.  And why is that?
22  A.  Because we wouldn't profess faith in Islam.
23  Q.  Because you don't believe in Islam; correct?
24  A.  Correct.
25  Q.  Do you expect that all of the children, high school

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 81

1 kids, who attend PSEO classes on campus with your
2 children share the same religious beliefs?
3 A.  I'm sorry.  Which institution?
4 Q.  At Crown and Northwestern.
5 A.  To the extent in which they were honest when they
6 signed the faith statement, yes.
7 Q.  Are you aware of anyone ever lying on the faith
8 statement?
9 A.  I would have no idea.
10 Q.  So is it fair to say that what the -- what the
11 amendment to the law would prohibit is your
12 children's ability to attend a school that has
13 filtered out all non-Christians; correct?
14   MR. FLESHMAN: Objection to the extent
15 it calls for a legal conclusion.  You can answer if
16 you know.
17 A.  I don't know.  I'm not in charge of the admissions
18 for Crown and Northwestern.
19 Q.  Okay.  Have you ever had any discussions with anyone
20 at Crown or Northwestern about why they don't
21 require a faith statement for online students?
22 A.  No, I have not.
23 Q.  Have you ever heard why they don't?
24 A.  Ugh-ugh.
25 Q.  I'm sorry.  That was a no?

Page 82

1 A.  I'm sorry.  No.
2 Q.  Why would you prefer that they do require a faith
3 statement for online students?
4 A.  Well, as I think you said before, that, you know,
5 the education of our children and the environment
6 of the children -- that our children are being
7 educated in is important to us.  I don't understand
8 why they don't require it for both.
9 Q.  Is it your understanding that Crown and Northwestern
10 could continue to offer online PSEO courses if this
11 law is upheld?
12   MR. FLESHMAN: Objection to the extent
13 it calls for a legal conclusion.
14 A.  As I understand the legality of it, as long as they
15 didn't require a faith statement for the online
16 program, then yes.
17 Q.  But I think we've -- you testified earlier, online
18 and in person is just not the same; right?
19 A.  Correct.  It's not the same.
20 Q.  There are a lot of benefits to in person that you
21 don't get online; correct?
22 A.  Yes.
23 Q.  And that would include things like the ability to
24 engage in discussions with your fellow students;
25 correct?

Page 83

1 A.  In a different way than online, yes.
2 Q.  And to use resources like the library; correct?
3 A.  Yes.
4 Q.  And asking your teacher questions in realtime;
5 correct?
6 A.  Those are benefits of being in person.
7 Q.  In fact, there's also a community benefit, wouldn't
8 you agree?
9 A.  I'm sorry?
10 Q.  There's also a community benefit, wouldn't you
11 agree?
12 A.  Right.
13 Q.  Has R.L. applied to any other PSEO programs while --
14 since this law has been amended?
15 A.  No.
16 Q.  Is that something -- I think I said you would
17 consider but you'd have discussions about?
18 A.  We would -- we'd prayerfully consider everything.
19 It would be in that same vein.  We'd consider
20 different options.
21 Q.  What is R.L.'s high school GPA at this point?
22 A.  It's a 4.0.
23 Q.  So suffice to say that she would not have an
24 academic barrier probably from getting into other
25 PSEO institutions?

Page 84

1 A.  No.  I testified as such.
2 Q.  And what about J.L. and G.L., what were their GPAs
3 when they were in PSEO?
4 A.  I believe they were 4.0 or very close to that.
5 Q.  So same for them, they would not have had an
6 academic barrier to other programs?
7 A.  Correct.
8 Q.  Have you ever sat back and considered the laws or
9 the schools' admissions policies, and by the schools
10 I mean Crown and Northwestern's, impact on kids who
11 don't have the means to go someplace else?
12 A.  Yes, actually.  Because if Crown and Northwestern
13 were to close down their PSEO programs because the
14 state has forced them to not require a faith
15 statement, then students like my children, who
16 would prefer to go to Northwestern and Crown, would
17 perhaps have to go to, say, the University of
18 Minnesota.  And as I stated, I think there would
19 not be an academic barrier to them getting in, and
20 I think it would be a pretty likelihood -- it would
21 be fairly likely for, say, R.L. or O.L. to get into
22 the University of Minnesota, and then they would
23 actually be taking a spot away from a student who
24 would be maybe living close to the University of
25 Minnesota and then they wouldn't be able to get in.

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 23 of 38
Melinda and Mark Loe, et al vs.                          Melinda Loe                          MELINDA LOE
Willie Jett, et al                                          2-9-24                          February 9, 2024

Page 85

1  Q.   What about from the perspective of kids --  Crown
2  is in St. Bonifacius; correct?
3  A.   Um-uhm.
4  Q.   Do you know of any other PSEO providers in
5  St. Bonifacius?
6  A.   I don't know of any.
7  Q.   Do you know where the next closest PSEO provider is?
8  A.   I'm not sure, but as I understand it, there are a
9  lot of areas in the state that don't have PSEO near
10  to them.  Is that correct?
11  Q.   I mean, I think there is some provision in the law
12  for what happens when that occurs, yeah, but have
13  you ever sat back and thought about it from the
14  perspective of a kid who lives in St. Bonifacius
15  but for whatever reason - their beliefs, their
16  sexuality, their gender identity, can't or won't
17  sign a faith statement, the impact that that has on
18  those students?
19  A.   I think it would be -- I mean, it would be
20  similar -- the same impact, you know, that would
21  happen -- I just have to get my thoughts straight
22  here.  I think that, you know, because my children
23  decided to go to, say, Northwestern, R.L. drives
24  45 minutes to get there and it's something we
25  sacrifice and make it work and happen so she can go

Page 86

1  to the school of her choosing.
2      And so I think that students ought to
3  go to a school that suits them well, and so for a
4  student that for those reasons wouldn't feel
5  comfortable signing the faith statement at Crown,
6  it would be -- it's a kindness to them that they
7  know what they're getting into.  So there is a
8  faith statement so they know what would be expected
9  of them to go there so they can choose to go to a
10  different school.
11  Q.   But if it isn't really a choice --  I mean, you have
12  a loving and supportive family by all means, and you
13  have the means to transport your children 45 minutes
14  to PSEO, but what about kids who don't --
15  A.   Well --
16      MR. FLESHMAN: Finish your question.
17  Q.   Yeah.  I'm going to ask a question.  What about kids
18  living in St. Bonifacius who can't or won't sign a
19  faith statement but don't have the means to travel
20  to the Twin Cities for PSEO?  Have you thought
21  about their situations?
22  A.   Well, they --
23      MR. FLESHMAN: Objection to the
24  relevance of this.
25      THE WITNESS: Thank you.

Page 87

1      MR. FLESHMAN: What's the point of
2  asking her what her opinion is about those things?
3  Q.   You can answer.
4  A.   Well, I think there are a lot of online options for
5  those students.
6  Q.   But you just told me that online is different;
7  right?  And it's not as good?
8  A.   It is different, but we all make choices and we all
9  have, you know, things that we have to do that
10  aren't the best choice for us.
11  Q.   So your right to choose, your kids' right to choose
12  is more important than most kids' right to choose?
13      MR. FLESHMAN: Objection.  This is
14  getting argumentative.
15      THE WITNESS: Thank you.
16  Q.   Is that your position?
17  A.   I've said that before, that I do not think my kids'
18  right to choose is more important than anyone else's
19  right to choose.  I've said that before.
20  Q.   Do you believe that God only creates people with
21  two distinct gender identities?
22  A.   I think God originally created male and female and
23  sin has entered the world and we have situations
24  that are not the way he originally designed.
25  Q.   So you think that gender identity different than

Page 88

1  your biological gender is sin?
2      MR. FLESHMAN: Objection to the extent
3  that it mischaracterizes the testimony.  You may
4  answer.
5  A.   Thank you.  I think there's a lot of nuances here,
6  and I'm not fully versed in all the nuances of
7  gender and gender identity.
8  Q.   So you can't answer that question?
9  A.   Repeat the question.
10  Q.   Yeah.  So you think that a gender identity that's
11  different than your biological gender is sin?
12  A.   I think I'll go back to what I said before.  I
13  think we have differences in identity, and I don't
14  consider identity to be something -- anything other
15  than the fact that I am a human who is a sinner.
16  Like that is identity to me.
17  Q.   Okay.  Are you familiar with gender dysphoria?
18  A.   I've heard the term.
19  Q.   Do you know what it is?
20  A.   I believe it's a feeling of being uncomfortable in,
21  I guess, your biological --  Say again.  I'm not
22  sure I can explain it well.  A discomfort with your
23  biological body, probably is the best way to
24  describe it.
25  Q.   Do you know anyone who experiences that?  Have you

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 24 of 38
Melinda and Mark Loe, et al vs.        Melinda Loe                    MELINDA LOE
Willie Jett, et al                      2-9-24                   February 9, 2024

Page 89

1  ever met anyone who experiences that?
2  **A.  I've met people but I don't know of anyone.**
3  Q.  Have you talked to them about that?
4  **A.  Ugh-ugh.**
5  MR. FLESHMAN: Verbal answers.
6  **A.  I'm sorry.  No.**
7  Q.  Have you ever felt that your faith was attacked?
8  **A.  Ugh-ugh.**
9  MR. FLESHMAN: Objection; vague.
10 **A.  Yeah.  You'll have to explain more.**
11 Q.  Do you ever feel like you were personally attacked
12 by someone else because of your faith?
13 MR. FLESHMAN: Objection; vague.
14 **A.  In what way would they be personally attacking me?**
15 Q.  Words?
16 **A.  Like what kind of words?  Like just disagreeing**
17 **with my faith?**
18 Q.  Belittling you, making you feel less, minimizing
19 your beliefs.
20 **A.  The lawsuit right now.**
21 Q.  Well, it's not --  I apologize for that because
22 it's not my intent at all.  Aside from today, have
23 you felt that at all?
24 **A.  No.**
25 Q.  Okay.  And I have -- I don't normally like to ask

Page 90

1  people about their beliefs but I have to for today.
2  **A.  Okay.**
3  Q.  So please know that I realize the impact it may
4  have, but that is not my intent in asking you these
5  questions.  So I hope you do realize that and
6  understand that.  I can tell you that's true.
7  Are you concerned that the community
8  of Crown and Northwestern will be somehow changed
9  if non-Christian students are allowed to attend on
10 campus?
11 MR. FLESHMAN: Objection; vague.
12 **A.  I can only speculate on how it could change.  I**
13 **don't know.**
14 Q.  Is it the same for gay students or transgender
15 students, you can only speculate?
16 MR. FLESHMAN: Same objection.
17 **A.  Is what the same?**
18 Q.  The impact on the culture or the community at the
19 schools.
20 **A.  Right.  I would -- I would only be able to**
21 **speculate.  You're asking me about something that**
22 **hasn't happened so.**
23 Q.  Is that a concern of yours?
24 **A.  (Shakes head.)**
25 MR. FLESHMAN: Objection; vague.

Page 91

1  COURT REPORTER: Excuse me, ma'am.
2  You need to answer out loud.  You just shook your
3  head.
4  THE WITNESS: Oh, I wasn't answering
5  anything.
6  Q.  To your knowledge have any of your children ever
7  been discriminated against?
8  MR. FLESHMAN: Objection to the extent
9  it calls for a legal conclusion.
10 **A.  Yeah, I'm not sure.  Not to my knowledge.**
11 MR. TIMMERMAN: Do you want to take
12 five minutes and then we can wrap up?
13 MR. FLESHMAN: Sure.
14 (Recess taken from 3:32 p.m. to
15 3:39 p.m.)
16 BY MR. TIMMERMAN:
17 Q.  I just have a couple more questions.  I wanted to
18 show you a couple more documents here.
19 (Exhibit No. 2 marked for
20 identification.)
21 Q.  Please take a moment to review it.
22 **A.  (Reviews Exhibit No. 2.)**
23 Q.  Have you had a chance to review it?
24 **A.  I have.  Um-uhm.**
25 Q.  And did you write this?

