UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Melinda and Mark Loe, et al.,

    Plaintiffs,

v.

Willie Jett, et al.,

    Defendants.

Case No. 23-cv-1527 (NEB/JFD)

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Patrick C. Elliott shall appear as counsel of record for *Amicus* Freedom From Religion Foundation.

September 10, 2024

Respectfully Submitted,

    Patrick C. Elliott (#0397792)
    *Counsel of Record*
    Freedom From Religion Foundation
    P.O. Box 750
    Madison, WI 53701
    (608) 256-8900
    pelliott@ffrf.org