# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Melinda and Mark Loe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Willie Jett, et al., <br><br> Defendants. | Case No. 23-cv-1527 (NEB/JFD) |

## MOTION BY THE FREEDOM FROM RELIGION FOUNDATION
## FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF

The Freedom From Religion Foundation respectfully moves for leave to file a proposed amicus curiae brief in support of the Defendants' Motion for Summary Judgment.

September 10, 2024

Respectfully Submitted,

                                                                       Patrick C. Elliott (#0397792)
                                                                       *Counsel of Record*
                                                                        Freedom From Religion Foundation
                                                                        P.O. Box 750
                                                                        Madison, WI 53701
                                                                        (608) 256-8900
                                                                        pelliott@ffrf.org

# CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(c), I certify that I conferred with the Plaintiffs and Defendants in the above captioned matter. The parties do not oppose FFRF's motion to file an amicus curiae brief.

September 10, 2024

/s/ Patrick C. Elliott
Patrick C. Elliott