**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Melinda and Mark Loe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Willie Jett, et al., <br><br> Defendants. | Case No. 23-cv-1527-NEB-JFD |

**[PROPOSED] ORDER GRANTING MOTION BY THE FREEDOM FROM RELIGION FOUNDATION LEAVE TO FILE AMICUS CURIAE BRIEF**

IT IS HEREBY ORDERED:

The Court GRANTS the Motion By the Freedom From Religion Foundation for Leave to File an Amicus Curiae Brief. The proposed brief submitted with the motion is accepted as filed.

Dated: _____

_____
The Honorable John F. Docherty
United States Magistrate Judge