UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, on their own behalf and as next friends of their children R.L. and O.L.; DAWN ERICKSON, on her own behalf and as next friend of her child J.G.; CROWN COLLEGE; and UNIVERSITY OF NORTHWESTERN – ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIE JETT, in his official capacity as Minnesota Commissioner of Education; and MINNESOTA DEPARTMENT OF EDUCATION,<br><br>Defendants. | Court File No. 23-CV-1527 (NEB/JFD)<br><br><br><br>**NOTICE OF APPEARANCE – CHRISTY L. HALL** |

Please take notice that Christy L. Hall enters this Notice of Appearance on behalf of proposed *amicus curiae* Gender Justice.

Respectfully Submitted,

Dated: September 10, 2024

**GENDER JUSTICE**

*/s/ Christy L. Hall*

Christy L. Hall, MN No. 392627
Jess Braverman, MN No. 397332
663 University Ave West, Suite 200
St. Paul, MN 55104
Tel. 651-789-2090
christy.hall@genderjustice.us
jess.braverman@genderjustice.us

**ATTORNEYS FOR** *AMICUS CURIAE* **GENDER JUSTICE**

— 1 —