# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, on their own behalf and as next friends of their children R.L. and O.L.; DAWN ERICKSON, on her own behalf and as next friend of her child J.G.; CROWN COLLEGE; and UNIVERSITY OF NORTHWESTERN – ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIE JETT, in his official capacity as Minnesota Commissioner of Education; and MINNESOTA DEPARTMENT OF EDUCATION,<br><br>Defendants. | Court File No. 23-CV-01527 (NEB/JFD)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE *AMICUS* BRIEF** |

This matter is before the Court upon Gender Justice's Motion for Leave to File *Amicus* Brief (ECF No. **104**). Gender Justice attached a copy of the brief that it proposes to file with the motion.

Based upon the pleadings and all of the files and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. Gender Justice's motion for leave to file an *amicus curiae* brief is **GRANTED**.
2. Gender Justice's *amicus curiae* brief is hereby accepted.

Dated:_____       _____
NANCY E. BRASEL
United States District Judge

-1-