UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, on their own behalf and as next friends of their children R.L. and O.L.; DAWN ERICKSON, on her own behalf and as next friend of her child J.G.; CROWN COLLEGE; and UNIVERSITY OF NORTHWESTERN – ST. PAUL,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WILLIE JETT, in his official capacity as Minnesota Commissioner of Education; and MINNESOTA DEPARTMENT OF EDUCATION,<br><br>　　　　Defendants. | Court File No. 23-CV-1527 (NEB/JFD)<br><br><br>**NOTICE OF APPEARANCE – JESS BRAVERMAN** |

Please take notice that Jess Braverman enters this Notice of Appearance on behalf of proposed *amicus curiae* Gender Justice.

Respectfully Submitted,

Dated: September 10, 2024

**GENDER JUSTICE**

*/s/ Jess Braverman*

Jess Braverman, MN No. 397332
Christy L. Hall, MN No. 392627
663 University Ave West, Suite 200
St. Paul, MN 55104
Tel. 651-789-2090
jess.braverman@genderjustice.us
christy.hall@genderjustice.us

**ATTORNEYS FOR *AMICUS CURIAE* GENDER JUSTICE**

— 1 —