The Office of
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

May 23, 2025

**VIA CM/ECF**

The Honorable Nancy E. Brasel
United States District Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, Minnesota 55415

**Re:**   *Melinda and Mark Loe, et al. v. Willie Jett, et al.*
    D. Minn. Case No. 23-cv-1527 (NEB/JFD)

Dear Judge Brasel:

     I write after calling Chambers to receive permission to submit this letter. Defendants respectfully submit the attached decision from the United States Supreme Court, *Oklahoma Statewide Charter School Board v. Drummond ex rel. Oklahoma*, __ S. Ct. __, 2025 WL 1459364 (May 22, 2025) (per curiam) (mem.), for the Court's consideration in conjunction with the parties' cross-motions for summary judgment, (ECF Nos. 76, 87). Opposing counsel has been notified of the same pursuant to Your Honor's Practice Pointers.

                                Sincerely,

                                s/ Madeleine DeMeules

                                MADELEINE DEMEULES
                                Assistant Attorney General

                                (651) 300-6807 (Voice)
                                (651) 282-5832 (Fax)
                                Madeleine.DeMeules@ag.state.mn.us

cc:   Counsel of record (via ECF)