## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, on their own behalf and as next friends of their children R.L. and O.L.; DAWN ERICKSON, on her own behalf and as next friend of her child J.G.; CROWN COLLEGE; and UNIVERSITY OF NORTHWESTERN – ST. PAUL,<br><br>            Plaintiffs,<br><br>v.<br><br>WILLIE JETT, in his official capacity as Minnesota Commissioner of Education; and MINNESOTA DEPARTMENT OF EDUCATION,<br><br>            Defendants. | Case No. 23-CV-1527 (NEB/JFD)<br><br>**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

Before the Court is the Joint Motion Regarding Continued Sealing (Dkt. No. 125), pursuant to Local Rule 5.6(d), concerning confidential documents filed under seal. Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (Dkt No. 125) is **GRANTED**, as follows:

1. The Clerk is directed to unseal the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3):

    Dkt. Nos. 79, 81, 81-1 through 81-12, 81-14 through 81-23, 81-25 through 81-56, 81-58 through 81-62, 81-64, 82, 82-1 through 82-7, 82-9 through 82-12, 83, 83-1 through 83-10, 90, 92, 92-1

through 92-14, 115-1, 118, 120, and 120-1 through 120-5.

2. As to Dkt. Nos. 81-13, 81-24, 81-57, 81-63, 82-8, 92-15, and 115 the parties agree, and the Court concurs, that the documents contain some information that is entitled to continued sealing, but that a publicly available version should be filed that redacts only the information entitled to continued sealing. Accordingly,

   a. The Clerk is directed to keep the following documents sealed.

      Dkt. Nos. 81-13, 81-24, 81-57, 81-63, 82-8, 92-15, and 115.

   b. On or before **September 23, 2025,** the filing party must file redacted public versions of Dkt. Nos. 81-13, 81-24, 81-57, 81-63, 82-8, 92-15, and 115 that redact only the information listed in the Joint Motion for Continued Sealing.

Dated: August 27, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge