# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD <br><br> **UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION ON FEES AND COSTS** |

Plaintiffs respectfully request that this Court enter an order extending the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 by 14 days, to September 22, 2024. Defendants have indicated they consent to this extension. In support of this request, Plaintiffs state as follows:

1. Judgment was entered for Plaintiffs in this case on August 25, 2025. (Dkt. 148). Plaintiffs' motion pursuant to Fed. R. Civ. Pr. 54(d) for attorneys' fees and costs is currently due September 8, 2025.

2. Plaintiffs represent that an extension of time will allow the parties additional time to meet and confer regarding the possibility of coming to an agreement on attorneys' fees and costs without the need to move this Court for an award.

1

3. Plaintiffs also represent that an extension of time is necessary to adequately collect and prepare their motion for fees and costs and supporting materials. This is due to the following reasons:

   a. Plaintiffs' lead counsel in this case had pre-existing travel plans August 25-29, 2025, in the week immediately following this Court's entry of judgment.

   b. Plaintiffs' counsel have a number of hearings and deadlines in other cases, making it difficult to prepare adequate briefing for the Court in this matter, including:

      i. Deadline to file a petition for a writ of certiorari in the United States Supreme Court in *Miller, et al. v. Civil Rights Dep't*, No. 25-233, filed August 26, 2025;

      ii. Hearing regarding Motion for Injunction in *USCCB, et al. v. EEOC*, No. 2:24-cv-691 (W.D. La), set for September 3, 2025;

      iii. Deadline to file Appellants' opening brief in *General Conference of Seventh-day Adventists, et al. v. Horton, et al.*, No 25-1735 (4th Cir.), due September 8, 2025.

4. Counsel for Plaintiffs have conferred with counsel for Defendants before filing this motion and counsel for Defendants have indicated they consent to extending this deadline.

Plaintiffs accordingly respectfully request that this Court order the deadline for Plaintiffs to move for costs and fees under Federal Rule of Civil Procedure 54 be extended to September 22, 2025.

Respectfully submitted this 29th day of August, 2025.

/s/ *Eric S. Baxter*
Eric S. Baxter*
Diana Verm Thomson*
Benjamin A. Fleshman*
Andrea R. Butler*
The Becket Fund for
  Religious Liberty
1919 Pennsylvania Ave. NW,
  Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
dthomson@becketlaw.org
*Admitted pro hac vice*

Richard C. Landon
  (No. 0396329)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

*Counsel for Plaintiffs*