# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants.* | Civil No. 0:23-cv-01527-NEB-JFD <br><br> **MEET-AND-CONFER STATEMENT** |

In support of their motion to extend the deadline to file a motion for fees and costs under Federal Rule of Civil Procedure 54, Plaintiffs certify that before filing this motion they met and conferred with counsel for the Defendants and counsel for the Defendants stated they consented to the proposed extension.

Respectfully submitted this 29 day of August, 2025.

/s/ *Eric S. Baxter*
Eric S. Baxter*
Diana Verm Thomson*
Benjamin A. Fleshman*
Andrea R. Butler*
The Becket Fund for
  Religious Liberty

1

1919 Pennsylvania Ave. NW,
   Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
dthomson@becketlaw.org
*Admitted pro hac vice

Richard C. Landon
   (No. 0396329)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

Counsel for Plaintiffs