# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　v.<br><br>WILLIE JETT, *et al.*,<br><br>　　*Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD<br><br>Judge Nancy E. Brasel<br>Magistrate Judge John F. Docherty<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION ON FEES AND COSTS** |

On Plaintiffs' motion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion to extend the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 is hereby **GRANTED.**

2. Plaintiffs' motion shall be due on September 22, 2025.

Dated: _____, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable John F. Docherty
　　　　　　　　　　　　　　　　　United States Magistrate Judge