UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE ET AL., | Civil No. 23-1527 (NEB/JFD) |
| Plaintiffs, | |
| | **ORDER** |
| v. | |
| WILLIE JETT, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's motion to extend the deadline to file a motion for costs and fees (ECF No. 150) under Federal Rule of Civil Procedure 54. This motion is unopposed. (ECF No. 151.) Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

Plaintiffs' motion to extend the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 is hereby GRANTED.

Plaintiffs' motion shall be due on September 22, 2025.

Dated: September 2, 2025            s/Nancy E. Brasel
                                    Nancy E. Brasel
                                    United States District Judge