UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD <br><br> **UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION ON FEES AND COSTS** |

Plaintiffs respectfully request that this Court enter an order extending the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 by 30 days after the deadline for appeal has passed, to October 22, 2025, or alternatively, until any appeal has been exhausted, whichever is later. Defendants have indicated they consent to this extension. In support of this request, Plaintiffs state as follows:

1. Judgment was entered for Plaintiffs in this case on August 25, 2025. (Dkt. 148).

2. On September 2, 2025, this Court granted Plaintiffs' request for an extension of time to file their motion for attorneys' fees and costs. (Dkt. 153). Plaintiffs motion is currently due September 22, 2025.

1

3. Plaintiffs represent that the parties are still negotiating in good faith to determine whether they can come to an agreement on attorneys' fees and costs without the need to move this Court for an award.

4. An extension is also necessary because Defendants have indicated they have not decided whether they plan to appeal this Court's judgment. The current appeal deadline is September 22, 2025. *See* Fed. R. App. P. 4(a)(1)(A). Because any fee award is likely to change if an appeal is filed in this case, judicial economy supports extending Plaintiffs' deadline to file their motion for attorneys' fees and costs beyond the appeal deadline.

5. Counsel for Plaintiffs have conferred with counsel for Defendants before filing this motion and counsel for Defendants have indicated they consent to extending this deadline.

Plaintiffs accordingly respectfully request that this Court order the deadline for Plaintiffs to move for costs and fees under Federal Rule of Civil Procedure 54 be extended to 30 days after the deadline for appeal has passed or 30 days after any appeal has been exhausted, whichever is later.

Respectfully submitted this 15th day of September, 2025.

/s/ *Diana Verm Thomson*
Eric S. Baxter*
Diana Verm Thomson*
Benjamin A. Fleshman*
Andrea R. Butler*
The Becket Fund for
　Religious Liberty
1919 Pennsylvania Ave. NW,
　Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
dthomson@becketfund.org
**Admitted pro hac vice*

Richard C. Landon
　(No. 0396329)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

*Counsel for Plaintiffs*