# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>WILLIE JETT, *et al.*,<br><br>    *Defendants.* | Civil No. 0:23-cv-01527-NEB-JFD<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION ON FEES AND COSTS** |

On Plantiffs' motion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion to extend the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 is hereby **GRANTED.**

2. Plaintiffs' motion shall be due 30 days after the deadline for any appeal has passed, or in the alternative, 30 days after all appeals have been exhausted, whichever is later.

Dated: _____, 2025

_____
The Honorable Nancy E. Brasel
United States District Judge