UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE ET AL., | Civil No. 23-1527 (NEB/JFD) |
| Plaintiffs, | **ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION ON FEES AND COSTS** |
| v. | |
| WILLIE JETT, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's unopposed motion to extend the deadline to file a motion for costs and fees (ECF No. 154) under Federal Rule of Civil Procedure 54. Based on the foregoing and on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion to extend the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 is hereby GRANTED.

2. Plaintiffs' motion shall be due 30 days after the deadline for any appeal has passed, or in the alternative, 30 days after all appeals have been exhausted, whichever is later.

Dated: September 19, 2025

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge