# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WILLIE JETT, *et al.*,<br><br>    *Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION ON FEES AND COSTS** |

Plaintiffs and Defendants respectfully request that this Court enter an order extending the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 by 30 days, to November 21, 2025. In support of this request, the parties state as follows:

1. Judgment was entered for Plaintiffs in this case on August 25, 2025. (Dkt. 148).

2. On September 19, 2025, this Court granted Plaintiffs' request for an extension of time to file their motion for attorneys' fees and costs to 30 days after the appeal deadline had passed. (Dkt. 156). Plaintiffs' motion is currently due October 22, 2025.

1

3. The parties are still negotiating in good faith to determine whether they can come to an agreement on attorneys' fees and costs without the need to move this Court for an award.

The parties respectfully request that this Court order the deadline for Plaintiffs to move for costs and fees under Federal Rule of Civil Procedure 54 be extended by 30 days to November 21, 2025.

Respectfully submitted this 15th day of October, 2025.

/s/ *Diana Verm Thomson*
Eric S. Baxter*
Diana Verm Thomson*
Benjamin A. Fleshman*
Andrea R. Butler*
The Becket Fund for
   Religious Liberty
1919 Pennsylvania Ave. NW,
   Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
dthomson@becketfund.org
*Admitted pro hac vice*

Richard C. Landon
   (No. 0396329)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

*Counsel for Plaintiffs*

2

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Jeff Timmerman*
Jeff Timmerman (#0352561)
Martha J. Casserly (#0148271)
Madeleine Demeules (#0402648)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-7660 (Timmerman)
(651) 757-1214 (Casserly)
(651) 300-6807 (DeMeules)
jeffrey.timmerman@ag.state.mn.us
marty.casserly@ag.state.mn.us
madeleine.demeules@ag.state.mn.us

*Counsel for Defendants*