# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD <br><br> **[PROPOSED] ORDER ON JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION ON FEES AND COSTS** |

On the parties' motion, **IT IS HEREBY ORDERED THAT:**

1. The motion to extend the deadline to file a motion for costs and fees under Federal Rule of Civil Procedure 54 is hereby **GRANTED.**

2. Plaintiffs' motion deadline shall be extended by 30 days to November 21, 2025.

Dated: _____, 2025

_____
The Honorable Nancy E. Brasel
United States District Judge

1