# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>WILLIE JETT, *et al.*,<br><br>　　*Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD<br><br>**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES, AND INTEREST** |

　　Pursuant to 42 U.S.C. § 1988(b) and Federal Rule of Civil Procedure 54(d), Plaintiffs respectfully move this Court for an order requiring Defendants to pay Plaintiffs' reasonable attorney's fees, expenses, and interest, as set out in the memorandum filed in support of this motion. Plaintiff is the prevailing party under the Court's judgment. *See* Dkts. 147, 148.

　　A memorandum in support of this motion satisfying the requirements of Local Rule 7.1(b), accompanying exhibits, a meet-and-confer statement, and a proposed order are filed contemporaneously with this motion.

　　WHEREFORE, Plaintiffs respectfully request that the Court order Defendants to pay attorney's fees, expenses, and interest, in the amounts set out in the memorandum filed in support of this motion.

1

Dated: November 21, 2025			Respectfully submitted,

/s/ *Diana Verm Thomson*
Eric S. Baxter*
Diana Verm Thomson*
  (DC Bar No. 479221)
Benjamin A. Fleshman*
Andrea R. Butler*
The Becket Fund for
  Religious Liberty
1919 Pennsylvania Ave. NW,
  Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
dthomson@becketfund.org

Richard C. Landon
  (No. 0392306)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

**Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, the foregoing, along with its accompanying memorandum, was served on all parties via ECF.

/s/ *Diana Verm Thomson*
Diana Verm Thomson