# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIE JETT, *et al.*, <br><br> *Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD <br><br> **MEET-AND-CONFER STATEMENT** |

In support of their Motion for Award of Attorney's Fees, Expenses, and Interest pursuant to 42 U.S.C. § 1988(b) and Federal Rule of Civil Procedure 54(d), Plaintiffs certify that before filing this motion they met and conferred with counsel for Defendants. Plaintiffs further certify that the parties were not able to come to a resolution of the matters raised in the Motion.

Dated: November 21, 2025   Respectfully submitted,

/s/ *Diana Verm Thomson*
Eric S. Baxter*
Diana Verm Thomson*
  (DC Bar No. 479221)
Benjamin A. Fleshman*
Andrea R. Butler*
The Becket Fund for
  Religious Liberty

1

1919 Pennsylvania Ave. NW,
  Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
dthomson@becketfund.org

Richard C. Landon
  (No. 0392306)
Lathrop GPM
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402

*Admitted pro hac vice*

*Counsel for Plaintiffs*