UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MELINDA and MARK LOE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIE JETT, *et al.*,<br><br>*Defendants*. | Civil No. 0:23-cv-01527-NEB-JFD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES, EXPENSES, AND INTEREST** |

Following this Court's entry of judgment in Plaintiffs' favor on August 25, 2025, ECF No. 148, Plaintiffs moved for an Order awarding attorney's fees and nontaxable costs under Local Rule 54.03, Federal Rule of Civil Procedure 54, and 42 U.S.C. §§ 1983 and 1988. Plaintiffs seek attorney's fees in the amount of $3,480,651 and non-taxable expenses in the amount of $172,128.63.

Having reviewed the papers filed both in support of and in opposition to this motion, Plaintiffs' request for attorney's fees and costs is found to be reasonable and therefore, the motion is GRANTED.

It is hereby ORDERED:

1. Plaintiffs shall recover attorney's fees from Defendant Minnesota Department of Education in the amount of $3,480,651.

2

2. Plaintiffs shall recover non-taxable expenses from Defendant Minnesota Department of Education in the amount of $172,128.63.

3. Defendant Minnesota Department of Education is ordered to pay post-judgment interest in the amount required by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: _____  _____
　　　　　　　　　　　　　　　　The Honorable Nancy E. Brasel
　　　　　　　　　　　　　　　　United States District Judge