# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| Melinda Loe, Mark Loe, Dawn Erickson, Crown College, University of Northwestern – St. Paul,<br><br>Plaintiffs,<br><br>v.<br><br>Willie Jett, Minnesota Department of Education,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number: 23-cv-1527 (NEB/JFD) |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Attorneys' Fees (ECF No. 164) is GRANTED IN PART AND DENIED IN PART.

2. Plaintiffs are awarded attorneys' fees and expenses in the following amounts:

    a. $3,138,304.00 in reasonable attorneys' fees pursuant to 42 U.S.C. § 1988(b);

    b. $169,284.37 in reasonable expenses pursuant to 42 U.S.C. § 1988(b);

    c. Post-judgment interest on the total judgment amount, calculated pursuant to the formula set forth in 28 U.S.C. § 1961.

Date: 7/30/2026                                             KATE M. FOGARTY, CLERK