Page 92

1  **A.  I did not.**
2  Q.  Do you know who did?
3  **A.  Well, as I recall, all of these people, my name is**
4  **on here, my daughter's name is on here, we all**
5  **submitted letters with this general idea of opposing**
6  **the changes to the law, but instead of accepting**
7  **our individual letters, this is what they presented**
8  **to the committee.**
9  Q.  Okay.  When you say they presented to the committee,
10 who do you mean?
11 **A.  Whoever took all our letters and truncated them or**
12 **summarized them in this way.**
13 Q.  Was it someone from Crown or Northwestern; do you
14 know?
15 **A.  No, it was legislature.**
16 Q.  Okay.  And did you provide any handouts at any
17 legislative meetings?
18 **A.  No.  I mean, I submitted -- so I had not been**
19 **involved in the legislative process before outside**
20 **of voting.**
21 Q.  Me either so.
22 **A.  So this is all new to me, and the process of getting**
23 **involved in the legislative process was frankly**
24 **very frustrating and very opaque.  And so letters**
25 **were submitted, and I was under the understanding**

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

---

Page 93

1  that a letter was submitted as written testimony,
2  but this is what, in one instance, what happened,
3  is that this was given to the committee instead of
4  the individual letters submitted by the individual
5  people.
6  Q.  Got it.  So someone at the legislature created a
7  summary of some type?
8  A.  Exactly.  Um-uhm.
9  Q.  Did anyone at Crown or Northwestern give you any
10  instructions on what to write to the legislature?
11  A.  Ugh-ugh.  No.
12  Q.  Did anyone at Crown or Northwestern request that
13  people contact the legislature or write to the
14  legislature?
15  A.  I don't know.  This was --  My involvement in this
16  came from myself and my reading of the bill.
17  Q.  Okay.
18  A.  You know, that's -- that's why I got involved.  It
19  wasn't because of Northwestern or Crown asking me
20  to do anything.
21  (Exhibit No. 3 marked for
22  identification).
23  A.  (Reviews Exhibit No. 3.)
24  Q.  I show you what's been marked as Exhibit 3,
25  Mrs. Loe, and it looks like a document that your

---

Page 94

1  lawyers provided to us.  It looks like a cellphone,
2  I'm guessing, by the battery and the bars at the
3  top; right?  It looks like a cellphone snap.  Is
4  this something that you gave to your lawyers?
5  A.  No.
6  Q.  Who is -- so this is from the taking -- it looks to
7  be from the Taking Action for PSEO Facebook group;
8  correct?
9  A.  It appears to be, yes.
10  Q.  Do you know Sarah -- I'm going to absolutely
11  butcher that name -- Bokenewicz?
12  A.  I know her.  I don't know how to pronounce her last
13  name either.
14  Q.  Okay.  That's some consolation.  Was she also a
15  moderator for the Facebook site?
16  A.  She was.
17  Q.  And who is John Miller?
18  A.  I don't know.  I mean, he's the name on the page
19  there, but I don't know him.
20  Q.  Okay.  And in a response to John Miller's comment,
21  it looks like you have written:  Sadly, Bethel
22  stopped requiring a faith statement for PSEO prior
23  to this becoming an issue.  Did you consider that --
24  I guess why did you use the word sadly?  Was that
25  unfortunate to you?

---

Page 95

1  A.  Yes, it was unfortunate to me.
2  Q.  And why is that?
3  A.  As a Bethel alum, I have not been happy with the
4  direction Bethel has taken with their school for
5  quite a while.
6  Q.  How so?
7  A.  I believe they are moving away from a strong
8  biblically-based foundation.
9  Q.  And part of that moving away is eliminating the
10  faith statement requirement?
11  A.  Yes.  I would view that as being more capitulating
12  to the world.
13  Q.  Do you know what they're moving towards?
14  A.  I think I just answered that.
15  Q.  Capitulating to the world?
16  A.  Yes.
17  Q.  I guess my last question for you is -- actually a
18  couple.  In your belief do you feel like the
19  legislature is only concerned about protecting
20  individuals who aren't Christian?
21  MR. FLESHMAN: Objection; calls for
22  speculation.  You can answer if you have an
23  opinion.
24  A.  I'm sorry.  Ask the question one more time, please.
25  Q.  Yeah.  Is it your belief, do you believe that the

---

Page 96

1  legislature is only concerned about protecting
2  non-Christians?
3  A.  It certainly appears that they are biased away from
4  Christians in this instance.
5  Q.  Is it --  And we've looked at the PSEO law change
6  today.  Have you considered the possibility that
7  the legislature may have been trying to protect some
8  groups of people too?
9  MR. FLESHMAN: Objection to the -- it
10  calls for speculation.
11  A.  I understand that that's what some people view it
12  as, but I think there's definitely an opposing
13  viewpoint in contrast to that.
14  Q.  You see it as the opposing viewpoint; correct?
15  A.  I believe that the legislature is interfering with
16  my children's rights to religious freedom in this
17  instance.
18  Q.  By attending a PSEO school that provides a Christian
19  education?
20  A.  By preventing them from doing so.
21  Q.  From going to a PSEO school that provides a
22  Christian education?
23  A.  Yes.
24  MR. TIMMERMAN: No further questions.
25  MR. FLESHMAN: We'll review and sign.

---

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 26 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

Page 97

1   I don't have any questions.
2
3       (Deposition concluded at 3:48 p.m.)
4   * * *
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 98

1   STATE OF MINNESOTA)
    COUNTY OF HENNEPIN)
2
3       BE IT KNOWN, that I took the deposition of
    MELINDA LOE at the time and place set forth herein;
4
        That I was then and there a Notary Public
5   in and for the County of Hennepin, State of Minnesota,
    and by virtue thereof I was duly authorized to
6   administer an oath;
7       That the witness before testifying was by
    me first duly sworn to testify to the whole truth
8   relative to said cause;
9       That the testimony of said witness was
    recorded in shorthand and transcribed into typewriting,
10  that the deposition is a true record of the testimony
    given by the witness, to the best of my ability;
11      That I am not related to any of the parties
12  hereto nor interested in the outcome of the action;
13      That the reading and signing of the
    deposition by the witness was not waived and the Notice
14  of Filing was not waived;
15      That the original transcript was charged
    and delivered to the attorney conducting the deposition
16  for filing, that copies were charged at the same rate to
    respective counsel;
17      IN EVIDENCE HEREOF, WITNESS MY HAND AND
    SEAL THIS 17TH DAY OF FEBRUARY 2024.
18
19
20          _____
                Jacquelyn M. Young
21
22
23
24
25

Page 99

1       READING & SIGNING CERTIFICATE
2   (Crown College, et al, vs MN Dept. Of Education)
3
4       BE IT KNOWN, that I, the undersigned
5   Deponent, have on this date, _____, read
6   the transcript of my deposition testimony, noting the
7   following changes (if any):
8
9   _____
10  MELINDA LOE
11
12  Page & Line No.      Correction        Reason
13  _____  _____  _____
14  _____  _____  _____
15  _____  _____  _____
16  _____  _____  _____
17  _____  _____  _____
18  _____  _____  _____
19  _____  _____  _____
20  _____  _____  _____
21  _____  _____  _____
22  _____  _____  _____
23  _____  _____  _____
24  _____  _____  _____
25  _____  _____  _____

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 27 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

## A

**abide (1)**
63:2
**ability (4)**
73:17;78:12;81:12;
82:23
**able (6)**
9:8;72:24;73:15;
78:14;84:25;90:20
**above (1)**
22:19
**Absolutely (2)**
23:22;94:10
**academic (3)**
83:24;84:6,19
**accept (1)**
24:21
**accepted (1)**
17:3
**accepting (1)**
92:6
**access (5)**
35:20,25;36:7;58:16,
19
**accordance (1)**
48:4
**According (2)**
49:19,20
**Acquaintances (2)**
43:20,21
**act (1)**
70:12
**Action (3)**
31:11;32:13;94:7
**actions (2)**
67:2,24
**active (2)**
32:17,18
**actively (1)**
67:25;70:17,18
**actual (1)**
60:10
**actually (9)**
15:10;28:15;29:25;
36:13;70:24;76:6;
84:12,23;95:17
**Adam (1)**
24:10
**admission (5)**
32:22;54:5;56:4;
77:11;80:13
**admissions (7)**
52:24;53:4;55:17,22;
78:14;81:17;84:9
**admit (3)**
53:7,11,11
**admitted (5)**
31:23;32:1,20;53:10;
61:9
**adopted (2)**
39:11,14

**A-e-l (2)**
18:6,7
**affiliations (3)**
77:13;78:10,15
**affirmed (1)**
38:25
**again (16)**
5:15;28:13;30:19;
31:20;32:19;37:5,8;
44:5;53:23;55:9,13;
61:23;68:13;69:4;76:7;
88:21
**against (5)**
49:21;51:22;52:7;
64:23;91:7
**age (3)**
22:19;27:15;61:19
**ages (1)**
11:7
**agnostic (1)**
43:4
**ago (3)**
31:21,21;60:17
**agree (7)**
27:20;63:1;64:7;
65:10;72:14;83:8,11
**agreements (1)**
9:1
**ah-ha (1)**
6:15
**al (1)**
99:2
**alcoholic (2)**
69:17,24
**alcoholism (1)**
69:13
**alignment (1)**
25:21
**aligns (1)**
25:12
**allowed (1)**
90:9
**allowing (1)**
49:22
**alum (1)**
95:3
**amended (1)**
83:14
**amendment (3)**
74:2;76:4;81:11
**amount (1)**
36:21
**anachronistic (1)**
38:22
**analogy (1)**
70:1
**anatomy (1)**
57:6
**announced (1)**
32:8
**answered (1)**
95:14
**anymore (2)**

61:20;73:15
**apologize (3)**
18:4;58:24;89:21
**appears (2)**
94:9;96:3
**applicable (2)**
38:22,23
**applicants (1)**
53:9
**application (6)**
60:18;61:17,21,23;
62:15;77:10
**applied (4)**
17:23;59:3;60:14;
83:13
**apply (1)**
38:19
**appreciate (1)**
26:23
**approached (1)**
26:14
**approved (1)**
56:15
**area (1)**
13:6
**areas (1)**
85:9
**argumentative (1)**
87:14
**around (1)**
15:25
**Aside (7)**
14:17;16:19;17:21;
30:19;69:18;80:2;
89:22
**aspect (1)**
47:5
**aspects (2)**
23:20;59:23
**associated (1)**
25:4
**assume (5)**
14:22;25:24;58:16;
59:13;62:21
**assuming (4)**
65:5,6,8;67:16
**assumptions (1)**
65:10
**asynchronous (4)**
14:24;15:6,13,15
**atheist (1)**
43:3
**Atlantic (2)**
13:2,4
**attacked (2)**
89:7,11
**attacking (1)**
89:14
**attend (30)**
7:7;14:18;19:24;
24:25;25:2,3,9,11,22;
44:3,4,15,25;49:3;
56:7;64:16;65:13,17,

20;66:6,10,11,19;68:5,
17;72:9,24;81:1,12;
90:9
**attended (1)**
43:8
**attending (9)**
16:15;42:25;43:13,
23;44:2;56:22;73:2;
75:11;96:18
**attraction (1)**
40:12
**attributable (1)**
19:20
**available (5)**
14:15;33:10;36:17;
79:1,17
**avoid (1)**
6:16
**aware (10)**
37:16;71:16,20;72:5,
11,13;75:6;77:24;80:4;
81:7
**away (5)**
13:25;84:23;95:7,9;
96:3

## B

**bachelor's (1)**
7:20
**back (15)**
5:14;27:12;28:24;
44:7,8;51:12;53:15,17;
58:22;60:11;67:8,9;
84:8;85:13;88:12
**background (1)**
42:22
**backing (1)**
69:9
**bad (2)**
5:8;9:14
**barrier (3)**
83:24;84:6,19
**bars (1)**
94:2
**base (2)**
77:10;78:14
**based (17)**
28:5;48:17;50:11,17;
51:3,13,17,22;52:15,
18,19,24;53:4,19;54:4,
20;78:12
**basis (3)**
55:16,20;64:24
**battery (1)**
94:2
**Beach (3)**
13:2,3,5
**became (4)**
10:18;28:22,23;59:6
**becoming (5)**
48:5;68:10;94:23
**beginning (1)**

24:8
**belief (14)**
24:22;39:9;40:15;
53:20;54:3,11;55:15;
56:2,3;69:11;70:18;
79:19;95:18,25
**beliefs (15)**
25:12,14,18,21;
72:18,22,25;73:5;
77:13;78:10,15;81:2;
85:15;89:19;90:1
**Belittling (1)**
89:18
**belong (1)**
49:23
**Ben (1)**
34:3
**benefit (4)**
4:23;13:19;83:7,10
**benefits (2)**
82:20;83:6
**Bennett (1)**
34:4
**besides (1)**
8:24
**best (5)**
17:16;25:12;71:15;
87:10;88:23
**Bethel (17)**
7:14,15,19,22;9:9,
24;26:6,13,15;27:1,3,7,
16,21;94:21;95:3,4
**better (5)**
5:10;15:17,20,22,24
**beyond (1)**
60:20
**biased (1)**
96:3
**Bible (15)**
37:22,25;38:3,7,9,10,
14,17;39:8,17;40:17;
41:17,25;58:2,2
**biblically-based (1)**
95:8
**big (3)**
6:5,7;46:24
**biggest (2)**
22:23;48:24
**bill (1)**
93:16
**biological (5)**
71:22;88:1,11,21,23
**bit (5)**
6:19,22;45:8;53:13;
67:6
**blind (1)**
52:8
**block (1)**
63:19
**blood (2)**
48:1;67:3
**body (1)**
88:23

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 28 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

**Bokenewicz (1)**
94:11
**Bonifacius (7)**
12:6;85:2,5,14;86:18
**book (2)**
40:16,19
**bore (1)**
24:17
**born (11)**
7:1,3;69:3,5,6,7,21,
22;70:5,8,9
**borne (1)**
56:24
**both (4)**
12:23;26:13;48:13;
82:8
**break (5)**
5:2;45:3;74:21,22,24
**breaks (1)**
5:4
**breathed (1)**
38:4
**bridge (1)**
24:15
**bring (1)**
79:1
**broad (1)**
23:25
**broken (3)**
70:6,7;71:23
**building (1)**
52:10
**burning (1)**
52:10
**busy (1)**
34:25
**butcher (1)**
94:11

**C**

**California (1)**
13:3
**called (5)**
4:5;8:7;9:6;31:11;
32:9
**calling (2)**
23:2,5
**calls (18)**
36:1;37:18;49:12;
50:19;52:25;54:7;
55:24;65:1,24;74:7;
78:6,17;79:12;81:15;
82:13;91:9;95:21;
96:10
**came (5)**
8:13;9:3;27:24;
38:25;93:16
**campus (14)**
12:4,5,22;18:7,18;
19:2;25:8,9;44:16;
64:16;65:20;66:11;
81:1;90:10

**can (59)**
5:14,14;6:1,16,20;
8:9;16:6;24:5;27:20,
20;31:4;36:4;37:4;
39:20;44:3,4,5,15,17,
25;47:15,25;49:13,18;
50:20;51:5,14;53:1;
54:7,16;55:8,24;57:17;
58:13;64:13,16;65:1;
66:5,23;70:14;74:7,11,
23;76:6,7,10;78:6,17;
79:9;81:15;85:25;86:9;
87:3;88:22;90:6,12,15;
91:12;95:22
**canned (3)**
35:11,15,17
**capacity (1)**
36:20
**capitulating (2)**
95:11,15
**Carrie (1)**
30:17
**carve (1)**
33:5
**carveout (1)**
33:6
**case (3)**
11:14;32:12;50:14
**Catholic (2)**
42:15,18
**Catholicism (1)**
42:7
**caveat (1)**
28:13
**cellphone (4)**
37:1,3;94:1,3
**centered (1)**
43:7
**certain (7)**
17:12;46:17;52:15,
15,15;78:1;80:7
**certainly (1)**
48:6;96:3
**CERTIFICATE (1)**
99:1
**challenges (1)**
68:3
**chance (1)**
91:23
**change (13)**
28:21,22;29:1,20;
32:3;33:13;34:14;47:7,
9;74:3;77:18;90:12;
96:5
**changed (2)**
34:10;90:8
**changes (5)**
47:7;76:2,3;92:6;
99:7
**chapel (1)**
72:9
**characteristic (1)**
50:13

**characteristics (1)**
55:5
**charge (1)**
81:17
**Chaska (1)**
25:9
**chasm (1)**
24:13
**chat (1)**
33:24
**chatted (2)**
33:20;34:1
**check (2)**
56:18;59:17
**child (4)**
7:20;9:25;56:14;
66:13
**children (32)**
11:2,4,5;21:13,17;
23:21;26:14;42:24;
43:13,16,23;44:10;
47:15;48:9;49:2,22;
56:7,22;59:15,18;
66:12;73:6;80:18,25;
81:2;82:5,6,6;84:15;
85:22;86:13;91:6
**children's (8)**
56:12;59:12;65:17;
66:6;74:4,18;81:12;
96:16
**chime (1)**
6:18
**choice (4)**
45:22;79:2;86:11;
87:10
**choices (6)**
20:15;36:13,16;48:2;
65:2;87:8
**choose (8)**
25:10;80:16;86:9;
87:11,11,12,18,19
**choosing (8)**
13:17;25:16,19;
49:24;50:16;56:15;
74:12;86:1
**chose (1)**
14:4
**Christ (11)**
43:7;48:4,5;63:11,
21;67:3,4;68:6,9,11;
69:18
**Christ-centered (8)**
48:12,14,24;49:4;
60:7;65:13,18;66:8
**Christian (17)**
23:24;24:4;42:4;
43:1,9,9;48:19;60:3,8;
63:24;65:11;71:21;
72:16,18;95:20;96:18,
22
**Christians (2)**
72:21;96:4
**Christ-like (2)**

48:11;66:7
**church (13)**
24:25;25:2,3,10,16,
20,22;37:21;38:19;
39:12;42:15,20,22
**circumstances (1)**
52:6
**Cities (3)**
7:2;26:12;86:20
**clarify (2)**
64:14;70:15
**class (6)**
8:22,23;57:6,7,7,8
**classes (21)**
9:16,18,22;12:1,2;
14:5;16:7,10;18:11;
43:23;46:5;57:10,13,
18,19,22;58:3,10;
63:12,24;81:1
**classroom (2)**
14:8;16:16
**close (10)**
12:6,7;13:8,9;24:11;
43:19;65:16;84:4,13,
24
**closer (1)**
59:6
**closest (1)**
85:7
**coaching (1)**
61:19
**college (20)**
7:11,13,14;8:6,8,12,
15,25;9:3;10:4;11:22;
12:5,24;16:20,25;
19:24;26:13;29:9;44:1;
99:2
**colleges (3)**
9:2;54:18;80:1
**color (1)**
52:24
**comfortable (2)**
73:23;86:5
**coming (3)**
4:16;10:4;79:6
**command (7)**
38:10,12,13,14;39:3,
4;40:20
**commands (5)**
38:16,20;39:7,17;
68:10
**comment (1)**
94:20
**Commissioner (1)**
4:15
**committee (8)**
33:20,21,24;34:2,23;
92:8,9;93:3
**communicate (4)**
32:3,6;34:13;35:5
**communicated (3)**
29:6;35:12;36:23
**communication (1)**

37:2
**community (7)**
61:4;65:14;71:21;
83:7,10;90:7,18
**Complaint (2)**
11:14;76:15
**complete (1)**
20:3
**completely (1)**
71:19
**complicated (2)**
40:14;69:8
**complied (1)**
4:3
**concern (2)**
47:4;90:23
**concerned (5)**
49:2,8;90:7;95:19;
96:1
**concerns (6)**
33:1;34:15,21;42:24;
43:12,22
**concluded (1)**
97:3
**conclusion (15)**
37:19;49:13;50:20;
53:1;54:7;55:24;65:1,
25;74:7;78:6,17;79:12;
81:15;82:13;91:9
**conduct (2)**
63:2,6
**confused (1)**
71:24
**consider (17)**
16:19,25;17:2,7,21;
19:17;45:23;46:1,8,19;
73:25;74:1;83:17,18,
19;88:14;94:23
**consideration (4)**
13:22;16:14,17;
45:25
**considered (11)**
12:8;13:12,16,17,21;
25:15,19;27:13;37:22;
84:8;96:6
**considering (3)**
19:13;20:16;27:25
**consistent (1)**
51:9
**consolation (1)**
94:14
**constitutional (1)**
30:2
**contact (1)**
93:13
**content (1)**
23:17
**continue (5)**
45:10,16,18;47:12;
82:10
**contrary (1)**
64:9
**contrast (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 29 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

96:13
**convenient (1)**
79:22
**conversation (1)**
27:18
**conversations (9)**
5:20;28:3,6;29:9;
30:19;33:14;34:17;
46:16,21
**Correction (1)**
99:12
**correctly (1)**
77:14
**Cottonwood (3)**
7:3,4;26:8
**couple (9)**
4:22;9:20;10:16;
18:11,19;78:1;91:17,
18;95:18
**course (6)**
15:11;57:12;58:16,
20;77:9,21
**courses (22)**
8:13,16,19;9:4;
12:21;14:20;15:1;16:3,
12,15;17:5;18:16,24;
19:4,10;42:25;43:13;
57:2,5,15;66:19;82:10
**court (7)**
4:20;6:8,16,18;
10:21;78:24;91:1
**courtships (1)**
42:1
**covenant (3)**
61:4;63:2,6
**covenants (2)**
71:17;75:20
**COVID (4)**
14:13,17,21;15:4
**Craig (1)**
37:6
**create (1)**
31:13
**created (3)**
24:8;87:22;93:6
**creates (1)**
87:20
**creation (1)**
24:9
**credit (1)**
8:16
**credits (4)**
8:6,9;9:1,8
**creed (1)**
77:11
**criteria (4)**
21:17;52:19;53:6,11
**cross (2)**
24:15,17
**Crown (71)**
11:22,24;12:5,9;
13:15;16:20,25;17:11;
20:14;26:21,24;27:5;

29:9,12,14,20,24;
36:18;44:1,16,25;46:9,
10,11;47:11;48:13,23;
53:19;57:16;58:24;
59:1,6,8,13,17;60:2,14,
16;61:9,12;63:6,12;
65:13;66:10;67:1,12,
21;68:5;72:8,24;73:20,
23;74:12;75:19;77:23;
79:25;81:4,18,20;82:9;
84:10,12,16;85:1;86:5;
90:8;92:13;93:9,12,19;
99:2
**Crown's (3)**
61:2,4;71:16
**crucified (1)**
24:16
**culture (1)**
90:18
**current (1)**
58:16
**currently (4)**
6:23;17:24;57:3,6

**D**

**date (1)**
99:5
**dating (8)**
41:15,16,20,21,22,
25;70:23;71:1
**daughter's (1)**
92:4
**Dawn (2)**
30:19,22
**day (4)**
5:13;14:1;19:5;
20:13
**days (1)**
24:18
**dead (1)**
24:18
**death (2)**
24:12,19
**debating (1)**
20:14
**decide (7)**
18:23;26:10;45:13,
15;47:10,19;74:1
**decided (6)**
17:10;22:8,25;59:14;
75:15;85:23
**decides (1)**
31:25
**decision (3)**
14:11;48:25;77:11
**decisions (1)**
78:14
**declaration (2)**
63:5;71:20
**declarations (1)**
71:17
**defeating (1)**

24:19
**definitely (1)**
96:12
**degree (4)**
7:19,20,23;9:25
**denied (1)**
32:22
**denomination (2)**
24:2;25:4
**Department (3)**
4:15;37:16;56:16
**depend (1)**
50:22
**depends (6)**
38:12;45:13;47:10;
50:21;51:25;52:2
**Deponent (1)**
99:5
**Deposition (2)**
97:3;99:6
**Dept (1)**
99:2
**describe (2)**
41:3;88:24
**describing (1)**
50:6
**design (1)**
71:14
**designed (2)**
71:13;87:24
**desire (1)**
65:12
**desired (1)**
16:18
**details (2)**
56:10;62:25
**determining (1)**
12:9
**developed (1)**
24:13
**development (2)**
7:21;9:25
**difference (3)**
13:10;67:24;70:16
**differences (1)**
88:13
**different (29)**
9:7;19:15;22:13;
35:14;38:16;42:3;43:4;
45:9;46:25;51:11;
53:14,24;54:25;65:7;
67:6;68:4;69:4;70:9;
71:22;72:15;73:8,9;
83:1,20;86:10;87:6,8,
25;88:11
**differently (1)**
52:4
**direct (1)**
79:9
**direction (1)**
95:4
**disability (3)**
51:21,23;77:12

**disabled (1)**
52:5
**disagree (2)**
35:23;36:14
**disagreed (1)**
35:6
**disagreeing (1)**
89:16
**disappointed (1)**
45:21
**disappointing (1)**
35:4
**discipline (2)**
61:11,13
**disclose (1)**
6:1
**discomfort (2)**
58:9;88:22
**discovery (1)**
32:9
**discriminate (14)**
49:11,14,16;50:10,
17;51:3,13,17,22;
52:23;53:3;54:4;55:16,
20
**discriminated (1)**
91:7
**discriminates (2)**
53:19;64:23
**discriminating (2)**
49:21;52:7
**discrimination (4)**
50:2;52:9,21;56:4
**discuss (1)**
30:1
**discussed (6)**
28:20;29:3,8;30:18;
33:4;48:20
**discussions (4)**
33:12;81:19;82:24;
83:17
**dismissive (1)**
35:1
**disobeyed (1)**
24:12
**dissenting (1)**
32:24
**distance (1)**
80:1
**distinct (1)**
87:21
**divide (1)**
24:15
**divorce (3)**
41:2,5,7
**doctrinal (2)**
25:14,18
**document (5)**
63:2,6;72:2;76:24;
93:25
**documents (4)**
37:13,17;61:6;91:18
**dollars (6)**

49:23;56:14;78:20,
23,23;79:1
**done (8)**
4:18;15:1;18:10;
19:24;55:2;62:12;
67:24;75:3
**doubt (1)**
58:21
**down (2)**
6:9;84:13
**drive (1)**
13:25
**drives (1)**
85:23
**drop (4)**
45:19;46:7;47:13;
74:12
**dropped (2)**
47:5;73:20
**dual (1)**
8:21
**duly (1)**
4:6
**during (4)**
14:20;61:11;72:7;
77:9
**dysphoria (1)**
88:17

**E**

**e-a-l (1)**
18:4
**earlier (6)**
5:14;19:6;25:23;
75:3;79:5;82:17
**earned (1)**
9:9
**earth (1)**
24:8
**easier (3)**
6:15;25:13;48:7
**easy (1)**
6:8
**ECC (2)**
10:5,8
**ECFE (1)**
10:7
**Eden (1)**
25:8
**educated (1)**
82:7
**Education (18)**
4:15;15:20,22;17:16;
22:19,21;37:16;47:16;
48:24;56:16;58:6;
59:12;60:4,8;82:5;
96:19,22;99:2
**educator (2)**
10:5,8
**educators (1)**
47:2
**effective (1)**

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

40:9
**either (9)**
28:19,20;29:8;30:5;
43:3;62:13,17;92:21;
94:13
**EL (2)**
11:10;23:7
**e-l (1)**
18:4
**elevator (1)**
4:10
**eligible (2)**
77:6,18
**eliminating (1)**
95:9
**else (9)**
28:20;29:3,14,18;
30:10;66:16;67:5;
84:11;89:12
**else's (1)**
87:18
**e-mail (4)**
34:13,20;37:1,8
**e-mailed (1)**
37:8
**e-mails (3)**
35:8;37:4,11
**encouraged (2)**
61:18;72:12
**end (1)**
31:16
**ended (1)**
56:22
**engage (1)**
82:24
**engaging (1)**
35:16
**English (1)**
8:22
**enroll (4)**
22:9;59:15;77:8,20
**Enrollment (2)**
8:2,21
**ensuring (1)**
23:11
**entered (2)**
24:12;87:23
**environment (19)**
14:8;15:23;22:16;
43:6,10;44:1;48:12,14;
60:7;65:3,7,18;66:8,8;
68:8;72:20;73:1,3;82:5
**environments (2)**
36:22;73:4
**equate (1)**
69:24
**Erickson (2)**
30:19,22
**essay (1)**
62:1
**essentially (4)**
21:16;39:2;40:9;
64:8

**estimate (1)**
32:19
**et (1)**
99:2
**eternal (1)**
24:7
**ethnicity (1)**
77:12
**Evangelical (1)**
42:23
**Eve (1)**
24:10
**even (6)**
31:22;63:11;68:1;
70:23;78:20;80:18
**everybody (1)**
6:20
**everyone (1)**
47:24
**everyone's (1)**
60:13
**exact (1)**
76:20
**exactly (10)**
13:13;38:8;41:8,17;
49:21;50:25;51:6;54:9;
73:16;93:8
**EXAMINATION (1)**
4:8
**examined (1)**
4:6
**example (3)**
27:6;39:16;41:15
**Excelsior (5)**
6:24;12:6;13:8;25:7;
59:5
**exception (1)**
33:9
**exclude (2)**
50:9,14
**excluding (2)**
52:18;54:20
**excuse (5)**
13:16;46:10;62:13;
66:11;91:1
**exercise (3)**
73:7,10;74:4
**Exhibit (7)**
76:11,12;91:19,22;
93:21,23,24
**expect (2)**
58:5;80:25
**expected (1)**
86:8
**expenses (1)**
56:25
**experience (9)**
9:11,12;15:13;16:18;
18:15;19:20;47:8,9;
73:9
**experiences (4)**
59:22,24;88:25;89:1
**explain (8)**

35:12;36:6;47:19;
54:15,16;70:4;88:22;
89:10
**exploring (1)**
19:15
**exposed (2)**
49:7,8
**express (1)**
16:2
**expressed (3)**
16:4;34:21;58:8
**extent (19)**
54:6;55:7,23;59:14;
64:12,25;65:23;70:3,
13;72:1;74:6;78:5,16;
79:12;81:5,14;82:12;
88:2;91:8

## F

**fabric (1)**
40:2
**Facebook (11)**
31:2,4,5,10,18,21;
32:4,7,13;94:7,15
**face-to-face (1)**
33:18
**fact (3)**
48:23;83:7;88:15
**factor (3)**
13:21;48:24;50:11
**factors (2)**
12:8;13:11
**fair (16)**
52:3;60:1;63:9,13,
14,20,24;64:5,21;
65:22;66:2,4,18;67:18;
68:16;81:10
**fairly (1)**
84:21
**fairness (1)**
63:15
**faith (58)**
23:19,23;24:1;26:23;
27:1;36:12;37:21,25;
42:4;43:4;44:17,18,21;
45:19;46:7;47:4,13,17;
48:19,22;60:25;61:2;
62:17,22;63:25;64:9;
71:17;73:8,11,18,20,
22;75:6,16,19;77:7,19,
23,25;80:4,9,14,22;
81:6,7,21;82:2,15;
84:14;85:17;86:5,8,19;
89:7,12,17;94:22;
95:10
**faith-based (2)**
49:24;50:15
**faiths (1)**
9:16
**fall (2)**
69:19;70:7
**familiar (7)**

15:3;57:2;67:10,11,
15;71:19;88:17
**families (1)**
10:13
**family (6)**
7:20;9:25;47:2;
56:24;65:8;86:12
**far (3)**
13:25,25;31:4
**fast (1)**
29:1
**favor (1)**
34:8
**February (1)**
31:16
**feel (6)**
15:20;51:6;86:4;
89:11,18;95:18
**feeling (1)**
88:20
**feels (1)**
17:15
**fellow (1)**
82:24
**fellowship (1)**
24:11
**felt (3)**
23:2;89:7,23
**Feltz (1)**
30:17
**female (1)**
71:6,14;87:22
**few (1)**
22:13
**fewer (1)**
36:17
**field (1)**
20:25
**filtered (1)**
81:13
**finance (1)**
26:3
**fine (1)**
54:24
**finish (3)**
6:10,11;86:16
**firefighter (1)**
52:9
**firm (1)**
46:14
**first (6)**
4:5;21:23;22:6;23:4;
28:24;47:2
**fit (1)**
12:9
**five (1)**
91:12
**flawless (1)**
38:5
**FLESHMAN (52)**
36:1,4;37:18;49:12,
17;50:19;51:4,14,19,
24;52:25;53:5;54:6,14;

55:7,21,23;64:10,12,
25;65:21,23;66:22;
67:19;68:21;70:2,13;
71:25;74:6;78:5,16,21;
79:11,16;81:14;82:12;
86:16,23;87:1,13;88:2;
89:5,9,13;90:11,16,25;
91:8,13;95:21;96:9,25
**floor (1)**
48:20
**Florida (1)**
13:5
**flourishing (1)**
71:15
**focus (1)**
39:10
**focused (2)**
48:10;49:4
**follow (7)**
21:19;38:6,11,15;
39:5,23;69:19
**following (3)**
68:9;14;99:7
**follows (1)**
4:7
**force (2)**
36:11;50:8
**forced (4)**
47:12;65:14,15;
84:14
**forcing (1)**
64:15
**forever (1)**
11:10
**forgive (2)**
27:24;31:20
**formally (1)**
4:13
**forth (1)**
77:5
**forum (1)**
32:25
**forward (2)**
6:5;29:1
**foundation (6)**
66:23;67:20;68:22;
72:1;78:22;95:8
**four (1)**
5:17
**frankly (1)**
92:23
**free (2)**
24:20;42:23
**freedom (1)**
96:16
**freshman (1)**
20:10
**friends (2)**
43:16;44:10
**frustrating (1)**
92:24
**frustration (2)**
16:2;34:19

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 31 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

**frustrations (2)**
16:4,5
**fulfill (1)**
38:25
**fulfilled (1)**
39:21
**full (2)**
24:17;39:17
**fully (1)**
88:6
**fun (1)**
9:14
**funded (1)**
56:9
**further (1)**
96:24
**future (1)**
16:8

### G

**gain (1)**
80:13
**gathering (1)**
72:9
**gave (1)**
94:4
**gay (16)**
9:22;43:14,16;44:15;
66:19;67:18;68:17,24;
69:1,3,5,7,14,24;70:12;
90:14
**geared (1)**
19:4
**gender (14)**
51:18;55:20;71:18,
22;77:12;85:16;87:21,
25;88:1,7,7,10,11,17
**general (5)**
39:21;49:15;52:1,6;
92:5
**generally (3)**
8:20;38:13;57:4
**genetic (1)**
69:16
**genetically (1)**
69:12
**gets (2)**
27:14;31:25
**gift (2)**
24:20,22
**given (9)**
4:20;37:11;38:17,20;
40:7,12,20,22;93:3
**gives (3)**
38:10,14,17
**GL (32)**
11:8,19,21;12:11;
14:4;16:23,24,24;19:7,
12,12;21:2,9,21,23;
22:3;23:6;27:5,25;
57:21;58:8,19,23;
60:11,14,21,24;61:8,

11;62:13;72:7;84:2
**goal (3)**
47:1,6;68:11
**God (13)**
23:2,4;24:7,11,14,
14;38:4,4,47:22;71:5,
13;87:20,22
**Godly (2)**
47:3,16
**God's (1)**
41:9
**good (7)**
6:12;9:11;12:9;14:1;
34:3;68:11;87:7
**goodness (1)**
60:17
**Gotcha (1)**
15:5
**GPA (1)**
83:21
**GPAs (1)**
84:2
**Grace (1)**
25:3
**grade (4)**
21:23,25;22:6,20
**graduate (3)**
7:15,22;9:24
**graduated (1)**
7:16
**graduation (4)**
21:16,20;23:10,12
**Great (8)**
9:11,13;10:9;24:13,
15;26:8;45:4;79:25
**Greg (3)**
29:17;30:5;36:24
**grew (1)**
23:25
**ground (2)**
4:22;6:4
**group (4)**
31:10,13,18;94:7
**groups (2)**
31:22;96:8
**grow (2)**
42:18,20
**guess (10)**
6:7;13:8;15:15;
37:19;54:1;56:1;59:25;
88:21;94:24;95:17
**guessing (2)**
20:7;94:2
**guiding (1)**
37:23

### H

**handouts (1)**
92:16
**happen (2)**
85:21,25
**happened (3)**

29:21;90:22;93:2
**happening (1)**
55:10;75:22
**happens (1)**
85:12
**happy (2)**
79:23;95:3
**hard (2)**
27:12;53:25
**harmful (1)**
49:7
**head (3)**
6:15;90:24;91:3
**headed (1)**
52:22
**hear (3)**
6:20;33:1;70:11
**heard (4)**
40:4;75:8;81:23;
88:18
**heavens (1)**
24:8
**help (2)**
62:3;65:9
**Henderson (3)**
29:23;36:24;37:6
**Here's (1)**
47:18
**heterosexual (2)**
70:21;71:10
**hey (1)**
33:1
**high (25)**
7:7,8,11;8:4,5,6,9,14,
15,18,25;9:1,4;11:19,
23;19:25;21:6,9,10;
26:7;46:15;63:9;66:18;
80:25;83:21
**highly (1)**
59:22
**hijab (1)**
64:1
**hired (1)**
10:13
**history (1)**
57:8
**hold (4)**
39:1,19;52:4;72:18
**home (20)**
14:21;21:2,4,12,13,
15,21,23,24;22:9,16,
25;23:3,7,13,20;25:16;
42:15;47:2;59:11
**home-based (1)**
10:12
**honest (1)**
81:5
**hope (2)**
28:11;90:5
**hopes (3)**
19:5,24;20:12
**hoping (3)**
16:8;20:1,19

**hour (2)**
5:4;45:2
**house (2)**
57:14;79:21
**human (2)**
71:15;88:15
**humans (2)**
47:22;71:14
**husband (1)**
28:16
**hypotheticals (1)**
27:23

### I

**idea (9)**
9:17,23;32:16;36:8,
10;50:4;75:15;81:9;
92:5
**ideas (1)**
19:16
**identification (3)**
76:13;91:20;93:22
**identifies (1)**
43:3
**identify (2)**
24:2,3
**identities (1)**
87:21
**identity (17)**
47:23;55:20;66:21;
67:2,2,23;68:19;71:18,
22,23;85:16;87:25;
88:7,10,13,14,16
**Image (1)**
24:10
**imagine (1)**
61:15
**immediately (1)**
10:2
**immoral (2)**
66:21;68:19
**impact (12)**
47:5;72:25;73:1,3,4,
17;74:18;84:10;85:17,
20;90:3,18
**impacts (1)**
74:4
**important (8)**
65:19;66:9,13,16;
67:4;82:7;87:12,18
**include (1)**
82:23
**increases (1)**
36:20
**individual (3)**
92:7;93:4,4
**individuals (4)**
49:9;71:1,21;95:20
**inerrant (1)**
38:1
**influenced (2)**
49:3,6

**influences (1)**
49:7
**influential (2)**
22:18;73:4
**informally (1)**
4:10
**information (1)**
11:3
**informative (1)**
48:6
**informs (1)**
48:2
**initially (1)**
59:3
**initials (1)**
11:13
**in-person (5)**
12:2;14:4,10;16:18;
17:5
**inspired (1)**
38:3
**instance (4)**
64:7;93:2;96:4,17
**instances (1)**
52:14
**instead (4)**
17:11;73:21;92:6;
93:3
**institution (13)**
36:20;46:20;47:16;
48:10;49:24;50:15;
74:11;77:7,19;79:2,7,
10;81:3
**institutions (7)**
48:21;56:21;66:25;
77:25;78:11,13;83:25
**instructions (1)**
93:10
**intent (2)**
89:22;90:4
**intercourse (1)**
71:11
**interest (1)**
20:25
**interested (2)**
35:3;46:17
**interfering (1)**
96:15
**internal (1)**
63:14
**Internet (2)**
25:13;59:10
**interview (1)**
61:8
**into (5)**
52:10;69:20;83:24;
84:21;86:7
**introduce (1)**
4:13
**invested (1)**
59:12
**invite (2)**
30:12,14

CASE 0:23-cv-01527-NEB-JFD Doc. 97-28 Filed 09/04/24 Page 32 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

**involved (5)**
60:10;61:16;92:19,
23;93:18
**involvement (1)**
93:15
**Islam (3)**
80:14,22,23
**Islamic (5)**
63:23;65:19;66:9;
79:19;80:9
**Israelites (5)**
38:17,21;40:7,13,22
**issue (10)**
40:14;56:3;69:8;
75:10;76:3,4;77:17,18;
78:4;94:23

**J**

**Jeff (1)**
4:13
**Jen (4)**
29:13;30:5;36:23;
37:6
**Jersey (1)**
22:5
**Jesus (22)**
24:15,16;38:25;39:2,
7,8,11,13,14,21,25;
40:4,24;41:1,7,10,13;
42:5;48:1;63:10,21;
68:1
**Jett (1)**
4:15
**JL (31)**
11:8,12;12:14,14,16,
18,24;13:1,18;14:10;
15:13;16:2,14;17:21;
19:21;21:4,21,24;
22:25;23:7;57:21;58:8,
19;61:16;62:14,20;
63:1;72:7;75:3,11;84:2
**JL's (1)**
57:19
**job (1)**
52:15
**jogging (1)**
60:13
**John (2)**
94:17,20
**Johnson (3)**
29:17;36:24;37:6
**join (5)**
30:5,8,10,12;68:7
**judgment (1)**
79:15
**jump (1)**
5:23
**junior (2)**
11:25;12:18

**K**

**keep (1)**
45:16
**kid (8)**
43:3;63:9,9,17;
65:19;66:18;68:16;
85:14
**kids (16)**
9:18;10:14;15:4;
23:3;43:8;44:2;59:11,
19;62:4;72:14;73:23;
81:1;84:10;85:1;86:14,
17
**kids' (3)**
87:11,12,17
**kind (13)**
15:7;17:7;19:4;
25:14;27:24;31:7;40:1,
6;42:22;60:15;62:7;
63:5;89:16
**kindergarten (6)**
21:22,24;22:1,3,4;
23:6
**kindness (1)**
86:6
**knew (1)**
30:15
**knowledge (2)**
91:6,10
**KNOWN (1)**
99:4
**Knutson (1)**
34:4

**L**

**lab (4)**
16:9,12;19:10;46:5
**lacks (5)**
66:22;67:19;68:21;
72:1;78:21
**Lakeview (2)**
7:8;9:4
**language (1)**
78:3
**last (10)**
31:17;44:8;53:8,17;
67:9;75:18,21;76:16;
94:12;95:17
**later (2)**
5:12;24:18
**law (37)**
28:21,22,23,23;29:1,
8,20;30:2;31:7;32:3;
33:2,13;34:9,10,14;
35:2;38:25;39:1,21;
40:7;12;45:9,14,15;
49:20;74:3;76:2,3,7;
77:5,16;81:11;82:11;
83:14;85:11;92:6;96:5
**laws (1)**
84:8
**lawsuit (17)**
4:16;28:21;29:8;

**30:6,9,11,12,18,25;**
32:6,8;33:4;34:14;
36:25;37:14;76:15;
89:20
**lawsuits (1)**
28:9
**lawyer (2)**
30:3;79:3
**lawyers (11)**
4:14;5:8,18,21,23;
28:14;29:10;30:20;
37:11;94:1,4
**leader (1)**
31:1
**learn (3)**
22:16;58:22;64:19
**learned (2)**
28:25;59:8
**learning (3)**
14:8;15:4;36:19
**least (3)**
20:23;31:20;45:23
**led (2)**
14:11;18:23
**legal (15)**
37:19;49:13;50:20;
53:1;54:7;55:24;65:1,
25;74:7;78:6,17;79:12;
81:15;82:13;91:9
**legality (1)**
82:14
**legislation (1)**
75:22
**legislative (4)**
33:7;92:17,19,23
**legislator (1)**
37:7
**legislators (9)**
33:13,15,19;34:13,
15;35:6,9;36:24;37:8
**legislature (11)**
28:25;75:25;92:15;
93:6,10,13,14;95:19;
96:1,7,15
**legislatures (1)**
33:5
**lesbian (1)**
9:22
**less (1)**
89:18
**letter (1)**
93:1
**letters (5)**
92:5,7,11,24;93:4
**library (1)**
83:2
**life (9)**
24:16;38:11,15;39:5;
48:2,4,11;49:5;52:1
**liked (1)**
15:23
**likelihood (1)**
84:20

**likely (1)**
84:21
**line (2)**
45:9;99:12
**listed (1)**
23:14
**little (6)**
6:19,22;25:13;45:8;
53:13;67:6
**live (14)**
6:24;15:6,11;21:2,4;
39:12;48:2,3;62:9,9;
63:19;70:6,7;73:18
**lived (3)**
24:16;48:5;59:4
**lives (2)**
66:10;85:14
**living (4)**
14:21;26:2;84:24;
86:18
**loaded (1)**
65:9
**located (1)**
13:4
**location (3)**
13:11,15,22
**LOE (6)**
4:4,10;25:25;26:2;
93:25;99:10
**long (9)**
5:5;10:15;26:4;
27:18;42:1;44:23;
60:17;70:12;82:14
**longer (4)**
38:22,23;40:9;74:11
**look (3)**
32:12;37:10;72:2
**looked (5)**
37:12,13;75:21;76:8;
96:5
**looking (3)**
51:11;57:17;58:23
**looks (6)**
61:22;93:25;94:1,3,
6,21
**lot (13)**
5:8;6:13;19:15;35:8,
11,15;56:10;65:5;76:2;
82:20;85:9;87:4;88:5
**Lots (3)**
29:4;46:21;65:2
**loud (2)**
10:22;91:2
**louder (1)**
6:19
**love (1)**
24:14
**loving (1)**
86:12
**Lutheran (1)**
24:1
**Lutheranism (1)**
42:9

**lying (1)**
81:7

**M**

**ma'am (1)**
91:1
**main (1)**
25:8
**making (1)**
89:18
**male (3)**
71:5,13;87:22
**man (3)**
24:13;41:4,11
**manner (1)**
52:5
**many (4)**
11:4;32:20;46:24;
47:18
**marathon (2)**
5:1;74:24
**March (1)**
31:16
**Mark (5)**
25:25;76:10
**marked (4)**
76:12;91:19;93:21,
24
**marriage (10)**
41:2,3,9,10,11,14;
70:22,25;71:5,13
**married (2)**
25:24;26:4
**material (1)**
32:14
**materials (3)**
15:8;56:25;57:12
**math (2)**
8:22;57:7
**matters (1)**
54:21
**may (4)**
68:2;88:3;90:3;96:7
**maybe (6)**
9:20;19:7;45:25;
76:17,17;84:24
**mean (31)**
13:22;14:24;24:4;
27:12;28:22;32:25;
33:15;34:15;38:1,8;
39:17;41:8;43:2;45:21;
49:6,14;50:4;52:20;
54:10;55:5;63:13;73:3;
76:1;80:6;84:10;85:11,
19;86:11;92:10,18;
94:18
**meaning (1)**
19:7
**means (5)**
49:16;50:3,4,7;65:7;
84:11;86:12,13,19
**meant (3)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 33 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

35:22,24;36:7

**medium (1)**
29:5
**meet (2)**
21:18;26:6
**meeting (2)**
23:12;33:20,21;34:2
**meetings (4)**
33:18,24;34:23;
92:17
**MELINDA (3)**
4:4;54:14;99:10
**Melissa (4)**
29:23;30:1;36:24;
37:6
**memory (2)**
60:13;77:15
**mention (3)**
35:2;39:8;59:23
**mentioned (1)**
41:10
**mercy (1)**
24:14
**message (1)**
34:14
**met (5)**
4:10;30:24;58:14;
89:1,2
**metro (1)**
7:2
**might (4)**
32:14;37:13;47:7;
78:1
**Miller (1)**
94:17
**Miller's (1)**
94:20
**mind (1)**
20:23
**mine (1)**
65:12
**minimizing (1)**
89:18
**Minnesota (24)**
4:2;6:24;7:1,3,6;
17:3,8,14,18;18:25;
22:6;26:11;28:1,7;
31:12;46:24;53:8;
56:16;63:23;80:9,13;
84:18,22,25
**Minnesotan (1)**
7:4
**Minnesota's (1)**
8:1
**minutes (4)**
14:1;85:24;86:13;
91:12
**mischaracterizes (6)**
55:8;64:13;65:24;
70:3,14;88:3
**missing (1)**
68:24
**mission (1)**

80:10
**mistakes (1)**
38:2
**mix (2)**
14:10;20:20
**mixture (1)**
12:23
**MN (1)**
99:2
**model (1)**
68:6
**moderated (1)**
31:1
**moderator (1)**
94:15
**mom (3)**
10:18,19,24
**moment (2)**
76:21;91:21
**money (8)**
56:13,17,21;79:5,8,9,
13,14
**Montclair (1)**
22:4
**month (1)**
18:20
**More (19)**
32:21;39:15;40:1;
48:5;59:6;65:19;66:9,
12,15;67:4;68:10;
80:11;87:12,18;89:10;
91:17,18;95:11,24
**most (2)**
79:22;87:12
**Mostly (1)**
29:7
**move (1)**
6:4
**moved (1)**
59:5
**moving (3)**
95:7,9,13
**Mrs (1)**
93:25
**much (3)**
4:23;22:19;60:20
**Muslim (1)**
63:17
**must (2)**
77:7,19
**myself (2)**
4:13;93:16

---

**N**

---

**name (10)**
9:7;29:23;31:10;
34:6,7;92:3,4;94:11,13,
18
**names (1)**
11:7
**native (1)**
7:4

**nature (1)**
72:10
**near (1)**
85:9
**necessarily (1)**
38:18
**need (7)**
5:1;6:19;16:10;46:5;
60:21;72:2;91:2
**needing (1)**
19:10
**needs (1)**
16:9
**negative (1)**
52:5
**negatively (2)**
49:3,6
**new (6)**
18:21;22:5;23:11;
38:19;39:12;92:22
**next (6)**
10:17;17:24;20:5;
66:10;79:21;85:7
**nice (1)**
13:6
**nine (1)**
11:12
**Niska (3)**
29:13;36:23;37:6
**nodding (1)**
42:12
**nonbinary (3)**
43:24;44:11,24
**non-Christian (1)**
90:9
**non-Christians (2)**
81:13;96:2
**nondenominational (2)**
25:6;42:16
**normally (1)**
89:25
**Northwestern (79)**
12:17;13:9,16,18;
16:3,21,22;17:22,23;
18:3,8,13;19:21;20:2,
14;26:21,24;27:5;
29:16,18;36:18;44:1,
16,25;45:17,24;46:8,
11;47:11;48:13,23;
53:18;57:3,16;59:3,5,9,
14,17;60:2;61:17,22;
63:3,7,12,19,22;65:13,
20;66:7,10,11,20;67:1,
12,16,21;68:5,17;72:8,
24;73:20,24;74:12;
77:23;79:25;80:2;81:4,
18,20;82:9;84:12,16;
85:23;90:8;92:13;93:9,
12,19
**Northwestern's (4)**
71:16,20;75:19;
84:10
**noting (1)**

99:6
**nuances (2)**
88:5,6
**Number (5)**
5:1,7,12,17;36:15
**nurse (2)**
16:9;19:8
**nursing (1)**
20:3

---

**O**

---

**oath (1)**
4:7
**object (1)**
79:12
**Objection (43)**
36:1;37:18;49:12,17;
50:19;51:4,14,19,24;
52:25;53:5;54:6;55:7,
21,23;64:10,12,25;
65:21;66:22;67:19;
68:21;70:2,13;71:25;
74:6;78:5,16,21;79:16;
81:14;82:12;86:23;
87:13;88:2;89:9,13;
90:11,16,25;91:8;
95:21;96:9
**occurs (1)**
85:12
**off (1)**
23:16
**offer (5)**
8:25;45:18;47:12;
56:16;82:10
**offered (3)**
8:6;59:8;63:23
**offering (1)**
59:2
**offers (1)**
24:20
**okayed (1)**
27:8
**OL (11)**
11:10,17,17;20:5,7;
27:14,14,24;46:6,19;
84:21
**old (6)**
39:3,3,19,24;40:20;
58:20
**oldest (1)**
11:6
**on-campus (9)**
36:19;44:25;45:16,
17;63:11,20,21;66:7,19
**one (29)**
4:14;5:1;6:7;12:8,
10;13:11;22:15;23:19;
34:23;39:24;40:1,4;
42:7;46:13;48:3;52:7;
54:11;56:2;57:17,18,
19;64:15;68:8;69:11;
80:8,11,12;93:2;95:24

**ones (6)**
6:5;8:20;22:23;
38:24;39:18,24
**online (31)**
12:1,21;14:5,10,20;
15:1,4,13;16:3,12,16;
18:10,11,15,18,24;
20:20;46:1;75:4,7,11,
16;81:21;82:3,10,15,
17,21;83:1;87:4,6
**only (15)**
16:16;17:23;18:19;
39:10,14;47:15;53:10;
80:8,12;87:20;90:12,
15,20;95:19;96:1
**on-their-own (1)**
62:4
**opaque (1)**
92:24
**open (3)**
35:20,24;36:7
**opinion (8)**
55:25;74:8;78:7,8,9,
18;87:2;95:23
**opposed (2)**
14:5;16:16
**opposing (5)**
34:11,18;92:5;96:12,
14
**option (5)**
46:1,3;59:6;79:22;
80:20
**Options (7)**
8:2;19:17;45:12;
79:23;80:19;83:20;
87:4
**ordained (1)**
71:5
**order (1)**
63:11
**orientation (7)**
53:4,19;54:4,21;
55:16;69:1;77:12
**originally (3)**
6:25;87:22,24
**others (4)**
8:23;37:9;70:10;
80:6
**ought (1)**
86:2
**out (8)**
10:4,22;39:18;41:3;
50:8;59:17;81:13;91:2
**out-of-pocket (2)**
56:6,24
**outside (4)**
30:25;70:21,24;
92:19
**over (2)**
4:22;6:7
**own (2)**
15:7;40:18

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

## P

**pace (1)**
15:7
**page (12)**
31:2,4;32:4,7,13,17;
76:16,17,22;77:2;
94:18;99:12
**paid (3)**
56:6,11;79:8
**painful (2)**
28:11,12
**Palm (3)**
13:2,3,5
**Paragraph (1)**
77:4
**parent (2)**
10:5,8
**part (12)**
5:20;8:21;14:13;
19:20;53:22;58:6;
62:15;70:6;75:23;
77:10,16;95:9
**participate (3)**
8:10;15:12;80:15
**participating (1)**
50:15
**particular (11)**
9:2;14:6;16:7;22:8;
24:1;25:10;37:22;
48:19;56:3;59:23;
70:20
**partnered (1)**
9:5
**partnerships (1)**
9:2
**parts (1)**
39:1
**passed (1)**
31:7
**passing (1)**
57:14
**passionate (1)**
27:11
**passively (2)**
68:1;70:17
**peers (2)**
22:20;58:9
**penalty (1)**
24:17
**people (24)**
15:25;29:4;32:20,22;
40:1;41:14;48:7;50:8,
8;52:14;54:20;59:19;
65:4;69:5,7;70:9;
87:20;89:2;90:1;92:3;
93:5,13;96:8,11
**percent (1)**
53:10
**perfect (3)**
24:16;38:1,5
**Perhaps (3)**

26:17;27:22;84:17
**period (2)**
14:14,17
**permission (1)**
31:23
**person (19)**
12:3,22;14:8,14,18;
15:18,19,21,23;16:10,
15;20:19;29:7;31:25;
34:20,22;82:18,20;
83:6
**personal (3)**
33:14;52:3;64:9
**personalized (1)**
22:20
**personally (2)**
89:11,14
**perspective (3)**
40:16;85:1,14
**persuade (3)**
30:5,8,10
**phonetic (2)**
30:17;34:4
**pick (1)**
45:8
**picky (2)**
39:18,24
**pinnacle (1)**
24:9
**place (2)**
17:23;19:23
**plan (1)**
41:9
**plans (1)**
16:9
**please (4)**
53:16;90:3;91:21;
95:24
**pm (7)**
45:5,6;74:25;75:1;
91:14,15;97:3
**point (8)**
5:2;20:25;22:9;
24:12;34:12;45:12;
83:21;87:1
**points (1)**
35:18
**policies (1)**
84:9
**position (4)**
39:9;47:15;49:25;
87:16
**positions (2)**
25:18,22
**positive (2)**
15:16;59:24
**possibility (2)**
47:14;96:6
**possible (2)**
28:6,8
**postsecondary (6)**
77:9,21,24;78:11,13;
79:7

**Post-Secondary (1)**
8:2
**potentially (1)**
36:21
**practice (3)**
73:7,18;74:18
**practices (1)**
73:11
**Prairie (1)**
25:8
**pray (1)**
73:15
**prayed (1)**
57:21
**prayerfully (2)**
73:25;83:18
**predates (1)**
31:7
**prefer (8)**
27:5;43:6,9,25;48:9;
55:6;82:2;84:16
**preference (1)**
14:9
**preferred (1)**
15:19
**prefers (1)**
18:18
**preschool (4)**
10:6,11,12,13
**present (3)**
5:21;29:10;30:20
**presented (2)**
92:7,9
**presume (2)**
11:14;21:6
**pretty (6)**
12:7;20:22;23:25;
54:2;62:4;84:20
**preventing (1)**
96:20
**primarily (1)**
29:6
**primary (1)**
47:1
**prior (1)**
94:22
**private (4)**
10:12;22:10;31:18,
22
**probably (8)**
5:4;28:18;57:14;
59:10;61:5;62:25;
83:24;88:23
**problem (3)**
43:5,12;75:14
**problems (1)**
43:22
**process (15)**
30:15;54:5;55:17,22;
60:15,18;61:17,18,21;
62:15;75:23;77:10;
92:19,22,23
**proclaim (1)**

64:8
**proclivities (1)**
68:3
**profess (2)**
80:13,22
**profession (4)**
16:8;19:13;20:23;
46:17
**professor (2)**
15:11;29:19
**professors (2)**
58:12,14
**program (9)**
8:2,8,10;10:7,9;20:3;
79:17,18;82:16
**programs (6)**
36:19;65:16;74:13;
83:13;84:6,13
**prohibit (1)**
81:11
**pronounce (1)**
94:12
**proposed (1)**
74:3
**proposing (1)**
28:25
**protect (1)**
96:7
**protecting (2)**
95:19;96:1
**Protestantism (1)**
42:13
**provide (7)**
9:4;22:20;48:14,23;
61:24;62:14;92:16
**Provided (5)**
23:17;24:14;32:25;
33:6;94:1
**provider (4)**
21:15;80:8,12;85:7
**providers (1)**
85:4
**provides (4)**
26:24;46:18;96:18,
21
**providing (2)**
23:20;45:16
**provision (1)**
85:11
**Pryor (2)**
48:20;77:22
**Psalm (1)**
38:4
**PSEO (112)**
8:1,4,5,7;11:19,21,
24;12:9,14,16,17;
13:12,18;16:8,19;17:4,
21,25;19:14,17;20:8,
12;21:2;26:15;27:3,7,
15;28:1,21;29:1;31:11;
32:3,13;33:13;34:9;
36:17,19;42:25;43:13,
23;44:15,25;45:10,16,

17,18,24;46:1,18,19;
47:12,16;48:9,14,24;
49:3;53:9;56:7,9,12,16,
25;57:2,15,22;58:2,6,9,
23;59:2,9;60:2,14;
61:9,12;63:20,22,24;
66:7,19;68:18;72:15,
15;73:8,24;74:3,13;
75:4,7,11;77:24;79:17,
18,22;80:8,12;81:1;
82:10;83:13,25;84:3,
13;85:4,7,9;86:14,20;
94:7,22;96:5,18,21
**public (5)**
7:9;22:4,10;78:20,23
**publicly (2)**
33:10;79:1
**pull (2)**
39:18;60:19
**purpose (1)**
40:8
**pursuing (6)**
48:10;68:5;71:3,4,7,
11
**pursuit (2)**
68:9;69:17
**push (1)**
69:18
**put (1)**
24:23

## Q

**qualifications (1)**
52:19
**qualities (2)**
52:16,18
**quite (2)**
13:10;95:5
**quote (2)**
71:23;72:2

## R

**race (3)**
51:13;52:10;77:11
**raised (3)**
7:1;22:15;24:18
**rather (2)**
22:9
**read (12)**
15:9;44:7,8;53:15,
17;58:2;67:7,9;72:6;
77:6,14;99:5
**reading (2)**
93:16;99:1
**realize (3)**
8:18;90:3,5
**really (13)**
9:13;17:17;26:23;
27:6,15,15,25;28:15;
32:18;39:10,18;59:12;
86:11

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 35 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

**realtime (2)**
15:12;83:4
**reason (7)**
14:4,6;22:8;73:6,10;
85:15;99:12
**reasons (5)**
22:13,22,24,25;86:4
**recall (27)**
9:13,18;16:4,6,17;
19:15;31:15;32:19,23;
34:24;35:17;37:4;53:8;
58:13;59:10;60:13,14,
23;61:1,6;62:16,25;
75:18;76:1,2,20;92:3
**receive (2)**
47:16;60:8
**recently (1)**
78:24
**Recess (3)**
45:5;74:25;91:14
**record (1)**
77:6
**recorded (1)**
62:10
**redacting (1)**
11:2
**redeemed (2)**
47:25;67:3
**reduce (2)**
36:13,15
**refer (2)**
8:1;11:17
**reference (2)**
60:21;62:15
**refers (2)**
11:15;71:21
**refrain (1)**
6:13
**refreshing (1)**
77:15
**reinforced (1)**
39:2
**relates (2)**
5:13;56:4
**relations (1)**
70:24
**relationship (5)**
40:17;70:19,21;71:7,
10
**relationships (3)**
40:11;41:14,18
**relatively (1)**
13:9
**relevance (1)**
86:24
**relic (1)**
40:6
**religion (7)**
23:19;50:18;51:3;
64:24;73:18;74:5,19
**religious (8)**
72:9;73:7,11;77:13;
78:10,15;81:2;96:16

**relocate (2)**
22:6;26:11
**remember (18)**
5:12;8:19,22,23;
10:21;33:3;34:1,6,7,7;
41:8;57:17,18;60:20;
61:10;62:16;75:21,23
**remove (2)**
36:11,18
**repeat (2)**
66:5;88:9
**repeatedly (1)**
78:25
**replies (1)**
35:11
**reporter (5)**
6:8,16,18;10:21;91:1
**represent (1)**
75:9
**representative (5)**
34:5,8,18;48:20;
77:21
**representing (1)**
4:14
**request (1)**
93:12
**requested (2)**
37:17;73:21
**requests (2)**
32:10,15
**require (12)**
5:25;73:22;75:16;
77:7,19,25;80:4;81:21;
82:2,8,15;84:14
**required (6)**
23:16;26:25;72:8;
75:7;79:18;80:9
**requirement (1)**
95:10
**requirements (5)**
21:17,19;23:10,12;
36:12
**requires (1)**
47:17
**requiring (1)**
94:22
**research (2)**
69:9,16
**researched (1)**
59:13
**reservations (1)**
26:18
**reside (1)**
6:23
**resources (1)**
83:2
**respond (2)**
34:19;39:20
**response (2)**
42:10;94:20
**responses (3)**
35:10,15,17
**responsive (2)**

32:15;37:14
**rest (1)**
78:9
**revelation (1)**
23:4
**review (5)**
62:24;76:24;91:21,
23;96:25
**reviewed (4)**
44:21;75:18,24;76:1
**Reviews (2)**
91:22;93:23
**right (49)**
7:18;14:3,16;23:18;
29:2;33:8,11;34:6;
37:21;40:3,10;42:2;
43:11;46:6,12;47:1;
48:12;50:11,12;55:4,
13;57:25;63:16,17,18;
64:3,5,6;65:6,9,17;
66:6;69:2;72:16;74:4,
18;78:25;79:21;82:18;
83:12;87:7,11,11,12,
18,19;89:20;90:20;
94:3
**rights (5)**
65:19;66:9,12,15;
96:16
**RL (36)**
11:10,14,15;16:7,19,
22;17:24,24;18:4,5,7;
19:8,17,23;21:6,6;
22:1;23:1;45:10,16,24;
46:2;57:2,21;58:8,16;
61:16;62:14,20;63:1;
72:7;75:3,10;83:13;
84:21;85:23
**RL's (1)**
83:21
**road (1)**
59:4
**room (2)**
6:20;47:24
**rule (3)**
38:14;39:3,21
**rules (6)**
4:23;6:4;38:16,20;
39:7,18

**———— S ————**

**sacrifice (2)**
24:21;85:25
**Sadly (2)**
94:21,24
**salvation (1)**
24:21
**same (38)**
18:3;22:24,25;36:21,
22;40:11,11;41:15,18;
48:8,18,22;49:17;50:5;
51:4,14,19,24;53:5;
65:11;67:22;70:19;

71:1,7;72:18,19,20,22;
79:16;81:2;82:18,19;
83:19;84:5;85:20;
90:14,16,17
**sanctified (1)**
48:5
**Sarah (1)**
94:10
**sat (2)**
84:8;85:13
**save (1)**
52:11
**saw (1)**
75:18
**saying (15)**
6:15;45:18;50:9;
51:2;52:12;66:5,5,20;
67:12;68:18,23;69:15,
21;70:11;76:6
**school (52)**
7:7,8,9,11;8:4,5,6,14,
15,18;9:1,4;11:19,23;
13:18;19:25;21:7,9,10,
13,15;22:4,9,10,16,25;
23:3,13;26:7;46:15;
52:23;53:3;54:4;55:15,
19;56:15;63:9;64:1,1;
65:18;66:18;72:15;
73:8;80:25;81:12;
83:21;86:1,3,10;95:4;
96:18,21
**schooled (4)**
21:12,21,23,24
**schooling (2)**
23:8,20
**schools (27)**
8:9,25;16:19,25;
17:2,21;19:18;20:16;
36:11,12;44:22;45:13,
15;46:6;53:6;55:4;
56:5,15;59:11;64:5;
65:15;75:15,17;76:6;
80:4;84:9;90:19
**schools' (1)**
84:9
**science (3)**
16:10;19:10;46:5
**scientist (1)**
69:9
**scripture (2)**
38:4;67:22
**search (1)**
59:10
**Second (1)**
76:16
**secondary (3)**
77:8,20;78:11
**section (1)**
77:9
**sector (1)**
24:1
**seeking (4)**
48:4,7;77:8,20

**seem (3)**
35:3;59:11;60:17
**select (5)**
52:14;55:4,5;64:6;
78:12
**selection (3)**
52:20;53:6,11
**semester (2)**
18:12,21
**sending (5)**
27:21;37:4;45:23;
46:19;73:23
**senior (2)**
11:25;12:19
**sense (1)**
63:14
**sensitive (1)**
11:3
**sent (5)**
34:15;35:8,8;56:21;
62:11
**separates (1)**
47:22
**serious (1)**
28:3
**seriously (1)**
17:7
**served (1)**
32:9
**sets (1)**
77:4
**seven (1)**
11:5
**Several (2)**
10:13;12:10
**sex (8)**
40:11,11,18;41:15,
18;70:19;71:1,7
**sexual (13)**
53:4,19;54:4,21;
55:16;66:21;67:23;
68:19;69:1;70:21,24;
71:11;77:12
**sexuality (1)**
85:16
**Shakes (1)**
90:24
**shaking (1)**
6:14
**share (5)**
24:4;48:18;67:22;
77:23;81:2
**shared (3)**
47:23;48:22;66:25
**shook (1)**
91:2
**show (2)**
91:18;93:24
**shut (1)**
50:8
**sign (13)**
27:1;44:17;62:17;
63:25;64:11,15,17;

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 36 of 38

Melinda and Mark Loe, et al vs.
Willie Jett, et al

Melinda Loe
2-9-24

MELINDA LOE
February 9, 2024

66:20;68:18;73:21;
85:17;86:18;96:25
**signature (1)**
76:22
**signed (3)**
76:16,25;81:6
**signing (1)**
86:5;99:1
**similar (1)**
85:20
**simple (1)**
54:2
**simultaneously (1)**
19:1
**sin (24)**
24:12,19;47:21;
66:21;67:23;68:2,4,19;
69:20,22,23;70:6,9,17,
22;71:2,3,3,4,8,11;
87:23;88:1,11
**sinless (1)**
24:16
**sinner (6)**
47:23,23,24,24,25;
88:15
**sinners (3)**
67:3;69:6;70:5
**sinning (2)**
70:17,18
**sins (1)**
24:18
**site (2)**
32:17;94:15
**sitting (1)**
67:25
**situation (2)**
50:23;51:1
**situations (2)**
86:21;87:23
**skin (1)**
52:24
**SL (2)**
11:10;23:7
**slots (1)**
36:17
**smart (2)**
47:3,5
**snap (1)**
94:3
**somehow (1)**
90:8
**someone (12)**
30:15;40:18;51:22;
52:4,8,11;59:11;69:17,
21;89:12;92:13;93:6
**someplace (2)**
65:9;84:11
**sometimes (1)**
8:25
**son (1)**
24:15
**son's (1)**
57:17

**sorry (22)**
10:23;11:11;13:13;
16:24;25:17;36:5;41:6;
42:12;44:5;55:13;
60:20;67:8;68:14;
74:15,15;80:11;81:3,
25;82:1;83:9;89:6;
95:24
**sort (1)**
61:25
**Sounds (1)**
6:12
**Southwest (1)**
9:6
**southwestern (2)**
7:6;26:11
**speak (1)**
6:19
**specializes (1)**
46:18
**specialties (1)**
46:25
**specific (7)**
19:13;39:15;40:8,8,
19;59:25;77:22
**specifically (5)**
8:20;33:3;35:16;
36:8;61:7
**speculate (3)**
90:12,15,21
**speculation (3)**
36:2;95:22;96:10
**spiritual (2)**
60:21;62:14
**split (1)**
14:11
**spoke (1)**
59:22
**spot (1)**
84:23
**St (5)**
12:6;85:2,5,14;86:18
**start (1)**
11:6
**State (10)**
9:6;33:4,12,19;
56:13,19;63:10;65:15;
84:14;85:9
**stated (3)**
66:24;74:9;84:18
**statement (39)**
26:23;27:1;44:17,18;
45:19;47:13,17;61:2;
62:18,22;63:25;66:4,
20;67:10,13,15,17;
68:18;73:21,22;75:6,
16;77:7,19,25;79:18;
80:9;81:6,8,21;82:3,
15;84:15;85:17;86:5,8,
19;94:22;95:10
**statements (6)**
44:21;46:7;47:4;
71:17;75:19;80:5

**state's (2)**
21:19;23:12
**status (1)**
51:21
**Statute (2)**
4:2;78:3
**stay-at-home (2)**
10:19,24
**still (14)**
10:24;19:1;32:17,18;
39:1,10;45:23;46:7;
72:15,18,20;73:7,10,24
**stop (2)**
5:14,24
**stopped (1)**
94:22
**straight (1)**
85:21
**strong (1)**
95:7
**strong-minded (1)**
49:9
**struggles (1)**
68:3
**student (11)**
56:18;64:23;65:12,
12;66:9;67:18;77:8,20;
79:8;84:23;86:4
**students (38)**
9:15,21;14:7;15:12;
35:20;36:14,18;42:25;
43:13,23;44:15,24;
48:15;49:4;50:14;53:7,
12;55:4;60:2;63:25;
64:6,8;68:4,7,12;
73:21;78:25;79:6;
81:21;82:3,24;84:15;
85:18;86:2;87:5;90:9,
14,15
**students' (3)**
78:23;79:9,14
**student's (1)**
77:11
**studies (2)**
12:11;27:1
**submit (1)**
62:6
**submitted (6)**
61:25;92:5,18,25;
93:1,4
**suffice (1)**
83:23
**suits (1)**
86:3
**summarized (1)**
92:12
**summary (1)**
93:7
**support (6)**
17:15;26:16;28:2,7;
65:8;69:16
**supported (1)**
17:18

**supporting (2)**
26:18;68:8
**supportive (2)**
27:17;86:12
**Supreme (1)**
78:24
**sure (43)**
5:23;6:4;11:8;13:13;
23:15;24:6;28:8;40:4,
14,19;42:14;43:17,21;
44:12,23;45:1,11,21;
46:3,13;49:14;50:7;
51:7,8;52:3,13,17,22;
53:21;55:18;56:1;
59:16;61:3;63:4;64:22;
73:14;74:20;77:16;
78:2;85:8;88:22;91:10,
13
**surprise (1)**
64:19
**surrounded (2)**
48:7;65:3
**sweethearts (1)**
26:7
**sworn (1)**
4:6
**syllabi (4)**
57:9,15;58:17,20
**Synchronous (2)**
15:10,14

**T**

**talk (8)**
5:15;6:22;11:1;15:6;
17:24;20:5;34:22;35:5
**talked (14)**
5:18;27:9,10;28:15,
16;29:20;30:2;33:15;
34:3,5,20;41:16;59:19;
89:3
**talking (17)**
6:7;16:23,24;23:10;
25:24;27:23;33:17;
35:18;38:12;41:10,23;
51:1,25;52:2;53:24;
62:19;67:1
**talks (1)**
40:17
**targeting (2)**
48:21;77:22
**task (1)**
52:15
**taught (4)**
8:9,13;10:5,12
**tax (1)**
56:13
**taxpayer (2)**
78:20,23
**teach (3)**
10:11,13;29:24
**teacher (3)**
8:12;15:11;83:4

**teachers (2)**
8:14,15
**teaching (1)**
15:11
**teachings (1)**
68:10
**temptations (2)**
67:25;69:20
**tempted (2)**
68:1,2;70:17
**tendencies (2)**
69:19;70:9
**tendency (4)**
69:21,22;70:5,8
**term (4)**
14:24;15:3;23:25;
88:18
**terms (1)**
19:18
**Testament (4)**
38:19;39:12,19;
40:21
**testified (9)**
4:7;33:21;34:2;75:3,
25;77:22;79:5;82:17;
84:1
**testimony (12)**
4:20;33:7,9,16;55:8;
64:13;65:24;70:3,14;
88:3;93:1;99:6
**textbooks (2)**
56:25;57:12
**thankfully (1)**
79:24
**theocracy (3)**
38:18,21;39:3
**theological (2)**
25:18,22
**thinking (2)**
19:14;46:23
**Thirty-six (1)**
76:19
**though (6)**
47:25;55:3;65:6;
78:20;79:3;80:18
**thought (4)**
46:14;80:6;85:13;
86:20
**thoughts (1)**
85:21
**three (4)**
5:12;18:19;24:18;
58:1
**ticked (1)**
23:15
**times (1)**
40:21
**TIMMERMAN (14)**
4:9,13;44:7;45:7;
53:15;67:7;72:4;74:23;
75:2;76:10,14;91:11,
16;96:24
**tired (1)**

CASE 0:23-cv-01527-NEB-JFD   Doc. 97-28   Filed 09/04/24   Page 37 of 38

Melinda and Mark Loe, et al vs.     Melinda Loe     MELINDA LOE
Willie Jett, et al     2-9-24     February 9, 2024

74:16
**today (9)**
5:5;8:1;11:2;25:13;
29:1;38:19;89:22;90:1;
96:6
**together (2)**
60:19;68:8
**told (2)**
20:12;87:6
**took (5)**
8:19;9:18,21;14:20;
92:11
**top (1)**
94:3
**toward (1)**
19:5
**towards (7)**
69:20,22,22,23;70:6,
8;95:13
**tradition (1)**
43:4
**traditions (1)**
42:4
**traffic (1)**
14:2
**transcript (3)**
60:19;61:24;99:6
**transgender (4)**
43:24;44:11,24;
90:14
**transport (2)**
65:9;86:13
**travel (2)**
79:25;86:19
**treat (1)**
52:4
**trick (1)**
5:7
**true (1)**
90:6
**truncated (1)**
92:11
**try (6)**
5:10;6:10,10;30:5,8,
10
**trying (13)**
5:7,21;28:12;35:19;
36:9;41:8;47:18;50:14;
51:7,8;55:9;70:4;96:7
**turn (2)**
11:12;77:2
**Twenty-five (1)**
26:5
**Twin (3)**
7:2;26:12;86:20
**two (7)**
5:7;20:15,20;22:23;
48:21;80:5;87:21
**type (2)**
63:2;93:7
**typically (1)**
15:6

## U

**Ugh-ugh (9)**
7:3;25:8;29:19;
30:21;75:21;81:24;
89:4,8;93:11
**ultimate (1)**
26:10
**ultimately (5)**
17:10;23:2;26:10;
27:8;32:20
**Um-uhm (26)**
10:1,20;13:24;16:1;
19:3,22;20:6,24;21:20;
22:2;23:18;27:19;
28:17;31:9;32:11;33:8,
23;40:23;41:12;42:8;
48:12;57:20;60:5;85:3;
91:24;93:8
**uncomfortable (1)**
88:20
**under (2)**
77:9;92:25
**undergraduate (2)**
12:11;26:25
**undersigned (1)**
99:4
**unfamiliar (1)**
52:11
**unfortunate (2)**
94:25;95:1
**University (18)**
9:6;13:2;16:21,22;
17:3,8,18;18:8;20:1;
28:1,7;46:18,23;53:7;
63:23;84:17,22,24
**Unless (1)**
36:20
**up (9)**
14:12;21:16;23:25;
42:18,20;45:8;56:22;
59:4;91:12
**upheld (4)**
45:9,14,15;82:11
**use (6)**
9:9;49:23;53:7;
80:20;83:2;94:24
**used (2)**
11:13;53:11
**using (1)**
7:25

## V

**vague (4)**
89:9,13;90:11,25
**Vakeberg (1)**
34:3
**valid (1)**
39:10
**value (1)**
52:3

**vein (1)**
83:19
**Verbal (1)**
89:5
**versed (1)**
88:6
**verses (1)**
58:2
**version (1)**
37:22
**versus (1)**
18:18
**via (2)**
34:20;56:13
**video (2)**
61:25;62:1
**videos (2)**
15:8;62:5
**view (5)**
24:3;66:24;69:4;
95:11;96:11
**viewpoint (6)**
34:18;35:7,13;71:8;
96:13,14
**viewpoints (3)**
32:24;34:11;35:2
**voice (1)**
8:23
**voted (1)**
34:8
**voting (1)**
92:20
**vs (1)**
99:2

## W

**walked (1)**
24:11
**wants (5)**
19:8;27:16;46:15;
66:19;68:17
**watch (1)**
15:8
**way (22)**
5:10;22:21;35:6;
41:3;47:19;49:9;50:5;
51:9;54:11;56:2;69:11;
73:12,13;74:3,14,15,
17;83:1;87:24;88:23;
89:14;92:12
**ways (2)**
51:11;68:4
**wear (2)**
40:1;64:1
**website (2)**
23:15;53:8
**weren't (3)**
29:10;35:16;41:14
**West (1)**
13:5
**What's (5)**
31:10;55:10;67:4;

87:1;93:24
**wholehearted (1)**
26:20
**who's (2)**
66:18;68:17
**Whose (1)**
69:1
**Winter (1)**
18:25
**wish (1)**
75:13
**without (1)**
6:2
**witness (6)**
4:5;6:21;54:17;
86:25;87:15;91:4
**woman (2)**
41:4,11
**word (3)**
8:1;38:3;94:24
**wording (1)**
76:20
**Words (2)**
89:15,16
**work (4)**
10:2,4;69:19;85:25
**worked (2)**
9:3;10:5
**working (1)**
22:19
**works (1)**
26:3
**world (10)**
24:3,13;27:20;66:24;
69:4;70:6,8;87:23;
95:12,15
**worse (1)**
15:17
**wrap (1)**
91:12
**write (3)**
91:25;93:10,13
**writing (1)**
57:7
**written (3)**
37:1;93:1;94:21

## Y

**year (4)**
20:7;31:17;53:8;
75:21
**years (6)**
10:16;11:23;12:19;
26:5;31:21;48:6
**young (2)**
20:8,22
**youngest (1)**
11:7

## 1

**1 (2)**

76:11,12
**1,600 (1)**
53:9
**1:59 (1)**
45:5
**11 (2)**
11:10,11
**12 (2)**
21:23;38:4
**12th (1)**
21:25
**14 (3)**
11:10;20:7,22
**15 (1)**
31:21
**17 (1)**
11:10
**19 (1)**
38:5
**1999 (2)**
7:16;9:24

## 2

**2 (2)**
91:19,22
**2:13 (1)**
45:6
**2:50 (1)**
74:25
**20 (1)**
11:8
**2023 (1)**
28:21
**23 (1)**
11:8

## 3

**3 (3)**
93:21,23,24
**3:06 (1)**
75:1
**3:32 (1)**
91:14
**3:39 (1)**
91:15
**3:48 (1)**
97:3
**36 (1)**
76:22
**37 (1)**
76:17

## 4

**4.0 (2)**
83:22;84:4
**41 (2)**
77:4,4
**45 (4)**
14:1;53:10;85:24;
86:13

**Melinda and Mark Loe, et al vs.**
**Willie Jett, et al**

**Melinda Loe**
**2-9-24**

**MELINDA LOE**
**February 9, 2024**

| | |
|---|---|
| **486.10 (1)**<br>4:2 | |
| **5** | |
| **500 (1)**<br>32:21 | |
| **7** | |
| **7 (1)**<br>77:2 | |
| **8** | |
| **8 (1)**<br>11:12 | |
| **9** | |
| **9 (1)**<br>11:11 | |